```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
              "AT PUBLISHING INC V A.B. DICK CO ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 01/07/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (4) Incorporated or Principal Place of Business in This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions
                    COMMERCIAL DISPUTE
            Origin: (2) Removed from State Court
            Demand: 50
        Filing fee: Paid $150.00 on 01/07/04 receipt # 00122215
          Trial by: Jury
```

Parties of Record:                                    Counsel of Record:

```
PLF 1.1           AT PUBLISHING INC              Michael R. Mills
                                                 Dorsey & Whitney LLP
                                                 1031 West Fourth Avenue
                                                 Suite 600
                                                 Anchorage, AK 99501-5907
                                                 907-276-4557
                                                 FAX 907-276-4152


DEF 1.1           A.B. DICK CO                   Patrick B. Gilmore
                                                 Atkinson Conway et al
                                                 420 L Street, Suite 500
                                                 Anchorage, AK 99501
                                                 907-276-1700
                                                 FAX 907-272-2082


DEF 2.1           OFC CAPITAL                    Randall J. Weddle
                                                 Holmes Weddle et al
                                                 701 W. 8th Avenue, Suite 700
                                                 Anchorage, AK 99501-3408
                                                 907-274-0666
                                                 FAX 907-277-4657

                                                 Marion F. Walker
                                                 Ford Harrison LLP
                                                 2100 3rd Avenue North, Suite 400
                                                 Birmingham, AL 35203
                                                     -    -
                                                 FAX    -    -
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
              "AT PUBLISHING INC V A.B. DICK CO ET AL"

                       For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 01/07/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions
                   COMMERCIAL DISPUTE
           Origin: (2) Removed from State Court
           Demand: 50
       Filing fee: Paid $150.00 on 01/07/04 receipt # 00122215
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 01/07/04 | DEF 1 Notice of Removal from Superior Court case # 3AN-03-08291 w/att exhs. |
| 2 - 1 | 01/07/04 | DEF 1 Attorney Appearance of Randal J Weddle (HOLMES). |
| 3 - 1 | 01/08/04 | JWS Minute Order to petitioner subsequent to removal.  Petitioner to file w/crt w/i 10 days copies of state court docs and service list. cc: cnsl, B. Marks, M. Walker |
| 4 - 1 | 01/09/04 | DEF 1 Notice of related case. |
| 5 - 1 | 01/12/04 | DEF 1 Notice of filing Amended Service List. |
| 6 - 1 | 01/12/04 | DEF 1 Notice of service of notice of removal and entry of appearance on PLF 1 attorneys w/att exh. |
| 7 - 1 | 01/15/04 | DEF 1 Notice of filing state court docs w/att docs. |
| 7 - 2 | 01/15/04 | PLF 1 Jury Demand. |
| 8 - 1 | 01/30/04 | DEF 1 Answer to Complaint. |
| 9 - 1 | 01/30/04 | DEF 2 Answer and Counterclaim. |
| 10 - 1 | 02/04/04 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 11 - 1 | 02/23/04 | PLF 1 Answer to Counterclaim. |
| 12 - 1 | 02/26/04 | PLF 1; DEF 1-2 Scheduling and Planning Conference Report. |
| 13 - 1 | 03/03/04 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 12/31/04; disp mots ddln 01/31/04; 8 day TBJ estimate. cc: cnsl |
| 14 - 1 | 03/12/04 | Stipulation that time to exchange pretrial disc disclosure and prel wit lists is extended from 3/12/04 to 3/26/04. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
                            "AT PUBLISHING INC V A.B. DICK CO ET AL"

                                       For all filing dates


 Document #    Filed      Docket text

     15 -  1   03/15/04   JWS Order granting stip that time to exchange pretrial disc disclosure
                          and prel wit list ext to 3/26/04 (14-1). cc: cnsl

     16 -  1   03/31/04   DEF 2 motion for M. Walker and W. Hahn to be permitted to appear and
                          participate as non-local counsel w/att exhs.

     17 -  1   04/05/04   JWS Order granting motion for M. Walker and W. Hahn to be permitted to
                          appear and participate as non-local cnsl (16-1). cc: cnsl, M. Walker, W.
                          Hahn

     18 -  1   04/12/04   DEF 2 motion for partial summary as to counts I and VII w/att exhs.

     19 -  1   04/16/04   DEF 1 Stipulation to extend time for initial disclosures until 5/28/04.

     20 -  1   04/20/04   JWS Order granting stip to extend time for initial disclosures until
                          5/28/04 (19-1). cc: cnsl

     21 -  1   04/26/04   PLF 1 Preliminary Witness List.

     22 -  1   04/28/04   PLF 1 Stipulation to extend  deadline until 5/28/04 for preliminary
                          witness lists and initial disclosures.

