Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:      (205) 244-5916
Fax:          (205) 244-5901

Attorney for Defendant OFC Capital, a division of ALFA Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. A04-0011 CV (JWS) |
| | ) |
| A.B. DICK COMPANY and OFC | ) |
| CAPITAL, a division of ALFA | ) |
| FINANCIAL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY

Please take notice that the following discovery documents have been filed on behalf of Defendant and served on opposing counsel in the above-referenced case:

(X)   **Defendant OFC Capital's Response to Plaintiff's First Set of Discovery**

s/<u>Marion F. Walker</u>
Marion F. Walker
Attorney for OFC Capital
FORD & HARRISON, LLP
2100 Third Avenue North
Suite 400
Birmingham, AL 35203
Phone:   (205) 244-5916
Fax:     (205) 244-5901
e-mail:  mfwalker@fordharrison.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

Michael R. Mills, Esq.
Michael Grisham, Esq.
DORSEY & WHITNEY LLP
1031 West 4th Avenue
Suite 600
Anchorage, AK  99501

Randall J. Weddle, Esq.
Holmes Weddle & Barcott
701 West Eighth Avenue
Suite 700
Anchorage, AK  99501-3408

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  N/A

Respectfully submitted,

**s/ Marion F. Walker**
Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901
E-mail: mfwalker@fordharrison.com

Birmingham:11781.1