Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Phone: (205) 244-5916
Fax: (205) 244-5901
Attorneys for Defendant OFC Capital

Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 West Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
**Attorneys for OFC Capital**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> A.B. DICK COMPANY and OFC ) <br> CAPITAL, a division of ALFA ) <br> FINANCIAL CORPORATION, ) <br> ) <br> Defendants. ) | Case No. A04-0011 CV (JWS) |

**DEFENDANT OFC CAPITAL'S FINAL WITNESS LIST**

1. Al Mickley **(attorney-client privilege applies)**
   OFC Capitol
   c/o Holmes, Weddle & Barcott, P.C.
   701 W. Eighth Avenue, #700
   Anchorage, Alaska 99501-3408
   Phone: (907) 274-0666

2.  Carolyn McClain **(attorney-client privilege applies)**
    OFC Capitol
    c/o Holmes, Weddle & Barcott, P.C.
    701 W. Eighth Avenue, #700
    Anchorage, Alaska 99501-3408
    Phone: (907) 274-0666

3.  Chip Leas **(attorney-client privilege applies)**
    OFC Capitol
    c/o Holmes, Weddle & Barcott, P.C.
    701 W. Eighth Avenue, #700
    Anchorage, Alaska 99501-3408
    Phone: (907) 274-0666

4.  Craig Roberts (**attorney-client privilege applies**)
    OFC Capital
    c/o Holmes, Weddle & Barcott, P.C.
    701 W. Eighth Avenue, #700
    Anchorage, Alaska 99501-3408
    Phone: (907) 274-0666

5.  Benjamin F. Taylor
    ABD International
    34400 Deerwood Drive
    Eugene, Oregon 97405
    Phone: (541) 747-6883

6.  Glenn Ashcraft
    16962 N.W. Hazelgrove Court
    Beaverton, Oregon 97006
    Phone: (503) 645-1009

7.  Burton C. Green
    ABD International
    17306 Lakespring Avenue
    Palmdale, California 93591
    Phone: (661) 209-4010

8. Jerry Ludwig
    ABD International
    Key West, Florida
    Phone: (305) 360-0470

9. Randy Garrett
    ABD International
    Seattle, Washington
    Phone: (425) 788-4602

10. Mike Murdock
    ABD International
    Niles, WA.
    (847) 736-8024

11. Lee Whitten
    Impression Specialties
    2000 E. Dowling Road, #9
    Anchorage, Alaska  99507

12. Ray Seaward
    1494 Cedar Lane
    Alamo, California 94507-1113
    Phone: (925) 832-1932

13. Scott A. Baird
    Allstate Insurance
    Senior Claims Adjuster
    Diamond Bar MCO
    21950 E. Copley Drive
    Diamond Bar, California  91765
    Phone: (909) 612-2421

14. Any and all witnesses whose testimony may be needed to authenticate documents in this matter.

15. Any and all experts whose testimony may be needed to rebut expert opinions offered by Plaintiff.

16. Any witnesses listed by Plaintiff.

17. Any witnesses whose identity becomes known through further discovery.

DATED this 20th day of January, 2006.

Ford & Harrison LLP
Attorneys for Defendant OFC Capitol,
A division of ALFA Financial Corp.


s/**Marion F. Walker**
Marion F. Walker
ASB-0734-L73M per Pro Hac Vice Order
FORD & HARRISON, LLP
2100 Third Avenue North,  Suite 400
Birmingham, AL 35203
Phone:    (205) 244-5916
Fax:        (205) 244-5901
e-mail:  mfwalker@fordharrison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and herby certify that I have mailed a copy of this OFC's Final Witness List to the following non-CM/ECF participants by depositing same in the United States mail, first-class postage prepaid, on this 20th day of January, 2006:

Michael R. Mills, Esq.
Michael Grisham, Esq.
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501

**s/ Marion F. Walker**
Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901
E-mail: mfwalker@fordharrison.com