Michael R. Mills
Michael A. Grisham
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., <br><br>                 Plaintiff, <br> vs. <br><br> A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, <br><br>              Defendants. | Case No. A04-0011 CV (JWS) <br><br><br> **ENTRY OF APPEARANCE** |

Michael A. Grisham of Dorsey & Whitney LLP enters an appearance on behalf of defendant Plaintiff AT Publishing, Inc., as co-counsel with Michael R. Mills of Dorsey & Whitney LLP, in the above-captioned action, and requests that any and all pleadings and correspondence be directed to him at 103l West 4th Avenue, Suite 600, Anchorage, Alaska 99501.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this 20th day of January, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:  /s/ Michael A. Grisham

<u>CERTIFICATE OF SERVICE</u>

This certifies that on January 20, 2006, the following
individuals were served via mail.

Randall J. Weddle
Holmes Weddle & Barcott
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501

Marion Walker
Ford & Harrison LLP
2100 Third Ave., Suite 400
Birmingham, AL  35203

/s/ Michael A. Grisham

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ENTRY OF APPEARANCE

AT Publishing, Inc. v. A.B. Dick Company, et al
Case No. A04-0011 Civil
Page2 of 2

4812-4636-6720\1\476800\00001