Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:      (205) 244-5916
Fax:          (205) 244-5901

Attorney for Defendant OFC Capital, a division of ALFA Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **AT PUBLISHING, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. A04-0011 CV (JWS) |
| | ) | |
| **A.B. DICK COMPANY and OFC** | ) | |
| **CAPITAL, a division of ALFA** | ) | |
| **FINANCIAL CORPORATION,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

Please take notice that the following discovery documents have been filed on behalf of Defendant and served on opposing counsel in the above-referenced case:

(X)   Defendant OFC Capital's Response to Plaintiff's Second Set of Discovery

                    s/**Marion F. Walker**
                    Marion F. Walker
                    Attorney for OFC Capital
                    FORD & HARRISON, LLP
                    2100 Third Avenue North
                    Suite 400
                    Birmingham, AL 35203
                    Phone:   (205) 244-5916
                    Fax:     (205) 244-5901
                    e-mail: mfwalker@fordharrison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

Michael R. Mills, Esq.
Michael Grisham, Esq.
DORSEY & WHITNEY LLP
1031 West 4th Avenue
Suite 600
Anchorage, AK  99501

Randall J. Weddle, Esq.
Holmes Weddle & Barcott
701 West Eighth Avenue
Suite 700
Anchorage, AK  99501-3408

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  N/A

>Respectfully submitted,
>
>**s/ Marion F. Walker**
>Marion F. Walker
>FORD & HARRISON LLP
>2100 Third Avenue North, Suite 400
>Birmingham, AL 35203
>Telephone: (205) 244-5900
>Facsimile: (205) 244-5901
>E-mail: mfwalker@fordharrison.com

Birmingham:11889.1