Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:     (205) 244-5916
Fax:         (205) 244-5901

Attorney for Defendant OFC Capital, a division of ALFA Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,             ) | |
| Plaintiff,               ) | |
| v.                                            ) | Case No. A04-0011 CV (JWS) |
| A.B. DICK COMPANY and OFC   ) CAPITAL, a division of ALFA      ) FINANCIAL CORPORATION,     ) | |
| Defendants.             ) | |

NOTICE OF SERVICE OF DISCOVERY

Please take notice that the following discovery documents have been filed on behalf of Defendant and served on opposing counsel in the above-referenced case:

(X)   Notice of Taking Video Depositions as follows:

    2/17/06    Ray Seaward
    2/20/06    Glenn Ashcraft
               Ben Taylor
    2/21/06    Burt Green

           s/**Marion F. Walker**
           Marion F. Walker
           Attorney for OFC Capital
           FORD & HARRISON, LLP
           2100 Third Avenue North
           Suite 400
           Birmingham, AL 35203
           Phone:    (205) 244-5916
           Fax:       (205) 244-5901
           e-mail:  mfwalker@fordharrison.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

Michael R. Mills, Esq.
Michael Grisham, Esq.
DORSEY & WHITNEY LLP
1031 West 4th Avenue
Suite 600
Anchorage, AK  99501

Randall J. Weddle, Esq.
Holmes Weddle & Barcott
701 West Eighth Avenue
Suite 700
Anchorage, AK  99501-3408

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  N/A

Respectfully submitted,

**s/ Marion F. Walker**
Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901
E-mail: mfwalker@fordharrison.com

Birmingham:11943.1