Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:      (205) 244-5916
Fax:          (205) 244-5901

Attorney for Defendant OFC Capital, a division of ALFA Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., )<br>)<br>    Plaintiff,    )<br>)<br>v.    )<br>)<br>A.B. DICK COMPANY and OFC  )<br>CAPITAL, a division of ALFA    )<br>FINANCIAL CORPORATION,    )<br>)<br>    Defendants.    ) | Case No. A04-0011 CV (JWS) |

## NOTICE OF SERVICE OF DISCOVERY

Please take notice that the following discovery documents have been filed on behalf of Defendant and served on opposing counsel in the above-referenced case:

(X)    Defendant OFC Capital's Second Requests for Discovery to A. T. Publishing, Inc.

        s/**Marion F. Walker**
        Marion F. Walker
        Attorney for OFC Capital
        FORD & HARRISON, LLP
        2100 Third Avenue North
        Suite 400
        Birmingham, AL 35203
        Phone:   (205) 244-5916
        Fax:   (205) 244-5901
        e-mail: mfwalker@fordharrison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

Michael R. Mills, Esq.
Michael Grisham, Esq.
DORSEY & WHITNEY LLP
1031 West 4th Avenue
Suite 600
Anchorage, AK 99501

Randall J. Weddle, Esq.
Holmes Weddle & Barcott
701 West Eighth Avenue
Suite 700
Anchorage, AK 99501-3408

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

Respectfully submitted,

**s/ Marion F. Walker**
Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901
E-mail: mfwalker@fordharrison.com