Michael R. Mills, ABA # 8911074
Michael A. Grisham, ABA # 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| AT PUBLISHING, INC., <br><br> Plaintiff, <br><br>vs. <br><br> A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, <br><br> Defendants. | Case No. A04-0011 CV (JWS) <br><br> **ERRATA TO PLAINTIFF'S FINAL DISCOVERY WITNESS LIST** |
|---|---|

AT Publishing, Inc. filed it Final Discovery Witness List on January 23, 2006. The Witness List inadvertently failed to include Tad Graham. An Amended Final Discovery Witness List is filed concurrently herewith.

DATED this 24th day of February, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:     /s/ Michael A. Grisham
    Michael R. Mills, ABA # 8911074
    Michael A. Grisham, ABA # 9411104
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    Telephone:     (907) 276-4557
    Facsimile:      (907) 276-4152

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, a copy of foregoing Plaintiff's Amended Final Discovery Witness List was served by electronic mailing on the following:

Randall J. Weddle, Esq.

Marion Walker, Esq.

/s/ Michael A. Grisham
Michael A. Grisham

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ERRATA TO FINAL DISCOVERY WITNESS LIST

AT Publishing, Inc. v. A.B. Dick Company, et al
Case No. A04-0011 Civil
Page 2 of 2

4834-7190-6816\1\476800\00001