Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:     (205) 244-5916
Fax:         (205) 244-5901

Attorney for Defendant OFC Capital, a division of ALFA Financial Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **AT PUBLISHING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. A04-0011 CV (JWS)** |
| | ) | |
| **A.B. DICK COMPANY and OFC** | ) | |
| **CAPITAL, a division of ALFA** | ) | |
| **FINANCIAL CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SERVICE OF DISCOVERY

Please take notice that the following discovery documents have been filed on behalf of Defendant and served on opposing counsel in the above-referenced case:

(X)     Defendant OFC Capital's Response to Plaintiff's Third Set of Discovery Requests

                s/**Marion F. Walker**
                Marion F. Walker
                Attorney for OFC Capital
                FORD & HARRISON, LLP
                2100 Third Avenue North
                Suite 400
                Birmingham, AL 35203
                Phone:    (205) 244-5916
                Fax:       (205) 244-5901
                e-mail: mfwalker@fordharrison.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

Michael R. Mills, Esq.
Michael Grisham, Esq.
DORSEY & WHITNEY LLP
1031 West 4th Avenue
Suite 600
Anchorage, AK 99501

Randall J. Weddle, Esq.
Holmes Weddle & Barcott
701 West Eighth Avenue
Suite 700
Anchorage, AK 99501-3408

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

Respectfully submitted,

**s/ Marion F. Walker**
Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901
E-mail: mfwalker@fordharrison.com