Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone: (907)274-0666
Fax:   (907)277-4657

Marion F. Walker, Esq.
FORD HARRISON, LLP
2100 W. 3rd Avenue, North
Suite 400 Concord Center
Birmingham, AL 35203
Phone: 205-244-5916
Fax:   205-244-5901

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | USDC No. A04-011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
|       Defendants. ) | |
| _____ ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
|     Counterclaim ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. T. PUBLISHING, INC., ) | |
| ) | |
|     Counterclaim ) | |
|     Defendant, ) | |
| _____ ) | |

```
OFC CAPITAL, a division of    )
ALFA FINANCIAL CORPORATION,   )
                              )
      Crossclaim Plaintiff,   )
                              )
v.                            )
                              )
A. B. DICK COMPANY,           )
                              )
      Crossclaim Defendant.   )
                              )
_____)
```

**REQUEST FOR TRIAL SETTING CONFERENCE**

A.T. Publishing Company and OFC Capital hereby certify, through counsel, that discovery is completed and the case is ready for trial. The parties request a trial setting conference to establish trial dates and additional deadlines. Because there will be several witnesses from out of state, maximum lead-time is needed and therefore, the parties request that a pretrial conference be set as soon as possible.

DORSEY & WHITNEY, LLP
Attorneys for A.T. Publishing

DATED: 4/25/06   By: _____
                    Michael Mills
                    ABA No: 8911074

HOLMES WEDDLE & BARCOTT, PC
Attorneys for OFC Capital, a
Division of ALFA Financial
Corporation

DATED: 4/28/06   By: _____
                    Randall J. Weddle
                    ABA No: 7206034

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

```
                              FORD HARRISON, LLC
                              Attorneys for Defendant OFC
                              Capital, a division of ALFA
                              Financial Corporation


              DATED: 4/28/06  By: /s/ Marion K. Egan
                                     Marion F. Walker
```

CERTIFICATE OF SERVICE
I hereby certify that I have served a copy of the foregoing via mail on the following, this 28th day of April 2006:

Michael R. Mills, Esq.
Dorsey & Whitney, LLP
1031 W. 4th Avenue, Ste. 600
Anchorage, AK 99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)

/s/ Susan Winton
Susan Winton
X:\4103\18823\pld\ReqTrialSetting06Apr12.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666