Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone: (907)274-0666
Fax:   (907)277-4657

Marion F. Walker, Esq.
FORD HARRISON, LLP
2100 W. 3rd Avenue, North
Suite 400 Concord Center
Birmingham, AL 35203
Phone: 205-244-5916
Fax:   205-244-5901

Attorneys for OFC Capital

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC No. 3:04-cv-011-JWS |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. T. PUBLISHING, INC., ) | |
| ) | |
| Counterclaim ) | |
| Defendant, ) | |
| ) | |

```
OFC CAPITAL, a division of    )
ALFA FINANCIAL CORPORATION,   )
                              )
      Crossclaim Plaintiff,   )
                              )
v.                            )
                              )
A. B. DICK COMPANY,           )
                              )
      Crossclaim Defendant.   )
                              )
_____)
```

**PROPOSED ORDER**
**REQUESTING TRIAL SETTING CONFERENCE**

The parties having filed a Request for Trial Setting Conference;

IT IS HEREBY ORDERED that a trial setting conference shall be held on ____ day of _____ 2006, at _____ a.m./p.m. in room _____ of the Federal Building, U. S. Courthouse, 222 W. 7th Avenue, Anchorage, Alaska.

DATED:_____.

_____
Honorable John W. Sedwick
United States District Judge

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

CERTIFICATE OF SERVICE
I hereby certify that I have served a copy of the foregoing via mail on the following, this 28th day of April 2006:

Michael R. Mills, Esq.
Dorsey & Whitney, LLP
1031 W. 4th Avenue, Ste. 600
Anchorage, AK  99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)

*Susan Winton* (signature)
Susan Winton
X:\4103\18823\pld\OrdReqTrialSetting06Apr28.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666