MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*AT PUBLISHING, INC.*          v.   *A.B. DICK COMPANY, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04-cv-00011 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: May 2, 2006

The request for a trial setting conference at docket 82 is **DENIED**. In a separate "standard" order, the court has solicited proposed trial dates and estimates of trial length. Experience shows that the parties' response to such an order ordinarily provides adequate information for purposes of issuing a final pre-trial order. If the parties believe there is something about this case that really requires a formal trial setting conference, they may renew their request therefore in their response to the court's order seeking trial dates. If that is the case, the title of the response should state that it is a Second Motion for a Trial Setting Conference.