Michael R. Mills, AB # 8911074
Michael A. Grisham, AB # 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>                    Defendants. | Case No. A04-0011 CV (JWS)<br><br>**REQUEST FOR EXTENSION** |

AT Publishing, Inc. ("AT Publishing") hereby requests an extension of time to file a Status Report regarding case readiness. Marion Walker, lead counsel for OFC has suffered medical issues over the past several weeks which has made it impossible for the parties to communicate in order to produce the Status Report. The parties have discussed the possibility of mediation, but Ms. Walker's medical condition has precluded sufficient communication to determine whether or not a mediation will be agreeable to the parties.

For the foregoing reasons, AT Publishing respectfully requests that this Court extend the May 16, 2006 deadline to May 31, 2006 for the filing of the Status Report on Case Readiness. OFC Capital supports the request.

DATED this 22nd day of May, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: s/Michael R. Mills
Michael R. Mills
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:      (907) 276-4557
Facsimile:       (907) 276-4152
mills.mike@dorsey.com
ABA # 8911074

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2005, a copy of foregoing Plaintiff's Final Discovery Witness List was served by electronic mailing on the following:

Randall J. Weddle, Esq.

Marion Walker, Esq.

   s/Michael R. Mills
Michael R. Mills
CERTIFICATION SIGNATURE

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

REQUEST FOR EXTENSION

AT Publishing, Inc. v. A.B. Dick Company, et al
Case No. A04-0011 Civil
Page2 of 2

4811-7599-6417\1\476800\00001