Michael R. Mills, AB # 8911074
Michael A. Grisham, AB # 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>                    Defendants. | Case No. A04-0011 CV (JWS)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION** |

This Court having reviewed the Request for Extension of time to file the Status Report on Case Readiness filed by counsel of AT Publishing, Inc. in the above matter and considered the same,

IT IS HEREBY ORDERED that the time to file the Status Report on Case Readiness is extended to May 31, 2006.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

By: _____
    District Court Judge