Michael R. Mills, ABA # 8911074
Michael A. Grisham, ABA # 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,<br><br>                       Plaintiff,<br><br>vs.<br><br>A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>                       Defendants. | Case No. A04-0011 CV (JWS)<br><br>**PLAINTIFF'S STATUS REPORT** |

Pursuant to this Court's Order dated May 1, 2006, AT Publishing, Inc. ("AT Publishing"), plaintiff in this matter, hereby submits to the Court a report on the status of settlement discussions between the parties and readiness for trial. The lead attorney for OFC Capital was ill for two weeks necessitating the delay in this Status Report and a full discussion of the items identified in the Order.

1.     Defense counsel has advised she will be filing a Motion regarding the status of the case as a jury or non-jury trial.  It an anticipated this issue will be addressed before mediation and a trial date is set.

2.     The parties have discussed settlement in the past and are exploring the viability of mediating the case.  If mediation is ultimately viewed as realistic, the parties will likely enter into mediation in Alaska in July of early August.  This matter is expected to be resolved within the next week.  If an agreement on mediation cannot be reached or,

if mediation fails, the parties will then certify that the case is ready for trial and propose alternative trial dates to the Court in accordance with the May 1, 2006 order.

3. As a further procedural matter, AT Publishing will stipulate to a dismissal of defendant A.B. Dick Company, without prejudice. AT Publishing has filed a proof of claim in the A.B. Dick Company bankruptcy case and can protect its rights in that forum. A.B. Dick Company has requested that it be dismissed without prejudice from this action since it has not participated, and does not desire to further participate.

DATED this 2nd day of June, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/Michael R. Mills
Michael R. Mills, ABA # 8911074
Michael A. Grisham, ABA # 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, a copy of foregoing was served by electronic notice as indicated below.

Randall J. Weddle, Esq.
Marion Walker, Esq

/s/Michael R. Mills
Certificate Signature

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATUS REPORT
Page 2 of 2

AT Publishing, Inc. v. A.B. Dick Company, et al
Case No. A04-0011 Civil

4845-6853-3249\4\476800\00001