Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:      (205) 244-5916
Fax:         (205) 244-5901

Attorney for Defendant OFC Capital, a division of ALFA Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| AT PUBLISHING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. A04-0011 CV (JWS) |
| | ) | |
| A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO CLARIFY NON-JURY STATUS

Now comes OFC Capital, by and through its attorneys, and the parties having a dispute as to the non-jury status of this case, moves the court to review the file, the attachments hereto and set the matter of the non-jury status of this case down for hearing and as grounds therefore, say as follows:

1. OFC Capital has defended this case since December, 2003 as a non-

    jury case when it was served with the complaint without jury demand.

    Please see Exhibit "A" – Summons to OFC Capital and ALFA

Financial). The Summons, both those filed in June and December 2003, only mention a Complaint.

2. In a conversation with plaintiff's counsel earlier in the year, defense counsel was told a jury demand was filed and provided with a copy of a Jury Demand that was filed with the state court action, but never served. Plaintiff's counsel then provided by mail for the first time a Jury Demand which shows no direction of service, nor Summons on defendants at any time. (Exhibit "B" - Jury Demand lacking direction service)

3. Neither OFC Capital, nor Alfa Financial, nor their counsel was ever served with a jury demand in this case and pursued their defense with a strategy directed to a non-jury case.

4. The pertinent Alaska statute controlling on the initial filing in state court is Alaska Rules of Civil Procedure, Rule 38(b) which reads:

> (b) Demand. Any party may demand a trial by jury of any issue triable of right by a jury by serving upon the other parties a demand therefore in writing at any time after the commencement of the action and not later than 10 days after the

service of the last pleading directed to such issue. Such demand shall be made in a separate written document signed by the party making the demand or by the party's attorney.

5. Plaintiff filed an Amended Complaint, after removal, in federal court on May 7, 2004 that has no jury demand. This filing once again made plain to defendant that no jury was demanded by plaintiff in this somewhat technically-based case. (Exhibit "C" – AT Publishing's First Amended Complaint).

6. The Federal Rules of Civil Procedure, Rule 38(b) reads much the same as the Alaska statute, but allows a party to subscribe the demand for jury on the a pleading. Plaintiff could have demanded a jury with the filing of its first amended complaint, but did not.

7. Defendant has relied upon the pleadings served upon it by plaintiff, as well as the rules of procedure in defending the claims against it. Defendant would be severely and irreparably harmed if plaintiff is allowed to invoke a jury demand three years after the filing of the case and after defendant has spent considerable time and resources planning a defense strategy that definitively excludes a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant moves the Court to review the record, this Motion and attachments and set this matter down for hearing as soon as possible and thereafter order that this case is a non-jury case. Defendant prays for any other, further or different relief to which it is entitled in the premises.

> s/**Marion F. Walker**
> Marion F. Walker
> Attorney for OFC Capital
> FORD & HARRISON, LLP
> 2100 Third Avenue North
> Suite 400
> Birmingham, AL 35203
> Phone:   (205) 244-5916
> Fax:     (205) 244-5901
> e-mail:  mfwalker@fordharrison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

> Michael R. Mills, Esq.
> Michael Grisham, Esq.
> DORSEY & WHITNEY LLP
> 1031 West 4th Avenue
> Suite 600
> Anchorage, AK  99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  N/A

> s/ **Marion F. Walker**
> Marion F. Walker
> FORD & HARRISON LLP
> 2100 Third Avenue North, Suite 400
> Birmingham, AL 35203

Telephone: (205) 244-5900
Facsimile: (205) 244-5901
E-mail: mfwalker@fordharrison.com