IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

AT PUBLISHING, INC.,
                          Plaintiff(s),
vs.

A.B. DICK COMPANY and OFC CAPITAL,
a division of ALFA FINANCIAL CORP.,
                          Defendant(s).

CASE NO. 3AN- 03-8291 CI

SUPPLEMENTAL
SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

**EXHIBIT A**

To Defendant: OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION
c/o Commissioner, Alaska Dept. of Community & Economic Development

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Michael R. Mills, whose address is: c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, PC 550 W. 7th Ave. Suite 1800 - Anchorage, AK  99501
If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge _Rindner_
and Master _____

☐ This case has been assigned to District Court Judge _____

CLERK OF COURT

12/18/03
  Date

By: _____
     Deputy Clerk

I certify that on _12-18-03_ a copy of this Summons was ☐ mailed ☑ given to
☐ plaintiff ☑ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Exhibit _A_ Page _1_ of _1_

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

AT PUBLISHING, INC.,

        Plaintiff(s),

vs.

A.B. DICK COMPANY and OFC CAPITAL,
a division of ALFA FINANCIAL
CORPORATION,

        Defendant(s).

CASE NO. 3AN-03-8291 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: JOSEPH W. EVANS, REGISTERED AGENT FOR OFC CAPITAL, a division of ALFA FINANCIAL CORPORATI

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 303 K Street - Anchorage, Alaska 99501
(address) within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Michael R. Mills whose address is: c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens, & Heaphey, P.C.
550 W. 7th Ave. Suite 1800 - Anchorage, AK 99501

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge Rindner

CLERK OF COURT

6/6/03
Date

By: _SDavis_
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)
SUMMONS

Exhibit 8  Page 1 of 1
Civil Rules 4, 5, 12, 42(c), 55

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

AT PUBLISHING, INC.,

                       Plaintiff(s),

vs.

A.B. DICK COMPANY and OFC CAPITAL,
a division of ALFA FINANCIAL CORP.

                       Defendant(s).

CASE NO. 3AN-03-8291 CI

SUPPLEMENTAL SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: ALFA FINANCIAL CORPORATION c/o CT CORPORATION, REGISTERED AGENT D/B/A OFC CAPITAL

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20

(address)

days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Michael R. Mills whose address is: c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, PC 550 W. 7th Ave. Suite 1800 - Anchorage, AK 99501

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

DEC 18 2003

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge _Rindner_

[SEAL OF THE TRIAL COURTS - ALASKA DISTRICT]

12-18-03
Date

CLERK OF COURT

By: _____
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Exhibit 3 Page 1 of 1