Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Ste. 700
Anchorage, AK 99501
Phone: (907) 274-0666
Fax: (907) 277-4657

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A04-0011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and ) | **SCHEDULING AND PLANNING** |
| OFC CAPITAL, a division of ) | **CONFERENCE REPORT** |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AT PUBLISHING, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

1.   **Meeting.**   In accordance with F.R.Civ.P.26(f), a meeting was held on 2/24/04 and continued on 2/25/04 and was attended by:

   Barbra Zan Nault, Attorney for Plaintiff

   Randall J. Weddle, Attorney for Defendants

The parties recommend the following:

EXHIBIT  1
Page  1  of  5

2.  **Pre-Discovery Disclosures.** The information required by F.R.Civ.P.26(a)(1):

☐ have been exchanged by the parties

☒ will be exchanged by the parties by 3/12/04

Preliminary witness lists

☐ have been exchanged by the parties

☒ will be exchanged by the parties by 3/12/04

3.  **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Breach of Contract; Enforcement of Lease; Declaratory Relief; Injunctive Relief; Misrepresentation; and Acceptance/Rejection under UCC.

4.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

   A.  Discovery will be needed on the following issues:
       See Paragraph 3.

   B.  All discovery commenced in time to be completed by 12/31/04.

   C.  Interrogatories.

       ☒ No change from F.R.Civ.P.33(a)

       ☐ Maximum of ___ Interrogatories by each party to any other party.

           Responses due in ____ days.

HOLMES WEDDLE & BARCOTT
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

EXHIBIT  1
Page  2  of  5

D. Requests for Admissions.

☒ No change from F.R.Civ.P.36(a)

☐ Maximum of ____ requests.

Responses due in ___ days.

E. Depositions.

☒ No change from F.R.Civ.P.30(a),(d).

☐ Maximum of ___ depositions by each party.

☐ Depositions not to exceed ____ hours

unless extended by agreement of all parties.

F. Reports from retained experts.

☒ Not later than 90 days before the close of discovery subject to F.R.Civ.P.26(a)(2)(C).

☐ Reports due: 60 days after close of discovery.

From plaintiff _____.

From defendant _____.

G. Supplementation under F.R.Civ.P.26(e) due at 30 day intervals.

5. **Pretrial Motions.**

☒ No change from D.Ak.LR 16.1(c).

The following changes to D.Ak.LR 16.1(c).

☐ Motions addressing matters specified in F.R.Civ.P.12(b) to be filed not later than _____.

☐ Motions to amend pleadings or add parties to be filed not later than _____.

HOLMES WEDDLE & BARCOTT
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

EXHIBIT 1
Page 3 of 5

☐ Motions under the discovery rules must be filed not later than _____.

☐ Motions in limine and dispositive motions must be filed not later than 60 days before trial.

6. **Other Provisions.**

A. ☒ The parties do not request a conference with the court before entry of the scheduling order.

☐ The parties request a scheduling conference with the court on the following issues:

_____

_____

B. The parties request a pretrial conference in _____.

C. Settlement.

☐ Likely.

☒ Unlikely.

☐ Cannot be evaluated at this time.

D. Alternative Dispute Resolution.

☒ This matter is not considered a candidate for court-annexed alternative dispute resolution.

☐ The parties will file a request for court-annexed alternative dispute resolution not later than _____.

E. The parties ☐ do ☒ do not consent to trial before a magistrate judge.

HOLMES WEDDLE & BARCOTT
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

EXHIBIT __1__
Page __4__ of __5__

7. **Trial**.

    A.    The matter will be ready for trial:

        ☐    45 days after the discovery close date.

        ☒    not later than 60.

    B.    The matter is expected to take **10** days to try.

    C.    Jury Demanded: ☒ Yes ☐ No

BANKSTON, GRONNING, O'HARA
SEDOR, MILLS, GIVENS &
HEAPHEY, PC
Attorneys for Plaintiff

DATED: 2/26/04

By: _____ ABA No. 0011074 for
Barbra Zan Nault
ABA No: 9807037

HOLMES WEDDLE & BARCOTT, PC
Attorneys for Defendant

DATED: 2/26/04

By: _____
Randall J. Weddle
ABA No: 7206034

G:\4103\18823\pld\USDCSchedulingReport.doc

HOLMES WEDDLE & BARCOTT
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

EXHIBIT 1
Page 5 of 5