RECEIVED

MAR 0 4 2004

Bankston, Gronning, O'Hara, Sedor
Mills, Givens, & Heaphey, P.C.

FILED

MAR 3 2004

TED STATES DISTRICT COU
DISTRICT OF ALASKA

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No. A04-11 CV (JWS)** |
| v. ) | |
| ) | |
| A.. DICK COMPANY and OFC ) | |
| CAPITAL, a division of ALFA ) | |
| FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| OFC CAPITAL, a division of ALFA ) | |
| FINANCIAL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AT PUBLISHING, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING AND PLANNING ORDER

Based upon information available to the court through a status report completed by the parties, this order for the pre-trial development of the case is entered pursuant to Rule 16(b), Federal Rules of Civil Procedure.

SCHEDULING & PLANNING ORDER
[A04-11.S&P.wpd]{IIC2.WPD*Rev. 2/98}

EXHIBIT 2

Page 1 of 4 13

### Parties & Pleadings

No addition or deletion of parties is necessary at this time.

No amendment to the pleadings is necessary at this time.  ✓

Motions to add other parties and/or to amend pleadings subsequent to the date of this order shall be served and filed on or before **June 11, 2004**.  Thereafter, parties may be added and/or pleadings amended only upon leave of court and for good cause shown.

### Discovery

Discovery shall be conducted in accordance with Rules 26 through 37, Federal Rules of Civil Procedure, and the discovery plan contained in the status report of the parties except that:

(1) Counsel for each party shall contemporaneously prepare and maintain a written record of all disclosures and supplementation of disclosures or responses made to requests for discovery under Rule 26(a) and (e), Federal Rules of Civil Procedure.  Unless required in support of a motion or by order of the court, disclosures and supplemental disclosures need not be filed with the court.

(2) Joint statement of issues:

    (a)    _ The preliminary joint statement of issues is approved.

    (b)    _ The parties have not submitted a preliminary joint statement of issues.  The parties shall meet, prepare, and file a preliminary joint statement of issues by .

    (c)    __X__ Nothing further is required.

(3) Preliminary disclosure of potential witnesses (a preliminary witness list) is required as a part of the Rule 26(a)(1) disclosure.  ✓

(4) On or before **October 15, 2004**, each party shall serve and file a final, revised witness list which unless otherwise specifically stated shall include expert as well as lay witnesses.  Only those witnesses so disclosed shall be permitted to testify at trial.

(5) All discovery shall be scheduled so as to be <u>completed</u> by **December 31, 2004**.

(6) If percipient witness or other fact discovery is not completed by the dates above specified, counsel may stipulate to a continuance of no more than two months for completion of the same, provided that any such stipulation shall state precisely what discovery remains and when it will be accomplished.  A discovery conference must be requested if more time is required to complete such discovery.  The court will no longer routinely approve requests or stipulations for

SCHEDULING & PLANNING ORDER
[A04-11.S&P.wpd]{IIC2.WPD*Rev. 2/98}

2

EXHIBIT __2__

Page __2__ of __4__

extensions of time for discovery. This provision does not apply to expert witness discovery unless there is a single discovery closure date as to all discovery.

(7) Limits on discovery:

(a)    **X** No limitations on discovery other than those suggested by the parties are imposed at this time.

(b)    _ Interrogatories (including subparts) to parties are limited to _.

(c)    _ Depositions are limited to _ per side and _ hours per non-party witness.

(d)    _ [other as directed by the court].

(8) The disclosures required by Rule 26(a)(3), Federal Rules of Civil Procedure, to the extent not covered by this order, will be addressed by the court in an Order for Pre-Trial Proceedings & Final Pre-Trial Conference which the court will issue concurrent with setting this case for trial.

(9) The deadline for completion of discovery is applicable to all depositions, including what some lawyers call "perpetuation" depositions. A deposition may be taken after the close of discovery only by leave of court obtained upon a showing of good cause why the deposition was not taken prior to the close of discovery.

## Motions

Preliminary motion practice dealing with such matters as jurisdiction and venue shall be filed within forty-five days from the date of this order. Other preliminary motions, especially those raising legal issues which have the potential for reducing necessary discovery, shall be served and filed at the earliest time possible commensurate with the development of discovery, if any, necessary to support such motions.

All motions under the discovery rules shall be filed no later than thirty (30) days following the date set for the closure of a class of discovery. Discovery motions will be stricken if the parties fail to comply with Rule 37(a)(2), Federal Rules of Civil Procedure.

Dispositive motions and motions *in limine* shall be filed no later than thirty (30) days following the date set for the closure of all discovery.

## Further Pre-Trial Proceedings

Status, discovery, settlement, or other pre-trial conferences will be scheduled at the request of a party or at the discretion of the court. Counsel are cautioned, however, that the court

SCHEDULING & PLANNING ORDER
[A04-11.S&P.wpd]{IIC2.WPD*Rev. 2/98}

3

EXHIBIT  2
Page  3  of  4

hesitates to schedule settlement conferences prior to the time when discovery has been substantially completed, and the court generally declines to schedule settlement conferences when potentially dispositive motions are pending or are contemplated by a party.

When the time allowed for discovery and motion practice has passed, and all pending dispositive motions have been ruled upon, the court will call upon the parties to certify the case ready for trial.

## Trial

It is estimated that this case will require **eight (8)** days for trial by **jury**.

DATED at Anchorage, Alaska, this 2nd day of March 2004.

JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

A04-0011--CV (JWS)                3-3-04
-------------------------------------------------------------------
R. WEDDLE (HOLMES)
M. MILLS

SCHEDULING & PLANNING ORDER
[A04-11.S&P.wpd]{IIC2.WPD*Rev. 2/98}                                    4

EXHIBIT 2
Page 4 of 4