Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone :    (907)274-0666
Fax :      (907)277-4657

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

AT PUBLISHING, INC.,              )
                                  )
                Plaintiff,        )
                                  )
v.                                )
                                  )
A.B. DICK COMPANY and             )
OFC CAPTIAL, a division of        )
ALFA FINANCIAL CORPORATION,       )
                                  )
                Defendants.       )
                                  )
_____    )

RECEIVED

JAN 1  2004
A-3889-61
Burkuton, Grove??, O'Hara, Sedor
Mills, Givens, S...??they P C

USDC No.: A04-0011 CV

## NOTICE OF FILING

Pursuant to this court's order of January 8, 2004, the

defendant hereby provides notice of filing copies of

documents filed in the Superior Court and the dates of

filings:

A.   Documents filed in this court with notice of removal on

January 7, 2004:

1.   Complaint dated June 6, 2003 and apparently filed

with the State Superior Court on that date. (Exhibit A, p. 1-

13 to notice of removal).

EXHIBIT  4
Page  1  of  16

2.   Summons and notice of judicial assignment dated June 6, 2003. (Exhibit A, p. 14 to notice of removal).

3.   Statement of filing notice of approval dated January 7, 2004 and filed with the Superior Court on that date.  (Exhibit B to notice of removal).

B.   Documents filed herewith:

1.   Defendants' entry of appearance filed in Superior Court on December 30, 2003.  (Exhibit 1 to this notice).

2.   Supplemental summons and notice to both parties of judicial assignment, directed to OFC Capital, a division of ALFA Financial Corporation dated December 18, 2003.  (Exhibit 2 to this notice).

3.   Supplemental summons and notice to both parties of judicial assignment, directed to ALFA Corporation c/o CT Corporation dated December 18, 2003.  (Exhibit 3 to this notice).

4.   Order for extension of time dated November 4, 2003. (Exhibit 4 to this notice).

5.   Affidavit of Michael Mills, dated October 6, 2003 and filed with the court on the same date.   (Exhibit 5 to this notice).

HOLMES WEDDLE & BARCOTT
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

AT PUBLISHING, INC., v. A.B. DICK COMPANY, et. al.          Page 2
Notice of Filing                    Case No.: USDC No.: A04-0011CV

EXHIBIT   4
Page   2  of  16

6.    Motion for extension of time to serve complaint, dated October 8, 2003 and filed with the Superior Court on that date.  (Exhibit 6 to this notice).

7.    Demand for jury trial dated June 6, 2003 and filed with the Superior Court on that date.  (Exhibit 7 to this notice).

8.    Summons and notice to both parties of judicial assignment directed to Joseph W. Evans, registered agent for OFC Capital, dated June 6, 2003.  (Exhibit 8 to this notice).

DATED this 15th day of January 2004, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT
Attorneys for Defendants

By: _____
     Randall J. Weddle
     Alaska Bar No. 7206034

I hereby certify that a true and
correct copy of the foregoing was
served via mail this 15th day
of January 2004 on:

Michael R. Mills
Brian Stibitz
Bankston, Gronning, O'Hara
Sedor, Mills, Givens & Heaphey, P.C.
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501

_____
Susan Winton
G:\4103\18823\pld\NotFiling04Jan13.doc

HOLMES WEDDLE & BARCOTT
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

AT PUBLISHING, INC., v. A.B. DICK COMPANY, et. al.          Page 3
Notice of Filing                    Case No.: USDC No.: A04-0011CV

EXHIBIT ___4___
Page ___3___ of ___16___

9103 - 1882

RECEIVED

DEC 3 1 2003

HWB  Anc

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| AT PUBLISHING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| A.B. DICK COMPANY and | ) |
| OFC CAPTIAL, a division of | ) |
| ALFA FINANCIAL CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

COPY
Original Received

DEC 3 1 2003

Clerk of the Trial Courts

Case No. 3AN-03-08291 CI

## ENTRY OF APPEARANCE

Holmes Weddle & Barcott hereby enters its appearance on behalf of Defendant A.B. Dick Company, in the above-entitled action and requests that copies of any and all pleadings be mailed to the firm at 701 West Eighth Avenue, Suite 700, Anchorage, Alaska, 99501-3408.

