PULL

# U.S. District Court
## District of Alaska (Anchorage)
### CIVIL DOCKET FOR CASE #: 3:04-cv-00011-JWS

AT Publishing Inc. v. A.B. Dick Company et al  
Assigned to: John W. Sedwick  
Demand: $50,000  
Cause: No cause code entered  

Date Filed: 01/07/2004  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity  

**Plaintiff**

**AT Publishing Inc.**                       represented by **Michael R. Mills**
Dorsey & Whitney, LLC
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501
US
907-276-4557
Fax: 907-276-4152
Email: mills.mike@dorsey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Grisham**
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, AK 99501
US
907-277-4900
Fax: 907-276-4152
Email: grisham.michael@dorsey.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.B. Dick Company**                       represented by **Patrick B. Gilmore**
Atkinson, Conway & Gagnon, Inc.
420 L. Street, Suite 500
Anchorage, AK 99501
US
907-276-1700
Fax: 907-272-2082
Email: acgecf@acglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

EXHIBIT 5
Page 1 of 10

| | | |
|---|---|---|
| OFC Capital | represented by | **Marion F. Walker**<br>Ford & Harrison, LLP<br>2100 Third Avenue North, Suite 400<br>Birmingham, AL 35203<br>US<br>205-244-5916<br>Fax: 205-2445901<br>Email: mfwalker@fordharrison.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Randall J. Weddle**<br>Holmes Weddle & Barcott, PC<br>701W. 8th Avenue, Suite 700<br>Anchorage, AK 99501<br>US<br>907-274-0666<br>Fax: 907-277-4657<br>Email: rweddle@hwb-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2004 | | All future filings will be in the CM/ECF System. All documents filed prior to January 3, 2006, are available for review at the Clerk's Office. (JAG, ) (Entered: 11/16/2005) |
| 01/07/2004 | 67 | Copy of ACMS docket. Click on the hyperlink to access docket entries 1-67 from prior ACMS system.(JAG) (Entered: 11/16/2005) |
| 10/27/2005 | 62 | MOTION to Compel responses to 1st set of discovery requests by AT Publishing Inc..(PRR) (Entered: 12/17/2005) |
| 10/31/2005 | 63 | AFFIDAVIT of M. Grisham re [62] MOTION to Compel by AT Publishing Inc.. (PRR) (Entered: 12/17/2005) |
| 11/03/2005 | 65 | RESPONSE in Opposition re [62] MOTION to Compel filed by OFC Capital. (PRR) (Entered: 12/17/2005) |
| 11/14/2005 | 67 | REPLY to Response to Motion re [62] MOTION to Compel filed by AT Publishing Inc.. (PRR) (Entered: 12/17/2005) |
| 12/14/2005 | 68 | ORDER granting in part and denying in part [62] Motion to Compel . Signed by Judge John W. Sedwick on 12/14/05. (PRR) (Entered: 12/17/2005) |
| 12/30/2005 | | ACMS Conversion entry Set/Reset Scheduling Order Deadlines: Discovery due by 3/17/2006. Motions due by 4/17/2006. (PRR) (Entered: 12/30/2005) |
| 01/16/2006 | 69 | NOTICE by OFC Capital *of Filing of First Set of Discovery as Ordered* |

