Michael R. Mills, Esq.
Brian J. Stibitz, Esq.
Bankston, Gronning, O'Hara,
Sedor, Mills, Givens & Heaphey, P.C.
550 W. Seventh Avenue
Suite 1800
Anchorage, Alaska 99501
Phone (907) 276-1711
Fax   (907) 279-5358

Attorneys for Plaintiff,
AT Publishing, Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. 3AN-03-08291 CI |

### DEMAND FOR JURY TRIAL

Plaintiff, AT Publishing, Inc., by and through its attorneys, Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C., hereby demands a trial by jury in the above-captioned matter.

DATED at Anchorage, Alaska, this 6th day of June, 2003.

DEMAND FOR JURY TRIAL
*AT Publishing, Inc. v. A.B. Dick Company*  Case No. 3AN-_____ Civil
A-3889-01/COMPLAINT.doc

Page 1 of 2
EXHIBIT 7
Page 1 of 2

BANKSTON, GRONNING, O'HARA,
SEDOR, MILLS, GIVENS & HEAPHEY, P.C.
Attorney for Plaintiff, AT Publishing, Inc.

By: _____
      Michael R. Mills
for  ABA # 8911074

BANKSTON, GRONNING, O'HARA,
SEDOR, MILLS, GIVENS & HEAPHEY, P.C.
Attorney for Plaintiff, AT Publishing, Inc.

By: _____
      Brian J. Stibitz
      ABA # 0106043

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
550 W. 7th Avenue, Suite 1800
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

DEMAND FOR JURY TRIAL
*AT Publishing, Inc. v. A.B. Dick Company* Case No. 3AN-_____ Civil
A-3889-01/COMPLAINT.doc
Page 2 of 2

EXHIBIT 7
Page 2 of 2