Michael R. Mills, ABA # 8911074
Michael A. Grisham, ABA # 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,<br><br>                  Plaintiff,<br>vs.<br><br>A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>                  Defendants. | Case No. A04-0011 CV (JWS) |

## AFFIDAVIT OF MICHAEL A. GRISHAM

1.   I am an attorney with Dorsey & Whitney LLP. I am fully competent to address the matters discussed herein, and make this affidavit of personal knowledge.

2.   In April of 2006, during a discussion with counsel for OFC regarding procedural matters, counsel for OFC raised for the first time a question as to whether a jury demand had been made in this case. In response, at OFC's request, I forwarded a copy of the jury demand to counsel for OFC at that time (see attached fax coversheet).

3.   In reviewing the record regarding this matter, I instructed members of Dorsey & Whitney's staff to interview staff members of the firm handling this matter

during the relevant time period. Such interviews with the staff members involved determined only that they had no specific recollection of the service issue.

_____
Michael A. Grisham

SUBSCRIBED AND SWORN TO before me this 30th day of June, 2006.



_____
Notary Public in and for the State of Alaska.
My Commission Expires: 2-14-09

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, a copy of foregoing was served by electronic notice as indicated below.

Randall J. Weddle, Esq.
Marion Walker, Esq

/s/Michael R. Mills
Certificate Signature

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF MICHAEL A. GRISHAM
Page 2 of 2

AT Publishing, Inc. v. A.B. Dick Company, et al
Case No. A04-0011 Civil

4825-3659-2129\1\476800\00001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1984
RECIPIENT ADDRESS     8132#476800#1##2774657#
DESTINATION ID
ST. TIME              04/06 08:22
TIME USE              00'47
PAGES SENT            3
RESULT                OK
```

# DORSEY
DORSEY & WHITNEY LLP

# FAX COVER SHEET

The information contained in this facsimile message, if a client of this firm is a named addressee, or the message is otherwise intended for a client, is presumptively legally privileged and confidential information. If you are not a named addressee, or if there is any reason to believe that you may have received this message in error, (1) do not read the message below; (2) do not distribute or copy this facsimile; and (3) please immediately call us collect at the number of the sender below.

| | | | |
|---|---|---|---|
| DATE: | April 6, 2006 | TOTAL # OF PAGES: (INCLUDING THIS COVER SHEET) | 3 |
| TO: | Randall J. Weddle | FAX #: | (907) 277-4657 |
| FIRM NAME: | Holmes Weddle & Barcott | PHONE #: | (907) 274-0666 |
| FROM: | Michael A. Grisham | FAX #: | (907) 276-4152 |
| PHONE #: | (907) 257-7829 | EMAIL: | grisham.michael@dorsey.com |

COMMENTS:

Transmitting: Demand for Jury Trial

For your files. Thanks

Mike