Michael R. Mills, AB # 8911074
Michael A. Grisham, AB # 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,<br><br>                                   Plaintiff,<br><br>vs.<br><br>A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>                                   Defendants. | Case No. A04-0011 CV (JWS)<br><br>**UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

    Plaintiff AT Publishing, Inc., hereby moves this Court for an Order allowing its present counsel of record, Dorsey & Whitney LLP to withdraw from this matter, and to allow the substitution of new counsel, the Law Office of Michael Stehle, PC. This withdrawal and substitution is necessary due to an ethical conflict of which Dorsey & Whitney LLP first became aware this week. The undersigned has been authorized to represent to the Court that Defendant OFC Capital does not oppose this motion.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this 27th day of July, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: s/Michael R. Mills
Michael R. Mills
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152
mills.mike@dorsey.com
ABA # 8911074

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006, a copy of foregoing Plaintiff's Final Discovery Witness List was served by electronic mailing on the following:

Randall J. Weddle, Esq.

Marion Walker, Esq.

   s/Michael R. Mills
Michael R. Mills
CERTIFICATION SIGNATURE

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

AT Publishing, Inc. v. A.B. Dick Company, et al
Case No. A04-0011 Civil
Page 2 of 2

4830-2300-1345\1\476800\00001