Michael R. Mills, AB # 8911074
Michael A. Grisham, AB # 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,<br><br>                        Plaintiff,<br>vs.<br><br>A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>                        Defendants. | Case No. A04-0011 CV (JWS)<br><br>**[PROPOSED] ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Having considered the unopposed motion for withdrawal and substitution of counsel, this Court hereby ORDERS that such motion is GRANTED. Dorsey & Whitney LLP may withdrawal as counsel for Plaintiff AT Publishing, Inc., and the Law Office of Michael Stehle, PC, may substitute as counsel for AT Publishing, Inc.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

By: _____
     District Court Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

4826-5390-2593\1\476800\00001