UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>                    Defendants. | Case No. A04-0011 CV (JWS)<br><br>**ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Having considered the unopposed motion for withdrawal and substitution of counsel, this Court hereby ORDERS that such motion is GRANTED. Dorsey & Whitney LLP may withdrawal as counsel for Plaintiff AT Publishing, Inc., and the Law Office of Michael Stehle, PC, may substitute as counsel for AT Publishing, Inc.

DATED this 28th day of July 2006, at Anchorage, Alaska.

                                        /s/
                                        JOHN W. SEDWICK
                                        UNITED STATES DISTRICT JUDGE

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

4826-5390-2593\1\476800\00001