# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

RECEIVED
AUG 0 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | | |
|---|---|---|
| AT PUBLISHING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | A04-0011 CV (JWS) |
| A.B. DICK COMPANY and        ) | | |
| OFC CAPITAL,  a division of | ) | |
| ALFA FINANCIAL CORPORATION, | ) | |
| | ) | |
| OFC CAPITAL, a division of | ) | |
| ALFA FINANCIAL CORPORATION, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AT PUBLISHING, INC., | ) | |
| | ) | |
| Counterclaim-Defendant. | ) | |

### ENTRY OF APPEARANCE

COMES NOW The Law Office of Michael Stehle, P.C. and enters its appearance for A.T. Publishing, Plaintiff in the above mention matter.

DATED this _____2_____ day of August, 2006.

Michael Stehle, ABA No. 9106054

Law Office of Michael Stehle
737 W. 5th Ave., Suite 206
Anchorage, Alaska 99501
Tel: 907-677-7877  Fax: 907-677-7894

Entry of Appearance
A01-0011 CV (JWS)
Page 1 of 2

**Certificate of Service**

I hereby certify that on the _4th_
day of August, 2006, a true and
correct copy of the foregoing was
faxed/mailed to the following:

Michael R. Mills
1031 W. 4th Avenue, Suite 600
Anchorage, Alaska 99501

Randall Weddle
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501

Patrick Gilmore
420 L Street, Suite 500
Anchorage, Alaska 99501

Diana Cummings

Law Office of Michael Stehle
737 W. 5th Ave., Suite 206
Anchorage, Alaska 99501
Tel.: 907-677-7877  Fax: 907-677-7894

Entry of Appearance
A01-0011 CV (JWS)
Page 2 of 2