Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:     (205) 244-5916
Fax:         (205) 244-5901

Attorney for Defendant OFC Capital, a division of ALFA Financial Corporation

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,              ) | |
|                                     ) | |
|     Plaintiff,              ) | |
|                                     ) | |
| v.                                         ) | Case No. A04-0011 CV (JWS) |
|                                     ) | |
| A.B. DICK COMPANY and OFC   ) | |
| CAPITAL, a division of ALFA        ) | |
| FINANCIAL CORPORATION,       ) | |
|                                     ) | |
|     Defendants.              ) | |

### STATUS REPORT AND CERTIFICATION FOR READINESS FOR TRIAL BY OFC CAPITAL

NOW COMES OFC Capital in response to the Orders of the Court dated May 1, 2006 and September 1, 2006 requiring a Status Report and Certification of Readiness for Trial on or before September 11, 2006 and having consulted with counsel for Plaintiff without agreement, says as follows:

1.    Discovery in this case was completed March, 17 2006.

2.    No outstanding Motions are pending in this case.

3.   The parties have seriously explored settlement without success and settlement of the case is remote. The nature of the case is such that it cannot be settled.

4.   OFC Capital will be ready for trial after February 1, 2007 and the case is expected to take four days to try. Counsel for OFC Capital has the months of April, May, June and July available for the trial.

        s/**Marion F. Walker**
        Marion F. Walker
        Attorney for OFC Capital
        FORD & HARRISON, LLP
        2100 Third Avenue North
        Suite 400
        Birmingham, AL 35203
        Phone:   (205) 244-5916
        Fax:        (205) 244-5901
        e-mail:  mfwalker@fordharrison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service first class postage prepaid the document to the following non-CM/ECF participants:

Mike Stehle
Law Office of Michael Stehle, PC
737 West 5th Ave., Suite 206
Anchorage, Alaska 99501

        s/ **Marion F. Walker**
        Marion F. Walker