RECEIVED SEP 1 1 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) A04-0011 CV (JWS) <br> A.B. DICK COMPANY and ) <br> OFC CAPITAL, a division of ) <br> ALFA FINANCIAL CORPORATION, ) <br> ) <br> ) <br> OFC CAPITAL, a division of ) <br> ALFA FINANCIAL CORPORATION, ) <br> ) <br> Counterclaimant, ) <br> ) <br> vs. ) <br> ) <br> AT PUBLISHING, INC., ) <br> ) <br> Counterclaim-Defendant. ) <br> ) | |

## STATUS REPORT

Plaintiff submits this status report in response to the Court's orders at docket numbers 91 and 95. Plaintiff notes that the Court is using an incorrect address for plaintiff's counsel. Please serve pleadings on plaintiff's counsel at 737 West 5th Ave., Suite 206, Anchorage, Alaska 99501.

Plaintiff's previous counsel recently withdrew because of a conflict of interest that had gone unnoticed, and undersigned counsel has only recently appeared in this matter. Prior to that event, the parties had agreed to mediate this matter. The mediation was canceled because defendant OFC's counsel expressed concern that plaintiff's new counsel may not be able to sufficiently familiarize himself with the file and gain the client's confidence on short time. In addition, both defendant's

Law Office of Michael Stehle
737 W. 5th Ave., Suite 206
Anchorage, Alaska 99501
Tel: 907-677-7877  Fax: 907-677-7894

Status Report
A01-0011 CV (JWS)
Page 1 of 2

counsel and plaintiff's counsel wanted to have a chance to get to know each other to determine whether mediation was likely to be successful. While the parties deem the likelihood of settlement as remote at least in part because of the substantial sums spent by each in preparing this matter for trial, plaintiff has not yet ruled out the possibility of mediation/settlement. Also, plaintiff's new counsel would like to make sure that nothing further remains to be done prior to requesting a trial date. For all the foregoing reasons plaintiff would like until October 16, 2006 to submit a further status report to the Court. Defendant's counsel has reviewed this status report and disagrees with this request and will file a separate report. Plaintiff understands that defendant will request a trial date and, therefore, to the extent that the Court desires to set this matter for trial at this time, plaintiff's counsel is able to try this matter in late May, or any time in June or July 2007.

DATED this 11 day of September, 2006.

_____
Michael Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on the 11
day of September, 2006, a true and
correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Status Report
A01-0011 CV (JWS)
Page 2 of 2

Law Office of Michael Stehle
737 W. 5th Ave., Suite 206
Anchorage, Alaska 99501
Tel.: 907-677-7877  Fax: 907-677-7894

Randy Weddle
rweddle@hwb-law.com, bfontaine@hwb-law.com, jekstrand@hwb-law.com, kwarne@hwb-law.com.

Michael Stehle

Law Office of Michael Stehle
737 W. 5th Ave., Suite 206
Anchorage, Alaska 99501
Tel.: 907-677-7877  Fax: 907-677-7894

Status Report
A01-0011 CV (JWS)
Page 3 of 2