# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | A04-0011 CV (JWS) |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| _____) | |
| ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| AT PUBLISHING, INC., ) | |
| ) | |
| Counterclaim-Defendant. ) | |
| _____) | |

## STATUS REPORT

Plaintiff/counterclaim-defendantPlaintiff/counterclaim-defendant submits this status report inPlaintif

AfterAfter reviewing the file plaintiff s counselAfter reviewing the file plaintiff s counsel does not believeA

producedproduced complete documentationregarding itsproduced complete documentation regarding its cl

forfor defendant/counterclaim-plaintiff indicatedfor defendant/counterclaim-plaintiff indicated that she was j

to date that documentation hasto date that documentation has notto date that documentation has not been

isisis entitled tois entitled to alldocumentation regarding defendant/counterclaim-plaintiff s claimforis entitled

Status Report
A01-0011 CV (JWS)
Page 1 of 3

underunder civil rule 26 or becauseunder civil rule 26 or because of previous discovery requests.  Plaintiff/c

notesnotes that it intends tonotes that it intends to supplement its witness list to add Mike Mills as a witne

notnot cause defendant/counterclaim-plaintiff to requestnot cause defendant/counterclaim-plaintiff to r

thosethose itemsthose items identified above, plaintiff/counterclaim-defendant doesthose items identified ab

reremainsremains to be done on this matter prior to setting this matter for trial.  Plaintiff/countercrem

defendantdefendant notes that the parties have not madedefendant notes that the parties have not made prog

ordered settlement conference, at which party representatives must be present, would be helpful.


DATED this _____ day of October, 2006.




_____

Michael Stehle, ABA No. 9106054




**Certificate of Service**

I hereby certify that on the _____
day of October, 2006, a true and
correct copy of the foregoing was
electronically mailed  to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com, bfontaine@hwb-law.com, jekstrand@hwb-law.com, kwarne@hwb-law.com.


Status Report
A01-0011 CV (JWS)
Page 2 of 3

_____
Michael Stehle