**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| AT PUBLISHING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) A04-0011 CV (JWS) |
| A.B. DICK COMPANY and | ) |
| OFC CAPITAL, a division of | ) |
| ALFA FINANCIAL CORPORATION, | ) |
| _____ | ) |
| | ) |
| OFC CAPITAL, a division of | ) |
| ALFA FINANCIAL CORPORATION, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| AT PUBLISHING, INC., | ) |
| | ) |
| Counterclaim-Defendant. | ) |
| _____ | ) |

STATUS REPORT

Plaintiff/counterclaim-defendant submits this status report in response to the Court's order. After reviewing the file plaintiff's counsel does not believe that defendant/counterclaim-plaintiff has produced complete documentation regarding its claim for damages. On at least one occasion counsel for defendant/counterclaim-plaintiff indicated that she was going to send backup documentation but to date that documentation has not been received. Plaintiff/counterclaim-defendant believes that it is entitled to all documentation regarding defendant/counterclaim-plaintiff's claim for damages either under civil rule 26 or because of previous discovery requests. Plaintiff/counterclaim-defendant also notes that it intends to supplement its witness list to add Mike Mills as a witness. This may or may not cause defendant/counterclaim-plaintiff to request additional discovery. With the exception of those items identified above, plaintiff/counterclaim-defendant does not believe that anything further remains to be done on this matter prior to setting this matter for trial. Plaintiff/counterclaim-defendant notes that the parties have not made progress toward settlement and believes that a Court ordered settlement conference, at which party

representatives must be present, would be helpful.


DATED this _____ day of October, 2006.


                                                               _____
                                                               Michael Stehle, ABA No. 9106054


**Certificate of Service**

I hereby certify that on the _____
day of October, 2006, a true and
correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com, bfontaine@hwb-law.com, jekstrand@hwb-law.com, kwarne@hwb-law.com.


_____
Michael Stehle