**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| AT PUBLISHING, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)    A04-0011 CV (JWS)<br>A.B. DICK COMPANY and )<br>OFC CAPITAL, a division of )<br>ALFA FINANCIAL CORPORATION, )<br>_____)<br>)<br>OFC CAPITAL, a division of )<br>ALFA FINANCIAL CORPORATION, )<br>)<br>    Counterclaimant, )<br>)<br>vs. )<br>)<br>AT PUBLISHING, INC., )<br>)<br>    Counterclaim-Defendant. )<br>_____) | |

RE-FILED STATUS REPORT

    Plaintiff/counterclaim-defendant submits this status report in response to the Court's order. After reviewing the file plaintiff's counsel does not believe that defendant/counterclaim-plaintiff has produced complete documentation regarding its claim for damages. On at least one occasion counsel for defendant/counterclaim-plaintiff indicated that she was going to send backup documentation but to date that documentation has not been received. Plaintiff/counterclaim-defendant believes that it is entitled to all documentation regarding defendant/counterclaim-plaintiff's claim for damages either under civil rule 26 or because of previous discovery requests. Plaintiff/counterclaim-defendant also notes that it intends to supplement its witness list to add Mike Mills as a witness. This may or may not cause defendant/counterclaim-plaintiff to request additional discovery. With the exception of those items identified above, plaintiff/counterclaim-defendant does not believe that anything further remains to be done on this matter prior to setting this matter for trial. Plaintiff/counterclaim-defendant notes that the parties have not made progress toward settlement and believes that a Court ordered settlement conference, at which party

representatives must be present, would be helpful.

DATED this 8 day of November, 2006.

/S/
Michael Stehle, ABA No. 9106054
737 West 5th Ave., suite 206
Anchorage, Alaska 99501
(907) 677-7877
(907) 677-7894 Facsimile

**Certificate of Service**

I hereby certify that on the 8
day of November, 2006, a true and
correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com, bfontaine@hwb-law.com, jekstrand@hwb-law.com, kwarne@hwb-law.com.

   /S/
Michael Stehle