Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone: (907)274-0666
Fax:   (907)277-4657

Marion F. Walker, Esq.
FORD HARRISON, LLP
2100 W. 3rd Avenue, North
Suite 400 Concord Center
Birmingham, AL 35203
Phone: 205-244-5916
Fax:   205-244-5901

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | USDC No. A04-011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. T. PUBLISHING, INC., ) | |
| ) | |
| Counterclaim ) | |
| Defendant, ) | |
| _____) | |

```
OFC CAPITAL, a division of    )
ALFA FINANCIAL CORPORATION,   )
                              )
     Crossclaim Plaintiff,    )
                              )
v.                            )
                              )
A. B. DICK COMPANY,           )
                              )
     Crossclaim Defendant.    )
                              )
_____)
```

## UNOPPOSED MOTION TO CHANGE TRIAL DATE

Because of a scheduling conflict, counsel for OFC Capital, a division of ALFA Financial Corporation, (hereinafter "OFC Capital") hereby files this unopposed motion to change the trial date, currently scheduled to begin May 21, 2007, to a date in June of 2007, preferably beginning June 18th or June 25th. Counsel for AT Publishing Company has advised counsel for OFC Capital that he and his client do not oppose this motion provided that all deadlines are extended accordingly.

Dated this _____ day of January 2007.

                                      HOLMES WEDDLE & BARCOTT, PC
                                      Attorneys for OFC Capital, a
                                      Division of ALFA Financial
                                      Corporation
                                      By: s/ Randall J. Weddle
                                      Randall J. Weddle
                                      701 West 8th Avenue, Suite 700
                                      Anchorage, Alaska 99501
                                      Phone: (907) 274-0666
                                      Fax: (907) 277-4657
                                      Rweddle@anc.hwb-law.com
                                      Alaska Bar No. 7206034

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2007, a true and correct copy of the Unopposed Motion to Change Trial date was served electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)


By: s/ Randall J. Weddle
     Randall J. Weddle

X:\4103\18823\pld\UnopposedMtnChangeTrialDate.010307.doc