Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone: (907)274-0666
Fax:   (907)277-4657

Marion F. Walker, Esq.
FORD HARRISON, LLP
2100 W. 3rd Avenue, North
Suite 400 Concord Center
Birmingham, AL 35203
Phone: 205-244-5916
Fax:   205-244-5901

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC No. A04-011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. T. PUBLISHING, INC., ) | |
| ) | |
| Counterclaim ) | |
| Defendant, ) | |
| _____) | |

```
OFC CAPITAL, a division of    )
ALFA FINANCIAL CORPORATION,   )
                              )
     Crossclaim Plaintiff,    )
                              )
v.                            )
                              )
A. B. DICK COMPANY,           )
                              )
     Crossclaim Defendant.    )
                              )
_____)
```

**NOTICE OF FILING PROPOSED ORDER**

Pursuant to this court's directive of January 5, 2007, defendant OFC Capital, a division of ALFA Financial Corporation, hereby provides the notice of filing its Proposed Order Granting Unopposed Motion to Change Trial Date.

DATED this 8th day of January 2004, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, PC
> Attorneys for OFC Capital, a
> Division of ALFA Financial
> Corporation
> By: s/ Randall J. Weddle
> Randall J. Weddle
> 701 West 8th Avenue, Suite 700
> Anchorage, Alaska 99501
> Phone: (907) 274-0666
> Fax: (907) 277-4657
> Rweddle@anc.hwb-law.com
> Alaska Bar No. 7206034

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2007, a true and correct copy of this Notice of Filing was served electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)


By: s/ Randall J. Weddle
    Randall J. Weddle

X:\4103\18823\pld\NtcFiling.010807.doc