Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone: (907)274-0666
Fax:  (907)277-4657

Marion F. Walker, Esq.
FORD HARRISON, LLP
2100 W. 3rd Avenue, North
Suite 400 Concord Center
Birmingham, AL 35203
Phone: 205-244-5916
Fax:  205-244-5901

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC No. A04-011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | **PROPOSED ORDER GRANTING** |
| Defendants. ) | **MOTION TO CHANGE TRIAL DATE** |
| _____) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. T. PUBLISHING, INC., ) | |
| ) | |
| Counterclaim ) | |
| Defendant, ) | |
| _____) | |

```
OFC CAPITAL, a division of    )
ALFA FINANCIAL CORPORATION,   )
                              )
     Crossclaim Plaintiff,    )
                              )
v.                            )
                              )
A. B. DICK COMPANY,           )
                              )
     Crossclaim Defendant.    )
                              )
_____)
```

The Court having reviewed the Unopposed Motion to Change Trial Date;

IT IS HEREBY ORDERED that the trial in above-referenced matter is rescheduled to commence on the _____ day of June 2007.  Furthermore, IT IS HEREBY ORDERED that all trial deadlines are extended accordingly.

DATED:_____, 2007.

_____
Honorable John W. Sedwick
United States District Judge

**CERTIFICATE OF SERVICE**
I hereby certify that on January 8, 2007, a true and correct copy of the Proposed Order Granting Unopposed Motion to Change Trial date was served electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)

By: s/ Randall J. Weddle
    Randall J. Weddle

X:\4103\18823\pld\OrderChangeTrialDate.010807.doc