IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC No. A04-011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | **ORDER GRANTING** |
| Defendants. ) | **MOTION TO CHANGE TRIAL DATE** |
| _____ ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. T. PUBLISHING, INC., ) | |
| ) | |
| Counterclaim ) | |
| Defendant, ) | |
| _____ ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Crossclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. B. DICK COMPANY, ) | |
| ) | |
| Crossclaim Defendant. ) | |
| ) | |
| _____ ) | |

The Court having reviewed the Unopposed Motion to Change Trial Date;

IT IS HEREBY ORDERED that the final pre-trial conference in the above-referenced matter is rescheduled for **June 12, 2007**, at **8:30 a.m.**, and the trial by jury is rescheduled to commence on **June 18, 2007**, at **9:00 a.m.**

Furthermore, IT IS HEREBY ORDERED that all trial deadlines are extended accordingly.

DATED:   January 12, 2007.

/s/ Honorable John W. Sedwick
United States District Judge