**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

AT PUBLISHING INC   v.   A.B. DICK COMPANY, et al

THE HONORABLE JOHN W. SEDWICK    CASE NO.   3:04-cv-00011-JWS

Deputy Clerk                     Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court issued an order at docket 108 re-setting the Final Pretrial Conference and Trial by Jury dates.  The following due dates have been set based upon the new trial date:  motions due date is April 20, 2007, exhibit lists are due April 24, 2007 and the due date for trial documents is June 4, 2007.

DATE:  January 19, 2007                 ENTERED AT JUDGE'S DIRECTION
                                              INITIALS:   lc
                                                     Deputy Clerk

[FORMS*IA*]