Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Phone: (205) 244-5916
Fax:    (205) 244-5901

Attorneys for Defendant OFC Capital, a division of ALFA Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A04-0011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and OFC ) | |
| CAPITAL, a division of ALFA ) | |
| FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:    Clerk, United States District Court
       for the District of Alaska

Please take notice that the following discovery documents were served by the undersigned counsel for Defendant, OFC Capital, a division of ALFA Financial Corporation, on April 11, 2007, via facsimile and first-class United States mail:

(✓)    **Supplementation by OFC Capital of Interrogatory on Damages.**

        s/ Marion F. Walker
        Marion F. Walker
        Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

        Randall J. Weddle
        Alaska Bar No. 7206034
        Attorney for OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 11th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael T. Stehle
    Law Office of Michael Stehle, PC
    737 West 5th Ave., Suite 206
    Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Not Applicable.

        s/ Marion F. Walker
        Of Counsel

Birmingham:16057.1