UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,                      ) | |
| )| |
| Plaintiff,              ) | |
| ) | |
| vs.                                              ) | |
| )| A04-0011 CV (JWS) |
| A.B. DICK COMPANY and           ) | |
| OFC CAPITAL, a division of       ) | |
| ALFA FINANCIAL CORPORATION,  ) | |
| _____) | |
| ) | |
| OFC CAPITAL, a division of       ) | |
| ALFA FINANCIAL CORPORATION,  ) | |
| ) | |
| Counterclaimant,    ) | |
| ) | |
| vs.                                              ) | |
| ) | |
| AT PUBLISHING, INC.,                ) | |
| ) | |
| Counterclaim-Defendant.  ) | |
| _____) | |

NOTICE OF AMENDMENT TO WITNESS LIST

In its Status Report filed November 8, 2006, Plaintiff gave notice that it was supplementing its witness list to include Mike Mills. Defendant did not indicate any objection or request to depose Mr. Mills. Accordingly, plaintiff hereby amends its witness list to include Mike Mills. Mr. Mills can be contacted through counsel for plaintiff. Mr. Mills will testify regarding the cure agreement negotiated and attempted between A.B. Dick Company and A.T. Publishing, Inc.

DATED this 13 day of April, 2007.

/S/
Michael Stehle, ABA No. 9106054
737 West 5th Ave., suite 206
Anchorage, Alaska 99501
(907) 677-7877
(907) 677-7894 Facsimile

**Certificate of Service**

I hereby certify that on the 8
day of November, 2006, a true and
correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com, bfontaine@hwb-law.com, jekstrand@hwb-law.com, kwarne@hwb-law.com.

/S/
Michael Stehle

Notice of Amended Witness list
A01-0011 CV (JWS)
Page 2 of 2