Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Phone: (205) 244-5916
Fax:    (205) 244-5901

Attorneys for Defendant OFC Capital, a division of ALFA Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A04-0011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and OFC ) | |
| CAPITAL, a division of ALFA ) | |
| FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**OBJECTION TO AMENDMENT TO A.T. PUBLISHING WITNESS LIST**

NOW COMES OFC Capital, by and through its attorneys, and objects to the addition of any witness at this late date and contradiction to the Court's Order of December 1, 2006 and says further:

1.      Plaintiff, A.T. Publishing did not list Michael Mills in its Final Witness List due to be filed, and filed in fact, January 2006.  Plaintiff did not give effective, or timely, notice to Defendant-Counter/Plaintiff of the intention to call at trial a former attorney on the case.  Discovery in the case closed in March, 2006.

2. At the time the Final Witness List was filed and discovery closed, Michael Mills was actively representing A.T. Publishing.

3. OFC Capital contends the mere "report" by A.T. Publishing in a Status report, ten months after the final witness list has been filed, and eight months after discovery has ended, is not effective notice and cannot *ipso facto* amend the Scheduling Order adhered to by opposing parties.

4. The December 1, 2006 Order of this Court required a filing of final witness list for trial, stating, " . . . each party will serve and file a final, revise witness list, which may include only persons who have been previously disclosed as potential witnesses in a timely filed prior witness list. . . . Only those witnesses so listed will be permitted to testify at trial." Michael Mills has never been listed on any witness filed by A.T. Publishing.

5. OFC Capital contends any testimony about any purported "cure agreement," which is the noted subject upon which A.T. publishing proposes Mr. Mills to testify, is not relevant to the claims in the complaint against OFC, or in OFC's counterclaim against A.T. Publishing.

s/ Marion F. Walker
Marion F. Walker
Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

Randall J. Weddle
Alaska Bar No. 7206034
Attorney for OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 16th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Stehle
Law Office of Michael Stehle, PC
737 West 5th Ave., Suite 206
Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable.

s/ Marion F. Walker
Of Counsel

Birmingham:16088.1