Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone: (907)274-0666
Fax:   (907)277-4657

Marion F. Walker, Esq.
FORD HARRISON, LLP
2100 W. 3rd Avenue, North
Suite 400 Concord Center
Birmingham, AL 35203
Phone: 205-244-5916
Fax:   205-244-5901

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC No. A04-011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. T. PUBLISHING, INC., ) | |
| ) | |
| Counterclaim ) | |
| Defendant, ) | |
| _____) | |

```
OFC CAPITAL, a division of    )
ALFA FINANCIAL CORPORATION,   )
                              )
     Crossclaim Plaintiff,    )
                              )
v.                            )
                              )
A. B. DICK COMPANY,           )
                              )
     Crossclaim Defendant.    )
                              )
_____)
```

**STIPULATION TO EXTEND THE TIME RE EXHIBITS**

Pursuant to the Court's Order dated January 19, 2007, at docket 109, the parties are to file exhibit lists on April 24, 2007. The parties jointly request an extension of time giving them until April 25, 2007 to meet, mark and inspect exhibits. The extra time will allow defendant's out-of-state counsel to forward exhibits by mail to Anchorage so that the parties can meet and endeavor to reach agreement on as many exhibits as possible. It is the parties' intention to file their exhibit lists on April 27, 2007.

DATED this 17th day of April, 2007.

>HOLMES WEDDLE & BARCOTT, PC
>Attorneys for OFC Capital, a
>Division of ALFA Financial
>Corporation
>By: s/ Randall J. Weddle
>Randall J. Weddle
>701 West 8th Avenue, Suite 700
>Anchorage, Alaska 99501
>Phone: (907) 274-0666
>Fax: (907) 277-4657

        Rweddle@anc.hwb-law.com
        Alaska Bar No. 7206034

        Law Office of Michael Stehle, P.C.
        Attorney for AT Publishing, Inc.
        By: s/Michael Stehle
        Michael Stehle
        737 West 5th Ave., suite 206
        Anchorage, Alaska 99501
        (907) 677-7877
        (907) 677-7894 Facsimile
        mikeathome@gci.net
        ABA No. 9106054

**Certificate of Service**

I hereby certify that on April 17, 2007, a true and correct copy of this Notice of Filing was served electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)

By: s/ Randall J. Weddle
     Randall J. Weddle