Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone: (907)274-0666
Fax:   (907)277-4657

Marion F. Walker, Esq.
FORD HARRISON, LLP
2100 W. 3rd Avenue, North
Suite 400 Concord Center
Birmingham, AL 35203
Phone: 205-244-5916
Fax:   205-244-5901

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC No. A04-011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. T. PUBLISHING, INC., ) | |
| ) | |
| Counterclaim ) | |
| Defendant, ) | |
| _____) | |

```
OFC CAPITAL, a division of     )
ALFA FINANCIAL CORPORATION,    )
                               )
     Crossclaim Plaintiff,     )
                               )
v.                             )
                               )
A. B. DICK COMPANY,            )
                               )
     Crossclaim Defendant.     )
                               )
_____ )
```

**PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME**

The Court having reviewed the parties' Stipulation to Extend Time;

IT IS HEREBY ORDERED that the parties have until April 25, 2007, to meet, mark and inspect exhibits. Furthermore, the parties will file their exhibit list by April 27, 2007.

DATED:_____, 2007.

                                   _____
                                   Honorable John W. Sedwick
                                   United States District Judge

**Certificate of Service**

I hereby certify that on
April 17, 2007, a true and
correct copy of this Notice of
Filing was served
electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501

(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)

By: s/ Randall J. Weddle
    Randall J. Weddle
X:\4103\18823\pld\OrderStipExtTime.041707.doc

Proposed Order Granting Stipulation to Extend Time
A01-0011 CV (JWS)
Page 3 of 3