IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC No. A04-011 CV (JWS) |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. T. PUBLISHING, INC., ) | |
| ) | |
| Counterclaim ) | |
| Defendant, ) | |
| _____) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Crossclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. B. DICK COMPANY, ) | |
| ) | |
| Crossclaim Defendant. ) | |
| ) | |
| _____) | |

**ORDER GRANTING STIPULATION TO EXTEND TIME**

The Court having reviewed the parties' Stipulation to Extend Time;

IT IS HEREBY ORDERED that the parties have until **April 25, 2007**, to meet, mark and inspect exhibits. Furthermore, the parties will file their exhibit list by **April 27, 2007**.

DATED: April 18, 2007.

/s/ Honorable John W. Sedwick
United States District Judge