Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Plaintiff AT Publishing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| AT PUBLISHING, INC.,           )<br>                                             )<br>      Plaintiff,                       )<br>                                             )<br>      vs.                                 )<br>                                             )<br>A.B. DICK COMPANY and      )<br>OFC CAPITAL, a division of  )<br>ALFA FINANCIAL CORPORATION, )<br>                                             )<br>      Defendants.                  )<br>_____) | Case No. A04-0011 CV (JWS) |

**PLAINTIFF'S SEPARATE STATEMENT OF ISSUES**

In addition to the Agreed Statement of Issues filed jointly by the parties this same date, plaintiff AT Publishing, Inc. submits the following separate statement of issues:

1. Was AB Dick acting as an agent of OFC Capital in delivering, installing, and retaking possession of the equipment?  (Restatement (Second) of Agency §§ 26, 27)

    Elements:  An agency relationship exists if
    (1)  authority to do an act is created by written or spoken words or other conduct of the principal which, reasonably interpreted, causes the agent to believe that the principal desires him to so act on the principal's account, or
    (2)  apparent authority to do an act is created as to a third person by written or spoken words or any other conduct of the principal which, reasonably interpreted, causes the third person to believe that the principal consents to have the act done on his behalf by the person purporting to act for him.

DATED this 20th day of April, 2007, at Anchorage, Alaska.

        s/ Michael T. Stehle
        Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on April 20, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,    bfontaine@hwb-law.com,    jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

PLAINTIFF'S SEPARATE STATEMENT OF ISSUES
Case No. A01-0011 CV (JWS)
Page 2 of 2