
Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone: (205) 244-5916
Fax:    (205) 244-5901

Attorneys for Defendant OFC Capital, a division of ALFA Financial Corporation

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| A.T. PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:04-cv-0011-JWS |
| ) | |
| A.B. DICK COMPANY and OFC ) | |
| CAPITAL, a division of ALFA ) | |
| FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**OFC CAPITAL'S EXHIBIT LIST**

COMES NOW Defendant OFC Capital, a division of Alfa Financial Corporation, ("Defendant") and submits its exhibit list for the trial of this case:

**DEFENDANT EXPECTS TO PRESENT THE FOLLOWING EXHIBITS:**

| ADM | ID | Exhibit | Description |
|---|---|---|---|
| ☐ | ☒ | A. | OFC Capital working file on lease of 4995 press |
| ☐ | ☒ | B. | OFC Capital working file on lease of DPM 2340 |
| ☒ | ☐ | C. | November 10, 2002 Fax from Glenn Ashcraft to Al Mickley |
| ☒ | ☐ | D. | OFC Capital Express Plus Application signed by Frank Martone 2002 with fax transmission |
| ☒ | ☐ | E. | November 11, 2002 OFC Capital Lease Application |
| ☒ | ☐ | F. | November 18, 2002 and March 24, 2003 executed Master Lease Agreement |
| ☒ | ☐ | G. | November 18, 2002 Lease Schedules 1 and 2 with Purchase Agreements faxed by Carolyn McClain to Frank Martone on March 24, 2003 |
| ☒ | ☐ | H. | November 19, 2002 Delivery and Acceptance Receipts for Agreement 1, Schedule 1 signed by Frank Martone |
| ☒ | ☐ | I. | November 19, 2002 Delivery and Acceptance Receipt for Agreement 1, Schedule 2 signed by Frank Martone |
| ☒ | ☐ | J. | November 20, 2002 Fax to Glenn Ashcraft from Carolyn McClain and purchase order in the amount of $56,100.00 |
| ☒ | ☐ | K. | November 20, 2002 Fax to Glenn Ashcraft from Carolyn McClain and purchase order in the amount of $318,900.00 |
| ☒ | ☐ | L. | November 22, 2002 OFC Capital check no. 01600 reflecting partial payment for AT Publishing Purchase Order |
| ☐ | ☒ | M. | March 6, 2003 Installation Activation Certificate (Exhibit 4 to Martone depos)(Exhibit #4 Seward depo)(Exhibit 9 Green depo) (Exhibit 39 Taylor depo)(Exhibit D1 McClain depo)(OFC/ATP 0028) |
| ☐ | ☒ | N. | March 7, 2003 Installation Activation Certificate (Exhibit 3 to Martone depos)(Exhibit 7 Green depo)(Exhibit 40 Taylor depo)(Exhibit D1 McClain Depo)(ABD 105) |

ADM [ ]  ID [X]  O.   March 11, 2003 Fax cover sheet from Candy Patitucci to Carol McClain
                      (Exhibit D1 McClain depo)

ADM [ ]  ID [X]  P.   March 24, 2003 verbal authorization form for AT Publishing on 4995 press
                      (OFC/ATP 0030)

ADM [ ]  ID [X]  Q.   March 24, 2003 verbal authorization form for AT Publishing on DPM 2340
                      (OFC/ATP 0031)

ADM [X]  ID [ ]  R.   Allstate documents identifying OFC Capital as a loss payee

ADM [ ]  ID [X]  S.   Diagram of Finance Lease Transaction

ADM [X]  ID [ ]  T.   May 5, 2003 OFC Capital Collection Notes

ADM [X]  ID [ ]  U.   May 6, 2003 e-mail from Craig Roberts to K. Reeves

ADM [X]  ID [ ]  V.   May 27, 2003 e-mail from Craig Roberts to K. Reeves

ADM [X]  ID [ ]  W.   February 5, 2001 Vendor Prefund Agreement between OFC Capital and AB Dick

ADM [X]  ID [ ]  X.   Collection letter from OFC Capital to Frank Martone dated May 27, 2003

ADM [ ]  ID [X]  Y.   Calculation of damages due to OFC Capital pursuant to the lease Agreement as of June 18, 2007 as of June 18, 2007.

