Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax:   (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone: (205) 244-5916
Fax: (205) 244-5901

Attorneys for Defendant OFC Capital, a division of ALFA Financial Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A.T. PUBLISHING, INC.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>A.B. DICK COMPANY and OFC  )<br>CAPITAL, a division of ALFA  )<br>FINANCIAL CORPORATION,  )<br>  )<br>    Defendants.  )<br>_____ ) | Case No. 3:04-cv-0011-JWS |

### AFFIDAVIT OF SERVICE

STATE OF ALASKA        )
                       ) ss:
THIRD JUDICIAL DISTRICT )

I, Joyce Ekstrand, being duly sworn upon oath, depose and state:

AT PUBLISHING, INC., v. A.B. DICK COMPANY, et. al.                               Page 1
AFFIDAVIT OF SERVICE                          Case No.: USDC No.: A04-0011 CV

1. I am employed by the firm of Holmes Weddle & Barcott.

2. On the 27th day of April 2007, I caused to be hand delivered a true and correct copy of the OFC's Exhibits on:

> Michael T. Stehle, Esq.
> Law Office of Michael Stehle, P.C.
> 737 W. 5th Avenue, Suite 206
> Anchorage, AK 99501
> (Counsel for AT Publishing)

3. Counsel for AB Dick (Patrick B. Gilmore, Esq.) telephonically waived service of his copy of OFC trial exhibits.

_____
Joyce Ekstrand

SUBSCRIBED AND SWORN to before me this 27th day of April 2007.

_____
Notary Public in and for the
State of Alaska
My Commission expires: 3-19-05



AT PUBLISHING, INC., v. A.B. DICK COMPANY, et. al.                                    Page 2
AFFIDAVIT OF SERVICE                            Case No.: USDC No.: A04-0011 CV

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2007, a true and correct copy of the Affidavit of Service was served electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)


By: s/ Randall J. Weddle
      Randall J. Weddle
X:\4103\18823\pld\affservice07April27.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666