Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:      (907) 677-7894
Attorneys for Plaintiff AT Publishing, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | Case No. A04-0011 CV (JWS) |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S EXHIBIT LIST AND CERTIFICATE OF SERVICE OF EXHIBITS**

Plaintiff's Exhibit List is attached.  A paper copy of the exhibit list was filed with the

Court's copy of plaintiff's exhibits.  A paper copy of the exhibit list was also served on

OFC's counsel, Randy Weddle together with a copy of plaintiff's exhibits, on April 27,

2007.

      DATED this 27th day of April, 2007, at Anchorage, Alaska.


                                      s/ Michael T. Stehle
                                      Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on April 27, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,     bfontaine@hwb-law.com,     jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle