# EXHIBIT LIST

Case No.: __A04-0011 CV (JWS)__  ☐ Pretrial Hearing  ☒ Trial
AT Publishing, Inc. vs. A.B. Dick Company, et al

Name of Party: __AT Publishing, Inc.__  ☒ Pltf.  ☐ Def.
(There must be a separate exhibit list for each party.)

Party's Attorney: __Michael Stehle, 737 W. 5th Ave., #206, Anchorage, AK__

| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | COURT USE ONLY | | | | | |
|---|---|---|---|---|---|---|---|
| | | Off. | Ad. | With-Drawn Date | To Jury | From Jury | To Ex. Stor. |
| 1 | Polyester plate with handles | | | | | | |
| 2 | Polyester plate without handles | | | | | | |
| 3 | "Waste" - thousands of Kilsey Nevy pamphlets | | | | | | |
| 4 | Color Test sheet | | | | | | |
| 5 | Test Sheet | | X | | | | |
| 6 | Handout - Prince William Sound Community College/Arbor Day Brochure | | | | | | |
| 7 | Color test pattern with some portions circled | | | | | | |
| 8 | Prince William Sound Book -2003-2004 PWSC view book | | | | | | |
| 9 | Large handwritten notes re May 2004 test parameters | | | | | | |
| 10 | Small handwritten notes re May 2004 test parameters | | | | | | |
| 11 | Price for Indigo Press, by Terry Bowden to Paul Martone (AT0015) | | | | | | |
| 12 | 8/15/01 purchase order for color Indigo Press (AT0054 and AT0056) | | | | | | |
| 13 | 12/26/01 AB Dick to Frank Martone with Lease Agreement re Indigo press (AT0065) | | | | | | |
| 14 | 3/12/02 Memo from S. McGrady at City Capital re Indigo press (AT0086-0087) | | | | | | |
| 15 | 1/25/02 R. Gerhart to Frank Martone re brochure (AT0071) | | X | | | | |

I certify that the exhibits checked in the "To Jury" column on this and all attached pages were given to the jury for deliberation.
Date _____  In-Ct. Clerk _____

I certify that the exhibits checked in the "From Jury" column on this and all attached pages were received from the jury after the verdict.
Date _____  In-Ct. Clerk _____

I certify that the exhibits checked in the "To Exhibit Storage" column on this and all attached pages have been placed in exhibit storage.
Date _____  Exhibit Clerk _____

Page _1_ of _7_
TF-200 (8/91)(cs)
EXHIBIT LIST

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9

## EXHIBIT LIST CONTINUATION SHEET

Case No. **A04-0011 CV (JWS)**     Name of Party: **AT Publishing, Inc.**

| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | Off. | Ad. | With-drawn Date | To Jury | From Jury | To Ex. Stor. |
|---|---|---|---|---|---|---|---|
| 16 | Brochure for Indigo press (AT 0074-78) | | | | | | |
| 17 | 3/18/02 Invoice, AB Dick to AT Publishing re Indigo press (AT 0082) | | | | | | |
| 18 | 3/21 and 3/22 ('02?) Phone messages to F. Martone re technician re Indigo press – AT0085-86 | | | | | | |
| 19 | 3/28/02 fax from F. Martone to City Capital re Indigo press (AT 0087) | | | | | | |
| 20 | 3/28/02 Taylor letter to F. martone re Indigo press (AT 0088) | | | | | | |
| 21 | 4/16/02 Notice re list ABD Capital as loss payee re Indigo press (AT 0090, 83 and 84) | | | | | | |
| 22 | 4/20/02 service call on Indigo press (AT 0091) | | | | | | |
| 23 | 6/1/02 Service agreement on Indigo press (AT 0098) | | | | | | |
| 24 | 6/18/02 Garret letter to F. Martone re Indigo press (AT 00103) | | X | | | | |
| 25 | 7/02 – 8/02 Services invoices for calls at AT Publishing re Indigo press (AT 00107, 109, 111) | | | | | | |
| 26 | Brochure AB Dick 4995 A1C9 Color Offset Press (AT 00112-122) | | | | | | |
| 27 | 9/1/02 Salesman's sheet re 4995 (AT 00123) | | | | | | |
| 28 | 11/18/02 McClain letter to F. Martone re Lease Documents with attachments | | X | | | | |
| 29 | 11/25/02 fax from McClain to F. Martone re outstanding info for Lease (AT 00165) | | X | | | | |
| 30 | 12/2/02 fax from McClain to F. Martone re outstanding info for Lease (AT 00166) | | X | | | | |
| 31 | 2/25/03 Invoice from AB Dick to AT Publishing for supplies, mega pro DPM 2340 (AT 00168) | | X | | | | |
| 32 | 3/3/03 Invoice from AB Dick to AT Publishing for supplies, mega pro DPM 2340 (AT 00170) | | X | | | | |
| 33 | 4/17/03 Invoice for supplies for DPM 2340 (AT 00179) | | X | | | | |
| 34 | 5/5/03 letter AT Publishing from Allstate and AB Dick quote for repairs (AT 00181 & 00182) | | X | | | | |
| 35 | 5/12/03 Invoice/Credit Memo from AB Dick to AT Publishing re Indigo press (AT 00183) | | | | | | |
| 36 | 6/4/03 Operator statement from Robert Ramsey re Indigo press (AT 00194) | | | | | | |
| 37 | 2/12/02 Invoice from AB Dick to AT Publishing re Indigo press (AT 00196) | | | | | | |
| 38 | 3/1/02 fax cover sheet from AB Dick to F. and P. Martone re Indigo press calculation (AT 00199) | | | | | | |
| 39 | 3/20/02 Invoice to AB Dick to AT Publishing re Indigo press (AT 00200-201) | | | | | | |

