Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone: (205) 244-5916
Fax:    (205) 244-5901

Attorneys for Defendant OFC Capital, a division of ALFA Financial Corporation

Michael Stehle, ABA No. 9106054
737 West 5th Ave., suite 206
Anchorage, Alaska 99501
(907) 677-7877
(907) 677-7894 Facsimile

Attorney for A.T. Publishing, Inc.


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A.B. DICK COMPANY and OFC )<br>CAPITAL, a division of ALFA )<br>FINANCIAL CORPORATION, )<br>)<br>Defendants. ) | Case No. 3:04-cv-0011-JWS |

JOINT MOTION FOR ORDER WAIVING REQUIREMENT OF RULE 39.3
REGARDING MEETING OF PARTIES WITH CLERK

NOW COME the parties, by and through their attorneys, and move the Court to issue an Order amending the Scheduling Order for trial by waiving the requirement in

Rule 39.3 that the parties meet with the Clerk in order to review exhibits, and as grounds therefore, say as follows:

1.  The parties agreed to meet at the office of local counsel for Defendant, OFC Capital, Randy Weddle, to exchange and review exhibits pursuant to the Rule, and not with the Clerk because of the large number of exhibits to be reviewed, the need for a copying machine, and because of the need to have OFC Capital counsel in Birmingham, Alabama on the speaker-phone.

2.  Exhibits have been marked and served by each party.

3.  This requested waiver will not cause any problem in meeting the timeliness set by the Scheduling Order, nor cause any party to suffer prejudice.

s/ Marion F. Walker
Marion F. Walker
Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

Randall J. Weddle
Alaska Bar No. 7206034
Attorney for OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

/s/Michael Stehle
Michael Stehle
ABA No. 9106054
Attorney for A.T. Publishing, Inc.

Birmingham:16215.1