Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Phone: (205) 244-5916
Fax:    (205) 244-5901

Attorneys for Defendant OFC Capital, a division of ALFA Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:04-cv-0011-JWS |
| | ) |
| A.B. DICK COMPANY and OFC | ) |
| CAPITAL, a division of ALFA | ) |
| FINANCIAL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**OBJECTION TO SUPPLEMENT OF STATEMENT OF THE ISSUES BY PLAINTIFF AND MOTION TO STRIKE**

**NOW COMES** OFC Capital, by and through its attorneys, and for objection to the filing of the Separate Statement of Issues and Supplement to Statement of the Issues by Plaintiff, says as follows:

1. The Agreed Statement of the Issues was due to be filed April 20, 2007 and was timely filed.

2. In addition to the Agreed Statement of the Issues, Plaintiff filed a separate statement of issues on April 20, 2007.

3. Six days after the Issues were due to be filed, Plaintiff filed a supplement to the Plaintiff's separate statement of issues. This filing occurred after the exhibit lists

...

had been prepared and deposition excerpts had been selected, although not yet filed and all issues are ones in which OFC Capital did not participate with Plaintiff.

     4.    Defendant does not agree that the issues identified by Plaintiff are legitimate issues arising from the Complaint, or Counterclaim, and maintains they are not competent to be submitted to the jury in this case. Moreover, the supplement is late and the subject of the issue is, likewise, not a legitimate issue arising from the Complaint or Counterclaim.

     5. Entertaining the issues identified by Plaintiff at trial will cause irreparable harm and amount to a lack of substantial justice to Defendant OFC Capital, a mere Lessor in the finance lease, and was, therefore, not a party to the physical delivery or operation of the equipment made the basis of the Lease creating and controlling the relationship of the parties in this case.

     WHEREFORE, PREMSIES CONSIDERED, OFC Capital moves the Court to strike the separate submission of issues, and/or supplement thereto, made by Plaintiff in this case.

                                                s/ Marion F. Walker
                                                Marion F. Walker
                                                Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

                                                Randall J. Weddle
                                                Alaska Bar No. 7206034
                                                Attorney for OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

**CERTIFICATE OF SERVICE**

 I hereby certify that, on the 1st day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Michael T. Stehle
 Law Office of Michael Stehle, PC
 737 West 5th Ave., Suite 206
 Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

 Not Applicable.

        s/ Marion F. Walker
        Of Counsel

Birmingham:16201.1