Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone: (907)274-0666
Fax:  (907)277-4657

Marion F. Walker, Esq.
FORD HARRISON, LLP
2100 W. 3rd Avenue, North
Suite 400 Concord Center
Birmingham, AL 35203
Phone: 205-244-5916
Fax:  205-244-5901

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC No. 3:04-cv-00011-JWS |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**JOINT MOTION FOR ORDER REGARDING PRETRIAL DEADLINES**

COME NOW the parties, by and through their respective counsel of record, and move the Court to issue an Order amending the Pretrial Scheduling Order for trial as follows:

Pursuant to the Court's Order modifying the Scheduling Order, dated January 19, 2007, at docket 109, the parties are to file objections to exhibits on May 1, 2007 and arguments re authorities in favor of admission of exhibits on May 8,

2007. The parties filed their exhibit lists on Friday, April 27, 2007. The parties jointly request an extension of time giving them until May 4, 2007 to serve and file objections to exhibits and until May 14, 2007 to serve and file their arguments re authorities in favor of admission of exhibits.

This requested extension of time will not cause any problem, or delay in meeting the deadlines set by the Scheduling Order, nor cause any party to suffer prejudice.

DATED this 1st day of May, 2007.

>HOLMES WEDDLE & BARCOTT, PC
>By: s/ Randall J. Weddle
>Randall J. Weddle
>Alaska Bar No. 7206034
>Attorney for OFC Capital
>
>s/ Marion F. Walker
>Attorney for OFC Capital
>
>Law Office of Michael Stehle, P.C.
>Attorney for AT Publishing, Inc.
>By: s/Michael Stehle
>Michael Stehle
>737 West 5th Ave., suite 206
>Anchorage, Alaska 99501
>(907) 677-7877
>(907) 677-7894 Facsimile
>ABA No. 9106054

**Certificate of Service**

I hereby certify that on May 1, 2007, a true and correct copy of this Motion was served electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)

By: s/ Randall J. Weddle
    Randall J. Weddle