Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone: (907)274-0666
Fax:  (907)277-4657

Marion F. Walker, Esq.
FORD HARRISON, LLP
2100 W. 3rd Avenue, North
Suite 400 Concord Center
Birmingham, AL 35203
Phone: 205-244-5916
Fax:  205-244-5901

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | USDC No. 3:04-cv-00011-JWS |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PROPOSED ORDER GRANTING MOTION TO EXTEND PRETRIAL DEADLINES**

The Court having reviewed the parties' Joint Motion to Extend Time;

IT IS HEREBY ORDERED that the parties have until May 4, 2007 to serve and file objections to exhibits and until May 14, 2007 to serve and file their arguments re authorities in favor of admission of exhibits.

DATED:_____, 2007.

_____
Honorable John W. Sedwick
United States District Judge

**Certificate of Service**

I hereby certify that on May 1, 2007, a true and correct copy of this Proposed Order was served electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)

By: s/ Randall J. Weddle
    Randall J. Weddle
X:\4103\18823\pld\OrderStipExtTime.050107.doc