IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

```
AT PUBLISHING, INC.,            )
                                )
          Plaintiff,            )
                                )
v.                              )    3:04-cv-00011-JWS
                                )
A.B. DICK COMPANY and           )
OFC CAPITAL, a division of      )
ALFA FINANCIAL CORPORATION,     )
                                )
          Defendants.           )
_____ )
```

**ORDER GRANTING MOTION TO EXTEND PRETRIAL DEADLINES**

The Court having reviewed the parties' Joint Motion to Extend Time;

IT IS HEREBY ORDERED that the parties have until May 4, 2007 to serve and file objections to exhibits and until May 14, 2007 to serve and file their arguments re authorities in favor of admission of exhibits.

DATED: May 3, 2007.

/s/Honorable John W. Sedwick
United States District Judge