Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:       (205) 244-5916
Fax:         (205) 244-5901

Attorney for Defendant OFC Capital, a division of ALFA Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| AT PUBLISHING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:04-cv-0011-JWS |
| | ) | |
| A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

**OFC CAPITAL'S DESIGNATION OF DEPOSITION EXCERPTS FOR USE AT TRIAL IN RESPONSE TO AT PUBLISHING'S DESIGNATION**

NOW COMES OFC CAPITAL, and having reviewed the designation of deposition excerpts by AT Publishing, herewith designates the following excerpts in response thereto of the following specific depositions:

| | | |
|---|---|---|
| 1. | Tad Graham | Page 12, Line 12 – Page 12, Line 25 |
| | | Page 13, Line 9 – Page 24 |
| | | Page 17, Line 10 – Page 17, Line 17 |
| | | Page 19, Line 3 – Page 20, Line 10 |
| | | Page 21, Line 15 – Page 22, Line 15 |
| | | Page 23, Line 5 – Page 25, Line 11 |
| | | Page 26, Line 25 – Page 28, Line 1 |
| | | Page 28, Line 15 – Page 30, Line 9 |
| | | Page 33, Line 6 – Page 34, Line 13 |

s/ Marion F. Walker
Marion F. Walker
Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

Randall J. Weddle
Alaska Bar No. 7206034
Attorney for OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Stehle
Law Office of Michael Stehle, PC
737 West 5th Ave., Suite 206
Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable.

s/ Marion F. Walker
Of Counsel

Birmingham:16235.1