Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Plaintiff AT Publishing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| AT PUBLISHING, INC.,             ) | |
|                                  ) | |
|      Plaintiff,                  ) | |
|                                  ) | |
|      vs.                         ) | |
|                                  ) | |
| A.B. DICK COMPANY and            ) | |
| OFC CAPITAL, a division of       ) | |
| ALFA FINANCIAL CORPORATION,      ) | |
|                                  ) | Case No. A04-0011 CV (JWS) |
|      Defendants.                 ) | |
| _____) | |

**PLAINTIFF'S OBJECTION TO OFC'S EXHIBITS AND DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS OF TESTIMONY**

Plaintiff objects to the exhibits proffered by OFC as follows:

Exhibit A- This exhibit was not produced during discovery, although some of the documents contained therein were produced.  The exhibit contains financial information concerning AT Publishing as well as financial information for individual members of the Martone family.  Assuming the privacy concerns regarding this financial information can be adequately addressed, plaintiff will withdraw its objection to this exhibit.

Exhibit B- Plaintiff withdraws any objection to this exhibit.

Exhibit M- Plaintiff withdraws any objection to this exhibit.

Exhibit N- Plaintiff withdraws any objection to this exhibit.

PLAINTIFF'S OBJECTIONS TO OFC'S EXHIBITS AND DEPOSITION TESTIMONY
AND COUNTER DESIGNATIONS
Case No. A01-0011 CV (JWS)
Page 1 of 7

Exhibit O- Incomplete, foundation.

Exhibit P- Plaintiff withdraws any objection to this exhibit.

Exhibit Q- Plaintiff withdraws any objection to this exhibit.

Exhibit S- Hearsay, foundation.

Exhibit Y- Hearsay, foundation.

Exhibit Z- Relevance, hearsay.

Exhibit CC- Relevance, hearsay.

Exhibit EE- Duplicate of Exhibit M.

Exhibit FF- Relevance, hearsay.

Exhibit GG- Relevance, hearsay.

Exhibit JJ- Relevance.

Exhibit KK- Plaintiff withdraws any objection to this exhibit.

Exhibit MM- Relevance, foundation, hearsay.

Exhibit NN- Relevance, foundation, hearsay.

Exhibit OO- Relevance, foundation, hearsay.

Exhibit PP- Relevance, foundation, hearsay.

Exhibit QQ- Plaintiff withdraws any objection to this exhibit.

Exhibit RR- Hearsay within hearsay, foundation.

Exhibit SS- Hearsay within hearsay, foundation, argumentative.

Exhibit UU- Relevance, hearsay.

Exhibit VV- Hearsay within hearsay, foundation, duplicative with RR.

Exhibit YY- Relevance, hearsay within hearsay, foundation.

Exhibit BBB- Relevance, hearsay within hearsay, foundation.

Exhibit CCC- Relevance, hearsay.

Exhibit NNN- Relevance, hearsay, foundation.

Exhibit OOO- Relevance, hearsay foundation.

Exhibit QQQ- Incomplete, foundation.

Exhibit SSS- Relevance, hearsay, foundation.

Exhibit TTT- Hearsay, foundation.

## DEPOSITION DESIGNATIONS

The parties have each designated testimony which they may read or play in their case in chief. At times, the parties have each designated the same testimony from the same witness. Plaintiff assumes that whoever calls the witness first will read or play the questions and answers designated by that party, to be followed by the questions and answers counter-designated by the other party. And plaintiff assumes that unless it is necessary for clarity, that the same passages will not be read or played twice. With that understanding plaintiff's objections to the testimony designated by OFC follows. The counter designations listed herein are provided so that in the event plaintiff does not play or read a witnesses testimony in its case-in-chief, and OFC's designations for that witness are first read or played to the jury, that the following designations should be read or played as plaintiff's cross examination.

**Exhibit UUU- Deposition of Ray Seaward**

    Page 8, line 19 – page 9, line 3 – relevance
    Page 10, line 3 – line 24 – relevance
    Page 11, line 23 – line 25 – relevance
    Page 15, line 2 – page 17, line 8 – relevance
    Page 17, line 9 – line 11 – leading, relevance
    Page 18, line 19 – line 24 - foundation
    Page 28, line 4 – line 14 - foundation, hearsay
    Page 38, line 18 – line 18 - hearsay
    Page 45, line 4 – line 5 – leading
    Page 45, line 16 – leading
    Page 47, Line 7 – line 15 – foundation, speculation
    Page 47, line 16 – line 20 – leading, foundation, argumentative, speculation
    Page 48, line 4 – line 5 – leading
    Page 66, line 15 – page 67, line 20 – foundation, speculation
    Page 88, line 2 – line 4 – leading
    Page 103, line 9 – line 11 – speculation, leading
    Page 104, line 3 – line 17 – non-responsive, narrative
    Page 123, Line 12 – page 124, line 10 – hearsay
    Page 129, line 21 – page 130, line 18 – leading, speculation, lay opinion, legal conclusion

