Michael R. Mills, ABA # 8911074
Michael A. Grisham, ABA # 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:  (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Plaintiff

DOCKETED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>       Defendants. | Case No. A04-0011 CV (JWS)<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT OFC CAPITAL'S SECOND REQUESTS FOR DISCOVERY TO A. T. PUBLISHING, INC.** |

   Plaintiff AT Publishing hereby responds to Defendant OFC Capital's Second Request for Discovery to A.T. Publishing, Inc. as follows:

**DEFINITIONS AND INSTRUCTIONS**

  A. "Plaintiff" or "ATP" shall mean A. T. Publishing, Inc., Plaintiff II this lawsuit and their agents, servants, employees, representatives, officers, directors, shareholders, attorneys, or others acting on their behalf.

  B. "Defendant," "OFC," shall mean OFC Capital, Inc., Defendant in this lawsuit.

  C. The term "Plaintiff(s)" and "Defendant(s)", as well as a party's full or abbreviated name or a pronoun referring to a party, (i.e. you) mean the party, and where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to this litigation.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Plaintiff objects to this Request for Production on the basis that it is vague, overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects that the Request calls for information protected by the attorney work product privilege.

Without waiving these objections, Plaintiff responds that the documentary evidence it intends to introduce at trial will be disclosed at the appropriate time and to the extent appropriate in the Plaintiff's Final Exhibit List. Plaintiff further responds that its proposed exhibits will be gleaned from documents properly produced in this matter. Plaintiff reserves the right, however, to produce additional responsive documents at such time as it becomes aware of such documents or such documents come within its possession or control.

6.  Please produce for inspection and copying any and all sheets of paper ATP kept from the operation of the 4995 press during the training Ray Seaward provided in March 2003.

RESPONSE:

Responsive documents are available for inspection and copying at the offices of AT Publishing upon reasonable notice to Michael A. Grisham, Dorsey & Whitney, LLP, 1031 W. 4th Ave. Suite 600, Anchorage, AK 99501.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

RESPONSE TO DEFENDANT'S SECOND REQUEST FOR DISCOVERY
Page 2 of 2

AT Publishing, Inc. v. A.B. Dick Company, et al
Case No. A04-0011 Civil

DATED this 20TH day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: _____
Michael R. Mills, ABA # 8911074
Michael A. Grisham, ABA # 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907

## VERIFICATION

DATED this 21 day of March, 2006.

A.T. Publishing Inc.

By: _____ CEO
Its: _____

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on the 21st day of March, before the undersigned, a Notary Public in and for Alaska, personally appeared _____, known to me to be the _____ of A.T. Publishing, Inc., the person authorized to execute the foregoing and acknowledged to me that s/he has read the foregoing and knows the facts and matters therein set forth and alleged; and that each of said facts and matters are true and correct.

WITNESS my hand and official seal the day and year last above written.

_____
NOTARY PUBLIC in and for Alaska
My commission expires: 12/1/06

RESPONSE TO DEFENDANT'S SECOND REQUEST FOR DISCOVERY
Page 2 of 2

AT Publishing, Inc. v. A.B. Dick Company, et al
Case No. A04-0011 Civil

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

## CERTIFICATE OF SERVICE

I hereby certify that on March 21st, 2006, a copy of foregoing ~~Notice of Deposition~~ was served as indicated below.

Randall J. Weddle, Esq. (via facsimile and mail)
Holmes Weddle & Barcott
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
907-277-4657

Marion Walker, Esq. (via facsimile and mail)
Ford & Harrison
2100 Third Avenue, Suite 400
Birmingham, AL 35203
205-244-5901

_____
Michael A. Grisham

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

RESPONSE TO DEFENDANT'S SECOND REQUEST
FOR DISCOVERY
Page 2 of 2

AT Publishing, Inc. v. A.B. Dick Company, et al
Case No. A04-0011 Civil

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2912
RECIPIENT ADDRESS     4843#476800#1#2774657#
DESTINATION ID
ST. TIME              03/21 17:40
TIME USE              04'00
PAGES SENT            15
RESULT                OK
```



# FAX COVER SHEET

The information contained in this facsimile message, if a client of this firm is a named addressee, or the message is otherwise intended for a client, is presumptively legally privileged and confidential information. If you are not a named addressee, or if there is any reason to believe that you may have received this message in error, (1) do not read the message below; (2) do not distribute or copy this facsimile; and (3) please immediately call us collect at the number of the sender below.

| | | TOTAL # OF PAGES: | |
|---|---|---|---|
| DATE: | March 21, 2006 | (INCLUDING THIS COVER SHEET) | |
| TO: | Randall J. Weddle | FAX #: | (907) 277-4657 |
| FIRM NAME: | Holmes Weddle & Barcott | PHONE #: | (907) 274-0666 |
| TO: | Marion F. Walker | FAX #: | (205) 244-5901 |
| FIRM NAME: | Ford & Harrison LLP | PHONE #: | (205) 244-5916 |
| FROM: | Michael A. Grisham | FAX #: | (907) 276-4152 |
| PHONE #: | (907) 257-7829 | EMAIL: | grisham.michael@dorsey.com |

**COMMENTS:**

Transmitting: Discovery Responses

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

         TRANSMISSION OK

         TX/RX NO              2913
         RECIPIENT ADDRESS     4843#476800#1##12052445901#
         DESTINATION ID
         ST. TIME              03/21 17:45
         TIME USE              02'58
         PAGES SENT            15
         RESULT                OK
```



# FAX COVER SHEET

The information contained in this facsimile message, if a client of this firm is a named addressee, or the message is otherwise intended for a client, is presumptively legally privileged and confidential information. If you are not a named addressee, or if there is any reason to believe that you may have received this message in error, (1) do not read the message below; (2) do not distribute or copy this facsimile; and (3) please immediately call us collect at the number of the sender below.

| DATE: | March 21, 2006 | TOTAL # OF PAGES: (INCLUDING THIS COVER SHEET) | |
|---|---|---|---|
| TO: | Randall J. Weddle | FAX #: | (907) 277-4657 |
| FIRM NAME: | Holmes Weddle & Barcott | PHONE #: | (907) 274-0666 |
| TO: | Marlon F. Walker | FAX #: | (205) 244-5901 |
| FIRM NAME: | Ford & Harrison LLP | PHONE #: | (205) 244-5916 |
| FROM: | Michael A. Grisham | FAX #: | (907) 276-4152 |
| PHONE #: | (907) 257-7829 | EMAIL: | grisham.michael@dorsey.com |

**COMMENTS:**

Transmitting: Discovery Responses