01/25/02

Frank Martone
AT Publishing
1720 Abbott Rd.
Anchorage, AK 99507

Dear Frank;

I want to thank you for the confidence you have shown in ABDick Company. Thanks again for your purchase of the Color Press. You will find this machine a good product backed by the best service company in the printing and graphics business. I want to confirm a couple of dates with you as we are now setting up to install and train your employees on the equipment. I also will offer a couple of suggestions for your consideration.

On my calendar we are planning to begin installation on 2/11/02. Our technician is planning to be on sight for approximately two weeks. We are ordering flight tickets. It is real important that you complete the various items that have been discussed between you, Lee Whitten, and myself prior to that date.

On my calendar we are planning to begin training on 2/18/02. Our trainer is setting up to proceed on that date. That initial training will last for at least one week. It is important that you consider who your main operator will be. We would most like this to be a person with a combination of skills. In my opinion the perfect candidate has an understanding of computers but in the same breath has no fear of getting their hands dirty. There is operator maintenance that must be done-your operator must be meticulous about their share of the maintenance. If you wish to discuss this we will aid you on this topic. Your operator will need to be available 100% of the time the week of 2/18/02.

Another area that you really must address is in regards to the maintenance agreement. You and I have discussed it a few times now. This is something you really must carry through with. This is a highly sophisticated product – you absolutely cannot make a mistake in this area. Actually the maintenance agreement was intended to be signed at the time of your order – it slipped with it being the end of the year. I have enclosed an agreement that I am asking you to give very, very careful consideration. I have dated it for June 1 which will be at the end of the warranty period. Please sign this and send it back to me. You will not receive any billings for this maintenance until after that date. It can be canceled with 30 days written notice if you are ever dissatisfied.

Lastly, see me as your contact in this initial phase with your new machine. I will be available for your questions. I will steer your questions to the proper person as your people come up to speed on your new Color Press.

Thanks again for your business. We in the ABDick family will see that you are taken care of in an excellent manner.

Sincerely,

Randy Garrett
Northwest District Service Manager

DEFENDANT'S EXHIBIT
CASE NO. A04-0011CV (JWS)
EXHIBIT NO. BB

EXHIBIT MSP
2-21-06 12432
3
B. Greer