6/18/02

Frank Martone
AT Publishing
1720 Abbott Rd
Anchorage, AK 99507

Dear Frank:

I appreciate the time to meet with you and your people during the week of June 3rd. I think a lot was accomplished. As we discussed as a group there are still a few environmental or procedural type things that need to be corrected. I will recap:

1. Maintain the temperature in the room where the Colour Press is at somewhere between 68 F and 77 F all the time. This can be done through a combination of things but basically your operators need to check for this twice per day. Make readings. Then adjust accordingly. This can be done with air conditioning, space heaters, and venting air out of the building.
2. The humidity needs to be in a range of 50 to 60 in relative humidity. The operators need to check for this twice per day. Make readings. Then adjust accordingly. A good humidifier should get this taken care of.
3. Place a good, accurate temperature and humidity gauge on the wall in that room. Then have a chart right next to it – verify once in a while that your operators are checking the measurements. You will be most satisfied with copy quality – if you are consistent with this.
4. Build some racks in the Colour Press room to hold paper. I would set the goal to store one week worth of paper in that room. This will climatize the paper before it goes on press.
5. I would make sure that employees are very mindful of paper dust when the paper is cut. I would try to insure that any and all dust is kept down as much as possible. I would use acid free or sapphire types of paper.

Frank, all of these things will insure the best copy quality from your machine. If your employees get into a routine like this – the result will be very good. The maintenance program will keep your machine on target. Your consumable usage will be at the optimum from having set these guidelines. Thanks again for allowing us to visit your facility. You should be very proud of what you have accomplished in business.

Sincerely:


Randy Garrett
Northwest District Service Manager


