Michael R. Mills
Barbra Z. Nault
Bankston, Gronning, O'Hara,
Sedor, Mills, Givens & Heaphey, PC
601 W. 5th Ave., Suite 900
Anchorage, Alaska 99501
(907) 276-1711

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A.B. DICK COMPANY and )<br>OFC CAPITAL, a division of )<br>ALFA FINANCIAL CORPORATION, )<br>)<br>Defendants. )<br>) | Case No. A04-0011 CV [JWS] |

## PLAINTIFF'S INITIAL DISCLOSURES

In accordance with Federal Rule of Civil Procedure 26(a)(1), Plaintiff AT Publishing, Inc. makes the following initial disclosures. These disclosures are based on information reasonably available to Plaintiff at this time. Should Plaintiff acquire additional information, it will supplement these disclosures in accordance with the Federal Rules of Civil Procedure. These disclosures are made subject to any and all privileges

4/23/04

plaintiff may assert, including but not limited to the attorney-client privilege and work-product exemption.

(A) **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

1. Claudine Aquillon
   OFC Capital
   c/o Holmes, Weddle & Barcott
   701 West 8th Avenue, Suite 700
   Anchorage, Alaska 99501
   907-274-0666

Ms. Aquillon was/is the Chief Operating Officer of OFC Capital and has knowledge of the lease agreement between AT Publishing and OFC Capital and the parties' attempts to cure A.B. Dick's nonconforming tender.

2. Glen Ashcraft
   Address and Telephone Number Unknown

Mr. Ashcraft was employed with A.B. Dick and worked with Benjamin Taylor on the negotiation, sale and efforts to install the Model 4995 press and associated equipment. Mr. Ashcraft has knowledge of the representations made to AT Publishing regarding the Model 4995 press and associated equipment.

3. Bruce Beiderman
   A.B. Dick Company
   c/o Holmes, Weddle & Barcott
   701 West 8th Avenue, Suite 700
   Anchorage, Alaska 99501
   907-274-0666

Mr. Beiderman was/is National Sales Director of A.B. Dick and may have knowledge of the faxed letter and maintenance agreement offered by A.B. Dick in connection with the Indigo press and other facts surrounding this case.

PLAINTIFF'S INITIAL DISCLOSURES
*AT Publishing, Inc. v. A.B. Dick Company, et al.*, Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc

Page 2 of 15

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

4.    Jeff Bergman
Citicapital
Citicorp Vendor Finance, Inc.
1 International Blvd.
Mahwah, New Jersey 074130
1-800-255-2223 X2520

Mr. Bergman faxed to AT Publishing an amendment to the lease agreement between AT Publishing and Citicorp in March 2002. Mr. Bergman may have knowledge regarding the financing related to the Indigo press, and the charges associated with that transaction which were included in the lease between AT Publishing and OFC Capital.

5.    Terry Bowden
A.B. Dick Company
Northwestern Region
c/o Holmes, Weddle & Barcott
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
907-274-0666

Mr. Bowden was/is a color imaging specialist sales representative for A.B. Dick and was involved in the negotiation and sale of the Indigo press to AT Publishing. Mr. Bowden has knowledge of the representations made to AT Publishing regarding the Indigo press.

6.    Bob Byman
Citicapital
1 International Blvd.
Mahwah, New Jersey 07430
1-800-255-2223 X 2520

Mr. Byman faxed a credit application to AT Publishing in December 2001 and may have knowledge regarding the financing related to the Indigo press and the charges associated with that transaction which were included in the lease between AT Publishing and OFC Capital.

7. Customer Service Manager
Premier Lease & Loan Services
15325 S.E. 30th Place, Suite 100
Bellevue, Washington 98007
1-800-929-7322

A representative of this company contacted AT Publishing in August, 2002 regarding the Indigo press and may have knowledge of the facts surrounding this case.

8. Randy Garrett
A.B. Dick Company
c/o Holmes, Weddle & Barcott
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
907-274-0666

Mr. Garrett was/is the Northwest District Service Manager of A.B. Dick and was involved in the installation and training for the Indigo press in January 2002. Mr. Garrett may have knowledge regarding the representations made to AT Publishing regarding the Indigo press and operational problems associated with that equipment.

9. Burton C. Green
A.B. Dick Company
c/o Holmes, Weddle & Barcott
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
907-274-0666

Mr. Green was/is a Regional Specialist with A.B. Dick and may have knowledge regarding AB Dick's efforts to install the Model 4995 press at AT Publishing.

