## michael stehle

**From:** "michael stehle" <stehle@gci.net>
**To:** <mikeathome@gci.net>
**Sent:** Tuesday, May 22, 2007 8:37 PM
**Attach:** Plaintifftrialexhibits.doc
**Subject:** FW: AT Publishing v. OFC

-----Original Message-----
**From:** Joyce Ekstrand [mailto:Jekstrand@hwb-law.com]
**Sent:** Thursday, April 26, 2007 11:37 AM
**To:** Marion Walker; stehle@gci.net
**Cc:** Randy Weddle
**Subject:** AT Publishing v. OFC

Attached is a chart of my notes re plaintiff's exhibits. I will initiate the conference call at 1:00 Alaska time to you both

Joyce Ekstrand
Holmes Weddle & Barcott
701 West 8th Avenue, #700
Anchorage, AK 99501-3408
Direct Dial: 907-222-8411
Fax: 907-277-4657

************************************************************

CONFIDENTIALITY STATEMENT
This electronic message contains information from the law firm
of Holmes Weddle & Barcott, P.C. and is confidential or
privileged. The information is intended solely for the use of
the individual or entity named above. If you are not the
intended recipient, do not read, distribute, reproduce or
otherwise disclose this transmission or any of its contents. If
you have received this electronic message in error, please notify
us immediately via e-mail or by telephone at (907) 274-0666
(Anchorage) or (206) 292-8008 (Seattle).

Plaintiff's Exhibit List

| ADM | ID | NO | Description |
|---|---|---|---|
| | | 1. | Polyester Plate with Handles (similar to placemat) |
| | | 2. | Polyester Plate without Handles |
| | | 3. | "Waste" – thousands of Kitsay Navey pamphlets |
| | | 4. | Color Test Sheet |
| X | | 5. | Test Sheet |
| | | 6. | Handout – Prince William Sound Community College/Arbor Day Brochure |
| | | 7. | Color test pattern with some portions circled |
| | | 8. | Prince William Sound Book – 2003-2004 PWSC View Book |
| | | 9. | Large handwritten notes re May 2004 test parameters |
| | | 10. | Small handwritten notes re May 2004 test parameters |
| | X | 11. | Price for Indigo Press, authored by Terry Bowden to Paul Martone (AT 0015) |
| | X | 12. | August 15, 2001 purchase order for color Indigo Press (AT 0054 and 0056) |
| | X | 13. | December 26, 2001 AB Dick to Frank Martone with Lease Agreement (AT 0065) |
| | X | 14. | March 12, 2002 Memorandum from Sherry ▬▬ at City Capital (AT 0066-67) |
| X | | 15. | January 25, 2002 Randy ▬▬ to Frank Martone re brochure for Indigo Press (AT 0071) |
| | | 16. | Brochure for Indigo Press (AT 0074-78) |
| | | 17. | March 19, 2002 Invoice, AB Dick to AT Publishing (AT 0082) |
| | | 18. | March 21 and 22 (2002?) Phone messages to Frank Martone re technician (AT 0085-86) |
| | | 19. | March 28, 2002 fax from Frank Marton to City Capital (AT 0087) |
| | | 20. | March 29, 2002 Ben Taylor ltr to Frank Marton (AT 0088) |
| | | 21. | April 16, 2002 notice to have ABD Capital listed as loss payee (AT 0090, 83 and 84) |
| | | 22. | April 20, 2002 service call on Indigo Press (AT 0091) |
| | | 23. | June 1, 2002 Service Agreement on Indigo Press (AT 0098) |
| X | | 24. | June 18, 2002 Letter from Randy Garret to Frank Martone (AT 00103) |
| | | 25. | July through August, 2002 Service Invoices for service at AT Publishing, billing AB Dick (AT 00107, 108, 111) |
| | X | 26. | Brochure, AB Dick 4995 AICS Color Offset Press (AT 00112-122). |

