# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | | |
|---|---|---|
| AT PUBLISHING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 3:04-cv-00011 JWS |
| | ) | |
| vs. | ) | ORDER FROM CHAMBERS |
| | ) | |
| A.B. DICK COMPANY and | ) | (Objections to Exhibits) |
| OFC CAPITAL, a division of | ) | |
| ALFA FINANCIAL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## I. MATTERS ADDRESSED

### A. The Parties' Papers

Plaintiff's exhibit list is at docket 124. Defendant OFC Capital's objections to plaintiff's exhibits are found at docket 131. Plaintiff's arguments in support of its exhibits are at docket 135. Defendant OFC Capital's exhibit list is at docket 122. Plaintiff's objections to defendant's exhibits are at docket 133. Defendant OFC Captial's arguments in support of its exhibits are at docket 136. The parties have provided copies of their exhibits for the court's review.

### B. Foundation Objections; Requirement to Confer; Warning

This order sets out the court's rulings on the parties' substantive objections. This order does not address objections asserting that authentication is inadequate based on Rule 901, or that the original is required but not offered based on Rule 1002. The court assumes that no party will offer an exhibit without first attempting to lay an adequate

foundation for its admission. When an exhibit is offered, any objection based upon lack of foundation must be renewed.

The court also assumes that no party will insist upon consuming judicial and litigant resources by persisting in a foundation objection where it is clear that if a particular witness were called, the foundation would be established. Counsel shall confer and stipulate to the adequacy of authentication wherever possible. At the conclusion of trial, the court will entertain a motion to impose costs on any party who needlessly requires another party to call a witness to lay a foundation which could reasonably have been the subject of a stipulation. Such costs may include, but are not necessarily limited to, the cost of witnesses' travel, the cost of service of subpoenas, witness' fees, and attorneys' fees associated with securing and presenting the testimony.

## II. RULINGS ON ADMISSION OF EXHIBITS

### A. Plaintiff's Exhibits

| Exhibits: | Rulings: |
| --- | --- |
| 1–5 | OVERRULED. |
| 6–10 | OVERRULED. |
| 1–25, 36–39, 40 & 41 | OVERRULED. |
| 46 | SUSTAINED. |
| 47–58 & 74–81 | OVERRULED. |
| 82 | SUSTAINED. |

### B. Defendants' Exhibits

| Exhibits: | Rulings: |
| --- | --- |
| A | RULING RESERVED pending parties working out any privacy issues; some form of the Exhibit will be admitted. |

| | |
|---|---|
| B, M, N, P, & Q | Objections have been withdrawn; Exhibits are ADMITTED. |
| S & Y | SUSTAINED, but may be used as demonstrative aids. |
| Z | SUSTAINED. |
| CC | OVERRULED. |
| EE | Exhibit has been withdrawn. |
| FF | SUSTAINED. |
| GG & JJ | OVERRULED, provided it is shown at trial that exhibits actually adopted by witness and testimony was subject to cross-exam. |
| KK | Objection withdrawn; exhibit is ADMITTED. |
| MM, NN, & OO | OVERRULED, provided it is shown at trial that exhibits actually adopted by witness and testimony was subject to cross-exam. |
| QQ | Objection withdrawn; exhibit is ADMITTED. |
| RR | SUSTAINED. |
| SS | SUSTAINED. |
| UU | SUSTAINED. |
| VV | SUSTAINED. |
| YY | SUSTAINED. |
| YY | SUSTAINED. |
| BBB | SUSTAINED. |
| CCC | SUSTAINED. |
| NNN | OVERRULED. |
| OOO | OVERRULED. |

SSS & TTT                              OVERRULED.

### III.  DEPOSITION DESIGNATIONS AND OBJECTIONS

The court will address the parties' deposition designations and objections in a separate order.

DATED at Anchorage, Alaska this 29th day of May 2007.


                           /s/ JOHN W. SEDWICK
                           UNITED STATES DISTRICT JUDGE