Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Plaintiff AT Publishing, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> A.B. DICK COMPANY and ) <br> OFC CAPITAL, a division of ) <br> ALFA FINANCIAL CORPORATION, ) <br> ) <br> Defendants. ) <br> _____) | Case No. A04-0011 CV (JWS) |

## **OPPOSITION MEMORANDUM TO MOTION TO REALIGN THE PARTIES**

Defendant OFC Capital's Motion to Realign the Parties is untimely and lacks merit. First, the motion is grossly overdue.  It was not filed until May 22, 2007 – more than four weeks after the court's April 20, 2007 deadline for pretrial motions, and less than four weeks before trial on June 18, 2007.  The motion should be denied on this basis alone.

Second, the motion to realign the parties lacks merit as well.  AT Publishing is properly situated as plaintiff because it is asserting affirmative breach of contract claims for damages against OFC Capital – and OFC Capital knows it.  AT Publishing's First Amended Complaint filed on May 7, 2004, and accepted by this Court on June 7, 2004,

OPPOSITION MEMORANDUM TO MOTION
TO REALIGN THE PARTIES
Case No. A01-0011 CV (JWS)
Page 1 of 3

pleads a breach of contract claim against OFC Capital and requests damages in an amount to be proven at trial. (1st Am. Compl. at p. 13, ¶¶ 50-52 & p. 14, ¶ 5) OFC Capital expressly acknowledges this affirmative breach of contract claim in its instant motion. (Mot. to Realign, at p. 4, ¶ 7) And OFC Capital expressly recognized AT Publishing's affirmative contract claim for damages in the joint *Statement of Issues to Be Tried* that was filed on April 20, 2007, that was discussed by the parties at length, and that was signed by OFC Capital's own counsel.[1]  (4/20/07 Statement of Issues, at p. 4, ¶ 5)

AT Publishing is therefore properly aligned as plaintiff since it is asserting affirmative claims for damages. While OFC Capital is also asserting an affirmative counterclaim for breach of contract against AT Publishing, and indeed bears the burden of proving its own affirmative claim in this action, its claim is not superior to the claims asserted by AT Publishing. AT Publishing was the party that filed the instant action, is asserting its own affirmative claims for damages in this action, and is therefore properly situated as plaintiff in this action. OFC Capital's motion to realign should be denied.[2]

---

[1] In fact, the Joint Statement of Issues only sets out a damages claim by AT Publishing, and does not similarly set out any damages claim by OFC Capital. (See paragraph 5 thereto)

[2] AT Publishing is unable to find the unpublished *Plumtree Software* case in Westlaw that is cited by OFC Capital in its motion at paragraphs 10 and 11, and cannot find any Ninth Circuit opinion discussing the standards for evaluating a "Motion for Realignment." Nevertheless, even assuming the "primary purpose" test applies as OFC Capital contends, AT Publishing is properly plaintiff because (a) the essence of the primary dispute is breach of contract, (b) AT Publishing is asserting an affirmative claim for damages for breach of contract, (c) AT Publishing carries the burden of proof on its affirmative claim for breach of contract, as well as certain affirmative defenses and (d) the "logical presentation of evidence" is aided by AT Publishing proceeding as plaintiff since it filed this action and is already the plaintiff. Factor (e) regarding forum-shopping is not an issue since this case

OPPOSITION MEMORANDUM TO MOTION
TO REALIGN THE PARTIES
Case No. A01-0011 CV (JWS)
Page 2 of 3

DATED this 30th day of May, 2007, at Anchorage, Alaska.

s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on May 30th, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,   bfontaine@hwb-law.com,   jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

---

involves goods delivered to Alaska for use in Alaska by a small, closely-held Alaska corporation, AT Publishing.

OPPOSITION MEMORANDUM TO MOTION
TO REALIGN THE PARTIES
Case No. A01-0011 CV (JWS)
Page 3 of 3