UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| AT PUBLISHING, INC., | ) | |
| | ) | 3:04-cv-00011 JWS |
| Plaintiff, | ) | |
| | ) | ORDER FROM CHAMBERS |
| vs. | ) | |
| | ) | (Re:  Objections at dockets |
| A.B. DICK COMPANY and | ) | 112 and 126, and |
| OFC CAPITAL, a division of | ) | Objections to Deposition |
| ALFA FINANCIAL CORPORATION, | ) | Designations) |
| | ) | |
| Defendants. | ) | |
| | ) | |

## I.  MATTERS ADDRESSED

Plaintiff AT Publishing filed a notice of amendment to witness list at docket 111 to which defendant OFC Capital objected at docket 112.  Plaintiff replied at docket 120. Plaintiff filed a supplement to the statement of issues for trial at docket 121 to which defendant objected at docket 126.  Plaintiff replied at docket 128.

 Plaintiff set forth its deposition designations at docket 124-2.  Defendant filed no objections, but did respond with counter designations at docket 132.  Plaintiff filed objections to the counter designations at docket 135.

Defendant set forth its deposition designations at docket 122.  Plaintiff filed objections and counter designations at docket 134.  Defendant replied at docket 136.

## II.  OBJECTIONS AT DOCKETS 112 AND 126

### A.  Docket 112

The court's pre-trial order made it clear that only witnesses listed on the final revised witness list could be called to testify at trial.[1]  The provision is routinely included in this court's pre-trial orders to assure that there is an opportunity to take discovery from and concerning every person who may be called as a witness.  Despite this clear instruction, and without making any effort to secure an amendment to the pre-trial order, plaintiff filed an amendment to its trial witness list including a witness who was not included on the final witness list.[2]  Adding a witness long after discovery has closed is necessarily prejudicial to the other party and vitiates this court's effort at case management.  For these reasons, the objection at docket 112 is **SUSTAINED**.  Mr. Mills may not be called to testify as a witness at trial.

### B.  Docket 126

The parties were unable to agree on all of the issues which should be considered, resulting in the filing of a separate statement of issues by plaintiff.  The thrust of the objection at docket 126 is that the supplement to that separate statement filed six days later at docket 121 was filed untimely.  After reviewing the circumstances, the court is convinced that for the reasons set out in plaintiff's reply at docket 128, the objection at docket 126 should be, and hereby is, **OVERRULED**.  The court accepts both agency and cure as issues identified for trial by plaintiff and concerning which evidence may be presented at trial.  Of course, the court is not expressing an opinion on the merits of either issue.

---

[1] Doc. 13 at p. 2.  The original date for filing the witness list was extended several times at the request of the parties.

[2] Doc. 111.  The person added to the list was Mike Mills, formerly plaintiff's counsel.

### III. DEPOSITION DESIGNATIONS

#### A. Method of Presentation

As a preliminary matter, the parties are advised of the following: Whenever admissible deposition testimony from a witness is presented by plaintiff, defendant's counter-designation of admissible testimony from the witness shall be read or played at the same time. Similarly, whenever admissible deposition testimony from a witness is presented by defendant, plaintiff's counter-designation of admissible testimony from the witness shall be read or played at the same time. This approach will assist the finder of fact to understand the testimony and it will save having to read or play testimony twice.

#### B. Specific Objections

Set out below are the court's rulings on specific objections. For clarity, the objections are listed and ruled upon in sequence in each deposition without identifying which party made the objection.

**Exhibit UUU–Deposition of Ray Seaward**

| | |
|---|---|
| p. 8, l.9 thru p. 9, l.3 | OVERRULED[3] |
| p. 10, ll. 3 thru 24 | OVERRULED |
| p. 11, ll. 23 thru 25 | OVERRULED |
| p. 15, l. 2 thru p. 17, l. 8 | OVERRULED |
| p. 17, ll. 9 thru 11 | OVERRULED–Objections include first of several to leading questions. Objection to form of question is waived if not made when question could have been corrected. Fed. R. Civ. P. 32(d)(3); Wright, Miller & Marcus, Fed. Practice and Procedure Civil 2d § 2156. |
| p. 18, ll. 19 thru 24 | OVERRULED |

---

[3]The court excluded Exhibit FF, which is the notice of deposition itself, as irrelevant as an independent document, but the witness' testimony indicating the witness appeared pursuant to such a notice puts his testimony in context and the testimony, as distinct from the notice, will be admitted. There are additional similar rulings in this order.

| | |
|---|---|
| p.28, ll. 4 thru 14 | OVERRULED |
| p. 38, ll. 17 thru 18 | SUSTAINED |
| p. 45, ll. 4 thru 5 | OVERRULED |
| p. 45, l. 16 | OVERRULED |
| p. 47, ll. 7 thru15 | SUSTAINED |
| p. 47, ll. 16 thru 20 | SUSTAINED |
| p. 48, ll. 4 thru 5 | OVERRULED |
| p. 66, l. 15 thru p. 67, l. 20 | SUSTAINED–no reply to objection |
| p. 88, ll. 2 thru 4 | OVERRULED |
| p. 103, ll. 9 thru 11 | OVERRULED |
| p. 104, ll. 3 thru 17 | OVERRULED |
| p. 123, l. 12 thru p. 124, l. 10 | SUSTAINED |
| p. 129, l. 21 thru p. 130, l. 18 | OVERRULED |

