Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:      (205) 244-5916
Fax:        (205) 244-5901

Attorney for Defendant OFC Capital, a wholly-owned subsidiary of Mid-Country Financial Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| AT PUBLISHING, INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:04-cv-0011-JWS** |
| | ) | |
| A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## OFC CAPITAL'S JURY INSTRUCTIONS

NOW COMES OFC Capital and submits the following jury

instructions, subject to addition or withdrawal if other discrete issues arise

during trial.  References to the Ninth Circuit Pattern Jury Instructions is

made, unless other authority is provided.

## OFC CAPITAL – INSTRUCTION NO. 1

1.1C  DUTY OF JURY

Members of the Jury:  Now that you have heard all of the evidence and the arguments of the attorneys, it is my duty to instruct you as to the law of the case.

[Each of you has received a copy of these instructions that you may take with you to the jury room to consult during your deliberations.]

or

[A copy of these instructions will be sent with you to the jury room when you deliberate.]

You must not infer from these instructions or from anything I may say or do as indicating that I have an opinion regarding the evidence or what your verdict should be.

It is your duty to find the facts from all the evidence in the case.  To those facts you will apply the law as I give it to you.  You must follow the law as I give it to you whether you agree with it or not.  And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy.  That means that you must decide the case solely on the evidence before you.  You will recall that you took an oath to do so.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all important.

_____    GIVEN         _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 2

1.3  BURDEN OF PROOF—PREPONDERANCE OF THE EVIDENCE

When a party has the burden of proof on any claim or affirmative defense by a preponderance of the evidence, it means you must be persuaded by the evidence that the claim or affirmative defense is more probably true than not true.

You should base your decision on all of the evidence, regardless of which party presented it.

_____    GIVEN    _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 3

### 1.7  WHAT IS NOT EVIDENCE

In reaching your verdict, you may consider only the testimony and exhibits received into evidence.  Certain things are not evidence, and you may not consider them in deciding what the facts are.  I will list them for you:

(1) Arguments and statements by lawyers are not evidence.  The lawyers are not witnesses.  What they have said in their opening statements, closing arguments, and at other times is intended to help you interpret the evidence, but it is not evidence.  If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

(2) Questions and objections by lawyers are not evidence.  Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence.  You should not be influenced by the objection or by the court's ruling on it.

(3) Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered.  In addition sometimes testimony and exhibits are received only for a limited purpose; when I have given a limiting instruction, you must follow it.

(4) Anything you may have seen or heard when the court was not in session is not evidence.  You are to decide the case solely on the evidence received at the trial.

_____    GIVEN        _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 4

## 1.9  DIRECT AND CIRCUMSTANTIAL EVIDENCE

Evidence may be direct or circumstantial.  Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did.  Circumstantial evidence is proof of one or more facts from which you could find another fact.  You should consider both kinds of evidence.  The law makes no distinction between the weight to be given to either direct or circumstantial evidence.  It is for you to decide how much weight to give to any evidence.

---

## Comment

It may be helpful to include an illustrative example in the instruction:

By way of example, if you wake up in the morning and see that the sidewalk is wet, you may find from that fact that it rained during the night. However, other evidence, such as a turned on garden hose, may provide a different explanation for the presence of water on the sidewalk. Therefore, before you decide that a fact has been proved by circumstantial evidence, you must consider all the evidence in the light of reason, experience, and common sense.

_____    GIVEN            _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 5

1.11  CREDIBILITY OF WITNESSES

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.  Proof of a fact does not necessarily depend on the number of witnesses who testify about it.

In considering the testimony of any witness, you may take into account:

(1) the opportunity and ability of the witness to see or hear or know the things testified to;

(2) the witness's memory;

(3) the witness's manner while testifying;

(4) the witness's interest in the outcome of the case and any bias or prejudice;

(5) whether other evidence contradicted the witness's testimony;

(6) the reasonableness of the witness's testimony in light of all the evidence; and

(7) any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify about it.

_____    GIVEN    _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 6

### 1.12  CONDUCT OF THE JURY

I will now say a few words about your conduct as jurors.

