HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:     (205) 244-5916
Fax:         (205) 244-5901

Attorney for Defendant OFC Capital, a wholly-owned subsidiary of Mid-Country Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:04-cv-0011-JWS |
| | ) |
| A.B. DICK COMPANY and OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, | ) ) ) |
| | ) |
| Defendants. | ) |

### OFC CAPITAL'S PROPOSED JURY QUESTIONNAIRE

NOW COMES OFC Capital, by and through its attorneys, and submits for consideration by this Court a questionnaire, to be submitted to, and answered by, each member of the jury pool in this case.  The proposed questionnaire is attached

as "**Exhibit A**."  OFC Capital submits this proposed jury questionnaire for the purpose of streamlining the jury-selection process in the interest of conserving judicial resources.

                Respectfully submitted,

                s/ Marion F. Walker
                Marion F. Walker
                Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

                Randall J. Weddle
                Alaska Bar No. 7206034
                Attorney for OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael T. Stehle
>Law Office of Michael Stehle, PC
>737 West 5th Ave., Suite 206
>Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Not Applicable.

>s/ Marion F. Walker
>Of Counsel

Birmingham:16665.1