**EXHIBIT A**

**Juror Name/Number:_____**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **AT PUBLISHING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:04-cv-0011-JWS** |
| | ) | |
| **A.B. DICK COMPANY and OFC** | ) | |
| **CAPITAL, a division of ALFA** | ) | |
| **FINANCIAL CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### Jury Questionnaire

The following questionnaire is to be completed by potential jurors in the

case of AT Publishing v. OFC Capital, 3:04-cv-0011-JWS. Many of the questions

call for "yes or no" answers. You may answer those questions in that manner

unless you wish to provide further explanation. If you wish to provide further

explanation, please indicate as such in the space provided and continue your

answer on the back of the page if necessary. There are also questions that clearly

ask for more information than simply "yes" or "no." In answering those questions,

please provide as much detail as possible. If you wish to provide further

information than the form appears to allow, please indicate as such in the space

provided and continue your answer on the back of the page.  It is important that

you answer each question candidly and honestly.

1. Are you familiar with the corporation known as AT Publishing, Inc.?
  _____

2. Do you know any employees of AT Publishing? _____

  a. If so, who do you know?_____

3. Are you familiar with OFC Capital?  _____

4. Do you know any employees of OFC Capital or ALFA Financial
  Corporation?  _____

  a. If so, who do you know?_____

5. Are you familiar with the company A.B. Dick?  _____

6. Do you know any employees of A.B. Dick?  _____

  a. If so, who do you know?_____

7. Have you or anyone you know ever purchased any equipment from
  A.B. Dick Company?  _____

8. Are you taking any medications that might make it difficult for you to
  concentrate or attend all sessions of the trial? _____

  a. If so, please list the medication or medications:
   _____

  b. Please describe what effect the medication has on your mental
   state:
   _____
   _____

9. Do you have difficulty hearing, to the extent that it would preclude
  you from hearing evidence presented by witnesses and instructions
  from the judge?  _____

10.    Do you have difficulty seeing, to the extent that it would prevent you from seeing evidence presented to you during the trial on a television screen or on paper? _____

11.    How long have you lived in Alaska?_____

12.    If you have lived in Alaska five years or less, please name the places where you lived for the ten years prior to moving to Alaska:

_____

_____

13.    Did you graduate from high school? _____

a.    If yes, state the year you graduated:_____

b.    If yes, state your high school and the city where it is located:

_____

14.    Did you graduate from college? _____

a.    If yes, state the year you graduated: _____

b.    If yes, state the name of your college or university and the city where it is located:_____

c.    If yes, state your major areas of study:_____

15.    Do you have an advanced degree beyond college? _____

a.    If yes, state the year you graduated: _____

b.    If yes, state the name of the college or university and the city where it is located: _____

c.    If yes, state the name of your degree and program of study:

_____

d.    If yes, state the topic of your thesis or dissertation: _____

16.    Have you served in the military? _____

a.    State the branch of service: _____

b.    Describe what job you performed:_____

3

c.    Please state how long you served: _____

d.    Did you receive an honorable discharge? _____

17.    Are you currently employed? _____

a.    If yes, please state the name of your employer:_____

b.    If yes, please state your title:_____

c.    If yes, please describe the nature of the duties you perform in your current job: _____

d.    If yes, please state how long you have worked for your current employer:_____

18.    If you are not currently employed, were you previously employed? _____

a.    If yes, please state the name of your last employer: _____

b.    If yes, please state your title with your last employer:_____

c.    If yes, please describe the nature of the duties you performed in the last job you had: _____

d.    If yes, please state how long you worked for your last employer: _____

19.    If you have never been employed, please state the reason for this: _____

20.    Are you retired? _____

a.    If so, please state where you worked five years before retirement. _____

21.    Have you applied for government disability? _____

a.    If yes, were you approved or denied? _____

22.    Do you have any children? _____

     a.     If yes, please state their ages _____

     b.     If you have adult children, please state where they reside and work: _____

23.     Do you have any grandchildren? _____

     a.     If yes, please give their ages and state where they live.
     _____

     b.     If you have adult grandchildren, please state where they reside and work: _____

24.     Do you have any pets? _____

     a.     If so, please describe your pets and state their ages:_____
     _____

25.     Do you, or any member of you immediate family, have a bumper sticker on the car they use? _____

     a.     If so, what does it say?_____

26.     Please name the television shows you watch as much as four times per month. _____

27.     Do you watch the American Idol television show? _____

     a.     If so, who was your favorite participant in the 2007 competition?_____

28.     Do you watch any legal-based program on TV? _____

     If so, do you watch any of the following networks or shows:

     a.     Court TV _____

     b.     Nancy Grace _____

     c.     Law and Order _____

     d.     Boston Legal _____

     e.     Other _____

s/ Marion F. Walker
Marion F. Walker
Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

Randall J. Weddle
Alaska Bar No. 7206034
Attorney for OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Stehle
Law Office of Michael Stehle, PC
737 West 5th Ave., Suite 206
Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable.

s/ Marion F. Walker
Of Counsel

Birmingham:16654.1