Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone: (907) 677-7877
Fax:    (907) 677-7894
Attorneys for Plaintiff AT Publishing, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> A.B. DICK COMPANY and ) <br> OFC CAPITAL, a division of ) <br> ALFA FINANCIAL CORPORATION, ) <br> ) <br> Defendants. ) <br> _____) | Case No. A04-0011 CV (JWS) |

### PLAINTIFF'S PROPOSED TOPICS FOR JURY *VOIR DIRE*

Plaintiff submits the following as topics for proposed jury *voir dire*. Plaintiff's counsel is unaware whether the Court has prospective jurors fill out a questionnaire that may cover some of these topics.

1.  Background information concerning the proposed juror:
    A.  Date of birth, place of birth, when and why moved to Alaska
    B.  Married, single or divorced, numbers and gender of children
    C.  Educational attainment and present employment
    D.  Employment of spouse
    E.  Previous experience as a juror – civil or criminal, verdict for which party.

2.  Familiarity with the parties, counsel or the witnesses listed by the parties. Degree of relationship or familiarity, if applicable.

3. Friends or family that work in the legal profession. Who do they work for and what do they do?

4. Has the juror ever been a party to civil litigation? If so, what was the nature of the dispute and were they bringing or defending the suit? What was the outcome? Did the experience leave them with negative or positive feelings about the process?

5. Familiarity with the differing standards for burden of proof. Do they understand the distinction between a criminal case which requires proof beyond a reasonable doubt, and a civil case which requires only proof that something is more likely true than not true?

6. Friends, family or personal experience in printing or publishing industry. Who do they work for and what do they do?

7. Have they ever owned their own business? If so, what was/is the business?

8. Have they ever financed a purchase of equipment or other goods using lease financing? If so, what was their experience? Any problems or concerns?

9. Have they ever financed the purchase of something, such as a home, where the bank is going to release the money directly to the seller? Do they agree that the bank should not release the funds before getting written authorization from the purchaser to do so? If they do not agree, why not?

10. Have they ever acquired a product that was defective or did not perform as represented?

11. Having heard a little about the case is there any reason why they believe they could not fairly and impartially judge this case?

DATED this 4th day of June, 2007, at Anchorage, Alaska.

s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on May 30th, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,         bfontaine@hwb-law.com,         jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

PLAINTIFF'S PROPOSED TOPICS FOR JURY VOIR DIRE
Case No. A01-0011 CV (JWS)
Page 3 of 3