# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*AT PUBLISHING, INC.*         v.    *A.B. DICK COMPANY, et al.*

THE HONORABLE JOHN W. SEDWICK             CASE NO. 3:04-cv-00011 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date: June 5, 2007

    Based on the status report at docket 87, and the parties' failure to respond to the order at docket 140, defendant A.B.Dick Company is hereby **DISMISSED** without prejudice.