HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Phone: (205) 244-5916
Fax: (205) 244-5901

Attorney for Defendant OFC Capital, a wholly-owned subsidiary of Mid-Country Financial Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:04-cv-0011-JWS |
| ) | |
| A.B. DICK COMPANY and OFC ) | |
| CAPITAL, a wholly-owned , ) | |
| Subsidiary of Mid Country ) | |
| Financial Corporation, ) | |
| ) | |
| Defendants. ) | |

### OFC CAPITAL'S OBJECTION TO AT PUBLISHING'S PROPOSED *VOIR DIRE* IN PART

NOW COMES OFC Capital, by and through its attorneys, and herewith objects to the proposed *voir dire* of AT Publishing at Nos. 9 and 10 and, as grounds therefor, says as follows:

1.  Question No. 9 proposed by AT Publishing in *voir dire* requests the jury to assent or not to a question having to do with law that the judge will instruct the jury upon and not the juror's opinion as to whether or not they will abide by the law or believe it just. For this reason, this *voir dire* question is inappropriate and OFC Capital objects to it and all the subparts therein.

2.  Question No. 10 asks jurors if they "ever acquired a product that was defective or did not perform as represented," and this question is not appropriate in this case involving a finance lease against the lessor which has no liability for any defects, nor responsibility for repair or maintenance regarding same. This question allows AT Publishing to suggest to the jury that OFC Capital was making AT Publishing accept a defective product when the question of defect in the equipment is not an appropriate issue for this case against the lessor in a finance lease, because AT Publishing could accept the equipment with a defect or any other blemish; and, because the question suggests to the jury that there is a duty on the part of OFC Capital regarding the operation of the equipment which does not appear or arise from the Master Lease.

3.  These questions are highly prejudicial and inure to a substantial harm to OFC Capital and will result in the imposition of bias on the part of the jury against OFC Capital prior to the start of the trial. In particular, a reference to a juror personally having a defective product suggests they bring in personal

experience with some product unknown to the court and make some sort of parallel with equipment AT Publishing specifically ordered from a supplier it specifically selected.

                      Respectfully submitted,

                      s/ Marion F. Walker
                      Marion F. Walker
                      Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

                      Randall J. Weddle
                      Alaska Bar No. 7206034
                      Attorney for Defendant OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

**CERTIFICATE OF SERVICE**

     I hereby certify that, on the 7th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael T. Stehle
>Law Office of Michael Stehle, PC
>737 West 5th Ave., Suite 206
>Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Not Applicable.

>s/ Marion F. Walker
>Of Counsel

Birmingham:16737.1