Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Plaintiff AT Publishing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| AT PUBLISHING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> A.B. DICK COMPANY and ) <br> OFC CAPITAL, a division of ) <br> ALFA FINANCIAL CORPORATION, ) <br> ) <br> Defendants. ) <br> _____) | Case No. A04-0011 CV (JWS) |

**NOTICE OF SERVICE OF PICTURES**

Plaintiff gives notice of serving, on Friday June 8, 2007, photographs of piles of waste and a damaged cylinder discovered in AT Publishing's warehouse on defendant OFC.  OFC was invited to inspect the items depicted in the photographs.

DATED this 11th day of June, 2007, at Anchorage, Alaska.

                                        s/ Michael T. Stehle
                                        Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on June 11, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,    bfontaine@hwb-law.com,    jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle