Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Plaintiff AT Publishing, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| A.B. DICK COMPANY and ) | |
| OFC CAPITAL, a division of ) | |
| ALFA FINANCIAL CORPORATION, ) | |
| ) | Case No. A04-0011 CV (JWS) |
| Defendants. ) | |
| _____) | |

**MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER REGARDING DEPOSITION TESTIMONY, AND MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S DEPOSITION DESIGNATIONS AND EXHIBITS**

Plaintiff moves the Court for reconsideration of one of its rulings on designated deposition testimony as set forth in the Court's order at docket number 147. On page 6 of the order the Court sustained a hearsay objection to the testimony of Ben Taylor, ex. 86, at page 84, l.22 thru page 86, l.15. Taylor resides out-of-state and is not available to testify at trial. The testimony itself concerns how the parties reasonably intended the equipment to be able to perform. Taylor states that he was "aware" that AT Publishing was seeking a press to do short-run quality color work, and that they wanted to be able to perform multiple jobs in a single day. The testimony is of Taylor's awareness, or then existing

MOTION FOR RECONSIDERAQTION AND MOTION TO SUPPLEMENT
Case No. A01-0011 CV (JWS)
Page 1 of 3

state of mind, offered to prove the declarant's future action, i.e. the recommendation of the 4995 press.  As such it is excepted from the hearsay rule under 803(3).  It should also be admitted under 803(23).  This is the admission of a former party opponent acknowledging his awareness of the purpose for which the press was intended.  As an admission by a former party opponent it has circumstantial guarantees of trustworthiness, and it is more probative on the point for which it is offered than any other evidence that AT Publishing can procure.

Plaintiff additionally moves to supplement the deposition testimony of Al Mickley, designating page7, line 11 thru page 8, line 8.  OFC will not be prejudiced as this is just a continuation of the previously designated testimony that precedes this section.  The referenced pages area attached as exhibit 1.

Plaintiff also moves to supplement its exhibit list with the following additional exhibits that are referenced and filed as exhibits hereto:

Exhibit 2 hereto, which will be marked as plaintiff's exhibit 91, is a record produced by OFC in this litigation.  Plaintiff inadvertently left it out of its exhbit list.  OFC will not be prejudiced by this inclusion as the document comes from its files.

Plaintiff also will mark a file several photographs that will be used to illustrate anticipated trial testimony.  Copies of these photographs were previously served on OFC.

Finally, in reviewing OFC's designated deposition testimony and exhibits with his client, plaintiff's counsel learned of a likely rebuttal exhibit.  The likely rebuttal exhibit is OFC's job folder for the Alaska Miner's Association job.  It rebuts Seaward's testimony that this job was performed on the 4995 press.  The job folder is being copied and a copy

will be served on OFC's local counsel.

DATED this 11th day of June, 2007, at Anchorage, Alaska.

s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on June 11, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,    bfontaine@hwb-law.com,    jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

MOTION FOR RECONSIDERAQTION AND MOTION TO SUPPLEMENT
Case No. A01-0011 CV (JWS)
Page 3 of 3