1  sells?

2  A     With A. B. Dick?

3  Q     Through A. B. Dick, yes.

4  A     We work with their approximately 45 sales people.
5  We provide them with rates. They provide us with accounts as
6  I stated initially where they sell hardware and then they give
7  me the hardware and we provide, help them with proposals and
8  pricing. And that's primarily the relationship.

   Q     So is this a fairly close working relationship then?

   A     Yes.

   Q     And could you describe what lease finance
arrangements are?

   A     Well, as I said, we provide them with a rate chart
and we provide them with information on how to do leasing
proposals, information on leasing and benefits of leasing as
opposed to paying cash or going through banks, make
presentations to the sales people when requested and that's
what we usually do.

   Q     So you're saying, do you enlist then A. B. Dick
sales people in assisting to sell OFC's services to any
customer as well?

   A     Well, when you say do they sell OFC's services to
customers, they present our rates and our services, yes.

   Q     And you familiarize them with what you term the
benefits of OFC's services?

7

A    Yes.

Q    And you expect that they inform their customers of those benefits?

A    Yes, as in any vendor relationship.

Q    So this is a mutually beneficial relationship whereby you're providing financing and they're marketing your financing proposal to customers?

A    Yes.

Q    Getting down even more basic, could you explain for example what the difference would be between a lease finance arrangement and say a standard home mortgage that people on the jury might have themselves?

A    I don't understand the question.

Q    I'm just trying to get a record of the nature of the service that OFC was selling in this case. A lease finance arrangement is a different financing arrangement from for example a standard home loan, isn't it?

A    It could be and it might not be. It depends only that there's a relationship between us and the sales people whereas a home mortgage there might not be. They might pick up the phone and look in the paper and say I'm going to call X bank and get a rate. I don't know.

Q    Well, I'm talking about the financial product itself, a lease finance arrangement versus a home mortgage. They're different, aren't they?

8