## Vendor Prefund Agreement

THIS VENDOR PREFUND AGREEMENT ("Agreement") is made as of __3/18/05__, 2004, by and between ABD International, Inc. dba A.B.Dick ("AB Dick"), a __Delaware__ corporation, with its principal business address at __7400 Caldwell Ave, Niles, IL 60714__, and OFC CAPITAL, a division of Alfa Financial Corporation ("OFC"), with its principal business address at 576 Colonial Park Drive, Suite 200, Roswell, GA 30075.

NOW, THEREFORE FOR AND IN CONSIDERATION of the mutual promises made herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

OFC will pay AB Dick an advance payment of ninety percent (90%) of the total invoice amount ("Prefund"). The remaining ten percent (10%) balance of the invoice amount will be paid to AB Dick upon final delivery of the equipment to the Lessee and the Lessee's final verification and acceptance, along with an executed Delivery and Acceptance document, which per the terms of this Agreement will be within sixty (60) days of the actual ninety percent (90%) Prefund date.

This Prefund payment of 90% and subsequent payment of the remaining 10% balance will be contingent upon the following:

- The transaction has been credit approved by OFC. All required original documents have been properly executed and have been received by OFC. The documentation package shall be complete excepting receipt of the final delivery and acceptance receipt. OFC will also have a copy of the executed AB Dick sales order.

- Only upon final delivery of the equipment to the Lessee and the Lessee's final verification and acceptance, along with an executed Delivery and Acceptance document will the remaining ten percent (10%) balance of the original invoice amount be paid to AB Dick. The remaining ten percent (10%) balance needs to occur within sixty (60) days from the date of the original 90% Prefund.

In the event that the equipment has not been received and accepted by the Lessee within the sixty (60) days following the Prefund, it is in OFC's sole discretion that one of the following occurs:

  o AB Dick agrees, upon demand, to refund the Prefund in full to OFC. Furthermore, AB Dick is required to notify OFC, in writing, not less than five (5) days prior to the expiration of the 60 day advance term that the final delivery and acceptance will not occur. Upon such demand, AB Dick is required, within five (5) days, to repay said advance to OFC via wire; or
  o OFC may elect to apply the Prefund to another pending transaction(s) that has met the prefund requirements. This decision shall not require the approval of AB Dick. OFC agrees to notify AB Dick of this reallocation either on an individual transaction basis or via a weekly summary report.

OFC may elect to disburse funds under this Agreement either on an individual transaction or weekly (multiple transaction) basis.

In consideration of OFC entering into this Agreement with AB Dick, AB Dick grants an exclusive right of first refusal on all designated business generated within AB Dick's U.S. territories (excluding "cost per copy" lease transactions) that is subject to financing via either a lease or loan finance product.

OFC agrees that in the event a prospective Lessee does not meet the minimum credit requirements as set by OFC, AB Dick has the right to seek alternative sources of financing.

# Addendum to Vendor Prefund Agreement

This Addendum is Attached Hereto and Made A Part Herein of the Vendor Prefund Agreement ("Agreement"), dated 3/18/05, between ABD International, Inc. dba A.B. Dick ("AB Dick"), subsequently known as ABD International, Inc. dba ABDick A Presstek Company ("AB Dick"), and OFC Capital, A Division of ALFA Financial Corporation ("OFC").

As stated in the first contingency regarding Prefund payment of 90% and subsequent payment of the remaining 10% balance, as referenced in the Agreement in paragraph four, bullet-point one, the following changes are hereby acknowledged and agreed to by AB Dick and OFC:

Changed from:

- The transaction has been credit approved by OFC. All required original documents have been properly executed and have been received by OFC. The documentation package shall be complete excepting receipt of the final delivery and acceptance receipt. OFC will also have a copy of the executed AB Dick sales order.

Changed to:

- The transaction has been credit approved by OFC. All required original documents have been properly executed and have been received by OFC. The documentation package shall be complete excepting receipt of the final delivery and acceptance receipt. OFC shall request a copy of the executed AB Dick sales order but an executed AB Dick sales order is not required to Prefund 90%.

OFC Capital

By: _____

Name: Robert E. "Chip" Leas

Title: President


AGREED TO AND ACKNOWLEDGED BY:

ABD International, Inc. dba ABDick A Presstek Company

By: _____

Name: _____

Title: _____

# SECRETARY'S CERTIFICATE RE
## INCUMBENCY AND CORPORATE RESOLUTIONS

The undersigned, X _James F. Scafide_
(Full Legal Name)

(Assistant) Secretary of ABD International, Inc. dba ABDick (Full Legal Name of Corporation) a Delaware corporation (herein the "Corporation") hereby certifies:

1. I am the duly elected, qualified and acting (Assistant) Secretary of the Corporation and have the custody of the corporate records, minutes and corporate seal.

2. The following person(s) has/have been properly elected or appointed to the office in the Corporation as indicated below, such person(s) hold(s) such office at this time, and the specimen signature appearing beside the name of each such officer is his/her genuine signature:

| NAME | TITLE | SPECIMEN SIGNATURE |
|---|---|---|
| Susan A. McLaughlin | President | X _[signature]_ |
| James F. Scafide | General Counsel & Secty. | X _[signature]_ |
| | | X |

3. The following resolutions were adopted within the last 30 days (but in no event later than the lease agreement(s) described below) either:

A. At a duly called and conducted meeting of the directors of the Corporation at which a quorum was present and voting throughout;

-OR-

B. By the unanimous written consent of the directors of the Corporation, the original written consent has been placed with the records of meetings of said directors:

RESOLVED, that each of the officer(s) of the Corporation whose name appears above together with each duly elected or appointed successor in office to any of them (each, an "Officer"), be and hereby is (acting alone or with one or more other Officers) authorized and directed to enter into, execute and deliver in the name and on behalf of the Corporation all agreements, inclusive of but not limited to vendor prefund agreements, guaranty agreements and assignment agreements between the Corporation and OFC CAPITAL a division of ALFA Financial Corporation ("OFC"), Furthermore, such agreements that the Officer in his/her discretion may deem necessary or desirable, the execution and delivery of such agreements shall be conclusive evidence that the same shall have been authorized hereby by the Board of Directors of the Corporation;

RESOLVED, that if such agreement entered into by the Corporation is a master agreement, these resolutions shall constitute continuing resolutions;

RESOLVED, that each officer is hereby authorized to execute and deliver such further documents and to do and perform all other acts and deeds in the name and on behalf of the Corporation as she/he, in his/her discretion, deem necessary or desirable in connection with any of the foregoing, the execution and delivery of any such document and the doing or performing of any such act or deed to be conclusive evidence that the same shall have been authorized hereby; and

RESOLVED, that OFC or any assignee of OFC is authorized to rely upon these resolutions until receipt by it at its principal offices of written notice of any change herein.

4. I am the duly elected (Assistant) Secretary of the Corporation to make certificates on its behalf and I have caused this certificate to be executed and the seal of the corporation to be hereunto appended this _13_ day of _May_, 2005.

(CORPORATE SEAL)

X _[signature]_
(Secretary or Assistant Secretary)

0191 OFC/ATP