Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone:   (907) 274-0666
Fax:       (907) 277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:   (205) 244-5916
Fax:       (205) 244-5901

Attorney for Defendant OFC Capital, a wholly-owned subsidiary of Mid-Country Financial Corporation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AT PUBLISHING, INC.,           )<br>                                              )<br>    Plaintiff,                         )<br>                                              )<br>v.                                         )<br>                                              )<br>A.B. DICK COMPANY and OFC )<br>CAPITAL, a wholly-owned       )<br>Subsidiary of MidCountry        )<br>Financial Corp.,                      )<br>                                              )<br>    Defendants.                      ) | Case No. 3:04-cv-0011-JWS |

## MOTION FOR LEAVE TO SUPPLEMENT OFC CAPITAL'S DEPOSITION DESIGNATIONS

NOW COMES OFC Capital and moves the court to allow the

following additional designations of deposition testimony if the court allows

the issues of agency and "cure" to remain as issues in the case over OFC Capital's objections:

1. Ben Taylor deposition: Add

   Page 92, Line 6 – Page 95, Line 15
   Page 96, Line 6 – Page 97, Line 20

2. Glen Ashcraft deposition: Add

   Page 62, Line 5 – Page 63, Line 8
   Page 67, Line 11 – Page 69, Line 13

By designating these portions of depositions, as well as the exhibits and other deposition designations having to do with the Indigo Press, any question of agency, or the alleged "cure," as opposed to settlement negotiations, OFC Capital does not in any way agree these are appropriate issues to be tried in this case, nor consent to their being tried, and reserves any and all rights to appeal therefrom.

                                                Respectfully submitted,

                                                s/ Marion F. Walker
                                                Marion F. Walker
                                                Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

                                                Randall J. Weddle
                                                Alaska Bar No. 7206034
                                                Attorney for Defendant OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that, on the 12th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael T. Stehle
>Law Office of Michael Stehle, PC
>737 West 5th Ave., Suite 206
>Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Not Applicable.

>s/ Marion F. Walker
>Of Counsel

Birmingham:16791.1