Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax:   (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone: (205) 244-5916
Fax: (205) 244-5901

Attorneys for Defendant OFC Capital, a division of ALFA Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| A.T. PUBLISHING, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>A.B. DICK COMPANY and OFC )<br>CAPITAL, a division of ALFA )<br>FINANCIAL CORPORATION, )<br>)<br>    Defendants. )<br>_____) | Case No. 3:04-cv-0011-JWS |

**NOTICE RE DIGITAL EVIDENCE PRESENTATION SYSTEM**

OFC Capital, by and through counsel, hereby gives notice to court and counsel of its intent to utilize the Digital Evidence Presentation System ("DEPS") throughout the course of the jury trial in this matter, scheduled for June

18-21, 2007 in Anchorage, Alaska, before the Honorable John W. Sedwick.

DATED this 12th day of June, 2007.

HOLMES WEDDLE & BARCOTT, PC
Attorneys for OFC Capital, a Division of ALFA Financial Corporation
By: s/ Randall J. Weddle
Randall J. Weddle
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
Rweddle@anc.hwb-law.com
Alaska Bar No. 7206034

**CERTIFICATE OF SERVICE**
I hereby certify that on June 12, 2007, a true and correct copy of the Affidavit of Service was served electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501
(Counsel for AT Publishing)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
(Counsel for AB Dick Company)


By: s/ Randall J. Weddle
     Randall J. Weddle
X:\4103\18823\pld\NoticeReDEPS07June 12.doc

AT PUBLISHING, INC., v. A.B. DICK COMPANY, et. al.                    Page 2
Notice re DEPS System                         Case No.: USDC No.: A04-0011 CV