UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> AT PUBLISING, INC., <br><br> Defendant. | 3:04-cv-0011 JWS <br><br> ORDER FROM CHAMBERS <br><br> [Re: Tad Graham Deposition] |

At docket 132, OFC Capital responded to AT Publishing's designation of certain deposition testimony by Tad Graham. OFC did not object to the designations, but did counter-designate additional testimony. AT Publishing filed objections to the counter designations at docket 135. The court is unable to rule on the objections because the counter-designations are on pages 23 and following, but the only part of the Graham deposition available to the court is Trial Exhibit 83 which stops at page 21. This will be addressed further at the final pre-trial conference.

DATED at Anchorage, Alaska, this 13th day of June 2007.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE