Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone: (907) 677-7877
Fax:   (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| OFC Capital, a division of ALFA FINANCIAL CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>AT PUBLISHING, INC.,<br><br>Defendant. | A04-0011 CV (JWS) |

NOTICE OF FILING SUPPLEMENTAL EXHIBITS

Plaintiff herewith submits a copy to the judge of supplemental trial exhibits referenced at Docket 165. Defense was served a copy of these supplemental exhibits on June 12, 2007.

DATED this 13th day of June, 2007.

s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054

Certificate of Service

I hereby certify that on June 13, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com, bfontaine@hwb-law.com, jekstrand@hwb-law.com, kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle