PLAINTIFF'S
EXHIBIT

CASE
NO. 2-04-0011 CV

EXHIBIT
NO. 92 ID

