PLAINTIFF'S EXHIBIT
CASE NO. A04-0011CV
EXHIBIT NO. 94 ID



## Inside:

- 2-3 Valdez & PWSCC Copper Basin & Cordova
- 4-5 Admission & Campus Living
- 6-7 Money Matters
- 8-9 Degree Programs
- 10-11 Celebrating PWSCC Students
- 12-13 Opportunities Await You
- 14-15 Beyond the Classroom
- 15 Step-by-Step Guide to Becoming a PWSCC Student
- 16 Contacts