Nº 44785

**JOB JACKET**

Date: 4-7-03

Written By: Robert
Ordered By: New

| CUSTOMER | |
|---|---|
| NAME | Glacier House Publications — Dave Thorp |
| ADDRESS | P.O. Box 92809, Anchorage, AK 99509-2809 |
| Phone # | (907) 563-4343  Fax 563-8448 |

DUE DATE: 4-25-03

| QUANTITY | TRIM SIZE | DESCRIPTION | NO. OF COLORS |
|---|---|---|---|
| 1,800 | 5½ x 8½ | Alaska Miner's Association 2003 Directory  212 pgs + cover | 4/1 |
| | | Text | 1/1 |

**PAPER STOCK — KIND OF PAPER:**
Cover, 10 PT C1S
Text, Spectrum Book White 60#

**PROOFS:** ☒ BLUELINE

**SPECIAL INSTRUCTIONS:** For Billing Instructions, see Dan first, before Invoicing.

QUALITY DESIRED: ☒ EXCELLENT
STRIPPING: ☒ NEW FLATS
INK COVER: ☒ PROCESS

**PRESS:** Miehle — Cover

**PRESS:** SORD — Inside Cover & Text

PRINTING: 6#935
BALANCE DUE: 6#935

FOLDED TO: 5½ x 8½
BIND: ☒ PERFECT

RETURN TO CUSTOMER WITH JOB: ☒ NEGS (3 files), ☒ ORIGINALS 1 Book, ☒ DISK(S) Zip Disks x2  Call for Instructions

QUANTITIES DELIVERED: 1800   DATE: 4/25/03

(A)



PLAINTIFF'S EXHIBIT
CASE NO. A04-0011CV
EXHIBIT NO. 99 ID

Nº 44785

**JOB JACKET**

4-7-03

| SALESMAN | WRITTEN BY | P.O. NUMBER | QUOTE NO. | PREVIOUS ORDER NO. | DATE DUE OUT OF GRAPHICS DEPT. | BLUELINE PROOF DUE |
|---|---|---|---|---|---|---|
| Dan | Robert | | | New | | 4-10 |

CUSTOMER: Glacier House Publications  ORDERED BY: Dave Thorp
ADDRESS: P.O. Box 92809, Anchorage, AK 99509-2809   DUE DATE: 4-25-03
Phone #: (907) 563-4343   Fax: 563-8448
PROOFS TO: ☐ CUSTOMER  ☒ IN-HOUSE

| QUANTITY | TRIM SIZE | DESCRIPTION | NO. OF COLORS |
|---|---|---|---|
| 1,800 | 5½ x 8½ | Alaska Miners Association 2003 Directory 212 pgs + cover | 4/1 |
| | | Text | 1/1 |

PAPER STOCK:
SHEET SIZE: 23x35
KIND OF PAPER: Cover, 10 PT C1S
Text: Spectrum Book White 60#

COMPOSITION:
COMPLETE TYPESET/LAYOUT ☒

PROOFS:
☐ LASER PROOF
☐ COLOR PROOF
☒ BLUELINE
☐ MATCHPRINT

SPECIAL INSTRUCTIONS: For Billing Instructions, see Dan first, before Invoicing.

C41935

QUALITY DESIRED: ☒ EXCELLENT
STRIPPING: ☒ NEW FLATS
COVER: ☒ PROCESS   U.V. ☒

PRESS: Miehle — Cover

PRESS: Perfector SP
Inside Cover
LAYOUT P-6

BINDERY: CUT AFTER PRINTING TO: FOLDING TO: 5½ x 8½

RETURN TO CUSTOMER WITH JOB: ☒ NEGS (3 files)
☒ ORIGINALS 1 book
☒ DISK(S) Zip Disks x 2, 1 C.D.

DELIVERY SCHEDULE: ☒ OUR TRUCK

HALF TO RAA'D ACTION
HALF TO MINERS

(12)





# Alaska Miners Association

$15

**Feature Article:**
*Industrial Minerals, the Sleeping Giant of Alaska Mining*

**2003 Handbook & Service Directory**