**Lee Whitten**

From: Garrett, Randy [

Sent: Tuesday, April 15, 2003 3:59 PM

To: 'Lee Whitten'

Subject: FW: President I CEO Inquiry from A.B.Dick Website

Lee—copy this off and show it to Ray please. Make sure you give it to him outside or out of site. Down at the bottom is the meat of their complaint. Thanks Randy

-----Original Message-----

From: Reeves, Kristie

Sent: Tuesday, April 15, 2003 9:18 AM

To: Garrett, Randy

Subject: FW: President I CEO Inquiry from A.B.Dick Website

-----Original Message-----

From: Newton, Ken

Sent: Tuesday, April 15, 2003 10:40 AM

To: Longe. Brian

Cc: Ashcraft, Glen

Subject: RE: President/CEO Inquiry from A.B. Dick Website

I have called the customer and talked to the father, Frank. Greg was not in at this time. We have a trainer coming this week to work with them. I left my number and asked him to call me if they continued to be unhappy. The father did not seem to have the same issues as the son but did say they are having a lot of waste.

Ken

-----Original Message-----

From: Longe, Brian

Sent: Tuesday, April 15, 2003 9:35 AM

To: Newton, Ken

Subject: President/CEO Inquiry from A.B. Dick Website

Ken, FYI, please follow-up. Thanks, Brian

-----Original Message-----

From: gregmartone@hotmail.com [smpt:gregmartone@hotmail.com]

Sent: Friday, April 11, 2003 8:52 PM

To: prosident@abdiclc.com

Subject: President/CEO Inquiry from A.B. Dick Website

This message was sent via the A.B.Dick Website.
Please respond to the customer within 24 Hours.

4/15/2003





ATTACHMENT 1, Pg 1

0207 OFC/ATP

48

Name: Greg Martone

Title: Press Operator

Company: A.T. Publishing

Address: 1720 Abbott Road

City: Anchorage

State/Province: Alaska

Zip Code: 99507

Country: USA

E-Mail: gregmartone@hotmail.com

Phone: (907) 349-7506

Message: Dear Sir,

We recently installed your new 4995-ICS, judging by what we have produced so far on this press, I have to say it is the second worst press I ever ran(after the Indigo 1000).

The problems include the following:

-The time it takes to get a job in register and up to color.

I haven't yet been able to load a set of plates and have them close to ready to run, the plates have to be angled, moved laterally and horz.

and stretched to fit.

Some fine tuning is to be expected, but this is rediculous! meanwhile on each run up

the copy is either scumming or washing out.

when I finally get the job running I have to stop the press each time a plate stretches out of register, then run 50 copies to get back to color (you should see are piles of waste!)

I can't believe they made this press without full running register. Is there any other 4 color press made today w/out running register? We are currently talking to lawyers to see if they help us out of our lease. Or we will sell it to Hamada

so they can demo. what flawed equipment their competition sells.

4/15/2003

*ATTACHMENT 1, Pg 2*

0208 OFC/ATP

OMB No. 1545-0123

# Form 1120 — U.S. Corporation Income Tax Return — 2000

Department of the Treasury
Internal Revenue Service

For calendar year 2000 or tax year beginning 4/01, 2000, ending 3/31, 20 01

▶ Instructions are separate. See page 1 for Paperwork Reduction Act Notice.

**A Check if a:**
1. Consolidated return (attach Form 851) ☐
2. Personal holding co. (attach Sch. PH) ☐
3. Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T—see instructions) ☐

Use IRS label. Otherwise, print or type.

AT PUBLISHING, INC.
1720 ABBOTT ROAD
ANCHORAGE, AK 99507

**B Employer identification number:** 92-0040261
**C Date incorporated:** 4/01/1975
**D Total assets (see page 8 of instructions):** $ 1,149,272

**E Check applicable boxes:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Change of address

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts/sales | 2,488,381 |
| 1b | Less returns & allowances | |
| 1c | Balance | 2,488,381 |
| 2 | Cost of goods sold (Schedule A, line 8) | 945,567 |
| 3 | Gross profit. Subtract line 2 from line 1c | 1,542,814 |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | 18,492 |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | |
| 10 | Other income (see page 8 of instructions - attach schedule) SEE STATEMENT 1 | 14,446 |
| 11 | Total income. Add lines 3 through 10 | 1,575,752 |

