

**From:** Ray Seaward
**Date:** 08/21/03 11:26:47
**To:** Glen Ashcraft
**Subject:** AT Publishing, Anchorage, for your approval

Glen
After the conference call with Larry Macia, Jeff Hearndon and Marcus Hart they asked us to let them know if we could think of anything else. I have never really been able to report the whole story of those two weeks and I do not have e-mail addresses for Larry or Jeff Hearndon. Anyway, I wanted to run this by you first. I have left out a lot of the daily craziness that went on at AT Publishing otherwise this thing would go to six+ pages. Basically, because of the family involvement in the workplace they did not appear to have the kind of structure in place to coordinate the introduction of a new system and they had not planned to do it. Right up front the brothers Greg and Andy made it clear to me that they did not agree with the decision that Frank Martone had made concerning the type of equipment purchased.

If it is acceptable to you please send it on to Larry Macia and Jeff Hearndon and copy in who you feel should be included otherwise, if you have any changes or suggestions, please let me know.

Ray Seaward


AT PUBLISHING, ANCHORAGE, 4495



Subsequent to our conference call yesterday, August 19, I thought it might be of some use if I outlined the events at AT Publishing as they happened during my two visits for press training. A lot was covered during the call but there were things that I recalled afterwards that could be relevant and should give some insight into the prevailing attitudes of ATP at that time. I have not documented my experiences as a whole to this point.

I flew into Anchorage on Sunday 3/9/03 after talking with the owner, Frank Martone during the preceding week. This was done so that ATP would get one full week of training. Upon arrival at ATP on Monday morning I reported to Frank. There was no operator available, I was told, and so one of the press feeders and laborers was eventually presented for training. This person, "Junior", informed me that he would still have to complete his other duties on the larger presses; loading, wash up, mixing fountain solution, etc. Junior did have some press experience, mostly gleaned from helping on larger equipment. He did not run or work on any of the more comparable equipment at AT Publishing.

As far as I understood the intended operator "Tad" had gone to California. I found out later, from him, however, that he had no intention of running the 4995. He also refused to run DPM plates or envelopes on the smaller two color 3302 Ryobi press that he was responsible for at AT Publishing in their small press room. Tad told me that he was leaving the company, anyway, as soon as he found another job. Everybody at AT Publishing seemed aware of that, including Frank.

ATTACHMENT 2, Pg 1

I spent the whole week working with Junior while Frank continually told me that he had instructed his son Greg to spend some time with me on the press. This did not happen until mid Friday when Greg came over and told me that he was going to use the four color to flood varnish a job. When I questioned the value of doing that he insisted that he wanted to see if the press could do it. That was the sum total of his "training" other than a verbal tour of all of the press functions. I then helped and showed him how to wash up the unit at about 7.00 p.m. and left for my hotel.

During that week with Junior, and in spite of his involvement with other duties and lack of experience, the press ran well except for some minor and expected ink fountain adjustments. There was an initial problem, however, with the image position on the plates. The gripper margin was too large so that the 11x17 full bleed images would not fit on the paper. I spent a couple of hours trying to get this situation addressed since all of the day's plates had been made that way! Prepress maintained that it was not their fault, that was the way that it was set up and they did not have time to fix it.
Paul Martone arrived on the scene and, understanding the problem, he took me up to prepress and tried to get them to change the settings an argument ensued within the family up there and Paul got punched in the face and told that he needed therapy!
I returned to the press and waited for an hour before going back up alone and eventually persuaded prepress to make the correction and so received new plates. However, the companying IVS disks were not labeled so that, outside of prepress, nobody could identify them. There was no proof or copy of the job available so I located the operator and we started the job using my densitometer and standard densities. Seven hours had elapsed, however and it was soon time for him to start washing up presses. I should explain that there was no production manager that I was aware of so I was forced to go from person to person trying to get information or action.
Frank came up to me and wanted to know why we had not run any jobs yet. When I tried to explain that we had not yet had any usable plates he refused to believe me and said that we had had plates for hours and that he wanted to see this press up and running in 35 copies like it was supposed to.

The rest of the week was pretty much the same. We were able to run several jobs in spite of a constant struggle for the correct plates and for the information needed to get them started; paper, ink, position, quantity, etc. One plate set, for instance, came with the image inverted in respect to the IVS disk ink settings.
When it was properly supported the press performed perfectly and Junior seemed comfortable with it. Greg, however, told me that it was not what he wanted and thought it was junk, or words to that effect. I learned that they had wanted a Heidleberg GTO or similar.
Tad arrived back unexpectedly on Thursday and I was able to spend some time with him on the press. We had planned to run a job but the plates never appeared and so he left, as it was the the end of his shift.
Frank then asked me to set the press up to run #10 envelopes and was upset when I pointed out that they needed and did not have a suitable envelope feeder. I suggested that he discuss it with sales.

Several times during the week, usually before work started I met with Frank and we discussed the reasons for the delays in production. He agreed that there were problems in

ATTACHMENT 2, Pg 2

0203 OFC/ATP                                    8/17/2005

prepress and that the press was a good match for the quick turn around process work that he did and stated that he was going to sort out the prepress department. Nothing was done, however, that I could see. When I left the press was working as it should and I had at least left one trained operator who could train the others. I left a printed sheet of instructions for the start and wash up procedures on the press. I was critical of the way things had gone at AT Publishing and made my feelings known to Frank at the time.

