Reeves, Kristie

**From:** Newton, Ken
**Sent:** Tuesday, April 15, 2003 10:40 AM
**To:** Longe, Brian
**Cc:** Ashcraft, Glen
**Subject:** RE: President / CEO Inquiry from A.B.Dick Website

I have called the customer and talked to the father, Frank. Greg was not in at this time. We have a trainer coming this week to work with them. I left my number and asked him to call me if they contiued to be unhappy. The father did not seem to have the same issues as the son but did say they are having a lot of waste.

Ken

-----Original Message-----
**From:** Longe, Brian
**Sent:** Tuesday, April 15, 2003 9:35 AM
**To:** Newton, Ken
**Subject:** FW: President / CEO Inquiry from A.B.Dick Website

Ken, FYI, please follow-up. Thanks, Brian

-----Original Message-----
**From:** gregmartone@hotmail.com [SMTP:gregmartone@hotmail.com]
**Sent:** Friday, April 11, 2003 8:52 PM
**To:** president@abdick.com
**Subject:** President / CEO Inquiry from A.B.Dick Website

---

This message was sent via the A.B.Dick Website.
Please respond to the customer within 24 Hours.

---

Name: Greg Martone
Title: Press Operator
Company: A.T. Publishing
Address: 1720 Abbott Road
City: Anchorage
State/Province: Alaska
Zip Code: 99507
Country: USA
E-Mail: gregmartone@hotmail.com
Phone: (907) 349-7506
Message: Dear Sir,
We recently installed your new 4995-ICS,
judging by what we have produced so far on this press, I have to say it is the second worst press I ever ran(after the Indigo 1000).
The problems include the following:
-The time it takes to get a job in register and up to color.
I haven't yet been able to load a set of plates and have them close to ready to run,
the plates have to be angled,
moved laterally and horz.
and stretched to fit.
Some fine tuning is to be expected , but this is rediculous!
meanwhile on each run up
the copy is either scumming or washing out.
when I finally get the job running I have to stop the press each time a plate stretches out of register,
then run 50 copies to get back to color ( you should see are piles of waste!)
I can't believe they made this press without full running register.
Is there any other 4 color press made today w/out running register?
We are currently talking to lawyers to see if they help us out of our lease.
Or we will sell it to Hamada
so they can demo. what flawed equipment their
competition sells.

1





ABD    26

ATTACHMENT 3, Pg 1

judging by what we have produced so far on this press, I have to say it is the second worst press I ever ran(after the Indigo 1000).
 The problems include the following:
-The time it takes to get a job in register and up to color.
I haven't yet been able to load a set of plates and have them close to ready to run,
the plates have to be angled,
moved laterally and horz.
and stretched to fit.
Some fine tuning is to be expected , but this is rediculous!
meanwhile on each run up
the copy is either scumming or washing out.
when I finally get the job running I have to stop the press each time a plate stretches out of register,
then run 50 copies to get back to color ( you should see are piles of waste!)
 I can't believe they made this press without full running register.
Is there any other 4 color press made today w/out running register?
We are currently talking to lawyers to see if they help us out of our lease.
Or we will sell it to Hamada
so they can demo. what flawed equipment their
competition sells.

ABD    27

*ATTACHMENT 3, Pg 2*