# FREEDOM COURT REPORTING

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3
 4    AT PUBLISHING, INC.,
 5          Plaintiff,
 6
 7    vs.          Case No. A04-0011 CV (JWS)
 8
 9    A.B. DICK COMPANY, and OFC CAPITAL, a division of
10    ALFA FINANCIAL,
11          Defendants.
12
13    ------------------------------------------------
14
15            VIDEOTAPED DEPOSITION OF BEN TAYLOR
16            TAKEN ON BEHALF OF DEFENDANTS
17                   FEBRUARY 20, 2006
18
19    - - -
20    BE IT REMEMBERED THAT, pursuant to the Federal Rules
21    of Civil Procedure, the deposition of BEN TAYLOR was
22    taken before Laurie A. Volker, Certified Shorthand
23    Reporter, on February 20, 2006, commencing at the
24    hour of 12:56 p.m., the proceedings being reported at
25    111 SW Fifth Avenue, Suite 3400, Portland, Oregon.
```

COPY

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

Attachment 6 p. 1

**FREEDOM COURT REPORTING**

Page 2

```
 1   APPEARANCES
 2
 3   MICHAEL GRISHAM, ESQUIRE (Via telephone)
 4   Dorsey & Whitney, LLP
 5   1031 West 4th Avenue, Suite 600
 6   Anchorage, Alaska 99501
 7   907.257.7829
 8   Appearing on behalf of AT Publishing
 9
10   MARION F. WALKER, ESQUIRE
11   Ford & Harrison
12   2100 Third Avenue, Suite 400
13   Birmingham, Alabama 35203
14   205.244.5916
15   Appearing on behalf of OFC Capital
16
17   Also present:  Travis Shields, Videographer
18                  Frank Martone (Via telephone)
19
20
21
22
23
24
25
```

```
 1         Q.   Did you indicate that it had very short
 2   run-up times?
 3         A.   Short run-up times?
 4         Q.   Well, let me rephrase that.
 5              Did you indicate that it needed to run
 6   through fewer sheets of paper to get to a
 7   high-quality print than other printers?
 8         A.   The reasons being -- that is correct.  The
 9   reasons being because it has better register, and for
10   that reason, you don't get as much paper waste as you
11   would off of presses; okay?
12         Q.   And did you -- was reduced waste generally
13   an important selling point to AT Publishing?
14         A.   No, I don't really think so, because they
15   were operating a 3302 that would be similar in
16   this -- that aspect of this press.
17         Q.   But you did discuss reduced waste?
18         A.   No, not really.  This is something you
19   assume that in our business there's going to be what
20   they call roll-up time, where you'll get a salable
21   sheet.  The salable sheet with this one wasn't really
22   in-depth discussed.  That varies between jobs, the
23   type of impressions.  There if there's solids on it,
24   you might have to make some adjustments on it, like
25   you would on the 3302, or any of the others.
```

```
 1        Q.    So it's your testimony here today that you
 2   did not spend any significant time at all discussing
 3   first sheet salability or reduce paper waste with AT
 4   Publishing?
 5        MS. WALKER:  We object as irrelevant,
 6   immaterial.
 7        Go ahead.
 8        A.    I would say we might have touched on it,
 9   but it wasn't of any lengthy discussion whatsoever
10   because of their experience of running presses that
11   are similar to this.
12   BY MR. GRISHAM:
13        Q.    But you don't have any specific
14   recollection of this either way?
15        MS. WALKER:  Object as asked and answered.
16        A.    I just gave you my answer.  I said that --
17   I --
18   BY MR. GRISHAM:
19        Q.    Okay.
20        A.    Pardon me.
21        Q.    Let's move on.
22        A.    Okay.
23        Q.    The document also talks about reduced
24   make-ready times.
25        A.    Uh-huh.
```

1    Go ahead.
2    A.   I don't know if he's ever returned any
3    other presses, you know.  I've only dealt with him,
4    you know, on what I've sold, so to my knowledge I
5    don't know.
6    BY MR. GRISHAM:
7    Q.   During late 2002 when you were having
8    discussions with the Martones at AT Publishing
9    regarding the purchase of this press, do you have any
10   specific knowledge about during that period of time
11   how much -- what percentage of your sales were being
12   financed through OFC?
13   A.   No.
14       MS. WALKER:  Object as irrelevant.
15   A.   What percentage of my sales --
16   BY MR. GRISHAM:
17   Q.   Yes.
18   A.   -- were being financed?  Absolutely not.
19   Q.   But OFC was providing, I believe you
20   referred to it, as an awful lot of financing.
21   A.   For our -- for the total company?  You bet.
22   Q.   Yes.
23   A.   You bet.
24   Q.   And I'm just asking about your personal
25   experience as well.  You used OFC a lot.

```
1   4995 machine; isn't that correct?
2        A.   That's correct.
3        Q.   And so it was sold to AT Publishing as part
4   of a --
5        A.   Package.
6        Q.   -- single system?
7        A.   In other words, it's seamless to be able to
8   use those plates on the 4995.  They will give metal
9   plate quality at a vastly reduced price to turn the
10  jobs with the same high quality from metal using the
11  polyester plates.  That's needed to be able to turn
12  jobs around quickly, and it's the most widely sold
13  direct-to-plate system, the polyester, in the world
14  today, the 2340.
15       Q.   Do you know if AT Publishing had any other
16  presses for which they could --
17       A.   Sure could.
18       Q.   -- use the polyester --
19       A.   Pardon me.  Sure could.  The 3302 would be
20  -- that they own in their shop there would be a
21  perfect fit for that, and then they had a couple of
22  other smaller presses that it would also be -- you
23  could use the plates on as well.
24       Q.   But they did actually purchase this
25  specifically to use with the 4995; is that correct?
```

**FREEDOM COURT REPORTING**

Page 97

1    A.    Knowing, though, that they could put them
2  on.  They would be the exact same plate size on their
3  3302 which they run all day long every day.
4    Q.    But your answer was yes, they did purchase
5  it for the 4995?
6    A.    Yes.  But also the benefit was the 3302.
7    Q.    Did you ever discuss using it with the 3302
8  with them?
9    A.    Sure.
10    Q.    Did they indicate that they wanted it
11  because they could use it with the 3302?
12    A.    Well, it was kind of a surprise they never
13  thought about it.  Would they use it?  You know, if
14  they were running a good business, they certainly
15  would put those plates on it.  They wouldn't have to
16  duplicate stock by using one plate on one and yet not
17  on the other.
18    Q.    Do you know if they ever actually did use
19  the print screen on the DPM on the 3302?
20    A.    I don't know.
21    Q.    I'd like to turn you to one of the exhibits
22  you looked at earlier today.  It's -- I'm afraid I
23  don't have the exhibit number here, but it's the OFC
24  Capital application.  AT 0142.
25          THE VIDEOGRAPHER:  Counsel, would this be a

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

Attachment 6 p 7