

**ANKSTON, GRONNING, O'HARA,
SEDOR, MILLS, GIVENS & HEAPHEY**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
ROBERT B. ATWOOD BUILDING
550 W. 7TH AVENUE, SUITE 1800
ANCHORAGE, ALASKA 99501
(907) 276-1711
FACSIMILE (907) 279-5358

WILLIAM M. BANKSTON
LEA E. FILIPPI
JON T. GIVENS
CHRIS D. GRONNING
CHRISTOPHER J. HEAPHEY
MICHAEL R. MILLS

BARBRA Z. NAULT
STEVEN T. O'HARA
JOHN M. SEDOR
BRIAN J. STIBITZ
THOMAS V. WANG, JR.

December 15, 2003

Jeffrey S. Herden, Esq.                                   **Via Facsimile**
General Counsel and Secretary
A.B. Dick Company
7400 Caldwell Avenue
Niles, Illinois 60714-4690

Claudine Aquillon, Chief Operating Officer                **Via Facsimile**
OFC Capital
576 Colonial Park Drive, Suite 200
Roswell, Georgia 30075

    Re:    *A.T. Publishing & Printing v. A.B. Dick Company and OFC Capital*
           Our File No.: A-3889-01

Dear Jeff and Claudine:

    By separate letter, A.T. Publishing is continuing its discussion with AB Dick regarding a final cure opportunity and proposed settlement agreement to resolve the parties' dispute over the 4995A-ICS press. A.T. Publishing is committed to this process and will continue to negotiate in good faith. However, as you know, A.T. Publishing has filed suit in the Superior Court for the State of Alaska at Anchorage and must serve AB Dick and OFC Capital on or before December 31, 2003. Since we anticipate the negotiations and cure opportunity may not be concluded prior to this date, it is our intention to serve your clients with the Complaint to preserve A.T. Publishing's right to pursue its claim through litigation if necessary. Nonetheless, to facilitate our continued negotiations, A.T. Publishing is prepared to grant AB Dick and OFC Capital appropriate extensions of time to appear and answer the Complaint. I hope this letter will alleviate any questions or concerns your respective clients may have as a result of service of process which they will receive. Unless I hear otherwise from you, we will serve your clients' respective registered agents for the State of Alaska and provide each of you with a courtesy copy of all service documents.

Deft. Ex 5

ATP 000573

Attachment 7 p 1

Jeffrey S. Herden
Claudine Aquillon
December 15, 2003
Page 2

    If you have any questions or concerns, please do not hesitate to contact me.

                Sincerely,

                BANKSTON, GRONNING, O'HARA,
                SEDOR, MILLS, GIVENS & HEAPHEY, PC

                Barbra Z. Nault

BZN/jmv
cc:   Frank Martone
A3889\01\LETTERS\LTRherdenBZN2

ATP 000574

Attachment 7 p.2