```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

      OFC CAPITAL              vs.        AT PUBLISHING, INC.

BEFORE THE HONORABLE JOHN W. SEDWICK    CASE NO 3:04-CV-00011-JWS

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:   MARION F. WALKER / RANDALL J. WEDDLE

                DEFENDANT:   MICHAEL T. STEHLE

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD 6/18/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened without prospective jurors present.

Court and counsel heard re plaintiff's exhibits.

At 9:05 a.m. court recessed until 9:11 a.m. with 34 prospective jurors present.

Introduction of counsel.

Court addressed the prospective jurors re summary of the case and jury selection.

General voir dire.

At 9:17 a.m. juror 16 excused.
At 9:19 a.m. juror 12 excused.

At 9:33 a.m. Clerk informed the Court the FTR recording had stopped; Clerk called IT to address computer problem.

At 9:33 a.m. court recessed until 9:44 a.m. with 32 prospective jurors present.

General voir dire continued.

At 10:20 a.m. juror 5 excused.
At 10:21 a.m. juror 32 excused.
At 10:22 a.m. juror 9 excused.
At 10:23 a.m. juror 10 excused.

                        Continued To Page 2

DATE:     June 18, 2007       DEPUTY CLERK'S INITIALS:      SCL

```
                    Continuation - Page 2
               OFC Captial vs. AT Publishing, Inc.
                       3:04-cv-00011-JWS
                      Trial By Jury - Day 1
                         June 18, 2007
----------------------------------------------------------------
```

At 10:24 a.m. juror 34 excused.
At 10:26 a.m. juror 8 excused.
At 10:26 a.m. juror 28 excused.
At 10:27 a.m. juror 24 excused.

Court and counsel heard re Docket 148

Court admonished prospective jurors.

At 10:37 a.m. 24 prospective jurors exited the courtroom.

Court and counsel heard re plaintiff's oral motion to admit plaintiff's exhibits 51 and 52; **DENIED.**

At 10:41 a.m. court recessed until 11:02 a.m. with 24 prospective jurors present.

Court directed clerk to call 14 names; 14 names called.

Individual voir dire conducted.

At 11:22 a.m. court recessed until 11:24 a.m. with 24 prospective jurors present.

Peremptory challenges taken; jury panel of 8 selected.

Impaneling oath administered.

At 11:28 a.m. Court thanked and excused remaining jurors.

Court addressed the jury panel re overview of case and read jury instructions.

Opening statements heard.

Court addressed the jury panel re parties' agreed upon facts and admonished the jury panel.

                     Continued To Page 3

DATE:_____June 18, 2007_____   DEPUTY CLERK'S INITIALS:_____SCL_____

```
               Continuation - Page 3
           OFC Captial vs. AT Publishing, Inc.
                  3:04-cv-00011-JWS
                 Trial By Jury - Day 1
                    June 18, 2007
```
-----------------------------------------------------------------

At 12:35 p.m. court recessed until 2:01 p.m. with jury panel present.

Robert "Chip" Leas sworn and testified on behalf of the plaintiff. Plaintiff's exhibits A, B, F, J, K, T, U, V, W, X, **ADMITTED BY STIPULATION.**

Defendant's exhibit 59  **ADMITTED BY STIPULATION.**

At 3:15 p.m. court recessed until 3:40 p.m. with the jury panel present.

Robert "Chip" Leas resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibit G and Defendant exhibit 81 **ADMITTED BY STIPULATION.**

Court admonished the jury panel.

At 4:31 p.m. the jury panel exited the courtroom to reconvene Tuesday, June 19, 207 at 9:00 a.m.

Court and counsel heard re damages.

At 4:34 p.m. court recessed this matter to reconvene **Tuesday, June 19, 2007 at 9:00 a.m.**

DATE:     June 18, 2007          DEPUTY CLERK'S INITIALS:     SCL