```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

       OFC CAPITAL              vs.    AT PUBLISHING, INC.


BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO 3:04-cv-00011-JWS

DEPUTY CLERK/RECORDER: LINDA CHRISTENSEN

APPEARANCES:   PLAINTIFF:   MARION WALKER, RANDALL WEDDLE

               DEFENDANT:   MICHAEL T. STEHLE, JEFF JARVI

PROCEEDINGS:   FINAL PRETRIAL CONFERENCE Held 6/14/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 9:34 a.m. court convened.

Court and counsel heard.

Plaintiff OFC Capital invoked the witness exclusionary rule; witnesses are excluded.

Court heard; trial to be conducted 9:00 a.m. to 12:00 Noon and 1:30 p.m. to 4:30 p.m. Trial length estimate stated as 6 to 7 days.

Court and counsel heard re objections to deposition testimony; court placed rulings on the record.

Court stated local counsel Mr. Weddle was excused from attending trial proceedings each day.

Plaintiff OFC Capital placed objections on the record re submission of video taped depositions per the court's order.

Court advised counsel the admitted exhibits were their responsibility. Counsel to remark their exhibits per the re-alignment of the parties but exhibit identifications to remain the same.

At 10:50 a.m. court adjourned.

DATE:   JUNE 14, 2007       DEPUTY CLERK'S INITIALS:    lc