```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

     OFC CAPITAL                vs.      AT PUBLISHING, INC.

BEFORE THE HONORABLE JOHN W. SEDWICK    CASE NO 3:04-CV-00011-JWS

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   MARION F. WALKER

               DEFENDANT:   MICHAEL T. STEHLE

PROCEEDINGS: TRIAL BY JURY - DAY 2 HELD 6/19/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:06 a.m. court convened with the jury panel present.

Robert Leas resumed the stand and testified further on behalf of the plaintiff.

Plaintiff's exhibits H, P, R, X, XX, AAA, EEE, HHH, KKK, MMM **ADMITTED BY STIPULATION.**

Defendant's exhibits 29, 34, 50, 54, 55, 57, 58, 60, 68, 77 **ADMITTED BY STIPULATION**.

At 11:13 a.m. the jury panel exited the courtroom.

Court and counsel heard re plaintiff's exhibits ZZZ and AAAA.

At 11:21 a.m. court recessed until 11:35 a.m. without the jury panel present.

Court and counsel heard re plaintiff's exhibit RR and First Amended Complaint.

At 11:43 a.m. the jury panel entered the courtroom.

Robert Leas resumed the stand and testified further on behalf of the plaintiff.

Continued To Page 2

DATE:    June 19, 2007        DEPUTY CLERK'S INITIALS:     SCL

```
                  Continuation - Page 2
              OFC Captial vs. AT Publishing, Inc.
                     3:04-cv-00011-JWS
                    Trial By Jury - Day 2
                       June 19, 2007
----------------------------------------------------------------
```

Defendant's exhibit 1 **ADMITTED BY STIPULATION**.

Plaintiff's exhibit G **ADMITTED BY STIPULATION**.

Court admonished the jury panel.

At 12:22 p.m. the jury panel exited the courtroom.

At 12:24 p.m. court recessed until 1:51 p.m. with the jury panel present.

Carolyn McClain sworn and testified on behalf of the plaintiff.

Plaintiff's exhibits C, K, L, M, N, O, Q, AA **ADMITTED BY STIPULATION**.

Defendant's exhibit 28, 70 **ADMITTED BY STIPULATION**.

At 3:47 p.m. court recessed until 4:00 p.m. with the jury panel present.

Frank Martone sworn and testified on behalf of the plaintiff.

Plaintiff exhibits DDD, QQQ, SSS **ADMITTED BY STIPULATION**.

Court admonished the jury panel.

At 4:37 p.m. the jury panel exited the courtroom to reconvene Wednesday, June 20, 2007 at 9:00 a.m.

Court and counsel heard re trial scheduling and witnesses.

At 4:44 p.m. court recessed this matter to reconvene **Wednesday, June 20, 2007 at 9:00 a.m.**

DATE:     June 19, 2007      DEPUTY CLERK'S INITIALS:     SCL