MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

OFC CAPITAL         vs.     AT PUBLISHING, INC.

BEFORE THE HONORABLE JOHN W. SEDWICK    CASE NO 3:04-CV-00011-JWS

DEPUTY CLERK/RECORDER:      SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   MARION F. WALKER

               DEFENDANT:   MICHAEL T. STEHLE

PROCEEDINGS: TRIAL BY JURY - DAY 3 HELD 6/20/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:09 a.m. court convened without the jury panel present.

Court and counsel heard re witness.

At 9:12 a.m. the jury panel entered the courtroom.

Frank Martone resumed the stand and testified further on behalf of the plaintiff.

Plaintiff exhibits III, JJJ, LLL, PPP **ADMITTED BY STIPULATION**.

At 10:34 a.m. court recessed until 10:52 a.m. with the jury panel present.

Frank Martone resumed the stand and testified further on behalf of the plaintiff.

Plaintiff exhibits D, X, BB, NNN **ADMITTED BY STIPULATION**.

Defendant exhibits 11, 12, 26 **ADMITTED BY STIPULATION**.

At 11:56 a.m. court recessed until 1:36 p.m. with the jury panel present.

Frank Martone resumed the stand and testified further on behalf of the plaintiff.

Burton C. Green previously sworn and testified via video deposition on behalf of the plaintiff.

Continued To Page 2

DATE:   June 20, 2007      DEPUTY CLERK'S INITIALS:      SCL

```
                    Continuation - Page 2
              OFC Captial vs. AT Publishing, Inc.
                      3:04-cv-00011-JWS
                    Trial By Jury - Day 3
                       June 20, 2007
------------------------------------------------------------------
```

At 3:07 p.m. court recessed until 3:33 p.m with the jury panel present.

Burton C. Green further testified via video deposition on behalf of the plaintiff.

Court admonished the jury panel.

At 4:20 p.m. the jury panel exited the courtroom to reconvene Thursday, June 21, 2007 at 9:00 a.m.

Court and counsel heard re trial scheduling and jury instructions.

At 4:30 p.m. court recessed this matter to reconvene **Thursday, June 21, 2007 at 9:00 a.m.**

DATE:___June 20, 2007_____   DEPUTY CLERK'S INITIALS:____SCL____