***AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

_____OFC CAPITAL_____ vs. \_\_\_\_\_AT PUBLISHING, INC.\_\_\_\_\_

BEFORE THE HONORABLE \_JOHN W. SEDWICK\_   CASE NO \_3:04-CV-00011-JWS\_

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

APPEARANCES:   PLAINTIFF: \_\_\_\_MARION F. WALKER\_\_\_\_

                DEFENDANT: \_\_\_\_MICHAEL T. STEHLE\_\_\_\_

PROCEEDINGS: TRIAL BY JURY - DAY 2 HELD 6/19/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened with the jury panel present.

Robert Leas resumed the stand and testified further on behalf of the plaintiff.

Plaintiff's exhibits H, P, R, X, XX, AAA, EEE, HHH, KKK, MMM **\*IDENTIFIED** (previously admitted by stipulation).

Defendant's exhibits 29, 34, 50, 54, 55, 57, 58, 60, 68, 77 **\*IDENTIFIED** (previously admitted by stipulation).

At 11:13 a.m. the jury panel exited the courtroom.

Court and counsel heard re plaintiff's exhibits ZZZ and AAAA.

At 11:21 a.m. court recessed until 11:35 a.m. without the jury panel present.

Court and counsel heard re plaintiff's exhibit RR and First Amended Complaint.

At 11:43 a.m. the jury panel entered the courtroom.

Robert Leas resumed the stand and testified further on behalf of the plaintiff.

Continued To Page 2

DATE: \_\_\_June 19, 2007\_\_\_   DEPUTY CLERK'S INITIALS: \_\_\_SCL\_\_\_

```
                    Continuation - Page 2
                 OFC Captial vs. AT Publishing, Inc.
                         3:04-cv-00011-JWS
                       Trial By Jury - Day 2
                          June 19, 2007
```
--------------------------------------------------------------

Defendant's exhibit 1 **\*IDENTIFIED** (previously admitted by stipulation).

Plaintiff's exhibit G **\*IDENTIFIED** (previously admitted by stipulation).

Court admonished the jury panel.

At 12:22 p.m. the jury panel exited the courtroom.

At 12:24 p.m. court recessed until 1:51 p.m. with the jury panel present.

Carolyn McClain sworn and testified on behalf of the plaintiff.

Plaintiff's exhibits C, K, L, M, N, O, Q, AA **\*IDENTIFIED** (previously admitted by stipulation).

Defendant's exhibit 28, 70 **\*IDENTIFIED** (previously admitted by stipulation).

At 3:47 p.m. court recessed until 4:00 p.m. with the jury panel present.

Frank Martone sworn and testified on behalf of the plaintiff.

Plaintiff exhibits DDD, QQQ, SSS **\*IDENTIFIED** (previously admitted by stipulation).

Court admonished the jury panel.

At 4:37 p.m. the jury panel exited the courtroom to reconvene Wednesday, June 20, 2007 at 9:00 a.m.

Court and counsel heard re trial scheduling and witnesses.

At 4:44 p.m. court recessed this matter to reconvene **Wednesday, June 20, 2007 at 9:00 a.m.**

DATE:_____June 19, 2007_____   DEPUTY CLERK'S INITIALS:_____SCL_____