```
                              *AMENDED
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

      OFC CAPITAL            vs.       AT PUBLISHING, INC.

BEFORE THE HONORABLE JOHN W. SEDWICK    CASE NO 3:04-CV-00011-JWS

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    MARION F. WALKER

                DEFENDANT:    MICHAEL T. STEHLE

PROCEEDINGS: TRIAL BY JURY - DAY 3 HELD 6/20/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:09 a.m. court convened without the jury panel present.

Court and counsel heard re witness.

At 9:12 a.m. the jury panel entered the courtroom.

Frank Martone resumed the stand and testified further on behalf of the plaintiff.

Plaintiff exhibits III, JJJ, LLL, PPP **IDENTIFIED** (previously admitted by stipulation).

At 10:34 a.m. court recessed until 10:52 a.m. with the jury panel present.

Frank Martone resumed the stand and testified further on behalf of the plaintiff.

Plaintiff exhibits D, X, BB, NNN **IDENTIFIED** (previously admitted by stipulation).

Defendant exhibits 11, 12, 26 **IDENTIFIED** (previously admitted by stipulation).

At 11:56 a.m. court recessed until 1:36 p.m. with the jury panel present.

Continued To Page 2

DATE:    June 20, 2007      DEPUTY CLERK'S INITIALS:      SCL

```
                  Continuation - Page 2
            OFC Captial vs. AT Publishing, Inc.
                     3:04-cv-00011-JWS
                   Trial By Jury - Day 3
                       June 20, 2007
-----------------------------------------------------------------
```

Frank Martone resumed the stand and testified further on behalf of the plaintiff.

Burton C. Green previously sworn and testified via video deposition on behalf of the plaintiff.

At 3:07 p.m. court recessed until 3:33 p.m with the jury panel present.

Burton C. Green further testified via video deposition on behalf of the plaintiff.

Court admonished the jury panel.

At 4:20 p.m. the jury panel exited the courtroom to reconvene Thursday, June 21, 2007 at 9:00 a.m.

Court and counsel heard re trial scheduling and jury instructions.

At 4:30 p.m. court recessed this matter to reconvene **Thursday, June 21, 2007 at 9:00 a.m.**

DATE:＿＿June 20, 2007＿＿＿   DEPUTY CLERK'S INITIALS:＿＿＿SCL＿＿＿