```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

       OFC CAPITAL       vs.     AT PUBLISHING, INC.

BEFORE THE HONORABLE JOHN W. SEDWICK    CASE NO 3:04-CV-00011-JWS

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    MARION F. WALKER

                DEFENDANT:    MICHAEL T. STEHLE

PROCEEDINGS: TRIAL BY JURY - DAY 4 HELD 6/21/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:42 a.m. court convened without the jury panel present.

Ray Seaward sworn and testified by video deposition on behalf of the plaintiff.

Plaintiff exhibits II, JJ, KK, LL, MM, NN **IDENTIFIED** (previously admitted by stipulation).

Court admonished the jury panel.

At 11:59 a.m. the jury panel exited the courtroom.

Court and counsel heard re trial scheduling.

At 12:00 p.m. court recessed until 1:41 p.m. with the jury panel present.

Ray Seaward resumed the stand and testified further by video deposition on behalf of the plaintiff.

Plaintiff exhibit OO, PP, **IDENTIFIED** (previously admitted by stipulation).

Plaintiff rested.

At 3:34 p.m. the jury panel exited the courtroom.

Court and counsel heard re plaintiff's renewed oral motion to enter plaintiff exhibit RR into evidence; **DENIED**.

Continued To Page 2

DATE:    June 21, 2007       DEPUTY CLERK'S INITIALS:      SCL

```
                    Continuation - Page 2
              OFC Captial vs. AT Publishing, Inc.
                      3:04-cv-00011-JWS
                    Trial By Jury - Day 4
                       June 21, 2007
-----------------------------------------------------------------
```

Court and counsel heard re defendant's oral motion for directive verdict; **DENIED** and defendant's oral motion re affirmative claim for damages; **DENIED**.

At 3:42 p.m. court recessed until 3:57 p.m. with the jury panel present.

Andrew John Martone sworn and testified on behalf of the defendant.

Defendant exhibits 4, 5 **IDENTIFIED** (previously admitted by stipulation).

Court admonished the jury panel.

At 4:30 p.m. the jury panel exited the courtroom to reconvene Friday, June 22, 2007 at 9:00 a.m.

Court and counsel heard re trial scheduling, jury instructions and closing arguments.

At 4:35 p.m. court recessed this matter to reconvene **Friday, June 22, 2007 at 9:00 a.m.**

DATE:    June 21, 2007      DEPUTY CLERK'S INITIALS:    SCL