MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

_____OFC CAPITAL_____ vs. _____AT PUBLISHING, INC._____

BEFORE THE HONORABLE __JOHN W. SEDWICK__   CASE NO __3:04-CV-00011-JWS__

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

APPEARANCES:   PLAINTIFF: _____MARION F. WALKER_____

               DEFENDANT: _____MICHAEL T. STEHLE_____

PROCEEDINGS: TRIAL BY JURY - DAY 5 HELD 6/22/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:29 a.m. court convened with the jury panel present.

Andrew John Martone resumed the stand and testified further on behalf of the defendant.

Defendant exhibits 2, 7, 8 **IDENTIFIED** (previously admitted by stipulation).

Plaintiff exhibit RR **IDENTIFIED**. Plaintiff exhibit HH **IDENTIFIED** (previously admitted by stipulation).

At 10:42 a.m. court recessed until 10:53 a.m. with the jury panel present.

Esquiel Laguna, Jr. sworn and testified on behalf of the defendant.

Clinton Alexandre Seyer, Jr. sworn and testified on behalf of the defendant.

Carolyn McClain sworn and testified on behalf of the defendant.

Court admonished the jury panel.

At 12:00 the jury panel exited the courtroom.

Court and counsel heard re trial scheduling, jury instructions and closing arguments.

Continued To Page 2

DATE: _____June 22, 2007_____   DEPUTY CLERK'S INITIALS: _____SCL_____

```
                  Continuation - Page 2
              OFC Captial vs. AT Publishing, Inc.
                     3:04-cv-00011-JWS
                   Trial By Jury - Day 5
                      June 22, 2007
------------------------------------------------------------------
```

At 12:04 p.m. court recessed until 2:17 p.m. with the jury panel present.

Robert Leas sworn and testified on behalf of the defendant.

Jeffrey Jarvi sworn as reader for deposition testimony of Al Mickley on behalf of the defendant.

Al Mickley deposition testimony read for the jury panel.

Defendant rested.

Lee Whitten sworn and testified on behalf of the plaintiff on rebuttal.

Plaintiff exhibit TTT **IDENTIFIED** (previously admitted by stipulation).

Robert Leas sworn and testified on behalf of the plaintiff on rebuttal.

Court and counsel heard re plaintiff's oral motion to re-offer plaintiff exhibits AAAA and ZZZ.

At 3:37 p.m. the jury panel exited the courtroom.

Court and counsel heard re plaintiff's oral motion to re-offer plaintiff exhibits AAAA and ZZZ; **DENIED**.

At 3:43 p.m. the jury panel entered the courtroom.

Robert Leas resumed the stand and testified further on behalf of the plaintiff on rebuttal.

Plaintiff rested.

At 3:44 p.m. the jury panel exited the courtroom.

Continued To Page 3

DATE:___June 22, 2007___    DEPUTY CLERK'S INITIALS:___SCL___

```
                    Continuation - Page 3
              OFC Captial vs. AT Publishing, Inc.
                      3:04-cv-00011-JWS
                    Trial By Jury - Day 5
                        June 22, 2007
------------------------------------------------------------------
```

Court and counsel heard re plaintiff's Motion for Judgment as a Matter of Law Pursuant to Rule 50(a).

Arguments heard.

Court and counsel heard re plaintiff's Motion for Judgment as a Matter of Law Pursuant to Rule 50(a); **DENIED**.

Court and counsel heard re defendant's renewed oral motion for directive verdict; **DENIED**.

Court and counsel heard re trial scheduling.

At 4:10 p.m. the jury panel entered the courtroom.

Court admonished the jury panel.

At 4:13 p.m. the jury panel exited the courtroom to reconvene Tuesday, June 26, 2007 at 9:00 a.m.

Court and counsel heard re trial scheduling and jury instructions.

At 4:13 p.m. court recessed this matter to reconvene **Tuesday, June 26, 2007 at 8:45 a.m.**

DATE:   June 22, 2007   DEPUTY CLERK'S INITIALS:   SCL