Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone: (205) 244-5916
Fax:            (205) 244-5901

Attorney for Plaintiff OFC Capital, a division of Mid-Country Bank

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **OFC CAPITAL, a division of** ) | |
| **MID-COUNTRY BANK** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **USDC No. 3:04-cv-0011 (JWS)** |
| ) | |
| **A.T. PUBLISHING, INC.** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

_____

### MOTION TO RE-OPEN PLAINTIFF'S REBUTTAL CASE IN ORDER TO RECEIVE EXHIBITS

_____

NOW COMES OFC Capital, by and through its attorneys, and moves the court to re-open the plaintiff's rebuttal case only for the purpose of receiving exhibits set out below and as grounds therefore says as follows:

1.  During the course of trial, AT Publishing presented, for the first time, an

affirmative defense that there was a question as to when the lease began because there was no evidence of when the lease schedules were executed. OFC objected and objects because any such defense was waived. AT Publishing claimed it had never seen in the course of discovery and litigation, a copy of the executed lease schedules. The copies that OFC Capital had in court and affixed as Exhibits AAAA and ZZZ did not reflect a bates number evidencing that the lease schedules had been shared with AT Publishing and OFC Capital wrongly believed they had not been produced.

A review of the initial disclosures in this lawsuit which were made in or around February of March of 2004, reflected that the fully executed lease schedules numbers 1 and 2 (Plaintiff's Exhibits AAAA and ZZZ) in fact do reflect the executed lease schedules were included in the initial disclosures with bates labels OFC/ATP 0024 and 0025. AT Publishing has had access to these executed lease schedules for three years and while they were not included initially as exhibits in this lawsuit, especially since there had been no relevant defense heretofore set up by AT Publishing, the exhibits are due to admitted into evidence. This is particularly true since AT Publishing is making a defense that it knows is incorrect.

2.  OFC Capital also moves the court to re-open the rebuttal case to receive in evidence Defendant's Exhibit 61 which is a composite exhibit of AB Dick invoices referred to in the examination of Lee Whitten which OFC Capital believed was an admitted exhibit, when in fact it was only identified by AT Publishing. Any objection OFC Capital had to said exhibit is withdrawn, especially since the invoices were referenced in the testimony of Lee Whitten and contends the exhibits should be admitted and go to the jury.

3. Defendant AT Publishing will not suffer any prejudice if documents they have had in hand for three years are admitted into evidence. The probative value of the fully executed lease schedules is patently clear in light of AT Publishing's new defense. Likewise, it was AT Publishing that identified the invoices of AB Dick that refer to work at AT Publishing on the equipment at issue. These invoices are relevant to AT Publishing's claims of equipment dysfunction and continuing use after it claims rejection. No prejudicial affect will result to AT Publishing if this exhibit is admitted.

Wherefore, premises considered, OFC Capital moves the court to re-open its rebuttal case for the purpose of accepting as exhibits the above proffered lease schedules – Exhibits AAAA and ZZZ and AT Publishing's identified Exhibit 61.

Dated this 25th day of June 2007.

              s/ Marion F. Walker
              Marion F. Walker
              Attorney for Plaintiff OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

              By: s/ Randall J. Weddle
              Randall J. Weddle
              701 West 8th Avenue, Suite 700
              Anchorage, Alaska 99501
              Phone: (907) 274-0666
              Fax: (907) 277-4657
              Rweddle@anc.hwb-law.com
              Alaska Bar No. 7206034

LOCAL COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

**CERTIFICATE OF SERVICE**

    I hereby certify that, on the 25th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael T. Stehle
> Law Office of Michael Stehle, PC
> 737 West 5th Ave., Suite 206
> Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Not Applicable.

> s/ Randall J. Weddle
> Randall J. Weddle

X:\4103\18823\pld\MtnReOpen.062507.DOC