```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

      OFC CAPITAL           vs.      AT PUBLISHING, INC.

BEFORE THE HONORABLE JOHN W. SEDWICK    CASE NO 3:04-CV-00011-JWS

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    MARION F. WALKER

                DEFENDANT:    MICHAEL T. STEHLE

PROCEEDINGS: TRIAL BY JURY - DAY 6 / VERDICT HELD 6/26/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:38 a.m. court convened without the jury panel present.

Court and counsel heard re jury instructions and verdict form.

Court and counsel heard re plaintiff's Motion to Reopen Case re Plaintiff's Rebuttal Case in Order to Receive Exhibits (Dkt 187) and Defendant exhibit 61.

Arguments heard.

Court and counsel heard re plaintiff's Motion to Reopen Case re Plaintiff's Rebuttal Case in Order to Receive Exhibits (Dkt 187); as to plaintiff exhibits ZZZ, AAAA **DENIED**; as to defendant exhibit 61 **GRANTED**.

At 8:48 a.m. court recessed until 8:49 a.m. without the jury panel present.

Court and counsel heard re jury instructions, conformed exhibit list for the jury panel and trial scheduling.

At 9:04 a.m. the jury panel entered the courtroom.

Court addressed the jury panel.

Closing arguments heard.


                        Continued To Page 2

DATE:    June 26, 2007        DEPUTY CLERK'S INITIALS:    SCL

```
                    Continuation - Page 2
              OFC Capital vs. AT Publishing, Inc.
                        3:04-cv-00011-JWS
                      Trial By Jury - Day 6
                         June 26, 2007
------------------------------------------------------------------
```

Court read jury instructions and admonished the jury panel.

At 10:51 a.m. the jury panel exited the courtroom to begin deliberations.

Court and counsel heard re exhibits and contact information.

At 10:53 a.m. court recessed until 2:05 p.m. without the jury panel present.

Court and counsel heard re jury notes.

At 2:08 p.m. court recessed until 2:59 p.m. without the jury panel present.

Court and counsel heard re jury note.

At 3:07 p.m. court recessed until 3:28 p.m. without the jury panel present.

Court and counsel heard re jury note.

At 3:29 p.m. the jury panel entered the courtroom.

Verdict published. Jury found in favor of the Plaintiff.

Jury polled; all answered in the affirmative.

At 3:33 p.m. court thanked and excused the jury panel.

Court and counsel heard re plaintiff's oral motion for 20 days to file motion for attorney fees and taxation for cause; **GRANTED**. If the rule is 30 days to tax cause, plaintiff may have the 30 days to file.

At 3:37 p.m. court adjourned.

Continued To Page 3

DATE:     June 26, 2007       DEPUTY CLERK'S INITIALS:     SCL

```
                    Continuation - Page 3
              OFC Capital vs. AT Publishing, Inc.
                       3:04-cv-00011-JWS
                     Trial By Jury - Day 6
                         June 26, 2007
------------------------------------------------------------------
```

Jury Instructions and Special Verdict Form **FILED**.

List of Exhibits and Witnesses to be filed separately.

All admitted exhibits returned to counsel.

DATE:___June 26, 2007_____   DEPUTY CLERK'S INITIALS:_____SCL_____