(Rev 6/07)                    **LIST OF EXHIBITS**

----------------------------------------------------------------------------------

Case No.    3:04-CV-00011-JWS            Judge:   **JOHN W. SEDWICK**

Title       OFC CAPITAL

   vs.

       AT PUBLISHING, INC.

Dates of Trial:    June 18, 2007    Thru     June 26 ,2007

Deputy Clerk/Recorder: S. Lucero

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Marion F. Walker | Michael T. Stehle |
|  |  |
|  |  |

-----------------------------------------------------**EXHIBITS**-----------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| A | ✓ | A/S | OFC Capital Working File on lease of 4995 | 1 | ✓ | A/S | Polyester plate with handles |
| B | ✓ | A/S | OFC Capital working file on lease of DPM 2340 | 2 | ✓ | A/S | Polyester plate without handles |
| C | ✓ | A/S | 11/10/02 fax from Ashcraft to Mickley | 3 |  |  |  |
| D | ✓ | A/S | OFC Capital Express Plus Application | 4 | ✓ | A/S | Color test sheet |
| E |  | A/S | 11/11/02 OFC Capital lease application | 5 | ✓ | A/S | Test sheet |
| F | ✓ | A/S | 11/18/02-3/24/03 executed Master Lease | 6 |  | A/S | Handout-Prince William Sound Brochure |
| G | ✓ | A/S | 11/18/02 Lease Schedule 1&2 w/purchase agreement | 7 | ✓ | A/S | Color test pattern w/some portions circled |
| H | ✓ | A/S | 11/19/02 Delivery and Acceptance Receipt | 8 | ✓ | A/S | Prince William Sound Book |
| I |  | A/S | 11/19/02 Delivery and Acceptance Receipt | 9 |  |  |  |
| J | ✓ | A/S | 11/20/02 Fax to Ashcraft from McClain | 10 |  |  |  |
| K | ✓ | A/S | 11/20/02 Fax to Ashcraft from McClain | 11 | ✓ | A/S | Price for Indigo Press |

**Case No: 3:04-CV-00011-JWS**          **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| L | ✓ | A/S | 11/22/02 OFC Capital check no.01600 | 12 | ✓ | A/S | Purchase order for Indigo Press |
| M | ✓ | A/S | 3/06/03 Installation Activation Certificate | 13 | | A/S | 12/26/01 AB Dick to F. Martone w/lease |
| N | ✓ | A/S | 3/07/03 Installation Activation Certificate | 14 | | | |
| O | ✓ | A/S | 3/11/03 Fax coversheet from Patitucci | 15 | | A/S | 1/25/02 re brochure |
| P | ✓ | A/S | 3/24/03 Verbal auth. form for AT Pub. | 16 | | | |
| Q | ✓ | A/S | 3/24/03 Verbal auth. form for AT Pub. | 17 | | | |
| R | ✓ | A/S | Allstate documents identifying OFC Cap. | 18 | | | |
| S | | | | 19 | | | |
| T | ✓ | A/S | 5/05/03 OFC Capital Collection Notes | 20 | | | |
| U | ✓ | A/S | 5/06/03 e-mail from Roberts to Reeves | 21 | | | |
| V | ✓ | A/S | 5/27/03 e-mail from Roberts to Reeves | 22 | | | |
| W | ✓ | A/S | 2/05/01 Vendor prefund agreement | 23 | | | |
| X | ✓ | A/S | Collection letter from OFC to F. Martone | 24 | | A/S | 6/18/02 Garrett letter to F. Martone |
| Y | | | | 25 | | | |
| Z | | | | 26 | ✓ | A/S | Brochure AB Dick |
| AA | ✓ | A/S | 3/03 monthly calendar with appointments | 27 | | A/S | 9/01/02 Salesman sheet re 4995 |
| BB | ✓ | A/S | 2/28/02 memo from Green to Domrese | 28 | ✓ | A/S | 11/18/02 McClain letter to F. Martone |
| CC | | A/S | Hand-drawn diagram | 29 | ✓ | A/S | 11/25/02 from McClain |
| DD | | A/S | 3/10/03 e-mail from Green to Garrett | 30 | | A/S | 12/02/02 fax |
| EE | | | | 31 | | A/S | 2/25/03 Invoice from AB Dick |

