IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, ) ) ) | |
| Plaintiff, ) ) | 3:04-cv-00011 JWS |
| v. ) ) ) | |
| AT PUBLISHING, INC., ) ) | |
| Defendant. ) | |

**SPECIAL VERDICT**

1. We, the jury, find for ____OFC Capital____ [write in either OFC Capital or AT Publishing].

If you found for AT Publishing in paragraph 1, skip paragraph 2 and the jury foreperson should date and sign this verdict form. If you found for OFC Capital in paragraph 1, respond to paragraph 2.

2. We the jury find that the amount of money which will fairly compensate OFC Capital is $__418,237.91__ [fill in the amount].

Your foreperson should sign and date this Special Verdict below.

__June 26th, 2007__
Date

SIGNATURE REDACTED
Foreperson of the Jury #1