**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

OFC CAPITAL, a division of
ALFA FINANCIAL CORPORATION,
    Plaintiff,

                                              Case Number 3:04-cv-00011-JWS

v.

AT PUBLISHING, INC.,
    Defendant.                    **JUDGMENT IN A CIVIL CASE**

_X_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT Plaintiff OFC CAPITAL, recover of defendant AT PUBLISHING, INC., the sum of $<u>418,237.91</u>, together with prejudgment interest in the amount of $_____, attorney's fees in the amount of $_____ and plaintiff's cost of action in the amount of $_____ for a total judgment of $ _____ with post judgment interest thereon at the rate of <u> 4.95 </u>% as provided by law.

APPROVED:

<u>/s/ JOHN W. SEDWICK          </u>
United States District Judge

Date: June 27, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*      <u>Ida Romack                </u>
                                                        Ida Romack, Clerk of Court

[304cv11JWS-judgment.wpd]{JMT2.WPT*Rev.3/03}