UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

OFC CAPITAL, a division of
ALFA FINANCIAL CORPORATION,
        Plaintiff,

                                        Case Number 3:04-cv-00011-JWS

v.

AT PUBLISHING, INC.,
        Defendant.                      **JUDGMENT IN A CIVIL CASE**


__X__  **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


___    **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT Plaintiff OFC CAPITAL, recover of defendant AT PUBLISHING, INC., the sum of $418,237.91, together with prejudgment interest in the amount of $_____, attorney's fees in the amount of $_____ and plaintiff's cost of action in the amount of $ 5,317.30 for a total judgment of $ _____ with post judgment interest thereon at the rate of 4.95 % as provided by law.

APPROVED:

/s/ JOHN W. SEDWICK
United States District Judge


Date: June 27, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                        Ida Romack
                                        Ida Romack, Clerk of Court


{304cv11JWS-judgment.wpd}{JMT2.WPT*Rev.3/03}