Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:     (205) 244-5916
Fax:   (205) 244-5901

Attorney for Plaintiff OFC Capital, a wholly-owned subsidiary of Mid-Country Financial Corporation

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,**<br><br>　　Plaintiff,<br><br>v.<br><br>**A.T. PUBLISHING, INC.**<br><br>　　Defendant. | Case No. 3:04-cv-0011-JWS |

### DECLARATION IN SUPPORT OF BILL OF COSTS

The following declaration is made pursuant to 28 U.S.C. §1746:

1.　　I am an attorney of record for Plaintiff, OFC Capital. A jury verdict was entered in favor of OFC Capital on June 27, 2007 in the above-

referenced case. This declaration is made in support of Plaintiff's Bill of Costs, submitted pursuant to 28 U.S.C. §§ 1920, 1924. This declaration is based on personal knowledge of the facts set forth below.

2. The expenses set forth in the attached Bill of Costs accurately reflect the costs actually and necessarily incurred and paid by OFC Capital in this case. The listed expenses and computations are correct to the best of my knowledge, investigation and belief.

3. The total necessary costs compensable by law incurred by OFC Capital in this matter are $12,905.43.

I declare under penalty of perjury that the foregoing is true and correct.

This 12th day of July 2007.

                                        Respectfully submitted,

                                        s/ Marion F. Walker
                                        Marion F. Walker
                                        Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

                                        Randall J. Weddle
                                        Alaska Bar No. 7206034
                                        Attorney for Defendant OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that, on the 12th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael T. Stehle
>Law Office of Michael Stehle, PC
>737 West 5th Ave., Suite 206
>Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Not Applicable.

>s/ Marion F. Walker
>Of Counsel

Birmingham:17267.2