# COURT REPORTER FEES AND TRAVEL FEES RELATED TO DEPOSITIONS

| Invoice | Date | Amount | Description |
|---|---|---|---|
| 422109 | 2/23/2006 | $2,140.18 | MFW travel to and from Portland, OR - Oakland, CA - Los Angeles, CA on 2/16/06 to 2/23/06. |
| 422176 | 2/28/2006 | $683.75 | Benchmark Video - Video Deposition Transcript of R.Seaward on 2/17/06 - Invoice No.1012 |
| 422913 | 3/5/2006 | $469.26 | MFW hotel and travel to and from Alpharetta, GA on 3/5/06-3/7/06. |
| 422959 | 3/21/2006 | $930.00 | Freedom Reporting - Video of depositions of Ben Taylor & Glen Ashcraft on 2/20/06 - Invoice No.OSV08738. |
| 422960 | 3/14/2006 | $869.85 | Freedom Reporting - Deposition Transcript of Burt Green on 2/21/06 - Invoice No.OS007331 |
| 422963 | 3/8/2006 | $1,225.05 | Freedom Reporting - Deposition Transcript of Glen Ashcraft & Ben Taylor on 2/20/06 - Invoice No.OSV08738. |
| 422964 | 3/16/2006 | $558.50 | Freedom Reporting - Deposition Transcript of Burt Green on 2/21/06 - Invoice No.OSV08491 |
| 427118 | 3/8/2006 | $1,275.00 | Clark Reporting - Deposition Transcript of Ray Seaward - Invoice No.2002096 dated 3/8/06. |
| 427467 | 4/3/2006 | $127.50 | Atkinson-Baker, Inc - Transcript of deposition of Tad Graham - Account No.1214480 dated 4/3/06. |
| 428144 | 4/7/2006 | $175.25 | Atkinson-Baker, Inc - Deposition Transcript of R.Leas taken 3/7/06 - Invoice No.A001E98B. |
| 428228 | 3/6/2006 | $355.55 | Atkinson-Baker, Inc - Deposition Transcript of C.Aquilion, C.Roberts, A.Mickley and C.McClain taken 3/6/06 |

$8,809.89

# FORD & HARRISON LLP

M

## TRAVEL REIMBURSEMENT FORM

MFW-3/5/06

| | Employee Name | Marion F. Walker | |
|---|---|---|---|
| Trip number should be your initials followed by any numbers/letters that are meaningful to you. | Trip Number | 030506-MFW | |
| Airline and Car Rental Ticket number must be at least 10 digits. Attach all receipts/tickets. | Expenses Paid by Firm | Ticket/Receipt Number | Amount |
| | Airline | | |
| | Airline | | |
| | Car Rental | | |
| | Hotel | | |
| | Meals | | |
| | Parking | | |
| | Other | | |
| | Total Expenses Paid by Firm | | $0.00 |
| Enter all personal funds used during the trip (cash and credit cards). Attach all receipts. | Personal Funds Used | | Amount |
| | Airline | | |
| | Car Rental | | |
| | Hotel | | $469.26 |
| | Meals | | |
| | Parking | | |
| | Other | | |
| Personal automobile mileage allowances follows IRS published guidelines and are periodically changed. | Personal Automobile (.445 per mile) | Number of miles | $0.00 |
| Per Diem allowances are for associates only. Enter the number of nights spent. | Per Diem Allowance @ $20 per night (Associates Only) | Number of nights | $0.00 |
| | Total Personal Funds | | $469.26 |
| | Less Amount not Reimbursable | | |
| | Refund Due | | $469.26 |
| | Total Travel Expenses | | $469.26 |
| | Less: Per Diem Allowance | | $0.00 |
| Record the distribution of 'Net Chargeable Travel' to client(s) below | Net Chargeable Travel | | $469.26 |

Stamps: ENTERED IN COMPUTER — VENDOR # 9085, SESSION # 13435, DATE 3/27/06, A/P REP. MRK

RECEIVED MAR 24 2006 ATLANTA

| Client Name | Client Number | City | Date(s) | Amount |
|---|---|---|---|---|
| OFC | 010537-0001 | Aplharetta, Ga. | 03/05/06 | $469.26 |

9 0 0 0 6 6 1 8 2



**EMBASSY SUITES**
HOTELS®

5955 N. Point Parkway • Alpharetta, GA 30022
Phone: (678) 566-8800 • Fax: (678) 566-8801
For reservations across the nation
www.embassysuites.com or 1-800-EMBASSY

