OFC CAPITAL CORPORATION  
A.T. PUBLISHING INCORPORATED

February 05, 2004  
1031789  
000012/67850384

****************** SUMMARIZED EXPENSE BILL *******************

| DESCRIPTION | AMOUNT |
|---|---|
| FILING FEE. | 150.00 |