OFC COURT COSTS

| Date | Code | Description | Type | Amount |
|---|---|---|---|---|
| 3/31/2004 | 38011 | USDC - 2nd filing fee for 2nd atty | HFFEE1 | 100.00 |
| 3/31/2004 | 37440 | USDC - filing fee for mtn to add out-of-state counsel | HFFEE1 | 100.00 |
| 1/7/2004 | 36403 | USDC filing fee; remove case fr Superior to USDC | HFFEE1 | 150.00 |
| | | | Total Billed | 350.00 |
| | | | | 350.00 |

```
HOLMES WEDDLE & BARCOTT
    United States District Cou
 Inv.Date    Inv.No.
 01-07-2004103-18823
```

4103/18823

29830
$150.00
Amount Paid
o US Dis    150.00

```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

        # 00122215 - SF
         January 7, 2004

   Code    Case #    Qty    Amount

   086900-F 04-0011CV           60.00 CK
   510000-C 04-0011CV           90.00 CK


        TOTAL→            150.00


   FROM: HOLMES, WEDDLE & BARCOTT
         NEW CASE
         A04-0011CV (JWS)
```

$150.00

HOLMES WEDDLE & BARCOTT                                                                29830

| United States District Court | 01/07/2004 | $150.00 |

Inv.Date   Inv.No.        Invoice Description                                Amount Paid
01-07-2004 103-18823      Removal of case from Superior Court to US Dis      150.00

                                       29830                                  $150.00

**HOLMES WEDDLE & BARCOTT**                KeyBank National Association              29830
A PROFESSIONAL CORPORATION
701 W. 8th AVE., STE. 700  (907) 274-0666
ANCHORAGE, ALASKA 99501                     89-87/1252                               29830

*One Hundred Fifty and No/100 Dollars*--------------------------------------------------

                                                    DATE              AMOUNT
                                                    01/07/2004        $150.00

PAY
TO THE    United States District Court
ORDER     Clerk of Court                                         VOID AFTER 90 DAYS
OF        Federal Building
          222 W. 7th Avenue #4
          Anchorage, AK 99513-7545                              AUTHORIZED SIGNATURE

      ⑈029830⑈  ⑆125200879⑆  720121001443⑈

HOLMES WEDDLE & BARCOTT                                                                29830

1014       United States District Court        01/07/2004             $150.00

G/L Acct.   Matter I.D.    Cost Code Inv.No.      Inv.Date            Amount
2800-0000   4103-018823    ffa      4103-18823    01-07-2004          150.00

## REQUEST FOR CHECK

Date Requested: _____   Date Needed: ASAP
                                          Time Needed: _____

Please mail check to address below: ☐
                    OR ☐ **PLEASE RETURN CHECK TO:** _____

Case Name: 4103-18823                    ☐ SEA or ☐ ANC
Case File No.: _____

Requested by: _____   Approved By: RJW p/ phone JK

Amount: $100

Payee: USDC

Address: _____

Phone: _____

For: _____

| HOLMES WEDDLE & BARCOTT | | | 30714 |
|---|---|---|---|
| United States District Court | | 03/31/2004 | $100.00 |
| Inv Date    Inv No. | Invoice Description | | Amount Paid |
| 03-31-2004  03-18823 | filing - mot. to add out of state counsel | | 100.00 |

## REQUEST FOR CHECK

Date Requested: _____    Date Needed: ASAP
                                     Time Needed: _____

Please mail check to address below: ☐

OR ☐ **PLEASE RETURN CHECK TO:** _____

Case Name: 4103-18823            ☐ SEA or ☐ ANC
Case File No.: _____

Requested by: _____    Approved By: RJW  pr phive JK

Amount: $100⁰⁰

Payee: USDC

Address: _____

Phone: _____

For: _____

| HOLMES WEDDLE & BARCOTT | | | 30714 |
|---|---|---|---|
| | United States District Court | 03/31/2004 | $100.00 |
| Inv. Date   Inv. No. | Invoice Description | | Amount Paid |
| 03.31.2004 103.18823 | filing - mot. to add out of state counsel | | 100.00 |

30714

$100.00

# REQUEST FOR CHECK

Date Requested: _____   Date Needed: ASAP
                                          Time Needed: _____

Please mail check to address below: ☐

OR ☐ PLEASE RETURN CHECK TO: _____

Case Name: 4103-18823   ☐ SEA or ☐ ANC
Case File No.: _____

Requested by: _____   Approved By: RJW per phone JK

Amount: $100⁰⁰

Payee: USDC   (need 2)

Address: _____
_____
_____

total = 200!

Phone: _____   (1 check per atty

For: _____

---

**HOLMES WEDDLE & BARCOTT**

30715

| 1014 | United States District Court | | 03/31/2004 | $100.00 |

| G/L Acct. | Matter I.D. | Cost Code Inv.No. | Inv.Date | Amount |
| 2800-0000 | 4501-018656 | ffa  4103-18823 | 03-31-2004 | 100.00 |

4103-18823

this is 2nd