# Midnight Sun C rt Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39281 |
| | | TERMS: | Net Receipt |

| CASE: | A.T. Publishing vs ABDick | DEPONENT: | Frank Martone | |
|---|---|---|---|---|
| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
| Original Transcript & One Copy | 103 | 9/14/2005 | LK | 401.70 |
| Regular Attendance | 2.5 | 9/14/2005 | LK | 112.50 |
| Exhibits | 41 | 10/20/2005 | BJS | 18.45 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 20.00 |
| Transcript Hand Delivered | | 10/20/2005 | BJS | |

Client # 4103-18823
Approved By
Vendor #
Expense Account #

TOTAL    $552.65

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun C rt Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39283 |
| | TERMS: | Net Receipt | |

CASE:   A.T. Publishing vs ABDick          DEPONENT:   Gregory Martone

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Original Transcript & One Copy | 47 | 9/15/2005 | LK | 183.30 |
| Regular Attendance | 1.5 | 9/15/2005 | LK | 67.50 |
| Witness Signature Handling Fees & Filing Original Transcript | | ★ | BJS | 20.00 |
| Transcript Hand Delivered | | 10/20/2005 | BJS | |

Client # 4103-18823
Approved By
Vendor #
Expense Account #

TOTAL   $270.80

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39279 |
| | TERMS: | Net Receipt | |

| CASE: | A.T. Publishing vs ABDick | | DEPONENT: | Andrew Martone | |
|---|---|---|---|---|---|
| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | | AMOUNT |
| Original Transcript & One Copy | 55 | 9/14/2005 | LK | | 214.50 |
| Regular Attendance | 1.25 | 9/14/2005 | LK | | 56.25 |
| Exhibits | | 10/20/2005 | BJS | | 0.45 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | | 20.00 |
| Transcript Hand Delivered | | 10/20/2005 | BJS | | 6.50 |

Client # 4103-18823
Approved By
Vendor #
Expense

TOTAL    $297.70

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun C rt Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39287 |
|  |  | TERMS: | Net Receipt |

| CASE: | A.T. Publishing vs ABDick | | DEPONENT: | | William Martone |
|---|---|---|---|---|---|
| DESCRIPTION | | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
| Original Transcript & One Copy | | 19 | 9/15/2005 | LK | 74.10 |
| Regular Attendance | | 1 | 9/15/2005 | LK | 45.00 |
| Exhibits | | 4 | 10/20/2005 | BJS | 1.80 |
| Witness Signature Handling Fees & Filing Original Transcript | | | | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | | BJS | 6.50 |
| Transcript Hand Delivered | | | 10/20/2005 | BJS | |

Client # 4103-18823
Approved By
Vendor #
Expense

TOTAL    $147.40

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39289 |
| | | TERMS: | Net Receipt |

| CASE: | A.T. Publishing vs ABDick | | DEPONENT: | Paul Martone | |
|---|---|---|---|---|---|
| DESCRIPTION | | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
| Original Transcript & One Copy | | 34 | 9/15/2005 | LK | 132.60 |
| Regular Attendance | | 1 | 9/15/2005 | LK | 45.00 |
| Witness Signature Handling Fees & Filing Original Transcript | | | | BJS | 20.00 |
| Transcript Hand Delivered | | | 10/20/2005 | BJ | |

Client # 4103-18823
Approved by
Vendor #
Expense

TOTAL    $197.60

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39285 |

TERMS: Net Receipt

CASE: A.T. Publishing vs ABDick        DEPONENT: Marie McConkey

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Original Transcript & One Copy | 40 | 9/15/2005 | LK | 156.00 |
| Regular Attendance | 1 | 9/15/2005 | LK | 45.00 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 20.00 |
| Transcript Hand Delivered | | 10/20/2005 | JJ | |

Client # 4103-18823
Approved By
Vendor #
Expense Account #

TOTAL    $221.00

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

**HOLMES WEDDLE & BARCOTT**

37261

| 1044 | Midnight Sun Court Reporters | | | 1/23/2006 | | $1,687.15 |

| G/L Acct. | Matter I.D. | Cost Code | Inv. No. | Inv. Date | Amount |
|---|---|---|---|---|---|
| 2800-0000 | 4103-018823 | depoa | 4103-18823 | 01-23-2006 | 1687.15 |

PRODUCT LM102C   USE WITH 9380 ENVELOPE   NEBS To Reorder: 1-800-225-6380 or www.nebs.com   PRINTED IN U.S.A.