**HOLMES WEDDLE & BARCOTT**  37261

| 1044 | Midnight Sun Court Reporters | 1/23/2006 | $1,687.15 |

| G/L Acct. | Matter I.D. | Cost Code | Inv.No. | Inv. Date | Amount |
|---|---|---|---|---|---|
| 2800-0000 | 4103-018823 | depoa | 4103-18823 | 01-23-2006 | 1687.15 |

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39281 |
| | | TERMS: | Net Receipt |

| CASE: | A.T. Publishing vs ABDick | | DEPONENT: | | Frank Martone |
|---|---|---|---|---|---|
| **DESCRIPTION** | | **HRS/PAGES** | **SERVICE DATE** | **RPTR** | **AMOUNT** |
| Original Transcript & One Copy | | 103 | 9/14/2005 | LK | 401.70 |
| Regular Attendance | | 2.5 | 9/14/2005 | LK | 112.50 |
| Exhibits | | 41 | 10/20/2005 | BJS | 18.45 |
| Witness Signature Handling Fees & Filing Original Transcript | | | | BJS | 20.00 |
| Transcript Hand Delivered | | | 10/20/2005 | BJS | |

Client # 4103-18823
Approved By _____
Vendor # _____
Expense Account # _____

TOTAL    $552.65

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39283 |
| | **TERMS:** | Net Receipt | |

| CASE: | A.T. Publishing vs ABDick | | DEPONENT: | | Gregory Martone |
|---|---|---|---|---|---|
| DESCRIPTION | | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
| Original Transcript & One Copy | | 47 | 9/15/2005 | LK | 183.30 |
| Regular Attendance | | 1.5 | 9/15/2005 | LK | 67.50 |
| Witness Signature Handling Fees & Filing Original Transcript | | * | | BJS | 20.00 |
| Transcript Hand Delivered | | | 10/25/2005 | BJS | |

Client # 4103-18823
Approved By _____
Vendor # _____
Expense Account # _____

TOTAL     $270.80

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun C**rt Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39279 |
| | | TERMS: | Net Receipt |

CASE:   A.T. Publishing vs ABDick            DEPONENT:       Andrew Martone

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Original Transcript & One Copy | 55 | 9/14/2005 | LK | 214.50 |
| Regular Attendance | 1.25 | 9/14/2005 | LK | 56.25 |
| Exhibits | 1* | 10/20/2005 | BJS | 0.45 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 20.00 |
| Transcript Hand Delivered | | 10/20/2005 | BJS | 6.50 |

Client # 4103-18823
Approved By ____
Vendor # ____
Expense Acct # ____

TOTAL   $297.70

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun C rt Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com



| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39287 |
| | | TERMS: | Net Receipt |

| CASE: | A.T. Publishing vs ABDick | | DEPONENT: | William Martone | |
|---|---|---|---|---|---|
| DESCRIPTION | | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
| Original Transcript & One Copy | | 19 | 9/15/2005 | LK | 74.10 |
| Regular Attendance | | 1 | 9/15/2005 | LK | 45.00 |
| Exhibits | | 4 | 10/20/2005 | BJS | 1.80 |
| Witness Signature Handling Fees & Filing Original Transcript | | | | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | | BJS | 6.50 |
| Transcript Hand Delivered | | | 10/20/2005 | BJS | |

Client # 4103-18823
Approved By
Vendor #
Expense

TOTAL  $147.40

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

## Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | 10/25/2005 | 10/25/2005 | 39289 |
| | | TERMS: | Net Receipt |

CASE: A.T. Publishing vs ABDick    DEPONENT: Paul Martone

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Original Transcript & One Copy | 34 | 9/15/2005 | LK | 132.60 |
| Regular Attendance | 1 | 9/15/2005 | LK | 45.00 |
| Witness Signature Handling Fees & Filing Original Transcript | * | | BJS | 20.00 |
| Transcript Hand Delivered | | 10/20/2005 | BJ | |

Client # 4103-1882
Approved by
Vendor #
Expense

TOTAL    $197.60

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

## Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | | DATE | DUE DATE | INVOICE # |
|---|---|---|---|---|
| Holmes, Weddle & Barcott<br>Attn: Randall J. Weddle<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501 | | 10/25/2005 | 10/25/2005 | 39285 |
| | | | TERMS: | Net Receipt |

