**HOLMES WEDDLE & BARCOTT**

31084

| 2195 | DownTown Legal Copies LLC | | | 5/14/04 | $998.22 |
|---|---|---|---|---|---|
| G/L Acct. | Matter I.D. | Cost Co | Inv.No. | Inv.Date | Amount |
| 2800-0000 | 313-018955 | copya | 87580 | 03-29-2004 | 72.73 |
| 2800-0000 | 411-017816 | copya | 87693 | 04-02-2004 | 152.60 |
| 2800-0000 | 411-017816 | copya | 87705 | 04-02-2004 | 30.00 |
| 2800-0000 | 411-019092 | copya | 87833 | 04-06-2004 | 56.35 |
| 2800-0000 | 3769-017574 | copya | 87687 | 04-01-2004 | 29.12 |
| 2800-0000 | 3890-013896 | copya | 88136 | 04-15-2004 | 170.24 |
| 2800-0000 | 3890-013896 | copya | 88226 | 04-19-2004 | 5.50 |
| 2800-0000 | 4420-018501 | copya | 88462 | 04-26-2004 | 147.78 |
| 2800-0000 | 313-017897 | copya | 88677 | 04-30-2004 | 106.25 |
| *2800-0000 | 4103-018823 | copya | 88551 | 04-27-2004 | 70.84 |
| 2800-0000 | 467-001064 | copya | 88465 | 04-26-2004 | 132.93 |
| 2800-0000 | 467-001064 | copya | 88664 | 04-29-2004 | 23.88 |

PRODUCT LM102G  USE WITH 9380 ENVELOPE  NEBS To Reorder 1-800-225-6380 or www.nebs.com  PRINTED IN U.S.A.

# A&J Duplicating Service, LLC

4201 B Street  
Anchorage Alaska 99503

Phone: 907-561-0517  
Fax: 907-561-0518

# CUSTOMER INVOICE

| Date | Invoice No. |
|---|---|
| 7/1/2005 | 24772 |

Ship To:

Holmes Weddle & Barcott  
701 West 8th Ave.  
Suite 700  
Anchorage, Alaska 99501

Ship To

Holmes Weddle & Barcott  
701 West 8th Ave.  
Suite 700  
Anchorage, Alaska 99501

| Client | Terms |
|---|---|
| 4103-18823 | EOM |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Staple Copies | Flat Rate For Stapled Copies | 494 | 0.09 | 44.46 |
| | Attn: Donna or Joyce | | | |

*Handwritten: Ply Pay 4103-18823*  
*Client #*  
*Approved By JE 3587*  
*Vendor # 1410-0000*  
*Expense Account # 8201*  
*6.05*  
RECEIVED BY _____

DATE _____

All work is complete!

| | Total | $44.46 |
|---|---|---|

Remit Payment to 4201 B Street  
Anchorage, Alaska 99503

**HOLMES WEDDLE & BARCOTT**                                                              35933

| 3587 | A-1 Duplicating Service, LLC | 8/26/2005 | $405.52 |

| G/L Acct. | Matter I.D. | Cost Cod | Inv.No. | Inv.Date | Amount |
|---|---|---|---|---|---|
| 2800-0000 | 3909-019012 | copya | 24755 | 07-01-2005 | 20.00 |
| 2800-0000 | 4103-018823 | copya | 24772 | 07-01-2005 | 44.46 X |
| 2800-0000 | 3909-019548 | copya | 25108 | 07-18-2005 | 113.75 |
| 2800-0000 | 3796-008399 | copya | 25151 | 07-20-2005 | 156.06 |
| 2800-0000 | 411-018847 | copya | 25544 | 08-05-2005 | 30.00 |
| 2800-0000 | 411-018847 | copya | 25579 | 08-02-2005 | 41.25 |

PRODUCT: M102C   USE WITH 9380 ENVELOPE   NEBS To Reorder, 1-800-225-6380 or www.nebs.com   PRINTED IN U.S.A.

