# EXHIBIT 1



**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

SOUTHTRUST TOWER
420 TWENTIETH STREET NORTH
SUITE 1600
BIRMINGHAM, ALABAMA 35203
PHONE: 205.328.0480
FAX: 205.322.8007

www.bakerdonelson.com

## SUMMARY

Mr. Chip Leas
Ofc Capital Corporation
576 Colonial Park Drive Suite 200
Roswell, GA 30075

March 10, 2006
Bill No. 6801277
Client/Matter: 1031789.000012

BSM

Lease Dispute

**Client: Ofc Capital Corporation**
**Matter: A.T. Publishing Incorporated**

|  |  |  |
|---|---|---|
| Current Expenses | $ | 3,868.82 |
| TOTAL AMOUNT DUE | $ | 3,868.82 |

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C. • BEIJING,
REPRESENTATIVE OFFICE,
BDBC INTERNATIONAL, LLC

## EXHIBIT 1

**Ofc Capital Corporation**
**A.T. Publishing Incorporated**
**Client/Matter: 1031789.000012**

March 10, 2006
Bill No. 6801277
Page 2 of 3

### ITEMIZED FEES

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 09/01/05 | ALW | Continued research regarding work product privilege; researched whether privilege is waived if it is disclosed to a third party; researched whether attorney letters to a non-party witness must be disclosed; research Alaska case law regarding same; researched federal case law regarding same; conference with Ellen Dover regarding same. | 5.80 |
| 09/02/05 | ALW | Preparation of memo regarding work product doctrine. | 1.60 |
| 09/07/05 | ALW | Continue preparation of memorandum regarding work-product doctrine, whether opposing counsel is entitled to witness letter, and whether witness letter must be produced pursuant to initial disclosures; review and edit same. | 2.80 |
| 09/08/05 | ALW | Reviewed and revised memo to Marion Walker regarding work product; added section to memo regarding issue of waiver of work product privilege, continued research regarding requirements regarding initial disclosures under Federal Rule of Civil Procedure Rule 26. | 1.70 |
| 09/14/05 | WPH | TF Randy Weddle re: deposition of Frank Martone | 0.40 |
| 09/15/05 | WPH | TF Randy Weddle re: depositions; research re: attorney-client privilege | 1.50 |
| 09/15/05 | WPH | Review of email from Randy Weddle with supporting attachments | 0.40 |
| 09/21/05 | WPH | TF Randy Weddle re: discovery status | 0.30 |
| 09/27/05 | WPH | Drafting and revision of response to discovery demand | 0.30 |
| 09/28/05 | MFW | Telephone call to and from Randy Weddle regarding production of documents, plaintiffs' documents produced; review same | 0.50 |
| 09/29/05 | WPH | TT Randy Weddle re: discovery issues | 0.10 |

TOTAL CURRENT FEES          $          0.00

### SUMMARIZED EXPENSES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Long Distance Charge | 18.20 |
| Postage Charge | 4.39 |
| Photo Reproduction Charge | 51.60 |
| Computer Research | 89.51 |
| Shipping Expense | 81.18 |
| Professional Services Expense | 3,623.94 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

**Ofc Capital Corporation**
**A.T. Publishing Incorporated**
**Client/Matter: 1031789.000012**

**March 10, 2006**
**Bill No. 6801277**
**Page 3 of 3**

**DESCRIPTION**                                                          **AMOUNT**

TOTAL CURRENT EXPENSES                                                    3,868.82

TOTAL CURRENT AMOUNT DUE    $    3,868.82

---



# BAKER DONELSON
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

SOUTHTRUST TOWER
420 TWENTIETH STREET NORTH
SUITE 1600
BIRMINGHAM, ALABAMA 35203
PHONE: 205.328.0480
FAX: 205.322.8007

www.bakerdonelson.com

## REMITTANCE

Mr. Chip Leas
Ofc Capital Corporation
576 Colonial Park Drive Suite 200
Roswell, GA 30075

March 10, 2006
Bill No. 6801277
Client/Matter: 1031789.000012

BSM

Lease Dispute

**Client: Ofc Capital Corporation**
**Matter: A.T. Publishing Incorporated**

| | | |
|---|---|---|
| Current Expenses | $ | 3,868.82 |
| TOTAL AMOUNT DUE | $ | 3,868.82 |

**ALFA FINANCIAL CORPORATION**
**DBA OFC CAPITAL**

6756402    09/07/2005    Baker Donelson Bearman

CLIENT# 1031789.

