**ALFA FINANCIAL CORPORATION**
**DBA OFC CAPITAL** Baker Donelson Bearman

67930440    02/08/2005    ID: 1031789 0000

| | 002183 | 02/23/2005 | 21077 |
|---|---|---|---|
| 1,594.65 | 1,594.65 | 0.00 | 1,594.65 |
| | | 0.00 | |
| 1,594.65 | | | 1,594.65 |

DELUXE BUSINESS FORMS  1-800-328-0304

79012V

2183

INVOICE

TAX NO.
62-1047356

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
BIRMINGHAM, ALABAMA 35203

RECEIVED

FEB 1 1 2005

(205) 328-0480

FACSIMILE
(205) 322-8007

MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

ATTN: MR. CHIP LEAS
OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

February 08, 2005
ID: 1031789 000012
Bill No. 67930440

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2005

*A T Publishing*

*okay to pay Christy*

*2/11/05*

| | |
|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ 1,526.50 |
| CURRENT EXPENSES DUE | $ 68.15 |
| TOTAL AMOUNT DUE | $ **1,594.65** |



*5400*

PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

TAX NO.
62-1047356

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

...VILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 08, 2005
1031789
000012/67930440

FOR PROFESSIONAL SERVICES RENDERED

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 01/06/05 | MFW | PREPARE AND SEND LETTERS TO CHIP LEASE REGARDING DISCOVERY, SETTLEMENT AND SETTING DEPOSITIONS | .60 |
| 01/14/05 | MFW | TELEPHONE CALL FROM AND TO LORRAINE AT OFC REGARDING DAMAGES | .20 |
| 01/17/05 | MFW | EMAIL TO CHIP LEAS REGARDING AT PUBLISHING EQUIPMENT SALE | .10 |
| 01/19/05 | MFW | TELEPHONE CALL TO LORRAINE REGARDING INTEREST COMPUTATION; CONFERENCE WITH PATTON HAHN REGARDING PREPARING COUNTER-OFFER | .40 |
| 01/20/05 | WPH | CONFERENCE WITH MARION WALKER REGARDING INTEREST CALCULATIONS; REVIEW OF OFC INTEREST CALCULATIONS; PRECALCULATION OF INTEREST | .90 |
| 01/21/05 | MFW | REVIEW INTEREST CALCULATIONS AND PREPARE LETTER | .30 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 08, 2005
1031789
000012/67930440

****************** ITEMIZED FEES ******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 01/27/05 | WPH | DRAFTING AND REVISION OF PROOF OF CLAIM; RESEARCH REGARDING ADDITIONAL PROOF OF CLAIM FILED BY A.T. PUBLISHING; TELEPHONE CALL TO TRUMMEL GROUP REGARDING INSTRUCTIONS ON FILING PROOF OF CLAIM, OBTAINING PROOF OF CLAIM FILED BY A.T. PUBLISHING; CONFERENCE WITH JAMES WHITE REGARDING FORM OF PROOF OF CLAIM; COMPILATION OF DOCUMENTS TO BE ATTACHED TO PROOF OF CLAIM; TELEPHONE CALL TO RANDY WEDDLE REGARDING STATUS OF CASE, POSSIBLE STRATEGY FOR SETTLEMENT DISCUSSIONS | 3.10 |
| 01/27/05 | MFW | RECEIVE AND SEND EMAILS REGARDING PROCEEDING WITH DISCOVERY IN CASE | .20 |
| 01/31/05 | WPH | TELEPHONE CALL TO CAROLYN MCLAIN REGARDING CONTACT WITH ███████████ TELEPHONE CALL TO BRUCE ███████████ (PRESSTEK) REGARDING SAME; TELEPHONE CALL (MESSAGES) TO OTHER PRESSTEK EMPLOYEES REGARDING SAME; MEMO TO FILE REGARDING STATUS AND CONDITION OF EQUIPMENT; CONFERENCE WITH MARION WALKER REGARDING SAME | .90 |

TOTAL FOR FEES                    $   1,526.50

****************** SUMMARIZED EXPENSE BILL ******************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | 1.75 |
| OUTGOING TELECOPIER CHARGE. | 7.00 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 08, 2005
1031789
000012/67930440

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| POSTAGE CHARGE. | 7.03 |
| PHOTO REPRODUCTION CHARGE. | 29.20 |
| FEDERAL EXPRESS SHIPMENTS. | 23.17 |

TOTAL FOR EXPENSES    $    68.15

TOTAL AMOUNT DUE    $    1,594.65

**ALFA FINANCIAL CORPORATION**
**DBA OFC CAPITAL**

Baker Donelson Bearman                    002183            01/31/2005      020995

| | | | | | |
|---|---|---|---|---|---|
| 67915578 | 12/07/2004 | ID: 1031789 0000 | | 41,845.79 | 0.00 | 41,845.79 |
| 67915579 | 12/07/2004 | ID: 1031789 0000 | | 2,723.20 | 0.00 | 2,723.20 |
| 67923225 | 01/07/2005 | ID:1031789 00001 | | 329.27 | 0.00 | 329.27 |
| 67923227 | 01/07/2005 | ID:1031789 00001 | | 4,896.97 | 0.00 | 4,896.97 |

