ALFA FINANCIAL CORPORATION
DBA OFC CAPITAL

67861758    04/05/2004    AT Publishing    Baker Donelson Bearman

002183    9,127.30

05/21/2004    0.00

019557    9,127.30

9,127.30

0.00

9,127.30

INVOICE

TAX NO.
62-1047356

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
### A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

**TENNESSEE**

MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

April 05, 2004
ID: 1031789 000012
Bill No. 67861758

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2004

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 3,320.00 |
| CURRENT EXPENSES DUE | $ | 63.22 |
| CURRENT AMOUNT DUE | $ | 3,383.22 |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ | 5,744.08 |
| TOTAL AMOUNT DUE | $ | **9,127.30** |



PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

TAX NO.
62-1047356

# Baker, Donelson, Bearman, Caldwell & Berkowitz
### A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## Birmingham, Alabama 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

April 05, 2004
1031789
000012/67861758

FOR PROFESSIONAL SERVICES RENDERED

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/26/04 | WPH | CONFERENCE WITH MARION WALKER REGARDING STATUS OF CASE | .30 |
| 02/27/04 | WPH | REVIEW AND REVISION OF MOTION FOR SUMMARY JUDGMENT, BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT SUPPORTING DECLARATIONS; PROOFREADING OF SAME | 1.50 |
| 03/01/04 | LGE | OBTAIN EXECUTED NOTICE OF WAIVER OF SUMMONS; COPY NOTICE AND SUMMONS FOR PLEADINGS FILE; CONFERENCE WITH MARION WALKER; OBTAIN COVER LETTER FROM MARION WALKER; PREPARE FEDEX SHIPMENT OF DOCUMENTS | .40 |
| 03/01/04 | MFW | COVER LETTER TO ALASKA PLAINTIFF ATTORNEYS REGARDING SERVICE OF PROCESS | .10 |
| 03/02/04 | MFW | TELEPHONE CALL FROM SECRETARY IN ALASKA REGARDING WAIVER OF SERVICE OF PROCESS | .10 |
| 03/08/04 | LGE | REVIEW EMAIL INSTRUCTIONS FROM MARION WALKER; LOAD SCHEDULING ORDER AND PROPOSED AB DICK/AT PUBLISHING AGREEMENT ONTO SUMMATION DATA BASE; PRINT AND ROUTE HARD COPY OF SCHEDULING ORDER TO SECRETARY FOR FILING; | .40 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

April 05, 2004
1031789
000012/67861758

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/08/04 | LGE | REVIEW SCHEDULING ORDER, CALENDAR DUE DATES; EMAIL COURT DEADLINES TO ATTORNEYS AND INSERT LANGUAGE OF SCHEDULING ORDER REGARDING SPECIAL PROVISIONS INTO APPOINTMENTS; PREPARE FILE FOLDER FOR ORDERS AND KEY PLEADINGS | .90 |
| 03/09/04 | DGC | ORGANIZATION AND INDEXING OF FILE MATERIALS | 1.10 |
| 03/11/04 | WPH | TELEPHONE CALL TO CLAUDINE AQUILLON REGARDING DEFAULT LETTER | .10 |
| 03/15/04 | LGE | REVIEW EMAIL FROM WEDDLE RE: RULE 26 INITIAL DISCLOSURES; PRINT AND ROUTE TO SECRETARY; CALENDAR DUE DATE | .10 |
| 03/15/04 | WPH | REVIEW AND REVISION OF SUMMARY JUDGMENT PLEADINGS | .60 |
| 03/15/04 | MFW | ASSIGN RULE 26 DESIGNATION TO PATTON HAHN | .20 |
| 03/16/04 | WPH | TELEPHONE CALL TO CLAUDINE AQUILLON REGARDING DAMAGES; REVIEW OF ACCELERATION NOTICES | .30 |
| 03/17/04 | WPH | DRAFTING OF INITIAL DISCLOSURES | .50 |
| 03/17/04 | MFW | REVIEW AND EDIT INITIAL DISCLOSURES FOR RETURN TO PATTON HAHN | 1.00 |
| 03/18/04 | MFW | REVISION OF FINDINGS OF FACT AND CONCLUSIONS OF LAW | 2.30 |
| 03/19/04 | WPH | REVIEW AND REVISION OF SUMMARY JUDGMENT PLEADINGS, INITIAL DISCLOSURES; E-MAIL TO CLIENTS REGARDING SAME; TELEPHONE CALL TO RANDY WEDDLE REGARDING INITIAL DISCLOSURES, PRO HAC VICE ADMISSIONS | 1.30 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

