EXHIBIT 2

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

July 5, 2007

PRIVILEGED & CONFIDENTIAL

OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

Attention:    Chip Leas
President

TAX I.D. 58-1314995

Invoice #: 312522
For services rendered in connection with our file number 010537-0001:

OFC CAPITAL - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 06/01/07 | MFW | 4.00 | Work on pretrial brief and voir dire for Monday deadline. |
| 06/03/07 | MFW | 8.00 | Work on pretrial brief; edit voir dire questions. |
| 06/03/07 | SWB | 2.70 | Further preparation of proposed voir dire examination; preparation of jury questionnaire. |
| 06/04/07 | MFW | 10.10 | Complete preparation of jury instructions; complete voir dire with assistance of SWB; Instructions to paralegal to prepare grid of deposition testimony; telephone conference with Freedom Court Reporting employee regarding training on software; complete pre-trial brief. |
| 06/05/07 | MFW | 2.80 | Planning for set-up of software for presentation of exhibits and depositions; review of OFC trial exhibits and software. |
| 06/06/07 | AGW | 5.00 | Trial preparation; work on deposition designation clips in trial director for video depositions. |

**EXHIBIT 2**

OFC Capital
July 5, 2007
Page 2

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 06/06/07 | MFW | 7.10 | Prepare motion to reconsider judge's ruling allowing issues of agency and "cure" into trial and prepare brief in support of same; telephone conference with M. Stehle about depositions; prepare Trial Director for OFC trial presentation of video depositions. |
| 06/07/07 | AGW | 6.00 | Trial Preparation; set up workbooks and images in trial director. |
| 06/07/07 | MFW | 4.10 | Review video deposition clip prepared by trial director expert J. Walker; telephone conference with J. Walker; prepare objection to AT Publishing voir dire; telephone conference with J. Ekstrand, paralegal in Alaska, regarding planning for trial. |
| 06/08/07 | AGW | 6.00 | Preparation of tria l materials; continue work in trial director. |
| 06/08/07 | MFW | 1.30 | Review AT Publishing response to Motion to Reconsider; exchange e-mails regarding list of exhibits withdrawn by AT Publishing; telephone conference with witness L. Whitten about trial testimony. |
| 06/09/07 | AGW | 2.00 | Prepare workbooks in trial director. |
| 06/10/07 | MFW | 2.80 | Prepare letter to C. Leas enclosing AT Publishing's response to exhibits reflecting trial arguments; review photographs and e-mail sent by plaintiff's counsel and response; exchange e-mails with R. Seaward regarding photo exhibits; review data on Trial Director. |
| 06/11/07 | AGW | 4.00 | Finalize trial preparation; back up trial data. |
| 06/11/07 | MFW | 8.70 | Trial preparation; edit Trial Director data; organize trial notebook; prepare opening; review and edit deposition designations; research update; prepare additional deposition designations; print and review photographs sent by plaintiff; review and respond to e-mail from R. Seaward about photographs. |
| 06/12/07 | MFW | 9.30 | Receipt and review of motions from AT Publishing and prepare response; telephone conference with attorney for AT Publishing; exchange e-mails regarding filing to alert the court we will use the digital system in the courtroom; prepare opening. |
| 06/12/07 | SWB | 3.00 | Research on "law of the case doctrine" in context of waiver of non-acceptance argument by plaintiff. |
| 06/13/07 | MFW | 12.00 | Flight to Anchorage and prepare for pre-trial and edit video deposition in Trial Director. |

OFC Capital
July 5, 2007
Page 3

| <u>Date</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 06/14/07 | MFW | 15.00 | Prepare for pre-trial; attend pre-trial; prepare presentation of video depositions in software; conform exhibit lists; assign paralegal duties, including re-labeling exhibits to reflect plaintiff status; prepare proffer of evidence excluded. |
| 06/15/07 | MFW | 14.00 | Prepare and practice opening statement; trial preparation; continue edits of video depositions; copy clips of depositions for court and opposing attorney; practice at courthouse with digital equipment; lunch with C. McClain, C. Leas and J. Ekstrand; telephone conference with Trial Director consultants; edit proffer of evidence and authorize filing; dinner and discussion with C. Leas and C. McClain regarding A.B. Dick prefunding agreement and trial strategy. |
| 06/16/07 | MFW | 9.50 | Meet with C. Leas and C. McClain for breakfast and discuss trial testimony; meeting with C. Leas and C. McClain to prepare for trial; review all OFC exhibits; conference with J. Ekstrand regarding exhibits and relevant witnesses; e-mail to AGW regarding demonstrative aid. |
| 06/17/07 | MFW | 12.50 | Trial preparation; review opening statement; review exhibits of AT Publishing; watch Green and Seaward depositions all the way through; practice opening with exhibits. |
| 06/18/07 | AGW | 0.40 | Amend trial exhibits. |
| 06/18/07 | JAO | 4.80 | Draft motion for judgment as a matter of law regarding agency issues; strategize with SWB regarding motion for judgment as matter of law. |
| 06/18/07 | MFW | 16.50 | Trial preparation and first day of trial; struck jury and began testimony; C. Leas and C. McClain present; after court meeting with L. Whitten to prepare for trial; prepare F. Martone testimony. |
| 06/18/07 | SWB | 1.70 | Research into agency issue relevant to Rule 50 motion for judgment as matter of law. |
| 06/19/07 | JAO | 5.20 | Further research regarding agency issue and acceptance. |
| 06/19/07 | MFW | 13.00 | Second day of trial in Alaska; C. Leas and C. McClain present and completed testimony of each; began direct of F. Martone; post-trial exhibit organization and re-cap with C. Leas and C. McClain; review testimony of A.B. Dick witnesses Taylor and Ashcraft to assess presentation. |
| 06/19/07 | SWB | 1.30 | Preparation of Rule 50 motion. |

