LAW OFFICES

# F O R D  &  H A R R I S O N LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

September 1, 2006

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

Attention:    Robert Leas
President

TAX I.D. 58-1314995

Invoice #: 277489

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 08/01/06 | MFW | 0.80 | Telephone conference with M. Stehle new attorney for A.T. Publishing. |
| 08/02/06 | MFW | 0.40 | Telephone conference with G. Carter regarding settlement;  e-mail and call to L. Kirby regarding updating damages. |
| 08/04/06 | MFW | 0.30 | Telephone conference with G. Carter regarding settlement; telephone conference to M. Stehle regarding counter-offer. |
| 08/15/06 | MFW | 0.20 | Telephone conference and e-mail from A.T. Publishing attorney M. Stehle; e-mail to M. Stehle. |
| 08/17/06 | MFW | 0.10 | E-mail to M. Stehle to convey OFC counter offer to settle. |
| 08/31/06 | MFW | 0.10 | Telephone conference with M. Stehle regarding report to Court and response to counter-offer. |

Total Fees:                                                                    $            598.50

OFC Capital (Birmingham Inc)
September 1, 2006
Page 2

<u>TIMEKEEPER SUMMARY</u>

| <u>Name</u> | <u>Hours</u> | <u>Hourly Rate</u> | <u>Value</u> |
|---|---|---|---|
| Walker, Marion F. | 1.90 | 315.00 | $598.50 |

<u>EXPENSES:</u>

<u>Description</u>

| | | |
|---|---|---|
| Photocopies | $ | 0.40 |
| Total Expenses: | $ | 0.40 |

## INVOICE SUMMARY
### *In connection with our file number 010537.0001*

| | | |
|---|---|---|
| CURRENT FEES | $ | 598.50 |
| CURRENT EXPENSES | $ | 0.40 |
| **CURRENT AMOUNT DUE:** | $ | **598.90** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

September 1, 2006

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #277489:

| | | |
|---|---|---|
| CURRENT FEES.................................................. | $ | 598.50 |
| CURRENT EXPENSES........................................ | $ | 0.40 |
| **CURRENT AMOUNT DUE**............................... | $ | **598.90** |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

August 1, 2006

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

Attention:    Robert Leas
President

TAX I.D. 58-1314995

Invoice #: 273256

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 07/05/06 | MFW | 0.90 | Receipt and review of response to OFC motion regarding jury trial; telephone conference with G. Carter regarding mediation; e-mail to M. Mills regarding mediation and negotiations. |
| 07/11/06 | MFW | 0.10 | Exchange e-mails with Mike Grisham regarding mediation. |
| 07/14/06 | MFW | 0.30 | Exchange e-mails regarding mediation with Gordon Carter, Mike Mills, and Randy Weddle. |
| 07/17/06 | MFW | 0.20 | Exchange e-mails with Mike Grisham regarding proposal mediators. |
| 07/21/06 | MFW | 0.40 | Exchange separate e-mails with Gordon Carter, Mike Mills and Randy Weddle regarding mediation and order denying jury trial. |
| 07/22/06 | MFW | 0.30 | E-mail to Chip Leas regarding Alaska mediation; e-mail to Lorraine Kirby to request updated damages. |
| 07/24/06 | MFW | 0.60 | Telephone conference with Chip Leas; conference call with Chip Leas and Gordon Carter to discuss mediation; conference call with Gordon Carter and Allen Foster to discuss mediation. |

OFC Capital (Birmingham file)
August 1, 2006
Page 2

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 07/25/06 | MFW | 0.20 | Exchange e-mails with Gordon Carter and Chris Leas regarding Dorsey Whitney conflict. |

Total Fees:                                          $            945.00

## TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Walker, Marion F. | 3.00 | 315.00 | $945.00 |

## EXPENSES:

Description

Photocopies                                          $              3.00

Total Expenses:                                      $              3.00

OFC Capital (Birmingham file)
August 1, 2006
Page 3

## INVOICE SUMMARY
*In connection with our file number 010537.0001*

| | | |
|---|---|---|
| CURRENT FEES | $ | 945.00 |
| CURRENT EXPENSES | $ | 3.00 |
| **CURRENT AMOUNT DUE:** | $ | **948.00** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

### August 1, 2006

Remittance Statement for services in connection with our file number 010537.0001:

OFC Capital (Birmingham file)

Summary of charges for invoice #273256:

|  |  |  |
|---|---|---|
| CURRENT FEES | $ | 945.00 |
| CURRENT EXPENSES | $ | 3.00 |
| **CURRENT AMOUNT DUE** | $ | **948.00** |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia 30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

