# EXHIBIT 3

| EXPENSE TYPE | FORD & HARRISON | BAKER DONELSON |
|---|---|---|
| Federal Express | $601.76 | $209.90 |
| Photocopies | $546.40 | $622.00 |
| Travel Expenses | $5,936.00 | $258.99 |
| Outsource Expenses for Trial (copy, etc) | $111.33 | |
| Vendor Expenses for Trial Software | $2,156.26 | |
| Long Distance | | $315.33 |
| Postage | | $49.89 |
| Computer Research | | $860.40 |
| TOTAL EXPENSES | $9,351.75 | $2,316.71 |

GRAND TOTAL:        $11,668.46

Birmingham:17264.1

**EXHIBBIT 3**

| Disb ID | Date | Bill Num | Billed Amt | Narrative |
|---|---|---|---|---|
| 403909 | 11/2/2005 | 248104 | $4.10 | Photocopies for the month of 11/05 |
| 403910 | 11/2/2005 | 248104 | $0.20 | Photocopies for the month of 11/05 |
| 403911 | 11/2/2005 | 248104 | $1.30 | Photocopies for the month of 11/05 |
| 404030 | 11/3/2005 | 248104 | $0.70 | Photocopies for the month of 11/05 |
| 405275 | 11/14/2005 | 248104 | $12.60 | Photocopies for the month of 11/05 |
| 405276 | 11/14/2005 | 248104 | $1.10 | Photocopies for the month of 11/05 |
| 405280 | 11/14/2005 | 248104 | $0.20 | Photocopies for the month of 11/05 |
| 405445 | 11/15/2005 | 248104 | $0.30 | Photocopies for the month of 11/05 |
| 405449 | 11/15/2005 | 248104 | $0.90 | Photocopies for the month of 11/05 |
| 405450 | 11/15/2005 | 248104 | $0.20 | Photocopies for the month of 11/05 |
| 405594 | 11/16/2005 | 248104 | $1.00 | Photocopies for the month of 11/05 |
| 405927 | 11/18/2005 | 248104 | $1.20 | Photocopies for the month of 11/05 |
| 410187 | 12/21/2005 | 252173 | $0.50 | Photocopies for the month of 12/05 |
| 415447 | 1/16/2006 | 254418 | $2.80 | Photocopies for the month of 01/06 |
| 415448 | 1/16/2006 | 254418 | $0.20 | Photocopies for the month of 01/06 |
| 415449 | 1/16/2006 | 254418 | $0.20 | Photocopies for the month of 01/06 |
| 415565 | 1/17/2006 | 254418 | $8.60 | Photocopies for the month of 01/06 |
| 415850 | 1/19/2006 | 254418 | $0.70 | Photocopies for the month of 01/06 |
| 415851 | 1/19/2006 | 254418 | $0.10 | Photocopies for the month of 01/06 |
| 416104 | 1/23/2006 | 254418 | $1.00 | Photocopies for the month of 01/06 |
| 416133 | 1/23/2006 | 254418 | $6.90 | Photocopies for the month of 01/06 |
| 416221 | 1/24/2006 | 254418 | $6.60 | Photocopies for the month of 01/06 |
| 419549 | 2/7/2006 | 259540 | $5.30 | Photocopies for the month of 02/06 |
| 419683 | 2/8/2006 | 259540 | $1.20 | Photocopies for the month of 02/06 |
| 419689 | 2/8/2006 | 259540 | $1.30 | Photocopies for the month of 02/06 |
| 419775 | 2/9/2006 | 259540 | $14.00 | Photocopies for the month of 02/06 |
| 419782 | 2/9/2006 | 259540 | $28.00 | Photocopies for the month of 02/06 |
| 419783 | 2/9/2006 | 259540 | $0.20 | Photocopies for the month of 02/06 |
| 419803 | 2/9/2006 | 259540 | $19.30 | Photocopies for the month of 02/06 |
| 419810 | 2/9/2006 | 259540 | $8.20 | Photocopies for the month of 02/06 |
| 419838 | 2/9/2006 | 259540 | $0.40 | Photocopies for the month of 02/06 |
| 420362 | 2/15/2006 | 259540 | $2.40 | Photocopies for the month of 02/06 |
| 423506 | 2/28/2006 | 261909 | $3.00 | Photocopies for the month of 02/06 |
| 423745 | 3/2/2006 | 261909 | $0.70 | Photocopies for the month of 03/06 |
| 423949 | 3/3/2006 | 261909 | $23.00 | Photocopies for the month of 03/06 |
| 424350 | 3/8/2006 | 261909 | $0.20 | Photocopies for the month of 03/06 |

| | | | | |
|---|---|---|---|---|
| 424894 | 3/14/2006 | 261909 | $0.80 | Photocopies for the month of 03/06 |
| 426084 | 3/24/2006 | 261909 | $1.20 | Photocopies for the month of 03/06 |
| 426181 | 3/24/2006 | 261909 | $0.60 | Photocopies for the month of 03/06 |
| 426527 | 3/28/2006 | 261909 | $0.20 | Photocopies for the month of 03/06 |
| 428725 | 4/3/2006 | 266234 | $7.80 | Photocopies for the month of 04/06 |
| 428726 | 4/3/2006 | 266234 | $6.50 | Photocopies for the month of 04/06 |
| 429405 | 4/10/2006 | 266234 | $14.30 | Photocopies for the month of 04/06 |
| 429406 | 4/10/2006 | 266234 | $0.10 | Photocopies for the month of 04/06 |
| 430316 | 4/19/2006 | 266234 | $0.40 | Photocopies for the month of 04/06 |
| 437635 | 6/1/2006 | 271180 | $0.40 | Photocopies for the month of 06/06 |
| 438497 | 6/12/2006 | 271180 | $7.00 | Photocopies for the month of 06/06 |
| 442813 | 7/11/2006 | 273256 | $0.90 | Photocopies for the month of 07/06 |
| 444318 | 7/26/2006 | 273256 | $1.80 | Photocopies for the month of 07/06 |
| 444424 | 7/27/2006 | 273256 | $0.30 | Photocopies for the month of 07/06 |
| 447482 | 8/8/2006 | 277489 | $0.40 | Photocopies for the month of 08/06 |
| 452114 | 9/8/2006 | 281334 | $1.80 | Photocopies for the month of 09/06 |
| 460888 | 11/2/2006 | 287808 | $0.20 | Photocopies for the month of 11/06 |
| 461375 | 11/8/2006 | 287808 | $1.10 | Photocopies for the month of 11/06 |
| 462258 | 11/20/2006 | 287808 | $4.60 | Photocopies for the month of 11/06 |
| 465436 | 12/6/2006 | 292366 | $1.10 | Photocopies for the month of 12/06 |
| 465437 | 12/6/2006 | 292366 | $1.10 | Photocopies for the month of 12/06 |
| 468136 | 1/3/2007 | 295052 | $2.00 | Photocopies for the month of 01/07 |
| 468139 | 1/3/2007 | 295052 | $1.00 | Photocopies for the month of 01/07 |
| 468996 | 1/12/2007 | 295052 | $0.40 | Photocopies for the month of 01/07 |
| 478793 | 3/8/2007 | 303072 | $2.20 | Photocopies for the month of 03/07 |
| 480446 | 3/26/2007 | 303072 | $0.30 | Photocopies for the month of 03/07 |
| 480963 | 3/30/2007 | 303072 | $38.20 | Photocopies for the month of 03/07 |
| 483405 | 4/9/2007 | 307206 | $0.50 | Photocopies for the month of 04/07 |
| 483598 | 4/11/2007 | 307206 | $1.80 | Photocopies for the month of 04/07 |
| 483608 | 4/11/2007 | 307206 | $9.90 | Photocopies for the month of 04/07 |
| 483620 | 4/11/2007 | 307206 | $0.20 | Photocopies for the month of 04/07 |
| 483716 | 4/12/2007 | 307206 | $0.50 | Photocopies for the month of 04/07 |
| 483805 | 4/13/2007 | 307206 | $38.30 | Photocopies for the month of 04/07 |
| 483860 | 4/14/2007 | 307206 | $0.10 | Photocopies for the month of 04/07 |
| 483861 | 4/14/2007 | 307206 | $0.40 | Photocopies for the month of 04/07 |
| 483862 | 4/14/2007 | 307206 | $0.20 | Photocopies for the month of 04/07 |
| 483863 | 4/14/2007 | 307206 | $1.00 | Photocopies for the month of 04/07 |