     22 -  2   04/30/04   JWS Order granting stipulation to extend deadline until 5/28/04 for
                          preliminary witness (22-1).  cc: cnsl

     23 -  1   04/30/04   Stipulation for ext of time until 5/7/04 for plf to file oppo to DEF 2's
                          mot for part sj.

     23 -  2   05/03/04   Order approving stip for ext of time until 5/7/04 for plf to file oppo
                          to DEF 2's mot for part sj (23-1). cc: cnsl

     24 -  1   05/07/04   PLF 1 opposition to DEF 2 motion for partial summary as to counts I and
                          VII (18-1) w/att exhs and aff.

     24 -  2   05/07/04   PLF 1 motion (cross) for partial summary judgment w/att exhs and aff.

     25 -  1   05/07/04   PLF 1 motion for leave of court to file first amended complaint w/att
                          prop amended cmplt and exhs.

     26 -  1   05/11/04   Stipulation for ext of time until 5/28/04 for DEF 2 to file reply to
                          plf's oppo to DEF 2's mot for sj and DEF 2's oppo to plf's cross-mot for
                          sj and mot to amend cmplt.

     26 -  2   05/12/04   Order approving stip for ext of time until 5/28/04 for DEF 2 to file
                          reply to plf's oppo to DEF 2's sj mot and DEF 2's oppo to plf's
                          cross-mot for sj and DEF 2's oppo to plf's mot to amend cmplt (26-1).
                          cc: cnsl

     27 -  1   05/27/04   PLF 1; DEF 1-2 Stipulation for extension of time.

     28 -  1   05/28/04   DEF 2 reply to opposition to DEF 2 motion for partial summary as to
                          counts I and VII (18-1) w/att exhs.

     28 -  2   05/28/04   DEF 2 opposition to PLF 1 motion (cross) for partial summary judgment
                          (24-2) w/att exhs.


 ACRS: R_VDSDX                 As of 12/01/05 at 3:13 PM by GARRY                         Page 2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
                             "AT PUBLISHING INC V A.B. DICK CO ET AL"

                                         For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 1 | 05/28/04 | DEF 2 Request for Oral Argument re: DEF 2 motion for partial summary as to counts I and VII (18-1), PLF 1 motion (cross) for partial summary judgment (24-2). |
| 30 - 1 | 05/28/04 | DEF 2 Preliminary Witness List. |
| 27 - 2 | 06/02/04 | JWS Order granting stip for ext of time (27-1); init disclosures & wit list due 06/11/04; reply to cross-mot for part sj and reply to mot for leave of crt to file first amended cmplt due 06/21/04. cc: cnsl |
| 31 - 1 | 06/07/04 | JWS Order granting mot for leave of crt to file 1st amended cmplt (25-1). cc: cnsl |
| 32 - 1 | 06/07/04 | PLF 1 Complaint (1st Amended). |
| 33 - 1 | 06/07/04 | DEF 1 Attorney Substitution of Patrick B. Gilmore (ATKINSON) for Randall Weddle (HOLMES). cc: cnsl, P. Gilmore |
| 34 - 1 | 06/14/04 | DEF 2 Answer to amended complaint and Crossclaim against DEF 1. |
| 35 - 1 | 06/21/04 | PLF 1 reply to opposition to PLF 1 motion (cross) for partial summary judgment (24-2). |
| 36 - 1 | 07/07/04 | DEF 1 Answer to First Amended Complaint. |
| 36 - 2 | 07/07/04 | DEF 1 Answer to OFC Capitol's Crossclaim. |
| 37 - 1 | 08/03/04 | DEF 1 Notice of stay w/att exh. |
| 38 - 1 | 08/05/04 | PLF 1; DEF 2 Joint Report. |
| 38 - 2 | 08/05/04 | PLF 1; DEF 2 Request for Oral Argument re: DEF 2 mot for part sj as to cts I & VII (18-1), PLF 1 mot (cross) for part sj (24-2). |
| 39 - 1 | 08/09/04 | JWS Minute Order setting o/a on cross-mots for sj fld by PLF 1 and DEF 2 on 8/19/04 at 10:00 a.m.; 15 minutes per side to address both mots. cc: cnsl |
| 40 - 1 | 08/12/04 | JWS Minute Order resetting 8/19/04 o/a on cross-mots for sj to 8/20/04 at 9:00 a.m.. cc: cnsl |
| 41 - 1 | 08/18/04 | PLF 1 Notice to the court w/att exhs. |
| 42 - 1 | 08/19/04 | DEF 2 Notice of filing suppl authority re: DEF 2 motion for partial summary as to counts I and VII (18-1). |
| 43 - 1 | 08/20/04 | JWS Court Minutes [ECR: Robin Carter] re: o/a on cross-mots for part sj held 8/20/04; taking under advisement mot for part sj (18-1), mot (cross) for part sj (24-2). |