DATED this 30th day of December 2003, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT
Attorneys for Defendants

By: _____
Randall J. Weddle
Alaska Bar No. 7206034

HOLMES WEDDLE & BARCOTT
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

EXHIBIT    4
Page    4  of  16

Exhibit    1    Page    1    of    2

I hereby certify that a true and
correct copy of the foregoing was
served via mail this 30th day
of December, 2003 on:

Michael R. Mills
Brian Stibitz
Bankston, Gronning, O'Hara
Sedor, Mills, Givens & Heaphey, P.C.
550 W. 7th Avenue, Suite 1000
Anchorage, AK  99501

Barry S. Marks
Marion Walker
Baker, Donelson, Bearman, Caldwell & Berkowitz
420 N. 20th Street, 1600 SouthTrust Tower
Birmingham, AL  35203-5202

_Kris Armbrust_
Kris Armbrust
G:\PENDING\RJW cases\atpublihingeoa.doc

HOLMES WEDDLE & BARCOTT
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

AT PUBLISHING, INC., v. A.B. DICK COMPANY, et. al. Case No.: 03-08291 CI
Entry of Appearance                                    Page 4

Exhibit  1  Page  2  of  2

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

AT PUBLISHING, INC.,
                                    Plaintiff(s),

vs.

A.B. DICK COMPANY and OFC CAPITAL,
a division of ALFA FINANCIAL CORP.,
                                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 3AN- 03-8291 CI

SUPPLEMENTAL
SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION
c/o Commissioner, Alaska Dept. of Community & Economic Development

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Michael R. Mills whose address is: c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, PC
550 W. 7th Ave. Suite 1800 - Anchorage, AK 99501

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge _Rindner_
and Master _____

☐ This case has been assigned to District Court Judge _____

CLERK OF COURT

_12/18/03_
Date

By: _____
Deputy Clerk

I certify that on _12-18-03_ a copy of this Summons was ☐ mailed ☑ given to
☐ plaintiff ☑ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order  ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file ~~an answer~~.

CIV-100 ANCH (9/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

EXHIBIT 4
Page 6 of 16

Exhibit 2 Page 1 of 1

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ___ANCHORAGE___

AT PUBLISHING, INC.,                        )
                                            )
                                            )
                                            )
                        Plaintiff(s),       )
                                            )
    vs.                                     )
                                            )
A.B. DICK COMPANY and OFC CAPITAL,          )
a division of ALFA FINANCIAL CORP.          )
                                            )   CASE NO. __3AN-03-8291 CI__
                        Defendant(s).       )
                                            )        SUPPLEMENTAL
                                            )          SUMMONS
                                            )            AND
                                            )     NOTICE TO BOTH PARTIES
                                            )     OF JUDICIAL ASSIGNMENT

To Defendant: __ALFA FINANCIAL CORPORATION c/o CT CORPORATION, REGISTERED AGENT__
              __D/B/A OFC CAPITAL__

You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at
__825 W. 4th Ave., Anchorage, Alaska 99501_____within 20
                            (address)

days* after the day you receive this summons. In addition, a copy of your answer must be sent
to the plaintiff's attorney, __Michael R. Mills_____whose address
is: __c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, PC__
    __550 W. 7th Ave. Suite 1800 – Anchorage, AK 99501__

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.


                    NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge _Rindner_____.


                            (SEAL)                    CLERK OF COURT


            __12-18-03__                        By: _____
                Date                                    Deputy Clerk


    * The State or a state officer or agency named as a defendant has 40 days to file its answer.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

AT PUBLISHING, INC.,                    )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )    Case No. 3AN-03-08291 CI
                                        )
A.B. DICK COMPANY and                   )
OFC CAPITAL, a division of              )
ALFA FINANCIAL CORPORATION,             )
                                        )
          Defendants.                   )
_____ )

## ORDER FOR EXTENSION OF TIME

This matter having come before the Court on Plaintiff's Motion for Extension of Time to Serve Complaint dated October 8, 2003 and the court being duly advised under the premises,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff shall have until December 31, 2003 to serve its complaint upon defendants A.B. Dick Company and OFC Capital, a division of Alfa Financial Corporation.

Dated this 4 day of _November_, 2003 in Anchorage, Alaska.

~~certify~~ that on _November 4, 2003_ a copy
of the above was mailed to each of the following at
their addresses of record:
M. Mills

By:_____
        Superior Court Judge

_Omshaw_

OCT 8 2003

ORDER FOR EXTENSION OF TIME
*AT Publishing, Inc. v. A.B. Dick Company* Case No. 3AN-03-8291 CI
A3889/01/ORDext.doc

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
550 W. 7th Avenue, Suite 1800
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

EXHIBIT 4
Page 8 of 16

Exhibit 4 Page 1 of 1

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

AT PUBLISHING, INC.,                    )
                                        )
                Plaintiff,              )
                                        )
v.                                      )         Case No. 3AN-03-8291 CI
                                        )
A.B. DICK COMPANY and                   )
OFC CAPITAL, a division of              )
ALFA FINANCIAL CORPORATION,             )
                                        )
                Defendants.             )
_____ )

## AFFIDAVIT OF MICHAEL R. MILLS

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

Michael R. Mills, being first duly sworn upon his oath, deposes and states as follows:

1.    I am the attorney primarily responsible for the litigation commenced by A.T. Publishing, Inc. against A.B. Dick and OFC Capital.