EXHIBIT 5
Page 2 of 10

| | | |
|---|---|---|
| | | *by the Court* (Walker, Marion) (Entered: 01/16/2006) |
| 01/19/2006 | 70 | NOTICE Consent Protective Order by Randall J. Weddle on behalf of OFC Capital (Weddle, Randall) Modified on 1/20/2006: This proposed protective order should not have been fld without a stipulation; cnsl to re-submit prop ord att to stip for crt's consideration (PRR). (Entered: 01/19/2006) |
| 01/20/2006 | | DOCKET ANNOTATION: Notice w/unsigned consent protective order incorrectly filed; cnsl for OFC Capital to re-submit prop order as an attachment to a stipulation. (PRR) (Entered: 01/20/2006) |
| 01/20/2006 | 71 | Witness List by OFC Capital. (Walker, Marion) (Entered: 01/20/2006) |
| 01/20/2006 | 72 | NOTICE of Appearance by Michael A. Grisham on behalf of AT Publishing Inc. (Grisham, Michael) (Entered: 01/20/2006) |
| 01/20/2006 | 73 | Witness List by AT Publishing Inc.. (Grisham, Michael) (Entered: 01/20/2006) |
| 01/23/2006 | 74 | Witness List by AT Publishing Inc.. (Mills, Michael) (Entered: 01/23/2006) |
| 01/24/2006 | 75 | NOTICE *of Service of Discovery* by Marion F. Walker on behalf of OFC Capital (Walker, Marion) (Entered: 01/24/2006) |
| 01/25/2006 | 76 | PROTECTIVE ORDER signed by Judge John W. Sedwick on 1/25/06. (GMM, ) (Entered: 01/25/2006) |
| 02/07/2006 | 77 | NOTICE *of Service of Notices of Taking Video Depositions of R. Seaward, G. Ashcraft, B. Taylor and b. Green* by Marion F. Walker on behalf of OFC Capital (Walker, Marion) (Entered: 02/07/2006) |
| 02/15/2006 | 78 | NOTICE *of Service of Second Discovery Requests to Plaintiff* by Marion F. Walker on behalf of OFC Capital (Walker, Marion) (Entered: 02/15/2006) |
| 02/24/2006 | 79 | ERRATA *to Plaintiff's Final Discovery Witness List* by AT Publishing Inc. 74 Witness List filed by AT Publishing Inc.,, 73 Witness List filed by AT Publishing Inc.,. (Grisham, Michael) (Entered: 02/24/2006) |
| 02/24/2006 | 80 | Witness List by AT Publishing Inc.. (Grisham, Michael) (Entered: 02/24/2006) |
| 02/28/2006 | 81 | NOTICE *of Service of Discovery (OFC's Response to Plaintiff's Third Set of Discovery Requests)* by Marion F. Walker on behalf of OFC Capital (Walker, Marion) (Entered: 02/28/2006) |
| 04/28/2006 | 82 | MOTION for Hearing *Request for Trial Setting Conference* by OFC Capital. (Attachments: # 1)(Weddle, Randall) (Entered: 04/28/2006) |
| 05/01/2006 | 83 | ORDER re Certification of Readiness for Trial. Signed by Judge John W. Sedwick on 5/1/06. (LSC, ) (Entered: 05/01/2006) |
| 05/02/2006 | 84 | ORDER denying 82 Motion for Hearing/Request for Trial Setting |

| | | |
|---|---|---|
| | | Conference. (GMM, ) (Entered: 05/02/2006) |
| 05/22/2006 | 85 | MOTION for Extension of Time to File *Status Report* by AT Publishing Inc.. (Attachments: # 1 Text of Proposed Order)(Mills, Michael) (Entered: 05/22/2006) |
| 06/02/2006 | 86 | ORDER granting 85 Motion for Extension of Time to File: Status Report re: Case Readiness due 5/31/2006. Signed by Judge John W. Sedwick on 6/2/06. (GMM, ) (Entered: 06/02/2006) |
| 06/02/2006 | 87 | STATUS REPORT by AT Publishing Inc.. (Mills, Michael) (Entered: 06/02/2006) |
| 06/12/2006 | 88 | MOTION Clarify Non-Jury Status by OFC Capital. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Walker, Marion) (Entered: 06/12/2006) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/30/2006 09:39:44 | | |
| **PACER Login:** dl0014 | **Client Code:** | 476800-1 |
| **Description:** Docket Report | **Search Criteria:** | 3:04-cv-00011-JWS |
| **Billable Pages:** 2 | **Cost:** | 0.16 |

EXHIBIT 5
Page 4 of 10

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
             "AT PUBLISHING INC V A.B. DICK CO ET AL"

      Including terminated parties, excluding terminated counsel
```

```
Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed:   01/07/04
         Closed:   NO

   Jurisdiction:   (4) Diversity (see citizenship of parties)
  PLF Diversity:   (4) Incorporated or Principal Place of Business in This State
  DEF Diversity:   (5) Incorporated and Principal Place of Business in Another State

 Nature of Suit:   (190) Other contract actions
                   COMMERCIAL DISPUTE
         Origin:   (2) Removed from State Court
         Demand:   50
     Filing fee:   Paid $150.00 on 01/07/04 receipt # 00122215
       Trial by:   Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | AT PUBLISHING INC | Michael R. Mills<br>Dorsey & Whitney LLP<br>1031 West Fourth Avenue<br>Suite 600<br>Anchorage, AK 99501-5907<br>907-276-4557<br>FAX 907-276-4152 |
| DEF 1.1 | A.B. DICK CO | Patrick B. Gilmore<br>Atkinson Conway et al<br>420 L Street, Suite 500<br>Anchorage, AK 99501<br>907-276-1700<br>FAX 907-272-2082 |
| DEF 2.1 | OFC CAPITAL | Randall J. Weddle<br>Holmes Weddle et al<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501-3408<br>907-274-0666<br>FAX 907-277-4657<br><br>Marion F. Walker<br>Ford Harrison LLP<br>2100 3rd Avenue North, Suite 400<br>Birmingham, AL 35203<br>-  -<br>FAX    -  - |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
              "AT PUBLISHING INC V A.B. DICK CO ET AL"