ADM [ ]  ID [X]  Z.   Notice of Taking Video Deposition of Burt Green
                      (Exhibit 1 Green deposition)

ADM [X]  ID [ ]  AA.  March 2003 monthly calendar with appointments by Burt Green

ADM [X]  ID [ ]  BB.  February 28, 2002 Memo from Burt Green to Gary Domrese, Randy Garrett

ADM [ ]  ID [X]  CC.  Handdrawn Diagram by Burt Green
                      (Exhibit 6 Green depo)

| ADM | ID | | |
|---|---|---|---|
| [X] | [ ] | DD. | March 10, 2003 e-mail from Burt Green to Randy Garrett, copy to Gary Domrese |
| [ ] | [X] | EE. | March 6, 2003 Installation Activation Certificate (Exhibit 4 to Martone depos)(Exhibit #4 Seward depo)(Exhibit 9 Green depo) (Exhibit 39 Taylor depo)(Exhibit D1 McClain depo)(OFC/ATP 0028) |
| [ ] | [X] | FF. | Notice of Taking Video Deposition of Ray Seaward (Exhibit 1 Seaward deposition) |
| [ ] | [X] | GG. | January 13, 2002 letter from Ray Seaward to Glenn Ashcraft regarding his summary of experience in printing industry (Exhibit 2 Seaward depo) |
| [X] | [ ] | HH. | March 2003 monthly calendar by Ray Seaward |
| [X] | [ ] | II. | A.B. Dick 4995A-ICS 4-Color Offset Press Operation Manual |
| [ ] | [X] | JJ. | Diagram reflecting how jobs are sent to the DPM (Exhibit 6 Seaward depo) |
| [ ] | [X] | KK. | AB Dick 4995ICS Four Color Training checklist (Exhibit 7 Seaward depo) |
| [X] | [ ] | LL. | 4995A/9995A Startup and Washup Startup Procedure |
| [ ] | [X] | MM. | A.B. Dick 9995A/4995A/ICS Image on Plate Position Diagram (Exhibit 9 Seaward depo) |
| [ ] | [X] | NN. | Document printed by A. T. Publishing entitled "Customary Trade Questions and Answers" (Exhibit 10 Seaward depo) |
| [ ] | [X] | OO. | Polyester Plate produced by A. T. Publishing (Exhibit 11 Seaward depo) |
| [ ] | [X] | PP. | Cover of "Alaska Miners Association 2003 Handbook & Service Directory" (Exhibit 12 Seaward depo) |
| [ ] | [X] | QQ. | August 20, 2003 e-mail from Ray Seaward to L. Levett |

| | | |
|---|---|---|
| ADM [ ]  ID [X]  RR. | regarding parameters for press<br>(Exhibit 13 Seaward depo)(OFC/ATP 0201) | |
| ADM [ ]  ID [X]  RR. | April 11, 2003 e-mail from G. Martone to AB Dick regarding operation of 4995 press<br>(Exhibit 14 Seaward depo)(OFC/ATP 0207-0208) | |
| ADM [ ]  ID [X]  SS. | August 21, 2003 e-mail from Ray Seaward to Glen Ashcraft containing his synopsis of events at A. T. Publishing on the two visits for press training<br>(Exhibit 15 Seaward Depo)(OFC/ATP 0202-0206) | |
| ADM [X]  ID [ ]  TT. | 2003 yearly calendar view of Ray Seward highlighting dates in March and April | |
| ADM [ ]  ID [X]  UU. | Notice of Taking Video Deposition of Glenn Ashcraft<br>(Exhibit 17 Ashcraft deposition) | |
| ADM [ ]  ID [X]  VV. | April 15, 2003 e-mail between Ken Newton and Brian Longe regarding telephone conference with Frank Martone<br>(Exhibit 20 Ashcraft depo)(ABD 26-27) | |
| ADM [X]  ID [ ]  WW. | April 23, 2003 e-mail from Ken Newton to Glenn Ashcraft regarding competitive sales rep in Colorado | |
| ADM [X]  ID [ ]  XX. | April 21, 2003 e-mail between Ray Seaward and Glen Ashcraft | |
| ADM [ ]  ID [X]  YY. | April 23, 2003 e-mail from Lawrence Mascia to Glen Ashcraft containing e-mail from Randy Garrett<br>(Exhibit 23 Ashcraft depo)(ABD 20) | |
| ADM [X]  ID [ ]  ZZ. | April 15, 2003 e-mail from Glenn Ashcraft to Ken Newton regarding conversation with Ray Seaward on retraining on 4995 press. | |
| ADM [X]  ID [ ]  AAA. | June 2, 2003 letter from Michael R. Mills to Glen Ashcraft regarding return of check from AT Publishing | |
| ADM [ ]  ID [X]  BBB. | April 24, 2003 e-mail from L. Levett to Glenn Ashcraft<br>(Exhibit 26 Ashcraft depo)(ABD 23) | |
| ADM [ ]  ID [X]  CCC. | Notice of Taking Video Deposition of Ben Taylor<br>(Exhibit 27 Taylor deposition) | |