Page 2 of 7
TF-201 (8/91)(cs)
EXHIBIT LIST CONTINUATION SHEET

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9

## EXHIBIT LIST CONTINUATION SHEET

Case No. __A04-0011 CV (JWS)__    Name of Party: __AT Publishing, Inc.__

| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | Off. | Ad. | With-drawn Date | To Jury | From Jury | To Ex. Stor. |
|---|---|---|---|---|---|---|---|
| 40 | 3/21/02 fax from F. Martone to AB Dick re Indigo press (AT 00202-207) | | | | | | |
| 41 | 8/28/02 F. Martone handwritten note on invoice faxed to AB Dick re Indigo press (AT 00230) | | | | | | |
| 42 | 1/27/03 AB Dick to AT Publishing re previous lease paid off to Indigo press (AT 00255) | | X | | | | |
| 43 | Brochure re 4995 Press (AT 00257-267) | | X | | | | |
| 44 | 4/8 to 5/3 Clint Sayers timecard (452) | | | | | | |
| 45 | 9/28/03 AB Dick "Printers Say Yes to 4995] (463-465) | | | | | | |
| 46 | 9/1/04 News ad re AB Dick Bankruptcy | | | | | | |
| 47 | 5/21/04 Invoice AT Publishing to Kenai Peninsula Barn (518) | | | | | | |
| 48 | 6/7/04 Mills letter to Jeff Hernden re potential cure | | | | | | |
| 49 | 5/20/04 Mills letter to Jeff Hernden re potential cure | | | | | | |
| 50 | 4/6/04 Hernden letter to Mills re potential cure | | | | | | |
| 51 | 12/15/03 Mills letter to Hernden and Aquillon (573) | | | | | | |
| 52 | 12/15/03 letter from Nault (Mills) to Hernden | | | | | | |
| 53 | 10/31/03 Mills letter to Hernden and Caudfine re potential cure (OFC 155) | | | | | | |
| 54 | 8/8/03 Mills letter to Hernden, cc: Craig Roberts re potential cure | | | | | | |
| 55 | 7/24/03 Hernden letter to Mills re potential cure | | | | | | |
| 56 | 6/12/03 Mills letter to Hernden re potential cure | | | | | | |
| 57 | 6/3/03 Mills letter to Hernden cc: Craig Roberts re potential cure | | | | | | |
| 58 | 6/3/03 Hernden letter to Mills re potential cure | | X | | | | |
| 59 | 6/5/03 fax cover and letter Lees at OFC to Longe at AB Dick and 6/2/003 Mills letter with attach | | X | | | | |
| 60 | 6/2/03 Fax from C. Roberts to AB Dick enclosing 11/19/02 Delivery and Acceptance Receipts | | X | | | | |
| 61 | AB Dick's Service History of ATPublishing's 4995, including installation and to Allstate, etc. | | | | | | |
| 62 | AB Dick's service history re Indigo press (ABD 60-120) | | | | | | |
| 63 | 2/11/03 Service order re delivery of 4995, delivery date 2/25/03 (ABD 109) | | X | | | | |