**Counter-designations**

    Page 133, Line 3 – line 11
    Page 139, line 5 – page 140, line 18
    Page 145, line 6 – page 147, line 21
    Page 218, line 14 – line 15

**Exhibit VVV – Glenn Ashcraft**

    Page 18, line 8 – line 10 - leading
    Page 18, line 11 – page 19, line 1 – calls for a legal conclusion, speculation and relevance as to other customers.
    Page 22, line 17 – line 22 – leading, speculation
    Page 23, line 17 – page 24, line 2 – calls for a legal conclusion, speculation, and assumes facts not in evidence
    Page 27, line 23 – page 28, line 1 – leading, mischaracterizes the evidence
    Page 81, line 22 – line 24 – leading, speculation, assumes facts not in evidence, and beyond the personal knowledge of the wtiness

**Counter-designations**

Page 42, line 11 – page 44, line 15
Page 44, line 25 – page 45, line 6
Paage 47, line 12 – page 54, line 22
Page 55, line 10 – page 57, line 5
Page 57, line 16 – page 62, line 4
Page 66, line 21 – page 67, line 10
Page 70, line 5 – page 71, line 21
Page 78, line 16

**Exhibit WWW – Green**

Page 45, line 1 – line 16 – leading, mischaracterizes the previous testimony of the witness
Page 117, line 13 – line 16 – leading, speculation, assumes facts not in evidence
Page 118, line 11 – line 21 – leading, speculation
Page 118, line 23 – page 120 line 6 – leading, speculation, improper lay opinion, assumes facts not in evidence

**Counter-designations**

Page 89, line 2 – page 90, line 21
Page 95, line 6 – line 20
Page 102, line 22 – page 103, line 9
Page 103, line 23 – page 105, line 4
Page 117, line 3 – line 4

**Exhibit XXX – Taylor**

Page 15, line 7 – page 16, line 15 – speculation, testimony of counsel, assumes facts not in evidence
Page 18, line 24 – page 22, line 15 – relevance
Page 19, line 14 – line 16 – leading, speculation
Page 25, line 6 – line 13 – leading, relevance, argumentative
Page 29, line 14 – page 30, line 18 – speculation
Page 30, line 19 – page 31, line 3 leading, speculation, relevance
Page 31, line 4 – page 32, line 16 – relevance
Page 38, line 17 – page 40, line 23 – relevance
Page 42, line 9 – line 19 – calls for a legal conclusion, foundation, leading
Page 43, line 21 – page 44, line 11 – speculation, assumes facts not in evidence, beyond the personal knowledge of the witness
Page 45, line 6 – line 9 – leading, calls for a legal conclusion
Page 46 line 22 – page 47, line 12 – hearsay, non-responsive to the question,

narrative
       Page 47, line15 – page 48, line 7 – relevance
       Page 49, line 21 – page 50, line 3 – leading
       Page 51, line 25 – page 52, line 3 – leading, speculation
       Page 53, line 8 – line 25 – leading, speculation
       Page 57, line 23 – page 58, line 1 hearsay
       Page 63, line 1 – line 16 – calls for improper lay opinion, legal conclusion, speculation, assumes facts not in evidence
       Page 63, line 21 – page 64, lie 5 – leading
       Page 65, line 20 – page 66, line 8 – non-responsive to the question, speculation, narrative, character evidence
       Page 66, line 13 – line 19 speculation, foundation
       Page 67, line 8 – line 9 – leading
       Page 69, line 7 – line 17 – leading, lay opinion, foundation

### Counter-designation

       Page 70, line 22 – page 73, line 13
       Page 74, line 21 – page 75, line 1
       Page 75, line 8 – page 76, line 12
       Page 78, line 5 – page 80, line 11
       Page 81, line 23 – page 83, line 2
       Page 84, line 22 – page 86, line 15
       Page 89, line 5 – page 89, line 22
       Page 90, line 16 – page 92, line 5
       Page 95, line 23 – page 96, line 5
       Page 103, line 2 – page 104, line 8
       Page 113, line 22 – page 116, line 3
       Page 122, line 23 – page 127, line 16
       Page 128, line 13

### Exhibit YYY – Roberts

       Page 8, line 10 – line 24 – relevance
       Page 10, line 22 – Page 20, line 25 – relevance
       Page 22, line 17 – page 24, line 7 – relevance

### Counter-designations

       Plaintiff intends to read its previous designations for Mr. Roberts during its case-in-chief.

DATED this 4th day of May, 2007, at Anchorage, Alaska.

                                                  s/ Michael T. Stehle
                                                  Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on May 4, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,   bfontaine@hwb-law.com,   jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

PLAINTIFF'S OBJECTIONS TO OFC'S EXHIBITS AND DEPOSITION TESTIMONY
AND COUNTER DESIGNATIONS
Case No. A01-0011 CV (JWS)
Page 7 of 7