10. Esequiel "Junior" Laguna    (attorney/client privilege applies)
AT Publishing, Inc.
c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
907-276-1711

PLAINTIFF'S INITIAL DISCLOSURES
AT Publishing, Inc. v. A.B. Dick Company, et al., Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc                                                                Page 4 of 15

Mr. Laguna is an employee of AT Publishing and was one of the first press operators to run the Model 4995 press. Mr. Laguna has knowledge of the operational problems associated with the press.

11. Allen Lindsey
    Address and Telephone Number Unknown

Mr. Lindsey was employed as a press operator at AT Publishing and worked on the Indigo press. Mr. Lindsey has knowledge concerning the operational problems with the press.

12. Jeanne Maddocks    **(attorney/client privilege applies)**
    c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
    601 West 5th Avenue, Suite 900
    Anchorage, Alaska 99501
    907-276-1711

Ms. Maddocks is the bookkeeper/controller of AT Publishing and has knowledge of the sales and lease agreements, repair documents and other records relating to the two equipment transactions with A.B. Dick and OFC Capital.

13. Andrew Martone    **(attorney/client privilege applies)**
    c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
    601 West 5th Avenue, Suite 900
    Anchorage, Alaska 99501
    907-276-1711

Mr. Martone is the President and Press Manager of Plaintiff AT Publishing and has knowledge of the Model 4995 and the Indigo press. Mr. Martone also has knowledge of the facts surrounding the installation and operational problems of the Model 4995 press and associated equipment.

14. Bill Martone    **(attorney/client privilege applies)**
    c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
    601 West 5th Avenue, Suite 900
    Anchorage, Alaska 99501
    907-276-1711

Mr. Martone is the Production Manager at AT Publishing and has knowledge of the operational problems associated with the Indigo and Model 4995 presses.

PLAINTIFF'S INITIAL DISCLOSURES
*AT Publishing, Inc. v. A.B. Dick Company, et al.*, Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc                                         Page 5 of 15

15. Edna C. Martone    **(attorney/client privilege applies)**
    c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
    601 West 5th Avenue, Suite 900
    Anchorage, Alaska 99501
    907-276-1711

Mrs. Martone is the Treasurer of Plaintiff AT Publishing and has knowledge of the facts surrounding this case.

16. Frank P. Martone    **(attorney/client privilege applies)**
    c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
    601 West 5th Avenue, Suite 900
    Anchorage, Alaska 99501
    907-276-1711

Mr. Martone is the Chief Executive Officer of Plaintiff AT Publishing and has knowledge of the Model 4995 press and the Indigo press. Mr. Martone also has knowledge of the facts surrounding the installation and operational problems of the Model 4995 press and associated equipment.

17. Greg Martone    **(attorney/client privilege applies)**
    c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
    601 West 5th Avenue, Suite 900
    Anchorage, Alaska 99501
    907-276-1711

Mr. Martone is a press operator at AT Publishing has knowledge of the operational problems associated with the Indigo and Model 4995 presses.

18. Joe Martone    **(attorney/client privilege applies)**
    c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
    601 West 5th Avenue, Suite 900
    Anchorage, Alaska 99501
    907-276-1711

Mr. Martone is a press and bindery equipment operator at AT Publishing. Mr. Martone operated the Indigo press and has knowledge of the operational problems associated with the press.

PLAINTIFF'S INITIAL DISCLOSURES
*AT Publishing, Inc. v. A.B. Dick Company, et al.,* Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc

Page 6 of 15

19. Paul Martone        **(attorney/client privilege applies)**
    c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
    601 West 5th Avenue, Suite 900
    Anchorage, Alaska 99501
    907-276-1711

Mr. Martone is the Vice President of Plaintiff AT Publishing and has knowledge of the Model 4995 press and the Indigo press. Mr. Martone also has knowledge of the facts surrounding the installation and operational problems of the Model 4995 press and associated equipment.

20. Patricia A. Maxted
    A.B. Dick Company
    c/o Holmes, Weddle & Barcott
    701 West 8th Avenue, Suite 700
    Anchorage, Alaska 99501
    907-274-0666

Ms. Maxted was/is a training instructor for A.B. Dick who gave instructions to AT Publishing personnel regarding the Indigo press in late February and early March 2002.