|  | X | 27. | September 1, 2002 Salesman's Sheet re 4995 (AT 00123) |
|---|---|---|---|
| X |  | 28. | November 18, 2002 Carolyn McClain letter to Frank Martone re Lease Documents and OFC Documents to Frank Martone: Lease, two Purchase agreements, Guarantees, Lease Schedules and Delivery and Acceptance Receipts, all signed by Frank Martone on November 19, 2002 (▮▮) |
| X |  | 29. | November 25, 2002 Fax from Carolyn McClain to Frank Martone re outstanding information for lease (AT 00165) |
| X |  | 30. | December 2, 2002 Fax from Carolyn McClain to Frank Martone re outstanding information for lease (AT 00166) |
| X |  | 31. | February 25, 2003 Invoice from AB Dick to AT Publishing for supplies, including mega pro for DPM2340 (AT 00168) |
| X |  | 32. | March 3, 2003 Invoice from AB Dick to AT Publishing for supplies, including mega pro for DPM2340 (AT 00170) |
| X |  | 33. | April 17, 2003 Invoice for Supplies for DPM 2340 (AT 00179) |
| X |  | 34. | May 6, 2003 Letter, AT Publishing from Allstate and AB Dick quote for repairs (AT 00181 & 182) |
|  |  | 35. | May 12, 2003 Invoice/Credit memorandum from AB Dick to AT Publishing re Indigo Press (AT 00183) ▮▮ |
|  |  | 36. | June 4, 2003 Operator Statement from Robert Ramsey re Indigo Press (AT 00194) ▮▮ |
|  |  | 37. | February 12, 2002 Invoice from AB Dick to AT Publishing re Indigo Press (AT 00196) ▮▮ |
|  |  | 38. | March 1, 2002 Fax Coversheet from AB Dick to Paul and Frank Martone re Indigo Press Calculation. (AT 00199) ▮▮ |
|  |  | 39. | March 20, 2002 Invoice AB Dick to AT Publishing for Indigo Press (AT 00200-201) ▮▮ |
|  |  | 40. | March 21, 2002 Fax from Frank Martone to AB Dick re Indigo Press (AT 00202-207) ▮▮ |
|  |  | 41. | August 26, 2002 Frank Martone handwritten notation on invoice faxed to AB Dick re Indigo Press (AT 00230) ▮▮ |
| X |  | 42. | January 27, 2003 AB Dick to AT Publishing re previous lease paid off re Indigo Press (At 00255) |
| X |  | 43. | Brochure re 4995 Press (AT 00257-267) |
|  |  | 44. | April 6 to May 3 Clint Sayers Time Card (462) |
|  |  | 45. | September 28, 2003 AB Dick "Printers Say Yes to 4995" (463-465) ▮▮ |
|  |  | 46. | September 1, 2004 News Ad re AB Dick Bankruptcy ▮▮ |
|  |  | 47. | May 21, 2004 Invoice, AT Publishing to Kenai Peninsula Borough (518) ▮▮ |
|  | X | 48. | June 7, 2004 Mills Letter to Jeff Herden |

Plaintiff's Exhibits, Page 2

|   |   | # | Description |
|---|---|---|---|
|   | X | 49. | May 20, 2004 Mills letter to Jeff Herden |
|   | X | 50. | April 6, 2004 Herden letter to Bankston |
|   | X | 51. | December 15, 2003 Mills letter to Herden and Aquillon (573) |
|   | X | 52. | December 15, 2003 Letter from Nault to Herden |
|   | X | 53. | October 31, 2003 Mills letter to Herden and Caudline (OFC 155) |
|   | X | 54. | August 8, 2003 Mills letter to Herden, cc: Craig Roberts |
|   | X | 55. | July 24, 2003 Herden letter to Mills |
|   | X | 56. | June 12, 2003 Mills letter to Herden |
|   | X | 57. | June 3, 2003 Mills letter to Herden, cc: Craig Roberts |
| X |   | 58. | June 3, 2003 Herder letter to Mills |
| X |   | 59. | June 5, 2003 Fax cover and letter – Mr. Lees at OFC to Mr. Longe at ABDick and June 2, 2003 Mills Letter to Herder and June 3, 2003 Mills Letter to Herder (ABD 5-11) |
| X |   | 60. | June 2, 2003 Fax from Craig Roberts to AB Dick enclosing November 19, 2002 Delivery and Acceptance Receipts (ABD 12-14) |
|   |   | 61. | AB Dick's Service History of AT Publishing's 4995, including installation 3/3/03 to 3/10/03 finished Installation and to Allstate claim/Clint Sayer Repair (ABD 33-59) |
|   |   | 62. | AB Dick's service history re Indigo Press (ABD 60-102) |
| X |   | 63. | February 11, 2003 Service Order re delivery of 4995; delivery date of 2/25/03 (ABD 109) |
| X |   | 64. | Schedule of Closing Documents (OFC 54) |
| X |   | 65. | Checklist of Documents (OFC 56) |
| X |   | 66. | January 24, 2003 Invoice from AB Dick to OFC for 4995 maintenance contract (OFC 58, 59) |
| X |   | 67. | January 23 through February 13, 2003 invoices – AB Dick to OFC re 4995 (OFC 60-66) |
| X |   | 68. | January 17, 2003 Fax from Martone to Mickley (OFC 85) |
| X |   | 69. | Schedule of Closing Documents for DPM (OFC 91) |
| X |   | 70. | Checklist for Documents (OFC 92) |
| X |   | 71. | Equipment Cost/Prefund Calculation, undated (OFC 96) |
| X |   | 72. | UCC Financing statements and description of collateral (OFC 106 and 108) |
| X |   | 73. | January 17, 2003 Fax from OFC to Allstate asking to be added to insurance (OFC 119) |
| X |   | 74. | June 12, 2003 Mills letter to Herden (OFC 134-137) |
|   | X | 75. | July 24, 2003 Herden letter to Mills, cc Roberts (OFC 142) |
|   | X | 76. | August 8, 2003 Mills letter to Herden, cc Roberts enclosing Draft Cure Agreement (OFC 143-150) |

Plaintiff's Exhibits, Page 3

|   | X | 77. | September 16, 2003 Mills letter to Herden and Roberts (OFC 151-152) |
|---|---|---|---|
|   | X | 78. | October 17, 2003 Mills letter to Herden and Claudine (OFC 153-154) |
|   | X | 79. | November 11, 2003 Herden letter to Mills, cc: Aquilla re Cure (OFC 156-159) |
|   | X | 80. | December 15, 2003 Knolt letter to Herden and Aquilla re Cure (OFC 162-165) |
|   | X | 81 | July 16, 2003 Gregory Knipp letter to Al Mickley with financial statements (OFC 193-197). |

X:\4103\18823\notes\Plaintifftrialexhibits.doc