**Exhibits VVV and 87--Deposition of Glenn Ashcraft**

| | |
|---|---|
| p. 18, ll. 8 thru 10 | OVERRULED |
| p. 18, l. 11 thru p. 19, l. 1 | OVERRULED |
| p. 22, ll. 17 thru 22 | SUSTAINED–form of question objection was timely made |
| p. 23, l. 17 thru p. 24, l. 2 | OVERRULED |
| p. 27, l. 23 thru p. 28, l. 1 | SUSTAINED–designation withdrawn |
| p. 44, ll. 11, 14-15 | SUSTAINED |
| p. 44, l. 15 thru p. 45, l. 6 | SUSTAINED |
| p. 47, ll. 12 thru 13 | SUSTAINED |

| | |
|---|---|
| p. 47, l. 14 thru p. 54, l. 22 | OVERRULED–additional designation of p. 54, l. 23 thru p. 55 l. 1 and p. 55 ll. 7-9 will be admitted |
| p. 55, l.10 thru p. 57, l. 5 | OVERRULED |
| p. 57, l. 16 thru p. 62, l.4 | p. 62, l. 5 thru p. 63, l. 8 will also be admitted |
| p. 70, l.5 thru p. 71, l. 21 | SUSTAINED |
| p. 81, ll. 22 thru 24 | SUSTAINED–form of objection question was timely made |

**Exhibits WWW and 89–Deposition of Burt Green**

| | |
|---|---|
| p. 45, ll. 1 thru 16 | OVERRULED |
| p. 89, l. 2 thru p. 90, l. 21 | OVERRULED (p. 90, l. 22 thru p. 100, l. 8 will not be admitted because nothing after p. 90, l. 23 appears in either Exhibit WWW or 89) |
| p. 95, ll. 6 thru 20 | SUSTAINED because not included in either Exhibit WWW or 89 |
| p. 102, l. 22 thru p. 103, l. 9 | p. 103, l. 10 thru p. 105, l. 12 will also be admitted |
| p. 117, ll. 13 thru 16 | SUSTAINED |
| p. 118, ll. 11 thru 21 | SUSTAINED |
| p. 118, l. 23 thru p. 120, l. 6 | OVERRULED |

**Exhibits XXX and 86–Deposition of Ben Taylor**

| | |
|---|---|
| p. 15, l. 7 thru p. 16, l. 15 | OVERRULED, except SUSTAINED as to p. 15, ll. 11 thru 21 |
| p. 18, l. 24 thru p. 22, l. 15 | OVERRULED |
| p. 19, ll. 14-16 | OVERRULED |
| p. 25, ll. 6 thru 13 | OVERRULED |

| | |
|---|---|
| p. 29, l. 14 thru p. 30, l. 18 | OVERRULED |
| p. 30, l. 19 thru p. 31, l. 3 | OVERRULED |
| p. 31, l. 4 thru p. 32, l. 16 | OVERRULED |
| p. 38, l. 17 thru p. 40, l. 23 | OVERRULED as to p. 38, ll. 17-23; SUSTAINED as to the remainder |
| p. 42, ll. 9 thru 19 | OVERRULED |
| p. 43, l. 21 thru p. 44, l. 12 | OVERRULED |
| p. 45, ll. 6 thru 9 | OVERRULED |
| p. 46, l. 22 thru p. 47, l. 12 | SUSTAINED |
| p. 47, l. 15 thru p. 48, l. 7 | OVERRULED |
| p. 49, l. 21 thru p. 50, l. 3 | OVERRULED |
| p. 51, l. 25 thru p. 52, l. 3 | OVERRULED |
| p. 53, l. 8 thru l. 25 | OVERRULED |
| p. 57, l. 23 thru p. 58, l. 1 | OVERRULED |
| p. 63, ll. 1 thru 16 | OVERRULED |
| p. 63, l. 21 thru p. 64, l. 5 | MOOT–testimony withdrawn |
| p. 65, l. 20 thru p. 66, l.8 | MOOT–testimony withdrawn |
| p. 66, ll. 13 thru 19 | MOOT–testimony withdrawn |
| p. 67, ll. 8 thru 9 | OVERRULED |
| p. 69, ll. 7 thru 17 | OVERRULED |
| p. 75, l. 8 thru p. 76, l. 12 | OVERRULED |
| p. 78, l. 5 thru p. 80, l. 11 | OVERRULED |
| p. 84, l. 22 thru p. 86, l. 15 | SUSTAINED |

  p. p. 91, ll. 5 thru 7     SUSTAINED

  p. 122, l. 23 thru p. 127, l. 16  OVERRULED

**Exhibit YYY–Deposition of Craig Roberts**

  p. 8, ll. 10 thru 24     SUSTAINED

  p. 10, ll. 22 thru p. 20, l. 25  OVERRULED; p. 15, l. 4 thru p. 17, l. 8 deemed to have been withdrawn

DATED at Anchorage, Alaska, this 1st day of June 2007.

            /s/ JOHN W. SEDWICK
            UNITED STATES DISTRICT JUDGE