First, you are not to discuss this case with anyone, including members of your family, people involved in the trial, or anyone else; this includes discussing the case in internet chat rooms or through internet "blogs," internet bulletin boards or e-mails.  Nor are you allowed to permit others to discuss the case with you. If anyone approaches you and tries to talk to you about the case, please let me know about it immediately;

Second, do not read or listen to any news stories, articles, radio, television, or online reports about the case or about anyone who has anything to do with it;

Third, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials, and do not make any investigation about the case on your own;

Fourth, if you need to communicate with me simply give a signed note to the clerk to give to me; and

Fifth, do not make up your mind about what the verdict should be until after you have gone to the jury room to decide the case and you and

your fellow jurors have discussed the evidence. Keep an open mind until then.

Finally, until this case is given to you for your deliberation and verdict, you are not to discuss the case with your fellow jurors.

_____    GIVEN    _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 7

2.8  IMPEACHMENT EVIDENCE—WITNESS

The evidence that a witness [e.g., has been convicted of a crime, lied under oath on a prior occasion, etc.] may be considered, along with all other evidence, in deciding whether or not to believe the witness and how much weight to give to the testimony of the witness and for no other purpose.

Comment

If this instruction is given during the trial, the committee recommends giving the second sentence in numbered paragraph 3 of Instruction 1.7 (What Is Not Evidence) with the concluding instructions.  See also Instruction 1.8 (Evidence for Limited Purpose).

## OFC CAPITAL – INSTRUCTION NO. 8

Georgia law generally upholds the bargains struck by parties, as long as the contract is not the product of "fraud (O.C.G.A. § 13-4-60), or is not violative of the public policy of this State."  The right to contract is constitutionally sanctioned.

Authority: *U.S. Constitution*, Art. 1, Sec. 10; *Colonial Pacific Leasing Corp. v. McNatt*, 268 Ga. 265, 486 S.E. 2d 804, 807-08 (1997); *Petroziello v. U.S. Leasing Corp.*, 176 Ga. App. 858, 338 S.E. 2d 63, 65-66 (1985); *Emory University v. Porubiansky*, 248 Ga. 391, 393, 282 S.E. 2d 903 (1981).

_____    GIVEN        _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 9

"A 'finance lease' involves three parties – the lessee/business, the finance lessor, and the equipment supplier. The lessee/business selects the equipment and negotiates particularized modifications with the equipment supplier. Instead of purchasing the equipment from the supplier, the lessee/business has a finance lessor purchase the selected equipment, and then leases the equipment from the finance lessor."

Authority: *Colonial Pacific Leasing Corp. v. McNatt, et al.*, 268 Ga. 265, 268, 486 So. 2d 804, 807 (1997).

_____    GIVEN        _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 10

### How a Finance Lease Works

"Traditionally, a finance lessor has been thought of as a passive lessor, whose transactions remain functionally the equivalent of an extension of credit. It is typically the lessee, not the lessor, who selects the goods in a 'finance lease'. Moreover, a finance lessor often has neither the opportunity, nor the expertise to inspect the goods in order to discover defects in them. Given the limited function of the lessor, the lessee relies almost entirely on the supplier for representations, covenants, and warranties."

Authority: *Colonial Pacific Leasing Corp. v. McNatt, et al.*, 268 Ga. 265, 268, 486 So.2d 804, 807 (1997), *citing* Edwin E. Huddleston III, Old Wine & New Bottles:  UCC Article 2A – Leases*, 39 Ala. L. Rev. 615, 660 (1988).*

_____    GIVEN    _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 11

### Disclaimer of Warranties

"A finance lessor's disclaimer of warranties expressed clearly and unambiguously is not prohibited by law or public policy." This means that OFC Capital is not responsible for delivering or repairing equipment – only paying for it.

Authority: *Colonial Pacific Leasing Corp. v. McNatt, et al*, 268 Ga. 265, 269, 486 So.2d 804, 807-08 (1997), *citing Petroziello v. United States Leasing Corp.*, 176 Ga. App. 858, 860, 338 S.E. 2d 63 (1985).

_____     GIVEN        _____     REFUSED

## OFC CAPITAL – INSTRUCTION NO. 12

### Lease Bargaining Position of the Parties

You are to accept that the corporate parties to the finance lease in this case are experienced business people and are presumed to read and understand the documents they sign.

Authority: *Wells Fargo Bank*, 2004 U.S. Dist. LEXIS at *34.

_____    GIVEN        _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 13

### Enforceability of Lease Contract

The law provides: "Except as otherwise provided in these instructions, a lease contract is effective and enforceable according to its terms between the parties, against purchasers of the goods and against creditors of the parties."

Authority: *Ga. Code. Ann.*, § 11-2A-301.