## Deductions (See Instructions for Limitations)

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 244,179 |
| 13 | Salaries and wages (less employment credits) | 537,733 |
| 14 | Repairs and maintenance | 42,492 |
| 15 | Bad debts | 80,347 |
| 16 | Rents | 225,570 |
| 17 | Taxes and licenses | 10,250 |
| 18 | Interest | |
| 19 | Charitable contributions (see page 11 of instructions for 10% limitation) SEE STATEMENT 2 | 8,262 |
| 20 | Depreciation (attach Form 4562) | 147,764 |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return 21a | |
| 21b | | 147,764 |
| 22 | Depletion | |
| 23 | Advertising | 4,087 |
| 24 | Pension, profit-sharing, etc., plans | |
| 25 | Employee benefit programs | |
| 26 | Other deductions (attach schedule) SEE STATEMENT 3 | 200,715 |
| 27 | Total deductions. Add lines 12 through 26 | 1,501,399 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 74,353 |
| 29a | Less: Net operating loss (NOL) deduction (see page 13 of instrs.) | |
| 29b | Special deductions (Schedule C, line 20) | |
| 29c | | |
| 30 | Taxable income. Subtract line 29c from line 28 | 74,353 |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 31 | Total tax (Schedule J, line 11) | 13,588 |
| 32a | 1999 overpayment credited to 2000 | 949 |
| 32b | 2000 estimated tax payments | 20,000 |
| 32c | Less 2000 refund applied for on Form 4466 | ( ) |
| 32d | Bal ▶ | 20,949 |
| 32e | Tax deposited with Form 7004 | |
| 32f | Credit for tax paid on undistributed capital gains (attach Form 2439) | |
| 32g | Credit for Federal tax on fuels (attach Form 4136). See instructions | |
| 32h | | 20,949 |
| 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☒ | 67 |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 7,294 |
| 36 | Enter amount of line 35 you want: Credited to 2001 estimated tax ▶ 7,294   Refunded ▶ | 0 |

**Sign Here:** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title _____

**Paid Preparer's Use Only:**
- Preparer's signature: LAWRENCE R WILLIAMS, CPA
- Check if self-employed ☐
- Preparer's SSN or PTIN: P00110149
- Firm's name: STEVENS, WILLIAMS & REPPEL APC
- EIN: 92-0171328
- Address: 3900 ARCTIC BLVD., #202, ANCHORAGE, AK 99503
- Phone no.: (907) 569-6060

KFA    CF0US1 12/01/00    Form 1120 (2000)

ATTACHMENT 1, pg 3

Form 1120 (2000)    AT PUBLISHING, INC.    92-0040261       Page **2**

### Cost of Goods Sold (See page 14 of instructions.)

| # | Description | Amount |
|---|---|---:|
| 1 | Inventory at beginning of year | 18,960 |
| 2 | Purchases | 564,006 |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) .... SEE STATEMENT 4 | 381,561 |
| 6 | Total. Add lines 1 through 5 | 964,527 |
| 7 | Inventory at end of year | 18,960 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on line 2, page 1 | 945,567 |

9a Check all methods used for valuing closing inventory:
  (I) ☒ Cost as described in Regulations section 1.471-3
  (II) ☐ Lower of cost or market as described in Regulations section 1.471-4
  (III) ☐ Other (Specify method used and attach explanation.) ▶ _____
 b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ........ ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ..... ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO .... | 9d | |
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ......... ☐ Yes  ☒ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ........... ☐ Yes  ☒ No

### Dividends and Special Deductions (See page 15 of instructions.)

| # | Description | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instr. | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | Total. Add lines 1 through 8. See page 16 of instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (section 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ▶ | | | |

### Compensation of Officers (See instructions for line 12, page 1.)
Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---:|
| | SEE STATEMENT 5 | | % | % | % | 244,179 |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| 2 | Total compensation of officers | 244,179 |
|---|---|---:|
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | 244,179 |

CF0US1A 11/29/00             Form 1120 (2000)