I received some routine calls from Junior during the following week with operator questions and then began to hear that things were not going well but without any real specifics except that the press was foaming. I told Greg to fill the recirculator back up to the correct level and not to add alcohol to the fountain solution as he suggested but he did anyway as I discovered later.

Supposedly ATP had hired a new operator and, after discussion with Glen Ashcraft, we felt it would be good customer support for me to return to AT Publishing.

I returned to Anchorage on 4/21/03 and was introduced to the new operator "Clint". There were piles of wasted paper all around the press and I noticed that all of the problems seemed to be with the yellow ink. When I lifted the cover to that printing unit the water unit rollers were totally covered with a layer of dry varnish which may have been there for weeks. The recirculating unit had a pool under it due to the contents foaming and Greg had added alcohol to the fountain solution even though it already contained an alcohol substitute. I corrected both of these problems and the press began to print normally and did not produce any more foam. I was confronted about the waste by Frank and explained the problems that I had found. I should say at this point that I was not aware that Greg had written a letter of complaint to AB Dick. I understand that it was he and not Junior that had been running the press since I left. The problems, I feel, were mainly a result of his lack of knowledge of the press and poor technique and attitude. When I asked if Junior had run the press in the interim I received a mixed response. I do think that he had!

Clint told me that he was not originally hired to run the press. He was hired as a production manager but because I was coming out he had been thrust into the job of pressman. However, under the circumstances, he wanted to get as much experience as he could on both the press and the DPM with the idea that he would then train an operator so that he would not have to run the press and could concentrate on the management side of the business. This was the plan that was also promoted by Frank. In this way the press and the DPM would be operated as a separate department under Clint independent of the existing prepress department "because they made things too complex."

Clint had good computer skills and experience running process color on larger equipment. He was not familiar with small presses or polyester plates. He picked up the press controls very quickly and was very serious about learning to run it. However next day we ran into plate problems again. Marie, Franks' daughter was now running the DPM. The images were all over the place, sometimes off the edges of the plate and the plate length was inconsistent. After constant arguments and a service call it turned out that they were not doing the required plate length check routine and that Marie was sending jobs to the DPM from her design programs surrounded by a "bounding box" the same size as the plate. The

ATTACHMENT 2, Pg3

0204 OFC/ATP                                                                8/17/2005

DPM was interpreting the bounding box as the paper size and pushing the image down the plate to allow for the gripper margin. Her comment was that the Rip was out of date or something to that effect and she refused to use the DPM the way it was designed to operate. In the end she did remove the box but still used the originating programs to realign the copy which meant resending all of the jobs and replacing all of the plates that had been made so far so that we ran out of plate material temporarily. These problems continued throughout the week so that I gave up trying to meet any kind of schedule and concentrated on using existing plates to give Clint all the experience on the press that I could. At one point because ATP has a 3302 (same plate size) I asked for a set of metal plates on one job in order to keep printing just for the experience value to Clint. When they came the plates been exposed without any register pins and in such a way that I had to double punch and trim them while still maximizing the press adjustments to get the copy to line up.

I saved an example of the DPM plates that we were given!

We were able to run some acceptable jobs in spite of these inconveniences and Clint was beginning to feel comfortable with the press. At one point he left to get some rags and then came back and told me that Mrs. Martone (Frank's Wife) & Greg Martone had pulled him aside and made some comments about him seeming to like the press and that he would be stuck with it! I saw it happen but did not hear the conversation. We ran jobs through Saturday until 2.34 a.m. Sunday because Clint wanted to produce some completed jobs for his own satisfaction and to please Frank. The continuing organizational and plate problems made this necessary. Clint spent Saturday at the shop in spite of Frank's refusal to pay him.

During that second week here were some minor slippage problems on one of the printing heads of the press. I placed a service call and the problem was taken care of quickly. The were also some problems with plate slippage during the skew process. We were able to work around them and I did call tech support for advice. Looking back I am sure that those problems were a result of inconsistent plate length. They did not prevent us from completing any jobs and there is an
alternative plate material and some cylinder packing sheets that could be used, if needed Again, whenever the press was properly supported it performed well. When I left Clint felt fairly comfortable but was upset that so much of our time had been wasted dealing with non press issues. He was concerned about what would happen the following week when he was alone with the press because of the stressful conditions at AT Publishing. Frank was, apparently happy provided he could get Clint some DPM training and make him responsible for the whole system. This was being arranged. The rest of the family, however, made no attempt to hide the fact that they did not want the press and Marie kept insisting that the Rip needed to be updated!

I left on Sunday 3/15/03 and on Monday 3/16/03 I received a call from Clint to say that the press would not load plates. He had not been able to reach me for a while because my cell phone was out of range. The problem was that the air valve was not completely open and easily corrected but he was in a state of panic. I received a second call from him within minutes to say that he had had an accident and thought that he had damaged the press. He broke off the call and we never spoke again.

ATTACHMENT 2, Pg 4

I think the press is capable of meeting the challenge put forward by AT Publishing if the test is fair but there are a lot of ways that the result could be skewed without more stringent and carefully specified parameters than have been stated.

Ray Seaward, Offset Support, Western Region

*ATTACHMENT 2, pg 5*

0206 OFC/ATP                      8/17/2005