Page: _____ **3** _____

**Case No: 3:04-CV-00011-JWS**          **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| FF | | | | 32 | | A/S | 3/03/03 Invoice |
| GG | | A/S | 1/13/02 letter from R. Seaward | 33 | | A/S | 4/17/03 Invoice |
| HH | ✓ | A/S | 3/2003 Monthly calendar | 34 | ✓ | A/S | 5/05/03 Letter - AT Publishing |
| II | ✓ | A/S | AB Dick 4995A-ICS-Operational manual | 35 | | A/S | 5/12/03 Invoice / Credit memo |
| JJ | ✓ | A/S | Diagram | 36 | | | |
| KK | ✓ | A/S | AB Dick 4995ICS-Training Checklist | 37 | | | |
| LL | ✓ | A/S | 4995/9995A Startup & Washup | 38 | | | |
| MM | ✓ | A/S | AB Dick 9995A/4995A ICS Image / Plate | 39 | | | |
| NN | ✓ | A/S | Doc printed by AT Publishing | 40 | | A/S | 3/21/02 fax from F. Martone |
| OO | ✓ | A/S | Polyester plate produced by AT | 41 | | | |
| PP | ✓ | A/S | Cover of "Alaska Miners Handbook | 42 | | A/S | 1/27/03 AB Dick to AT Publishing-Lease |
| QQ | | A/S | 8/20/03 email from R. Seaward to Levell | 43 | | A/S | Brochure re 4995 Press |
| RR | ✓ | | 4/11/03 email f/ G. Martone to AB Dick | 44 | | A/S | Timecard |
| SS | | | | 45 | | A/S | AB Dick printers say yes to 4995 |
| TT | | A/S | 2003 yearly calendar view of R. Seaward | 46 | | | |
| UU | | | | 47 | | | |
| VV | | | | 48 | | | |
| WW | | A/S | 4/23/03 email from K. Newton | 49 | | | |
| XX | ✓ | A/S | 4/21/03 email between Seaward/Ashcraft | 50 | ✓ | A/S | Herden letter to Mills 4/06/04 |
| YY | | | | 51 | | | |

Page: **4**

**Case No: 3:04-CV-00011-JWS**          **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|-----------|---|----|--------------------------------------------|------|----|------|--------------------------------------------|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| ZZ | | A/S | 4/15/03 Email to Ashcraft to Newton | 52 | | | |
| AAA | ✓ | A/S | 6/02/03 Letter from Mills to Ashcraft | 53 | | A/S | 10/31/03 Mills letter to Herden |
| BBB | | | | 54 | ✓ | A/S | Mills letter to Herden cc: Craig Roberts |
| CCC | | | | 55 | ✓ | A/S | 7/24/03 Herden Letter to Mills |
| DDD | ✓ | A/S | 11/07/02 Letter from Taylor to F. Martone | 56 | | | |
| EEE | ✓ | A/S | 11/08/02 Sales Order | 57 | ✓ | A/S | 6/03/03 Mills letter to Herden |
| FFF | | A/S | 11/07/02 Site Survey | 58 | ✓ | A/S | 6/03/03 Herden letter to Mills |
| GGG | | A/S | 11/07/02 Equipment Installation Guide | 59 | ✓ | A/S | 6/05/03 Fax cover and letter |
| HHH | ✓ | A/S | 11/08/02 Handwritten doc of B. Taylor | 60 | ✓ | A/S | 6/02/03 Fax from C. Roberts to AB Dick |
| III | ✓ | A/S | 11/08/02 Offset press 12 month warranty | 61 | | 6/26 | AB Dick's service history |
| JJJ | ✓ | A/S | 11/08/02 DPM 2340 warranty program | 62 | | A/S | AB Dick's service history re Indigo press |
| KKK | ✓ | A/S | 11/11/02 letter from Taylor to F. Martone | 63 | | A/S | AB Dick's service order re delivery |
| LLL | ✓ | A/S | 1/31/03 update & info about 4995A-ICS | 64 | | A/S | Schedule of closing documents |
| MMM | ✓ | A/S | 3/21/02 letter from B. Taylor | 65 | | A/S | Checklist of documents |
| NNN | ✓ | A/S | 5/20/03 Invoice | 66 | | A/S | 1/24/03 Invoice from AB Dick |
| OOO | | A/S | 5/21/03 Invoice | 67 | | A/S | 1/23/ Invoices |
| PPP | ✓ | A/S | Diagram | 68 | ✓ | A/S | 1/17/03 Fax from Martone to Mickley |
| QQQ | ✓ | A/S | AB Dick sales order | 69 | | A/S | Schedule of closing documents |
| RRR | | A/S | AT Publishing fax cover sheet | 70 | ✓ | A/S | Checklist of documents |
| SSS | ✓ | A/S | 5/07/02 letter from AB Dick Capital | 71 | | A/S | Equipment cost / prefund calculation |

Page:____5____

| Case No: 3:04-CV-00011-JWS | | | | Judge: JOHN W. SEDWICK | | | |
| PLAINTIFF | | | | DEFENDANT | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| TTT | ✓ | A/S | Composite of Impression Invoices | 72 | | A/S | UCC Financing Statements |
| UUU | | | | 73 | | A/S | Fax from OFC to Allstate |
| VVV | | | | 74 | | | |
| WWW | | | | 75 | | A/S | 7/24/03 Herden letter to Mills |
| XXX | | | | 76 | | A/S | Mills letter to Herden |
| YYY | | | | 77 | ✓ | A/S | 9/16/03 Mills letter to Herden |
| ZZZ | | | | 78 | | A/S | 10/17/03 Mills letter to Herden |
| AAAA | | | | 79 | | | |
| | | | | 80 | | | |
| | | | | 81 | ✓ | A/S | 7/16/03 Knipp letter to Mickley |
| | | | | 82 | | | |
| | | | | 83 | | | |
| | | | | 84 | | | |
| | | | | 85 | | | |
| | | | | 86 | | | |
| | | | | 87 | | | |
| | | | | 88 | | | |
| | | | | 89 | | | |
| | | | | 90 | | | |
| | | | | | | | |