Name & Address

WALKER, MARION
2100 3RD AVE N
BIRMINGHAM, AL 35203
US

| | |
|---|---|
| Suite | 307/KNGN |
| Arrival Date | 03/05/06 8:25PM |
| Departure Date | 03/07/06 |
| Adult/Child | 1/0 |
| Suite Rate | $189.00 |
| RATE PLAN | LV2 |
| HH# | |
| AL: | |
| BONUS AL: | CAR: |

Confirmation: 84386315

03/07/06      PAGE      1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/05/06 | 730221 | *ROOM SERVICE | $17.88 |
| 03/05/06 | 730287 | GUEST ROOM | $189.00 |
| 03/05/06 | 730287 | GA SALES/USE TAX | $13.23 |
| 03/05/06 | 730287 | LOCAL OCC RM TAX | $11.34 |
| 03/06/06 | 730518 | *ROOM SERVICE | $24.24 |
| 03/06/06 | 730609 | GUEST ROOM | $189.00 |
| 03/06/06 | 730609 | GA SALES/USE TAX | $13.23 |
| 03/06/06 | 730609 | LOCAL OCC RM TAX | $11.34 |
| | | WILL BE SETTLED TO AX *1005 | $469.26 |
| | | EFFECTIVE BALANCE OF | $0.00 |

THANK YOU

### EXPRESS CHECK-OUT

Good Morning! We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.
* Please review this statement. It is a record of your charges as of late last evening.
* For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your suite and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the suite.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| AUTHORIZATION | 131588  INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | 0.00 |

# FORD & HARRISON LLP

## TRAVEL REIMBURSEMENT FORM

RECEIVED APR 4 - 2007    M

| | | | | |
|---|---|---|---|---|
| | Employee Name | Marion F. Walker | Office | ACCOUNTING ATLANTA ~~Birmingham~~ |
| Trip number should be your initials followed by any numbers/letters that are meaningful to you. | Trip Number | 040307-~~MGW~~ mfw | CMS Code | ~~4560~~ mfw |
| Airline and Car Rental Ticket number must be at least 10 digits. Attach all receipts/tickets. | Expenses Paid by Firm | | Ticket/Receipt Number | Amount |
| | Airline | | | |
| | Airline | | ENTERED IN COMPUTER VENDOR # 9085 SESSION # 17738 DATE 4/4/07 A/P REP ATA | |
| | Car Rental | | | |
| | Hotel | | | |
| | Meals | | | |
| | Parking | | | |
| | Other | | | |
| | Total Expenses Paid by Firm | | | $0.00 |
| Enter all personal funds used during the trip (cash and credit cards). Attach all receipts. | Personal Funds Used | | | Amount |
| | Airline | | | $1,786.50 |
| | Car Rental | | | |
| | Hotel | | | |
| | Meals | | | |
| | Parking | | | |
| | Other | | | |
| Personal automobile mileage allowances follows IRS published guidelines and are periodically changed. | Personal Automobile (.485 per mile) | | Number of miles | $0.00 |
| Per Diem allowances are for associates only. Enter the number of nights spent. | Per Diem Allowance @ $20 per night (Associates Only) | | Number of nights | $0.00 |
| | Total Personal Funds | | | $1,786.50 |
| | Less Amount not Reimbursable | | | |
| | Refund Due | | | $1,786.50 |
| | Total Travel Expenses | | | $1,786.50 |
| | Less: Per Diem Allowance | | | $0.00 |
| Record the distribution of 'Net Chargeable Travel' to client(s) below | Net Chargeable Travel | | | $1,786.50 |

| Client Name | Client Number | City | Date(s) | Amount |
|---|---|---|---|---|
| OFC | 010537.0001 | Anchorage, AK | 04/03/07 | $1,786.50 |
| | | | | |

101044

**Marion Walker**

From: DeltaElectronicTicketReceipt@delta.com
Sent: Tuesday, March 27, 2007 3:00 PM
To: Marion Walker
Subject: MARION/F BIRMINGHAM 13JUN07





## Your Receipt and Itinerary

MARION F WALKER
424 GLENWOOD RD
BIRMINGHAM AL 35216-1514

(Scan this barcode at a Delta Self Service kiosk to access your reservation.)

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries

Speed through the airport. Check-in online
for your flight                                  Checkin

## Flight Information

3/27/2007

Check your flight information online at delta.com or call the Delta Flightline at 800-325-1999.

Baggage and check-in requirements vary by airport. Please review Delta's Check-in Requirements for details. Please check in with the operating carrier.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

Key to Terms
# Arrival date different than departure date
** Check-in required
\* Multi meals
'SS Multiple seats
AR Arrives
B Breakfast
C Bagels/Beverages
D Dinner
F Food Available for purchase
L Lunch
IV Departs
M Meal
R Refreshments Complimentary
S Snack

## Passenger Information

## Billing Details

## Receipt Information

1786.52

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel. When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any segment without notice to Delta will result in cancellation of your remaining reservation.