CASE:   A.T. Publishing vs ABDick          DEPONENT:   Marie McConkey

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Original Transcript & One Copy | 40 | 9/15/2005 | LK | 156.00 |
| Regular Attendance | 1 | 9/15/2005 | LK | 45.00 |
| Witness Signature Handling Fees & Filing Original Transcript | | ★ | BJS | 20.00 |
| Transcript Hand Delivered | | 10/25/2005 | JJ | |

Client # 4103-18823
Approved By _____
Vendor $ _____
Expense Account # _____

TOTAL     $221.00

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

## OFC POSTAGE COSTS

| Date | Ref | Description | Code | Amount |
|---|---|---|---|---|
| 1/7/2004 | 36403 | Postage Anchorage office | SPSTG1 | 0.74 |
| 1/7/2004 | 36403 | Postage Anchorage office | SPSTG1 | 2.58 |
| 1/9/2004 | 36403 | Postage Anchorage office | SPSTG1 | 0.37 |
| 1/12/2004 | 36403 | Postage Anchorage office | SPSTG1 | 1.29 |
| 1/13/2004 | 36403 | Postage Anchorage office | SPSTG1 | 0.37 |
| 1/15/2004 | 36403 | Postage Anchorage office | SPSTG1 | 1.06 |
| 1/30/2004 | 36403 | Postage Anchorage office | SPSTG1 | 1.52 |
| 2/17/2004 | 36883 | Postage Anchorage office | SPSTG1 | 0.37 |
| 2/17/2004 | 36883 | Postage Anchorage office | SPSTG1 | 1.06 |
| 3/11/2004 | 37440 | Postage Anchorage office | SPSTG1 | 0.37 |
| 3/22/2004 | 37440 | Postage Anchorage office | SPSTG1 | 0.37 |
| 3/31/2004 | 37440 | Postage Anchorage office | SPSTG1 | 0.60 |
| 4/2/2004 | 38011 | Postage Anchorage office | SPSTG1 | 0.60 |
| 4/6/2004 | 38011 | Postage Anchorage office | SPSTG1 | 0.37 |
| 4/12/2004 | 38011 | Postage Anchorage office | SPSTG1 | 3.95 |
| 4/16/2004 | 38011 | Postage Anchorage office | SPSTG1 | 1.29 |
| 4/21/2004 | 38011 | Postage Anchorage office | SPSTG1 | 0.37 |
| 4/27/2004 | 38011 | Postage Anchorage office | SPSTG1 | 12.60 |
| 5/5/2004 | 38525 | Postage Anchorage office | SPSTG1 | 0.37 |
| 5/28/2004 | 38525 | Postage Anchorage office | SPSTG1 | 0.37 |
| 5/29/2004 | 38525 | Postage Anchorage office | SPSTG1 | 0.37 |
| 5/29/2004 | 38525 | Postage Anchorage office | SPSTG1 | 0.37 |
| 6/14/2004 | 39061 | Postage Anchorage office | SPSTG1 | 1.66 |
| 7/1/2004 | 39660 | Postage Anchorage office | SPSTG1 | 1.80 |
| 8/5/2004 | 40168 | Postage Anchorage office | SPSTG1 | 0.37 |
| 9/2/2004 | 40731 | Postage Anchorage office | SPSTG1 | 0.37 |
| 9/14/2004 | 40731 | Postage Anchorage office | SPSTG1 | 0.37 |
| 10/19/2004 | 41261 | Postage Anchorage office | SPSTG1 | 4.75 |
| 3/23/2005 | 45034 | Postage Anchorage office | SPSTG1 | 0.37 |
| 5/23/2005 | 45034 | Postage Anchorage office | SPSTG1 | 0.83 |
| 5/27/2005 | 45034 | Postage Anchorage office | SPSTG1 | 0.74 |
| 8/3/2005 | 46398 | Postage Anchorage office | SPSTG1 | 1.20 |
| 8/15/2005 | 46398 | Postage Anchorage office | SPSTG1 | 0.74 |
| 9/14/2005 | 47173 | Postage Anchorage office | SPSTG1 | 0.60 |
| 9/15/2005 | 47173 | Postage Anchorage office | SPSTG1 | 3.18 |
| 10/6/2005 | 47532 | Postage Anchorage office | SPSTG1 | 0.60 |
| 10/19/2005 | 47532 | Postage Anchorage office | SPSTG1 | 7.90 |
| 10/19/2005 | 47532 | Postage Anchorage office | SPSTG1 | 0.37 |
| 10/21/2005 | 47532 | Postage Anchorage office | SPSTG1 | 0.37 |
| 10/21/2005 | 47532 | Postage Anchorage office | SPSTG1 | 0.37 |
| 10/21/2005 | 47532 | Postage Anchorage office | SPSTG1 | 2.49 |
| 10/31/2005 | 47532 | Postage Anchorage office | SPSTG1 | 0.60 |
| 12/22/2005 | 48463 | Postage Anchorage office | SPSTG1 | 0.60 |
| 1/5/2006 | 48976 | Postage Anchorage office | SPSTG1 | 0.37 |
| 1/18/2006 | 48976 | Postage Anchorage office | SPSTG1 | 0.63 |
| 1/19/2006 | 48976 | Postage Anchorage office | SPSTG1 | 0.39 |
| 1/20/2006 | 48976 | Postage Anchorage office | SPSTG1 | 0.39 |
| 4/20/2006 | 50760 | Postage Anchorage office | SPSTG1 | 0.39 |
| 9/13/2006 | 52527 | Postage Anchorage office | SPSTG1 | 0.39 |
| 1/4/2007 | 54217 | Postage Anchorage office | SPSTG1 | 0.39 |
| 2/22/2007 | 55638 | Postage Anchorage office | SPSTG1 | 0.39 |
| 5/17/2007 | 56364 | Postage Anchorage office | SPSTG1 | 0.92 |
| 6/19/2007 | 56523 | Postage Anchorage office | SPSTG1 | 0.41 |