Anchorage Bar Association
PO Box 103715
Anchorage AK 99510

Phone : (907) 278-8855    Fax : (907) 272-4589

RECEIVED
MAY 0 9 2006
HWB - Anc

STATEMENT

317
HOLMES WEDDLE & BARCOTT
701 West 8th Ave., Ste 700
Anchorage AK  99501

Vendor #

Closing Date
04/30/06

Page Number
1

| STMT DATE | REFEREMCE | INVOICE/PMT | ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 03/31/06 | COPITRAK | I | | 30.60 pd |
| 04/30/06 | | I | | 0.34 |
| 02/28/06 | SERVICE | I | | 10.00 pd |
| 03/31/06 | | I | | 10.00 |
| 04/30/06 | | I | | 10.00 |

Client # 4103-18823 = $.34
Approved By
Vender # 1260
Expense Account # 6132-1000 = $10.00
5201
5-17-06

TOTAL BALANCE DUE:    10.34
                       60.94

YOUR ACCCOUNT NUMBER IS    317
PLEASE PUT YOUR ACCOUNT NUMBER ON YOUR CHECK

May. 01, 2006 07:10:19

# ANCHORAGE BAR ASSOCIATION

## Holmes Weddle & Barcott #317

Date Range
From 4/1/2006 0:00
To  4/30/2006 23:59

| Account Code | All Total Trans | Copy Pages | Copy Gross Charges | All Gross Charges | All Net Charges | All NB Charges | All Qty NB% | All Net NB% |
|---|---|---|---|---|---|---|---|---|
| 41031B23 | 1 | 2 | 0.34 | 0.34 | 0.34 | 0.00 | 0.00% | 0.00% |
| Grand Total: | 1 | 2 | 0.34 | 0.34 | 0.34 | 0.00 | 0.00% | 0.00% |

Included transaction type(s): Copy, Print.

**HOLMES WEDDLE & BARCOTT**　　　　　　　　　　　　　　　　　　　　　　39085

1260　　　Anchorage Bar Association　　　　　7/17/2006　　　　　$13.06

| G/L Acct. | Matter I.D. | Cost Code | Inv.No. | Inv. Date | Amount |
|---|---|---|---|---|---|
| 6132-1000 | | | 5/31/06 | 05-31-2006 | 12.04 |
| 2800-0000 | 3909-020148 | copya | 5/31/06 | 05-31-2006 | 0.68 |
| 2800-0000 | 4103-018823 | copya | 5/31/06 | 05-31-2006 | 0.34 |

# PACER SERVICE CENTER INVOICE/STATEMENT
U.S. COURTS – PACER • P.O. BOX 277773 • ATLANTA, GA 30384-7773

RECEIVED JUL 21 2006

| | |
|---|---|
| **LOGIN ID:** FB0042 | **Accounts Payable** |
| **BILLING DATE:** 07/06/2006 | Holmes Weddle & Barcott, P.C. |
| **BILLING CYCLE:** 04/01/2006 – 06/30/2006 | 907-274-0666 |
| **PAGE:** 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login ID on your check. For your information, the PACER Service Center's Federal tax identification number is **74-2747938**. To make payment by credit card, change account information, or view transaction details for this statement, visit the "Account Information" Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P. O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the PACER Service Center at (210) 301-6441. In your correspondence provide us with your name, login ID, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the PACER Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than 08/07/2006. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800) 676-6856 or (210) 301-6440.*

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| Dial-Up PACER Charges: | $0.00 |
| Number of PACER-Net Transactions: | 55 |
| PACER-Net Billing Rate: | $0.08 / Page |
| PACER-Net Total Web Pages: | 253 |
| PACER-Net Charges: | $20.24 |
| **Previous Balance:** | |
| **Current Charges:** | $0.00 |
| | $20.24 |
| **Total Amount Due:** | **$20.24** |