002183    09/23/2005    22332

5,982.10    0.00    5,982.10

5,982.10    0.00    5,982.10

DELUXE BUSINESS FORMS  1-800-328-0304

2183



# BAKER
# DONELSON
## BEARMAN, CALDWELL
## & BERKOWITZ, PC

**TAX NO. 62-1047356**

SOUTHTRUST TOWER
420 TWENTIETH STREET NORTH
SUITE 1600
BIRMINGHAM, ALABAMA 35203
PHONE: 205.328.0480
FAX: 205.322.8007

www.bakerdonelson.com

---

## REMITTANCE

Mr. Chip Leas
Ofc Capital Corporation
576 Colonial Park Drive Suite 200
Roswell, GA 30075

September 7, 2005
Bill No. 6756402
Client/Matter: 1031789.000012

BSM

Lease Dispute

**Client: Ofc Capital Corporation**
**Matter: A.T. Publishing Incorporated**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 5,875.50 |
| Current Expenses | $ | 106.60 |
| TOTAL AMOUNT DUE | $ | 5,982.10 |

**Approved for Payment:** _____
GL#: _____
GL#: _____
GL#: _____
Date Paid: _____
Check #: _____

*okay to pay
Jinny
9/21/05  5400*

**Please include this page with your payment.**

Ofc Capital Corporation
A.T. Publishing Incorporated

## ITEMIZED FEES

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 08/01/05 | MFW | Review Amended Complaint and Counterclaim; conference with Patton Hahn | 0.80 |
| 08/01/05 | WPH | Email to Randy Weddle re: opposition to motion to amend; review of possible witnesses; Conf w/MFW re: status of case | 0.80 |
| 08/02/05 | WPH | Review and reply to email from Randy Weddle; revision of opposition to motion to amend complaint | 1.10 |
| 08/03/05 | MFW | Review Opposition to Motion to Amend Complaint; discuss mitigation issue strategy with Patton Hahn | 0.60 |
| 08/03/05 | WPH | Review and reply to emails from Randy Weddle; TF Marion Walker re: motion to amend | 0.20 |
| 08/04/05 | WPH | TF Randy Weddle re: issues raised in Plaintiff's second amended complaint | 0.20 |
| 08/10/05 | MFW | Email to Randy Weddle regarding A.B. Dick witnesses and plaintiff depositions; telephone call to and from Randy Weddle regarding A.B. Dick Witnesses; telephone call to Patton Hahn regarding same | 0.40 |
| 08/11/05 | MFW | Telephone call from and to Patton Hahn regarding A.B. Dick Witnesses; email to Randy Weddle | 0.10 |
| 08/11/05 | MFW | Review notes and prepare outline for call to A.B. Dick Witness - Taylor; telephone call to Ben Taylor and set telephone appointment | 0.80 |
| 08/11/05 | WPH | TT Marion Walker re: contacting AB Dick employees | 0.20 |
| 08/12/05 | MFW | Telephone call to Randy Weddle; prepare for conference wiht Ben Taylor; conferece call with Ben Taylor regarding A.T. Publishing press sale; telephone call from Randy weddle regarding call to Glenn Ashcroft | 2.40 |
| 08/12/05 | MFW | Telephone call from Randy Weddle; conference call with Glenn Ashcroft and set 8/15 conference call | 0.30 |
| 08/12/05 | MFW | Email from Linda Rittenhouse; telephone call to Linda Rittenhouse regarding Sverdrup and CSC Teaming Agreement; review Joint Venture Partnership Agreement and assign research project to Anne Wohlfeld | 0.80 |
| 08/15/05 | MFW | Review Reply Brief of plaintiff; email to Alaska attorney; review notes and prepare letter to A.B. Dick witness Taylor; prepare conference call to G. Ashcraft; prepare letter to Ben Taylor; conference with Randy Weddle regarding Reply Brief | 2.20 |
| 08/15/05 | MFW | Emails with Patton Hahn regarding Reply Brief of Plaintiff | 0.10 |
| 08/15/05 | WPH | Review of AT Publishing reply re: motion to amend | 0.30 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

Ofc Capital Corporation                                          September 7, 2005
A.T. Publishing Incorporated                                    Bill No.  6756402
                                                                Page 3 of 3

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 08/16/05 | MFW | Email from Randy Weddle regarding timing of equipment installation and plaintiff evidence; telephone call from Randy Wedddle regarding A.B. Dick witness, Garrett; exchange emails with Randy Weddle regarding exhibits; telephone call to A.B. Dick | 2.40 |
| 08/17/05 | MFW | Telephone call from Randy Weddle regarding Randy Garrett and others; email from Presstek regarding talking with Randy Garrett; Telephone conference with R. Seward regarding March 2003 training of A.T. Publishing personnel; conference with Randy Weddle regarding other witnesses and plan to proceed | 3.40 |
| 08/18/05 | MFW | Email to Randy Weddle regarding follow-up with Ray Seaward and plan to move litigation forward; conference with Randy Weddle concerning admissibility of letters to witnesses | 0.80 |
| 08/19/05 | ALW | Conference with Marion Walker. | 0.50 |
| 08/19/05 | MFW | Assign Anne Wohlfeld research project on work product and production requirements | 0.30 |
| 08/20/05 | MFW | Email to witness R. Seward; email to Randy Weddle regarding order of plaintiff depositions and research project | 0.20 |
| 08/30/05 | WPH | TF Randy Weddle re: status of witness interviews, discovery | 0.50 |
| 08/31/05 | ALW | Lexis search of case law regarding work product privilege; review and analyze cases regarding same. | 4.50 |