                                                      49,795.23        0.00        49,795.23



INVOCE

TAX NO.
62-1047356

## DONELSON, BEARMAN, CALDWELL & BERKOWITZ
### A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
### BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

ATTN: MR. CHIP LEAS
OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

January 07, 2005
ID: 1031789 000012
Bill No. 67923225

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2004

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 302.50 |
| CURRENT EXPENSES DUE | $ | 26.77 |
| CURRENT AMOUNT DUE | $ | **329.27** |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ | 2,723.20 |
| TOTAL AMOUNT DUE | $ | 3,052.47 |



PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

TAX NO.
62-1047356

, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

January 07, 2005
1031789
000012/67923225

FOR PROFESSIONAL SERVICES RENDERED

****************** ITEMIZED FEES ******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 12/06/04 | MFW | TELEPHONE CALL TO CHIP LEASE REGARDING QUESTION OF PROCEEDING WITH LAWSUIT; EMAIL TO PATTON HAHN AND RANDY WEDDLE; PREPARE LETTER TO LORRI KIRBY REGARDING WEDDLE BILL | .40 |
| 12/21/04 | MFW | EXCHANGE EMAIL WITH CO-COUNSEL REGARDING BANKRUPTCY ATTORNEY MOTION REGARDING STAY; REVIEW PLAINTIFF'S OFFER OF SETTLEMENT AND FORWARD TO CHIP LEAS | .30 |
| 12/22/04 | MFW | EXCHANGE EMAILS WITH CHIP LEAS REGARDING PLAINTIFF'S OFFER TO SETTLE | .20 |
| 12/27/04 | MFW | EVALUATING SETTLEMENT PROPOSAL; EMAIL TO CHI LEAS TO REQUEST UPDATE ON INTEREST AND TOTAL OF ATTORNEY FEES | .20 |

TOTAL FOR FEES                              $    302.50

****************** SUMMARIZED EXPENSE BILL ******************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | 2.80 |
| OUTGOING TELECOPIER CHARGE. | 16.00 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

January 07, 2005
1031789
000012/67923225

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| POSTAGE CHARGE. | 1.57 |
| PHOTO REPRODUCTION CHARGE. | 6.40 |
| | ---------------- |
| TOTAL FOR EXPENSES | $ **26.77** |

******************** PREVIOUS STATEMENTS OUTSTANDING ********************

| BILL NO. 67915579 | December 07, 2004 | 2,723.20 |
|---|---|---|
| | | ---------------- |
| TOTAL FOR OUTSTANDING | | $ 2,723.20 |
| TOTAL AMOUNT DUE | | $ 3,052.47 |

INVOICE

### ER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
### BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

ATTN: MR. CHIP LEAS
OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA 30075

December 07, 2004
ID: 1031789 000012
Bill No. 67915579

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2004

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 2,694.50 |
| CURRENT EXPENSES DUE | $ | 28.70 |
| CURRENT AMOUNT DUE | $ | **2,723.20** |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ | .00 |
| TOTAL AMOUNT DUE | $ | 2,723.20 |



PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

_KER_, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

TAX NO.
62-1047356

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

CHATTANOOGA
KNOXVILLE
JOHNSON CITY

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

December 07, 2004
1031789
000012/67915579

FOR PROFESSIONAL SERVICES RENDERED

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 11/01/04 | WPH | TELEPHONE CALL TO RANDY WEDDLE REGARDING PRIOR INTERVIEWS OF A.B. DICK EMPLOYEES | .30 |
| 11/01/04 | MFW | UPDATE FROM PATTON HAHN REGARDING INTERVIEW OF A.B. DICK WITNESSES | .20 |
| 11/02/04 | WPH | DRAFTING AND REVISION OF MEMO TO MARION WALKER REGARDING DISCOVERY ISSUES, INTERVIEWS OF A.B. DICK EMPLOYEES | 3.30 |
| 11/02/04 | MFW | DISCUSS WITH PATTON HAHN THEORIES OF FRAUD AND INTENTIONAL INTERFERENCE WITH CONTRACT REGARDING DISCOVERIES OF A.T. PUBLISHING ACTS TO AVOID LEASE | .00 |
| 11/02/04 | JHW | CONFERENCE PATTON HAHN RE BANKRUPTCY ISSUES | .20 |
| 11/04/04 | WPH | DRAFTING AND REVISION OF MEMO TO MARION WALKER REGARDING DISCOVERY ISSUES, STATUS OF LITIGATION | 1.30 |
| 11/05/04 | WPH | DRAFTING AND REVISION OF MEMO TO MARION WALKER REGARDING STATUS OF A.B. DICK BANKRUPTCY CASE, DISCOVERY ISSUES, REPORT OF COMMUNICATIONS WITH A.B. DICK EMPLOYEES | 2.30 |
| 11/09/04 | MFW | REVIEW MEMO FROM PATTON HAHN REGARDING A.B. DICK EMPLOYEE INTERVIEWS | .00 |



OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

December 07, 2004
1031789
000012/67915579

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 11/09/04 | MFW | REVIEW MEMO FROM PATTON HAHN REGARDING A.B. DICK EMPLOYEE INTERVIEWS | .50 |
| 11/10/04 | WPH | TELEPHONE CALL FROM RANDY WEDDLE REGARDING STATUS OF CASE, LITIGATION STRATEGY | .30 |
| 11/12/04 | WPH | TELECONFERENCE WITH RANDY WEDDLE, MARION WALKER, A.B. DICK COUNSEL REGARDING EFFECTIVE BANKRUPTCY PROCEEDINGS | .30 |
| 11/12/04 | MFW | CONFERENCE CALL WITH A.B. DICK BANKRUPTCY COUNSEL, JEFF HERNDON, RANDY WEDDLE, PAT GILMORE (A.B. DICK ALABAMA COUNSEL), PATTON HAHN REGARDING STATUS OF BANKRUPTCY AND OPTIONS FOR OFC TO PROCEED WITH CASE; FOLLOW-UP CONFERENCE WITH PATTON HAHN REGARDING NEED TO PREPARE AND DECIDE ABOUTDISCOVERY AND PREPARATION OF BUDGET | .70 |
| 11/15/04 | WPH | DRAFTING AND REVISION OF BUDGET, CASE ANALYSIS MEMORANDUM | .90 |
| 11/15/04 | MFW | REVIEW AND EDIT PROPOSED BUDGET | .40 |
| 11/16/04 | WPH | REVISION OF BUDGET AND CASE ANALYSIS MEMORANDUM; CONFERENCE WITH MARION WALKER REGARDING SAME | .30 |
| 11/19/04 | WPH | REVISION OF BUDGET PER MARION WALKER INSTRUCTIONS | .80 |
| 11/19/04 | MFW | EXCHANGE EMAILS REGARDING PROPOSED BUDGET; REVIEW REVISED BUDGET AND EMAIL TO CLIENT; PREPARE DRAFT LETTER TO CHIP LEAS REGARDING ACTION | .90 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

December 07, 2004
1031789
000012/67915579

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 11/22/04 | BSM | REVIEW LETTER TO MR. LEAS AND MEMORANDUM REGARDING STATUS; COMMENTS TO MARION WALKER | .40 |
| 11/29/04 | WPH | TELEPHONE CALL FROM RANDY WEDDLE REGARDING WITNESS LIST DEADLINE | .10 |

TOTAL FOR FEES          $   2,694.50

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | .70 |
| OUTGOING TELECOPIER CHARGE. | 18.00 |
| PHOTO REPRODUCTION CHARGE. | 10.00 |

TOTAL FOR EXPENSES          $   28.70

TOTAL AMOUNT DUE          $   2,723.20

ALFA FINANCIAL CORPORATION
DBA OFC CAPITAL

Baker Donelson Bearman

11/15/2004    ID# 1031789 0000

002183    11/30/2004    020632

1,119.40    0.00    1,119.40

1,119.40    0.00    1,119.40



INVOICE

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
### A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## BIRMINGHAM, ALABAMA 35203

**TENNESSEE**

**MEMPHIS**
**NASHVILLE**
**CHATTANOOGA**
**KNOXVILLE**
**JOHNSON CITY**

(205) 328-0480

FACSIMILE
(205) 322-8007

**BIRMINGHAM, ALABAMA**

**JACKSON, MISSISSIPPI**

**WASHINGTON, D.C.**

**ATLANTA, GEORGIA**

**NEW ORLEANS, LOUISIANA**

**BDBC INTERNATIONAL, LLC**
**BEIJING, CHINA**
**representative office**

ATTN: MR. CHIP LEAS
OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

November 15, 2004
ID: 1031789 000012
Bill No. 67910190

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2004

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 1,114.50 |
| CURRENT EXPENSES DUE | $ | 4.90 |
| **CURRENT AMOUNT DUE** | $ | 1,119.40 |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ | 11,280.88 |
| TOTAL AMOUNT DUE | $ | 12,400.28 |

PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
### A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

**TENNESSEE**
MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA
JACKSON, MISSISSIPPI
WASHINGTON, D.C.
ATLANTA, GEORGIA
NEW ORLEANS, LOUISIANA
BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