April 05, 2004
1031789
000012/67861758

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ITEMIZED FEES \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 03/19/04 | MFW | CALL TO PATTON HAHN REGARDING RULE 26 DOCUMENT TO BE SENT TO CLIENT FOR REVIEW | .10 |
| 03/22/04 | WPH | TELEPHONE CALL FROM RANDY WEDDLE REGARDING REVISIONS OF BRIEF, REQUIREMENTS FOR PRO HAC VICE ADMISSION | .30 |
| 03/23/04 | WPH | LETTER TO RANDY WEDDLE REGARDING PRO HAC VICE ADMISSION | .10 |
| 03/24/04 | MFW | REVIEW WEDDLE BRIEF CHANGES; TELEPHONE CALL TO CHIP LEAS REGARDING BRIEF | 1.20 |
| 03/25/04 | WPH | TELEPHONE CALL TO/FROM CLAUDINE AQUILLON REGARDING REVISIONS TO SUMMARY JUDGMENT PLEADING; CONFERENCE WITH MARION WALKER REGARDING SAME;  REVIEW OF E-MAIL FROM RANDY WEDDLE REGARDING SAME; REVISION OF BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, SUPPORTING DECLARATIONS; E-MAIL TO CLAUDINE AQUILLON, RANDY WEDDLE REGARDING SAME | 3.50 |
| 03/25/04 | MFW | TELEPHONE CALL TO AND FROM CHIP LEAS REGARDING BRIEF | .10 |
| 03/30/04 | TM | ELECTRONIC DOCUMENT MANAGEMENT OF WAIVER OF SERVICE BY DEFENDANTS; SEND EMAIL AND COPY ELECTRONICALLY TO CO-COUNSEL, DOCKET DATE AND FOLLOW UP WITH ATTORNEY POWELL REGARDING SAME. | .60 |

TOTAL FOR FEES                    $    3,320.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SUMMARIZED EXPENSE BILL \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DFC CAPITAL CORPORATION                                  April 05, 2004
A.T. PUBLISHING INCORPORATED                             1031789
                                                         000012/67861758

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | 21.30 |
| OUTGOING TELECOPIER CHARGE. | 7.50 |
| POSTAGE CHARGE. | 6.02 |
| PHOTO REPRODUCTION CHARGE. | 28.40 |

                           TOTAL FOR EXPENSES      $      63.22


********************* PREVIOUS STATEMENTS OUTSTANDING *********************

BILL NO. 67856020           March 05, 2004                       5,744.08

                           TOTAL FOR OUTSTANDING   $    5,744.08

                           TOTAL AMOUNT DUE        $    9,127.30

**ALFA FINANCIAL CORPORATION**
**DBA OFC CAPITAL** Baker   Donelson   Bearman

| | | | 002183 | 11/12/2004 | 020548 |
|---|---|---|---|---|---|
| 67856015 | 10/31/2004 | void | 299.80 | 0.00 | 299.80 |
| 67856021 | 10/31/2004 | void | 579.00 | 0.00 | 579.00 |
| 67861814 | 10/31/2004 | void | 3,390.10 | 0.00 | 3,390.10 |
| 67861815 | 10/31/2004 | void | 2,941.25 | 0.00 | 2,941.25 |
| 67876567 | 10/31/2004 | void | 8,763.66 | 0.00 | 8,763.66 |
| 67901212 | 10/31/2004 | void | 11,040.99 | 0.00 | 11,040.99 |
| 67901216 | 10/31/2004 | void | 2,517.22 | 0.00 | 2,517.22 |
| 67901218 | 10/31/2004 | void | 82.50 | 0.00 | 82.50 |

29,614.52    0.00    29,614.52

INVOICE

## BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

A PROFESSIONAL CORPORATION
SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET

### BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

TAX NO.
62-1047356

Memphis
Nashville
Chattanooga
Knoxville
JOHNSON CITY

birmingham, alabama

Jackson, Mississippi

Washington, d.c.

ATLANTA, GEORGIA

NEW OrLEANS, LOUISIANA

bdbe international, llc
beijing, china
representative office

OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

June 14, 2004
ID: 1031789 000012
Bill No. 67876567

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2004

| | |
|---|---:|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ 8,569.00 |
| CURRENT EXPENSES DUE | $ 194.66 |
| **CURRENT AMOUNT DUE** | $ **8,763.66** |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ 2,323.91 |
| TOTAL AMOUNT DUE | $ 11,087.57 |

INVOICE

TAX NO.
62-1047356

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

A PROFESSIONAL CORPORATION
SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
BIRMINGHAM, ALABAMA 35203

(205) 328-0480

Memphis
Nashville
Chattanooga
Knoxville
JOHNSON CITY

birmingham, alabama

Jackson, Mississippi

Washington, d.c.

ATLANTA, GEORGIA

NEW OrLEANS, LOUISIANA

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 14, 2004
1031789
000012/67876567

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 14, 2004
1031789
000012/67876567

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 14, 2004
1031789
000012/67876567

FOR PROFESSIONAL SERVICES RENDERED

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 05/03/04 | LGE | CONFERENCE WITH MARION WALKER AND PATTON HAHN REGARDING DISCOVERY; REDACT PRODUCTION ████████████████████ BY CLIENT; PREPARE COPY SET; MARK DOCUMENTS REMOVED FROM PRODUCTION; REASSEMBLE DOCUMENT SETS AND DELIVER TO PATTON HAHN | 1.40 |
| 05/03/04 | LGE | REVIEW CORRESPONDENCE FROM PLAINTIFF'S COUNSEL REGARDING PRODUCTION OF PRIVILEGED DOCUMENTS; REVIEW MARION WALKER'S CORRESPONDENCE TO CLIENT; CALENDAR DEADLINE TO RESPOND TO ANY REPLY BRIEF FILED BY PLAINTIFF'S REGARDING OFC'S MOTION FOR SUMMARY JUDGMENT; REVIEW EMAIL INSTRUCTIONS FROM MARION WALKER; FORWARD IMAGED GEORGIA AND ALASKA PLEADINGS TO CHIP LEAS | 1.40 |
| 05/03/04 | WPH | RESEARCH REGARDING TRANSFER ISSUES; DRAFTING OF BRIEF IN RESPONSE TO MOTION TO TRANSFER | 1.40 |
| 05/03/04 | MFW | EMAIL FROM AND TO CLAUDINE AQUILLON; EMAIL FROM CHIP LEAS; TELEPHONE CALL TO CHIP LEAS; RECEIVE AND REVIEW FAX FROM ATLANTA ATTORNEY; REVIEW DOCUMENTS TO ALASKA ATTORNEYS | .50 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 14, 2004
1031789
000012/67876567