OFC Capital
July 5, 2007
Page 4

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 06/20/07 | MFW | 12.30 | Third day of trial; review issues for judgment as a matter of law; edit draft JML prepared by SWB; prepare for playing deposition of R. Seaward. |
| 06/20/07 | SWB | 2.80 | Telephone conference with MFW and JO regarding JML motion; further preparation of Rule 50 motion for judgment as matter of law. |
| 06/21/07 | JAO | 5.90 | Research regarding jury instructions on contract issues; draft jury instructions. |
| 06/21/07 | JAO | 0.40 | Review and analyze e-mail from MFW regarding additional jury instructions regarding contract interpretation; strategize with SWB regarding jury instructions and motion for judgment as a matter of law. |
| 06/21/07 | SWB | 7.40 | Further preparation of Rule 50 motion for judgment as matter of law. |
| 06/21/07 | MFW | 14.50 | Fourth day of trial -- C. Leas and J. Ekstrand present with me; prepare A. Martone cross; preview court draft of jury instructions; complete preparation of motion for judgment as a matter of law; prepare additional instructions; prepare objections to draft instructions by court. |
| 06/22/07 | CPB1 | 1.10 | Research and analysis of Georgia pattern jury charges and case law to develop support for theory that a valid contract may consist of multiple writings; compilation of case law and e-mail transmittal to MFW for expedited use at jury trial. |
| 06/22/07 | JAO | 0.20 | Research regarding jury instruction on issue that multiple writings can favor one contract. |
| 06/22/07 | MFW | 12.00 | Fifth day of trial; conclusion of defendant's case; conference with judge on jury instructions; plaintiff's rebuttal case; presentation of JML and additional jury instructions; update C. Leas and C. McClain. |
| 06/24/07 | MFW | 8.00 | Prepare closing argument; review exhibits. |
| 06/25/07 | AGW | 2.00 | Revise OFC exhibit list. |
| 06/25/07 | MFW | 14.50 | Prepare and practice closing; receipt and review of defendant's proposed jury instructions for revocation and brief; prepare response; prepare closing argument outline and practiced. |

OFC Capital
July 5, 2007
Page 5

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 06/26/07 | MFW | 9.20 | Last day of trial; closing argument, jury instructions; receive jury verdict for OFC; get extension to file attorney fee petition 20 days from 6/26/07; costs due same day unless 30 days allowed. |

Total Fees:                                                      $        85,838.50

## TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Wilkins, Amanda G. | 25.40 | 130.00 | $3,302.00 |
| Butler, Christopher P. | 1.10 | 295.00 | $324.50 |
| Olson, Jennifer A. | 16.50 | 255.00 | $4,207.50 |
| Walker, Marion F. | 221.20 | 330.00 | $72,996.00 |
| Bullock, Susan W. | 18.90 | 265.00 | $5,008.50 |

## EXPENSES:

Description

Photocopies                                                      $        69.20

JRH travel to and from Birmingham, AL - 06/12/07.               $        27.16

Federal Express Airbill 861191994834 to MARION WALKER JOYCE on  $        76.98
06/14/07 from JULIE HAYES.