July 3, 2006

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA 30075

TAX I.D. 58-1314995

Invoice #: 271180

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 06/01/06 | MFW | 0.80 | Receipt and review of e-mails from plaintiff attorney regarding status report to court; preparation of status report and e-mail to Michael Mills. |
| 06/02/06 | MFW | 0.60 | Review Mills' edits to Status Report; Retrieve original summons to OFC with complaint; Telephone conference to Alaska paralegal regarding jury trial issue. |
| 06/03/06 | MFW | 0.20 | Received and reviewed email with summons document from Randy Weddle and sent email regarding motion regarding jury trial. |
| 06/10/06 | MFW | 0.90 | Preparation of motion to clarify non-jury status with attachments. |
| 06/15/06 | MFW | 0.50 | [NO CHARGE]  Resend e-mail to G. Carter. |

Total Fees:                                                                    $              787.50

OFC Capital (Birmingham file)
July 3, 2006
Page 2

TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Walker, Marion F. | 2.50 | 315.00 | $787.50 |

EXPENSES:

Description

| | | |
|------|------|------|
| Photocopies | $ | 7.40 |
| | | |
| Total Expenses: | $ | 7.40 |

**INVOICE SUMMARY**
*In connection with our file number 010537.0001*

| | | |
|------|------|------|
| CURRENT FEES | $ | 787.50 |
| CURRENT EXPENSES | $ | 7.40 |
| **CURRENT AMOUNT DUE:** | $ | **794.90** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

July 3, 2006

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #271180:

| | | |
|---|---|---|
| CURRENT FEES................................................. | $ | 787.50 |
| CURRENT EXPENSES.......................................... | $ | 7.40 |
| **CURRENT AMOUNT DUE**............................... | $ | **794.90** |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia 30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

June 1, 2006

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

Attention:      Robert Leas
                President

TAX I.D. 58-1314995

Invoice #: 266301

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 05/09/06 | MFW | 0.10 | Receive and respond to e-mails from R. Weddle regarding mediation. |
| 05/11/06 | MFW | 0.10 | Exchange e-mails with R. Weddle regarding mediation. |
| 05/12/06 | MFW | 0.10 | Exchange e-mails with R. Weddle regarding mediation. |
| 05/16/06 | MFW | 0.20 | Email from R. Weddle; e-mail to C. Lees regarding mediation. |
| 05/23/06 | MFW | 0.80 | Telephone conference with Mike Mills to discuss mediation and certification order to judge. |
| 05/24/06 | MFW | 0.10 | E-mail to Chip Leas regarding mediation. |
| 05/30/06 | MFW | 2.80 | Receipt and review of documents from Michael Mills regarding jury demand and mediation; e-mail to Gordon Carter; research Georgia law on attorney's fees. |

OFC Capital (Birmingham Tile)
June 1, 2006
Page 2

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 05/30/06 | MFW | 0.30 | Receipt and review of documents faxed by Michael Mills regarding jury trial issue. |
| 05/31/06 | MFW | 0.80 | Preparation of update and status regarding mediation to Gordon Carter; check flight costs. |

Total Fees:                                                    $                1,669.50

## TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Walker, Marion F. | 5.30 | 315.00 | $1,669.50 |

### INVOICE SUMMARY

TOTAL FEES                                          $                1,669.50

**TOTAL AMOUNT DUE**                           $                **1,669.50**

LAW OFFICES

# F O R D  &  H A R R I S O N LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

June 1, 2006

Remittance Statement for services in May, in connection with our file number 010537.0001:

**OFC Capital (Birmingham file)**

Summary of charges for invoice #266301:

| | |
|---|---|
| FEES ............................................................................... | $    1,669.50 |
| **TOTAL AMOUNT DUE** .............................................. | $    **1,669.50** |

Please remit this copy with your payment to:

Ford & Harrison LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

May 1, 2006

**PRIVILEGED & CONFIDENTIAL**

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

        Attention:     Robert Leas
                        President

TAX I.D. 58-1314995

Invoice #: 266234

For services rendered in connection with our file number 010537-0001:

**OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL**

**FEES**

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 04/07/06 | MFW | 0.10 | Receipt and review letter regarding discovery from Mike Grisham. |
| 04/10/06 | MFW | 0.30 | Discussion of jury request issue and assign research. |
| 04/10/06 | SAS | 0.30 | Conference with MFW about plaintiff's attempt to have case designated as a jury trial matter. |
| 04/11/06 | SAS | 1.50 | Conduct legal analysis of plaintiff's alleged demand for jury in light of federal and Alaska law governing jury demands in civil cases. |
| 04/13/06 | MFW | 0.40 | Conference with SAS regarding jury demand issue; telephone conference with R. Weddle. |
| 04/13/06 | SAS | 0.50 | Review pleadings to assess whether plaintiff has made a proper demand for a jury; conference with MFW about plaintiff's alleged jury demand. |
| 04/18/06 | MFW | 0.10 | Prepare letter regarding review of depositions by OFC representatives. |

Total Fees:                                       $          881.50

OFC Capital (Birmingham file)
May 1, 2006
Page 2

## TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Marion F. Walker | 0.90 | 315.00 | $283.50 |
| Scharfenberg, S. Andrew | 2.30 | 260.00 | $598.00 |