| | | | | |
|---|---|---|---|---|
| 483864 | 4/14/2007 | 307206 | $0.40 | Photocopies for the month of 04/07 |
| 483865 | 4/14/2007 | 307206 | $0.30 | Photocopies for the month of 04/07 |
| 483866 | 4/14/2007 | 307206 | $0.40 | Photocopies for the month of 04/07 |
| 484125 | 4/17/2007 | 307206 | $1.50 | Photocopies for the month of 04/07 |
| 484197 | 4/18/2007 | 307206 | $1.80 | Photocopies for the month of 04/07 |
| 484244 | 4/18/2007 | 307206 | $4.10 | Photocopies for the month of 04/07 |
| 484294 | 4/19/2007 | 307206 | $10.20 | Photocopies for the month of 04/07 |
| 484642 | 4/24/2007 | 307206 | $0.70 | Photocopies for the month of 04/07 |
| 484645 | 4/24/2007 | 307206 | $4.80 | Photocopies for the month of 04/07 |
| 484658 | 4/24/2007 | 307206 | $3.40 | Photocopies for the month of 04/07 |
| 484833 | 4/25/2007 | 307206 | $0.90 | Photocopies for the month of 04/07 |
| 486807 | 4/30/2007 | 310538 | $37.80 | Photocopies for the month of 04/07 |
| 486828 | 4/30/2007 | 310538 | $15.40 | Photocopies for the month of 04/07 |
| 486831 | 4/30/2007 | 310538 | $8.80 | Photocopies for the month of 04/07 |
| 486832 | 4/30/2007 | 310538 | $18.60 | Photocopies for the month of 04/07 |
| 486836 | 4/30/2007 | 310538 | $20.30 | Photocopies for the month of 04/07 |
| 486930 | 5/1/2007 | 310538 | $0.80 | Photocopies for the month of 05/07 |
| 486942 | 5/1/2007 | 310538 | $14.10 | Photocopies for the month of 05/07 |
| 486944 | 5/1/2007 | 310538 | $0.70 | Photocopies for the month of 05/07 |
| 486946 | 5/1/2007 | 310538 | $3.60 | Photocopies for the month of 05/07 |
| 487694 | 5/9/2007 | 310538 | $1.10 | Photocopies for the month of 05/07 |
| 488204 | 5/15/2007 | 310538 | $2.60 | Photocopies for the month of 05/07 |
| 489310 | 5/29/2007 | 310538 | $11.50 | Photocopies for the month of 05/07 |
| 489445 | 5/30/2007 | 310538 | $4.70 | Photocopies for the month of 05/07 |
| 489457 | 5/30/2007 | 310538 | $0.50 | Photocopies for the month of 05/07 |
| 491594 | 6/4/2007 | 312522 | $15.00 | Photocopies for the month of 06/07 |
| 492073 | 6/8/2007 | 312522 | $12.30 | Photocopies for the month of 06/07 |
| 492074 | 6/8/2007 | 312522 | $30.20 | Photocopies for the month of 06/07 |
| 492153 | 6/11/2007 | 312522 | $3.10 | Photocopies for the month of 06/07 |
| 492159 | 6/11/2007 | 312522 | $4.90 | Photocopies for the month of 06/07 |
| 492445 | 6/13/2007 | 312522 | $0.70 | Photocopies for the month of 06/07 |
| 492858 | 6/18/2007 | 312522 | $1.70 | Photocopies for the month of 06/07 |
| 493839 | 6/28/2007 | 312522 | $1.30 | Photocopies for the month of 06/07 |
| | | | $546.40 | |

**FED EX CHARGES**

| | | | |
|---|---|---|---|
| 413754 | 1/16/2006 | $15.88 | Federal Express Airbill 854000000000 to MICHAEL MILLS on 01/16/06 from FORD & HARRISON. |
| 413755 | 1/16/2006 | $15.88 | Federal Express Airbill 854000000000 to RANDY WEDDLE on 01/16/06 from FORD & HARRISON. |
| 418280 | 2/9/2006 | $32.29 | Federal Express Airbill 854229439887 to GLENN A on 02/09/06 from FORD & HARRISON. |
| 418284 | 2/9/2006 | $29.21 | Federal Express Airbill 854229439898 to BENJAMIN TAYLOR on 02/09/06 from FORD & HARRISON. |
| 422474 | 3/3/2006 | $27.38 | Federal Express Airbill 854229439464 to MICHAEL GRISHAM on 03/03/06 from FORD & HARRISON. |
| 463897 | 11/20/2006 | $12.44 | Federal Express Airbill 857679893401 to MS LORRAINE KIRBY on 11/20/06 from |
| 489778 | 4/30/2007 | $18.06 | Federal Express Airbill 861191995495 to CAROLYN MCCLAIN on 04/30/07 from MARION WALKER. |
| 494473 | 6/14/2007 | $76.98 | Federal Express Airbill 861191994834 to MARION WALKER JOYCE on 06/14/07 from JULIE HAYES. |
| 494424 | 6/12/2007 | $98.32 | Federal Express Airbill 861191995430 to MARION WALKER on 06/12/07 from MARION WALKER. |
| 494426 | 6/12/2007 | $68.49 | Federal Express Airbill 861191995429 to MARION WALKR on 06/12/07 from MARION WALKER. |
| 494438 | 6/12/2007 | $49.77 | Federal Express Airbill 861191994812 to MARION WALKER on 06/12/07 from MARION WALKER. |
| 494441 | 6/12/2007 | $104.24 | Federal Express Airbill 861191995418 to MARION WALKER on 06/12/07 from MARION WALKER. |
| 494442 | 6/12/2007 | $52.82 | Federal Express Airbill 861191994823 to MARION WALKER on 06/12/07 from MARION WALKER. |
| | | $601.76 | |

**TRAVEL EXPENSES RELATED TO TRIAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9085 | MFW-06/2' N | 6/27/2007 | 0 | 5,936.00 | Marion Walker | 107967 |
| | | | | 5,936.00 | | |

**VENDOR EXPENSES RELATED TO TRIAL**

| | | | | | |
|---|---|---|---|---|---|
| 481936 | 4/6/2007 | AGW | Wilkins, An | $613.76 | Legalink Inc - Legalink-summation documents - 04/06/07. |
| 482424 | 4/24/2007 | AGW | Wilkins, An | $111.33 | Ivize, Copies - 04/24/07. |
| | Jun-07 | AGW | Wilkins, An | $1,542.50 | Freedom Reporting, Inc. |
| | | | | $2,267.59 | |

# EXPENSES FOR MARION WALKER
# ALASKA TRIP

**HOTEL:**

| | | |
|---|---|---|
| The Voyager Hotel | 6/27/07 | 2806.72 |
| **TOTAL FOR HOTELS:** | | **2806.72** |

**MEALS:**

| | | |
|---|---|---|
| Corsair Restaurant | 6/13/07 | 33.60 |
| Humpy's Great Alaskan Alehouse | 6/14/07 | 40.90 |
| Corsair Restaurant | 6/15/07 | 26.00 |
| Captain Cook | 6/15/07 | 360.00 |
| Carrs Safeway | 6/16/07 | 73.91 |
| (Food for room for two weeks) | | |
| Pentagon North Corp. | 6/18/07 | 8.19 |
| Corsair Restaurant | 6/18/07 | 137.00 |
| Pentagon Building Café | 6/19/07 | 9.99 |
| Bernie's Bungalow | 6/20/07 | 20.40 |
| Dianne's Restaurant | 6/21/07 | 33.50 |
| Corsair Restaurant | 6/21/07 | 26.00 |
| Winter Thyme Restaurant | 6/24/07 | 9.00 |
| Sacks Café | 6/25/07 | 268.00 |
| Snow City Café | 6/25/07 | 9.84 |
| **TOTAL FOR MEALS:** | | **1056.33** |

**TRANSPORTATION:**

| | | |
|---|---|---|
| Republic Parking | 6/13/07 | 4.00 |
| Hertz | 6/16/07 | 262.45 |
| (Rental of van for one day and returned) | | |
| Cash – cab to airport | 6/26/07 | 20.00 |
| **TOTAL FOR TRANSPORTATION:** | | **286.45** |