| 44 - 1 | 08/30/04 | JWS Order denying mot for part sj as to cts I & VII (18-1), mot (cross) for part sj (24-2). cc: cnsl |
| 45 - 1 | 10/15/04 | Stipulation to extend deadlines; expert report until 12/31/04, close of discovery 2/28/05 and final wit lists until 12/1/04. |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
                             "AT PUBLISHING INC V A.B. DICK CO ET AL"

                                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 45 - 2 | 10/18/04 | JWS Order granting stipulation to extend deadlines; expert report due 12/31/04, discovery to close 02/28/05, wit lists 12/1/04 (45-1).   cc: cnsl |
| 46 - 1 | 11/29/04 | Stipulation that expert rpts due 3/31/05; close of disc is 5/3/05; ddln for final wit lists is 3/1/05. |
| 46 - 2 | 11/30/04 | JWS Order approving stip that expert rpts due 3/31/05; close of disc is 5/3/05; ddln for final wit lists is 3/1/05 (46-1). cc: cnsl |
| 47 - 1 | 03/01/05 | Stipulation extending non-expert disc to 7/1/05 & depos of experts to be completed by 8/1/05. |
| 47 - 2 | 03/04/05 | RRB Order approving stip extending non-expert disc to 7/1/05 & depos of experts to (47-1). cc: cnsl |
| 48 - 1 | 05/27/05 | PLF 1; DEF 2 Stipulation (joint req) for brief stat conf. |
| 49 - 1 | 05/31/05 | JWS Minute Order approving stip (joint req) for brief stat conf (48-1); stat conf set 6/16/05 @ 8:00 a.m. in crtroom 3. cc: cnsl |
| 50 - 1 | 05/31/05 | PLF 1; DEF 2 Stipulation extending deadlines (expert reports due 6/23/05). |
| 51 - 1 | 05/31/05 | PLF 1 Stipulation for substitution of counsel w/att consent |
| 50 - 2 | 06/01/05 | JWS Order granting stipulation Stipulation extending deadlines (expert reports due 6/23/05) (50-1). cc: cnsl |
| 52 - 1 | 06/01/05 | JWS Order granting Stipulation for substitution of counsel (51-1).  cc: cnsl |
| 53 - 1 | 06/16/05 | JWS Court Minutes [ECR: Elisa Singleton] re Status Conf (held 6/16/05); deadlines set; Close of Discovery 3/17/06; witness lists 1/20/06; amended peladings 7/26/05; dispositive and discovery motions 4/17/06. cc: cnsl |
| 54 - 1 | 06/16/05 | JWS Minute Order setting the following dates: disc to close 03/17/06; Dispositive mots ddln 04/17/06. cc: cnsl |
| 55 - 1 | 07/25/05 | PLF 1 motion to file 2nd amended complaint w/att prop 2nd amended cmplt. |
| 56 - 1 | 08/03/05 | DEF 2 opposition to PLF 1 motion to file 2nd amended complaint (55-1). |
| 57 - 1 | 08/12/05 | PLF 1 reply to opposition to PLF 1 motion to file 2nd amended complaint w/att prop 2nd amended cmplt (55-1). |
| 58 - 1 | 08/15/05 | DEF 2 Request for Oral Argument re: PLF 1 motion to file 2nd amended complaint (55-1). |
| 59 - 1 | 10/19/05 | JWS Order denying mot to file 2nd amended cmplt (55-1). cc: cnsl |
| 60 - 1 | 10/21/05 | DEF 2 Address Change Notice of M. Walker. |
| 61 - 1 | 10/21/05 | DEF 2 motion to withdraw as counsel pursuant to Federal Rule 83.1(f)(3). |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
                         "AT PUBLISHING INC V A.B. DICK CO ET AL"

                                    For all filing dates


Document #   Filed      Docket text

    61 -  2  10/24/05   JWS Order granting mot to w/d as cnsl pursuant to Federal Rule
                        83.1(f)(3) (61-1). cc: cnsl, W. Hahn

    62 -  1  10/27/05   PLF 1 motion to compel responses to 1st set of discovery requests w/att
                        aff & exhs.

    63 -  1  10/31/05   PLF 1 Notice of filing signed aff of M. Grisham re: PLF 1 motion to
                        compel responses to 1st set of discovery requests (62-1) w/att aff.

    64 -  1  10/31/05   PLF 1 non-opposition to DEF 2 motion to withdraw as counsel pursuant to
                        Federal Rule 83.1(f)(3) (61-1).

    65 -  1  11/03/05   DEF 2 opposition (response) to PLF 1 motion to compel responses to 1st
                        set of discovery requests (62-1) w/att exhs.

    66 -  1  11/07/05   DEF 2 Address Change Notice of Marion F. Walker.

    67 -  1  11/14/05   PLF 1 reply to opposition to PLF 1 motion to compel responses to 1st set
                        of discovery requests (62-1) w/att aff.
```