2.    Since the filing of the litigation, I have been involved in settlement discussions with both defendants and, as a condition of the settlement discussions, I have agreed not to serve the summons and complaint. Settlement discussions are

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
550 W. 7th Avenue, Suite 1800
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

EXHIBIT   4
Page  9  of  16

Exhibit  5   Page  1  of  2

continuing and, therefore, A.T. Publishing will continue to refrain from serving the summons and complaint for a short period of time.

3.      For the foregoing reasons, and given the possibility that settlement discussions will not result in a dismissal of this matter, A.T. Publishing respectfully requests the clerk's authorization for the summons to continue in effect until December 31, 2003. This should provide sufficient time for the parties to determine whether a resolution of the matter can be attained short of serving the summons and complaint.

DATED this _6_ day of October, 2003.

_____
Michael R. Mills

SUBSCRIBED AND SWORN TO before me this _6th_ day of October, 2003.

_____
Notary Public in and for Alaska
My commission expires: _11/30/2006_

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
550 W. 7th Avenue, Suite 1800
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

AFFIDAVIT OF MICHAEL R. MILLS
*AT Publishing, Inc. v. A.B. Dick Company, Case No.* 3AN-03-8291 CI
A3889\01\AFFmills1

EXHIBIT _4_
Page _10_ of _16_
Page 2 of 2

Exhibit _5_ Page _2_ of _2_

Michael R. Mills, Esq.
Bankston, Gronning, O'Hara,
Sedor, Mills, Givens & Heaphey, P.C.
550 W. Seventh Avenue
Suite 1800
Anchorage, Alaska 99501
Phone (907) 276-1711
Fax   (907) 279-5358

Attorneys for Plaintiff,
AT Publishing, Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

AT PUBLISHING, INC.,                    )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )    Case No. 3AN-03-08291 CI
                                        )
A.B. DICK COMPANY and                   )
OFC CAPITAL, a division of              )
ALFA FINANCIAL CORPORATION,             )
                                        )
          Defendants.                   )
_____)

### MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT

COMES NOW Plaintiff AT Publishing, Inc., by and through its attorneys of

record, Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C., and requests

that this Court grant an extension of time until **December 31, 2003** to serve the complaint

upon defendants A.B. Dick Company and OFC Capital, a division of Alfa Financial

Corporation. This motion is supported by the Affidavit of Michael R. Mills attached

hereto.

MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT
*AT Publishing, Inc. v. A.B. Dick Company* Case No. 3AN-03-8291 CI
A-3889-01/MOText.doc

EXHIBIT  4
Page ___ of 16

Exhibit ___ Page 1 of 2

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
550 W. 7th Avenue, Suite 1800
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

On June 6, 2003, counsel for plaintiff filed its complaint and summonses were issued to CT Corporation System, Registered Agent for A.B. Dick Company and Joseph W. Evans, Registered Agent for OFC Capital. Alaska Rule of Civil Procedure 4(i) requires plaintiff to show good cause in writing why service is not completed within 120 days after the complaint is filed.

Since filing of the complaint, our office has been involved in settlement negotiations with the defendants and, as a condition of the settlement discussions, it was agreed that the summonses and complaint would not be served. *See,* Affidavit of Michael R. Mills, attached. Settlement discussions are ongoing and, as such, plaintiff AT Publishing's agreement to refrain from serving to the summonses and complaint shall remain in effect. Id.

For the foregoing reasons, the Motion for Extension of Time should be granted.

DATED this 8th day of October, 2003.

BANKSTON, GRONNING, O'HARA,
SEDOR, MILLS, GIVENS & HEAPHEY, P.C.
Attorney for Plaintiff, AT Publishing, Inc.

By: _____
Michael R. Mills
ABA # 8911074    ABA # 9807037

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
550 W. 7th Avenue, Suite 1800
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

EXHIBIT   4
Page 12 of 16

MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT
*AT Publishing, Inc. v. A.B. Dick Company* Case No. 3AN-03-8291 CI
A-3889-01/MOText.doc

Page 2 of 2

Exhibit   6   Page   2   of   2

Michael R. Mills, Esq.
Brian J. Stibitz, Esq.
Bankston, Gronning, O'Hara,
Sedor, Mills, Givens & Heaphey, P.C.
550 W. Seventh Avenue
Suite 1800
Anchorage, Alaska 99501
Phone (907) 276-1711
Fax   (907) 279-5358

Attorneys for Plaintiff,
AT Publishing, Inc.