                        For all filing dates
```

```
 Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 01/07/04
          Closed: NO

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (4) Incorporated or Principal Place of Business in This State
   DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

  Nature of Suit: (190) Other contract actions
                  COMMERCIAL DISPUTE
          Origin: (2) Removed from State Court
          Demand: 50
      Filing fee: Paid $150.00 on 01/07/04 receipt # 00122215
        Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 01/07/04 | DEF 1 Notice of Removal from Superior Court case # 3AN-03-08291 w/att exhs. |
| 2 - 1 | 01/07/04 | DEF 1 Attorney Appearance of Randal J Weddle (HOLMES). |
| 3 - 1 | 01/08/04 | JWS Minute Order to petitioner subsequent to removal. Petitioner to file w/crt w/i 10 days copies of state court docs and service list. cc: cnsl, B. Marks, M. Walker |
| 4 - 1 | 01/09/04 | DEF 1 Notice of related case. |
| 5 - 1 | 01/12/04 | DEF 1 Notice of filing Amended Service List. |
| 6 - 1 | 01/12/04 | DEF 1 Notice of service of notice of removal and entry of appearance on PLF 1 attorneys w/att exh. |
| 7 - 1 | 01/15/04 | DEF 1 Notice of filing state court docs w/att docs. |
| 7 - 2 | 01/15/04 | PLF 1 Jury Demand. |
| 8 - 1 | 01/30/04 | DEF 1 Answer to Complaint. |
| 9 - 1 | 01/30/04 | DEF 2 Answer and Counterclaim. |
| 10 - 1 | 02/04/04 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 11 - 1 | 02/23/04 | PLF 1 Answer to Counterclaim. |
| 12 - 1 | 02/26/04 | PLF 1; DEF 1-2 Scheduling and Planning Conference Report. |
| 13 - 1 | 03/03/04 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 12/31/04; disp mots ddln 01/31/04; 8 day TBJ estimate. cc: cnsl |
| 14 - 1 | 03/12/04 | Stipulation that time to exchange pretrial disc disclosure and prel wit lists is extended from 3/12/04 to 3/26/04. |