| | | | | |
|---|---|---|---|---|
| ADM [X] | ID [ ] | DDD. | November 7, 2002 Letter From Ben Taylor to Frank Martone |
| ADM [X] | ID [ ] | EEE. | November 8, 2002 Sales Order |
| ADM [X] | ID [ ] | FFF. | November 7, 2002 Site Survey |
| ADM [X] | ID [ ] | GGG. | November 7, 2002 Equipment Installation Guide |
| ADM [X] | ID [ ] | HHH. | November 8, 2002 Handwritten document of Ben Taylor |
| ADM [X] | ID [ ] | III. | November 8, 2002 Offset Press Twelve Month Warranty Program |
| ADM [X] | ID [ ] | JJJ. | November 8, 2002 DPM 2340 Warranty Program |
| ADM [X] | ID [ ] | KKK. | November 11, 2002 Letter from Ben Taylor to Frank Martone |
| ADM [X] | ID [ ] | LLL. | January 31, 2003 update and information about 4995A-ICS 4 Color Offset Press and DPM 2340 Platemaster |
| ADM [X] | ID [ ] | MMM. | March 21, 2003 Letter From Ben Taylor to Frank Martone |
| ADM [ ] | ID [X] | NNN. | May 20, 2003 Invoice from AB Dick to A.T. Publishing for DPM 2340 supplies |
| ADM [ ] | ID [X] | OOO. | May 21, 2003 Invoice from AB Dick to A.T. Publishing for supplies (Exhibit 44 Taylor depo)(AT 0188) |
| ADM [X] | ID [ ] | PPP. | Diagram reflecting DPM 2340 dimensions and electrical requirements for set-up |
| ADM [ ] | ID [X] | QQQ. | AB Dick Sales Order for DPM 2340 and 4995A signed and dated November 18, 2002 and signed by Frank Martone with fax date of November 11, 2002 (AT 0488-0489) |
| ADM [X] | ID [ ] | RRR. | A.T. Publishing fax cover sheet dated September 16, 2002 from Frank Martone to AB Dick Capital requesting buy-out. Re Indigo Press |

ADM [ ]  ID [X]  SSS.   May 7, 2002 Letter from AB Dick Capital to Edna Martone Explaining payment due on lease regardless of equipment performance
(AT0094)

ADM [ ]  ID [X]  TTT.   Composite of Impression Specialties (Lee Whitten) invoices for work at A.T. Publishing between March 13, 2003 and September 29, 2004.

ADM [ ]  ID [X]  UUU.   Deposition Excerpts of Ray Seaward
    Pgs. 1 through 20, ln. 9
    Pgs. 22, ln. 10 through 100, ln. 11
    Pgs. 101, ln. 13 through 132, ln. 13
    Pg. 164
    Pgs. 176, ln. 22 through 186, ln. 22
    Pgs. 212, ln. 14 through 213, ln. 11
    Pgs. 217, ln. 7 through 221, ln. 22

ADM [ ]  ID [X]  VVV.   Deposition Excerpts of Glenn Ashcraft
    Segment 1: Pgs. 5, ln. 5 through 15, ln. 21
    Segment 2: Pgs. 17, ln. 2 through 42, ln. 8
    Segment 3: Pgs. 81, ln. 4 through 83

ADM [ ]  ID [X]  WWW.   Deposition Excerpts of Burt Green
    Segment 1: Pgs. 1 through 74, ln.4
    Segment 2: Pgs. 112, ln. 18 through 123

ADM [ ]  ID [X]  XXX.   Deposition Excerpts of Ben Taylor
    Segment 1: Pgs. 1 through 70, ln. 6
    Segment 2: Pgs. 116, ln. 19 through 118, ln. 23
    Segment 3: Pgs. 130, ln. 6 through 132

ADM [ ]  ID [X]  YYY.   Deposition Excerpts of Craig Roberts
    Pgs. 1 through 15, ln.13
    Pgs. 16, ln. 13 through 17, ln.1
    Pgs. 17, ln. 9 through 19, ln. 12
    Pgs. 19, ln. 21 through 20, ln. 13
    Pgs. 21, ln. 2 through 24, ln. 19

Dated this 27th day of April 2007.

    HOLMES WEDDLE & BARCOTT, PC
    Attorneys for OFC Capital, a
    Division of ALFA Financial
    Corporation
    By: s/ Randall J. Weddle
    Randall J. Weddle
    701 West 8th Avenue, Suite 700
    Anchorage, Alaska 99501
    Phone: (907) 274-0666
    Fax: (907) 277-4657
    Rweddle@anc.hwb-law.com
    Alaska Bar No. 7206034

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2007, a true and correct copy of the OFC's Exhibit List was served electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)


By: s/ Randall J. Weddle
     Randall J. Weddle

Birmingham:16160.1
X:\4103\18823\pld\CourtOFCExhibitList.DOC