Page 3 of 7
TF-201 (9/91)(cs)
EXHIBIT LIST CONTINUATION SHEET

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9

## EXHIBIT LIST CONTINUATION SHEET

Case No. **A 04-0011 CV (JWS)**  Name of Party: **AT Publishing, Inc.**

| Exhibit No. Marked for ID (White No.) | BRIEF DESCRIPTION OF EXHIBIT | Off. | Ad. | Withdrawn Date | To Jury | From Jury | To Ex. Stor. |
|---|---|---|---|---|---|---|---|
| 64 | Schedule of closing documents (OFC 54) | | X | | | | |
| 65 | Checklist of documents (OFC 55) | | X | | | | |
| 66 | 1/24/03 Invoice from AB Dick to OFC for 4995 maintenance contract (OFC 58, 59) | | X | | | | |
| 67 | 1/23 thru 5/13/03 Invoices - AB Dick to OFC re 4995 (OFC 60-66) | | X | | | | |
| 68 | 1/17/03 Fax from Martone to Mickley re insurance (OFC 85) | | X | | | | |
| 69 | Schedule of Closing documents (OFC 91) | | X | | | | |
| 70 | Checklist of documents (OFC 92) | | X | | | | |
| 71 | Equipment Cost/Prefund calculation, undated (OFC 96) | | X | | | | |
| 72 | UCC Financing statements and description of collateral (OFC 106 and 108) | | X | | | | |
| 73 | 1/17/03 fax from OFC to Allstate asking to be added to insurance (OFC 119) | | X | | | | |
| 74 | 6/12/03 Mills letter to Hemden re potential cure (OFC 134-137) | | X | | | | |
| 75 | 7/24/03 Hemden letter to Mills cc Roberts re potential cure (OFC 142) | | | | | | |
| 76 | 8/8/03 Mills letter to Hemden, cc Roberts enclosing Draft Cure Agreement (OFC 143-150) | | | | | | |
| 77 | 9/16/03 Mills letter to Hemden and Roberts re potential cure (OFC 151-152) | | | | | | |
| 78 | 10/17/03 Mills letter to Hemden and Claudine re potential cure (OFC 153-154) | | | | | | |
| 79 | 11/11/03 Hemden letter to Mills cc: Aquillon re potential cure (OFC 156-159) | | | | | | |
| 80 | 12/15/03 Nault (Mills) letter to Hemden and Aquillon re potential cure (OFC 162-165) | | | | | | |
| 81 | 7/16/03 Gregory Knipp letter to Al Mickley with financial statements (OFC 193-197) | | | | | | |
| 82 | Affidavit of Carolyn McClain | | | | | | |

Page 4 of 7
TF-201 (8/91)(cs)
EXHIBIT LIST CONTINUATION SHEET

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9

## EXHIBIT LIST CONTINUATION SHEET

Case No. A04-0011 CV (JWS)          Name of Party: AT Publishing, Inc.

| Ex. No. Marked for ID (Write No.) | Brief Description of Exhibit | COURT USE ONLY ||||||
|---|---|---|---|---|---|---|---|
| | | Off. | Ad. | With-Drawn Date | To Jury | From Jury | To Ex. Stor |
| 83 | Deposition of Tad Graham at<br>p. 5, l. 6 – p. 11, l. 24<br>p. 13, l. 2 – p. 13, l. 8<br>p. 14, l. 2 – p. 15, l. 24<br>p. 15, l. 13 beginning with "Now, let me ask you..." – p. 17, l. 9<br>p. 17, l. 18 – p. 19, l. 2<br>p. 20, l. 11 – p. 21, l. 14 | | | | | | |
| 84 | Deposition of Al Mickley at<br>p. 4, l. 6 – p. 5, l. 10<br>p. 6, l. 23 – p. 7, l. 10<br>p. 9, l. 9 – p. 9, l. 19<br>p. 10, l. 7 – p. 13, l. 7<br>p. 13, l. 19 – p. 14, l. 15 | | | | | | |
| 85 | Deposition of Craig Roberts at<br>p. 4, l. 6 – p. 8, l. 9<br>p. 8, l. 25 – p. 10, l. 2<br>p. 24, l. 8 | | | | | | |
| 86 | Deposition of Ben Taylor at<br>p. 6, l. 10 – p. 8, l. 25<br>p. 9, l. 3 – p. 11, l. 3<br>p. 11, l. 24 – p. 15, l. 5<br>p. 16, l. 16 – p. 17, l. 2<br>p. 17, l. 14 – p. 17, l. 25<br>p. 18, l. 7 – p. 18, l. 22<br>p. 22, l. 16 – p. 24, l. 22<br>p. 26, l. 23 – p. 29, l. 13<br>p. 32, l. 17 – p. 38, l. 16<br>p. 40, l. 24 – p. 42, l. 8<br>p. 43, l. 5 – p. 43, l. 14<br>p. 70, l. 22 – p. 73, l. 13<br>p. 74, l. 21 – p. 75, l. 1<br>p. 75, l. 8 – p. 76, l. 12<br>p. 79, l. 5 – p. 80, l. 11<br>p. 81, l. 23 – p. 83, l. 2<br>p. 84, l. 22 – p. 88, l. 15<br>p. 89, l. 5 – p. 89, l. 22<br>p. 90, l. 16 – p. 92, l. 5<br>p. 95, l. 23 – p. 96, l. 5<br>p. 113, l. 22 – p. 116, l. 3<br>p. 122, l. 23 – p. 127, l. 16 | | | | | | |