21. Carolyn McClain
    OFC Capital
    c/o Holmes, Weddle & Barcott
    701 West 8th Avenue, Suite 700
    Anchorage, Alaska 99501
    907-274-0666

Ms. McClain was/is a Vice President of OFC Capital who communicated with AT Publishing in November 2002 related to the lease agreement for the Model 4995 press and may have knowledge of the facts surrounding this case.

22. Dan McConkey        **(attorney/client privilege applies)**
    c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
    601 West 5th Avenue, Suite 900
    Anchorage, Alaska 99501
    907-276-1711

PLAINTIFF'S INITIAL DISCLOSURES
*AT Publishing, Inc. v. A.B. Dick Company, et al.*, Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc

Page 7 of 15

Mr. McConkey is an Account Executive with Plaintiff AT Publishing and was a contact between AT Publishing and A.B. Dick concerning the purchase of the Indigo and Model 4995 presses.

    23.    Marie McConkey    **(attorney/client privilege applies)**
           c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
           601 West 5th Avenue, Suite 900
           Anchorage, Alaska 99501
           907-276-1711

Mrs. McConkey is the Secretary of Plaintiff AT Publishing and has knowledge of the 4995 press and the Indigo press. Mrs. McConkey also has knowledge of the facts surrounding the installation and operational problems of the Model 4995 press and associated equipment.

    24.    Sherri McGrady
           Citicapital Commercial Corporation
           Address and phone number unknown

Ms. McGrady faxed a lease agreement for the Indigo press to AT Publishing in March 2002 and may have knowledge regarding the financing related to the Indigo press and the charges associated with that transaction which were included in the lease between AT Publishing and OFC Capital.

    25.    Jeffrey McKenzie
           "Chad" C. *LNU*
           Crescent Electric Supply Company
           5333 Fairbanks St.
           Anchorage, Alaska 99518
           907-562-2800

Mr. McKenzie was/is Facility Manager of Crescent and provided parts and installation services for the Indigo press in January 2002. "Chad C." was/is an employee of Crescent who prepared the quotation for installation of the Indigo press. Both individuals may have knowledge regarding operational problems of the Indigo Press.

    26.    Jim Michelli
           Hillside Press
           Melrose, Massachusetts
           617-742-1922

PLAINTIFF'S INITIAL DISCLOSURES
*AT Publishing, Inc. v. A.B. Dick Company, et al.,* Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc

Page 8 of 15

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Mr. Michelli owns and operates a print shop in Massachusetts and purchased a press from A.B. Dick. Mr. Michelli has knowledge and of operational problems with the press.

27. Al Mickley
OFC Capital
c/o Holmes, Weddle & Barcott
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
907-274-0666

Mr. Mickley is Vice President of Sales, National Accounts and Equipment Leasing for OFC Capital and may have knowledge of the negotiations and lease agreement for the Model 4995 press between OFC Capital and to AT Publishing.

28. Robert A. Ramsey   **(attorney/client privilege applies)**
c/o Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
907-276-1711

Mr. Ramsey is an employee of AT Publishing who worked on the Indigo press. He has knowledge concerning the operational problems with the Indigo press and prepared a written Operator's Statement detailing those problems.

29. Jeff Remondi
Grenier Print Shop
Jamaica Plain, Massachusetts
617-742-1922

Mr. Remondi owns and operates Grenier Print shop in Massachusetts. Mr. Remondi purchased a press from A.B. Dick and has knowledge of operational problems with the press.

30. Craig Roberts
OFC Capital Collections Department
c/o Holmes, Weddle & Barcott
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
907-274-0666

PLAINTIFF'S INITIAL DISCLOSURES
*AT Publishing, Inc. v. A.B. Dick Company, et al.*, Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc

Page 9 of 15

Mr. Roberts was/is employed in the Collections Department at OFC Capital and may have knowledge regarding the lease agreement between AT Publishing and OFC Capital.

31. Angela Ross
A.B. Dick Capital
c/o Premier Lease & Loan Services
15325 W.E. 30th Place, Suite 100
Bellevue, Washington 98007
425-562-9377

Ms. Ross is an Insurance Administrator with A.B. Dick Capital, and may have knowledge regarding operational problems of the Indigo press and the charges related to AT Publishing's purchase of that equipment which were included in the lease between AT Publishing and OFC Capital.

32. Ray Seaward
A.B. Dick
c/o Holmes, Weddle & Barcott
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
907-274-0666

Mr. Seaward was/is a trainer employed by A.B. Dick who was involved in A.B. Dick's efforts to install the Model 4995 press at AT Publishing and to train AT Publishing personnel on the press and associated equipment.