_____     GIVEN          _____     REFUSED

## OFC CAPITAL – INSTRUCTION NO. 14

### Definition of Lessee

"'Lessee' means a person who acquires the right to possession and use of goods under a lease."

Authority: *Ga. Code Ann.* § 11-2A-103(n).

_____    GIVEN         _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 15

### Definition of Lessor

"'Lessor' means a person who transfers the right to possession and use of goods under a lease."

Authority:  *Ga. Code Ann.* § 11-2A-103(m).


_____    GIVEN          _____    REFUSED

# OFC CAPITAL – INSTRUCTION NO. 16

## Definition of Supplier

"'Supplier' means a person from whom a lessor buys or leases goods to be leased under a finance lease."

Authority:  *Ga. Code Ann.* § 11-2A-103(x).


_____      GIVEN            _____      REFUSED

## OFC CAPITAL – INSTRUCTION NO. 17

### Definition of "Conforming" Goods

"'Conforming' goods or performance under a lease contract means goods or performance that are in accordance with the obligations under the lease contract," and not the supplier's contract.


Authority: *Ga. Code Ann.* § 11-2A-103(d); Comment 1, Ga. Code, § 11-2A-516; *see Jaz, Inc. v. Foley*, 104 Hawai'i 148, 85 P.3d 1099, 1102 (2004).


_____    GIVEN            _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 18

### Definition of "Reasonable Time"

What is a "reasonable time" to perform any act with respect to this lease must be determined first by looking at the agreement which will be followed, unless any time stated is manifestly unreasonable. A "reasonable time" for taking any action depends upon the nature, purpose and circumstances of the action. "[N]othing is stronger evidence of a reasonable time than the fixing of such time by a fair agreement between the parties."

Authority: Ga. Code § 11-1-204(1) & (2) and comment 1 (quoted); *Colonial Pacific Leasing Corp. v. J.W.C.J.R. Corp.*, 977 P.2d 541, 545 (Ut. App. 1999).

_____    GIVEN    _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 19

### Definition of "Seasonably"

Any action that is to be taken "seasonably" is taken within the time agreed to, or if no time is agreed to, within a reasonable time.

Authority:  Ga. Code § 11-1-204(3).

_____     GIVEN           _____     REFUSED

## OFC CAPITAL – INSTRUCTION NO. 20

### Acceptance of Goods Under the Lease

The law provides that parties to a lease contract can agree upon how acceptance of the goods will take place.  In paragraph 5 of the lease in this case entitled "Delivery and Acceptance", the parties agreed in relevant part as follows:

> . . . . AT Publishing shall arrange directly with the Supplier A.B. Dick for delivery and acceptance of the Equipment in accordance with the A.B. Dick's requirements.  AT Publishing shall inspect the equipment promptly upon delivery.  Within ten (10) days following the delivery of substantially all of the equipment to AT Publishing, AT Publishing shall furnish to OFC an executed Delivery and Acceptance certificate (on OFC's standard form), or shall deliver to OFC written notice of any proper objection to the Equipment.  If AT Publishing fails to deliver either an executed Delivery and Acceptance certificate or written notice of objections within such ten (10) day period, OFC may conclusively presume that (i) AT Publishing has inspected and accepted the Equipment, (ii) the Equipment constitutes all of the equipment referred to in the Schedule or in the Supplier's invoice for the equipment, (iii) the Equipment is in good condition and repair and (iv) AT Publishing has authorized OFC to pay the Supplier's invoice for the Equipment.  OFC shall also be entitled to conclusively rely on any and all verbal representations issued by AT Publishing with respect to the foregoing matters.  In the event that AT Publishing rejects, objects to, or fails to accept delivery of any item of the Equipment, AT Publishing shall indemnify OFC and hold OFC harmless from and against any and all claims of the Supplier asserted in connection therewith.

Master Lease, ¶ 5, pp. 2-3.

_____   GIVEN   _____   REFUSED

## OFC CAPITAL – INSTRUCTION NO. 21

### What Constitutes "Notice" Under the Law

"(26) A person 'notifies' or "gives" a notice or notification to another by

taking such steps as may be reasonably required to inform the other in [the]

ordinary course whether or not such other actually comes to know it.  A

person 'receives' a notice or notification when:

> (a) It comes to his attention; or

> (b) It is duly delivered at the place of business through which

> the contract was mad or any other place held by him as the

> place for receipt of such communication."

Ga. Code § 11-1-201(26).