*ATTACHMENT 1, pg 4*

Form 1120 (2000)  AT PUBLISHING, INC.  92-0040261  Page 3

### Tax Computation (See page 17 of instructions.)

1. Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ▶ ☐
   Important: Members of a controlled group, see instructions on page 17.
2a. If box on line 1 is checked, enter corp's share of $50,000, $25,000, & $9,925,000 taxable inc brackets (in that order):
   (1) $_____ (2) $_____ (3) $_____
 b. Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) .. $_____
                                      (2) Additional 3% tax (not more than $100,000) . $_____
3. Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see page 17) ....... ▶ ☐  | 3  | 13,588
4. Alternative minimum tax (attach Form 4626) ......................................................... | 4  |
5. Add lines 3 and 4 ................................................................................... | 5  | 13,588
6a. Foreign tax credit (attach Form 1118) ............................... | 6a |
 b. Possessions tax credit (attach Form 5735) .......................... | 6b |
 c. Check: ☐ Nonconventional source fuel credit
          ☐ QEV credit (attach Form 8834) ............................ | 6c |
 d. General business credit. Enter here & check which forms are attached: ☐ 3800
    ☐ 3468  ☐ 5884  ☐ 6478  ☐ 6765  ☐ 8586  ☐ 8830  ☐ 8826
    ☐ 8835  ☐ 8844  ☐ 8845  ☐ 8846  ☐ 8820  ☐ 8847  ☐ 8861  | 6d |
 e. Credit for prior year minimum tax (attach Form 8827) .............. | 6e |
 f. Qualified zone academy bond credit (attach Form 8860) ............ | 6f |
7. Total credits. Add lines 6a through 6f ............................................................... | 7  |
8. Subtract line 7 from line 5 ......................................................................... | 8  | 13,588
9. Personal holding company tax (attach Schedule PH (Form 1120)) ......................................... | 9  |
10. Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ............................................ | 10 |
11. Total tax. Add lines 8 through 10. Enter here & on line 31, page 1 ................................. | 11 | 13,588

### Other Information (See page 19 of instructions.)

1. Check method of accounting:
   a ☐ Cash    b ☒ Accrual
   c ☐ Other (specify) ▶ _____
2. See page 21 of the instructions and enter the:
   a Business activity code no. ▶ 323100
   b Business activity ▶ PUBLISHING
   c Product or service ▶ PRINTING
3. At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) .....  **No: X**
   If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.
4. Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ...... **No: X**
   If "Yes," enter name and EIN of the parent corporation ▶ _____
5. At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) ............ **Yes: X**
   If "Yes," attach a schedule showing name and identifying no. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ 100%
   SEE STATEMENT 6
6. During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See secs. 301 and 316.) ......... **No: X**

   If "Yes," file Form 5452, Corporate Report of Nondividend Distributions.
   If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.
7. At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? .......... **No: X**
   If "Yes,"
   a Enter percentage owned ▶ _____
   b Enter owner's country ▶ _____
   c The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ _____
8. Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ▶ ☐
   If checked, the corporation may have to file Form 8281, Information Return for Publically Offered Original Issue Discount Instruments.
9. Enter the amount of tax-exempt interest received or accrued during the tax year. ▶ $ NONE
10. Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶ 2
11. If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ........ ▶ ☐
12. Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ _____

Note: If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

KFA                             CFOUS1B  11/29/00                             Form 1120 (2000)

ATTACHMENT 1, Pg 5

Form 1120 (2000)   AT PUBLISHING, INC.   92-0040261   Page **4**

### Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 35,619 | | 68,280 |
| 2a Trade notes and accounts receivable | 343,188 | | 333,099 | |
| b Less allowance for bad debts | ( ) | 343,188 | ( ) | 333,099 |
| 3 Inventories | | 18,960 | | 18,960 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach sch.) STMT 7 | | 13,480 | | 25,183 |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach sch.) STMT 8 | | 298 | | 274 |
| 10a Buildings and other depreciable assets | 2,140,596 | | 2,272,063 | |
| b Less accumulated depreciation | ( 1,640,693 ) | 499,903 | ( 1,788,457 ) | 483,606 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | 44,477 | | 44,477 |
| 13a Intangible assets (amortizable only) | 20,000 | | | |
| b Less accumulated amortization | ( ) | 20,000 | ( ) | |
| 14 Other assets (attach schedule) STMT 9 | | 105,903 | | 175,393 |
| 15 Total assets | | 1,081,828 | | 1,149,272 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 33,371 | | 17,825 |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | 12,232 |
| 18 Other current liabilities (attach sch.) STMT 10 | | 236,018 | | |
| 19 Loans from shareholders | | 95,938 | | 106,608 |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 26,185 | | 26,183 |
| 21 Other liabilities (attach sch.) STMT 11 | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 9,500 | 9,500 | 145,343 | 145,343 |
| 23 Additional paid-in capital | | 135,843 | | 179,711 |
| 24 Retained earnings – Appropriated | | | | |
| 25 Retained earnings – Unappropriated | | 544,973 | | 661,367 |
| 26 Adjustments to shareholders' equity | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 1,081,828 | | 1,149,269 |