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation

3/27/2007

# Invoice

**BENCHMARK VIDEO**
111 Gilbert Street, #1
San Francisco, CA 94103

TEL: 415-255-9985
FAX: 415-255-9758

To   Marion F. Walker, Esq.
Ford & Harrison LLP
2100 Third Avenue North, #400
Birmingham, AL 35203

| | |
|---|---|
| Depo of: | Ray Seaward v. I |
| Matter of: | AT Publishing, Inc. v. AB Dick Co, et al. |
| Depo Date: | 02/17/06 |
| Invoice Date: | 02/28/06 |
| Invoice No. | 1012 |
| Terms | Net 30 Days...Thank you! |
| Tax I.D. | #43-2023561 (Bradford J. Lipetz) |

| Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|
| VIDEO PRODUCTION: | | | |
| 11:00am - (12/12:45) - 5:30pm | 5.25 | $95.00 | $498.75 |
| DVD MPEG-1 ENCODING (DUPLICATION) | 4.5 | $20.00 | $90.00 |
| DIGITAL ORIGINALS | 3 | $15.00 | $45.00 |
| PARKING | 3 | $15.00 | $45.00 |
| | | Subtotal | $678.75 |
| | | Delivery | $5.00 |
| | | TOTAL | $683.75 |

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # A001E93B
FIRM # 1214438
INVOICE DATE: 4/14/2006
DUE UPON RECEIPT

Setting Firm: Dorsey & Whitney, LLP
Taking Attorney: Michael A. Grisham
Case Name: AT Publishing v. AB Dick, et al.
Case #: A04-0011 CV (JWS)

Marion F. Walker
Ford & Harrison
2100 Third Avenue North
Suite 400
Birmingham, AL 35203

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of C.Aquillon, C.Roberts, A.Mickley and C.Mcclain, taken March 6, 2006. | $ 355.55 |
| BALANCE DUE | $ 355.55 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · · ·

BALANCE DUE $355.55

INVOICE # A001E93B
FIRM # 1214438

For: Certified copy of the reporter's transcript of the deposition of C.Aquillon, C.Roberts, A.Mickley and C.Mcclain, taken March 6, 2006.

From:

Marion F. Walker
Ford & Harrison
2100 Third Avenue North
Suite 400
Birmingham, AL 35203

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

Marion F Walker
Ford & Harrison, LLP
2100 Third Avenue North
Concord Center - Suite 400
Birmingham, AL 35203

March  8, 2006

**Invoice#** OS007306

**Balance:**  $1,225.05

**Re:** At Publishing, Inc. vs. Alfa Financial, et al
PORTLAND, OR   A04-0011-CV-JWS
*on 02/20/06 by Naegli Reporting Corporation*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1 | 318.00 |
| Original:  217 pages | 868.00 |
| Exhibits/B & W: 83 pages | 29.05 |
| Condensed/concordance | 10.00 |

Deponents:
Glen Ashcraft-84 pages/53 B&W exhibit pages
Ben Taylor-133 pages/30 B&W exhibit pages

*******Invoiced @ Portland, Oregon rates*******

P l e a s e    R e m i t    - - - >    Total Due:  $1,225.05

*WE APPRECIATE YOU!*

CLARK REPORTING
CORRESPONDENCE & CHECKS ONLY TO:
CLARK REPORTING
3527 MT. DIABLO BLVD. #233
LAFAYETTE, CA 94549
510.486.0700



FORD & HARRISON
Attn: MARION WALKER
2100 THIRD AVE NORTH
STE. 400
BIRMIINHAM, AL 35203

Inv. date 03/08/2006
Inv. No.   2002096
Client        3145
Job No.

Re: AT PUBLISHING V AB DICK   SEAWARD, RAY
Assignment Date: February 17, 2006

| | |
|---|---:|
| Handling/Delivery/Ship | 45.00 |
| FULL DAY PER DIEM-DEPO | 150.00 |
| Oath/Reporter's Cert. | 16.00 |
| VIDEO DEPOSITION | 1,064.00 |
| Total Amount $ | 1,275.00 |
| Interest At A Rate Of 0.18% After 30 Days $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 1,275.00 |

MINIMUM OF 60 PGS. PER JOB.