Total Billed    66.31

OFC COPY CHARGES

| Date | Number | Description | Code | Amount |
|---|---|---|---|---|
| 12/30/2003 | 36403 | Copying charge Anchorage office | SCOPY1 | 2.40 |
| 12/31/2003 | 35901 | Copying charge Anchorage office | SCOPY1 | 1.00 |
| 1/7/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 39.60 |
| 1/7/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 2.80 |
| 1/7/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 6.80 |
| 1/8/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 0.20 |
| 1/8/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 4.00 |
| 1/12/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 4.20 |
| 1/12/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 31.20 |
| 1/13/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 1/30/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 13.80 |
| 1/30/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 3.00 |
| 1/30/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 7.60 |
| 1/30/2004 | 36403 | Copying charge Anchorage office | SCOPY1 | 20.40 |
| 2/6/2004 | 36883 | Copying charge Anchorage office | SCOPY1 | 0.20 |
| 2/17/2004 | 36883 | Copying charge Anchorage office | SCOPY1 | 4.80 |
| 2/17/2004 | 36883 | Copying charge Anchorage office | SCOPY1 | 33.60 |
| 2/17/2004 | 36883 | Copying charge Anchorage office | SCOPY1 | 1.80 |
| 2/26/2004 | 36883 | Copying charge Anchorage office | SCOPY1 | 3.60 |
| 2/27/2004 | 36883 | Copying charge Anchorage office | SCOPY1 | 2.40 |
| 3/4/2004 | 37440 | Copying charge Anchorage office | SCOPY1 | 2.40 |
| 3/11/2004 | 37440 | Copying charge Anchorage office | SCOPY1 | 0.80 |
| 3/11/2004 | 37440 | Copying charge Anchorage office | SCOPY1 | 4.00 |
| 3/17/2004 | 37440 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 3/25/2004 | 37440 | Copying charge Anchorage office | SCOPY1 | 2.40 |
| 3/31/2004 | 37440 | Copying charge Anchorage office | SCOPY1 | 7.00 |
| 3/31/2004 | 37440 | Copying charge Anchorage office | SCOPY1 | 7.00 |
| 4/2/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 1.40 |
| 4/6/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 0.40 |
| 4/8/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 6.80 |
| 4/8/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 31.20 |
| 4/8/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 18.00 |
| 4/8/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 20.40 |
| 4/8/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 4/8/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 2.40 |
| 4/9/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 7.00 |
| 4/12/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 8.60 |
| 4/16/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 47.40 |
| 4/16/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 4.00 |
| 4/16/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 5.40 |
| 4/21/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 0.40 |
| 4/26/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 4/27/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 3.00 |
| 4/27/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 6.60 |
| 4/27/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 4/30/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 4/30/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 4/30/2004 | 38011 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 5/4/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 0.40 |
| 5/4/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 2.40 |
| 5/7/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 1.80 |
| 5/10/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 3.60 |
| 5/11/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 5/11/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 32.00 |
| 5/11/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 3.20 |
| 5/13/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 0.80 |
| | | | | 1.20 |