Client # _____
Approved By _____
Vendor # 1057
Expense Account # See attached

```
06/13/2006 1705-20465                          15:30:59 DOCKET REPORT
           05-00497 FIL OR ENT: FIL DOC FROM: 0 DOC        3              0.24
06/13/2006 1705-20465                          15:32:19 IMAGE1-0
           05-00497 DOCUMENT 1-0                          30              2.40


CUSTOMER NUMBER: FB0042
DATE RANGE:    04/01/2006 - 06/30/2006                          PAGE:     2

   DATE     CLIENT CODE                     TIME IN   TIME OUT/DESCRIPTION
            SEARCH CRITERIA                           TIME/PAGES   AMOUNT
   -------------------------------------------------------------------------
06/13/2006 1705-20465                          15:40:12 IMAGE21-0
           05-00497 DOCUMENT 21-0                         1               0.08
06/13/2006 1705-20465                          15:41:01 IMAGE19-0
           05-00497 DOCUMENT 19-0                         2               0.16
06/13/2006 1705-20465                          15:42:11 IMAGE13-0
           05-00497 DOCUMENT 13-0                         2               0.16
06/13/2006 1705-20465                          15:43:23 IMAGE6-0
           05-00497 DOCUMENT 6-0                          2               0.16
06/13/2006 1705-20465                          15:43:54 IMAGE4-0
           05-00497 DOCUMENT 4-0                          2               0.16
06/13/2006 1705-20465                          15:44:53 IMAGE18-0
           05-00497 DOCUMENT 18-0                         2               0.16
06/19/2006 3444-20221  Sea.                    13:55:48 DOCKET REPORT
           05-01931 FIL OR ENT: FIL DOC FROM: 0 DOC       4               0.32
06/21/2006 3444-20221                          09:34:48 DOCKET REPORT
           05-01931 FIL OR ENT: FIL   DOC FROM: 0 D       4               0.32
06/27/2006 4371-18428  Anch.                   11:07:26 DEADLINE/SCHEDULE
           05-01947 706 0-1                              1                0.08
06/27/2006 4371-18428                          11:07:46 IMAGE22-0
           05-01947 DOCUMENT 22-0                        1                0.08
06/27/2006 4371-18428                          11:08:38 DOCKET ACTIVITY REPORT
           05-01947 JUDGE: ALL OFFICE: ALL C TYPE:       1                0.08
06/27/2006 4371-18428                          11:09:04 DOCKET REPORT
           05-01947 FIL OR ENT: FIL   DOC FROM: 0 D      3                0.24
06/27/2006 4371-18428                          11:09:22 IMAGE27-0
           05-01947 DOCUMENT 27-0                        2                0.16
PACER-NET SUBTOTAL FOR AKBK                             213              17.04


SUBTOTAL FOR ALASKA BANKRUPTCY COURT (AKBK)                              17.04


COURT: ALASKA DISTRICT COURT (AKDC)
   04/05/2006 4474-20513  Anch.                10:52:14 IMAGE4-0
              3:06-CV-00001-RRB DOCUMENT 4-0             6                0.48
   04/05/2006 4474-20513                        10:53:54 DOCKET REPORT
              3:06-CV-00001-RRB                          1                0.08
   04/05/2006 4474-20513                        10:54:31 IMAGE5-0
              3:06-CV-00001-RRB DOCUMENT 5-0             6                0.48
   04/05/2006 4474-20513                        12:38:27 IMAGE3-0
              3:06-CV-00001-RRB DOCUMENT 3-0             2                0.16
   04/06/2006 4103-18823  Anch.                 10:00:25 SEARCH
              LAST NAME: A.T. PUBLISHING                 1                0.08
   04/06/2006 4103-18823                        10:02:00 DOCKET REPORT
              3:04-CV-00011-JWS                          2                0.16
   04/06/2006 4103-18823                        10:03:30 IMAGE67-0
              3:04-CV-00011-JWS DOCUMENT 67-0            6                0.48
   04/07/2006 4689-20067                        13:39:56 DOCKET REPORT
                    Anch.
```

**HOLMES WEDDLE & BARCOTT**

39414

1057 -   Pacer Service Center                          8/22/2006              $20.24