                                    TOTAL CURRENT FEES      $    5,875.50

### SUMMARIZED EXPENSES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Long Distance Charge | 47.25 |
| Outgoing Telecopier Charge | 8.00 |
| Postage Charge | 0.74 |
| Photo Reproduction Charge | 4.00 |
| Computer Research | 46.61 |

                        TOTAL CURRENT EXPENSES            106.60

                TOTAL CURRENT AMOUNT DUE    $    5,982.10

---

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**



# BAKER DONELSON
BEARMAN, CALDWELL
& BERKOWITZ, PC

SOUTHTRUST TOWER
420 TWENTIETH STREET NORTH
SUITE 1600
BIRMINGHAM, ALABAMA 35203
PHONE: 205.328.0480
FAX: 205.322.8007

www.bakerdonelson.com

**TAX NO. 62-1047356**

## REMITTANCE

Mr. Chip Leas
Ofc Capital Corporation
576 Colonial Park Drive Suite 200
Roswell, GA  30075

September 7, 2005
Bill No. 6756402
Client/Matter:  1031789.000012

BSM

Lease Dispute

**Client:  Ofc Capital Corporation**
**Matter:  A.T. Publishing Incorporated**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 5,875.50 |
| Current Expenses | $ | 106.60 |
| TOTAL AMOUNT DUE | $ | 5,982.10 |

**Please include this page with your payment.**

**ALFA FINANCIAL CORPORATION**
**DBA OFG CAPITAL**
Baker Donelson Bearman

6750720    08/16/2005    Client/Matter: 1

| | | | |
|---|---|---|---|
| 002183 | 2,153.18 | | |
| | 08/30/2005 | 0.00 | **22204** |
| | **2,153.18** | | |

2,153.18          0.00          2,153.18

DELUXE BUSINESS FORMS   1-800-328-0304

79012V



**BAKER**
**DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

SOUTHTRUST TOWER
420 TWENTIETH STREET NORTH
SUITE 1600
BIRMINGHAM, ALABAMA 35203
PHONE: 205.328.0480
FAX: 205.322.8007

www.bakerdonelson.com

## SUMMARY

Mr.. Chip Leas
Ofc Capital Corporation
576 Colonial Park Drive Suite 200
Roswell, GA 30075

August 16, 2005
Bill No. 6750720
Client/Matter: 1031789.000012

BSM

Lease Dispute

**Client: Ofc Capital Corporation**
**Matter: A.T. Publishing Incorporated**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 2,007.50 |
| Current Expenses | $ | 145.68 |
| TOTAL AMOUNT DUE | $ | 2,153.18 |

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C. • BEIJING, REPRESENTATIVE OFFICE, BDBC INTERNATIONAL, LLC

Capital Corporation
A.T. Publishing Incorporated

August 16, 2005
Bill No. 6750720
Page 2 of 3

### ITEMIZED FEES

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 07/07/05 | MFW | Review and edit OFC's Second Discovery Request | 1.20 |
| 07/08/05 | WPH | review of documents produced by A.T. Publishing; email to MFW re: letter to Mike Mills | 0.40 |
| 07/08/05 | WPH | TF Randy Weddle re: discovery requests | 0.20 |
| 07/11/05 | WPH | Review and revision of discovery requests; revision of letter to Michael Mills | 0.40 |
| 07/12/05 | WPH | Conf w/MFW re: revision to discovery responses | 0.30 |
| 07/12/05 | MFW | Telephone call to Pattoh Hahn and review discovery requests | 0.40 |
| 07/19/05 | MFW | Telephone call to Jim Scalfide, Presstek, regarding A.B. Dick | 0.10 |
| 07/25/05 | WPH | Revision of discovery requests; review of previous pleadings to determine disputed facts | 0.20 |
| 07/25/05 | MFW | Telephone call to general counsel for Presstek regarding witnesses | 0.10 |
| 07/26/05 | WPH | Review of OFC material re: AB Dick depositions; research re: AB Dick employees | 0.40 |
| 07/26/05 | MFW | Exchange emails with Patton Hahn regarding contact with A.B. Dick employees | 0.20 |
| 07/27/05 | WPH | Review of amended complaint; email to Randy Weddle re: same; review of standard for challenging motion to amend; email to Randy Weddle re: same | 0.70 |
| 07/27/05 | MFW | Receive and review emails regarding Amended Complaint | 0.20 |
| 07/29/05 | MFW | review amended complaint and set meeting with Patton Hahn to discuss opposition. | 1.40 |
| 07/31/05 | WPH | Drafting of opposition to motion to amend complaint; research re: new claims alleged by AT Publishing | 2.10 |
| | | TOTAL CURRENT FEES          $ | 2,007.50 |

### SUMMARIZED EXPENSES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Long Distance Charge | 13.30 |
| Postage Charge | 0.37 |
| Photo Reproduction Charge | 2.40 |
| Travel/Expense | 129.61 |
| TOTAL CURRENT EXPENSES | 145.68 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