November 15, 2004
1031789
000012/67910190

FOR PROFESSIONAL SERVICES RENDERED

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 10/05/04 | MFW | EMAIL FROM RANDY WEDDLE TO J. HARDEN; UPDATE PATTON HAHN REGARDING FILING PROOF OF CLAIM AD INTERVIEWING WITNESSES | .10 |
| 10/07/04 | MFW | EMAIL FROM AND TO RANDY WEDDLE REGARDING ORGANIZING CONTACT WITH A.B. DICK EMPLOYEES | .10 |
| 10/10/04 | MFW | UPDATE WITH PATTON HAHN REGARDING FILING PROOF OF CLAIM AND INTERVIEWING WITNESSES | .10 |
| 10/11/04 | WPH | CONFERENCE WITH MARION WALKER REGARDING STATUS OF CASE; REVIEW OF EMAIL FROM RANDY WEDDLE REGARDING SAME; TELECONFERENCE WITH MARION WALKER,RANDY WEDDLE REGARDING EXTENSION OF DEADLINES; LITIGATION STRATEGY | .60 |
| 10/11/04 | MFW | TELEPHONE CALL FROM AND TO MICHAEL MILLS AND RANDY WEDDLE REGARDING SETTLEMENT | .20 |
| 10/11/04 | MFW | CONFERENCE WITH RANDY WEDDLE AND PATTON HAHN REGARDING INTERVIEWING WITNESSES AND STRATEGY FOR PROCEEDING | .50 |
| 10/11/04 | MFW | EMAIL FROM RANDY WEDDLE REGARDING SCHEDULING DEADLINES AND PLAN FOR INTERVIEWING A.B. DICK WITNESSES AND A.B. DICK BANKRUPTCY PROOF OF CLAIM | .40 |
| 10/12/04 | WPH | DRAFTING AND REVISION OF PROOF OF CLAIM | .60 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

November 15, 2004
1031789
000012/67910190

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 10/14/04 | WPH | RESEARCH REGARDING A.B. DICK BANKRUPTCY CASE; DRAFTING OF PROOF OF CLAIM; REVIEW OF A.B. DICK BANKRUPTCY CLAIM ADMINISTRATION PROCESS | .90 |
| 10/25/04 | WPH | TELEPHONE CALL FROM RANDY WEDDLE REGARDING PLAN FOR 10/27 INTERVIEWS OF A.B. DICK EMPLOYEES | .20 |
| 10/25/04 | MFW | TELEPHONE CALL TO OFC REGARDING ALASKA ATTORNEY BILL | .10 |
| 10/27/04 | WPH | PARTICIPATION IN TELEPHONE INTERVIEWS OF A.B. DICK EMPLOYEES WITH RANDY WEDDLE AND PAT GILMORE | 1.60 |

TOTAL FOR FEES                    $   1,114.50

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | 4.90 |

TOTAL FOR EXPENSES                    $    4.90

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

November 15, 2004
1031789
000012/67910190

******************* PREVIOUS STATEMENTS OUTSTANDING *******************

BILL NO. 67876567          June 14, 2004                                    8,763.66
BILL NO. 67901216          October 07, 2004                                 2,517.22

                                                                    ------------------
                           TOTAL FOR OUTSTANDING         $    11,280.88

                                   TOTAL AMOUNT DUE      $    12,400.28

**ALFA FINANCIAL CORPORATION**
**DBA OFC CAPITAL** Baker Donelson Bearman

67894150    09/03/2004    AT Publishing

002183    2,015.75

09/30/2004    0.00    0.00

020305    2,015.75    2,015.75

INVOICE

# Baker, Donelson, Bearman, Caldwell & Berkowitz
## A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## Birmingham, Alabama 35203

(205) 328-0480

FACSMILE
(205) 322-8007

TENNESSEE
**MEMPHIS**
**NASHVILLE**
**CHATTANOOGA**
**KNOXVILLE**
**JOHNSON CITY**

**BIRMINGHAM, ALABAMA**
**JACKSON, MISSISSIPPI**
**WASHINGTON, D.C.**
**ATLANTA, GEORGIA**
**NEW ORLEANS, LOUISIANA**
**BDBC INTERNATIONAL, LLC**
**BEIJING, CHINA**
representative office

OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

September 03, 2004
ID: 1031789 000012
Bill No. 67894150

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2004

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 1,371.00 |
| CURRENT EXPENSES DUE | $ | 644.75 |
| **CURRENT AMOUNT DUE** | $ | 2,015.75 |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ | 8,763.66 |
| TOTAL AMOUNT DUE | $ | 10,779.41 |