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 05/04/04 | LGE | REVISE AND UPDATE PLEADINGS INDICES | .70 |
| 05/04/04 | WPH | DRAFTING AND REVISION OF BRIEF IN OPPOSITION TO MOTION TO TRANSFER; CONFERENCE WITH MARION WALKER REGARDING SAME | 4.10 |
| 05/05/04 | LGE | REVIEW SCHEDULING ORDER AND RULE 26 DISCLOSURES; LOAD ONTO SUMMATION DATABASE; CALENDAR DEADLINES AND TASK REMINDERS | .60 |
| 05/07/04 | MJP | REVIEW ANSWER TO COMPLAINT AND COMMUNICATE WITH CO-COUNSEL AS TO SAME | .20 |
| 05/10/04 | WPH | DRAFTING AND REVISION OF RESPONSE TO MOTION TO TRANSFER | 3.70 |
| 05/10/04 | MFW | RECEIVE AND READ AT PUBLISHING OPPOSITION TO SUMMARY JUDGMENT | 1.30 |
| 05/11/04 | WPH | DRAFTING AND REVISION OF RESPONSE TO MOTION TO TRANSFER; RESEARCH REGARDING SAME; CONFERENCE WITH MARION WALKER REGARDING SAME | 4.90 |
| 05/11/04 | MFW | CONFERENCE WITH PATTON HAHN AND RANDY WEDDLE REGARDING RESPONSE TO SUMMARY JUDGMENT AND PLAINTIFF'S AMENDMENT; PREPARE LETTER TO CHIP LEAS AND CLAUDINE AQUILLON WITH SAME; REVIEW AND EDIT OPPOSITION TO MOTION TO TRANSFER IN GEORGIA CASE | 1.00 |
| 05/12/04 | LGE | REVIEW DEADLINES ON CALENDAR; REVIEW EMAILS FROM PATTON HAHN; OBTAIN AND REVIEW AFFIDAVITS; SCAN EACH AFFIDAVIT; SCAN EXHIBITS; CREATE FOLDERSL; LOAD ONTO SUMMATION DATA BASE; IDENTIFY KEY DOCUMENTS RE: PREPARING DOCUMENT SUMMARIES | 2.50 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 14, 2004
1031789
000012/67876567

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ITEMIZED FEES \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 05/13/04 | LGE | REVIEW ANSWER FILED ON BEHALF OF MARTONE DEFENDANTS IN GEORGIA FEDERAL SUIT; IMAGE AND LOAD ONTO SUMMATION; CALENDAR DEADLINE TO FILE PRELIMINARY WITNESS LISTS; EMAIL IMAGED PLEADINGS TO CLIENTS; ROUTE PLEADINGS TO SECRETARY FOR FILING | .70 |
| 05/14/04 | MFW | EMAIL FROM CHIP LEAS; TELEPHONE CALL FROM AND TO KIRSTEN GREGORY, DEFENDANTS' ATTORNEY | .20 |
| 05/18/04 | LGE | REVIEW EMAIL FROM PATTON HAHN; OBTAIN DOCUMENTS; CONFERENCE WITH LANEY MEADOWS RE: CALENDARING CUTOFFS TO REPLY TO CROSS-SUMMARY JUDGMENT AND AMENDED COMPLAINT; REVIEW PLAINTIFF'S RULE 26 PRODUCTION; IDENTIFY KEY DOCUMENTS FOR MARION'S REVIEW; PREPARE EMAIL TO MARION WALKER; BRIEF DISCUSSION OF PRODUCTION REVIEW WITH MARION | 1.20 |
| 05/18/04 | WPH | DRAFTING AND REVISION OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT; REVIEW OF PLAINTIFF'S INITIAL DISCLOSURES | 1.10 |
| 05/21/04 | WPH | DRAFTING OF REPLY TO A.T. PUBLISHING RESPONSE IN ALASKA ACTION; REVIEW OF A.T. PUBLISHING'S RESPONSE | 3.30 |
| 05/23/04 | WPH | DRAFTING AND REVISION OF RESPONSE TO A.T. PUBLISHING'S SUMMARY JUDGMENT FILING | 1.20 |
| 05/24/04 | WPH | DRAFTING AND REVISION OF REPLY TO A.T. PUBLISHING'S RESPONSE IN ALASKA ACTION; RESEARCH REGARDING HEARSAY ISSUES; RESEARCH REGARDING FINANCE LEASE MATTERS; REVIEW OF A.T. PUBLISHING RESPONSE; REVIEW OF AFFIDAVIT SUBMITTED BY A.T. PUBLISHING | 6.20 |
| 05/24/04 | BSM | STATUS UPDATE AND STRATEGY SESSION WITH M. WALKER AND P. HAHN | .40 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 14, 2004
1031789
000012/67876567