**TOTAL CURRENT EXPENSES:**                                     $        173.34

OFC Capital
July 5, 2007
Page 6

## INVOICE SUMMARY
*In connection with our file number 010537.0001*

| | | |
|---|---|---|
| PAST DUE BALANCE ON ACCOUNT | $ | 38,715.06 |
| | | |
| CURRENT FEES | $ | 85,838.50 |
| CURRENT EXPENSES | $ | 173.34 |
| | | |
| **CURRENT AMOUNT DUE:** | $ | **86,011.84** |
| TOTAL AMOUNT DUE | $ | 124,726.90 |

*(Past Due Balance plus the Current Charges)*


**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Current Invoice Total.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

July 5, 2007

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital</u>

Summary of charges for invoice #312522:

| | | |
|---|---|---|
| PAST DUE BALANCE ON ACCOUNT ............. | $ | 38,715.06 |
| CURRENT FEES............................................... | $ | 85,838.50 |
| CURRENT EXPENSES ..................................... | $ | 173.34 |
| **CURRENT AMOUNT DUE**............................. | $ | **86,011.84** |
| TOTAL AMOUNT DUE.................................... | $ | 124,726.90 |
| *(Past Due Balance plus the Current Charges)* | | |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Total Current Invoice.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Past Due Balance Summary

July 5, 2007

This Summary reflects the Past Due Balance, in connection with our file number 010537.0001:

**OFC Capital**

Outstanding Bill Balances are reflected through July 5, 2007:

| Invoice Date | Invoice # | Amount Due |
|---|---|---|
| 06/13/2007 | #310538 | $38,715.06 |
| **PAST DUE BALANCE:** | | $38,715.06 |

LAW OFFICES

# F O R D  &  H A R R I S O N LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

June 13, 2007

PRIVILEGED & CONFIDENTIAL

OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

        Attention:      Chip Leas
                        President

TAX I.D. 58-1314995

Invoice #: 310538

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 05/01/07 | AGW | 6.00 | Organize file for trial; prepare trial documents. |
| 05/01/07 | AGW | 0.50 | E-mail communications with J. Ekstrad, local counsel paralegal; regarding plaintiff's exhibits; review scanned copies of plaintiff's exhibits. |
| 05/01/07 | MFW | 4.70 | Prepare for meeting with OFC witnesses; Prepare draft Motion to Extend Time; Prepare Objection to Plaintiff's Exhibit List; Review exhibits and depositions for meeting. |
| 05/02/07 | MFW | 8.00 | Travel to Atlanta and meeting with C. Leas and C. McClain to discuss trial testimony; edit Objections to Plaintiff's Exhibit List. |
| 05/08/07 | MFW | 3.50 | Prepare response to AT Publishing's objections to trial exhibits; review Declaratory Judgment rule 57 and assign research to associate on motion to realign parties. |
| 05/08/07 | SWB | 4.10 | Conference with MFW regarding research project on motion to realign parties; research on motion to realign parties. |

OFC Capital
June 13, 2007
Page 2

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 05/09/07 | MFW | 4.70 | Review AT Publishing objections and counter-designations of deposition testimony. |
| 05/10/07 | MFW | 0.80 | Continue review of AT Publishing designation of deposition testimony. |
| 05/13/07 | MFW | 2.00 | Begin preparation of objection to AT Publishing exhibits. |
| 05/14/07 | MFW | 4.80 | Complete and edit OFC response to AT Publishing objections. |
| 05/14/07 | SWB | 2.80 | Preparation of memo on research on motion to realign parties; further preparation of memo on research on motion to realign parties. |
| 05/15/07 | MFW | 9.10 | Complete preparation of first draft of OFC's response to AT Publishing's objections to trial exhibits. |
| 05/15/07 | SWB | 3.50 | Further preparation of memo on research on motion to realign parties. |
| 05/16/07 | AGW | 0.50 | Review photographs of plaintiff's documents. |
| 05/16/07 | MFW | 3.70 | Edit first draft of Reply to AT Publishing Responses to objections to exhibits; review exhibits designated and located in Alaska (by photo). |
| 05/17/07 | AGW | 1.50 | Prepare pending motions folder and excel spread sheet for docketing same. |
| 05/17/07 | MFW | 1.30 | Read legal memorandum and cases regarding Motion to Realign Parties. |
| 05/21/07 | MFW | 3.10 | Prepare Motion to Realign parties; telephone conference with C. Leas regarding status of trial preparation. |
| 05/22/07 | MFW | 1.50 | Complete and file Motion to Realign parties. |
| 05/23/07 | AGW | 2.00 | Set up trial director for use during trial. |
| 05/23/07 | MFW | 5.30 | Begin preparation of jury instructions, research and review. |
| 05/24/07 | MFW | 7.10 | Continue preparation of jury instructions; review, research and prepare outline of brief. |
| 05/25/07 | AGW | 3.00 | Work on trial director and documents for trial. |
| 05/25/07 | MFW | 6.10 | Preparation of OFC Capital's Sur-Reply to AT Publishing response to OFC objections to exhibits; continued preparation of jury instructions; preparation of outline of OFC pre-trial brief; supplementary research. |