## EXPENSES:

### Description

| | | |
|---|---|---|
| Photocopies | $ | 29.10 |
| Atkinson-Baker, Inc - Deposition Transcript of R.Leas taken 3/7/06 - Invoice No.A001E98B. | $ | 175.25 |
| Atkinson-Baker, Inc - Deposition Transcript of C.Aquillon, C.Roberts, A.Mickley and C.McClain taken on 3/6/06 - Invoice No.A001E93B. | $ | 355.55 |
| Atkinson-Baker, Inc - Transcript of deposition of Tad Graham - Account No.1214480 dated 4/3/06. | $ | 127.50 |
| Total Expenses: | $ | 687.40 |

## INVOICE SUMMARY
### *In connection with our file number 010537.0001*

| | | |
|---|---|---|
| CURRENT FEES | $ | 881.50 |
| CURRENT EXPENSES | $ | 687.40 |
| **CURRENT AMOUNT DUE:** | $ | **1,568.90** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

May 1, 2006

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #266234:

| | | |
|---|---|---:|
| CURRENT FEES | $ | 881.50 |
| CURRENT EXPENSES | $ | 687.40 |
| **CURRENT AMOUNT DUE** | $ | **1,568.90** |

Please remit this copy with your payment to:

> FORD & HARRISON LLP
> Post Office Box 101423
> Atlanta, Georgia  30392-1423

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

April 3, 2006

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

Attention:      Robert Leas
President

TAX I.D. 58-1314995

Invoice #: 261909

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 03/01/06 | MFW | 0.80 | Set up OFC depositions with Mike Grisham; telephone conference with C. McClain and Chip Leas; telephone conference with M. Grisham. |
| 03/02/06 | MFW | 0.30 | Telephone conference with Claudine Aquillon regarding depositions. |
| 03/05/06 | MFW | 5.50 | Travel to Atlanta for OFC depositions; prepare for depositions. |
| 03/06/06 | MFW | 8.00 | Preparation for and deposition of Claudine Aquillon, Craig Roberts, Al Mickley and Carolyn McClain. |
| 03/07/06 | MFW | 4.10 | Conference with Chip Leas; deposition of Chip Leas; travel to Birmingham; telephone call to Mike Grisham regarding delay in deposition time. |
| 03/10/06 | MFW | 0.70 | Telephone deposition of Tad Graham. |
| 03/17/06 | AGW | 0.80 | Organize file and update filing. |
| 03/20/06 | AGW | 1.50 | Organization of file and update filing. |

OFC Capital (Birmingham file)
April 3, 2006
Page 2

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 03/20/06 | MFW | 0.20 | Telephone conference with Randy Weddle regarding plaintiff's request for mediation and discussion of case. |
| 03/23/06 | MFW | 0.20 | Receipt and review of plaintiff's response to OFC's second request for discovery. |
| 03/24/06 | MFW | 0.50 | Review interrogatory answers and prepare letter to Mike Grisham insisting on full answer to interrogatories. |

Total Fees:                                               $            6,670.50

## TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Amanda G. Wilkins | 2.30 | 120.00 | $276.00 |
| Marion F. Walker | 20.30 | 315.00 | $6,394.50 |

## EXPENSES:

### Description

| | | |
|---|---|---|
| Photocopies | $ | 29.70 |
| MFW hotel and travel to and from Alpharetta, GA on 3/5/06-3/7/06. | $ | 469.26 |
| Freedom Reporting - Deposition Transcript of Burt Green on 2/21/06 - Invoice No.OS007331 | $ | 869.85 |
| Freedom Reporting - Deposition Transcript of Glen Ashcraft & Ben Taylor on 2/20/06 - Invoice No.OS007306 | $ | 1225.05 |
| Freedom Reporting - Deposition Transcript of Burt Green on 2/21/06 - Invoice No.OSV08491 | $ | 558.50 |
| Clark Reporting - Deposition Transcript of Ray Seaward - Invoice No.2002096 dated 3/8/06. | $ | 1275.00 |
| Federal Express Airbill 854229439464 to MICHAEL GRISHAM on 03/03/06 from FORD & HARRISON. | $ | 27.38 |
| Freedom Reporting - Video of depositions of Ben Taylor & Glen Ashcraft on 2/20/06 - Invoice No.OSV08738. | $ | 930.00 |

Total Expenses:                                           $            5,384.74

OFC Capital (Birmingham file)
April 3, 2006
Page 3

## INVOICE SUMMARY
*In connection with our file number 010537.0001*

| | | |
|---|---|---:|
| PAST DUE BALANCE ON ACCOUNT | $ | 35,204.09 |
| | | |
| CURRENT FEES | $ | 6,670.50 |
| CURRENT EXPENSES | $ | 5,384.74 |
| **CURRENT AMOUNT DUE:** | $ | **12,055.24** |
| | | |
| TOTAL AMOUNT DUE | $ | 47,259.33 |
| *(Past Due Balance plus the Current Charges)* | | |