**GRAND TOTAL:** **$4,149.50**

ETKT PASSENGER RECEIPT PAGE 03 OF 03

Delta AIR LINES SKYTEAM

NOT TRANSFERABLE

THIS DOCUMENT EXPIRES 27MAR08

DL2032713782 DATE/PLACE OF ISSUE 27MAR07 WWWRES

ISS AGT ID DL/WW CONF NBR QG747Q

ENDORSEMENTS

FARE CALCULATION BHM DL X/ATL DL ANC835.99F06C DL X/SLC DL X/ATL DL BHM835.99F06C USD1671.98END ZP BHMATL ANCSLCATL XT AY 10.00 XF 16.50 BHM3ATL4.5SLC4.5ATL4.5

USD 1671.98
XT 26.50
US 71.02
ZP 17.00
USD1786.50

FORM OF PAYMENT AXXXXXXXXXXXX1005/144914

DUPLICATE 0 0062330652086 3 DUPLICATE



OW CITY CAFE
ANCHORAGE, AK
Jun25'07 07:51AM
pe: AMEX
XXXXXXXXXXX1005
e: XX/XX
de: 507469
4725
41/1
108 Kate

OFC
Breakfast

l: 8.20
: 1.64
9.84

re
to pay above total
ng to my card issuer
nt.

Customer Copy * * * *

GUESTCHECK

| Date | Table | Guests | Server | |
|---|---|---|---|---|
| 6/24 | 8 | 1 | 3 | 831894 |

APPT-SOUP/SAL-ENTREE-VEG/POT-DESSERT-BEV

Winter Thyme Rest

Cup Som Sal 4.00 4.00
Biscuits 1.00

OFC/ATP
Dinner - Sean
6/24/2007

Tax
Total 9.00

Thank You — Please Come Again

SYSCO CORPORATION, HOUSTON, TX
Reorder #4805487

CARRS SAFEWAY

NOBODY DOES IT BETTER FOR LESS
YOUR FRIENDLY AURORA VILLAGE CARRS

TRISCUIT 3.79 F
GOLEAN BAR 1.94 OZ 2.29 F
KASHI GO LN BARS 1.99 F
KASHI GO LN BARS 1.99 F
GOUDA MILD APPLE 3.75 F
GENIS CK N CRM BAR 1.59 F
GEN CHOC CTD BAR 1.59 F
GENISOY PNT BTR FD 1.59 F
LUC HALF&HALF FF 1.69 F
SUPR CALCIUM 7.35
SCHIFF E VIT 11.84
SCHIFF C VIT 7.85
PLANTER NUTS 5.99 F
GLACEAY VIT ENERGY 1.63 F
CARROTS 1-LB 2.39 F
ALOUETTE GRLC HERB 6.49 F
2.05 lb @ $3.49 /lb
WT PEACHES YELLW 7.15 F
2.17 lb @ $1.99 /lb
WT APPLES RED DEL LB 4.32 F
**** TAX .00 BAL 75.28
SC 7454 CLUB GLACEAU VITAM .38-F
SC 6850 CLUB ULT HLF/HLF .20-F
RD 4095 FUEL OFFER 50
2 @ .20
SC 48 CLUB KASHI GO LEAN .40-F
SC 4116 10% OFF .15-F
SC 4123 10% OFF .24-F
**** TAX .00 BAL 73.91
CASH 100.01
CHANGE 26.10

Corsair Restaurant & Lounge
944 West 5th Ave.
Anchorage, AK
907-278-4502

Date: Jun21'07 11:01PM
Card Type: Amex
Acct #: XXXXXXXXXXX1005
Exp Date: XX/XX
Auth Code: 507298
Check: 763
Check ID: L-8
Server: 20 Andrew
VSCA: Auth Driver
MARION F WALKER

OPC
ATP

Subtotal: 22.00

Tip: 4.00

Total: $ 26.00

* * * * Customer Copy * * * *
Please record your tip for your personal records.

Dinner - Corsair after work 6/21/07

Sacks Cafe
Anchorage, Alaska

Date: Jun25'07 09:08PM
Card Type: Amex
Acct #: XXXXXXXXXXX1005
Exp Date: 01/08
Auth Code: 508497
Check: 1838
Table: 31/1
Server: 148 Jennifer
Ref Number: 717705755186
MARION F WALKER

Subtotal: 224.00

Tip: 44.00

Total: 268.00

Please record your tip for your personal records.
**** Customer Copy ****

Dinner after closing prep -
C. Lear
C. McClain
M. Walker

6-19-2007
Lunch: Joyce & Andrew
TRIAL

DATE: 06/19/07 TIME: 12:15 PM

PENTAGON N.-FED BLDG CAFE
222 W 7TH #52
ANCHORAGE, AK 99501
907 569-0091

BATCH : 0646

| | |
|---|---|
| TERM ID | 02170002 |
| ACCOUNT # | [illegible] |
| REF NO | 17019034 |
| AUTH NO | 01933B |
| TRAN TYPE | SALE |
| CARD TYPE | MC |

TOTAL $9.99

NAME:
WALKER/MARION F

SIGN Marion F. Walker

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

Corsair Restaurant & Lounge
944 West 5th Ave.
Anchorage, AK
907-278-4502

| | |
|---|---|
| Date: | Jun15'07 12:05AM |
| Card Type: | Amex |
| Acct #: | XXXXXXXXXXX1005 |
| Exp Date: | XX/XX |
| Auth Code: | 500379 |
| Check: | 509 |
| Check ID: | L-8 |
| Server: | 20 Andrew |

VSCA: Auth Driver
MARION F WALKER

Subtotal: 22.00

Tip: 4.00

Total: 26.00

* * * * Customer Copy * * * *
Please record your tip for your personal records.

Dinner 6-14-07
OPC - Alaska



The hotel
Captain Cook

**************************************
CHECK # 104096 DATE 6/15/07
NAME 66 TIME 11:13PM
********* DUPLICATE CHECK *********
======================================

-- *CROWS NEST : ERIC M --

| ITEMS ORDERED | AMOUNT |
|---|---|
| 1 CN CAESAR | 8.00 |
| 4 CN OYSTERS HALF | 56.00 |
| 1 CN SCAL ENTREE | 32.00 |
| 1 CN COPPER KING | 40.00 |
| 1 DROUHIN PINOT GL | 16.00 |
| 2 GRAHAMS 40 YR GL | 68.00 |
| 2 MOUNT VEEDER GLS | 32.00 |
| 3 PENDULUM RED GL | 30.00 |
| 2 MENTELLE SB GK | 18.00 |

**************************************

SUBTOTAL 300.00

TOTAL DUE 300.00

Working lunch w/Joyce - paralegal - re: trial prep

Humpy's
Great Alaskan Alehouse
Anchorage, Alaska
www.humpys.com

Date: Jun14'07 12:43PM
Card Type: Amex
Acct #: XXXXXXXXXXX1005
Exp Date: 01/08
Auth Code: 521201
Check: 181
Table: 100/1
Server: 103 Kira D

MARION F WALKER

Subtotal: 34.90

Tip: 6.00

Total: 40.90

Please retain this copy for your records.

** Customer Copy
** Customer Copy
** Customer Copy
** Customer Copy

Corsair Restaurant & Lounge
944 West 5th Ave.
Anchorage, AK
907-278-4502

Date: Jun13'07 10:53PM
Card Type: Amex
Acct #: XXXXXXXXXXX1005
Exp Date: XX/XX
Auth Code: 521904
Check: 460
Check ID: L-8
Server: 20 Andrew
VSCA: Auth Driver

MARION F WALKER

Subtotal: 28.00

Tip: $ 5.60

Total: 33.60

* * * * Customer Copy * * * *
Please record your tip for your personal records.