FILED
STATE OF ALASKA
THIRD DISTRICT
03 JUN -6 PM 4: 06
BY: CLERK, TRIAL COURT
DEPUTY CLERK

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

AT PUBLISHING, INC.,                    )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )
                                        )
A.B. DICK COMPANY and                   )
OFC CAPITAL, a division of              )
ALFA FINANCIAL CORPORATION,             )
                                        )
                    Defendants.         )
_____)    Case No. 3AN-03-8291 CI

## DEMAND FOR JURY TRIAL

Plaintiff, AT Publishing, Inc., by and through its attorneys, Bankston, Gronning,

O'Hara, Sedor, Mills, Givens & Heaphey, P.C., hereby demands a trial by jury in the

above-captioned matter.

DATED at Anchorage, Alaska, this 6th day of June, 2003.

EXHIBIT 4
Page 13 of 16
Page 1 of 2

DEMAND FOR JURY TRIAL
*AT Publishing, Inc. v. A.B. Dick Company* Case No. 3AN-_____ Civil
A-3889-01/COMPLAINT.doc

Exhibit 7 Page 1 of 2

*(left margin, vertical text)*
Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
550 W. 7th Avenue, Suite 1800
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

BANKSTON, GRONNING, O'HARA,
SEDOR, MILLS, GIVENS & HEAPHEY, P.C.
Attorney for Plaintiff, AT Publishing, Inc.

By: _____
      Michael R. Mills
      ABA # 8911074

BANKSTON, GRONNING, O'HARA,
SEDOR, MILLS, GIVENS & HEAPHEY, P.C.
Attorney for Plaintiff, AT Publishing, Inc.

By: _____
      Brian J. Stibitz
      ABA # 0106043

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
550 W. 7th Avenue, Suite 1800
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

EXHIBIT 14
Page 14 of 16
Page 2 of 2

DEMAND FOR JURY TRIAL
*AT Publishing, Inc. v. A.B. Dick Company* Case No. 3AN-_____ Civil
A-3889-01/COMPLAINT.doc

Exhibit 7 Page 2 of 2

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ___ANCHORAGE___

AT PUBLISHING, INC.,                    )
                                        )
                                        )
                        Plaintiff(s),   )
                                        )
vs.                                     )
                                        )
A.B. DICK COMPANY and OFC CAPITAL,      )
a division of ALFA FINANCIAL            )
CORPORATION,                            )
                                        )
                        Defendant(s).   )    CASE NO. 3AN-03- 8291        CI
                                        )
                                        )    SUMMONS
                                        )    AND
                                        )    NOTICE TO BOTH PARTIES
                                             OF JUDICIAL ASSIGNMENT

To Defendant: ___JOSEPH W. EVANS, REGISTERED AGENT FOR OFC CAPITAL, a division of___
___ALFA FINANCIAL CORPORAT___

You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at
___303 K Street – Anchorage, Alaska  99501___
_____ within 20
                            (address)
days* after the day you receive this summons. In addition, a copy of your answer must be sent
to the plaintiff's attorney, ___Michael R. Mills___
is: ___c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens, & Heaphey, P.C.___ whose address
___550 W. 7th Ave. Suite 1800 – Anchorage, AK  99501___

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.


NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge ___Gindner___


CLERK OF COURT

___9/6/03___
        Date

By: ___SDavis___
                        Deputy Clerk

EXHIBIT __14__
Page __15__ of __16__

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)
SUMMONS

Exhibit __8__ Page __1__ of __1__
Civil Rules 4, 5, 12, 42(c), 55

```
    *  *  *  COMMUNICATION RESULT REPORT ( JAN. 16. 2004  3:55PM )  *  *  *

                                                              TTI  B, G & O

FILE MODE        OPTION          ADDRESS (GROUP)              RESULT    PAGE
------------------------------------------------------------------------------
3080 MEMORY TX                   3494398                      OK        4/4
```

```
-------------------------------------------------------------------------------
REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL              E-2) BUSY
    E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

## FAX TRANSMITTAL COVER SHEET

DATE:      1/16/2004
TIME:
FILE NO.:  A-3899-01
SENDER:    Lori

TO:     **Frank Martone**
        **A.T. Publishing**              **349-4398**

FROM:           Lori Brownlee, CLA for Barbra Z. Nault, Esq.

DOCUMENTS SENT:  Notice of Filing

REMARKS:        Frank – attached is a notice stating all State Superior Court
                documents are being filed in United States District Court.
                This is required when a case is removed from State Superior
                Court to Federal Court. I did not include the documents filed
                because you already have copies of them.  Please call our
                office if you have any questions.  Thanks very much.

                                                   EXHIBIT __14__
                                                   Page _16_ of _16_

NUMBER OF PAGES SENT (including cover sheet): 4