ACRS: R_VDSDX           As of 12/01/05 at 3:13 PM by GARRY                Page 1

EXHIBIT 5
Page 6 of 10

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
"AT PUBLISHING INC V A.B. DICK CO ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 03/15/04 | JWS Order granting stip that time to exchange pretrial disc disclosure and prel wit list ext to 3/26/04 (14-1). cc: cnsl |
| 16 - 1 | 03/31/04 | DEF 2 motion for M. Walker and W. Hahn to be permitted to appear and participate as non-local counsel w/att exhs. |
| 17 - 1 | 04/05/04 | JWS Order granting motion for M. Walker and W. Hahn to be permitted to appear and participate as non-local cnsl (16-1). cc: cnsl, M. Walker, W. Hahn |
| 18 - 1 | 04/12/04 | DEF 2 motion for partial summary as to counts I and VII w/att exhs. |
| 19 - 1 | 04/16/04 | DEF 1 Stipulation to extend time for initial disclosures until 5/28/04. |
| 20 - 1 | 04/20/04 | JWS Order granting stip to extend time for initial disclosures until 5/28/04 (19-1). cc: cnsl |
| 21 - 1 | 04/26/04 | PLF 1 Preliminary Witness List. |
| 22 - 1 | 04/28/04 | PLF 1 Stipulation to extend deadline until 5/28/04 for preliminary witness lists and initial disclosures. |
| 22 - 2 | 04/30/04 | JWS Order granting stipulation to extend deadline until 5/28/04 for preliminary witness (22-1). cc: cnsl |
| 23 - 1 | 04/30/04 | Stipulation for ext of time until 5/7/04 for plf to file oppo to DEF 2's mot for part sj. |
| 23 - 2 | 05/03/04 | Order approving stip for ext of time until 5/7/04 for plf to file oppo to DEF 2's mot for part sj (23-1). cc: cnsl |
| 24 - 1 | 05/07/04 | PLF 1 opposition to DEF 2 motion for partial summary as to counts I and VII (18-1) w/att exhs and aff. |
| 24 - 2 | 05/07/04 | PLF 1 motion (cross) for partial summary judgment w/att exhs and aff. |
| 25 - 1 | 05/07/04 | PLF 1 motion for leave of court to file first amended complaint w/att prop amended cmplt and exhs. |
| 26 - 1 | 05/11/04 | Stipulation for ext of time until 5/28/04 for DEF 2 to file reply to plf's oppo to DEF 2's mot for sj and DEF 2's oppo to plf's cross-mot for sj and mot to amend cmplt. |
| 26 - 2 | 05/12/04 | Order approving stip for ext of time until 5/28/04 for DEF 2 to file reply to plf's oppo to DEF 2's sj mot and DEF 2's oppo to plf's cross-mot for sj and DEF 2's oppo to plf's mot to amend cmplt (26-1). cc: cnsl |
| 27 - 1 | 05/27/04 | PLF 1; DEF 1-2 Stipulation for extension of time. |
| 28 - 1 | 05/28/04 | DEF 2 reply to opposition to DEF 2 motion for partial summary as to counts I and VII (18-1) w/att exhs. |
| 28 - 2 | 05/28/04 | DEF 2 opposition to PLF 1 motion (cross) for partial summary judgment (24-2) w/att exhs. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
                           "AT PUBLISHING INC V A.B. DICK CO ET AL"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 1 | 05/28/04 | DEF 2 Request for Oral Argument re: DEF 2 motion for partial summary as to counts I and VII (18-1), PLF 1 motion (cross) for partial summary judgment (24-2). |
| 30 - 1 | 05/28/04 | DEF 2 Preliminary Witness List. |
| 27 - 2 | 06/02/04 | JWS Order granting stip for ext of time (27-1); init disclosures & wit list due 06/11/04; reply to cross-mot for part sj and reply to mot for leave of crt to file first amended cmplt due 06/21/04. cc: cnsl |
| 31 - 1 | 06/07/04 | JWS Order granting mot for leave of crt to file 1st amended cmplt (25-1). cc: cnsl |
| 32 - 1 | 06/07/04 | PLF 1 Complaint (1st Amended). |
| 33 - 1 | 06/07/04 | DEF 1 Attorney Substitution of Patrick B. Gilmore (ATKINSON) for Randall Weddle (HOLMES). cc: cnsl, P. Gilmore |
| 34 - 1 | 06/14/04 | DEF 2 Answer to amended complaint and Crossclaim against DEF 1. |
| 35 - 1 | 06/21/04 | PLF 1 reply to opposition to PLF 1 motion (cross) for partial summary judgment (24-2). |
| 36 - 1 | 07/07/04 | DEF 1 Answer to First Amended Complaint. |
| 36 - 2 | 07/07/04 | DEF 1 Answer to OFC Capitol's Crossclaim. |
| 37 - 1 | 08/03/04 | DEF 1 Notice of stay w/att exh. |
| 38 - 1 | 08/05/04 | PLF 1; DEF 2 Joint Report. |
| 38 - 2 | 08/05/04 | PLF 1; DEF 2 Request for Oral Argument re: DEF 2 mot for part sj as to cts I & VII (18-1), PLF 1 mot (cross) for part sj (24-2). |
| 39 - 1 | 08/09/04 | JWS Minute Order setting o/a on cross-mots for sj fld by PLF 1 and DEF 2 on 8/19/04 at 10:00 a.m.; 15 minutes per side to address both mots. cc: cnsl |
| 40 - 1 | 08/12/04 | JWS Minute Order resetting 8/19/04 o/a on cross-mots for sj to 8/20/04 at 9:00 a.m.. cc: cnsl |
| 41 - 1 | 08/18/04 | PLF 1 Notice to the court w/att exhs. |
| 42 - 1 | 08/19/04 | DEF 2 Notice of filing suppl authority re: DEF 2 motion for partial summary as to counts I and VII (18-1). |
| 43 - 1 | 08/20/04 | JWS Court Minutes [ECR: Robin Carter] re: o/a on cross-mots for part sj held 8/20/04; taking under advisement mot for part sj (18-1), mot (cross) for part sj (24-2). |
| 44 - 1 | 08/30/04 | JWS Order denying mot for part sj as to cts I & VII (18-1), mot (cross) for part sj (24-2). cc: cnsl |
| 45 - 1 | 10/15/04 | Stipulation to extend deadlines; expert report until 12/31/04, close of discovery 2/28/05 and final wit lists until 12/1/04. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
                       "AT PUBLISHING INC V A.B. DICK CO ET AL"

                                 For all filing dates


Document #     Filed         Docket text

  45 -   2    10/18/04      JWS Order granting stipulation to extend deadlines; expert report due
                            12/31/04, discovery to close 02/28/05, wit lists 12/1/04 (45-1).   cc:
                            cnsl

  46 -   1    11/29/04      Stipulation that expert rpts due 3/31/05; close of disc is 5/3/05; ddln
                            for final wit lists is 3/1/05.