Page 5 of 7
Exhibit List Continuation Sheet

# EXHIBIT LIST CONTINUATION SHEET

Case No. <u>A04-0011 CV (JWS)</u>     Name of Party: <u>AT Publishing, Inc.</u>

| Ex. No. Marked for ID (Write No.) | Brief Description of Exhibit | Off. | Ad. | With-Drawn Date | To Jury | From Jury | To Ex. Stor |
|---|---|---|---|---|---|---|---|
| | | COURT USE ONLY | | | | | |
| 87 | Deposition of Glen Ashcraft at<br>p. 6, l. 14 – p. 15, l. 21<br>p. 33, l. 6 – p. 33, l. 22<br>p. 42, l. 11 – p. 44, l. 15<br>p. 44, l. 25 – p. 45, l. 8<br>p. 47, l. 12 – p. 54, l. 22<br>p. 55, l. 10 – p. 57, l. 5<br>p. 57, l. 16 – p. 62, l. 4<br>p. 66, l. 21 – p. 67, l. 10<br>p. 70, l. 5 – p. 71, l. 21<br>p. 76, l. 18 | | | | | | |
| 88 | Deposition of Ray Seaward at<br>p. 8, l. 12 – p. 10, l. 2<br>p. 12, l. 1 – p. 13, l. 23<br>p. 14, l. 12 – p. 15, l. 1<br>p. 70, l. 2 – p. 70, l. 7<br>p. 81, l. 3 – p. 82, l. 4<br>p. 85, l. 14 – p. 89, l. 6<br>p. 92, l. 21 – p. 94, l. 21<br>p. 105, l. 16 – p. 106, l. 20<br>p. 109, l. 1 – p. 112, l. 14<br>p. 113, l. 3 – p. 133, l. 11<br>p. 139, l. 5 – p. 140, l. 19<br>p. 145, l. 6 – p. 147, l. 21<br>p. 218, l. 14-15 | | | | | | |
| 89 | Deposition of Burt Green at<br>p. 5, l. 8 – p. 16, l. 2<br>p. 17, l. 7 – p. 17, l. 16<br>p. 19, l. 6 – p. 38, l. 13<br>p. 40, l. 5 – p. 43, l. 17<br>p. 45, l. 17 – p. 53, l. 17<br>p. 81, l. 18 – p. 87, l. 4<br>p. 89, l. 2 – p. 90, l. 21<br>p. 102, l. 22 – p. 103, l. 9<br>p. 103, l. 23 – p. 105, l. 4<br>p. 117, l. 3-4 | | | | | | |

Page 6 of 7
Exhibit List Continuation Sheet

# EXHIBIT LIST CONTINUATION SHEET

Case No. A04-0011 CV (JWS)    Name of Party: AT Publishing, Inc.

| Ex. No. Marked for ID (Write No.) | Brief Description of Exhibit | Of. | Ad. | With-Drawn Date | To Jury | From Jury | To Ex. Stor |
|---|---|---|---|---|---|---|---|
| 90 | Deposition of Robert Leas at P. 4, l. 5 – p. 8, l. 1 p. 13, l. 1 beginning w/ "QFC during the..." – p. 13, l. 22 p. 14, l. 5 – p. 14, l. 20 p. 15, l. 1 – p. 16, l. 25 p. 18, l. 6-7 p. 18, l. 18-19 p. 19, l. 5 – p. 21, l. 12 p. 22, l. 2 – p. 23, l. 12 p. 26, l. 10 – 14 p. 27, l. 10 – p. 29, l. 9 | | | | | | |

Page 7 of 7
Exhibit List Continuation Sheet