33. Clint Seyer
110 Knowles Circle
Anchorage, Alaska 99515
907-333-7192

Mr. Seyer is a former employee of AT Publishing who operated the Model 4995 press. Mr. Seyer has knowledge of the operational problems associated with the press. He also has knowledge of the facts surrounding AT Publishing's efforts to work with AB Dick to get the Model 4995 press running properly.

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

34. Benjamin F. Taylor
A.B. Dick Company
c/o Holmes, Weddle & Barcott
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
907-274-0666

Mr. Taylor was/is a Senior Account Executive with A.B. Dick and was involved in the negotiation and sale of both the Indigo and Model 4995 presses to AT Publishing. Mr. Taylor was also involved in the efforts to install the Model 4995 press. Mr. Taylor has knowledge of the representations made to AT Publishing regarding the Indigo and Model 4995 presses.

35. Rhonda Valentine
OFC Capital Collections Department
c/o Holmes, Weddle & Barcott
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
907-274-0666

Ms. Valentine was/is employed in the Collections Department of OFC Capital and may have knowledge regarding the lease agreement between AT Publishing and OFC Capital.

36. Rich Vanskike
A.B. Dick Capital
P.O. Box 41647
Philadelphia, Pennsylvania 19101-1647
1-800-553-3067

Mr. Vanskike was/is believed to be employed in the collections department of A.B. Dick Capital and may have knowledge regarding operational problems of the Indigo press and the charges related to AT Publishing's purchase of that equipment which were included in the lease between AT Publishing and OFC Capital.

37. Randy Warren
Image Control
Anchorage, Alaska
727-7243

PLAINTIFF'S INITIAL DISCLOSURES
*AT Publishing, Inc. v. A.B. Dick Company, et al.*, Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc

Page 11 of 15

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Mr. Warren is/was a supplier and seller of printing equipment who may have general knowledge relating to the Indigo and Model 4995 presses.

38. Lee Whittman, a/ka Lee Whitten
    A.B. Dick Company
    c/o Holmes, Weddle & Barcott
    701 West 8th Avenue, Suite 700
    Anchorage, Alaska 99501
    907-274-0666

Mr. Whittman was/is a local service representative of A.B. Dick who assisted in the installation of the Indigo press and efforts to install the Model 4995 press.

39. Chonda Aleshire
    Kelly Brugger
    Jennifer Scherer
    Mary Halawith
    AB Dick Capital
    P.O. Box 7247-0322
    Philadelphia, Pennsylvania 19170

These individuals were collection representatives with A.B. Dick who communicated with AT Publishing regarding alleged past due lease payments regarding the Indigo press.

40. Records Custodian
    AB Dick Company
    c/o Holmes, Weddle & Barcott
    701 West 8th Avenue, Suite 700
    Anchorage, Alaska 99501
    907-274-0666

41. Records Custodian
    OFC Capital
    c/o Holmes, Weddle & Barcott
    701 West 8th Avenue, Suite 700
    Anchorage, Alaska 99501
    907-274-0666

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

PLAINTIFF'S INITIAL DISCLOSURES
*AT Publishing, Inc. v. A.B. Dick Company, et al.*, Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc

Page 12 of 15

42. Records Custodian
AB Dick Capital
P.O. Box 7247-0322
Philadelphia, Pennsylvania 19170

43. Other witnesses which become known in the course of discovery.

44. Any and all witnesses, parties, and other persons disclosed by the other defendants and the plaintiff in their initial disclosures and any supplementation thereof and in any other witness list served or filed in this action.

45. Any and all witnesses necessary for rebuttal and/or impeachment.

46. Any and all witnesses necessary for authentication of documents.

47. All expert witnesses to be retained by either party.

48. Any fact witness permitted to offer opinion testimony within his or her area of expertise or experience pursuant to *Miller v. Phillips*, 959 P.2d 1247 (Alaska 1998) and *Little Susitna Co. v. Soil Processing, Inc.* 944 P.2d 20 (Alaska 1997).

49. Plaintiff reserves the right to supplement this list of witnesses.

(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

All unprivileged documents in the possession of Bankston, Gronning, O'Hara, Sedor, Mills, Givens and Heaphey P.C. that support AT Publishing's claims and defenses are attached to these initial disclosures and are Bates numbered AT 0001 through AT 00489. A privilege log is also attached.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including the materials bearing on the nature and extent of injuries suffered.