_____    GIVEN            _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 22

### Reasonable Opportunity to Inspect Goods

A reasonable opportunity for inspection of goods implies that the lessee actually has possession of the goods and can inspect them to see whether or not the equipment is in good working condition.

Authority: *Jaz, Inc. v. Foley*, 104 Hawai'i 148, 85 P.3d 1099, 1104 (2004); *Tri-Continental Leasing Corp. v. Law Office of Richard W. Burns*, 710 S.W. 2d 604, 607 (Tex. App. 1986); *Colonial Pacific Leasing Corp. v. J.W.C.J.R.*, 977 Pac.2d 541 (Utah Court Appeals 1999); Lease Contract – Delivery and Acceptance Receipts.


_____    GIVEN            _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 23

### Acceptance of Goods

Even though parties to an agreement provide for how acceptance will take place, the law requires that any acceptance of goods can occur only after the Lessee has had a reasonable opportunity to inspect the goods and either: (1) "[T]he lessee signifies or acts with respect to the goods in a manner that signifies to the lessor or the supplier that the goods are conforming or that the lessee will take or retain them in spite of their nonconformity; or (2) lessee fails to make an effective rejection of the goods."

Authority:  *Ga. Code Ann.* § 11-2A – 515; *Jaz, Inc. v. Foley*, 104 Hawai'i 148, 85 P.3d 1099, 1104 (2004); *Colonial Pacific Leasing Corp. v. J.W.C.J.R. Corp.*, 977 P.2d 541, 545 (Ut. App. 1999).

_____        GIVEN            _____        REFUSED

# OFC CAPITAL – INSTRUCTION NO. 24

## Acceptance of Goods

Members of the Jury, it is your duty to determine from all the facts and circumstances presented in this case whether the equipment, ordered by AT Publishing from A.B. Dick, was accepted under the lease contract.  I charge you that if you find from the evidence that AT Publishing accepted the equipment, as described under the Lease Contract, by overtly telling OFC Capital it accepted the equipment, or wanted the lease to begin, within a reasonable time after it had a reasonable opportunity to inspect the equipment, then your answer is in the affirmative that AT Publishing accepted the equipment and lease contract.

Authority:  *Ga. Code Ann.* § 11-2A-515(1)(a)&(b); Lease Contract – Master Lease ¶ 5.

_____    GIVEN        _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 25

### Acceptance of Goods

If you find from the evidence that AT Publishing had a reasonable opportunity to inspect the equipment and failed to make an effective rejection of the equipment within the time allowed by the Master Lease Agreement, then you must find AT Publishing accepted the equipment under the lease.

Authority: *Ga. Code Ann.* § 11-2A-515 and comments; *Colonial Pacific Leasing Corp. v. J.W.C.J.R.*, P.2d at 547-48.

_____     GIVEN          _____     REFUSED

## OFC CAPITAL – INSTRUCTION NO. 26

### Effective Rejection of Goods

If the Equipment or the delivery, failed in any respect to conform to the Lease Contract, AT Publishing was entitled by law to reject or accept the Equipment or accept some parts and reject others, so long as it provided a written notification of its objections to OFC Capital, within ten (10) days of the reasonable opportunity to inspect the equipment, or seasonably.

Authority: *Ga. Code Ann.* § 11-2A-509(1); Master Lease, Paragraph 5; Ga. Code § 11-1-204, comment 1 and 2.

_____    GIVEN        _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 27

### Effective Rejection of Goods

Rejection of the Equipment is ineffective, unless it was made within a reasonable time after tender or delivery of the goods and AT Publishing seasonably notified OFC Capital of the rejection.  The definition of "seasonably" is determined from the agreement of the parties, or is a reasonable time.

Authority:  *Ga. Code Ann.* § 11-2A-509(2); § 11-1-204(3), *Jaz, Inc. v. Foley*, 85 P.3d 1099, 1103 (Ha. App. 2004).

_____    GIVEN            _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 28

### Rejection of Equipment

The Lease Contract provides in paragraph 5 that AT Publishing is obligated to deliver any objections to the Equipment within ten (10) days following delivery of substantially all of the Equipment.  As with the instruction on acceptance, AT Publishing was entitled to a reasonable opportunity to inspect the Equipment before it was required to provide "written notice of any proper objection to the Equipment."

Master Lease, ¶ 5; *Ga. Code Ann.* § 11-2A-515; Ga. Code § 11-1-204(1)&(2) and comments.