Note: The corporation is not required to complete Schedules M-1 and M-2 if the total assets on line 15, column (d) of Schedule L are less than $25,000.

### Reconciliation of Income (Loss) per Books With Income per Return (See page 20 of instructions.)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 76,911 | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax | | | | |
| 3 | Excess of capital losses over capital gains | | a | Tax-exempt interest $ | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Contributions carryover $ | | b | Contrib carryover $ 4,212 | |
| c | Travel and entertainment $ 108 | | | | 4,212 |
| | STATEMENT 12   1,546 | 1,654 | 9 | Add lines 7 and 8 | 4,212 |
| 6 | Add lines 1 through 5 | 78,565 | 10 | Income (line 28, pg. 1) – line 6 less line 9 | 74,353 |

### Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 544,973 | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | 76,911 | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | | | 6 | Other decreases (itemize): | |
| | SEE STATEMENT 13 | 39,483 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | 661,367 | 8 | Balance at end of year (line 4 less line 7) | 661,367 |

CFOUS1C 12/22/00   Form **1120** (2000)

*ATTACHMENT 1, Pg 8*

| Form **2220** | **Underpayment of Estimated Tax by Corporations** | OMB No. 1545-0142 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Instructions are separate. See page 4 for Paperwork Reduction Act Notice ▶ Attach to the corporation's tax return. | **2000** |

| Name | Employer identification number |
|---|---|
| AT PUBLISHING, INC. | 92-0040261 |

**Note:** In most cases, the corporation does not need to file Form 2220. (See Part I below for exceptions.) The IRS will figure any penalty owed and bill the corporation. If the corporation does not need to file Form 2220, it may still use it to figure the penalty. Enter the amount from line 34 on the estimated tax penalty line of the corporation's income tax return, but do **not** attach Form 2220.

**Reasons For Filing** – Check the boxes below that apply to the corporation. If any boxes are checked, the corporation must file Form 2220, even if it does not owe the penalty. If the box on line 1 or line 2 applies, the corporation may be able to lower or eliminate the penalty. See page 1 of the instructions.

1  ☐ The corporation is using the annualized income installment method.
2  ☐ The corporation is using the adjusted seasonal installment method.
3  ☐ The corporation is a "large corporation" figuring its first required installment based on the prior year's tax.

**Note:** The corporation must also file Form 2220 if it has a research credit allowed for the current year. See the instructions for line 4 on page 2.

### Figuring the Underpayment

| | | | |
|---|---|---|---|
| 4 | Total tax (see page 2 of the instructions) | 4 | 13,588 |
| 5a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 4 ... 5a | | |
| b | Interest included on line 4 due under the look-back method of section 460(b)(2) for completed long-term contracts or of section 167(g) for property depreciated under the income forecast method ... 5b | | |
| c | Credit for Federal tax paid on fuels (see page 2 of the instructions) ... 5c | | |
| d | Total. Add lines 5a through 5c | 5d | |
| 6 | Subtract line 5d from line 4. If the result is less than $500, do not complete or file this form. The corporation does not owe the penalty | 6 | 13,588 |
| 7 | Enter the tax shown on the corporation's 1999 income tax return. Caution: see page 2 of the instructions before completing this line | 7 | 6,848 |
| 8 | Enter the smaller of line 6 or line 7. If the corporation must skip line 7, enter the amount from line 6 on line 8 | 8 | 6,848 |