Please Make Checks Payable To:
CLARK REPORTING
Federal Tax Id#: 94-3238205

CUSTOMER COPY

**FREEDOM REPORTING, INC.**
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

RECEIVED MAR 1 5 2006 By

Marion F Walker
Ford & Harrison, LLP
2100 Third Avenue North
Concord Center - Suite 400
Birmingham, AL 35203

March 14, 2006

**Invoice#** OS007331

**Balance:**   $869.85

**Re**: At Publishing, Inc. vs. A.B. Dick Company
LOS ANGELES, CA
*on* 02/21/06 *by* Barkley Court Reporters

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1/2 Day | 60.00 |
| Original: 124 pages | 806.00 |
| Exhibits/B & W: 11 pages | 3.85 |

Deponent: Burt Green

******Invoiced @ Los Angeles, CA rates******

P l e a s e   R e m i t   - - - >   Total Due:   $869.85

*WE APPRECIATE YOU!*

# FREEDOM REPORTING, INC.
367 Valley Avenue
Birmingham, AL 35209
205-397-2397
Tax ID Number: 20-2776665



Marion F Walker
Ford & Harrison, LLP
2100 Third Avenue North
Concord Center - Suite 400
Birmingham, AL 35203

March 16, 2006

**Invoice#** OSV08491

**Balance:**   $558.50

**Re:** AT Publishing, Inc vs A B Dick Company
   LOS ANGELES, CA
   on 02/21/06 by Barkley Court Reporters

## Invoicing Information

| Charge Description | Amount |
|---|---|
| Appearance, setup & 1st two hours | 350.00 |
| Additional Hours: 2 | 150.00 |
| DVD(s): 2 @ N/C | |
| Tape Archive: 2 | 50.00 |
| Postage | 8.50 |

Video services for deposition of:
   Burton Green

P l e a s e   R e m i t   - - - >   **Total Due:**   $558.50

*WE APPRECIATE YOU!*

# FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

Marion F Walker
Ford & Harrison, LLP
2100 Third Avenue North
Concord Center - Suite 400
Birmingham, AL 35203

March 21, 2006

**Invoice#** OSV08738

**Balance:**      $930.00

**Re:** AT Publishing, Inc vs Alfa Financial, et al
PORTLAND, OR   A04-0011-CV-JWS
*on 02/20/06 by* Naegeli Reporting Corporation

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Videographer's Hours: 7.5 | 825.00 |
| DVD(s): 3 | 30.00 |
| Tape Archive: 3 | 75.00 |

Video services for depositions of:
  Ben Taylor       2 DVDs
  Glen Ashcraft    1 DVD

**P l e a s e    R e m i t    - - - >    Total Due:   $930.00**

*WE APPRECIATE YOU!*

```
ATKINSON-BAKER, INC.                          Phone: 800-288-3376
COURT REPORTERS                                      818-551-7300
500 NORTH BRAND BOULEVARD                 Facsimile: 800-925-5910
THIRD FLOOR                                          818-551-7330
GLENDALE, CA  91203-4725
                                          Federal ID#: 95-4189037

                    Your Account Representative: Deb Ryan
```

**STATEMENT OF ACCOUNT**

Ford & Harrison, LLP
2100 Third Avenue
Suite 400
Birmingham, AL  35203

**Account Number:** 1214480

**Statement Date:** 4/03/2006

| Invoice Number | Invoice Date | Case Title & Description | Invoice Amount | Service Fees | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| A001EC8B For: Marion F. Walker | 3/22/2006 | AT Publishing v. AB Dick, et al Certified copy of the reporter's transcript of the deposition of Tad Graham, taken March 10, 2006. | 127.50 | 0.00 | | 127.50 |

TOTAL BALANCE DUE  $  127.50

"If you have recently paid any of these invoices, please disregard."

A service fee of 1.5% per month may be added to any invoice over 30 days old.

**Atkinson-Baker, Inc. -- Main Office**
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # A001E98B**
**FIRM # 1214438**
**INVOICE DATE: 4/07/2006**
**DUE UPON RECEIPT**

Setting Firm: Dorsey & Whitney, LLP
Taking Attorney: Michael A. Grisham
Case Name: AT Publishing v. AB Dick, et al.
Case #: A04-0011 CV (JWS)

Marion F. Walker
Ford & Harrison
2100 Third Avenue North
Suite 400
Birmingham, AL 35203


RECEIVED APR 17 2006 By___

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Robert Leas and Robert Leas (Confidentail, taken March 7, 2006. | $ 175.25 |
| BALANCE DUE | $ 175.25 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE  $175.25

**INVOICE # A001E98B**
**FIRM # 1214438**

For: Certified copy of the reporter's transcript of the deposition of Robert Leas and Robert Leas (Confidentail, taken March 7, 2006.

From:

Marion F. Walker
Ford & Harrison
2100 Third Avenue North
Suite 400
Birmingham, AL 35203

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.