OFC COPY CHARGES

| Date | Number | Description | Code | Amount |
|---|---|---|---|---|
| 5/17/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 0.80 |
| 5/25/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 60.80 |
| 5/25/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 66.60 |
| 5/26/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 0.20 |
| 5/27/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 5/28/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 14.40 |
| 5/28/2004 | 38525 | Copying charge Anchorage office | SCOPY1 | 6.00 |
| 6/3/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 102.00 |
| 6/7/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 2.80 |
| 6/7/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 4.60 |
| 6/7/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 2.00 |
| 6/7/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 0.80 |
| 6/7/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 6/7/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 25.40 |
| 6/7/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 4.00 |
| 6/10/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 6/10/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 0.40 |
| 6/14/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 17.00 |
| 6/14/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 8.80 |
| 6/16/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 23.20 |
| 6/22/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 6.40 |
| 6/22/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 2.60 |
| 6/22/2004 | 39061 | Copying charge Anchorage office | SCOPY1 | 4.80 |
| 7/1/2004 | 39660 | Copying charge Anchorage office | SCOPY1 | 6.60 |
| 7/1/2004 | 39660 | Copying charge Anchorage office | SCOPY1 | 2.20 |
| 7/12/2004 | 39660 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 7/19/2004 | 39660 | Copying charge Anchorage office | SCOPY1 | 0.80 |
| 8/4/2004 | 40168 | Copying charge Anchorage office | SCOPY1 | 2.00 |
| 8/5/2004 | 40168 | Copying charge Anchorage office | SCOPY1 | 5.00 |
| 8/10/2004 | 40168 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 8/16/2004 | 40168 | Copying charge Anchorage office | SCOPY1 | 0.20 |
| 8/19/2004 | 40168 | Copying charge Anchorage office | SCOPY1 | 5.00 |
| 8/19/2004 | 40168 | Copying charge Anchorage office | SCOPY1 | 2.00 |
| 8/24/2004 | 40168 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 8/31/2004 | 40168 | Copying charge Anchorage office | SCOPY1 | 3.40 |
| 8/31/2004 | 40168 | Copying charge Anchorage office | SCOPY1 | 3.40 |
| 9/2/2004 | 40731 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 9/3/2004 | 40731 | Copying charge Anchorage office | SCOPY1 | 3.60 |
| 9/8/2004 | 40731 | Copying charge Anchorage office | SCOPY1 | 1.80 |
| 9/14/2004 | 40731 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 9/14/2004 | 40731 | Copying charge Anchorage office | SCOPY1 | 0.20 |
| 9/14/2004 | 40731 | Copying charge Anchorage office | SCOPY1 | 1.80 |
| 9/21/2004 | 40731 | Copying charge Anchorage office | SCOPY1 | 1.40 |
| 10/13/2004 | 41261 | Copying charge Anchorage office | SCOPY1 | 3.00 |
| 10/18/2004 | 41261 | Copying charge Anchorage office | SCOPY1 | 33.40 |
| 10/19/2004 | 41261 | Copying charge Anchorage office | SCOPY1 | 20.60 |
| 10/28/2004 | 41261 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 11/24/2004 | 42807 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 11/29/2004 | 42807 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 11/29/2004 | 42807 | Copying charge Anchorage office | SCOPY1 | 3.00 |
| 11/29/2004 | 42807 | Copying charge Anchorage office | SCOPY1 | 1.80 |
| 12/22/2004 | 42807 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 12/23/2004 | 42807 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 12/23/2004 | 42807 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 3/1/2005 | 45034 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 3/1/2005 | 45034 | Copying charge Anchorage office | SCOPY1 | 2.40 |
| 3/1/2005 | 45034 | Copying charge Anchorage office | SCOPY1 | 0.60 |