| G/L Acct. | Matter I.D. | Cost Code | Inv.No. | Inv.Date | Amount |
|---|---|---|---|---|---|
| 2800-0000 | 3444-020221 | cra | FB0042 | 07-06-2006 | 0.24 |
| 2800-0000 | 4440-018552 | cra | FB0042 | 07-06-2006 | 3.76 |
| 2800-0000 | 4363-018376 | cra | FB0042 | 07-06-2006 | 4.96 |
| 6280-1000 |  |  | FB0042 | 07-06-2006 | 3.12 |
| 2800-0000 | 1705-020465 | cra | FB0042 | 07-06-2006 | 3.92 |
| 2800-0000 | 3444-020221 | cra | FB0042 | 07-06-2006 | 0.64 |
| 2800-0000 | 4371-018428 | cra | FB0042 | 07-06-2006 | 0.64 |
| 2800-0000 | 4474-020513 | cra | FB0042 | 07-06-2006 | 1.20 |
| 2800-0000 | 4103-018823 | cra | FB0042 | 07-06-2006 | 0.72 |
| 2800-0000 | 4689-020067 | cra | FB0042 | 07-06-2006 | 0.24 |
| 2800-0000 | 4475-020484 | cra | FB0042 | 07-06-2006 | 0.40 |
| 2800-0000 | 313-020323 | cra | FB0042 | 07-06-2006 | 0.40 |



# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/27/2007 | 226358 |

| BILL TO | SHIP TO |
|---|---|
| Holmes, Weddle & Barcott, PC<br>701 W. 8th Ave., #730<br>Anchorage, AK 99501 | Same<br>Attn: Joyce or Karen<br>274-0666 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | RH |  | 4103-18823 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 115 | 8.5 x 11; three or more set price, litigation | 2,484 | 0.069 | 171.40 |
| 160 | 11 x 17 copies | 4 | 0.17 | 0.68 |
| 175 | Color Copies; multiple sets | 4 | 0.90 | 3.60 |
| 180 | Color Copies; 14" | 4 | 1.27 | 5.08 |
| 195 | Color Copies; 11 x 17. Multiple sets. | 4 | 1.60 | 6.40 |
| 730 | 3-hole drilling; $2.50 Minimum Charge | 625 | 0.005 | 3.13 |

Thank you!!

Client # 4103-18823
Approved By *RdW*
Vender # 2784
Expense Account # 1410
8301
4-30-07

Signature:

**Total** $190.29



# Alaska Legal Copy

311 I Street, Suite 102
Anchorage, Alaska 99501
272-1265 or Fax 272-2826

**CHARGE TO:** Holmes Weddle Barcott
**ADDRESS:** 701 W. 8th Ave, Ste 700
**CONTACT PERSON:** [illegible]
**PHONE #:** 274-0666
**DATE:** 4/12/07
**DATE PROJECT NEEDED:** 4/27/07
**TIME PROJECT NEEDED:** 10:00 a.m.
**CLIENT MATTER NO:** 4103-18823
**TERMS:** NET 30 DAYS

CALL US AT 272-1265 FOR PICKUP AND DELIVERY

- NUMBER OF CARTONS / ORIGINALS: 1
- NUMBER OF COPIES REQUIRED: 4
- 3 HOLE DRILL: 1 copy

MIRROR COPY: A MIRROR COPY means we will furnish you with an exact duplicate copy – ie color will be copied in color, copies and originals will be stapled like originals, books will be bound like originals (if possible), file folders furnished like originals, ect.

SCANNING | DOCUMENT NUMBERING
EXHIBITS

Certain jobs may require "Special Handling." Additional charges may apply.

Please make 4 copies, if exhibit is color, please copy in color.

**HOLMES WEDDLE & BARCOTT**                                                                 42335

| 2784 | Alaska Legal Copy | | | 6/15/2007 | $2,226.85 |
|---|---|---|---|---|---|
| G/L Acct. | Matter I.D. | Cost Code | Inv.No. | Inv.Date | Amount |
| 2800-0000 | 4411-020199 | copya | 226116 | 04-06-2007 | 212.94 |
| 2800-0000 | 4411-020199 | copya | 226137 | 04-09-2007 | 1010.19 |
| 2800-0000 | 3890-020036 | copya | 226161 | 04-11-2007 | 14.00 |
| 2800-0000 | 4338-020426 | copya | 226239 | 04-18-2007 | 10.00 |
| 2800-0000 | 1588-021125 | copya | 226309 | 04-24-2007 | 719.95 |
| 2800-0000 | 4103-018323 | copya | 226358 | 04-27-2007 | 190.29 * |
| 2800-0000 | 313-021602 | copya | 226269 | 04-20-2007 | 69.48 |