Capital Corporation
C.T. Publishing Incorporated

August 16, 2005
Bill No.  6750720
Page 3 of 3

TOTAL CURRENT AMOUNT DUE    $      2,153.18



# BAKER
## DONELSON
### BEARMAN, CALDWELL
### & BERKOWITZ, PC

**TAX NO. 62-1047356**

SOUTHTRUST TOWER
420 TWENTIETH STREET NORTH
SUITE 1600
BIRMINGHAM, ALABAMA 35203
PHONE: 205.328.0480
FAX: 205.322.8007

www.bakerdonelson.com

## REMITTANCE

Mr.. Chip Leas
Ofc Capital Corporation
576 Colonial Park Drive Suite 200
Roswell, GA  30075

August 16, 2005
Bill No. 6750720
Client/Matter: 1031789.000012

BSM

Lease Dispute

**Client:  Ofc Capital Corporation**
**Matter:  A.T. Publishing Incorporated**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 2,007.50 |
| Current Expenses | $ | 145.68 |
| TOTAL AMOUNT DUE | $ | **2,153.18** |

**Please include this page with your payment.**



21867

79012V

08/19/2005

002183

**ALFA FINANCIAL CORPORATION**
**DBA OFC CAPITAL** Baxter Donelson Bearman

| | | | | |
|---|---|---|---|---|
| 1031789 | 07/11/2005 | ID# 000013/67966 | 539.00 | 539.00 |
| 67966230 | 07/11/2005 | ID# 10317890000 1 | 10,317.22 | 10,317.22 |

0.00
0.00

10,856.22

0.00

10,856.22

10,856.22

DELUXE BUSINESS FORMS   1-800-328-0304

**INVOICE**

TAX NO.
62-1047356

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

BIRMINGHAM, ALABAMA
JACKSON, MISSISSIPPI
WASHINGTON, D.C.
ATLANTA, GEORGIA
NEW ORLEANS, LOUISIANA
BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

MPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

Attn Mr Chip Leas
Ofc Capital Corporation
576 Colonial Park Drive Suite 200
Roswell, GA  30075

Approved for Payment:
GL#: 5160
GL#:

Date Paid:
Check #:

*OK BM* (handwritten)
*8/17/2005* (handwritten)

July 11, 2005
ID: 1031789 000012
Bill No. 67966230

BSM

CLIENT: Ofc Capital Corporation
MATTER: A.T. Publishing Incorporated

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2005

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 9,190.00 |
| CURRENT EXPENSES DUE | $ | 55.87 |
| CURRENT AMOUNT DUE | $ | 9,245.87 |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ | 1,071.35 |
| TOTAL AMOUNT DUE | $ | 10,317.22 |

PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

## BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET

## BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

TAX NO.
62-1047356

MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

Ofc Capital Corporation
A.T. Publishing Incorporated

July 11, 2005
1031789
000012/67966230

## FOR PROFESSIONAL SERVICES RENDERED

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 06/08/05 | WPH | TF Marion Walker re: communications with OFC, AB Dick; review of Plaintiff's discovery requests; email to Carolyn McClain re: discovery resquests | .80 |
| 06/08/05 | MFW | Receive email regarding call to A.B. Dick; telephone cal to A.B. Dick CEO regarding contact with witnesses | .40 |
| 06/09/05 | WPH | Drafting of responses to AT Publishing discovery requests | 2.20 |
| 06/10/05 | MFW | Telephone call form Jim Scafide, general counsel for Presstek, to discuss depositions; email from Randy Weddle regarding hearing Thursday and respond to email; telephone call to Patton Hahn regarding time needed for depositions | 1.10 |
| 06/12/05 | WPH | Drafting/revision of discovery responses; review of documents provided by client; review of emails between Marion Walker and Randy Weddle re: discovery issues | 2.90 |
| 06/13/05 | WPH | Drafting and revision of responses to A.T. Publishing discovery | .70 |
| 06/14/05 | WPH | Conf w/Jennifer Butler re: organization of file; Conf w/Marion Walker re: status of case, discovery issues; TT Carolyn McClain, Claudine Acquillon re: discovery responses | .90 |
| 06/14/05 | MFW | Conference with Patton Hahn to plan discovery; email to Chip Leas regarding planning discovery trip to Atlanta | .80 |
| 06/14/05 | JBB1 | Work on compilation of litigation documents and investigation of claims | 1.20 |