Approved for Payment:
*5400*

PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

### BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
### BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

**BIRMINGHAM, ALABAMA**

**JACKSON, MISSISSIPPI**

**WASHINGTON, D.C.**

**ATLANTA, GEORGIA**

**NEW ORLEANS, LOUISIANA**

**BDBC INTERNATIONAL, LLC**
**BEIJING, CHINA**
representative office

NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

September 03, 2004
1031789
000012/67894150

FOR PROFESSIONAL SERVICES RENDERED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ITEMIZED FEES \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| DATE | INITIALS | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/02/04 | MFW | TELEPHONE CALL FROM RANDY WEDDLE REGARDING JOINT STATUS REPORTS; REVIEW PLAINTIFF'S PROPOSED CHANGES AND DISCUSS WITH RANDY WEDDLE | .40 |
| 08/04/04 | MFW | RECEIVE AND REVIEW REVISED JOINT STATUS REPORT FOR COURT | .20 |
| 08/11/04 | WPH | REVIEW OF DISCOVERY RESPONSES SERVED BY A. T. PUBLISHING | .80 |
| 08/16/04 | WPH | RESEARCH REGARDING ISSUES INVOLVED IN UCC SECTION 2A-515; TELECONFERENCE WITH RANDY WETTLE REGARDING SAME, OTHER LEGAL ISSUES INVOLVED IN SUMMARY JUDGMENT HEARING | 1.10 |
| 08/18/04 | WPH | REVIEW OF EMAIL FROM RANDY WEDDLE; RESEARCH REGARDING VARIATIONS ON UCC CLAIMS, POTENTIAL CASES TO SUPPORT SUMMARY JUDGMENT ARGUMENTS | 2.00 |
| 08/20/04 | WPH | TELEPHONE CALL FROM RANDY WEDDLE REGARDING OUTCOME OF ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT; CONFERENCE WITH MARION WALKER REGARDING SAME | .70 |
| 08/20/04 | MFW | CONFERENCE WITH PATTON HAHN REGARDING UPDATE ON ALASKA ARGUMENT | .20 |
| 08/24/04 | WPH | DRAFTING OF MEMO REGARDING ORAL ARGUMENT | .40 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

September 03, 2004
1031789
000012/67894150

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 08/25/04 | BSM | REVIEW PATTON HAHN MEMORANDUM AND DISCUSS ACCEPTANCE CERTIFICATE ISSUES | .20 |
| 08/26/04 | MFW | CONFERENCE TO UPDATE BARRY MARKS AND CALL TO CHIP LEAS | .20 |
| 08/31/04 | MJP | REVIEW ORDER OF COURT DENYING MOTION TO TRANSFER AND STAYING ACTION PENDING RESOLUTION OF ALASKA CASE; FORWARD ORDER TO CO-COUNSEL | .40 |
| 08/31/04 | LGE | OBTAIN AND REVIEW GEORGIA ORDER DENYING MOTION TO TRANSFER; UPLOAD INTO SUMMATION DATABASE | .20 |

TOTAL FOR FEES  $  1,371.00

******************* SUMMARIZED EXPENSE BILL *******************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | 2.08 |
| OUTGOING TELECOPIER CHARGE. | 9.00 |
| POSTAGE CHARGE. | 4.69 |
| PHOTO REPRODUCTION CHARGE. | 26.80 |
| COMPUTER RESEARCH. | 602.18 |

TOTAL FOR EXPENSES  $  **644.75**

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

September 03, 2004
1031789
000012/67894150


******************* PREVIOUS STATEMENTS OUTSTANDING *******************

BILL NO. 67876567             June 14, 2004                                         8,763.66

                                                                              -----------------
                              TOTAL FOR OUTSTANDING                    $      8,763.66

                              TOTAL AMOUNT DUE                         $     10,779.41

**ALFA FINANCIAL CORPORATION**
**DBA OFC CAPITAL**

Baker Donelson Bearman

| 67881993 | 07/12/2004 | AT Publishing | 002183 | 3,072.23 | 08/09/2004 | 3,072.23 |
| 67881995 | 07/12/2004 | Textron | | 4,229.35 | | 4,229.35 |

019964

| | | | 0.00 | | |
| | | | 0.00 | | |

| 7,301.58 | | 0.00 | | 7,301.58 |

INVOICE

TAX NO.
62-1047356

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
BIRMINGHAM, ALABAMA 35203

TENNESSEE
MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

(205) 328-0480

FACSIMILE
(205) 322-8007

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

**REMITTANCE COPY**

OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

July 12, 2004
ID: 1031789 000012
Bill No. 67881993

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2004

| | | |
|---|---:|---:|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 2,942.50 |
| CURRENT EXPENSES DUE | $ | 129.73 |
| **CURRENT AMOUNT DUE** | **$** | **3,072.23** |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ | 8,763.66 |
| TOTAL AMOUNT DUE | $ | 11,835.89 |

PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

**TENNESSEE**

**MEMPHIS**
**NASHVILLE**
**CHATTANOOGA**
**KNOXVILLE**
**JOHNSON CITY**

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
# BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