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/24/04 | MFW | TELEPHONE CALL FROM RANDY WEDDLE; CONFERENCE WITH PATTON HAHN; CONFERENCE WITH PATTON HAHN AND RANDY WEDDLE; TELEPHONE CALL TO BARRY MARKS | .60 |
| 05/25/04 | WPH | DRAFTING AND REVISION OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT; | 2.00 |
| 05/25/04 | MFW | CONFERENCE WITH PATTON HAHN, READ AND EDIT BRIEF; REVIEW EMAIL FROM PATTON HAHN; EMAIL TO CLAUDINE AQUILLON; CONFERENCE CALL WITH BARRY MARKS AND CHIP LEAS REGARDING UPDATE; CONFERENCE WITH PATTON HAHN REGARDING BRIEF EDITS AND OFC MEETING IN AFTERNOON | 2.00 |
| 05/26/04 | WPH | REVISION OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT; CONFERENCE WITH MARION WALKER REGARDING SAME; TELECONFERENCE WITH MARION WALKER, RANDY WEDDLE REGARDING SAME | 1.70 |
| 05/26/04 | MFW | CONFERENCE WITH PATTON HAHN REGARDING CALCULATIONS AND INSTRUCTIONS FOR MEETING PREPARATION; TELEPHONE CALL TO AND FROM CLAUDINE AQUILLON AND JOINT CONFERENCE WITH PATTON HAHN REGARDING DAMAGES CALCULATION | 1.70 |
| 05/27/04 | MFW | EMAIL FROM AND TO RANDY WEDDLE REGARDING BRIEF; EMAIL TO CLAUDINE AQUILLON REGARDING NUMBERS | .30 |
| 05/28/04 | LGE | CONFERENCE WITH AND INSTRUCTIONS FROM MARION WALKER REGARDING EVIDENTIARY SUBMISSION TO OFC'S REPLY BRIEF RE: CROSS MOTION FOR SUMMARY JUDGMENT; REVIEW AT PUBLISHING'S PRODUCTION TO LOCATE INSURANCE CLAIM DOCUMENTATION; REVIEW AFFIDAVITS OF CLINT SEYER AND FRANK MARTONE; IDENTIFY SUPPORTING DOCUMENTATION AND COMMENTARY; PREPARE EMAIL RESPONSE TO RANDY WEDDLE | .70 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 14, 2004
1031789
000012/67876567

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| TOTAL FOR FEES | $ 8,569.00 |

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | 14.48 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 14, 2004
1031789
000012/67876567


OUTGOING TELECOPIER CHARGE.                                          30.00

POSTAGE CHARGE.                                                       9.58

PHOTO REPRODUCTION CHARGE.                                          140.60
                                                              ----------------
                    TOTAL FOR EXPENSES              $     194.66


************************ PREVIOUS STATEMENTS OUTSTANDING ********************

BILL NO. 67868445           May 06, 2004                         2,323.91
                                                                     ---
                    TOTAL FOR OUTSTANDING          $    2,323.91

                    TOTAL AMOUNT DUE               $   11,087.57

INVOICE

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
### A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
## BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

**TENNESSEE**
MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA
JACKSON, MISSISSIPPI
WASHINGTON, D.C.
ATLANTA, GEORGIA
NEW ORLEANS, LOUISIANA
BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

October 07, 2004
ID: 1031789 000012
Bill No. 67901216

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2004

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 2,474.50 |
| CURRENT EXPENSES DUE | $ | 42.72 |
| CURRENT AMOUNT DUE | $ | **2,517.22** |
| PREVIOUSLY BILLED AND UNCOLLECTED | $ | 8,763.66 |
| TOTAL AMOUNT DUE | $ | 11,280.88 |

PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

### A PROFESSIONAL CORPORATION

TAX NO.
62-1047356

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET

## BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

**TENNESSEE**

**MEMPHIS**
**NASHVILLE**
**CHATTANOOGA**
**KNOXVILLE**
**JOHNSON CITY**

**BIRMINGHAM, ALABAMA**

**JACKSON, MISSISSIPPI**

**WASHINGTON, D.C.**

**ATLANTA, GEORGIA**

**NEW ORLEANS, LOUISIANA**

**BDBC INTERNATIONAL, LLC**
**BEIJING, CHINA**
**representative office**

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

October 07, 2004
1031789
000012/67901216

FOR PROFESSIONAL SERVICES RENDERED

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 09/01/04 | WPH | REVIEW OF ORDER DENYING MOTION FOR SUMMARY JUDGMENT; CONFERENCE WITH MARION WALKER REGARDING SAME | .80 |
| 09/01/04 | MFW | RECEIVE AND REVIEW ORDER FROM ALASKA COURT AND EMAIL TO CHIP LEAS; EMAIL FROM AND TO RANDY WEDDLE REGARDING PLANNING DISCOVERY | .80 |
| 09/02/04 | WPH | TELECONFERENCE WITH MARION WALKER AND RANDY WEDDLE REGARDING STATUS OF CASE, ISSUES TO BE REVIEWED AND DISCOVERY; TELEPHONE CALL FROM RANDY WEDDLE REGARDING SAME, FACT ISSUES IN CASE | 1.60 |
| 09/02/04 | MFW | EVALUATE DISCOVERY PLAN; CONFERENCE WITH PATTON HAHN AND RANDY WEDDLE ; PREPARE LETTER TO CHIP LEAS WITH PLAN; INSTRUCTIONS TO SECRETARY | 1.40 |
| 09/03/04 | WPH | REVIEW AND REVISION OF LETTER FROM MARION WALKER TO CHIP LEAS REGARDING STATUS OF CASE; REVIEW OF ORDER DENYING MOTION FOR SUMMARY JUDGMENT; RESEARCH REGARDING BANKRUPTCY ISSUES INVOLVING A. B. DICK | 1.30 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