OFC Capital
June 13, 2007
Page 3

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 05/29/07 | MFW | 11.20 | Begin Brief; Review order from court on exhibits and collate with exhibit lists, email to C. Leas; additional research to address obvious new issues court will allow; review and edit voir dire questions prepared by co-counsel. |
| 05/29/07 | SWB | 1.00 | Conference with MFW regarding trial preparations and prepare for trial back-up, voir dire and research. |
| 05/30/07 | MFW | 6.00 | Edit brief; Continue work on voir dire; Continue work on brief; Emails with co-counsel regarding judge's ruling on exhibits. |
| 05/30/07 | SWB | 1.60 | Research on relevant Georgia UCC code sections; revisions to and further preparation of voir dire. |
| 05/31/07 | MFW | 15.00 | Continue preparation of brief; telephone conference with C. Leas regarding judge's ruling and discuss filing reconsideration; prepare motion to reconsider ruling on exhibits; continue preparation of brief. |
| 05/31/07 | SMS | 0.40 | Conference with MFW regarding agency theories promoted by plaintiff regarding A.B. Dick. |
| 05/31/07 | SWB | 3.50 | Further preparation of voir dire; research into opinions written by Judge Sedwick. |

Total Fees:                                                                    $                38,556.50

## TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Wilkins, Amanda G. | 13.50 | 130.00 | $1,755.00 |
| Walker, Marion F. | 97.90 | 330.00 | $32,307.00 |
| Stastny, Steven M. | 0.40 | 305.00 | $122.00 |
| Bullock, Susan W. | 16.50 | 265.00 | $4,372.50 |

## EXPENSES:

Description

Photocopies                                                                    $                140.50

Federal Express Airbill 861191995495 to CAROLYN MCCLAIN on 04/30/07     $                18.06
from MARION WALKER.

OFC Capital
June 13, 2007
Page 4

| | | |
|---|---|---|
| Total Expenses: | $ | 158.56 |

## INVOICE SUMMARY
*In connection with our file number 010537.0001*

| | | |
|---|---|---|
| CURRENT FEES | $ | 38,556.50 |
| CURRENT EXPENSES | $ | 158.56 |
| **CURRENT AMOUNT DUE:** | $ | **38,715.06** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

June 13, 2007

Remittance Statement for services in connection with our file number 010537.0001:

OFC Capital

Summary of charges for invoice #310538:

| | | |
|---|---|---|
| CURRENT FEES..................................................... | $ | 38,556.50 |
| CURRENT EXPENSES ......................................... | $ | 158.56 |
| **CURRENT AMOUNT DUE ...............................** | $ | **38,715.06** |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

May 10, 2007

**PRIVILEGED & CONFIDENTIAL**

OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

Attention:     Chip Leas
               President

TAX I.D. 58-1314995

Invoice #: 307206

For services rendered in connection with our file number 010537-0001:

**OFC CAPITAL - A.T. PUBLISHING V. OFC CAPITAL**

**FEES**

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 04/02/07 | MFW | 6.50 | Exchange e-mails with L. Kirby regarding supplementation of damages; read depositions of C. McClain, C. Aquillon, C. Leas, C. Roberts, G. Ashcroft. |
| 04/03/07 | AGW | 1.00 | Prepare information for formatting in sbf files for entering into Summation. |
| 04/03/07 | MFW | 6.30 | Complete depositions of G. Ashcraft and B. Green with notes. |
| 04/04/07 | AGW | 1.00 | Begin draft of defendant's exhibit list. |
| 04/04/07 | MFW | 4.50 | Begin reading Ray Seaward's deposition; review exhibits. |
| 04/05/07 | MFW | 6.80 | Complete reading of R. Seaward deposition; read Taylor deposition; review proposed agreed facts. |
| 04/06/07 | MFW | 1.80 | Complete edit of agreed facts. |
| 04/09/07 | AGW | 1.50 | Work on image retrieval in summation for trial purposes. |

OFC Capital
May 10, 2007
Page 2

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 04/09/07 | MFW | 3.50 | Review jury profile; telephone conference with R. Weddle to discuss jury profile and work to prepare for deadlines. |
| 04/10/07 | AGW | 1.00 | Load deposition transcripts into summation for trial and link up exhibit images. |
| 04/10/07 | MFW | 4.50 | Telephone conference and e-mails regarding damages update; prepare first draft of opening statement; review basic jury instructions for 9th Circuit. |
| 04/11/07 | AGW | 3.20 | Finalize draft exhibit list |
| 04/11/07 | MFW | 4.50 | Telephone conference with C. McClain regarding damages; prepare and send Supplementation of damages; review exhibit list draft; edit opening draft; begin preparation of witness list. |
| 04/12/07 | MFW | 3.20 | Review witness lists; create flow chart of leases transaction; review exhibits. |
| 04/13/07 | AGW | 4.00 | Continue preparation of exhibit list; review exhibits with MFW. |
| 04/13/07 | MFW | 4.10 | Prepare exhibits and exhibit list; telephone conference with C. McClain regarding original lease documents. |
| 04/14/07 | MFW | 0.70 | Receipt and review of A.T. Publishing Amendment to witness list to Add Michael Mills; preparation of Objection to Amendment to Witness List by OFC. |
| 04/14/07 | MFW | 5.10 | Complete exhibit compilation, copies; review complete file and pull research and witness interview notes and review. |
| 04/15/07 | MFW | 3.10 | Review video depositions of B. Green and R. Seaward (partial). |
| 04/16/07 | MFW | 4.20 | Prepare chart on lease transaction; telephone conference with M. Stehle regarding collaborative pretrial actions. |
| 04/17/07 | AGW | 5.00 | Continue preparation of exhibits and exhibit list. |
| 04/17/07 | MFW | 6.30 | Complete reviewing R. Seaward video deposition; review and designate portions of B. Green, B. Taylor, G. Ashcraft depositions to be used at trial; telephone conference with M. Stehle: handling exhibits, agreed facts and issues; telephone conference with M. Stehle and R. Weddle regarding continuing time for reviewing exhibits and preparing lists and establish meeting date and time. |