**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Current Invoice Total.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

April 3, 2006

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #261909:

| | | |
|---|---|---|
| PAST DUE BALANCE ON ACCOUNT .............. | $ | 35,204.09 |
| CURRENT FEES .................................. | $ | 6,670.50 |
| CURRENT EXPENSES ......................... | $ | 5,384.74 |
| **CURRENT AMOUNT DUE** ............................... | **$** | **12,055.24** |
| TOTAL AMOUNT DUE....................................... | $ | 47,259.33 |
| *(Past Due Balance plus the Current Charges)* | | |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Total Current Invoice.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Past Due Balance Summary Statement

April 3, 2006

Past Due Balance Summary Statement,  in connection with our file number 010537.0001:

**OFC Capital (Birmingham file)**

Outstanding Bill Balances are reflected through April 12, 2006:

| Invoice Date | Invoice # | Amount Due |
|---|---|---|
| 02/01/2006 | #254418 | $11,940.36 |
| 03/01/2006 | #259540 | $23,263.73 |
| **PAST DUE AMOUNT TOTAL:** | | **$35,204.09** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

March 1, 2006

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

Attention:     Robert Leas
               President

TAX I.D. 58-1314995

Invoice #: 259540

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 02/01/06 | AGW | 0.10 | Email correspondence with M. Droege of plaintiff's counsel's office regarding depositions. |
| 02/02/06 | AGW | 1.00 | Prepare notice of taking video depositions of B. Green, R. Seaward, G. Ashcraft and B. Taylor. |
| 02/03/06 | MFW | 0.10 | Telephone conference with C. Aquillon regarding proceeding with witness depositions. |
| 02/04/06 | MFW | 0.10 | Review deposition notices. |
| 02/07/06 | AGW | 1.30 | Finalize deposition notices of Seaward, Taylor, Green and Ashcraft; cover letter to each deponent with instructions regarding deposition. |
| 02/07/06 | MFW | 0.80 | Dealing with plaintiff's firm on deposition location issues. |

OFC Capital (Birmingham file)
March 1, 2006
Page 2

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 02/08/06 | MFW | 3.70 | Review and pull documents for AB Dick employees' depositions; telephone conference with R. Weddle regarding proving attorney fees and discuss recent bill; prepare update to Chip Leas (N/C); prepare letters to Glenn Ashcraft and Ben Taylor with documents; telephone conference with Ray Seaward regarding fax number and substance of testimony. |
| 02/09/06 | MFW | 4.70 | Review deposition exhibits; telephone conference with C., Aquillon and C. McClain regarding answers to interrogatories; prepare response to third request for discovery; telephone conference with R. Seaward regarding Clint Sayer affidavit. |
| 02/10/06 | AGW | 0.80 | Prepare exhibits to depositions of Seaward, Taylor, Green and Ashcraft. |
| 02/10/06 | MFW | 0.20 | Review and send fax draft of OFC response to discovery to C. Aquillon. |
| 02/13/06 | AGW | 0.10 | Telephone conference to G. Ashcraft regarding deposition. |
| 02/14/06 | AGW | 0.30 | Telephone conferences with G. Ashcraft and B. Taylor regarding depositions. |
| 02/14/06 | AGW | 0.50 | Telephone conferences with court reporters and local office contacts regarding out of state depositions. |
| 02/14/06 | MFW | 0.20 | Telephone conference with Ben Taylor, witness, regarding deposition. |
| 02/15/06 | MFW | 5.90 | Prepare second request for discovery and send instructions to file; prepare deposition outline for Ray Seaward; telephone conference with Ray Seaward regarding deposition and call from Presstek; call to Burt Green to confirm deposition on February 21. |
| 02/16/06 | MFW | 6.00 | Travel to Oakland, California; review notes for depositions. |
| 02/17/06 | MFW | 9.50 | Prepare for and take deposition of Ray Seaward in Emeryville, California. |
| 02/18/06 | MFW | 3.50 | Travel to Portland, Oregon for depositions. |
| 02/19/06 | MFW | 2.00 | Prepare for depositions of Ben Taylor and Glenn Ashcraft. |
| 02/20/06 | MFW | 16.00 | Prepare for depositions with Glenn Ashcraft and Ben Taylor; travel to Los Angeles for Burt Green deposition. |
| 02/21/06 | AGW | 0.20 | E-mail and telephone conferences with M. Angel and court reporters regarding depositions. |