Dinner

Hertz #01RN RR 652995545

CC

FRANCIS MARION
VEHICLE 01295 /6090070
CLS T 07NEXB LIC: AK FCE533
FUEL: 8/8 OUT 8/8 IN
CDP: 00099

RES 00000000099
PREPARED BY: 9699/AKANC12
COMPLETED BY: 1312/AKANC12

**RENTED: 06/15/07 13:58 @ ANCHORAGE DOWNTOWN**
**RETURN: 06/16/07 10:03 @ ANCHORAGE DOWNTOWN**

**PLAN IN: LEUS * RATE CLASS: T**
**PLAN OUT: WWUL**

*** YOU DID NOT RETURN AS ORIGINALLY STATED TO ANCHORAGE DOWNTOWN ON 06/25/07 BY 13:58 THE LOWEST QUALIFYING RATE HAS BEEN CHARGED.**

| | | | |
|---|---|---|---|
| MILEAGE IN | 4784 | TR-X MILES | |
| MILEAGE OUT | 4782 | MILES ALLOWED | 100 |
| MILES DRIVEN | 2 | MILES CHARGED | |

| | | | |
|---|---|---|---|
| DAYS | 1 @ $ 220.99 / DAY | $ | 220.99 |
| **SUBTOTAL** | | **T$** | **220.99** |
| LDW DECLINED | | | |
| LIS DECLINED | | | |
| PAI, PEC DECLINED | | | |
| VLCR + TAX | | $ | 1.68 |
| TAX 1 8.000 % ON TAXABLE TTL OF $ | 220.99 | $ | 17.68 |
| TAX 2 10.000 % ON TAXABLE TTL OF $ | 220.99 | $ | 22.10 |
| **CHARGED ON AMX** | **XXXXXXXXXXX1005** | **$** | **262.45** |
| RENT FP AMX | XXXXXXXXXXX1005 | | |

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
Visit WWW.HERTZSURVEY.COM
2) Enter Access Code: 07321
3) Take Brief 4 Question Survey

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

**************************************

DATE 6/15/07 TIME 11:13PM
MID CCRD

Captain Cook
939 W 5th Ave
Anchorage, AK
99501

AMEX XXXXXXXXXXXXXXX1005 S
AUTH 526160 TBL 66 CHECK 104096
PRE-AUTH *CROWS NEST ERIC M

AMOUNT 300.00

SUBTOTAL $ 300.00

TIP $ 60.00

TOTAL $ 360.00

CUSTOMER COPY

**************************************

****************************************

DATE 6/15/07 TIME 11:13PM

MID CCRD

Captain Cook
939 W 5th Ave
Anchorage, AK
99501

AMEX XXXXXXXXXXXXXXX1005 S

AUTH 526160 TBL 66 CHECK 104096

PRE-AUTH *CROWS NEST ERIC M

AMOUNT 300.00

SUBTOTAL $ 300.00

TIP $ 60.00

TOTAL $ 360.00

CUSTOMER COPY

****************************************

DIANNES RESTAURANT
550 W SEVENTH AVE
ANCHORAGE AK 99501
907-279-7243

Merchant ID: 000002587486
Term ID: 00208593 Ref #: 0046

Sale

xxxxxxxxxxxx1005

AMEX Entry Method: Swiped

Amount: $ 30.50

Tip: 3

Total: 33.50

06/21/07 12:24:38

Inv #: 000046 Appr Code: 526943

Apprvd: Online Batch#: 000106

Customer Copy

THANK YOU!

** Customer Copy **
Bernie's Bungalow
Tab: 30001
Gina 6/20/2007 12:43:01 PM

Transaction # 428776
Amex

Amount $17.00

TIP : 3.40

TOTAL : 20.40

1st Night of Meal Off

Corsair Restaurant & Lounge
944 West 5th Ave.
Anchorage, AK
907-278-4502

Date: Jun18'07 09:34PM
Card Type: Amex
Acct #: XXXXXXXXXXX1005
Exp Date: XX/XX
Auth Code: 562190
Check: 663
Check ID: B-6-7-8
Server: 20 Andrew
VSCA: Auth Driver
MARION F WALKER

Subtotal: 115.00

Tip: 22.00

Total: 137.00

* * * * Customer Copy * * * *
Please record your tip for your personal records.

Chip Carolyn M. Walker
6-18-07

~~Rental~~ Parking at airport on arrival

RECEIPT
REPUBLIC PARKING ANCHORAGE, AK POF8
TIME: 20:19 DATE: 06/13/07 EXIT LANE: 0

TICKET 07 091467 ETIME 19:11 06/13/07
SEQN 2145 RATE 03 XTIME 20:18 06/13/07

| | |
|---|---|
| PARKING | 4.00 |
| LESS COUPONS | 0.00 |
| TAX | 0.00 |
| TOTAL | 4.00 |

CREDIT CARD INFORMATION:
XXXXXXXXXXX1005 0108
AMEX APPROVAL 586468
TRAN: 12 REF: 00000012

THANK YOU FOR USING THE PARKING PAY STATION AT THE TED STEVENS ANCHORAGE INTERNATIONAL AIRPORT. PLEASE DIRECT YOUR QUESTIONS OR COMMENTS TO 1-907-677-1074.



| ROOM | | DEPARTURE | FOLIO NUMBER |
|---|---|---|---|
| 303 | WALKER, MARION | 1 26JUN | 62778 |
| 7 | 424 GLENWOOD ROAD<br>BIRMINGHAM, AL 35216 | 13JUN | |
| CLERK | | ARRIVAL | |

LR/1 13JUN07 9:15 PM

AMERICAN EXPRESS
XXXX XXXXXX 51005
01/08

X
SIGNATURE

| | | |
|---|---|---|
| | BALANCE TRN FRM FOLIO | 62592 |
| JUN 22 | BALANCE | 2004.80 |
| JUN 23 | ROOM CHG | 179.00 |
| | TAX | 21.48 |
| | BALANCE | 2205.28 |
| JUN 24 | ROOM CHG | 179.00 |
| | TAX | 21.48 |
| | BALANCE | 2405.76 |
| JUN 25 | ROOM CHG | 179.00 |
| | TAX | 21.48 |
| | BALANCE | 2606.24 |
| JUN 26 | ROOM CHG | 179.00 |
| | TAX | 21.48 |
| | BALANCE | 2806.72 |

2806.72 Amex
0 Bal 27Jun07

THE VOYAGER HOTEL, LLC
501 K STREET
ANCHORAGE, AK 99501

TERMINAL I.D.: 60711901

MERCHANT #: 305900607119001

AMEX
XXXXXXXXXXX1005
CHK_OUT
BATCH: 001800 FOLIO:00062592
DATE: JUN 27, 07 TIME: 07:28:02
AUTH NO: 542796
INV: 129238 LAUTH: 542796

CHECK-IN : 06/13/07
CHECK-OUT: 06/27/07
LENGTH OF STAY: 14

TOTAL $2806.72

MARION F WALKER

X

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

***CUSTOMER COPY***

HOI

AAA Approved

501 K Street, Anchorage, Alaska 99501 (907) 277-95

Toll-free Reservations: 800-247-9070 Nationwide & Canada

fax: (907) 274-0333 • e-mail: rsvp@alaska.com • www.voyagerhotel.com

THANK YOU!

Lunch for 1st day of trial

CASH

SALAD BUFFT $6.14

CASH

**FREEDOM REPORTING, INC.**

*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Marion F Walker
Ford & Harrison, LLP
2100 Third Avenue North
Concord Center - Suite 400
Birmingham, AL 35203

June 25, 2007

**Invoice#** TT024734

**Balance:** $1,542.50

**Re:** AT Publishing vs. A.B. Dick & Co.
*on* 06/25/07 *Billed* 06/25/07
*by* Jeremy Walker

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Trial Director training: 4 hrs | 450.00 |
| office visits/phone help: 19 hrs @ $95/hr @ n/c | |
| Timestamping/Sync: 11.5 hrs @ $35/hr | 402.50 |
| DVD to CD conversion: 11.5 hrs @ 60/hr | 690.00 |

Trial Director training and prep for trial

**Please Remit ---> Total Due: $1,542.50**

*All Invoices are due within 30 days of receipt*

**FREEDOM REPORTING, INC.**
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Marion F Walker
Ford & Harrison, LLP
2100 Third Avenue North
Concord Center - Suite 400
Birmingham, AL 35203