  46 -   2    11/30/04      JWS Order approving stip that expert rpts due 3/31/05; close of disc is
                            5/3/05; ddln for final wit lists is 3/1/05 (46-1). cc: cnsl

  47 -   1    03/01/05      Stipulation extending non-expert disc to 7/1/05 & depos of experts to be
                            completed by 8/1/05.

  47 -   2    03/04/05      RRB Order approving stip extending non-expert disc to 7/1/05 & depos of
                            experts to (47-1). cc: cnsl

  48 -   1    05/27/05      PLF 1; DEF 2 Stipulation (joint req) for brief stat conf.

  49 -   1    05/31/05      JWS Minute Order approving stip (joint req) for brief stat conf (48-1);
                            stat conf set 6/16/05 @ 8:00 a.m. in crtroom 3. cc: cnsl

  50 -   1    05/31/05      PLF 1; DEF 2 Stipulation extending deadlines (expert reports due
                            6/23/05).

  51 -   1    05/31/05      PLF 1 Stipulation for substitution of counsel w/att consent

  50 -   2    06/01/05      JWS Order granting stipulation Stipulation extending deadlines (expert
                            reports due 6/23/05) (50-1). cc: cnsl

  52 -   1    06/01/05      JWS Order granting Stipulation for substitution of counsel (51-1).  cc:
                            cnsl

  53 -   1    06/16/05      JWS Court Minutes [ECR: Elisa Singleton] re Status Conf (held 6/16/05);
                            deadlines set; Close of Discovery 3/17/06; witness lists 1/20/06;
                            amended peladings 7/26/05; dispositive and discovery motions 4/17/06.
                            cc: cnsl

  54 -   1    06/16/05      JWS Minute Order setting the following dates: disc to close 03/17/06;
                            Dispositive mots ddln 04/17/06. cc: cnsl

  55 -   1    07/25/05      PLF 1 motion to file 2nd amended complaint w/att prop 2nd amended cmplt.

  56 -   1    08/03/05      DEF 2 opposition to PLF 1 motion to file 2nd amended complaint (55-1).

  57 -   1    08/12/05      PLF 1 reply to opposition to PLF 1 motion to file 2nd amended complaint
                            w/att prop 2nd amended cmplt (55-1).

  58 -   1    08/15/05      DEF 2 Request for Oral Argument re: PLF 1 motion to file 2nd amended
                            complaint (55-1).

  59 -   1    10/19/05      JWS Order denying mot to file 2nd amended cmplt (55-1). cc: cnsl

  60 -   1    10/21/05      DEF 2 Address Change Notice of M. Walker.

  61 -   1    10/21/05      DEF 2 motion to withdraw as counsel pursuant to Federal Rule 83.1(f)(3).


ACRS: R_VDSDX                  As of 12/01/05 at 3:13 PM by GARRY                         Page 4
```

EXHIBIT  5
Page  9  of  10

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0011--CV (JWS)
                         "AT PUBLISHING INC V A.B. DICK CO ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 61 - | 2 | 10/24/05 | JWS Order granting mot to w/d as cnsl pursuant to Federal Rule 83.1(f)(3) (61-1). cc: cnsl, W. Hahn |
| 62 - | 1 | 10/27/05 | PLF 1 motion to compel responses to 1st set of discovery requests w/att aff & exhs. |
| 63 - | 1 | 10/31/05 | PLF 1 Notice of filing signed aff of M. Grisham re: PLF 1 motion to compel responses to 1st set of discovery requests (62-1) w/att aff. |
| 64 - | 1 | 10/31/05 | PLF 1 non-opposition to DEF 2 motion to withdraw as counsel pursuant to Federal Rule 83.1(f)(3) (61-1). |
| 65 - | 1 | 11/03/05 | DEF 2 opposition (response) to PLF 1 motion to compel responses to 1st set of discovery requests (62-1) w/att exhs. |
| 66 - | 1 | 11/07/05 | DEF 2 Address Change Notice of Marion F. Walker. |
| 67 - | 1 | 11/14/05 | PLF 1 reply to opposition to PLF 1 motion to compel responses to 1st set of discovery requests (62-1) w/att aff. |