PLAINTIFF'S INITIAL DISCLOSURES
*AT Publishing, Inc. v. A.B. Dick Company, et al.*, Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc

Page 13 of 15

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

As to A.B. Dick, AT Publishing seeks damages related to misrepresentations regarding the Indigo press; the return of money paid to A.B. Dick for the Indigo press, including an accounting of sale proceeds of the Indigo press and credit applied to AT Publishing's account; damages related to misrepresentations regarding the Model 4995 press; damages arising from or related to A.B. Dick's failure to provide a working/conforming (i.e., non-defective) Model 4995 press; damages related to warranty claims for the Model 4995 press; consequential damages such as lost revenue for the past year and lost marketing position due to A.B. Dick's failure to provide a working/conforming Model 4995 press; damages related to A.B. Dick's delay in providing a working/conforming Model 4995 press, including additional finance and penalty charges and acceleration by OFC Capital; and any other compensatory and consequential damages which become known in the course of discovery. AT Publishing will supplement this disclosure with the calculations required by the Rule. AT Publishing does not seek damages from OFC Capital.

(D)   **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

AT Publishing is not aware of any insurance agreements which may be liable to satisfy a judgment in this case or provide indemnity for same.

DATED at Anchorage, Alaska, this 23rd day of April, 2004.

> BANKSTON, GRONNING, O'HARA,
> SEDOR, MILLS, GIVENS & HEAPHEY, P.C.
> Attorneys for Plaintiff
>
> By: _____
> Barbra Z. Nault
> ABA # 9807037

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

I HEREBY CERTIFY that the foregoing document is in typeface Times Roman 13 point font, and further certify that a true and correct copy of the foregoing was (X) mailed ( ) hand delivered ( ) faxed to the following attorneys of record on the 23rd day of April, 2004.

Randall J. Weddle
Holmes Weddle & Barcott
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501

Garry S. Marks
Marion Walker
Baker, Donelson, Bearman, Caldwell & Berkowitz
420 N. 20th Street, 1600 South Trust Tower
Birmingham, Alabama 34203-5202

_____
Jana Vanderbrink

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

PLAINTIFF'S INITIAL DISCLOSURES
*AT Publishing, Inc. v. A.B. Dick Company, et al.*, Case No. A04-0011CV (JWS)
A3889/01/INITdisclosure.doc

Page 15 of 15

Michael R. Mills
Barbra Z. Nault
Bankston, Gronning, O'Hara,
Sedor, Mills, Givens & Heaphey, PC
601 W. 5th Ave., Suite 900
Anchorage, Alaska 99501
(907) 276-1711

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A04-0011 CV [JWS] |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S PRIVILEGE LOG OF RULE 26(a) INITIAL DISCLOSURE DOCUMENTS

| Bates Number | Date | Description | # Pgs |
|---|---|---|---|
| AT 0193 | 5/30/2003 | Fax from Frank Martone to Mike Mills | 1 |

DATED at Anchorage, Alaska, this 23rd day of April, 2004.

PLAINTIFF'S PRIVILEGE LOG OF RULE 26(a) INITIAL DISCLOSURE DOCUMENTS
*AT Publishing, Inc. v. A.B. Dick Company, et al.,* Case No. A04-0011CV (JWS)
A3889/01/PRIVLOG.doc

Page 1 of 2

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

BANKSTON, GRONNING, O'HARA,
SEDOR, MILLS, GIVENS & HEAPHEY, P.C.
Attorneys for Plaintiff

By: _____
Barbra Z. Nault
ABA # 9807037

I HEREBY CERTIFY that the foregoing document is in typeface Times Roman 13 point font, and further certify that a true and correct copy of the foregoing was (X) mailed (__) hand delivered (__) faxed to the following attorneys of record on the 23rd day of April, 2004.

Randall J. Weddle
Holmes Weddle & Barcott
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501

Garry S. Marks
Marion Walker
Baker, Donelson, Bearman, Caldwell & Berkowitz
420 N. 20th Street, 1600 South Trust Tower
Birmingham, Alabama 34203-5202

_____
Jana Vanderbrink

Bankston, Gronning, O'Hara, Sedor, Mills, Givens & Heaphey, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

PLAINTIFF'S PRIVILEGE LOG OF RULE 26(a) INITIAL DISCLOSURE DOCUMENTS
*AT Publishing, Inc. v. A.B. Dick Company, et al.*, Case No. A04-0011CV (JWS)
A3889/01/PRIVLOG.doc

Page 2 of 2