_____        GIVEN            _____        REFUSED

# OFC CAPITAL – INSTRUCTION NO. 29

## Effective Rejection of the Equipment

Members of the jury, you are to decide from the evidence whether AT Publishing made an effective rejection of the Equipment, or any part of it.  I charge you that under the law, any rejection would not have been effective unless AT Publishing:  (1) delivered a written notice of what equipment did not conform to the Sales Order it signed with A.B. Dick or that it was not in good working order, or not working, and (2) delivered this notice within a reasonable time after it had a reasonable opportunity to inspect the Equipment.

Lease Contract - Master Lease, ¶ 5; OFC Delivery And Acceptance Receipts signed by Frank Martone; *Ga. Code Ann.* § 11-2A-509(2); Ga. Code § 11-204(1)&(2) and comments.

_____    GIVEN        _____    REFUSED

# OFC CAPITAL – INSTRUCTION NO. 30

## Effect of Failure to Effectively Reject Goods

To the extent AT Publishing failed to give an effective rejection to OFC Capital, of the Equipment it ordered from A.B. Dick, the Equipment, and Lease Contract to which it was identified, was accepted.

Master Lease, ¶ 5; *Ga. Code Ann.* § 11-2A-515(1)(b).

_____    GIVEN        _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 31

Members of the jury, because AT Publishing's actions or inactions with respect to the equipment, after having a reasonable time to inspect and test, could have "signified" to A.B. Dick or OFC that AT Publishing accepted the equipment, even if there were some problems, or nonconformity.  I charge you that the law requires you to examine AT Publishing's conduct after having a reasonable time to inspect and determine whether there was continued use inconsistent with rejection.

Ga. Code § 11-2A-515 (cmt. noting the provisions of Section 2-606(1)(a) were substantially rewritten to provide that lessee's conduct may signify acceptance.

_____    GIVEN         _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 32

In your deliberations regarding AT Publishing having a reasonable time to inspect and test the equipment, you must keep in mind this does not mean an unlimited time, but means that period of time needed to test and inspect the equipment to see that it is in good working order.

Lease Contract, ¶ 5; Ga. Code § 11-2A-515(1); § 11-1-204(1) & (2); *Colonial Pacific Leasing Corp. v. J.W.C.J.R. Corp.*, 977 P.2d 541, 545 (Ut. App. 1999).

_____    GIVEN        _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 33

I instruct you that once there was acceptance by AT Publishing under the finance lease, the terms became enforceable and irrevocable and any further issues between the parties are questions of law for the court.

Ga. Code § 11-2A-407(1) *et seq.* and comments 1-7; *Emlee Equipment Leasing Corp. v. Waterburg Transmission, Inc.*, 626 A.2d 307, 1993 Conn. App. LEXIS 256 *28; *G.E. Capital Corp. v. Nat'l Tractor Trailer School, Inc.*, 667 N.Y.S. 2d 614, 619 (1997).

_____    GIVEN         _____    REFUSED

# OFC CAPITAL – INSTRUCTION NO. 34

I instruct you members of the jury that OFC Capital did not have a legal duty and AT Publishing did not rely upon OFC, to deliver equipment that worked – that was between AT Publishing and A.B. Dick.  A.B. Dick was not OFC Capital's agent in any regard in selling, delivering, installing, or making the equipment operational.  To the extent A.B. Dick may have provided any form associated with the OFC lease to AT Publishing, this did not make A.B. Dick OFC's agent.

*Information Leasing Corp. v. Chambers*, 152 Ohio App. 3d 715, 789 N.E. 2d 1155, 1174 (2003); *Colonial Pacific Leasing Corp. v. McNatt*, 268 Ga. 265, 486 S.E. 2d 804, 808 (1997).

_____    GIVEN        _____    REFUSED

## OFC CAPITAL – INSTRUCTION NO. 35

I instruct you that you are to disregard any and all testimony or other evidence relating to or dealing with any reference or effort to "cure" by A.B. Dick as to any liability of OFC Capital in this case.


Authority:  Lease Contract, ¶¶ 3-5.


_____    GIVEN    _____    REFUSED

s/ Marion F. Walker
Marion F. Walker
Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

Randall J. Weddle
Alaska Bar No. 7206034
Attorney for OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that, on the _____ day of _____, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Stehle
Law Office of Michael Stehle, PC
737 West 5th Ave., Suite 206
Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable.

s/ Marion F. Walker_____
Of Counsel

Birmingham:16661.1