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 9 | Installment due dates. Enter in columns (a) through (d) the 15th day of the 4th (Form 990–PF filers: Enter 5th month), 6th, 9th, and 12th months of the corporation's tax year | 7/15/00 | 9/15/00 | 12/15/00 | 3/15/01 |
| 10 | Required installments. If the box on line 1 and/or line 2 above is checked, enter the amounts from Schedule A, line 41. If the box on line 3 (but not 1 or 2) is checked, see page 3 of the instructions for the amounts to enter. If none of these boxes are checked, enter 25% of line 8 above in each column | 1,712 | 1,712 | 1,712 | 1,712 |
| 11 | Estimated tax paid or credited for each period (see page 3 of the instructions). For column (a) only, enter the amount from line 11 on line 15 | 949 | | 10,000 | |
| | **Complete lines 12 through 18 of one column before going to the next column.** | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding col. | | | | 5,813 |
| 13 | Add lines 11 and 12 | | | 10,000 | 5,813 |
| 14 | Add amounts on lines 16 and 17 of the preceding col. | | 763 | 2,475 | |
| 15 | Subtract line 14 from line 13. If zero or less, enter –0–. | 949 | 0 | 7,525 | 5,813 |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter –0– | | 763 | 0 | |
| 17 | Underpayment. If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 | 763 | 1,712 | | |
| 18 | Overpayment. If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next col. | | | 5,813 | 4,101 |

Complete Part III on page 2 to figure the penalty. If there are no entries on line 17, no penalty is owed.

KFA    GFOUS6 12/21/00    Form **2220** (2000)

ATTACHMENT 1, Pg 8

Form 2220 (2000)  AT PUBLISHING, INC.  92-0040261  Page 2

### Figuring the Penalty

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 3rd month after the close of the tax year, whichever is earlier (see page 3 of the instr). (Form 990-PF & Form 990-T filers: Use 5th month instead of 3rd month.) | 12/15/00 | 12/15/00 | | |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 | 153 | 91 | | |
| 21 | No. of days on line 20 after 4/15/00 and before 1/1/01 | 153 | 91 | | |
| 22 | Underpayment on line 17 × No. of days on line 21 / 366 × 9% | $ 28.71 | $ 38.31 | $ | $ |
| 23 | No. of days on line 20 after 12/31/00 and before 4/1/01 | | | | |
| 24 | Underpayment on line 17 × No. of days on line 23 / 365 × 9% | $ | $ | $ | $ |
| 25 | No. of days on line 20 after 3/31/01 and before 7/1/01 | | | | |
| 26 | Underpayment on line 17 × No. of days on line 25 / 365 × *% | $ | $ | $ | $ |
| 27 | No. of days on line 20 after 6/30/01 and before 10/1/01 | | | | |
| 28 | Underpayment on line 17 × No. of days on line 27 / 365 × *% | $ | $ | $ | $ |
| 29 | No. of days on line 20 after 9/30/01 & before 1/1/02 | | | | |
| 30 | Underpayment on line 17 × No. of days on line 29 / 365 × *% | $ | $ | $ | $ |
| 31 | No. of days on line 20 after 12/31/01 & before 2/16/02 | | | | |
| 32 | Underpayment on line 17 × No. of days on line 31 / 365 × *% | $ | $ | $ | $ |
| 33 | Add lines 22, 24, 26, 28, 30, and 32 | $ 28.71 | $ 38.31 | $ | $ |
| 34 | **Penalty.** Add columns (a) through (d), of line 33. Enter the total here and on Form 1120, line 33; Form 1120-A, line 29; or the comparable line for other income tax returns | | | | 67 |

\* For underpayments paid after March 31, 2001: For lines 26, 28, 30, and 32, use the penalty interest rate for each calendar quarter that the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS Web Site at www.irs.gov. You can also call 1-800-829-1040 to get interest rate information.

Form **2220** (2000)

GFOUSRA 12/27/00

ATTACHMENT 1, Pg 8

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions.   ► Attach this form to your return. | **2000** Attachment Sequence No. **67** |

Name(s) shown on return: **AT PUBLISHING, INC.**
Identifying number: **92-0040261**
Business or activity to which this form relates: **FORM 1120**