OFC COPY CHARGES

| Date | Number | Description | Code | Amount |
|---|---|---|---|---|
| 4/15/2005 | 45034 | Copying charge Anchorage office | SCOPY1 | 0.80 |
| 5/23/2005 | 45034 | Copying charge Anchorage office | SCOPY1 | 4.40 |
| 5/27/2005 | 45034 | Copying charge Anchorage office | SCOPY1 | 3.60 |
| 5/31/2005 | 45034 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 6/15/2005 | 45430 | Copying charge Anchorage office | SCOPY1 | 10.00 |
| 6/15/2005 | 45430 | Copying charge Anchorage office | SCOPY1 | 0.20 |
| 8/3/2005 | 46398 | Copying charge Anchorage office | SCOPY1 | 11.00 |
| 8/15/2005 | 46398 | Copying charge Anchorage office | SCOPY1 | 3.60 |
| 8/15/2005 | 46398 | Copying charge Anchorage office | SCOPY1 | 0.40 |
| 8/15/2005 | 46398 | Copying charge Anchorage office | SCOPY1 | 0.40 |
| 8/18/2005 | 46398 | Copying charge Anchorage office | SCOPY1 | 3.60 |
| 8/23/2005 | 46398 | Copying charge Anchorage office | SCOPY1 | 1.80 |
| 9/7/2005 | 47173 | Copying charge Anchorage office | SCOPY1 | 2.60 |
| 9/8/2005 | 47173 | Copying charge Anchorage office | SCOPY1 | 10.80 |
| 9/9/2005 | 47173 | Copying charge Anchorage office | SCOPY1 | 18.00 |
| 9/12/2005 | 47173 | Copying charge Anchorage office | SCOPY1 | 22.80 |
| 9/14/2005 | 47173 | Copying charge Anchorage office | SCOPY1 | 3.60 |
| 9/14/2005 | 47173 | Copying charge Anchorage office | SCOPY1 | 0.80 |
| 9/14/2005 | 47173 | Copying charge Anchorage office | SCOPY1 | 0.80 |
| 9/16/2005 | 47173 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 9/19/2005 | 47173 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 9/23/2005 | 47173 | Copying charge Anchorage office | SCOPY1 | 2.20 |
| 10/5/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 10/6/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 4.60 |
| 10/13/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 2.80 |
| 10/14/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 2.20 |
| 10/18/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 35.00 |
| 10/19/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 21.00 |
| 10/21/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 24.00 |
| 10/21/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 1.40 |
| 10/21/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 7.20 |
| 10/21/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 10/21/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 12.00 |
| 10/24/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 11.00 |
| 10/31/2005 | 47532 | Copying charge Anchorage office | SCOPY1 | 21.60 |
| 11/15/2005 | 47804 | Copying charge Anchorage office | SCOPY1 | 4.20 |
| 11/15/2005 | 47804 | Copying charge Anchorage office | SCOPY1 | 3.00 |
| 12/6/2005 | 48463 | Copying charge Anchorage office | SCOPY1 | 8.00 |
| 12/15/2005 | 48463 | Copying charge Anchorage office | SCOPY1 | 3.20 |
| 12/22/2005 | 48463 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 12/28/2005 | 48463 | Copying charge Anchorage office | SCOPY1 | 4.80 |
| 1/3/2006 | 48976 | Copying charge Anchorage office | SCOPY1 | 0.20 |
| 1/3/2006 | 48976 | Copying charge Anchorage office | SCOPY1 | 0.80 |
| 1/5/2006 | 48976 | Copying charge Anchorage office | SCOPY1 | 49.00 |
| 1/12/2006 | 48976 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 1/12/2006 | 48976 | Copying charge Anchorage office | SCOPY1 | 3.00 |
| 1/19/2006 | 50760 | Copying charge Anchorage office | SCOPY1 | 3.00 |
| 1/20/2006 | 50760 | Copying charge Anchorage office | SCOPY1 | 1.00 |
| 1/20/2006 | 50760 | Copying charge Anchorage office | SCOPY1 | 1.00 |
| 1/23/2006 | 50760 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 1/23/2006 | 50760 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 1/23/2006 | 50760 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 4/3/2006 | 50760 | Copying charge Anchorage office | SCOPY1 | 1.80 |
| 4/13/2006 | 50760 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 4/20/2006 | 50760 | Copying charge Anchorage office | SCOPY1 | 7.80 |
| 4/28/2006 | 50760 | Copying charge Anchorage office | SCOPY1 | 2.40 |
| | | | SCOPY1 | 1.20 |