Ofc Capital Corporation
A.T. Publishing Incorporated

July 11, 2005
1031789
000012/67966230

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 06/15/05 | WPH | Teleconf w/Randy Weddle and Marion Walker re: status of case | 1.10 |
| 06/15/05 | MFW | Conference with Randy Weddle and Patton Hahn; check on order setting status conference | 1.40 |
| 06/15/05 | JBB1 | Work on compilation of documents regarding investigation of claims | 1.40 |
| 06/16/05 | MFW | Status conference with Judge regarding discovery; email Chip Leas to set up next week's meeting; review and respond to emails from Randy Weddle regarding strategy and direction of depositions | .80 |
| 06/16/05 | JBB1 | Work on compilation of investigative documents regarding claims | 1.40 |
| 06/17/05 | MFW | Telephone call from and to Randy Weddle; email from and to Chip Leas confirming visit on June 21st | .30 |
| 06/20/05 | WPH | TT Claudine Aquillon re: discovery; TT Marion Walker re: same, status of case | .10 |
| 06/20/05 | MFW | Conference with Patton Hahn regarding duties regarding OFC; review file to prepare for interviews at OFC | 1.80 |
| 06/21/05 | WPH | TF L. Kirby re: damages calculations; email to L. Kirby re: same | .50 |
| 06/21/05 | MFW | Travel to and from Atlanta for witness interviews (5.0); interview witnesses at OFC (4.5) | 9.50 |
| 06/22/05 | WPH | Conf w/Marion Walker re: meetings with OFC employees, discovery strategy; teleconf w/Claudine Aquillon re: discovery responses; revision of discovery responses; review of calculations by Lorraine Kirby; email to Claudine Aquillon and Chip Leas re: same | 1.80 |
| 06/22/05 | MFW | Update Patton Hahn on interviews; prepare memo on interviews and trial strategy; telephone call to A.B. Dick general counsel | 2.10 |



Ofc Capital Corporation
A.T. Publishing Incorporated

July 11, 2005
1031789
000012/67966230

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 06/22/05 | MFW | Review and edit memo | .80 |
| 06/23/05 | WPH | Conf w/MFW re: discovery requests; revision of same; email to Claudine Aquillon re: same | .40 |
| 06/23/05 | MFW | Review, edit and produce responses; conference with Patton Hahn | .70 |
| 06/24/05 | WPH | Email to/from Randy Weddle re: discovery responses; review and finalization of discovery responses | .20 |
| 06/24/05 | BSM | Review draft memorandum regarding open issues | .40 |
| 06/24/05 | MFW | Telephone call from Patton Hahn regarding submitting response to discovery; email memo | .30 |
| 06/27/05 | WPH | Review of MFW memo re: status of case; drafting and revision of second set of discovery requests to Plaintiff | 1.10 |
| 06/28/05 | WPH | Drafting and revision of discovery requests; email to Randy Weddle re: documents produced by Plaintiff; drafting and revision of letter to Mike Mills re: same | 1.30 |

TOTAL FOR FEES

$    9,190.00

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Long Distance Charge. | 38.15 |
| Postage Charge. | 2.72 |
| Photo Reproduction Charge. | 15.00 |

Ofc Capital Corporation
A.T. Publishing Incorporated

July 11, 2005
1031789
000012/67966230

TOTAL FOR EXPENSES $ 55.87

******************* PREVIOUS STATEMENTS OUTSTANDING *******************

BILL NO. 67946409          April 14, 2005                    900.60
BILL NO. 67951154          May 04, 2005                      170.75

TOTAL FOR OUTSTANDING $ 1,071.35

TOTAL AMOUNT DUE $ 10,317.22

**ALFA FINANCIAL CORPORATION**
**DBA OFC CAPITAL** Baker Donelson Bearman

| | | | | | | |
|---|---|---|---|---|---|---|
| 67958869 | 06/06/2005 | ID: 1031789 0000 | 002183 | 2,006.94 | 06/24/2005 | 0.00 | 2,006.94 |
| 67958870 | 06/06/2005 | ID: 1031789 0000 | | 1,154.01 | | 0.00 | 1,154.01 |

3,160.95

0.00

3,160.95

21774

DELUXE BUSINESS FORMS   1-800-328-0304

79012V

INVOICE

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
### A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## BIRMINGHAM, ALABAMA 35203

**TENNESSEE**

**MEMPHIS**
**NASHVILLE**
**CHATTANOOGA**
**KNOXVILLE**
**JOHNSON CITY**

(205) 328-0480

FACSIMILE
(205) 322-8007

**BIRMINGHAM, ALABAMA**

**JACKSON, MISSISSIPPI**

**WASHINGTON, D.C.**

**ATLANTA, GEORGIA**

**NEW ORLEANS, LOUISIANA**

**BDBC INTERNATIONAL, LLC**
**BEIJING, CHINA**
**representative office**

Attn Mr Chip Leas
Ofc Capital Corporation
576 Colonial Park Drive Suite 200
Roswell, GA 30075

June 06, 2005
ID: 1031789 000012
Bill No. 67958869

BSM

Client: Ofc Capital Corporation
Matter: A.T. Publishing Incorporated

Approved for Payment:
GL#: 5400
GL#:
GL#:
Date Paid:
Check #:

For Professional Services Rendered Through 05/31/2005

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 1,983.50 |
| Current Expenses Due | $ | 23.44 |
| Current Amount Due | $ | 2,006.94 |
| Previously Billed And Uncollected | $ | 1,071.35 |
| TOTAL AMOUNT DUE | $ | 3,078.29 |

Ok to Pay

PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT



INVOICE

TAX NO.
62-1047356

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
### A PROFESSIONAL CORPORATION

**TENNESSEE**

MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## BIRMINGHAM, ALABAMA 35203