**BIRMINGHAM, ALABAMA**

**JACKSON, MISSISSIPPI**

**WASHINGTON, D.C.**

**ATLANTA, GEORGIA**

**NEW ORLEANS, LOUISIANA**

**BDBC INTERNATIONAL, LLC**
**BEIJING, CHINA**
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

July 12, 2004
1031789
000012/67881993

FOR PROFESSIONAL SERVICES RENDERED

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 06/01/04 | LGE | PREPARE EMAIL TO SUSAN WINTON REGARDING CONFORMED COPY OF BRIEF; PREPARE TASK REMAINDER RE: FORWARDING TO CLIENT | .20 |
| 06/02/04 | LGE | REVIEW AT PUBLISHING'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER OR ALTERNATIVELY STAY THE PRESENT ACTION; IMAGE MOTION AND EXHIBITS; IMAGE MARTONE'S AFFIDAVIT; LOAD ONTO SUMMATION DATABASE; EMAIL MOTION TO CLIENT | .70 |
| 06/03/04 | MFW | TELEPHONE CALL FROM JEFF HERDEN REGARDING RESOLUTION OF ALASKA CASE | .20 |
| 06/04/04 | LGE | OBTAIN CONFORMED COPY OF OFC'S REPLY TO AT PUBLISHING'S RESPONSE TO OFC'S MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO AT PUBLISHING'S CROSS MOTION FOR SUMMARY JUDGMENT; SCAN REPLY BRIEF; SCAN EXHIBITS SEPARATELY; LOAD ONTO SUMMATION DATA BASE; EMAIL SCANNED BRIEF TO CLIENT | .50 |
| 06/04/04 | MFW | RECEIVE AND READ REPLY BRIEF REGARDING GEORGIA CASE | .50 |
| 06/07/04 | MFW | EMAIL AND VOICEMAIL FROM RANDY WEDDLE REGARDING CLAIMS AGAINST A.B. DICK; EMAIL RESPONSE TO RANDY WEDDLE | .40 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

July 12, 2004
1031789
000012/67881993

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 06/08/04 | LGE | REVIEW WEDDLE'S ANALYSIS OF PLAINTIFF'S AMENDED COMPLAINT IN ALASKA SUIT; LOAD ANALYSIS ONTO SUMMATION DATABASE; PRINT HARD COPY FOR MAIN FILE AND KEY DOCUMENTS | .30 |
| 06/08/04 | MFW | REVIEW LETTER FROM RANDY WEDDLE DISCUSSING ANSWER TO AMENDED COMPLAINT | .20 |
| 06/09/04 | LGE | OBTAIN AND REVIEW LEAS AFFIDAVIT AND OFC'S PRELIMINARY WITNESS LIST; SCAN AND UPLOAD ONTO SUMMATION DATABASE | .50 |
| 06/09/04 | WPH | REVIEW OF REPLY BRIEF FILED BY AT PUBLISHINING GEORGIA ACTION | .30 |
| 06/09/04 | MFW | TELEPHONE CALL TO MR. HERDEN AND MR. WEDDLE REGARDING CROSSCLAIM | .30 |
| 06/10/04 | LGE | REVIEW AND DOWNLOAD PLEADINGS FORWARDED BY MARION WALKER REGARDING SUBSTITUTION OF COUNSEL AND ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT; REVIEW WEDDLE'S CORRESPONDENCE; CALENDAR FOR FOLLOW-UP RE: CROSS-CLAIM ANSWER | .40 |
| 06/10/04 | MFW | RECEIVE AND REVIEW EMAILS AND DOCUMENTS FROM RANDY WEDDLE; TELEPHONE CALL TO CHIP LEAS REGARDING HERDEN LETTER; PREPARE LETTER TO JEFF HERDEN AND SEND TO CHIPLEAS; TELEPHONE CALL FROM CHIP LEAS REGARDING LETTER; EDIT LETTER AND SEND TO CHIP LEAS | .90 |
| 06/11/04 | LGE | REVIEW EMAIL FROM WEDDLE'S OFFICE; PREPARE RESPONSE; PREPARE EMAIL TO PATTON HAHN RE: FILING OF CROSS-CLAIM'S ANSWER | .20 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

July 12, 2004
1031789
000012/67881993

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 06/13/04 | WPH | DRAFT AND REVISION OF ANSWER AND COUNTERCLAIM; PROOFREADING OF SAME | 2.60 |
| 06/14/04 | WPH | E-MAIL TO/FROM RANDY WEDDLE REGARDING ANSWER AND COUNTERCLAIM; TELEPHONE CALL FROM RANDY WEDDLE REGARDING SAME; REVISION OF COUNTERCLAIM | .40 |
| 06/17/04 | MFW | LETTER TO OFC AND A.T. PUBLISHING REGARDING BILL OF ALASKA ATTORNEYS | .20 |
| 06/21/04 | WPH | REVIEW AND REVISION OF DISCOVERY REQUESTS DRAFTED BY RANDY WEDDLE | .70 |
| 06/21/04 | MFW | RECEIVE AND REVIEW DISCLOSURE DOCUMENTS FROM A.B. DICK; TELEPHONE CALL TO JEFF HERDEN REGARDING OFC REQUEST | .80 |
| 06/22/04 | MFW | RECEIVE REPLY FROM RANDY WEDDLE AND READ, REVIEW AND EDIT DISCOVERY REQUESTS | .80 |
| 06/23/04 | WPH | REVIEW OF REVISED DISCOVERY REQUESTS | .20 |
| 06/24/04 | WPH | REVISION OF DISCOVERY RESPONSES; REVIEW OF REPLY BRIEF FILED BY AT PUBLISHING | .40 |
| 06/25/04 | WPH | CONFERENCE WITH MARION WALKER REGARDING DISCOVERY REQUESTS; TELECONFERENCE WITH MARION WALKER, RANDY WEDDLE REGARDING SAME | .50 |
| 06/25/04 | MFW | CONFERENCE WITH PATTON HAHN AND RANDY WEDDLE REGARDING DISCOVERY AND HEARING ON MOTION FOR SUMMARY JUDGMENT; TELEPHONE CALL TO JEFF HERDEN; EMAIL TO CHIP LEAS | 1.10 |
| 06/25/04 | MFW | RECEIVE AND REVIEW REPLY BRIEF OF AT PUBLISHING | .30 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