October 07, 2004
1031789
000012/67901216

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 09/07/04 | MFW | TELEPHONE CALL TO AND FROM RANDY WEDDLE REGARDING AUTHORIZATION TO PICK UP EQUIPMENT; TELEPHONE CALL TO CHIP LEAS REGARDING AGREEMENT WITH A.B. DICK TO PICK UP AND SELL EQUIPMENT; TELEPHONE CALL FROM C. MCLAIN REGARDING DOCUMENTING PICK-UP OF EQUIPMENT; TELEPHONE CALL FROM RANDY WEDDLE REGARDING EQUIPMENT PICK-UP; TELEPHONE WITH C. MCLAIN REGARDING SAME | 1.00 |
| 09/08/04 | MFW | RECEIVE AND REVIEW BILL FORM RANDY WEDDLE AND EMAIL REGARDING SAME TO RANDY WEDDLE; TELEPHONE CALL FROM RANDY WEDDLE | .30 |
| 09/09/04 | BSM | REVISE AGENCY LETTER FOR A.B. DICK | .40 |
| 09/14/04 | WPH | TELEPHONE CALL FORM RANDY WEDDLE REGARDING SALE OF EQUIPMENT, DISCOVERY ISSUES | .10 |
| 09/14/04 | MFW | RECEIVE, REVIEW AND RESPOND TO EMAIL FROM RANDY WEDDLE REGARDING EQUIPMENT | .10 |
| 09/17/04 | MFW | RECEIVE AND REVIEW LETTER AGREEMENT WITH A.B. DICK; EXCHANGE EMAILS WITH OFC STAFF; FORWARD LETTER TO RANDY WEDDLE | .40 |
| 09/20/04 | LGE | REVIEW CORRESPONDENCE REGARDING CONSENT TO MOVE PRESS, SETTLEMENT DISCUSSIONS VIS A VIS AB DICK'S BANKRUPTCY, AND REQUEST TO PLAINTIFF TO SUPPLEMENT DISCOVERY; DOWNLOAD AND SAVE IN SUMMATION | .40 |
| 09/20/04 | MFW | RECEIVE AND REVIEW ATTORNEY BILLS FROM RANDY WEDDLE; LETTER TO RANDY WEDDLE REGARDING ATTORNEY FEES | .30 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

October 07, 2004
1031789
000012/67901216

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 09/23/04 | WPH | CONFERENCE WITH MARION WALKER REGARDING STATUS OF CASE | .20 |
| 09/24/04 | BSM | REVIEW E-MAILS TO/FROM MS. WALKER REGARDING STATUS AND CLOSING | .30 |
| 09/24/04 | MFW | TELEPHONE CALL FORM CHIP LEASE AND DISCUSSION OF A.B. DICK BANKRUPTCY AND PLANS FOR PROCEEDING; PREPARE LETTER REGARDING ALASKA ATTORNEY BILLS | .50 |
| 09/28/04 | MFW | TELEPHONE CALL FROM AND TO PLAINTIFF ATTORNEYS IN ALASKA; EMAIL TO C. MCLAIN | .30 |

TOTAL FOR FEES                        $   2,474.50

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| OUTGOING TELECOPIER CHARGE. | 23.95 |
| POSTAGE CHARGE. | 2.77 |
| PHOTO REPRODUCTION CHARGE. | 16.00 |

TOTAL FOR EXPENSES                    $     42.72

OFC CAPITAL CORPORATION                                    October 07, 2004
A.T. PUBLISHING INCORPORATED                               1031789
                                                           000012/67901216


          ******************** PREVIOUS STATEMENTS OUTSTANDING ********************

BILL NO. 67876567              June 14, 2004                              8,763.66

                                                                      -----------------
                       TOTAL FOR OUTSTANDING                    $        8,763.66

                       TOTAL AMOUNT DUE                         $      11,280.88

**ALFA FINANCIAL CORPORATION**
**DBA OFC CAPITAL** Baker Donelson Bearman

| | | | 002183 | 02/27/2004 | 019105 |
|---|---|---|---|---|---|
| 67836916 | 12/05/2003 | General | 49.00 | 0.00 | 49.00 |
| 67836917 | 12/03/2003 | Dimension | 573.82 | 0.00 | 573.82 |
| 67844042 | 01/08/2004 | Textron | 6,000.83 | 0.00 | 6,000.83 |
| 67850084 | 02/05/2004 | AT Publishing | 15,883.56 | 0.00 | **15,883.56** |
| | | | 22,507.21 | 0.00 | 22,507.21 |

INVOICE

TAX NO.
62-1047356

‌KER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
576 COLONIAL PARK DRIVE, SUITE 200
ROSWELL, GA  30075

February 05, 2004
ID: 1031789 000012
Bill No. 67850384

BSM

CLIENT: OFC CAPITAL CORPORATION
MATTER: A.T. PUBLISHING INCORPORATED

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2004

| | | |
|---|---|---|
| CURRENT PROFESSIONAL SERVICES RENDERED | $ | 15,384.00 |
| CURRENT EXPENSES DUE | $ | 499.56 |
| TOTAL AMOUNT DUE | $ | **15,883.56** |



PLEASE RETURN THIS SUMMARY PAGE WITH YOUR
REMITTANCE TO INSURE ACCURATE CREDIT

INVOICE

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
**BIRMINGHAM, ALABAMA 35203**