OFC Capital
May 10, 2007
Page 3

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 04/18/07 | MFW | 9.10 | Prepare Agreed Statement of Issues; review Complaints and Answers; edit Plaintiff's Proposed Agreed Facts; review witness list and establish order of witnesses; designate OFC witnesses testimony per depositions. |
| 04/19/07 | MFW | 15.30 | Review and edit A.T. Publishing proposed agreed facts; exchange emails regarding our documents with C. McClain; telephone conference with C. Leas regarding A.T. Publishing position and set meeting May 2; fax proposed agreed facts of A.T. Publishing to B. Taylor; telephone conference with B. Taylor; telephone conference with M. Stehle regarding agreed issues; discuss exhibit order with paralegal; edit agreed issues and send to M. Stehle; discuss joint statements with M. Stehle. |
| 04/20/07 | MFW | 0.60 | Discussion with M. Stehle regarding filing of Witness List and Statement of Issues; telephone conference with M. Cagle. |
| 04/23/07 | AGW | 4.00 | Revise exhibit list; review exhibits with MFW. |
| 04/23/07 | MFW | 2.10 | Re-order exhibits to track witness list; prepare exhibits for copying and affix stickers. |
| 04/24/07 | AGW | 4.00 | Revise and finalize exhibits; prepare for shipping to R. Weddle; revise exhibit list. |
| 04/24/07 | MFW | 1.50 | Prepare exhibits for shipping; telephone conference with R. Weddle. |
| 04/25/07 | AGW | 1.00 | Revise exhibit list. |
| 04/25/07 | MFW | 5.50 | Telephone conference with AGW and paralegal in Alaska regarding numbering exhibits; telephone conference with R. Weddle and M. Stehle regarding exhibits and exhibit lists for trial. |
| 04/26/07 | AGW | 0.50 | Revisions to exhibit lists; conferences with J. Ekstrand regarding exhibits and exhibit lists. |
| 04/26/07 | AGW | 1.00 | Conference call to Summation regarding linking of depo exhibits. |
| 04/26/07 | MFW | 2.30 | Complete exhibit lists. |
| 04/27/07 | MFW | 1.30 | Dealing with preparation of exhibit lists, filing and planning for exhibits exchange, review and return. |

OFC Capital
May 10, 2007
Page 4

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 04/30/07 | AGW | 2.00 | Telephone conferences with R. Weddle's assistant regarding original exhibits and plaintiff's exhibits; prepare working copies of depositions for C. McClain and C. Leas; review file for deposition of T. Graham; continue inputting data into Summation for use at trial; compare Plaintiff's filed exhibit list with previous working copy provided to MFW. |
| 04/30/07 | MFW | 3.40 | Pulling together final exhibit list; prepare and file joint motion for waiver of local rule; telephone conference with local counsel regarding return of exhibits; telephone conference with plaintiff's attorney regarding joint motion; review plaintiff's depositions, exhibits and mail. |

Total Fees:                                                    $          38,842.00

## TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Wilkins, Amanda G. | 29.20 | 130.00 | $3,796.00 |
| Walker, Marion F. | 106.20 | 330.00 | $35,046.00 |

## EXPENSES:

Description

| | | |
|---|---|---|
| Photocopies | $ | 167.60 |
| MFW travel to and from Anchorage, AK - 04/03/07. | $ | 1786.50 |
| Ivize, Copies - 04/24/07. | $ | 111.33 |
| Legalink Inc - Legalink-summation documents - 04/06/07. | $ | 613.76 |

Total Expenses:                                              $           2,679.19

OFC Capital
May 10, 2007
Page 5

## INVOICE SUMMARY
*In connection with our file number 010537.0001*

| | | |
|---|---|---:|
| CURRENT FEES | $ | 38,842.00 |
| CURRENT EXPENSES | $ | 2,679.19 |
| **CURRENT AMOUNT DUE:** | $ | **41,521.19** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