OFC Capital (Birmingham file)
March 1, 2006
Page 3

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 02/21/06 | MFW | 4.00 | Prepare and take deposition of Burt Green. |
| 02/23/06 | MFW | 0.80 | Exchange e-mails with Chip Leas and Gordon Carter with case update and suggested deposition date; telephone conference with Chip Leas regarding deposition dates and trial strategy. |
| 02/24/06 | MFW | 0.40 | Telephone conference with C. Aquillon regarding OFC response to discovery and e-mail to legal assistant regarding same. |
| 02/27/06 | MFW | 3.40 | Receipt and review correspondence from plaintiff's attorney regarding depositions and discovery; prepare letter to plaintiff's attorney regarding dates for OFC depositions and discuss discovery issues; letter to Alaska co-counsel regarding billings that are incorrect and reference to proving attorney fees and costs at trial; send copies of plaintiff's deposition to Gordon Carter; receipt and review amended witness list and call to Tad Graham (witness named by plaintiff). |
| 02/28/06 | MFW | 1.50 | Receipt and review of letter from Mike Grisham; telephone conference with Mike Grisham regarding discovery issues; telephone conference with Randy Weddle regarding update. |

Total Fees:                                                                 $            20,298.00

TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Amanda G. Wilkins | 4.30 | 120.00 | $516.00 |
| Marion F. Walker | 62.80 | 315.00 | $19,782.00 |

EXPENSES:

Description

| | | |
|---|---|---|
| Photocopies | $ | 80.30 |
| MFW travel to and from Portland, OR - Oakland, CA - Los Angeles, CA on 2/16/06 to 2/23/06. | $ | 2140.18 |
| Benchmark Video - Video Deposition Transcript of R.Seaward on 2/17/06 - Invoice No.1012 | $ | 683.75 |
| Federal Express Airbill 854229439887 to GLENN A on 02/09/06 from FORD & HARRISON. | $ | 32.29 |

OFC Capital (Birmingham file)
March 1, 2006
Page 4

| | | |
|---|---|---|
| Federal Express Airbill 854229439898 to BENJAMIN TAYLOR on 02/09/06 from FORD & HARRISON. | $ | 29.21 |

| | | |
|---|---|---|
| Total Expenses: | $ | 2,965.73 |

## INVOICE SUMMARY
### *In connection with our file number 010537.0001*

| | | |
|---|---|---|
| PAST DUE BALANCE ON ACCOUNT | $ | 11,940.36 |
| CURRENT FEES | $ | 20,298.00 |
| CURRENT EXPENSES | $ | 2,965.73 |
| **CURRENT AMOUNT DUE:** | $ | **23,263.73** |
| TOTAL AMOUNT DUE<br>*(Past Due Balance plus the Current Charges)* | $ | 35,204.09 |

**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Current Invoice Total.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

March 1, 2006

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #259540:

| | | |
|---|---|---|
| PAST DUE BALANCE ON ACCOUNT .............. $ | 11,940.36 | |
| CURRENT FEES .................................................. $ | 20,298.00 | |
| CURRENT EXPENSES......................................... $ | 2,965.73 | |
| **CURRENT AMOUNT DUE................................ $** | **23,263.73** | |
| TOTAL AMOUNT DUE ...................................... $ | 35,204.09 | |
| *(Past Due Balance plus the Current Charges)* | | |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Total Current Invoice.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Past Due Balance Summary Statement

March 1, 2006

Past Due Balance Summary Statement,  in connection with our file number 010537.0001:

**OFC Capital (Birmingham file)**

Outstanding Bill Balances are reflected through March 14, 2006:

| Invoice Date | Invoice # | Amount Due |
|---|---|---|
| 02/01/2006 | #254418 | $11,940.36 |
| **PAST DUE AMOUNT TOTAL:** | | $11,940.36 |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

February 1, 2006

PRIVILEGED & CONFIDENTIAL

OFC Capital (Birmingham file)

      Attention:     Robert Leas
                         President

TAX I.D. 58-1314995

Invoice #: 254418

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 01/03/06 | MFW | 1.10 | Review of second discovery requests and comparison to original and court order; e-mail to C. Aquillon regarding discovery ordered by court; telephone conference with R. Weddle. |
| 01/04/06 | MFW | 2.00 | Telephone conference and discussion with R. Weddle regarding second request for discovery; telephone conference to C. Aquillon; telephone conference with R. Weddle regarding contact information for Burt Green; telephone conference with Burt Green. |
| 01/05/06 | MFW | 0.10 | Telephone conference with C. Aquillon to set conference; set up electronic filing password with Alaska District Court. |
| 01/06/06 | MFW | 3.20 | Prepare response to discovery ordered by court; prepare response to second set of interrogatories; telephone conference with C. Acquillon. |
| 01/10/06 | AGW | 0.60 | Prepare Protective Order. |
| 01/10/06 | MFW | 0.40 | Exchange e-mails with R. Weddle regarding time for discovery and execution of protective order; e-mail to assistant regarding edit of protective order; review form protective order. |
| 01/12/06 | MFW | 0.50 | Review and edit protective order and send with e-mail to R. Weddle. |