June 25, 2007

**Invoice#** TT024734

**Balance:** $1,542.50

**Re:** AT Publishing vs. A.B. Dick & Co.
*on* 06/25/07 *Billed* 06/25/07
*by* Jeremy Walker

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Trial Director training: 4 hrs | 450.00 |
| office visits/phone help: 19 hrs @ $95/hr @ n/c | |
| Timestamping/Sync: 11.5 hrs @ $35/hr | 402.50 |
| DVD to CD conversion: 11.5 hrs @ 60/hr | 690.00 |

Trial Director training and prep for trial

**Please Remit ---> Total Due: $1,542.50**

*All Invoices are due within 30 days of receipt*

FORD & HARRISON LLP

# Invoice Payment Form

RECEIVED
APR 13 2007
ACCOUNTING ATLANTA

Office Location: Birmingham
Approved By: Amanda G. Wilkins
Approval Signature: [signature] Date: April 12, 2007

Explanation of Invoice: Legalink-summation documents

SSN or Tax ID No:

Charge To (client/matter #):

| | |
|---|---|
| 010537.0001 | $ 613.76 |
| | $ |
| | $ |
| | $ |

**Accounting Use Only:**

Check # ______ Vendor # 7071 Session # 17796
Check Date ______ Manual Ck Request # ______
Date Entered 4/13/07
Initials ATA

| GL Acct. # | | Employee | Location |
|---|---|---|---|
| | $ 613.76 | | |
| | $ | | |
| | $ | | |
| | $ | | |

101204

LEGALINK, INC.
MERRILL LEGAL SOLUTIONS
1933 Richard Arrington Jr. Boulevard S
Birmingham, AL 35209
Phone: (205) 251-4200
Fax: (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11054496 | 04/06/2007 | 1102-53105 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/06/2007 | MULLRI | |

**CASE CAPTION**

AT vs. OTC

**TERMS**

Immediate

Marion Walker
Ford & Harrison L.L.P.
2100 Third Avenue North
Suite 400
Birmingham, AL 35203

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| EXHIBITS | 7 Pages @ | .18/Page | 1.26 |
| DOCUMENT SCANNING: William Martone Volume 1, 09-15-05 | | | |
| EXHIBITS | 4 Pages @ | .18/Page | .72 |
| DOCUMENT SCANNING: Ben Taylor Volume 1, 02-20-06 | | | |
| EXHIBITS | 30 Pages @ | .18/Page | 5.40 |
| DOCUMENT SCANNING: Bert Green | | | |
| EXHIBITS | 38 Pages @ | .18/Page | 6.84 |
| CD WITH EXHIBITS: CD with Exhibits | | | |
| File Trans to CD | | | 10.00 |
| SUMMATION BRIEFCASE FILE: Summation Briefcase File | | | |
| File Trans to CD | 10.00 Disks @ | 40.00/Disk | 400.00 |
| **TOTAL DUE >>>>** | | | 613.76 |

Thank you, we appreciate your business!

TAX ID NO.: 20-2665382

(205) 244-5900 Fax (205) 254-9848

LEGALINK, INC.

MERRILL LEGAL SOLUTIONS
1933 Richard Arrington Jr. Boulevard S
Birmingham, AL 35209
Phone: (205) 251-4200
Fax: (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11054496 | 04/06/2007 | 1102-53105 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/06/2007 | MULLRI | |

**CASE CAPTION**

AT vs. OTC

**TERMS**

Immediate

Marion Walker
Ford & Harrison L.L.P.
2100 Third Avenue North
Suite 400
Birmingham, AL 35203

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| DOCUMENT SCANNING: Documents Produced by OFC EXHIBITS | 21 Pages @ | .18/Page | 3.78 |
| DOCUMENT SCANNING: Documents Produced by AT EXHIBITS | 273 Pages @ | .18/Page | 49.14 |
| DOCUMENT SCANNING: Alaska Pleadings Volume 1-5 EXHIBITS | 709 Pages @ | .18/Page | 127.62 |
| DOCUMENT SCANNING: Andrew Martone Volume 1, 09-14-05 EXHIBITS | 4 Pages @ | .18/Page | .72 |
| DOCUMENT SCANNING: Frank Martone Volume 1, 09-14-05 EXHIBITS | 41 Pages @ | .18/Page | 7.38 |
| DOCUMENT SCANNING: Gregory Martone Volume 1, 09-15-05 EXHIBITS | 5 Pages @ | .18/Page | .90 |
| DOCUMENT SCANNING: Paul Martone Volume 1, 09-15-05 | | | |

TAX ID NO. : 20-2665382

(205) 244-5900 Fax (205) 254-9848

RECEIVED
APR 10 2007
By

# FORD & HARRISON LLP

## Invoice Payment Form

RECEIVED I
APR 27 2007
ACCOUNTING ATLANTA

Office Location: Birmingham

Approved By: Amanda G. Wilkins

Approval Signature: [signature] Date: April 26, 2007

Explanation of Invoice: Ivize of Birmingham

SSN or Tax ID No.

Charge To (client/matter #):

| | |
|---|---|
| ~~005030.0005~~ | ~~$ 347.60~~ |
| ~~513059.0002~~ | ~~$ 010.70~~ |
| 010537-0001 | $ 111.33 |
| | $ |

**Accounting Use Only**

| | | | | | |
|---|---|---|---|---|---|
| Check # | | Vendor # | 11138 | Session # | 17919 |
| Check Date | | | | Manual Ck Request # | |
| | | | | Date Entered | 4/27/07 |
| | | | | Initials | ATA |
| | | | | **Employee** | **Location** |
| GL Acct. # | | $ 111.33 | | | |
| | | $ | | | |
| | | $ | | | |
| | | $ | | | |

100239



**PLEASE PAY FROM THIS INVOICE**

Ivize of Birmingham, LLC • Phone: (205) 252-2004
Fed. Tax ID: 20-5722740

INVOICE NO: 10-2005

INVOICE DATE: 4/24/2007

REMIT PAYMENT TO:

Ivize, LLC
128 South Tryon Street
Suite 800
Charlotte, NC 28202

SOLD TO:

Ford & Harrison
2100 3rd ave north
Birmingham, AL 35203

ORDERED BY:

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Ford & Harrison | 010537.1 | **NET 15** | SM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | | 04-07-098 | | |
| 628 | B&W Grade ... | Grade C (medium litigation) black & white copies | 0.155 | 97.34T |
| 1 | B&W 11x17 ... | 11x17 black & white copies | 0.25 | 0.25T |
| 2 | Color Copies | Color copies | 1.15 | 2.30T |
| 1 | Color 11x17 ... | 11x17 color copies | 2.25 | 2.25T |
| | | | **Subtotal:** | $102.14 |
| | | | **Sales Tax:** | $9.19 |
| | | | **TOTAL** | $111.33 |

**THANK YOU FOR CHOOSING IVIZE, LLC**

**Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge may be added. Customer is responsible for all costs of collection, including reasonable attorney fees.**

M

# FORD & HARRISON LLP

## TRAVEL REIMBURSEMENT FORM

| | | | |
|---|---|---|---|
| | *Employee Name* | ~~Amanda O. Wilkins~~ Marion F. Walker | |
| Trip number should be your initials followed by any numbers/letters that are meaningful to you. | *Trip Number* | 021706-MFW MFW - 2/23/06 | |
| Airline and Car Rental Ticket number must be at least 10 digits. Attach all receipts/tickets. | *Expenses Paid by Firm* | *Ticket/Receipt Number* | *Amount* |
| | Airline | | |
| | Airline | | |
| | Car Rental | | |
| | Hotel | | |
| | Meals | | |
| | Parking | | |
| | Other | | |
| | *Total Expenses Paid by Firm* | | $0.00 |
| Enter all personal funds used during the trip (cash and credit cards). Attach all receipts. | *Personal Funds Used* | | *Amount* |
| | Airline | | $464.70 |
| | Car Rental | | |
| | Hotel | | $1,361.97 |
| | Meals | | $35.27 |
| | Parking | | |
| | Other | | $278.24 |
| Personal automobile mileage allowances follows IRS published guidelines and are periodically changed. | Personal Automobile (.445 per mile) | Number of miles | $0.00 |
| Per Diem allowances are for associates only. Enter the number of nights spent. | Per Diem Allowance @ $20 per night (Associates Only) | Number of nights | $0.00 |
| | *Total Personal Funds* | | $2,140.18 |
| | *Less Amount not Reimbursable* | | |
| | *Refund Due* | | $2,140.18 |
| | *Total Travel Expenses* | | $2,140.18 |
| | *Less: Per Diem Allowance* | | $0.00 |
| Record the distribution of 'Net Chargeable Travel' to client(s) below | *Net Chargeable Travel* | | $2,140.18 |

ENTERED IN COMPUTER
VENDOR # 9085
SESSION # 13312
DATE 3/13/06
A/P REP. MRK

RECEIVED
MAR 0 9 2006
ATLANTA

| *Client Name* | *Client Number* | *City* | *Date(s)* | *Amount* |
|---|---|---|---|---|
| OFC | 010537-0001 | Portland, Oakland, Los Angeles | 02/16-02/23/06 | $2,140.18 |
| | | | | |
| | | | | |

9 0 0 0 6 7 6 8 2



EMERYVILLE
5555 SHELLMOUND ST.
EMERYVILLE CA 94608
510-652-8777

GUEST FOLIO

Thank you for selecting Courtyard by Marriott. We trust that your experience with us has included warm and gracious service, and the type of accommodations expected.