### Election To Expense Certain Tangible Property (Section 179) Note: If you have any "listed property," complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $20,000 |
| 2 | Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | 131,467 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter –0– | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter –0–. If married filing separately, see page 2 of the instructions | 5 | 20,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | 5-YEAR IMAGESETTER/PRCSR/DVLPR | 72,000 | 20,000 |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | 0 |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 20,000 |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | 20,000 |
| 10 | Carryover of disallowed deduction from 1999. See page 3 of the instructions | 10 | 0 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | 20,000 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 20,000 |
| 13 | Carryover of disallowed deduction to 2001. Add lines 9 and 10, less line 12 ► 13 | | 0 |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

### MACRS Depreciation for Assets Placed in Service Only During Your 2000 Tax Year (Do not include listed property.)

#### Section A – General Asset Account Election

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions ► ☐

#### Section B – General Depreciation System (GDS) (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property | | | | | | |
| b 5-year property | | 111,467 | 5 | MQ | 200DB | 11,645 |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

#### Section C – Alternative Depreciation System (ADS): (See page 5 of the instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Other Depreciation (Do not include listed property.) (See page 5 of the instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 2000 | 17 | 113,995 |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

### Summary (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | 2,124 |
| 21 | Total. Add deductions from line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations – see instructions | 21 | 147,764 |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

KFA  For Paperwork Reduction Act Notice, see page 9 of the instructions.   GF0US7 10/26/00   Form 4562 (2000)

*ATTACHMENT 1, Pg 9*

Form 4562 (2000)  AT PUBLISHING, INC.  92-0040261  Page 2

## Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A – Depreciation and Other Information (Caution: See page 7 of the instructions for limits for passenger automobiles.)

23a Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No  23b If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **24 Property used more than 50% in a qualified business use (See page 6 of the instructions.):** | | | | | | | | |
| JEEP | 5/01/88 | 100.0 | 21,433 | 21,433 | 5.0 | 200DB HY | | |
| DELIVERY VAN | 4/29/91 | 100.0 | 14,069 | 14,069 | 5.0 | 200DB HY | | |
| DELIVERY VAN | 2/01/92 | 100.0 | 18,287 | 18,287 | 5.0 | 200DB HY | 1,575 | |
| **25 Property used 50% or less in a qualified business use (See page 6 of the instructions.):** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 ............ **26** 2,124

27 Add amounts in column (i). Enter the total here and on line 7, page 1 ............ **27** 0

### Section B – Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (do not include commuting miles–see page 1 of the instructions) | | | | | | |
| 29 Total commuting miles driven during the year | | | | | | |
| 30 Total other personal (noncommuting) miles driven | | | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30 | | | | | | |
| | Yes No | Yes No | Yes No | Yes No | Yes No | Yes No |
| 32 Was the vehicle available for personal use during off-duty hours? | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 34 Is another vehicle available for personal use? | | | | | | |

### Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are **not** more than 5% owners or related persons. See page 8 of the instructions.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 37 Do you treat all use of vehicles by employees as personal use? | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See page 8 of the instructions | | |

**Note:** If your answer to 35, 36, 37, 38 or 39 is "Yes," do not complete Section B for the covered vehicles.

## Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **40 Amortization of costs that begins during your 2000 tax year (See page 8 of the instructions.):** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

41 Amortization of costs that began before 2000 ............ **41**

42 Total. Add amounts in column (f). See page 9 of the instructions for where to report ............ **42**

Form 4562 (2000)

GF0US7A 10/26/00

*ATTACHMENT 1, Pg 10*

Form 4562 (2000) AT PUBLISHING, INC.                                                92-0040261                       Page 2

**Listed Property** (include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A – Depreciation and Other Information (Caution: See page 7 of the instructions for limits for passenger automobiles.)

23a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   23b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24 Property used more than 50% in a qualified business use (See page 6 of the instructions.): | | | | | | | | |
| 92 DODGE DELIV | 10/15/92 | 100.0 | 17,677 | 17,677 | 5.0 | 200DB HY | 549 | |
| 25 Property used 50% or less in a qualified business use (See page 6 of the instructions.): | | | | | | | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 ................................. 26
27 Add amounts in column (i). Enter the total here and on line 7, page 1 ................................. 27

### Section B – Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (do not include commuting miles—see page 1 of the instructions) | | | | | | | | | | | | |
| 29 Total commuting miles driven during the year | | | | | | | | | | | | |
| 30 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 32 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons. See page 8 of the instructions.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners. | | |
| 37 Do you treat all use of vehicles by employees as personal use? | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See page 8 of the instructions | | |

Note: If your answer to 35, 36, 37, 38 or 39 is "Yes," do not complete Section B for the covered vehicles.

### Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 2000 tax year (See page 8 of the instructions.): | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

41 Amortization of costs that began before 2000 ........................................................ 41
42 Total. Add amounts in column (f). See page 9 of the instructions for where to report ........... 42

Form 4562 (2000)
GFOUS7A 10/26/00

*ATTACHMENT 1, Pg 11*

| Form **8271** (Rev. July 1998) Department of the Treasury Internal Revenue Service | **Investor Reporting of Tax Shelter Registration Number** ▶ Attach to your tax return. ▶ If you received this form from a partnership, S corporation, or trust, see the instructions. | | OMB No. 1545-0881 Attachment Sequence No. **71** |
|---|---|---|---|
| Investor's name(s) shown on return | | Investor's identifying number | Investor's tax year ended |
| AT PUBLISHING, INC. | | 92-0040261 | 3/31/01 |
| | (a) Tax Shelter Name | (b) Tax Shelter Registration Number (11-digit number) | (c) Tax Shelter Identifying Number |
| 1 | HISTORIC PRES PROP | 87210000557 | 04-2957434 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |

KFA

Form **8271** (Rev. 7-98)

ATTACHMENT 1, Pg 12

| 2000 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
|  | AT PUBLISHING, INC. | 92-0040261 |

**STATEMENT 1**
**FORM 1120, LINE 10**
**OTHER INCOME**

| | |
|---|---:|
| BAD DEBT RECOVERIES ................................................. $ | 10,892 |
| MISCELLANEOUS INCOME ................................................ | 3,554 |
| TOTAL $ | 14,446 |

**STATEMENT 2**
**FORM 1120, LINE 19**
**CHARITABLE CONTRIBUTIONS**

| | |
|---|---:|
| ORGANIZED CHARITIES ................................................ $ | 4,050 |
| CARRYOVER FROM 1995 ................................................ | 9,806 |
| CARRYOVER FROM 1997 ................................................ | 5,042 |
| CARRYOVER FROM 1998 ................................................ | 2,926 |
| CARRYOVER FROM 1999 ................................................ | 1,441 |
| DISALLOWED CONTRIBUTIONS DUE TO 10% LIMIT .......................... | -15,003 |
| TOTAL $ | 8,262 |

**STATEMENT 3**
**FORM 1120, LINE 26**
**OTHER DEDUCTIONS**

| | |
|---|---:|
| ALL OTHER ........................................................... $ | 1,808 |
| AUTO AND TRUCK ..................................................... | 5,680 |
| BANK CARD FEES ..................................................... | 3,842 |
| BANK CHARGES ....................................................... | 490 |
| COMPUTER SUPPLIES .................................................. | 8,981 |
| DUES AND SUBSCRIPTIONS ............................................. | 24,283 |
| GRAPHICS SERVICES .................................................. | 184 |
| INSURANCE .......................................................... | 36,978 |
| INTEREST EXPENSE ................................................... | 7,905 |
| LEGAL AND PROFESSIONAL ............................................. | 15,617 |
| MEALS AND ENTERTAINMENT ............................................ | 108 |
| OFFICE EXPENSE ..................................................... | 3,021 |
| OUTSIDE SERVICES ................................................... | 9,473 |
| SUPPLIES ........................................................... | 9,736 |
| TELEPHONE .......................................................... | 11,803 |
| TRAINING ........................................................... | 981 |
| TRAVEL ............................................................. | 3,264 |
| UTILITIES .......................................................... | 56,561 |
| TOTAL $ | 200,715 |

**STATEMENT 4**
**FORM 1120, SCHEDULE A, LINE 5**
**OTHER COST OF GOODS SOLD**

| | |
|---|---:|
| LITHOGRAPH EXPENSES ................................................ $ | 8,901 |

*ATTACHMENT 1, Pg 13*

| 2000 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|
| | AT PUBLISHING, INC. | 92-0040261 |