OFC COPY CHARGES

| Date | Num | Description | Code | Amount |
|---|---|---|---|---|
| 6/14/2006 | 51855 | Copying charge Anchorage office | SCOPY1 | 3.00 |
| 6/14/2006 | 51855 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 6/22/2006 | 51855 | Copying charge Anchorage office | SCOPY1 | 0.40 |
| 6/30/2006 | 51855 | Copying charge Anchorage office | SCOPY1 | 19.20 |
| 7/17/2006 | 51855 | Copying charge Anchorage office | SCOPY1 | 0.40 |
| 7/21/2006 | 51855 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 7/31/2006 | 51855 | Copying charge Anchorage office | SCOPY1 | 2.00 |
| 9/12/2006 | 52527 | Copying charge Anchorage office | SCOPY1 | 1.00 |
| 9/13/2006 | 52527 | Copying charge Anchorage office | SCOPY1 | 0.80 |
| 10/20/2006 | 53592 | Copying charge Anchorage office | SCOPY1 | 1.00 |
| 12/13/2006 | 54217 | Copying charge Anchorage office | SCOPY1 | 1.40 |
| 1/3/2007 | 54217 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 6/1/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 6/1/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 0.40 |
| 6/5/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 28.20 |
| 6/11/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 4.60 |
| 6/11/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 8.40 |
| 6/11/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 6/11/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 1.40 |
| 6/13/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 7.20 |
| 6/14/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 10.20 |
| 6/14/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 1.40 |
| 6/14/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 2.80 |
| 6/14/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 4.40 |
| 6/15/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 6.00 |
| 6/16/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 3.80 |
| 6/16/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 7.20 |
| 6/16/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 0.60 |
| 6/16/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 41.80 |
| 6/17/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 8.20 |
| 6/17/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 0.20 |
| 6/18/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 1.20 |
| 6/18/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 6/19/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 6/19/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 1.60 |
| 6/19/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 1.80 |
| 6/19/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 1.40 |
| 6/22/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 3.60 |
| 6/25/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 1.00 |
| 6/25/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 6.00 |
| 6/27/2007 | 56523 | Copying charge Anchorage office | SCOPY1 | 8.80 |

Total Billed   1,449.20
             1,449.20

OFC Copy Service Bill

| Date | Num | Description | Code | Amount |
|---|---|---|---|---|
| 4/30/2004 | 38011 | Paid for copies; DownTown Legal Copies LLC | HCOPY1 | 70.84 |
| 7/5/2005 | 46398 | Paid A-1 Duplicating Svc for copies | HCOPY1 | 44.46 |
| 6/23/2006 | 51855 | Paid Anchorage Bar Assn for copies | HCOPY1 | 0.34 |
| 7/25/2006 | 51855 | Paid Pacer Service for computer research 4/6/06 | HCR1 | 0.72 |
| 4/30/2007 | 55638 | Paid Alaska Legal Copy for copies made 4/27/07 #226358 | HCOPY1 | 190.29 |
| | | TOTAL: | | 306.65 |



**DOWNTOWN LEGAL COPIES, LLC**
320 East Fireweed Lane
Anchorage, Alaska 99503
(907) 277-8770 • www.downtownlegal.com
Federal Tax ID: 92-0166073

HAND DELIVERED
APR 2 7 2004
HWB - Anc.

# Invoice

| DATE | INVOICE N... |
|---|---|
| 4/27/2004 | 88551 |

| BILL TO | SHIP TO |
|---|---|
| Holmes Weddle & Barcott PC<br>701 W 8th Ave. Suite 700<br>Anchorage, AK 99501 | Holmes Weddle & Barcott PC<br>701 W 8th Ave. Suite 700<br>Anchorage, AK 99501 |

| Terms | REP | SHIP VIA | Client No. | CC | Job Tracking |
|---|---|---|---|---|---|
| EOM | | Our Truck | 4103-18823 | 479 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Stapled/Co... | Flat rate per copy for stapled,clipped,tagged,tabbed,<br><br>Attn Susan<br><br>Client # 4103-18823<br>Approved By RJW<br>Vendor # 2195<br>Expense Account #<br>B201  4/30<br><br>RECEIVED BY_____<br><br>DATE:_____ | 1,012 | 0.07 | 70.84 |

You're a valued client!! We appreciate your business!

**Total**  $70.84

Please Remit Payment to
Downtown Legal Copies, LLC
320 E. Fireweed Lane
Anchorage, Alaska, 99503