(205) 328-0480

FACSIMILE
(205) 322-8007

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

Ofc Capital Corporation
A.T. Publishing Incorporated

June 06, 2005
1031789
000012/67958869

For Professional Services Rendered

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 05/02/05 | WPH | Email to mike mills regarding deposition schedule. | .10 |
| 05/02/05 | MFW | Contacts to ofc and Randall Weddle regarding attorney fees | .30 |
| 05/03/05 | WPH | Teleconference with Mike Mills and associate regarding status of case, deposition schedule; telephone call to Marion Walker regarding same. | .70 |
| 05/14/05 | WPH | Review of emails from randy well regarding offer of judgment. | .20 |
| 05/16/05 | WPH | Research regarding effect of offer of judgment under Georgia law; research regarding recoverability of attorneys' fees under Georgia law; telephone conference with Randy Wedle regarding effect of offer of judgment; email to Marion Walker regarding status of matter. | .90 |
| 05/17/05 | WPH | Telephone call to Randy Weddle re: offer of judgment; email to/from Marion Walker regarding same; teleconference with Marion Walker, chip leas, Claudine Aquillon re: offer of judgment; drafting of letter to Michael Mills rejecting settlement demand; letter to chip leas regarding same. | .90 |
| 05/17/05 | MFW | Conference with Patton Hahn, chip leas and Claudine Aquillon regarding plaintiff's offer of judgment; instructions to Patton Hahn regarding preparation of letters to respond and confirm action with chip leas | .50 |
| 05/18/05 | MFW | Review and edit letter to chip leas, letter to Michael Mils; email to Barry Marks regarding bill | .70 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 06, 2005
1031789
000012/67958869

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 05/24/05 | WPH | Email to Randy Weddle re: fees; telephone call to Claudine Aquillon (message) re: interest charges; telephone call to Marion Walker re: same. | .30 |
| 05/24/05 | MFW | Review message from Claudine regarding damages; telephone call to Patton Hahn to follow up and complete letter to Michael Mills | .20 |
| 05/26/05 | WPH | Review of interest calculation received from client; preparation of other figures needed for counterdemand letter; finalization of letter from Marion Walker to mike mills re: settlement demand | .50 |
| 05/26/05 | MFW | Receive and send emails regarding extension of deadlines | .20 |
| 05/27/05 | WPH | Conf w/Marion Walker re: status of AB Dick bankruptcy issue; teleconf w/Marion Walker, Randy Weddle re: same | .40 |
| 05/27/05 | MFW | Review letter to mills; email form Patton Hahn regarding deadlines; email to Randy Weddle regarding conference call today about deadlines; telephone (x2) to Randy Weddle regarding deadlines; emails to Denise Torossian regarding billing issues | 1.20 |
| 05/31/05 | WPH | TT Marion Walker re: case deadlines; TT Mike Mills re: same; review of email from Randy Weddle re: same; TT Randy Weddle re: same | .30 |
| 05/31/05 | MFW | Telephone call to Patton Hahn regarding extending deadlines; email from Randy Weddle regarding setting up status hearing with Judge; exchange emails regarding deadlines and discovery | .70 |

TOTAL FOR FEES                    $   1,983.50

******************** SUMMARIZED EXPENSE BILL ********************

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 06, 2005
1031789
000012/67958869

| DESCRIPTION | AMOUNT |
|---|---|
| Long Distance Charge. | .70 |
| Outgoing Telecopier Charge. | 22.00 |
| Postage Charge. | .74 |
| TOTAL FOR EXPENSES | $ **23.44** |

****************** PREVIOUS STATEMENTS OUTSTANDING ******************

| | | |
|---|---|---|
| BILL NO. 67946409 | April 14, 2005 | 900.60 |
| BILL NO. 67951154 | May 04, 2005 | 170.75 |
| | TOTAL FOR OUTSTANDING | $ 1,071.35 |
| | TOTAL AMOUNT DUE | $ 3,078.29 |

**ALFA FINANCIAL CORPORATION**
DBA OFC CAPITAL

Baker Donelson Bearman

22117

| | | | 002183 | 08/12/2005 | |
|---|---|---|---|---|---|
| 67946409 | 04/14/2005 | ID# 10317890000001 | 900.60 | 0.00 | 900.60 |
| 67951154 | 05/04/2005 | ID# 10317890000001 | 1,071.35 | 0.00 | 1,071.35 |
| | | | 1,971.95 | 0.00 | 1,971.95 |

DELUXE BUSINESS FORMS  1•800•328•0304

79012V

INVOICE

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
### A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET

## BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

**TENNESSEE**

MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

ATTN MR CHIP LEAS
OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE SUITE 200
ROSWELL, GA  30075

May 04, 2005
ID: 1031789 000012
Bill No. 67951154

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2005

| | | |
|---|---|---:|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 169.00 |
| CURRENT EXPENSES DUE | $ | 1.75 |
| CURRENT AMOUNT DUE | $ | 170.75 |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ | 900.60 |
| TOTAL AMOUNT DUE | $ | 1,071.35 |

PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

# Baker, Donelson, Bearman, Caldwell & Berkowitz
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## Birmingham, Alabama 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

TAX NO.
62-1047356

TENNESSEE
MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA
JACKSON, MISSISSIPPI
WASHINGTON, D.C.
ATLANTA, GEORGIA
NEW ORLEANS, LOUISIANA
BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