July 12, 2004
1031789
000012/67881993

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 06/29/04 | MJP | REVIEW STATUS OF CASE | .20 |
| 06/29/04 | WPH | REVISION OF DISCOVERY RESPONSES AND REQUESTS; E-MAIL TO RANDY WEDDLE REGARDING SAME; REVIEW OF E-MAIL FROM MARION WALKER REGARDING SAME;  TELEPHONE CALL TO RANDY WEDDLE REGARDING SAME | .60 |

TOTAL FOR FEES                      $   2,942.50

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | 3.27 |
| OUTGOING TELECOPIER CHARGE. | 10.50 |
| POSTAGE CHARGE. | 6.17 |
| PHOTO REPRODUCTION CHARGE. | 56.20 |
| SHIPPING EXPENSE. | 53.59 |

TOTAL FOR EXPENSES                  $    129.73

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

July 12, 2004
1031789
000012/67881993

******************** PREVIOUS STATEMENTS OUTSTANDING ********************

BILL NO. 67876567                  June 14, 2004                                        8,763.66

                                                                                   ------------------
                                   TOTAL FOR OUTSTANDING              $    8,763.66

                                        TOTAL AMOUNT DUE              $    11,835.89

**ALFA FINANCIAL CORPORATION**
**DBA OFC CAPITAL** Baker Donelson Bearman

| | | | | | | 019633 |
|---|---|---|---|---|---|---|
| 67868436 | 05/06/2004 | Textron | 002183 | 1,678.21 | 06/09/2004 0.00 | 1,678.21 |
| 67868444 | 05/06/2004 | Deltronic | | 134.40 | 0.00 | 134.40 |
| 67868445 | 05/06/2004 | AT Publishing | | 2,323.91 | 0.00 | 2,323.91 |
| | | | | 4,136.52 | 0.00 | 4,136.52 |

INVOICE

## DONELSON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
### BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS,
LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

May 06, 2004
ID: 1031789 000012
Bill No. 67868445

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

5450

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2004

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 1,938.50 |
| CURRENT EXPENSES DUE | $ | 385.41 |
| **CURRENT AMOUNT DUE** | $ | 2,323.91 |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ | 9,127.30 |
| TOTAL AMOUNT DUE | $ | 11,451.21 |

PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

TAX NO.
62-1047356

TENNESSEE
MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA
JACKSON, MISSISSIPPI
WASHINGTON, D.C.
ATLANTA, GEORGIA
NEW ORLEANS, LOUISIANA
BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

May 06, 2004
1031789
000012/67868445

FOR PROFESSIONAL SERVICES RENDERED

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 04/02/04 | WPH | TELEPHONE CALL TO CLAUDINE AQUILLON REGARDING STATUS OF DECLARATIONS (MESSAGE); CONFERENCE WITH MARION WALKER REGARDING SAME | .10 |
| 04/05/04 | WPH | REVIEW OF EXECUTED DECLARATIONS; ORGANIZATION OF ATTACHMENTS;  LETTER TO RANDY WEDDLE REGARDING SAME | .20 |
| 04/06/04 | LGE | REVIEW EMAIL RE:  WAIVER OF SERVICE IN GEORGIA FEDERAL SUIT; UPLOAD SCANNED WAIVER TO SUMMATION; FORWARD TO SECRETARY WITH INSTRUCTIONS REGARDING FILING | .10 |
| 04/07/04 | LGE | OBTAIN AND SCAN DECLARATIONS OF MCCLAIN AND BRANCH, MOTION TO BE PERMITTED TO APPEAR  AND PARTICIPATE AS NON-LOCAL COUNSEL, AND DRAFT ORDER GRANTING SAME ; SCAN EXHIBITS PERTAINING TO LEASE AGREEMENTS, VERBAL VERIFICATIONS, LEASE SCHEDULES AND INSTALLATION VERIFICATIONS SEPARATELY; NAME AND UPLOAD SAME ONTO SUMMATION DATABASE | 1.10 |
| 04/09/04 | WPH | TELEPHONE CALL FROM/TO RANDY WEDDLE REGARDING FILING OF MOTION FOR SUMMARY JUDGMENT, REVISION OF SAME | .20 |



OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

May 06, 2004
1031789
000012/67868445

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 04/13/04 | MFW | PREPARE LETTER TO AB DICK GENERAL COUNSEL REGARDING BILL | .20 |
| 04/16/04 | LGE | OBTAIN ORDER GRANTING MOTION TO APPEAR AS NON-LOCAL COUNSEL; SCAN; LOAD ON SUMMATION | .20 |
| 04/19/04 | LGE | OBTAIN AND REVIEW AT PUBLISHING'S MOTION TO TRANSFER, BRIEF AND AFFIDAVIT OF FRANK MARTONE; SCAN AND LOAD ONTO SUMMATION DATABASE | .80 |
| 04/26/04 | LGE | RECEIVE AND REVIEW OFC'S MOTION FOR SUMMARY JUDGMENT; SCAN AND LOAD ONTO SUMMATION DATABASE | .30 |
| 04/27/04 | MJP | REVIEW DEFENDANT'S MOTION TO TRANSFER; COORDINATE WITH CO-COUNSEL AS TO TIMELY FILING OFC'S RESPONSE TO SAME | .40 |
| 04/27/04 | WPH | TELEPHONE CALL FROM RANDY WEDDLE REGARDING PRODUCTION OF INITIAL DISCLOSURE DOCUMENTS; CONFERENCE WITH MARION WALKER REGARDING SAME | .30 |
| 04/27/04 | MFW | RECEIVE AND REVIEW MOTION TO CHANGE VENUE; CONFERENCE WITH PATTON HAHN REGARDING REPLY; EMAIL TO RANDY WEDDLE; TELEPHONE CALL TO DEFENDANT'S ATTORNEY IN ATLANTA; EMAIL FROM MIKE POWELL | 1.10 |
| 04/28/04 | WPH | E-MAIL TO CLAUDINE AQUILLON REGARDING ADDITIONAL DOCUMENTS NEEDED FOR PRODUCTION; REVIEW OF PLAINTIFF'S MOTION TO TRANSFER IN GEORGIA ACTION | 1.00 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

May 06, 2004
1031789
000012/67868445

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 04/28/04 | MFW | TELEPHONE CALL FROM AND TO KIRSTEN GREGORY, ATLANTA COUNSEL ON GEORGIA SUIT; TELEPHONE CALL TO COURT; CONFERENCE WITH PATTON HAHN REGARDING PREPARATION OF RESPONSE TO MOTION TO TRANSFER VENUE; EMAIL TO CHIP LEAS REGARDING POTENTIAL STAY | .80 |
| 04/29/04 | LGE | OBTAIN AND REVIEW PLAINTIFF'S INITIAL DISCLOSURES; ORDER EXTENDING TIME TO FILE DEFENDANTS' INITIAL DISCLOSURES; PLAINTIFF'S PRIVILEGE LOG; SCAN ALL PLEADINGS AND LOAD ONTO SUMMATION; CALENDAR DEFENDANTS' DEADLINE TO SUBMIT RULE 26 DISCLOSURE AND WITNESSES; CONFERENCE WITH AND INSTRUCTIONS FROM MARION WALKER RE: PREPARING DRAFT RULE 26 DISCLOSURES AND WITNESS LIST | 1.10 |
| 04/29/04 | LGE | BEGIN DRAFTING RULE 26 INITIAL DISCLOSURES | 1.60 |
| 04/29/04 | LGE | STUDY PLAINTIFF'S WITNESS LIST AND OFC'S MOTION FOR SUMMARY JUDGMENT RE: DAMAGES; REVIEW AFFIDAVITS OF NORMAN BRANCH, CAROLYN MCCLAIN AND FRANK MARTONE; REVIEW EVIDENCE SUPPORTING AFFIDAITS AND MOTION; PREPARE LIST OF INDIVIDUALS WHO SIGNED DOCUMENTS OR WHO ARE IDENTIFIED BY AFFIDAVIT | 1.40 |
| 04/29/04 | WPH | CONFERENCE WITH LYNN EVANS REGARDING INITIAL DISCLOSURES; CONFERENCE WITH MARION WALKER REGARDING SAME | .30 |
| 04/29/04 | KAV | RECEIPT OF ASSIGNMENT FROM PATTON HAHN; CREATE BATES LABELS AND IDENTIFICATION OF DOCUMENTS RECEIVED IN ANTICIPATION OF PRODUCTION | 1.00 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

May 06, 2004
1031789
000012/67868445

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 04/29/04 | MFW | TELEPHONE ALL TO CHIP LEAS REGARDING MOTION TO STAY | .40 |
| 04/30/04 | LGE | EMAIL MARION WALKER DRAFT INITIAL DISCLOSURES; CONFERENCE WITH PATTON HAHN; REVIEW MARION'S COMMENTS REGARDING REVISIONS TO DRAFT DISCLOSURES; CONFERENCE WITH LANEY MEADOWS; EMAIL IMAGED COPIES OF PLAINTIFF'S DISCLOSURES TO LANEY | .50 |

TOTAL FOR FEES

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | 5.35 |
| OUTGOING TELECOPIER CHARGE. | 6.00 |
| POSTAGE CHARGE. | 1.20 |
| CERTIFIED COPIES. | 154.50 |
| PHOTO REPRODUCTION CHARGE. | 166.40 |
| SHIPPING EXPENSE. | 51.96 |
| TOTAL FOR EXPENSES | $ 385.41 |



OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

May 06, 2004
1031789
000012/67868445

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PREVIOUS STATEMENTS OUTSTANDING \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BILL NO. 67856020          March 05, 2004                                5,744.08
BILL NO. 67861758          April 05, 2004                                3,383.22

                                                                 -----------------
                           TOTAL FOR OUTSTANDING            $      9,127.30

                           TOTAL AMOUNT DUE                 $     11,451.21