(205) 328-0480

FACSIMILE
(205) 322-8007

TAX NO.
62-1047356

NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA
JACKSON, MISSISSIPPI
WASHINGTON, D.C.
ATLANTA, GEORGIA

BDBG INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 05, 2004
1031789
000012/67850384

FOR PROFESSIONAL SERVICES RENDERED

********************* ITEMIZED FEES *********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/19/03 | BSM | AT - CALL FROM MR. LEAS, CALL TO AB DICK COUNSEL | .30 |
| 12/22/03 | BSM | CALL FROM AB DICK COUNSEL; REVIEW FILE AND DISCUSS STRATEGY; CALLS TO ALASKA LAWYER | 2.00 |
| 12/23/03 | MFW | AT PUBLISHING MATTER - CONFERENCE WITH BARRY MARKS | .30 |
| 12/24/03 | BSM | AT PUBLISHING - CALLS AND EMAILS TO/FROM ALASKA LAWYER; TRANSFER PROJECT TO MARION WALKER. | .80 |
| 12/24/03 | MFW | AT PUBLISHING MATTER - REVIEW DOCUMENTS AND EMAIL OF TODAY AND TELEPHONE CALL TO R. WEDDLE (X2) | .80 |
| 12/29/03 | MFW | AT PUBLISHING MATTER - TELEPHONE CALL TO MR. WEDDLE REGARDING REMOVAL AND SERVICE ISSUE; TELEPHONE CALL TO CHIP LEAS AND BARRY MARKS; TELEPHONE CALL FROM WEDDLE AND CONFERENCE WITH WEDDLE AND HARDEN REGARDING PUBLISHING IN GEORGIA | .80 |
| 12/29/03 | MFW | AT PUBLISHING MATTER - REVIEW AND SUMMARIZE DOCUMENTS; REVIEW AND OUTLINE MASTER LEASE AGREEMENT; PREPARE LITIGATION PLAN | 3.00 |
| 12/30/03 | MFW | AT PUBLISHING MATTER - TELEPHONE CALL FROM AND TO R. WEDDLE REGARDING NOTICE OF REMOVAL AND ANSWER FOR A.B. DICK AND OFC | .20 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 05, 2004
1031789
000012/67850384

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/30/03 | MFW | GENERAL CORPORATE - CONFERENCE WITH CHIP LEAS REGARDING PERSONNEL | .30 |
| 12/31/03 | MFW | CONFERENCE WITH PATTON HAHN REGARDING COMPLAINT, JURISDICTION; EMAIL FROM RANDY WEDDLE REGARDING JURISDICTION | .60 |
| 01/02/04 | WPH | REVIEW OF MATERIALS PROVIDED BY MARION WALKER REGARDING DISPUTE WITH A. T. PUBLISHING | .80 |
| 01/03/04 | WPH | REVIEW OF MASTER LEASE AGREEMENT;  RESEARCH REGARDING FORUM SELECTION CLAUSES IN ALASKA | 1.60 |
| 01/04/04 | WPH | DRAFTING AND REVISION OF COMPLAINT;  MEMO TO MARION WALKER REGARDING MISSING FILE DOCUMENTS | 2.10 |
| 01/05/04 | LGE | A.T. PUBLISHING COMPLAINT:  CONFERENCE WITH LANEY MEADOWS RE:  INFORMATION REQUIRED TO FACILITATE FILING OF COMPLAINT.  INTERNET RESEARCH, USDC - GEORGIA.  OBTAIN AND DOWNLOAD FORMS; CONFIRM FILING FEE; EMAIL LANEY LINKS TO ACCESS FEDERAL FORMS | .40 |
| 01/05/04 | MFW | AT PUBLISHING - REVIEW DRAFT COMPLAINT; OCNFERENCE WITH SECRETARY REGARDING SUMMONS; TELEPHONE CALL TO CHIP LEAS REGARDING TRIP TO ATLANTA | .50 |
| 01/05/04 | MFW | AT PUBLISHING - ADDITIONAL CONFERENCE WITH CHIP LEAS REGARDING DOCUMENTS AND TRIAL STRATEGY; REVIEW AND EDIT DOCUMENTS | 1.50 |
| 01/05/04 | MFW | AT PUBLISHING - BILL AT 1/2 TIME - DRIVE TO ATLANTA | 2.50 |
| 01/06/04 | WPH | REVISION OF COMPLAINT | .30 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 05, 2004
1031789
000012/67850384

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 01/06/04 | MFW | AT PUBLISHING - BILL AT 1/2 TIME - RETURN DRIVE FROM ATLANTA TO BIRMINGHAM | 2.50 |
| 01/06/04 | MFW | TELEPHONE CALL TO CLAUDINE AQUILLON TO DISCUSS FILE DOCUMENTS AND RETRIEVE REMAINDER OF FILE; REVIEW ADDITIONAL DOCUMENTS FROM OFC; REVISE AND EDIT COMPLAINT; FINALIZE COMPLAINT AND FILE WITH COURT | 2.50 |
| 01/07/04 | TJM | MEMO AND EMAIL TO CLIENT REGARDING REVIEW OF LEASE FORM | .60 |
| 01/07/04 | MFW | EMAIL TO RANDY WEDDLE CONFIRMING INSTRUCTIONS REGARDING OFC REPRESENTATION | .20 |
| 01/08/04 | LGE | LITIGATION PLANNING CONFERENCE WITH MARION WALKER REGARDING PROCEDURAL POSTURE OF CASE; BASIS FOR SUIT, GEORGIA FEDERAL COURT CASE AND REMOVAL OF ALASKA ACTION. | .50 |
| 01/08/04 | WPH | RESEARCH REGARDING PERMISSIVE FORUM SELECTION CLAUSES | .70 |
| 01/08/04 | WPH | RESEARCH REGARDING EFFECTIVE PERMISSIVE FORUM SELECTION CLAUSES, POSSIBLE CHALLENGE TO PERSONAL JURISDICTION IN ALASKA COURTS | .80 |
| 01/08/04 | MFW | CONFERENCE WITH LYNN EVANS, PARALEGAL, REGARDING FILE ORGANIZATION; EMAILS REGARDING SERVICE OF SUMMONS/COMPLAINT; CALL TO RANDY WEDDLE TO DISCUSS SPECIAL APPEARANCE ISSUES | .70 |
| 01/09/04 | LGE | AT PUBLISHING:  RECEIVE AND REVIEW EMAILS REGARDING SERVICE; DOWNLOAD, PRINT AND REVIEW COMPLAINT | .40 |



OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 05, 2004
1031789
000012/67850384

******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 01/09/04 | MFW | CONFERENCE WITH PATTON HAHN AND EMAILS REGARDING RANDY WEDDLE REGARDING JURISDICTION | .50 |
| 01/11/04 | MFW | CONFERENCE WITH PATTON HAHN REGARDING MOTION TO TRANSFER; EMAIL TO BARRY MARKS REGARDING SAME AND MEETING | .40 |
| 01/12/04 | WPH | CONFERENCE WITH MARION WALKER AND BARRY MARKS REGARDING STATUS OF ALASKA CASE, LITIGATION STRATEGY | .40 |
| 01/12/04 | BSM | DISCUSS STRATEGY AND PROCEDURAL ISSUES WITH M. WALKER AND P. HAHN; REVIEW FILINGS BY ALASKA COUNSEL. | 1.20 |
| 01/12/04 | MFW | CONFERENCE WITH PATTON HAHN AND BARRY MARKS REGARDING PLAN FOR LITIGATION WITH RANDY WEDDLE AND DISCUSS PLAN/LAW; PREPARE ADVISORY EMAIL AND LETTER TO CHIP LEAS; REVIEW DOCUMENTS FROM ALASKA CASE | 1.90 |
| 01/13/04 | MJP | ASSIST WITH SERVICE OF PROCESS ON MULTIPLE DEFENDANTS | .40 |
| 01/13/04 | LGE | REVIEW EMAILS; CREATE CONTACT CARDS; DOWNLOAD PROOF OF SERVICE ON OFC; IMAGE AND LINK TO SUMMATION DATABASE | .50 |
| 01/13/04 | MFW | EXCHANGE EMAILS REGARDING SERVICE OF ALASKA COMPLAINT | .20 |
| 01/15/04 | MFW | CONFERENCE WITH ASSOCIATE REGARDING SCOPE OF SUMMARY JUDGMENT MOTION AND BRIEF; DISCUSS WITH BARRY MARKS | .50 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 05, 2004
1031789
000012/67850384

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 01/15/04 | MFW | CONFERENCE WITH PATTON HAHN REGARDING PREPARATION OF MOTION AND BRIEF AND INSTRUCTIONS REGARDING REVIEW; EXCHANGE OF EMAILS WITH CHIP LEAS AND PATTON HAHN | .30 |
| 01/16/04 | LGE | REVIEW, CLASSIFY AND PRINT MULTIPLE EMAILS REGARDING SERVICE; CALENDAR FOLLOW UP RE: WAIVER OF SERVICE/SERVICE ON ALASKA DEFENDANTS | .30 |
| 01/16/04 | WPH | CONFERENCE WITH MARION WALKER REGARDING STATUS OF CASE; TELEPHONE CALL TO RANDY WEDDLE REGARDING SAME, DRAFTING OF MOTION FOR SUMMARY JUDGMENT | .60 |
| 01/16/04 | MFW | TELEPHONE CALL TO JEFF HARDEN, ATTORNEY FOR A.B. DICK, REGARDING BILL AND POTENTIAL CONFLICT | .40 |
| 01/19/04 | WPH | RESEARCH REGARDING GROUNDS FOR MOVING FOR MOTION FOR SUMMARY JUDGMENT | .20 |
| 01/20/04 | WPH | RESEARCH REGARDING GROUNDS FOR SEEKING SUMMARY JUDGMENT; RESEARCH REGARDING POSSIBLE NEED TO ASSERT COUNTERCLAIM IN ALASKA LITIGATION | 2.90 |
| 01/20/04 | SSW | TELEPHONE CONFERENCE WITH PATTON HAHN RE COMPULSORY COUNTERCLAIM AND ABATEMENT ISSUES | .20 |
| 01/21/04 | LGE | OBTAIN FILE-STAMPED COPY OF OFC'S FEDERAL COMPLAINT FILED IN USDC, NORTHERN DISTRICT OF GEORGIA FOR SERVICE; OBTAIN ALASKA COMPLAINT AND NOTICE OF SERVICE; EMAIL COUNSEL RE: STATUS OF WAIVER OF SERVICE ISSUE | .20 |



OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 05, 2004
1031789
000012/67850384