May 10, 2007

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital</u>

Summary of charges for invoice #307206:

CURRENT FEES ...................................................... $    38,842.00

CURRENT EXPENSES.......................................... $     2,679.19

**CURRENT AMOUNT DUE**................................. $    **41,521.19**

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

April 9, 2007

PRIVILEGED & CONFIDENTIAL

OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA 30075

Attention:     Robert "Chip" Leas
President

TAX I.D. 58-1314995

Invoice #: 303072

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 03/08/07 | AGW | 1.00 | Update attorney fee and expenses spread sheets. |
| 03/08/07 | MFW | 3.10 | Begin trial preparation with teleconference with R. Weddle regarding voir dire questions and selection method of jury; review and revise attorney fee lists; review and revise damages calculation; preparation of letter to M. Stehle with monies claimed subject to update; preparation draft supplementation of discovery answers; develop plan to meet court ordered deadlines. |
| 03/15/07 | AGW | 1.50 | Begin preparation of agreed statement of facts. |
| 03/22/07 | MFW | 0.60 | Begin preparation statement of facts, exhibits and witness lists. |
| 03/27/07 | AGW | 0.80 | Review agreed statement of facts. |
| 03/27/07 | MFW | 1.10 | Preparation outline for case preparation; teleconference with C. McClain regarding travel arrangements for case preparation; travel arrangements (No Charge). |
| 03/29/07 | AGW | 1.00 | Begin preparing file and documents for trial. |

OFC Capital
April 9, 2007
Page 2

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 03/29/07 | MFW | 2.40 | Contact M. Stehle to initiate cooperation in preparation of Joint Statement of Facts and issue articulation; begin review of depositions for trial preparation. |
| 03/30/07 | MFW | 6.90 | Read and edit draft of Agreed Facts; research; prepare file organization outline. |

Total Fees:                                                          $            5,212.00


## TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Wilkins, Amanda G. | 4.30 | 130.00 | $559.00 |
| Walker, Marion F. | 14.10 | 330.00 | $4,653.00 |


## EXPENSES:

Description

Photocopies                                                          $               40.70


Total Expenses:                                                      $               40.70

OFC Capital
April 9, 2007
Page 3

## INVOICE SUMMARY

*In connection with our file number 010537.0001*

| | | |
|---|---|---|
| CURRENT FEES | $ | 5,212.00 |
| CURRENT EXPENSES | $ | 40.70 |
| **CURRENT AMOUNT DUE:** | $ | **5,252.70** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

April 9, 2007

Remittance Statement for services in connection with our file number 010537.0001:

OFC Capital

Summary of charges for invoice #303072:

| | | |
|---|---|---|
| CURRENT FEES........................................... | $ | 5,212.00 |
| CURRENT EXPENSES.................................... | $ | 40.70 |
| **CURRENT AMOUNT DUE**............................. | $ | **5,252.70** |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

March 7, 2007

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA 30075

TAX I.D. 58-1314995

Invoice #: 298296

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 02/02/07 | MFW | 0.10 | Teleconference from C. Leas regarding meeting about trial. |
| 02/05/07 | MFW | 0.10 | Teleconference from C. Leas regarding meeting about trial. |
| 02/06/07 | MFW | 0.30 | E-mails regarding setting appointment. |
| 02/13/07 | MFW | 0.20 | Telephone conference with R. Weddle about trial organization. |
| 02/20/07 | MFW | 1.90 | Preparation for meeting with C. Leas to discuss case preparation; review and edit attorney fees and costs spreadsheets; meeting with C. Leas and C. McLean for update on trial preparation. |
| 02/21/07 | AGW | 1.20 | Prepare spreadsheet of invoices for legal services and fees. |

Total Fees:                                                    $        1,014.00

OFC Capital (Birmingham file)
March 7, 2007
Page 2

<u>TIMEKEEPER SUMMARY</u>

| <u>Name</u> | <u>Hours</u> | <u>Hourly Rate</u> | <u>Value</u> |
|---|---|---|---|
| Wilkins, Amanda G. | 1.20 | 130.00 | $156.00 |
| Walker, Marion F. | 2.60 | 330.00 | $858.00 |

**INVOICE SUMMARY**
*In connection with our file number 010537.0001*

CURRENT FEES                                    $            1,014.00

**CURRENT AMOUNT DUE:**                         $            **1,014.00**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

March 7, 2007

Remittance Statement for services in connection with our file number 010537.0001:

OFC Capital (Birmingham file)

Summary of charges for invoice #298296:

CURRENT FEES ................................................... $    1,014.00

**CURRENT AMOUNT DUE**................................ $    **1,014.00**

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

February 12, 2007

<u>PRIVILEGED & CONFIDENTIAL</u>

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA 30075

Attention:        Robert Leas
                  President

TAX I.D. 58-1314995

Invoice #: 295052

For services rendered in connection with our file number 010537-0001:

<u>OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL</u>

<u>FEES</u>

| <u>Date</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 01/02/07 | MFW | 0.10 | Exchange e-mails with R. Weddle regarding motion to continue trial until June 2007. |
| 01/11/07 | AGW | 3.00 | Prepare spreadsheets reflecting attorney fees and expenses for Ford & Harrison, Baker Donelson and Holmes Weddle. |
| 01/18/07 | MFW | 0.10 | Follow-up on new deadlines for trial. |
| 01/24/07 | AGW | 0.60 | Revise discovery and trial deadlines based on new trial date. |

Total Fees:                                      $              534.00

OFC Capital (Birmingham file)
February 12, 2007
Page 2

TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Wilkins, Amanda G. | 3.60 | 130.00 | $468.00 |
| Walker, Marion F. | 0.20 | 330.00 | $66.00 |

EXPENSES:

Description

| Photocopies | $ | 3.40 |
|-------------|---|------|
| Total Expenses: | $ | 3.40 |

## INVOICE SUMMARY
### *In connection with our file number 010537.0001*

| CURRENT FEES | $ | 534.00 |
|--------------|---|--------|
| CURRENT EXPENSES | $ | 3.40 |
| **CURRENT AMOUNT DUE:** | $ | **537.40** |

L A W   O F F I C E S

# F O R D   &   H A R R I S O N LLP

A  L i m i t e d  L i a b i l i t y  P a r t n e r s h i p  o f  P r o f e s s i o n a l  A s s o c i a t i o n s  a n d  I n d i v i d u a l s

## Remittance Statement

February 12, 2007

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

---

Summary of charges for invoice #295052:

| | | |
|---|---|---|
| CURRENT FEES ................................................... | $ | 534.00 |
| CURRENT EXPENSES .......................................... | $ | 3.40 |
| **CURRENT AMOUNT DUE**............................... | **$** | **537.40** |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

January 12, 2007

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

TAX I.D. 58-1314995

Invoice #: 292366

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 12/01/06 | MFW | 0.40 | Receipt of and review of order setting trial and pretrial schedule. |
| 12/05/06 | MFW | 0.20 | Telephone conference with L. Kirby regarding damages update; preparation of update letter to C. Leas. |
| 12/20/06 | SWB | 0.40 | Analysis of spreadsheets and invoices to update damages assessment. |
| 12/31/06 | SWB | 3.20 | Calculation of damages for attorney's fees and costs. |

Total Fees:                                            $          1,089.00

TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Walker, Marion F. | 0.60 | 315.00 | $189.00 |
| Bullock, Susan W. | 3.60 | 250.00 | $900.00 |

OFC Capital (Birmingham file)
January 12, 2007
Page 2


EXPENSES:

Description

Photocopies                                                          $              2.20

Federal Express Airbill 857679893401 to MS LORRAINE KIRBY on 11/20/06  $             12.44
from

                                                                     _____

Total Expenses:                                                      $             14.64


### INVOICE SUMMARY
*In connection with our file number 010537.0001*


PAST DUE BALANCE ON ACCOUNT                        $            199.40


CURRENT FEES                                       $          1,089.00
CURRENT EXPENSES                                   $             14.64
                                                     _____
**CURRENT AMOUNT DUE:**                            $          **1,103.64**


TOTAL AMOUNT DUE                                   $          1,303.04
*(Past Due Balance plus the Current Charges)*


**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Current Invoice Total.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

January 12, 2007

Remittance Statement for services in connection with our file number 010537.0001:

OFC Capital (Birmingham file)

Summary of charges for invoice #292366:

PAST DUE BALANCE ON ACCOUNT ..............  $      199.40

CURRENT FEES ....................................  $    1,089.00

CURRENT EXPENSES.........................................  $       14.64

**CURRENT AMOUNT DUE...............................**  $    **1,103.64**

TOTAL AMOUNT DUE .......................................  $    1,303.04
*(Past Due Balance plus the Current Charges)*

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Total Current Invoice.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Past Due Balance Summary Statement

January 12, 2007

Past Due Balance Summary Statement, in connection with our file number 010537.0001:

**OFC Capital (Birmingham file)**

Outstanding Bill Balances are reflected through January 12, 2007:

| Invoice Date | Invoice # | Amount Due |
|---|---|---|
| 12/06/2006 | #287808 | $199.40 |
| **PAST DUE AMOUNT TOTAL:** | | $199.40 |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

December 6, 2006

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA 30075

Attention:     Robert Leas
               President

TAX I.D. 58-1314995

Invoice #: 287808

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 11/01/06 | MFW | 0.20 | Provide instructions regarding updating damages. |
| 11/08/06 | AGW | 0.30 | Review file for attorney billing records. |
| 11/17/06 | MFW | 0.20 | Review attorney fee and cost bills and prepare for transmittal to L. Kirby. |
| 11/20/06 | MFW | 0.10 | Preparation of letter to L. Kirby with attorney fees and costs invoice to update spreadsheet on damages. |