OFC Capital (Birmingham file)
February 1, 2006
Page 2

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 01/13/06 | MFW | 1.90 | Exchange e-mails with Alaska counsel and paralegal regarding discovery and witness list; telephone conference with Burt Green, witness, regarding deposition; prepare update letter to C. Leas; edit and send discovery responses to OFC for signature. |
| 01/16/06 | MFW | 0.10 | Receipt and review executed response to discovery and instructions to secretary. |
| 01/17/06 | MFW | 2.50 | Begin preparation of legal and factual background from court's order to prepare witness list and plan discovery completion; instructions to paralegal regarding organizing file; e-mail to R. Weddle. |
| 01/17/06 | MFW | 4.50 | Telephone conference with R. Weddle regarding trial plan; prepare witness list; complete preparation of response to discovery; review documents of witnesses and witness testimony. |
| 01/18/06 | MFW | 5.30 | Complete production and send; telephone conference with Mike Graham regarding deposition dates; e-mail to Jim Scafide; e-mail with copy of final witness list to Chip Leas and Claudine Acquillon; plan trip to west coast for depositions; e-mail from Jim Scafide; e-mail to Chip Leas and Claudine Acquillon regarding goals of depositions and division to incur costs. |
| 01/19/06 | AGW | 2.00 | Organize file in preparation for trial. |
| 01/19/06 | MFW | 3.10 | Dealing with documents at Baker Donelson; instructions to paralegal; telephone conference with Mike Grisham, plaintiff's attorney; telephone conference with Ben Taylor; e-mail to R. Seaward regarding deposition; e-mail to Mike Grisham confirming scheduling for February 20th week. |
| 01/20/06 | MFW | 3.40 | Review documents produced and make additions to final witness list; review final witness list with Randy Weddle; telephone conference with C. Acquillon regarding depositions of trial witnesses; telephone conference with Ben Taylor to set up deposition date; telephone conference with Glen Ashcraft; telephone conference to Ray Seaward. |
| 01/22/06 | MFW | 0.10 | Receipt, review and draft to C. Acquillon letter from R. Weddle regarding bills owed to court reporters; received and reviewed plaintiff's witness list. |
| 01/23/06 | AGW | 0.70 | Preparation of supplemental document production; correspondence to plaintiff's counsel enclosing same. |

OFC Capital (Birmingham file)
February 1, 2006
Page 3

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 01/23/06 | MFW | 4.30 | Prepare letter to Claudine Acquillon regarding depositions/witnesses on west coast; planning for depositions; e-mail to Ray Seaward; instructions to paralegal regarding response to request for production; telephone conference with Ray Seaward that also informs testimony of Burt Green. |
| 01/24/06 | AGW | 0.40 | Prepare and file notice of filing discovery responses; correspondence to plaintiff's counsel enclosing service copy. |
| 01/24/06 | MFW | 2.50 | Continue preparation for depositions; telephone conference with Burt Green; e-mail to Jim Scafide; develop transportation and accommodation plans. |
| 01/26/06 | AGW | 0.30 | Meet with MFW and P. Bolton regarding depositions and arrangements for depositions in California and Oregon. |
| 01/26/06 | MFW | 0.50 | Planning meeting with legal assistant and paralegal regarding setting depositions for witnesses. |
| 01/27/06 | AGW | 0.80 | Telephone conferences to E. Rudloff, B. Rubin, M. Droege and court reporter regarding scheduling of depositions and video conferencing capabilities. |
| 01/27/06 | MFW | 0.20 | Receipt and review of third request for discovery from AT Publishing and set deadline. |
| 01/30/06 | AGW | 0.50 | Continue to coordinate depositions of Seaward, Taylor, Green and Ashcraft. |

Total Fees:                                                              $            11,881.50


TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Amanda G. Wilkins | 5.30 | 120.00 | $636.00 |
| Marion F. Walker | 35.70 | 315.00 | $11,245.50 |

OFC Capital (Birmingham file)
February 1, 2006
Page 4

<u>EXPENSES:</u>

<u>Description</u>

| | | |
|---|---|---|
| Photocopies | $ | 27.10 |
| Federal Express Airbill 854000000000 to MICHAEL MILLS on 01/16/06 from FORD & HARRISON. | $ | 15.88 |
| Federal Express Airbill 854000000000 to RANDY WEDDLE on 01/16/06 from FORD & HARRISON. | $ | 15.88 |
| Total Expenses: | $ | 58.86 |

## INVOICE SUMMARY
### *In connection with our file number 010537.0001*

| | | |
|---|---|---|
| PAST DUE BALANCE ON ACCOUNT | $ | 780.50 |
| CURRENT FEES | $ | 11,881.50 |
| CURRENT EXPENSES | $ | 58.86 |
| **CURRENT AMOUNT DUE:** | $ | **11,940.36** |
| TOTAL AMOUNT DUE<br>*(Past Due Balance plus the Current Charges)* | $ | 12,720.86 |

**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Current Invoice Total.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

February 1, 2006

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #254418:

| | | |
|---|---|---|
| PAST DUE BALANCE ON ACCOUNT .............. | $ | 780.50 |
| CURRENT FEES .................................................. | $ | 11,881.50 |
| CURRENT EXPENSES ......................................... | $ | 58.86 |
| **CURRENT AMOUNT DUE** ................................ | $ | **11,940.36** |
| TOTAL AMOUNT DUE........................................ | $ | 12,720.86 |
| *(Past Due Balance plus the Current Charges)* | | |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