We look forward to serving you again on future trips. For additional reservations, call our toll-free reservation number, (800) 321 2211.

EMERYVILLE Courtyard Staff

GUEST NAME MARION/MS WALKER
2100 3RD AVE. NORTH
SUITE 400
BIRMINGHAM AL 35203
PERSONAL

ROOM 934 REGD
ROOM TYPE KSTE
NO. OF GUESTS 1
RATE 214.00
CLERK DPG

ARRIVE 16Feb06 TIME 03:01p DEPART 17Feb06 TIME 08:57a FOLIO JP 99414

| DATE | REFERENCE NUMBER | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 16Feb06 | FD1024 | Restaurant Room Ch | 36.07 | |
| 16Feb06 | RB934 | ROOM CHARGE | 214.00 | |
| 16Feb06 | T3934 | CITY TAX | 25.68 | |
| 16Feb06 | TW934 | Calif/Local Touris | .13 | |
| 17Feb06 | FD0648 | Restaurant Room Ch | 11.82 | |
| 17Feb06 | AX08:57AM | American Express | | 287.70- |

*********************
* THIS CARD WAS *
* ELECTRONICALLY *
* SWIPED ON 16Feb06 *
*********************

**************************************
* CARD #: AXXXXXXXXXXX1005 *
* Amount: 287.70 Auth: 186907 *
* ** Signature on File ** *
**************************************

** BALANCE ** .00

287.70
- 14.39
273.31

GUEST SIGNATURE ______________________

COURTYARD RESERVATIONS (800) 321 2211



Avalon
Hotel&Spa

Page: 1 02/20/06 8:12am

Arrival 02/18/06 11 : 31 am
Departure 8 : 12 am
Guests 1
Room 424
Confirmation 40590
Rate 139.00

Walker, Marion
Ford Harrison LLP
424 Glenwood Road
Birmingham Ala 35216
USA

| Date | Description | Gst | Charge | Credit | Reference |
|---|---|---|---|---|---|
| 02/18/06 | Advance Deposit | 1 | | -156.38 | |
| 02/18/06 | Restaurant | 1 | 21.60 | | @ 47514 |
| 02/18/06 | Spa | 1 | 187.00 | | 5513-0000 |
| 02/18/06 | Restaurant | 1 | 30.68 | | @ 47565 |
| 02/18/06 | Room | 1 | 139.00 | | |
| 02/18/06 | Room Tax | 1 | 17.38 | | |
| 02/19/06 | Restaurant | 1 | 15.60 | | @ 47635 |
| 02/19/06 | Restaurant | 1 | 40.12 | | @ 47732 |
| 02/20/06 | Room | 1 | 139.00 | | 02/19/06 |
| 02/20/06 | Room Tax | 1 | 17.38 | | |
| 02/20/06 | Restaurant | 1 | 12.00 | | @ 47755 |
| 02/20/06 | American Express XXXXXXXXXXX1005 | 1 | | -463.38 | 566713 |

Thank You B A L A N C E 0.00

Rm 278.00 RTx 34.76 Tel Inc 187.00 F&B 120.00 Payment -619.76

Thank You for staying at the Avalon Hotel & Spa
We hope to see you in the near future.

+187.00

$432.76



# PARK PLAZA HOTEL

Oakland International Airport

Room: 409 A

Payment: AX Source: WI- -TJ

WALKER MARION

1A,0K,0B Guest
$RA 119.00
Feb17'06
Feb18'06
066MOV
RA

2100 3RD AVE N
BIRMINGHAM AL
35203

| DATE | REFERENCE | COMMENT | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| Feb17'06 | PLAZA G 409 | CHK#2046 | 18.75 | | 18.75 |
| Feb17'06 | ROOM 409 | | 119.00 | | 137.75 |
| Feb17'06 | TAX 409 | | 13.09 | | 150.84 |
| Feb18'06 | PLAZA G 409 | CHK#2003 | 3.72 | | 154.56 |
| Feb18'06 | AMEX 409 | | | 154.56 CR | 0.00 |
| | [MARION F WALKER/XXXXXXXXXXX1005/XXXX/566916] | | | | |

BALANCE DUE AT CHECKOUT.......................................$ 0.00

X Marion F. Walker

Guest Signature

Regardless of billing instructions, the guest acknowledges all charges as a personal indebtedness.

150 Hegenberger Road • Oakland, CA 94621 • (510) 635-5300 • Fax (510) 635-8192

International Cab Co.
800-681-4419

$40^{00}

24 Hour Service • Radio Dispatched

(510) 444-6161
(510) 686-9999

Special Services
OAK, SFO, SAN JOSE

From Omni Hotel
To LAX
Driver
Cab No.
Date 2/22/06 Amount $45^{00}

Fri 2-17-06 $40 Oakland Airport Office for days

Emery Bay Luxor

24 Hour Taxi Service

(510) 774-9200
(510) 776-2657

• Local and Airport Service
• Direct Door to Door
• Business Account

Date: Amount: Cab #:

JAKE'S COFFEE HOUSE WORLD LINKS
CA1 SERVICES
ONTARIO AIRPORT

4004 MIGUEL R.

6864 FEB16'06 12:31PM

| | |
|---|---|
| 1 Bottle Water | 2.30 |
| Subtotal | 2.30 |
| Total Tax | 0.18 |
| Total Paid...... | 2.48 |
| CASH | 3.03 |
| Change Owed..... | 0.55 |

Your order number is: 6864

Ontario Airport

East Bay Luxor

Business Class Sedan Services

To: Oakland Airport

eastbayluxor@yahoo.com

Call Mo
(510) 385-8485

* Airport TOWNCAR Services
* Business Account Is Accepted
* We Are Always On Time

Date 2-17-06 Amount $ 50 Service# 5

BROADWAY CAB $36^{00}

Portland, OR

(503) 227-1234 1-800-248-TAXI

DATE 2/20 20 06

RECEIVED FROM Portland to Airport

TAXICAB FARE $ 36^{00}

DRIVER CAB NO.

*** T4 - EL PASEO ***
CA1 SERVICES
ONTARIO AIRPORT

12001 CYNTHIA S.

3394 FEB16'06 11:27AM

| | |
|---|---|
| 1 Smoked Ham | 6.95 |
| 1 Soda Large | 2.11 |
| Subtotal | 9.06 |
| Total Tax | 0.70 |
| Total Paid...... | 9.76 |
| CASH | 20.00 |
| Change Owed..... | 10.24 |

Your order number is: 3394

Lunch 12-16-06 Ontario Airport

BROADWAY CAB

Portland, OR

(503) 227-1234 1-800-248-TAXI

DATE 2/18 2006

RECEIVED FROM Portland Airport to Avalon Hotel

TAXICAB FARE $38^{00}

DRIVER CAB NO.