**STATEMENT 4 (CONTINUED)**
**FORM 1120, SCHEDULE A, LINE 5**
**OTHER COST OF GOODS SOLD**

| | |
|---|---:|
| PAYROLL TAXES .................................................$ | 93,580 |
| POSTAGE AND FREIGHT ............................................. | 75,434 |
| PRODUCTION SUPPLIES ............................................. | 161,476 |
| SHOP EXPENSES ................................................... | 42,170 |
| TOTAL $ | 381,561 |

**STATEMENT 5**
**FORM 1120, SCHEDULE E, LINE 1**
**OFFICER SCHEDULE**

| NAME OF OFFICER | SSN | % TIME DEVOTED TO BUSINESS | COMMON STOCK % | PREF'D STOCK % | COMPENSATION |
|---|---|---|---|---|---:|
| ANDREW MARTONE | | 100 | 0.00 | 0.00 | $ 42,361 |
| GREGORY MARTONE | | 100 | 0.00 | 0.00 | 40,966 |
| JOSEPH MARTONE | | 100 | 0.00 | 0.00 | 20,271 |
| PAUL MARTONE | | 100 | 0.00 | 0.00 | 38,999 |
| WILLIAM MARTONE | | 100 | 0.00 | 0.00 | 49,490 |
| MARIE MCCONKEY | | 100 | 0.00 | 0.00 | 52,092 |
| | | | | TOTAL | $ 244,179 |

**STATEMENT 6**
**FORM 1120, SCHEDULE K, LINE 5**
**50% OR MORE OWNERS**

NAME             : MARTONE FAMILY LIMITED PARTNERSHIP
ID NUMBER        : 92-0154996
PERCENTAGE OWNED : 100.00%

**STATEMENT 7**
**FORM 1120, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---:|---:|
| DEPOSITS ................................................ $ | 292 | $ 292 |
| PREPAID FEDERAL TAX ..................................... $ | 7,797 | $ 20,000 |
| PREPAID STATE TAX ....................................... | 500 | 0 |
| STOCK-INTERMOUNTAIN POWER ............................... | 4,891 | 4,891 |
| TOTAL $ | 13,480 | $ 25,183 |

ATTACHMENT 1, Pg 14

| 2000 | FEDERAL STATEMENTS | PAGE 3 |
|---|---|---|
| | AT PUBLISHING, INC. | 92-0040261 |

**STATEMENT 8**
**FORM 1120, SCHEDULE L, LINE 9**
**OTHER INVESTMENTS**

| | BEGINNING | ENDING |
|---|---|---|
| HIST PRES PROP-A LP | $ 298 | $ 274 |
| TOTAL | $ 298 | $ 274 |

**STATEMENT 9**
**FORM 1120, SCHEDULE L, LINE 14**
**OTHER ASSETS**

| | BEGINNING | ENDING |
|---|---|---|
| CSV-OFFICERS LIFE IN | $ 105,903 | $ 167,375 |
| PPD FED INCOME TAX | 0 | 7,797 |
| PPD STATE INCOME TAX | 0 | 221 |
| TOTAL | $ 105,903 | $ 175,393 |

**STATEMENT 10**
**FORM 1120, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---|---|
| PAYROLL LIABILITIES | $ 0 | $ 12,232 |
| TOTAL | $ 0 | $ 12,232 |

**STATEMENT 11**
**FORM 1120, SCHEDULE L, LINE 21**
**OTHER LIABILITIES**

| | BEGINNING | ENDING |
|---|---|---|
| INSURANCE LOAN - CSV | $ 26,183 | $ 26,183 |
| ROUNDING | 2 | 0 |
| TOTAL | $ 26,185 | $ 26,183 |

**STATEMENT 12**
**FORM 1120, SCHEDULE M-1, LINE 5**
**BOOK EXPENSES NOT DEDUCTED**

| | |
|---|---|
| 2000 UNALLOWED PASSIVE DEDUCTIONS | $ 29 |
| OFFICERS LIFE INSURANCE PREMIUMS | 1,517 |
| TOTAL | $ 1,546 |

ATTACHMENT 1, Pg 15

| 2000 | FEDERAL STATEMENTS | PAGE 4 |
|------|--------------------|--------|
|      | AT PUBLISHING, INC. | 92-0040261 |

**STATEMENT 13**
**FORM 1120, SCHEDULE M-2, LINE 3**
**OTHER INCREASES**

INCREASE IN CSV .......................................... $ 39,483

ATTACHMENT 1, Pg 16