May 04, 2005
1031789
000012/67951154

FOR PROFESSIONAL SERVICES RENDERED

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 04/18/05 | MFW | CONFERENCE WITH PATTON HAHN REGARDING SETTING DEPOSITIONS OF A.B. DICK EMPLOYEES | .10 |
| 04/22/05 | WPH | TELEPHONE CALL TO RANDY WEDDLE REGARDING DISCOVERY SCHEDULE. | .20 |
| 04/27/05 | MFW | UPDATE WITH PATTON HAHN REGARDING SETTING DEPOSITIONS | .20 |
| 04/29/05 | WPH | TELEPHONE CALL TO A.B. DICK EMPLOYEE REGARDING DEPOSITION. | .20 |

TOTAL FOR FEES     $     169.00

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | 1.75 |

TOTAL FOR EXPENSES     $     1.75

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

May 04, 2005
1031789
000012/67951154

******************* PREVIOUS STATEMENTS OUTSTANDING *******************

BILL NO. 67946409                    April 14, 2005                                    900.60

                                                                                ------------------
                    TOTAL FOR OUTSTANDING                      $    900.60

                    TOTAL AMOUNT DUE                           $    1,071.35

INVOICE

## BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET

### BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

**TENNESSEE**
MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA
JACKSON, MISSISSIPPI
WASHINGTON, D.C.
ATLANTA, GEORGIA
NEW ORLEANS, LOUISIANA
BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

ATTN MR CHIP LEAS
OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE SUITE 200
ROSWELL, GA  30075

April 14, 2005
ID: 1031789 000012
Bill No. 67946409

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2005

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 877.50 |
| CURRENT EXPENSES DUE | $ | 23.10 |
| TOTAL AMOUNT DUE | $ | **900.60** |



PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

## BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
### A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
### BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

TENNESSEE
MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

April 14, 2005
1031789
000012/67946409

FOR PROFESSIONAL SERVICES RENDERED

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 03/02/05 | WPH | EMAIL TO AND FROM RANDY WEDDLE REGARDING SCHEDULING ORDER CHANGES; REVIEW OF STIPULATION CHANGING PACE DEADLINE | .30 |
| 03/11/05 | WPH | EMAIL TO GARY RAVERT REGARDING CONTACT WITH A.B. DICK EMPLOYEES; CONFERENCE WITH MARION WALKER REGARDING SAME; REVIEW OF PREVIOUS MEMO REGARDING COMMUNICATIONS WITH A.B. DICK EMPLOYEES | .60 |
| 03/14/05 | WPH | TELEPHONE CALL TO BILL WIDEMAN REGARDING CONDITION OF EQUIPMENT | .50 |
| 03/16/05 | WPH | TELECONFERENCE WITH CHIP LEAS, MARION WALKER, BARRY MARKS REGARDING STATUS OF LITIGATION; EMAIL TO MARION WALKER REGARDING WITNESSES TO BE DEPOSED; REVIEW OF MEMORANDUM TO FILE REGARDING POTENTIAL TESTIMONY OF A.B. DICK EMPLOYEES | .70 |
| 03/16/05 | BSM | CONFERENCE CALL REGARDING DEPOSITIONS | .20 |
| 03/16/05 | MFW | CONFERENCE CALL WITH BARRY MARKS, PATTON HAHN, CHIP LEAS AND CLAUDINE AQUILLON REGARDING TRIAL STRATEGY; REVIEW EMAIL FROM PATTON HAHN | .70 |
| 03/18/05 | MFW | EMAIL TO CHIP LEAS AND CLAUDINE AQUILLON | .40 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

April 14, 2005
1031789
000012/67946409

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 03/24/05 | MFW | INSTRUCT ASSOCIATE TO SET PLAINTIFF DEPOSITIONS AND EMAIL CHIP LEAS ABOUT CONTACT WITH NEW A.B. DICK COMPANY | .10 |
| 03/29/05 | MFW | FOLLOW UP WITH PATTON HAHN REGARDING SETTING DEPOSITIONS | .10 |

TOTAL FOR FEES    $    877.50

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | 23.10 |

TOTAL FOR EXPENSES    $    23.10

TOTAL AMOUNT DUE    $    900.60

ALFA FINANCIAL CORPORATION
DBA OFC CAPITAL
67936369

03/31/2005

Baker Donelson Bearman

67936369, 6793636

002183

03/31/2005

| | | |
|---|---|---|
| 3,358.19 | 0.00 | 3,358.19 |
| 3,358.19 | 0.00 | 3,358.19 |

21254

DELUXE BUSINESS FORMS   1-800-328-0304

79012V

INVOICE

TAX NO.
63-1047556

## ...SON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
### BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

...VILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA
JACKSON, MISSISSIPPI
WASHINGTON, D.C.
ATLANTA, GEORGIA
NEW ORLEANS, LOUISIANA
BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

ATTN: MR. CHIP LEAS
OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

March 03, 2005
ID: 1031789 000012
Bill No. 67936369

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2005

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 1,722.00 |
| CURRENT EXPENSES DUE | $ | 25.63 |
| TOTAL AMOUNT DUE | $ | 1,747.63 |



PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

...SON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

TAX NO.
62-1047356

CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA
JACKSON, MISSISSIPPI
WASHINGTON, D.C.
ATLANTA, GEORGIA
NEW ORLEANS, LOUISIANA
BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

March 03, 2005
1031789
000012/67936369

FOR PROFESSIONAL SERVICES RENDERED

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 09/08/04 | MFW | CONFERENCE WITH PATTON HAHN REGARDING BANKRUPTCY OF A.B. DICK AND PLANS FOR AGREEMENT; TELEPHONE CALL TO OFC REPRESENTATIVE REGARDING PREPARATION OF AGREEMENT | .50 |
| 09/09/04 | MFW | EDIT LETTER FROM OFC TO A.B. DICK AND SEND TO BARRY MARKS; SEND FULLY EDITED LETTER | .90 |
| 02/01/05 | WPH | TELEPHONE CALL TO RANDY WEDDLE REGARDING STATUS OF CASE; TELEPHONE CALL TO PRESSTEK DEBTOR'S COUNSEL REGARDING SETTING UP DEPOSITIONS; REVIEW OF NOTES TO DETERMINE POSSIBLE WITNESSES | .50 |
| 02/02/05 | WPH | TELEPHONE CALL TO AND FROM A.B. DICK DEBTOR'S COUNSEL REGARDING SETTING UP DEPOSITIONS | .30 |
| 02/04/05 | WPH | TELEPHONE CALL TO GARY RABER (NEW PRESSTEK COUNSEL) REGARDING POTENTIAL DEPOSITION ISSUES | .20 |
| 02/07/05 | MFW | RECEIVE EMAIL FROM PLAINTIFF'S ATTORNEY; CONFERENCE WITH PATTON HAHN REGARDING SCHEDULING DEPOSITIONS | .20 |

OFC CAPITAL CORPORATION                                    March 03, 2005
A.T. PUBLISHING INCORPORATED                               1031789
                                                           000012/67936369

****************** ITEMIZED FEES ******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 02/08/05 | WPH | EMAIL TO AND FROM RANDY WEDDLE REGARDING CONTACT WITH COUNSEL FOR AT PUBLISHING; CONFERENCE WITH MARION WALKER REGARDING SAME; TELEPHONE CALL TO AND FROM GARY RABER REGARDING SETTING UP DEPOSITIONS OF FORMER A.B. DICK EMPLOYEES; TELEPHONE CALL TO STEVEN JONES REGARDING SAME | .70 |
| 02/09/05 | WPH | TELEPHONE CALL TO MICHAEL MILLS REGARDING STATUS OF CASE, POSSIBLE SCHEDULING ISSUES AND DEPOSITION ISSUES | .50 |
| 02/14/05 | WPH | REVIEW OF EMAIL FROM MIKE MILLS REGARDING SCHEDULING ISSUES | .20 |
| 02/17/05 | WPH | REVIEW OF SCHEDULING ORDER FORWARDED BY MIKE MILLS; TELEPHONE CALL FROM RANDY WEDDLE REGARDING SAME; CONFERENCE WITH MARION WALKER REGARDING SAMUEL; EMAIL TO GARY RAVERT REGARDING DEPOSITIONS OF FORMER A.B. DICK EMPLOYEES | 1.10 |
| 02/17/05 | MFW | REVIEW PROPOSED MOTION TO EXTEND DISCOVERY; CONFERENCE WITH PATTOH HAHN TO DISCUSS SAME; TELEPHONE CALL TO CHIP LEAS REGARDING NEW BUYER OF EQUIPMENT | .70 |
| 02/23/05 | WPH | CONFERENCE WITH MARION WALKER REGARDING CONTACTING CLIENT; TELEPHONE CALL TO GARY RAVERT REGARDING SAME REGARDING DISCOVERY ISSUES | .30 |
| 02/23/05 | MFW | TELEPHONE CALL TO AND FROM CHIP LEAS REGARDING STATUS OF EQUIPMENT AT NEW BUYER | .20 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

March 03, 2005
1031789
000012/67936369

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 02/26/05 | WPH | REVIEW OF EMAIL FROM RANDY WEDDLE REGARDING SCHEDULING ISSUES; TELEPHONE CALL FROM RANDY WEDDLE REGARDING SAME | .20 |
| 02/28/05 | WPH | TELEPHONE CALL FROM AND TO RANDY WEDDLE REGARDING DISCOVERY ISSUES; CONFERENCE WITH MARION WALKER REGARDING SAME; REVIEW OF EMAIL FROM RANDY WEDDLE REGARDING SAME | .40 |
| 02/28/05 | MFW | DISCUSS PLAN FOR DEPOSITIONS WITH PATTON HAHN | .40 |

TOTAL FOR FEES            $   1,722.00

******************* SUMMARIZED EXPENSE BILL *******************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | 13.65 |
| POSTAGE CHARGE. | 2.58 |
| PHOTO REPRODUCTION CHARGE. | 9.40 |

TOTAL FOR EXPENSES            $    25.63

TOTAL AMOUNT DUE            $   1,747.63