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 01/21/04 | WPH | RESEARCH REGARDING GROUNDS FOR SUMMARY JUDGMENT; DRAFTING OF BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 4.10 |
| 01/22/04 | LGE | REVIEW CALENDAR RE:  SERVICE OF GEORGIA COMPLAINT;  PREPARE EMAIL TO PATTON HAHN | .20 |
| 01/22/04 | WPH | RESEARCH REGARDING GROUNDS FOR SUMMARY JUDGMENT; DRAFTING OF BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; TELEPHONE CALL TO CAROLYN MCCLAIN (MESSAGE) REGARDING DECLARATION; REVIEW OF MATERIALS IN FILE | 3.90 |
| 01/22/04 | TM | ELECTRONIC RESEARCH AND INVESTIGATION FOR SERVICE OPTIONS IN ALASKA; FOLLOW-UP WITH CO-COUNSEL REGARDING SERVICE; TELEPHONE CONFERENCE WITH COURT REGARDING SAME; FOLLOW-UP WITH ATTORNEY POWELL. | .70 |
| 01/23/04 | WPH | DRAFTING OF BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; TELECONFERENCE WITH RANDY WEDDLE REGARDING SAME;  TELEPHONE CALL FROM MARION WALKER REGARDING SUMMARY JUDGMENT STRATEGY; RESEARCH LEASE DEFAULT CASES | 5.80 |
| 01/23/04 | MFW | TELEPHONE CALL TO PATTOH HAHN REGARDING MOTION TO DISMISS VERSUS SUMMARY JUDGMENT, SERVICE IN ALASKA AND DISMISSAL OF AT PUBLISHING IN GEORGIA CASE | .20 |
| 01/24/04 | WPH | DRAFTING OF BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; RESEARCH REGARDING GROUNDS FOR SAME | 2.80 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 05, 2004
1031789
000012/67850384

******************* ITEMIZED FEES *******************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 01/25/04 | MFW | DISCUSSION WITH ASSOCIATE REGARDING CHIP LEAS AFFIDAVIT; REVIEW EMAILS REGARDING SERVICE AND LOCAL RULES | .30 |
| 01/26/04 | WPH | DRAFTING AND REVISION OF BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;  CONFERENCE WITH MARION WALKER REGARDING NEED TO FILE ANSWER AND COUNTERCLAIM; APPLICATION OF COMPULSORY COUNTERCLAIM RULE; TELEPHONE CALL TO RANDY WEDDLE REGARDING SAME; RESEARCH REGARDING COMPULSORY COUNTERCLAIM, EFFECT ON SIMULTANEOUS LITIGATION | 5.80 |
| 01/26/04 | MFW | REVIEW DRAFT AFFIDAVIT OF C. MCCLAIN; CONFERENCE WITH PATTON HAHN, RANDY WEDDLE AND A.B. DICK ATTORNEY REGARDING PLAN OF ACTION, POTENTIAL CONFLICT; CONFERENCE WITH PATTON HAHN REGARDING POTENTIAL PROBLEMS WITH COMPULSORY COUNTERCLAIM | 2.20 |
| 01/27/04 | WPH | DRAFTING AND REVISION OF ANSWER; REVIEW OF PLAINTIFF'S COMPLAINT; CONFERENCE WITH MARION WALKER REGARDING SAME; CONFERENCE WITH BARRY  S. MARKS AND MARION WALKER REGARDING STRATEGY; TELEPHONE CALL TO RANDY WEDDLE REGARDING ANSWER AND COUNTERCLAIM | 2.60 |
| 01/27/04 | BSM | MEETING WITH M. WALKER AND P HAHN TO DISCUSS STRATEGY AND CALL TO MR. LEAS | .60 |
| 01/28/04 | MJP | CONFERENCE WITH MARION WALKER CONCERNING APPROPRIATE MEANS FOR DISMISSING OR WITHDRAWING CLAIMS AGAINST AT PUBLISHING | .30 |

OFC CAPITAL CORPORATION                          February 05, 2004
A.T. PUBLISHING INCORPORATED                     1031789
                                                 000012/67850384


******************** ITEMIZED FEES ********************

| DATE | INITIALS | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 01/28/04 | WPH | REVISION OF ANSWER;  DRAFTING OF NOTICE OF DISMISSAL FOR ATLANTA ACTION AGAINST DEFENDANT A. T. PUBLISHING | .70 |
| 01/29/04 | MJP | REVIEW AND EXECUTE NOTICE OF WITHDRAWAL AND ATTEND TO FILING SAME WITH COURT AND SERVING | .40 |
| 01/29/04 | LGE | RECEIVE AND REVIEW DRAFT ANSWER AND COUNTERCLAIM ON BEHALF OF  OFC IN ALASKA SUIT; PRINT AND ADD TO FILE | .10 |
| 01/29/04 | WPH | REVIEW OF ANSWER OF A. B. DICK | .20 |
| 01/30/04 | MFW | CONFERENCE WITH RANDY WEDDLE REGARDING SUBSTANCE OF AFFIRMATIVE DEFENSES | .40 |

                                              ------------------
                    TOTAL FOR FEES         $    15,384.00


******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG DISTANCE CHARGE. | 7.40 |
| OUTGOING TELECOPIER CHARGE. | 3.00 |
| POSTAGE CHARGE. | 2.08 |
| PHOTO REPRODUCTION CHARGE. | 85.60 |
| COMPUTER RESEARCH. | 122.10 |
| MILEAGE. | 129.38 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 05, 2004
1031789
000012/67850384


******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| FILING FEE. | 150.00 |

| | |
|---|---|
| TOTAL FOR EXPENSES | $    499.56 |
| TOTAL AMOUNT DUE | $    15,883.56 |