Total Fees:                                                        $           193.50

OFC Capital (Birmingham file)
December 6, 2006
Page 2

TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Wilkins, Amanda G. | 0.30 | 120.00 | $36.00 |
| Walker, Marion F. | 0.50 | 315.00 | $157.50 |

EXPENSES:

Description

| Photocopies | $ | 5.90 |
|-------------|---|------|
| Total Expenses: | $ | 5.90 |

**INVOICE SUMMARY**
*In connection with our file number 010537.0001*

| CURRENT FEES | $ | 193.50 |
|--------------|---|--------|
| CURRENT EXPENSES | $ | 5.90 |
| **CURRENT AMOUNT DUE:** | $ | **199.40** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

December 6, 2006

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #287808:

| | | |
|---|---|---|
| CURRENT FEES................................................... | $ | 193.50 |
| CURRENT EXPENSES......................................... | $ | 5.90 |
| **CURRENT AMOUNT DUE...............................** | $ | **199.40** |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

November 8, 2006

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

Attention:     Robert Leas
               President

TAX I.D. 58-1314995

Invoice #: 284570

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 10/26/06 | MFW | 0.30 | Review and analyze status report; review attorney fee  file; telephone conference with L. Kirby. |

Total Fees:                                              $              94.50

TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Walker, Marion F. | 0.30 | 315.00 | $94.50 |

OFC Capital (Birmingham file)
November 8, 2006
Page 2

**INVOICE SUMMARY**

*In connection with our file number 010537.0001*

| | | |
|---|---|---|
| **CURRENT FEES** | $ | 94.50 |
| **CURRENT AMOUNT DUE:** | $ | 94.50 |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

November 8, 2006

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #284570:

CURRENT FEES.................................................... $      94.50

**CURRENT AMOUNT DUE**................................ $      **94.50**

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia 30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

October 10, 2006

**PRIVILEGED & CONFIDENTIAL**

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

TAX I.D. 58-1314995

Invoice #: 281334

For services rendered in connection with our file number 010537-0001:

**OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL**

**FEES**

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 09/06/06 | MFW | 1.40 | Preparation of status report for Court; telephone call and e-mail to Mike Stahle. |
| 09/08/06 | MFW | 2.20 | Receipt of and  review proposed status report from M. Stahle; preparation of response to status report; update G.Carter. |
| 09/11/06 | AGW | 0.30 | Revise and file amended status report. |
| 09/11/06 | MFW | 0.80 | Complete status report and file; telephone conference with R. Weddle regarding status report; e-mail to M. Stahle with report. |

Total Fees:                                                     $                1,422.00

**TIMEKEEPER SUMMARY**

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Wilkins, Amanda G. | 0.30 | 120.00 | $36.00 |
| Walker, Marion F. | 4.40 | 315.00 | $1,386.00 |

OFC Capital (Birmingham file)
October 10, 2006
Page 2

<u>EXPENSES:</u>

<u>Description</u>

Photocopies                                          $              1.80

                                                     _____

Total Expenses:                                      $              1.80


### INVOICE SUMMARY
*In connection with our file number 010537.0001*


PAST DUE BALANCE ON ACCOUNT                          $              0.40


CURRENT FEES                                         $          1,422.00
CURRENT EXPENSES                                     $              1.80

                                                     _____

**CURRENT AMOUNT DUE:**                              $         **1,423.80**


TOTAL AMOUNT DUE                                     $          1,424.20
*(Past Due Balance plus the Current Charges)*


**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Current Invoice Total.**

LAW OFFICES

# F O R D  &  H A R R I S O N LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

October 10, 2006

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #281334:

| | | |
|---|---|---|
| PAST DUE BALANCE ON ACCOUNT .............. | $ | 0.40 |
| CURRENT FEES................................... | $ | 1,422.00 |
| CURRENT EXPENSES.......................... | $ | 1.80 |
| **CURRENT AMOUNT DUE...............................** | $ | **1,423.80** |
| TOTAL AMOUNT DUE ...................................... | $ | 1,424.20 |

*(Past Due Balance plus the Current Charges)*

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Total Current Invoice.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Past Due Balance Summary Statement

October 10, 2006

Past Due Balance Summary Statement, in connection with our file number 010537.0001:

**OFC Capital (Birmingham file)**

Outstanding Bill Balances are reflected through October 10, 2006:

| Invoice Date | Invoice # | Amount Due |
|---|---|---|
| 09/01/2006 | #277489 | $0.40 |
| **PAST DUE AMOUNT TOTAL:** | | $0.40 |