**Payments received after date of statement may not be reflected.**
**If Past Due Balance has been paid, please disregard and only pay the Total Current Invoice.**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Past Due Balance Summary Statement

February 1, 2006

Past Due Balance Summary Statement,  in connection with our file number 010537.0001:

**OFC Capital (Birmingham file)**

Outstanding Bill Balances are reflected through February 7, 2006:

| Invoice Date | Invoice # | Amount Due |
|---|---|---|
| 01/03/2006 | #252173 | $780.50 |
| **PAST DUE AMOUNT TOTAL:** | | **$780.50** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

January 3, 2006

PRIVILEGED & CONFIDENTIAL

OFC Capital (Birmingham file)

      Attention:     Robert Leas
                        President

TAX I.D. 58-1314995

Invoice #: 252173

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 12/02/05 | MFW | 1.50 | Telephone conference with Lee Whitten to review bills; telephone conference with Randy Weddle regarding discovery and depositions needed and trial strategy. |
| 12/06/05 | MFW | 0.20 | Update status letter. |
| 12/20/05 | MFW | 0.90 | Preparation of fax letter to C. Aquillon regarding production and preparation of list of discovery items. |

Total Fees:                                                   $        780.00

TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Marion F. Walker | 2.60 | 300.00 | $780.00 |

OFC Capital (Birmingham file)
January 3, 2006
Page 2


<u>EXPENSES:</u>

<u>Description</u>

Photocopies                                              $                    0.50

                                                         _____

Total Expenses:                                          $                    0.50


### INVOICE SUMMARY
*In connection with our file number 010537.0001*


CURRENT FEES                                             $                  780.00
CURRENT EXPENSES                                         $                    0.50
                                                         _____

**CURRENT AMOUNT DUE:**                                  $                  **780.50**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

January 3, 2006

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #252173:

| | | |
|---|---|---|
| CURRENT FEES .................................................. $ | 780.00 |
| CURRENT EXPENSES ......................................... $ | 0.50 |
| **CURRENT AMOUNT DUE** ................................ **$** | **780.50** |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

ALFA FINANCIAL CORPORATION
DBA OFC CAPITAL    Ford & Harrison LLP

22729

248104    12/01/2005    A T Publishing    002509    12/22/2005

3,653.80    0.00    3,653.80

3,653.80    0.00    **3,653.80**

DELUXE BUSINESS FORMS  1+800-328-0304

79012V

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 11/01/05 | MFW | 3.20 | Prepare response to motion to compel. |
| 11/02/05 | MFW | 1.90 | Telephone conference with Randy Weddle regarding preparation of response to motion to compel; review, edit and send for filing. |
| 11/07/05 | MFW | 0.30 | Prepare bill and cover letter to Chip Leas. |
| 11/09/05 | MFW | 0.50 | Prepare letter updating case status. |
| 11/14/05 | MFW | 3.50 | Read Marie McConkey's deposition; review notes on witness statements; telephone conference with Lee Whitten-Alaska; letter to Claudine Aquillon with copies of depositions. |
| 11/15/05 | MFW | 0.10 | Correspondence to Presstek general counsel regarding interviewing witnesses; telephone conference with Lee Whitten in Alaska. |
| 11/16/05 | MFW | 0.90 | Receipt and review of reply in support of motion to compel; update e-mail to Randy Weddle; telephone conference with Lee Whitten. |
| 11/17/05 | MFW | 0.50 | Telephone conference with L. Whitten regarding work on 4995 press at AT Publishing. |
| 11/18/05 | MFW | 0.30 | Receipt and review documents from Lee Whitten. |

2509

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

December 1, 2005

PRIVILEGED & CONFIDENTIAL

OFC Capital (Birmingham file)

Attention:    Robert Leas
              President

Approved for Payment:
GL#: 5400
GL#:
GL#:
Date Paid:
Check #:

TAX I.D. 58-1314995

Invoice #: 248104

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 11/01/05 | MFW | 3.20 | Prepare response to motion to compel. |
| 11/02/05 | MFW | 1.90 | Telephone conference with Randy Weddle regarding preparation of response to motion to compel; review, edit and send for filing. |
| 11/07/05 | MFW | 0.30 | Prepare bill and cover letter to Chip Leas. |
| 11/09/05 | MFW | 0.50 | Prepare letter updating case status. |
| 11/14/05 | MFW | 3.50 | Read Marie McConkey's deposition; review notes on witness statements; telephone conference with Lee Whitten-Alaska; letter to Claudine Aquillon with copies of depositions. |
| 11/15/05 | MFW | 0.10 | Correspondence to Presstek general counsel regarding interviewing witnesses; telephone conference with Lee Whitten in Alaska. |
| 11/16/05 | MFW | 0.90 | Receipt and review of reply in support of motion to compel; update e-mail to Randy Weddle; telephone conference with Lee Whitten. |
| 11/17/05 | MFW | 0.50 | Telephone conference with L. Whitten regarding work on 4995 press at AT Publishing. |
| 11/18/05 | MFW | 0.30 | Receipt and review documents from Lee Whitten. |