Tips $5^{00} $50 MFW

# OMNI HOTELS®

OMNI LOS ANGELES HOTEL
251 SOUTH OLIVE STREET
LOS ANGELES CA 90012
**Tele-** 213-617-3300 **Fax-** 213-617-3399

**Room Number:** 1405
**Daily Rate:** 0
**Room Type:** DDN
**No. of Guests:** 1 / 0

WALKER, MARION F (MR)
ORBITZ
424 GLENWOOD ROAD
BIRMINGHAM, AL 35216

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 02/20/06 | 02/22/06 | | ORBCOR | NETNOP | 16900321667 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 02/21/06 | 1405 | GRAND CAFE | 1405/2458/09:10/GRAND CAFE | $16.70 |
| 02/21/06 | 1405 | REFRESHMENT CENTER | 1405/62608/12:33/REFRESHMENT CENTER | $5.85 |

Meals

**TOTAL DUE:** $22.55

**Omni Hotels** is proud to be ranked **"Highest in Guest Satisfaction Among Upscale Hotel Chains"** in the J.D. Power and Associates 2005 North America Hotel Guest Satisfaction Study℠.
*Study based on 37,471 responses from guests who stayed in a hotel between December 2004 and May 2005. Fourteen updscale hotel chains were ranked in the study. www.jdpower.com*

ASH 3-6563

# OMNI HOTELS®

OMNI LOS ANGELES HOTEL
251 SOUTH OLIVE STREET
LOS ANGELES CA 90012
**Tele-** 213-617-3300 **Fax-** 213-617-3399

WALKER, MARION F (MR)
ORBITZ
424 GLENWOOD ROAD
BIRMINGHAM, AL 35216

**Room Number:** 1405
**Daily Rate:** 0
**Room Type:** DDN
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 02/20/06 | 02/22/06 | | ORBCOR | NETNOP | 16900321667 |

| DATE | ROOM NO | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 02/21/06 | 1405 | GRAND CAFE | 1405/2458/09:10/GRAND CAFE | $16.70 |
| 02/21/06 | 1405 | REFRESHMENT CENTER | 1405/62608/12:33/REFRESHMENT CENTER | $5.85 |
| 02/22/06 | 1405 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($22.55) |

**CREDIT DUE:** ($0.00)

**Omni Hotels** is proud to be ranked **"Highest in Guest Satisfaction Among Upscale Hotel Chains"** in the J.D. Power and Associates 2005 North America Hotel Guest Satisfaction Study℠.
*Study based on 37,471 responses from guests who stayed in a hotel between December 2004 and May 2005. Fourteen updscale hotel chains were ranked in the study. www.jdpower.com*

ASH 3-6563

CapitalOne | what's in your wallet?

My Recent Activity | My Statement | Pay My Bill | Customer Service

MARION WALKER
Account #: XXXX-XXXX-XXXX-1919

Feb 25, 2006 View

Balance

**MILES ONE VISA SIGNATURE Summary**

JAN 26 - FEB 25, 2006

| | |
|---|---|
| Previous Balance | $9,389.64 |
| Payments, Credits and Adjustments | $3,471.50 |
| Transactions, including Monthly Bills | $4,411.17 |
| Finance Charges | $99.52 |
| New Balance | $10,428.83 |
| Minimum Amount Due | $312.00 |
| Payment Due Date | Mar 25, 2006 |
| Total Revolving Credit Line | $14,000 |
| Total Available Revolving Credit | $3,571.17 |
| Credit Line for Cash | $2,800 |
| Available Credit for Cash | $2,800.00 |

*Your available credit may have been reduced by recent authorizations that have not yet posted to your credit card (e.g. for car rentals).

Download to Money | Download to Quicken

Spreadsheets (.CSV)
Other financial management software(.QIF)
Get help downloading your statement

See below for information on **Finance Charge** and **Annual Percentage Rate** imposed this period.

When you receive a statement or other correspondence in the mail, please continue to review it, as it may contain important messages or information about your account.

Important Account Messages and Disclosures

**Rewards Summary**

To view your mileage balance or redeem points, please contact the Capital One Rewards Center at 1-877-497-8316.

**Payments, Credits, and Adjustments**

| | | | |
|---|---|---|---|
| 1 | 26 JAN | PAYMENT RECEIVED - THANK YOU | $3,276.66- |
| 2 | 26 JAN | VSI*WINTERSILKS CREDIT | 29.95- |
| 3 | 06 FEB | MSN HOTMAIL PLUS CREDIT | 19.95- |
| 4 | 08 FEB | DELL CATALOG SALES L.P CREDIT | 99.00- |
| 5 | 13 FEB | PLO*PLOW AND HEARTH CREDIT | 15.99- |
| 6 | 15 FEB | VSI*WINTERSILKS CREDIT | 29.95- |

**Transactions**

| | | | |
|---|---|---|---|
| 7 | 24 JAN | AVALON HOTEL & SPA PORTLAND OR | $156.38 |
| 8 | 25 JAN | MY FLORIDA COUNTY COM 877-3268689 FL | 22.50 |
| 9 | 26 JAN | WESTERN #07 MOUNTAIN BROO AL | 23.35 |
| 10 | 26 JAN | RITE AID STORE 7379 VESTAVIA HILL AL | 56.11 |
| 11 | 27 JAN | JOHNS CITY DINER BIRMINGHAM AL | 14.88 |
| 12 | 27 JAN | GALLERY 2306 LLC BIRMINGHAM AL | 474.94 |
| 13 | 27 JAN | CHEVRON 00044666 BIRMINGHAM AL | 37.10 |
| 14 | 29 JAN | BARNES & NOBLE #2858 BIRMINGHAM AL | 26.11 |
| 15 | 30 JAN | DELTA AIR 0062317750 ATLANTA GA | 155.60 |
| 16 | 31 JAN | TERRACE CAFE BIRMINGHAM AL | 23.98 |
| 17 | 31 JAN | BIRMINGHAM MUSEUM OF A BIRMINGHAM AL | 47.97 |
| 18 | 31 JAN | SOUTHWESTAIR5262703537 DALLAS TX | 97.80 |
| 19 | 31 JAN | SOUTHWESTAIR5262703538 DALLAS TX | 145.30 |
| 20 | 31 JAN | SOUTHWESTAIR5262703540 DALLAS TX | 221.60 |
| 21 | 01 FEB | EXTRA SPACE STORAGE 07 VESTAVIA | 45.99 |

Handwritten notes: Pers. — Portland OFC (item 7) — Marketing - lunch Doris Sewell Pemco (item 16) — OFC to Oakland / to Portland / to Los Angeles (items 18–20)

Capital One

Auto Loans
New, Used

Savings
High Yield
Money M

Home Lo
Home Eq

Blank Ch

FREE Yea







| | | | |
|---|---|---|---|
| | | HILL AL | |
| 22 | 03 FEB | BONDS ONLINE GROUP 206-2369001 WA | 295.00 |
| 23 | 04 FEB | CHEVRON 00040840 HOMEWOOD AL | 28.30 |
| 24 | 05 FEB | PUBLIX #842 SA1 VESTAVIA HILL AL | 49.36 |
| 25 | 06 FEB | DELL CATALOG SALES L.P 800-624-9897 TX | 99.00 |
| 26 | 07 FEB | SURINS THAI BOWL & SUS BIRMINGHAM AL | 21.26 |
| 27 | 08 FEB | FIRST LIGHT INC BIRMINGHAM AL | 1,425.00 |
| 28 | 08 FEB | DR *WWW.ELEMENT5.INFO INTERNET MN | 29.95 |
| 29 | 08 FEB | RITE AID STORE 7379 VESTAVIA HILL AL | 90.58 |
| 30 | 09 FEB | ORB*DEQVCU 08006564546 IL | 501.34 |
| 31 | 15 FEB | LA QUINTA YAMAGCH SALN LA QUINTA CA | 261.12 |
| 32 | 19 FEB | AVALON HOTEL AND SPA PORTLAND OR | 55.70 |

OFC - Omni Hotel Los Angeles

**Monthly Bills and Related Expenses**

| | | | |
|---|---|---|---|
| 33 | 07 FEB | TWX*AOL SERVICE 0206 800-827-6364 NY | 4.95 |

**Finance Charges**

| | Balance rate applied to | Periodic rate | Corresponding APR | **FINANCE CHARGES** |
|---|---|---|---|---|
| PURCHASES | $9,083.74 | .03534%D | 12.90% | $99.52 |
| CASH | $.00 | .05425% | 19.80% | $.00 |

**ANNUAL PERCENTAGE RATE** applied to this period: **12.90%**

For New York residents only: New York residents may contact the New York State Banking Department (1-800-518-8866) for a comparative list of credit card rates, fees, and grace periods.