...apital (Birmingham file)
...ecember 1, 2005
Page 2

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 11/28/05 | MFW | 0.10 | Receipt and review of bill for Randy Weddle. |
| 11/30/05 | MFW | 0.80 | Identify information to be produced in interrogatories; telephone conference with Lee Whitten, A. B. Dick technician. |

Total Fees:                                                    $            3,630.00

TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Marion F. Walker | 12.10 | 300.00 | $3,630.00 |

EXPENSES:

Description

Photocopies                                                   $                23.80

Total Expenses:                                               $                23.80

_...pital_ (Birmingham file)
December 1, 2005
Page 3

## **INVOICE SUMMARY**
### *In connection with our file number 010537.0001*

| | | |
|---|---|---:|
| CURRENT FEES | $ | 3,630.00 |
| CURRENT EXPENSES | $ | 23.80 |
| **CURRENT AMOUNT DUE:** | $ | **3,653.80** |

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

December 1, 2005

Remittance Statement for services in connection with our file number 010537.0001:

<u>OFC Capital (Birmingham file)</u>

Summary of charges for invoice #248104:

| | | |
|---|---|---|
| CURRENT FEES | $ | 3,630.00 |
| CURRENT EXPENSES | $ | 23.80 |
| **CURRENT AMOUNT DUE** | $ | **3,653.80** |

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423

ALFA FINANCIAL CORPORATION
DBA OFC CAPITAL
Ford & Harrison LLP

11/10/2005    FILE# 010537.000

002509

11/17/2005

22548

2,700.00

2,700.00

0.00

0.00

2,700.00

2,700.00

GL#:
Date Paid:
Check #:

DELUXE BUSINESS FORMS 1-800-328-0304

Suite 200
Roswell, GA 30075

79012V

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

November 1, 2005

PRIVILEGED & CONFIDENTIAL

Mr. Chip Leas
OFC Capital
576 Colonial Park Drive
Suite 200
Roswell, GA 30075

Attention:     Robert Leas
President

TAX I.D. 58-1314995

Invoice #: 245436

For services rendered in connection with our file number 010537-0001:

OFC CAPITAL (BIRMINGHAM FILE) - A.T. PUBLISHING V. OFC CAPITAL

FEES

| Date | Tkpr | Hours | Description |
|------|------|-------|-------------|
| 10/13/05 | MFW | 0.60 | Telephone call from R. Weddle regarding response to request for production and discussion about filing summary judgment. |
| 10/17/05 | MFW | 0.10 | Exchange e-mail with R. Weddle regarding documents produced. |
| 10/18/05 | MFW | 0.50 | Telephone call to P. Hahn; telephone call from R. Weddle regarding production and discuss depositions. |
| 10/19/05 | MFW | 0.20 | Receive and reply to e-mail to Randy Weddle regarding production issues; receive and review Randy Weddle bill. |
| 10/21/05 | MFW | 0.90 | Receipt of plaintiff's depositions; exchange e-mails with R. Weddle regarding document production, second amended complaint and viability of summary judgment motion; telephone call to R. Weddle to discuss production and court order denying second amended complaint. |
| 10/23/05 | MFW | 2.10 | Read Frank Martone's deposition. |

*C Capital* (Birmingham file)
*November 1, 2005*
*Page 2*

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 10/26/05 | MFW | 1.20 | Receipt and review of order of court regarding motion to dismiss amended complaint; telephone conference with Randy Weddle regarding court order, summary judgment and his bill; e-mail from R. Weddle advising he will re-work bill. |
| 10/30/05 | MFW | 2.30 | Read plaintiff's deposition. |
| 10/31/05 | MFW | 1.10 | Receipt and review of motion to compel by A.T. Publishing; review OFC's response to request for production of documents. |

Total Fees:                                                                 $            2,700.00

## TIMEKEEPER SUMMARY

| Name | Hours | Hourly Rate | Value |
|---|---|---|---|
| Marion Francis Walker | 9.00 | 300.00 | $2,700.00 |

### INVOICE SUMMARY
*In connection with our file number 010537.0001*

CURRENT FEES                                              $            2,700.00

**CURRENT AMOUNT DUE:**                       $            **2,700.00**

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

## Remittance Statement

November 1, 2005

Remittance Statement for services in connection with our file number 010537.0001:

OFC Capital (Birmingham file)

Summary of charges for invoice #245436:

CURRENT FEES ................................................... $      2,700.00

**CURRENT AMOUNT DUE**............................... **$**      **2,700.00**

Please remit this copy with your payment to:

FORD & HARRISON LLP
Post Office Box 101423
Atlanta, Georgia  30392-1423