Capital One does not provide, endorse, nor guarantee and is not liable for third party products, services, educational tools, or other information available through this site. Read additional important disclosures.

Contact Us | Privacy | Security | Terms and Conditions

Capital One Bank, Capital One, F.S.B., members FDIC. ©2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

#3,359.34 personal (int. [illegible]) bus.
1,146.40
#4,505.74
adj.
#4,310.90

1,146.40
#3,085.63
personal
business

OFC hotel 1361.97

Tot. incurred by OFC $100.27

**Marion Walker**

**From:** DeltaElectronicTicketReceipt@delta.com
**Sent:** Tuesday, January 24, 2006 3:13 PM
**To:** MFWALKER@FORDHARRISON.COM
**Subject:** MARION F BIRMINGHAM 11FEB06

## Your Receipt and Itinerary

(Scan this barcode at a Delta Self-Service Kiosk to acc reservation.)

MARIONF WALKER
424 GLENWOOD RD
BIRMINGHAM AL 35216-1514

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMile

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.c Take control and make changes to your itineraries at delta.com/itineraries.

Enjoy the fastest way to the gate. For domestic travel, use delta.com's Online Check-in from 24 hours to 30 minute departure.

## Flight Information

DELTA CONFIRMATION #: C3JBIS
TICKET #: 00621724519345-35

| Day | Date | Flight | Status | Bkng Class | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|
| Sat | 11FEB | DELTA 1204 | OK | T | LV BIRMINGHAM<br>AR ATLANTA | 608A<br>800A | | 13A<br>COACH |
| Sat | 11FEB | DELTA 351 | OK | T | LV ATLANTA<br>AR ONTARIO | 915A<br>1122A | M | 32A<br>COACH |
| Wed | 22FEB | DELTA 1806 | OK | T | LV LOS ANGELES<br>AR ATLANTA | 1000A<br>508P | M | 23F<br>COACH |
| Wed | 22FEB | DELTA 1598 | OK | T | LV ATLANTA<br>AR BIRMINGHAM | 610P<br>601P | | 21E<br>COACH |

*Was this reimbursed by personal tax paid in December?* (handwritten)

Check your flight information online at delta.com or call the Delta Flightline at **800-325-1999.**

Baggage check-in requirements vary by airport. Please review Delta's Check-In Requirements for details. Please check in with the operating carrier.

Key to Terms
# - Arrival date different thar date
** - Check in required
*** - Multi meals
*S$ - Multiple seats

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purch
L - Lunch
LV - Departs
M - Movie
R - Refreshments - Complim
S - Snack
T - Cold meal

---

## Passenger Information

MARION F WALKER
Skymiles Number: *******782

## Billing Details

## Receipt Information

Fare Details: BHM DL X/ATL DL ONT123.25T7NBV/-LAX DL X/ATL DL BHM97.21TA21BV9 9 USD220.46END ZP BHMATLLAXATL XT US 16.53 ZP 13.20 AY 10.00 XF 16.50 BHM3ATL 4.5LAX4.5ATL4.5

| | | |
|---|---|---|
| Fare: | 220.46 USD | Form of Payment |
| Tax: | 56.23 XT | |
| Tax: | | |
| Tax: | | |
| Total: | 276.69 USD | Org Tkt 00623154436026 |
| | | Org FOP VI************1919 |

PENALTY APPLIES

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel. using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or cred apply and are displayed in the sections below.

This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise y airline or travel agent that you are traveling on a special fare.

---

## Delta Travel Voucher

Psgr: MARION F WALKER
Not Transferable

Delta Travel Voucher Number: 00605420785863
This document expires 24JAN07

Refer to the Delta Travel voucher number for future travel-related services.

Orginal Ticket Number: 00623154436026
New Ticket Number: 00621724519345-35
PNR Code: C3JBIS

Date of Issue: 24JAN06
Place of Issue: DFWRES
Issuing Agent ID: DL/KN

FARE: 33.10 USD
TOTAL: 33.10 USD

NON REFUNDABLE/NON ENDORSABLE/VALID ON DELTA ONLY

## Service Charge/Fees

Psgr: MARION F WALKER Service Charge/Fee Number: 00621724519345
Not Transferable

Retain this receipt for your records. The amount shown below is the total of any nonrefundable service charges or in conjunction with issuance, exchange or refund of the following tickets/documents, including any direct ticket cha included in the fare you were quoted.

Original Ticket Number: 00623154436026 11NOV05 Date of Issue: 24JAN06
New Ticket Number: 00621724519345-35 Place of Issue: DFWRES
PNR Code: C3JBIS Issuing Agent ID: DL/KN

ASC/FEES: 50.00 USD
TOTAL: 50.00 USD

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

TICKET #: 00621724519345-35
Issue Date: 01/24/06 Expiration: 11/11/06
Place of Ticket Issue: DFWRES
Issuing Agent Id: DL/KN
Ticket Issue date: 24JAN06
Not Transferable

Special offers for Delta flyers.

Need a room? Save up to 50% off regular rates using delta.com hotels.

Mix and match Dining bonuses to earn thousands of miles - join for free.

Hertz

Delta

SkyMiles Dining and Hotels

## Conditions of Carriage

Air transportation on Delta, the Delta Connection carriers, and Song® is subject to Delta's conditions of carriage. T include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- Claim restrictions, including time periods within which you must file a claim or bring an action against us
- Our right to change terms of the contract

- Check-in requirements and other rules establishing when we may refuse carriage
- Our rights and limits of our liability for delay or failure to perform service, including schedule changes, subst alternative air carriers or aircraft, and rerouting
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage o delta.com, or by requesting a copy from Delta.

---

You have received this e-mail because you elected to receive your Electronic Ticket receipt sent to you via e-mail. If you would like to take advantage o e-mail programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

COPYRIGHT INFORMATION This e-mail message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. · Delta Blvd. P 20706 · Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only e-mail. Please do not respond to this message.

Help

AIR | CAR | HOTEL | CRUISE | VACATION PACKAGES | TRAVEL SUMMARY — Go to Travel Center

PLAN TRIP ▶ SELECT FLIGHT ▶ PRICE ▶ PURCHASE ▶ BOOKED

Beginning 24 hours prior to your scheduled departure, you may check in online for your flight and print a boarding pass at **southwest.com**. Boarding passes are also available at a Southwest Airlines Skycap Podium, Ticket Counter, or RAPID CHECK-IN Kiosk.

## Southwest Airlines Confirmation Number(s)

| Passenger Type | Confirmation Number | Passenger | Account Number |
|---|---|---|---|
| Adult | BRKGCX | Marion Walker | 00000209722041 |

Use the information you have already entered to create MySouthwest - your own personal travel web site! Store your travel preferences and purchase information and save time on future bookings. Set up MySouthwest now!

Receive Exclusive Offers directly to your desktop.

Subscribe to Click 'n Save® E-mail Updates.

SOUTHWEST AIRLINES RAPID REWARDS Enroll in our frequent flyer program, **Rapid Rewards**.

## Air Itinerary

| Trip | Date | Day | Stops | Routing | Flight | Routing Details |
|---|---|---|---|---|---|---|
| Depart | Feb 20 | Mon | 1 | PDX-LAX | 2206 | Depart Portland (PDX) at 6:20 PM<br>Arrive in Los Angeles (LAX) at 9:40 PM |

## Pricing

| Passenger Type | Trip | Routing | Type of Fare | Base Fare | U.S. Taxes | PFC | Security Fee[1] | Passenger(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Adult | Depart | PDX-LAX | Refundable Fare | $193.49 | $21.11 | $4.50 | $2.50 | 1 | $221.60 |
| | | | **Total** | **$193.49** | **$21.11** | **$4.50** | **$2.50** | | **$221.60** |

1 Security Fee is the government-imposed September 11th Security Fee.

## Billing Information

**Company Name:** Ford & Harrison LLP
**Credit Card Holder Name:** Marion Walker
**Billing Address:** 2100 3rd Ave. N., Suite 400
Birmingham, AL 35203

**Confirmation Number:** BRKGCX
**Passenger Type:** Adult
**Passenger Name(s):** Marion Walker
**Form of Payment:** Visa: XXXXXXXXXXXX1919

$221.60

U.S. Security