Southwest Airlines Ticketless Travel Confirmation                                            Page 2 of 3

| Total Air | Base Fare | Taxes | PFC | Fee[1] | Passenger(s) | Total |
|---|---|---|---|---|---|---|
| PDX - LAX | $193.49 | $21.11 | $4.50 | $2.50 | 1 | $221.60 |

[1] Security Fee is the government-imposed September 11th Security Fee.

## For questions or changes concerning your flight reservation, call Southwest Airlines at 1-800-IFLYSWA (1-800-435-9792).

## Air purchase complete...

**Go To Next Step - Reserve Car >>**

Book Another Flight                              Return to southwest.com Home

## Thank you for using southwest.com to purchase your Ticketless Travel

**SOUTHWEST AIRLINES®**
**southwest.com**

For internal use only:

Confirmation Number: BRKGCX

1 PASSENGER(S)                    PDX-LAX          YL          $221.60

VALID ON SOUTHWEST AIRLINES ONLY

### Snack Service

If your total flight itinerary includes a series of flights that each are less than two hours in duration, you will be served peanuts/pretzels on each flight segment. If your flight itinerary includes any nonstop flight longer than two hours, you will be served a packaged snack on that flight segment. Southwest Airlines does not serve sandwiches or meals; however, you may bring something to eat on board.



Apply for the new Southwest Airlines Rapid Rewards Visa Signature card and receive a roundtrip Award even faster. Receive four bonus credits after your first purchase. Plus, receive Double Reward Dollars on all Southwest Airlines purchases.

## CHECKIN REQUIREMENTS AND REFUND INFORMATION

- Southwest Airlines Ticketless Travel is nontransferable. Government-issued photo identification is required at time of checkin.
- **Customer Checkin Requirement:**
  Flights Operated by Southwest Airlines - Customers who do not claim their reservations at the departure gate desk at least ten (10) minutes before scheduled departure time for flights operated by Southwest Airlines will have their reserved space cancelled and will not be eligible for denied boarding compensation.
- **Refunds** - Any change to this itinerary may result in a fare increase. To make application for a refund of any unused air fare, please write Southwest Airlines Refunds Department - 6RF, P.O. Box 36611, Dallas, TX 75235-1611. Refund requests must include a copy of this document and/or your confirmation number, date of travel and flight number, and all credit card billing information including the amount and purchase reference numbers.

## CONDITIONS OF CONTRACT

**Southwest Airlines Co. - Notice of Incorporated Terms** - This notice is part of the Conditions of Contract. Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are herein incorporated by

Orbitz: Your Hotel Confirmation                                                    Page 1 of 2

## Pam Bolton

**From:**    Orbitz Traveler Care [travelercare@orbitz.com]
**Sent:**    Thursday, February 09, 2006 3:43 PM
**To:**      Marion F. Walker
**Subject:** Hotel Reservation Confirmation

**ORBITZ** AND GO!®    "Highest Customer Satisfaction For Independent Travel Web Sites – Hotels"    See why



## Your Hotel Confirmation

Hello Marion,

Thanks for booking on Orbitz. This e-mail confirms your hotel reservation .

Please review the cancellation policy and other details of this reservation in the **"My Trips"** section on the Orbitz site. If you have any questions, you can **e-mail** us.

Access your account and trip details online with this temporary password: *wFDUCWpysKQf*

**See sign-in instructions below.**

### Hotel Information

**Trip Name:** Los Angeles 2/20/06
**Confirmation code:** DEQVCU
**Guest name:** Marion Walker
**Hotel name:** Omni Los Angeles Hotel at California Plaza
**Address:**
251 South Olive Street
Los Angeles, CA 90012
**Phone number:** 213-617-3300
**Check-in date:** Mon, Feb 20, 2006
**Check-out date:** Wed, Feb 22, 2006
**Total number of guests:** 1
**Total number of rooms:** 1 room
Deluxe room request 1 king or 2 double beds
**Rate description:** OrbitzSaver - Buy Now and Save!
**Average rate per night:** $214.00
**Amount charged to your credit card:** $501.34
**Cancellation:**
        Cancellations or changes more than 1 day prior to 12:01 am Central Time on the day of arrival are subject to a $25 charge. Cancellations or changes within 1 day prior to 12:01 am Central Time on the day of arrival are subject to a charge equal to room and tax for the first night.

February 9, 2006

This purchase is subject to our **Privacy Policy** and our **Terms and Conditions**.

### Billing Information
**Credit card holder's name:** Marion F. Walker
**Credit card type:** Visa
**Credit card number:** xxxx-xxxx-xxxx-1919

**Address:**
424 Glenwood Road

Birmingham, AL 35216
United States

**E-Mail:**
pbolton@fordharrison.com

### Orbitz extras

Check out **News & Guides** for the latest travel news, tips, flying forecasts and helpful resources for planning your trip.

Here are some tips to help you get the most out of Orbitz:

-   To change your e-mail address, or any other personal information, go

Cancellations or changes after 12:01 am Central Time on the day of arrival are subject to a 100% charge. We are sorry but refunds are not available for early check-out. The hotel is not authorized to make an exception to this policy.

## Sign-in instructions

We have created a temporary password that will allow you to access your account and trip information.

There are two ways to access your account with that password:

1. Click on the following link, and you will be automatically logged in with the temporary password: **https://www.orbitz.com/Secure/...**
2. Go to the sign-in page: **https://www.orbitz.com/App/RequiredLogin** Enter your member ID (e-mail address), and cut and paste the following temporary password into the password field: *wFDUCWpysKQf*

After logging in, you will be prompted to create a new password. Once you've changed your password you can:

- access your booked trips
- print and e-mail your itineraries
- view and change your seats (if available)
- change or cancel your reservations
- set up Care Alerts to receive updates on flight delays and cancellations by mobile phone.

Again, thank you for choosing Orbitz.

Enjoy your trip!

**Orbitz Customer Care**

P.S. Need an answer? Check out our **Customer Service** section.

to "My Account."

-As a member, you have access to Orbitz exclusive e-mail offers and fares sales alerts from *your home city*. Sign up now.

-Your personal information will not be shared with anyone else for marketing purposes. See our privacy policy.










### My Trips

## Los Angeles 2/20/06

Travel Watch: news & resources

My Account

**My Trips**

Los Angeles 2/20/06
Past trips
Canceled trips
Ticket terms and
conditions



**Trip tools**

Print itinerary
E-mail itinerary
City guides

---

**Your purchase is complete. Click here to claim $10 cash back on this travel reservation. Click for details now!**
From Great Fun, an Orbitz partner

[Click for details]

## Hotel reservation

**Confirmation number:**
DEQVCU

**Reservation made for:**
Marion Walker

**Total guests:** 1
**Total rooms:** 1
**Total cost:** $501.34
View full cost details
View billing information

**Hotel reservation**

Cancel hotel reser
Change hotel reser

---

Mon, Feb 20, 2006
Wed, Feb 22, 2006

Check-in
Check-out

**Omni Los Angeles Hotel at California Plaza**
Address
251 South Olive Street
Los Angeles, CA 90012
Phone:          213-617-3300
Fax:             213-617-3399
Check in/out:   4:00PM / 12:00PM

**Room description**
OrbitzSaver - Buy Now and Sav
Deluxe room request 1 king or 2

**Special requests**
non-smoking, late check in, afte
time

These requests cannot be gu
Orbitz recommends that you
hotel directly to ensure your
be accommodated.

---

**Hotel Cost Summary (1 guest - 1 room - 2 nights)**

| Room rate | Mon | Tue |
|---|---|---|
| Feb 20-Feb 21 | $199 | $229 |
| Total room cost $428.00 | | |





My Account

My Trips

Los Angeles 2/20/06
Past trips
Canceled trips
Ticket terms and
conditions



## Thanks for booking on Orbitz.

### Your hotel reservation has been confirmed.
### Los Angeles 2/20/06

View full trip details

**Trip tools**

Print itinerary
E-mail trip itinerary
City guides
Add my interests

Your purchase is complete. Click here to claim $10 cash back on this
travel reservation. Click for details now!
From Great Fun, an Orbitz partner

Click for details ▶

**PLANNING A TI**

Take along the Am
Express® Traveler
Card. It's safer tha
but has all the con
of a Card.

### Hotel reservation

We'll e-mail you details about your hotel reservation and important customer
service information
**Omni Los Angeles Hotel at California Plaza**

**Confirmation number:**
DEQVCU

**Total room cost:**
$501.34
excludes incidental charges.

**Mon, Feb 20, 2006 to**
**Wed, Feb 22, 2006**
Los Angeles, CA

View full trip details

**Hotel reservation**

Cancel hotel reser
Change hotel reser

**Fromme**

www.frommer
You've book
the room, n
plan your t

### Save on flights and car rentals for Los Angeles

#### Flights

**From:** Birmingham, United Kingdom (BHX)
**To:** Los Angeles, CA
**Leave:** Mon, Feb 20, 2006  **Return:** Wed, Feb 22, 2006

**Travelers (up to 9)**

| 1 | Adult (18-64) | 0 | Child (2-11) | 0 | Infant in lap (under 2 yrs) |
| 0 | Senior (65+) | 0 | Youth (12-17) | 0 | Infant in seat (under 2 yrs) |

| Taxes & fees | $73.34 |
|---|---|
| **Total cost** | $501.34 |
| **Excludes incidental charges** | |

| | |
|---|---|
| Cancellation: | Cancellations or changes more than 1 day prior to 12:01 am Central Time on arrival are subject to a $25 charge. Cancellations or changes within 1 day pric Central Time on the day of arrival are subject to a charge equal to room and t night. Cancellations or changes after 12:01 am Central Time on the day of arr to a 100% charge. We are sorry but refunds are not available for early check-not authorized to make an exception to this policy. |
| Deposit: | $501.34 deposit required by 02/09/2006 Prepayment by credit card required |
| pre-pay: | Prepayment by credit card required. |

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. F change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. Inc charges, such as room service, are not included in the rate.

## Billing Information

| | |
|---|---|
| **Card holder's Name:** | Marion F. Walker |
| **Card type:** | Visa |
| **Card number:** | xxxx-xxxx-xxxx-1919 |

**Your purchase is complete. Click here to claim $10 cash back on this travel reservation. Click for details now!**
From Great Fun, an Orbitz partner

Click for details ▶



My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights
Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises                Add Orbitz
RSS feeds  RSS

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN BUSINESS TRAVEL
2005 2004 2003
Business Travel Magazine

Itinerary 1499070282

Page 1 of 2



**▲Delta**

Getting Started    Hotels    Cars    Activities

Sign In/Sign Out    My Trips    My Profile    Cu

## Ontario, CA (Change name)

My Itineraries ▾

Trip itinerary ▸

Trip maps

---

QUESTIONS?

- Use the itinerary assistance e-mail form.
- Call us for itinerary assistance at 1-800-596-7708. For international calls, contact 001-702-939-2525.

**My Trip**

| Car: Hertz -- Ontario ↓ | Reserved |

🖨 Print version          🗑 Delete itinerary          🗺 Maps
📧 E-mail itinerary

**Car:** Ontario                                          back to top

**Reservation has been sent to Hertz. Remember to cancel this car reservation if your plans change.**

WWTE partnered with delta.com itinerary number: **1499070282**
WWTE partnered with delta.com booking ID: OEBMIH
Hertz confirmation number: D17610801D0

**Main contact:** Marion F. Walker
E-mail: mfwalker@fordharrison.com
Home phone: (205) 244-5916

### Traveler and cost summary                           Rental rate

| Driver: **Marion Walker** | Midsize Car: $219.99/Week, Unlimited mileage, Extra hour: $22.00, Extra day: $44.00 | | |
|---|---|---|---|
| | | Base price | $219.99 |
| | | Estimated taxes and fees | $27.05 |
| | | Car rental total* | $247.04 |

\* Includes estimated taxes and fees. Car charges are billed at time of rental.

**Weekly rates** often reflect a savings over daily rates; returning a weekly rental early may not result in a proportionate refund. Additional days beyond the weekly rate plan periods may be charged at the extra day rate (shown below).

### Car rental summary

🚗 **Sat Feb-11-2006**

**Hertz Midsize Car:** Air conditioning, automatic transmission, unlimited mileage.          *Hertz*

**Pick up:**                          **Drop off:**
Sat Feb-11-2006 12:00 PM          Thu Feb-16-2006 1:00 PM

**Location:** counter and car in terminal, Ontario, CA (ONT)
**Hours of operation:** 2/11/2006: 12:00 am - 1:30 am, 2/16/2006: 12:00 am - 1:30 am

**Check with car rental company directly regarding off hours pick-up/drop-off.**

### Car vendor rules & regulations

## Pam Bolton

**From:**    Marion Walker
**Sent:**    Friday, January 27, 2006 10:59 AM
**To:**       Pam Bolton
**Subject:** FW: Delta.com Hotels travel confirmation - Ontario, CA - Feb 11, 2006 - (Itin# 1499070282)

I went ahead and made the rental reservation because I realized I would have to provide passwords etc. Please put this confirmat ion with the stuff.
-----Original Message-----
**From:** delta@travel.wwte1.com [mailto:delta@travel.wwte1.com]
**Sent:** Friday, January 27, 2006 9:52 AM
**To:** mfwalker@fordharrison.com
**Subject:** Delta.com Hotels travel confirmation - Ontario, CA - Feb 11, 2006 - (Itin# 1499070282)

## Travel Confirmation

Thank you for booking your trip with WWTE partnered with delta.com. Underline this itinerary online for the most up-to-date information.

**Need a hotel or a car in Ontario? Here are some options we've found for you.**
- AmeriSuites Ontario Mills **$172.00** per night          ⊡ Search for more hotels
- Ramada Limited Ontario Airport **$57.80** per night      ⊡ Search for more cars
- Best Western InnSuites **$103.20** per night
- Car Rental - Economy  Midsize  Full Size

---

**Car:** Ontario

**Reservation has been sent to Hertz.** Remember to cancel this car reservation if your plans change.

WWTE partnered with delta.com itinerary number: **1499070282**          Main contact: Marion F. Walker
WWTE partnered with delta.com booking ID:  OEBMIH                       E-mail: mfwalker@fordharrison.com
Hertz confirmation number:  D17610801D0                                Home phone: (205)  244-5916

### Traveler and cost summary                                                    Rental rate

| Driver: **Marion Walker** | Midsize Car: $219.99/Week,<br>Unlimited mileage,<br>Extra hour: $22.00,<br>Extra day: $44.00 | | |
|---|---|---|---|
| | | Base price | $219.99 |
| | | Estimated taxes and fees | $27.05 |
| | | Car rental total* | **$247.04** |

* Includes estimated taxes and fees. Car charges are billed at time of rental.

Weekly rates often reflect a savings over daily rates; returning a weekly rental early may not result in a proportionate refund. Additional days beyond the weekly rate plan periods may be charged at the **extra day** rate (shown below).

### Car rental summary

#### Sat Feb-11-2006

**Hertz Midsize Car:** Air conditioning, automatic transmission, unlimited mileage.

**Pick up:**                                    **Drop off:**
Sat Feb-11-2006 12:00 PM                          Thu Feb-16-2006 1:00 PM

**Location:** counter and car in terminal, Ontario, CA (ONT)
**Hours of operation:** 2/11/2006: 12:00 am - 1:30 am, 2/16/2006: 12:00 am - 1:30 am

**Check with car rental company directly regarding off hours pick-up/drop-off.**

Message                                                                                        Page 2 of 2

## Car vendor rules & regulations

- Renter must have a valid driver's license. Age restrictions may apply if you are younger than 25 or older than 65.
- The minimum rental period is 5 days; the maximum rental period is 28 days.
- No refunds will be given for early drop-off.
- Certain conditional charges may apply to your rental. These charges are not included in the total price shown above.
- Charges for optional services are not included. These services can be purchased at time of rental.
- Any changes or cancellation must be made at least 72 hours before your scheduled pick-up time to avoid penalties.
- A valid credit card in the driver's name must be presented at pickup to guarantee against any additional charges. Some rental car agencies also accept debit cards.

Please see the detailed rental information page for this car rental.

## What else can we help you with?

 **Save on hotels** in Ontario

- AmeriSuites Ontario Mills
  From $172.00 per night
- Ramada Limited Ontario Airport
  From $57.80 per night
- Best Western InnSuites
  From $103.20 per night

Search for more hotels

 **Save on another car** in Ontario

At the airport:
- Economy
- Midsize
- Full Size

Search for more cars

## Customer Support

**Itinerary number: 1499070282**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours: For immediate assistance call WWTE partnered with delta.com at 1-800-596-7708. For international calls, contact 001-702-939-2525 and have the itinerary number ready.

Thank you for choosing WWTE partnered with delta.com

http://travel.wwte1.com/pubspec/scripts/eap.asp?goto=jump&eapid=11383-30001&jurl=
Delta
http://www.delta.com/home/index.jsp

1/27/2006

Southwest Airlines Ticketless Travel Confirmation                                    Page 1 of 3





| AIR | CAR | HOTEL | CRUISE | VACATION PACKAGES | TRAVEL SUMMARY | Go to Travel Center |

▶ PLAN TRIP    ▶ SELECT FLIGHT    ▶ PRICE    ▶ PURCHASE    ▶ BOOKED

 Beginning 24 hours prior to your scheduled departure, you may check in online for your flight and print a boarding pass at southwest.com. Boarding passes are also available at a Southwest Airlines Skycap Podium, Ticket Counter, or RAPID CHECK-IN Kiosk.

## Southwest Airlines Confirmation Number(s)

| Passenger Type | Confirmation Number | Passenger | Account Number |
|---|---|---|---|
| Adult | **BDAGCF** | Marion Walker | 00000209722041 |

**MySouthwest** @SOUTHWEST.COM   Use the information you have already entered to create MySouthwest - your own personal travel web site! Store your travel preferences and purchase information and save time on future bookings. Set up MySouthwest now!

  Receive Exclusive Offers directly to your desktop.      Subscribe to Click 'n Save® E-mail Updates.     Enroll in our frequent flyer program, **Rapid Rewards**.

## Air Itinerary

| Trip | Date | Day | Stops | Routing | Flight | Routing Details |
|---|---|---|---|---|---|---|
| Depart | Feb 16 | Thu | N/S | ONT-OAK | 2513 | Depart Ontario (ONT) at 1:00 PM<br>Arrive in Oakland (OAK) at 2:10 PM |

## Pricing

| Passenger Type | Trip | Routing | Type of Fare | Base Fare | U.S. Taxes | PFC | Security Fee[1] | Passenger(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Adult | Depart | ONT-OAK | Advance Purchase Fare | $82.79 | $9.51 | $3.00 | $2.50 | 1 | $97.80 |
|  |  |  | **Total** | **$82.79** | **$9.51** | **$3.00** | **$2.50** |  | **$97.80** |

1 Security Fee is the government-imposed September 11th Security Fee.

## Billing Information

**Company Name:** Ford & Harrison, LLP
**Credit Card Holder Name:** Marion Walker
**Billing Address:** 2100 3rd Ave. N., Suite 400
Birmingham, AL 35203
**Confirmation Number:** BDAGCF
**Passenger Type:** Adult
**Passenger Name(s):** Marion Walker
**Form of Payment:** Visa: XXXXXXXXXXXX1919

U.S.                                    Security

$97.80

| | Total Air<br>ONT - OAK | Base Fare<br>$82.79 | Taxes<br>$9.51 | PFC<br>$3.00 | Fee1<br>$2.50 | Passenger(s)<br>1 | Total<br>$97.80 |
|---|---|---|---|---|---|---|---|

1 Security Fee is the government-imposed September 11th Security Fee.

**For questions or changes concerning your flight reservation, call Southwest Airlines at 1-800-IFLYSWA (1-800-435-9792).**

## Air purchase complete...

Go To Next Step - Reserve Car >>

Book Another Flight                    Return to southwest.com Home

## Thank you for using southwest.com to purchase your Ticketless Travel

For internal use only:

SOUTHWEST AIRLINES®        Confirmation Number: BDAGCF
southwest.com              1 PASSENGER(S)        ONT-OAK        Q14NR        $97.80

                          VALID ON SOUTHWEST AIRLINES ONLY

### Snack Service

If your total flight itinerary includes a series of flights that each are less than two hours in duration, you will be served peanuts/pretzels on each flight segment. If your flight itinerary includes any nonstop flight longer than two hours, you will be served a packaged snack on that flight segment. Southwest Airlines does not serve sandwiches or meals; however, you may bring something to eat on board.



Apply for the new Southwest Airlines Rapid Rewards Visa Signature card and receive a roundtrip Award even faster. Receive four bonus credits after your first purchase. Plus, receive Double Reward Dollars on all Southwest Airlines purchases.

## CHECKIN REQUIREMENTS AND REFUND INFORMATION

- Southwest Airlines Ticketless Travel is nontransferable. Government-issued photo identification is required at time of checkin.
- **Customer Checkin Requirement:**
  Flights Operated by Southwest Airlines - Customers who do not claim their reservations at the departure gate desk at least ten (10) minutes before scheduled departure time for flights operated by Southwest Airlines will have their reserved space cancelled and will not be eligible for denied boarding compensation.
- **Refunds** - Any change to this itinerary may result in a fare increase. To make application for a refund of any unused air fare, please write Southwest Airlines Refunds Department - 6RF, P.O. Box 36611, Dallas, TX 75235-1611. Refund requests must include a copy of this document and/or your confirmation number, date of travel and flight number, and all credit card billing information including the amount and purchase reference numbers.

## CONDITIONS OF CONTRACT

**Southwest Airlines Co. - Notice of Incorporated Terms** - This notice is part of the Conditions of Contract. Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are herein incorporated by

Email Confirmation

## Pam Bolton

**From:** 'Courtyard By Marriott Reservations' [reservations@courtyard.com]
**Sent:** Tuesday, January 31, 2006 4:09 PM
**To:** PBOLTON@FORDHARRISON.COM
**Subject:** Courtyard Oakland Emeryville Reservation Confirmation #80076153

$214⁰⁰
+



**Courtyard Oakland Emeryville >>**

**Confirmation number:**
**80076153**



5555 Shellmound Street
Emeryville, California 94608
USA
Phone: 1-510-652-8777
Fax: 1-510-652-8799

Maps & Transportation >>
Driving Directions >>
Restaurants & Lounges >>
Area Information >>

**Dear MARION WALKER,**
We are pleased to confirm your reservation with Courtyard by Marriott. Below is a summary of your booking and room information. Enjoy your stay at Courtyard, where you can work or relax in comfort. Courtyard makes life on the road better.

**Modify or Cancel Online >>**
Or call 1-800-321-2211 in the US and Canada. View worldwide reservation telephone numbers >>.

**Your Reservation**

**Confirmation #: 80076153**

**Marriott Rewards**
Not a member? Earn points for each stay. Join today >> Join Marriott Rewards. Earn mega bonus points >>

**Check-in:**
Thu, Feb 16, 2006 [3:00pm]

**Check-out:**
Fri, Feb 17, 2006 [12:00pm]

**High-Speed Internet Access**

We offer high-speed internet. Check out your connectivity options >>

Questions about this reservation? Contact us >>

You can modify or cancel this reservation online or call us at 1-800-321-2211 in the US and Canada. Elsewhere, call our worldwide reservation telephone numbers.

**Guarantee method:**
Credit card guarantee
Visa

**Travel Options**
Find a flight >>
Rent a car >>
Book a hotel >>

**Marriott Rewards number:**
None

Not a member? Earn points for each stay. Join today >>

**Cancellation policy:**
Cancellation permitted
- before 1800 day of arrival
CANCELLATION FEE
1 nights rm & tax cxl fee - TOTAL 239.68 USD
- as first night payment

**Offers**
Special deals on auto rentals from Hertz >>

Rest easy. You have received the best possible rate on your Marriott room. Guaranteed. Learn more >>

**Your Room**

**Number of rooms:** 1
**Room type:** One King Bed w/pullout Sofabed

**You have requested:**
Non-Smoking Room, Guaranteed

**Guests in room:** 1
**Guest 1:** MARION WALKER

Special request fees may apply.

**Rate Information**

Find & Reserve | Specials & Packages | Destinations | Events & Meetings | Marriott Rewards

Find & Reserve

Hotel Search Options ⊞

Hotel Directory

New Hotels

Look Up Reservations

Telephone Reservations

Marriott's Look No Further ⊞
Guarantee

## Confirmation – Step 6 of 6

**Courtyard Oakland Emeryville**
5555 Shellmound Street
Emeryville, CA 94608
1 510 652-8777
More hotel Information >>

> **Thank you for your reservation.**
> Your reservation is guaranteed to your Visa card.
> An email with this Information has been sent to
> pbolton@fordharrison.com. We look forward to greeting you.

**Guest name: MARION WALKER**
**Confirmation number: 80076153**
**Check-in date:** February 16, 2006 (Thursday)
**Check-out date:** February 17, 2006 (Friday)
**Number of rooms:** 1
**Guests per room:** 1

### Room Description

**Suite With 1 King Bed**
One King Bed w/pullout Sofabed
spacious living area, full size desk, easy
access to free high speed internet

### Room Preferences

**Room 1**
Non-Smoking Room has been guaranteed.

### Room Rate

| Charges | Cost per night per room (USD) |
| --- | --- |
| February 16, 2006 (Thursday) - February 17, 2006 (Friday) (1 night(s)) | 214.00 |
| Regular Rate, King Suite, 1 king bed, pullout sofa, separate living area, free parking and high speed Internet | |

**Reservation Utilities**

Print this reservation >>

E-mail to a friend >>

Send to Microsoft Outlook >>

Map & nearby airports >>

Driving directions >>

Business attractions >>

For faster reservations,
create an account and save
your Information >>

**How to review, change or
cancel**
You may review, change or
cancel your reservation online:

Look up reservations >>   *new!*

**Find a Flight on Marriott.com**
Book your flight with people
you know — Marriott! >>

**Find Your Favorite Car
Rental Company on
Marriott.com**
Find more rental car choices
with Marriott! >>

**Special Deal for Marriott
Customers**

Great offers on your auto
rentals >>

*Hertz*

**Marriott Rewards Visa®**

Southwest Airlines Ticketless Travel Confirmation

Page 1 of 3





| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **AIR** | **CAR** | **HOTEL** | **CRUISE** | **VACATION PACKAGES** | **TRAVEL SUMMARY** | | Go to Travel Center |

Help

PLAN TRIP ▶ SELECT FLIGHT ▶ PRICE ▶ PURCHASE ▶ **BOOKED**

**Check in 24 IN ADVANCE** Beginning 24 hours prior to your scheduled departure, you may check in online for your flight and print a boarding pass at southwest.com. Boarding passes are also available at a Southwest Airlines Skycap Podium, Ticket Counter, or RAPID CHECK-IN Kiosk.

## Southwest Airlines Confirmation Number(s)

| Passenger Type | Confirmation Number | Passenger | Account Number |
|---|---|---|---|
| Adult | **BMNG5A** | Marion Walker | 00000209722041 |

 Use the information you have already entered to create MySouthwest - your own personal travel web site! Store your travel preferences and purchase information and save time on future bookings. Set up MySouthwest now!

 Receive Exclusive Offers directly to your desktop.  Subscribe to Click 'n Save® E-mail Updates.    **SOUTHWEST AIRLINES RAPID REWARDS** Enroll in our frequent flyer program, Rapid Rewards.

## Air Itinerary

| Trip | Date | Day | Stops | Routing | Flight | Routing Details |
|---|---|---|---|---|---|---|
| Depart | Feb 17 | Fri | N/S | OAK-PDX | 823 | Depart Oakland (OAK) at 4:20 PM<br>Arrive in Portland (PDX) at 5:55 PM |

## Pricing

| Passenger Type | Trip | Routing | Type of Fare | Base Fare | U.S. Taxes | PFC | Security Fee1 | Passenger(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Adult | Depart | OAK-PDX | Refundable Fare | $125.58 | $12.72 | $4.50 | $2.50 | 1 | $145.30 |
| | | | Total | $125.58 | $12.72 | $4.50 | $2.50 | | $145.30 |

1 Security Fee is the government-imposed September 11th Security Fee.

## Billing Information

**Company Name:** Ford & Harrison LLP
**Credit Card Holder Name:** Marion Walker
**Billing Address:** 2100 3rd Ave. N., Suite 400
Birmingham, AL 35203
**Confirmation Number:** BMNG5A
**Passenger Type:** Adult
**Passenger Name(s):** Marion Walker
**Form of Payment:** Visa: XXXXXXXXXXXX1919

U.S.              Security



Message

**Pam Bolton**

| | |
|---|---|
| **From:** | Marion Walker |
| **Sent:** | Tuesday, January 24, 2006 6:53 PM |
| **To:** | Pam Bolton |
| **Subject:** | FW: Confirmation |

The process begins.

-----Original Message-----
**From:** reservations@avalonhotelandspa.com [mailto:reservations@avalonhotelandspa.com]
**Sent:** Tuesday, January 24, 2006 5:47 PM
**To:** reservations@avalonhotelandspa.com; mfwalker@fordharrison.com
**Subject:** Confirmation

# Avalon Hotel And Spa    503-802-5800

## 0455 S W Hamilton Court
## Portland, OR 97239

January 24, 2006

Thank you for choosing Avalon Hotel & Spa.

We are pleased to confirm the following arrangements:

| | | | |
|---|---|---|---|
| Confirm # | : 40590 | Arrival | : Friday, February 17, 2006 |
| Guest | : Marion Walker | Departure | : Monday, February 20, 2006 |
| Address | : 424 Glenwood Road | # Of Nights | : 3 |
| | : | Guests | : 1 |
| City/St/Zip | : Birmingham Ala 35216 | Rooms | : 1 |
| Country | : USA | Room Type | : Riverside King |
| | : | Rate Type | : Internet |
| Your reservation is guaranteed. | | Total rate | : $ 417 |

Daily Rates: 02/17 02/18 02/19
              $139  $139  $139

A deposit of    156.38 has been received. (Visa)
Balance of      312.76 due upon check-out, plus any other

1/27/2006

Message

charges incurred during your stay. Balance includes an occupancy tax of  12.50%.

# FORD & HARRISON LLP

**RECEIVED**

APR 4 - 2007

## TRAVEL REIMBURSEMENT FORM

ACCOUNTING ATLANTA

M

| | | | | |
|---|---|---|---|---|
| Trip number should be your initials followed by any numbers/letters that are meaningful to you. | **Employee Name** | Marion F. Walker | **Office** | Birmingham |
| | **Trip Number** | 040307-MFW | **CMS Code** | MFW |

| Airline and Car Rental Ticket number must be at least 10 digits. Attach all receipts/tickets. | **Expenses Paid by Firm** | **Ticket/Receipt Number** | **Amount** |
|---|---|---|---|
| | Airline | ENTERED IN COMPUTER VENDOR # 9085 | |
| | Airline | | |
| | Car Rental | SESSION # 17738 | |
| | Hotel | DATE 4/4/07 | |
| | Meals | A/P REP ATA | |
| | Parking | | |
| | Other | | |
| | **Total Expenses Paid by Firm** | | $0.00 |

| Enter all personal funds used during the trip (cash and credit cards). Attach all receipts. | **Personal Funds Used** | | **Amount** |
|---|---|---|---|
| | Airline | | $1,786.50 |
| | Car Rental | | |
| | Hotel | | |
| | Meals | | |
| | Parking | | |
| | Other | | |
| Personal automobile mileage allowances follows IRS published guidelines and are periodically changed. | Personal Automobile (.485 per mile) | Number of miles | $0.00 |
| Per Diem allowances are for associates only. Enter the number of nights spent. | Per Diem Allowance @ $20 per night (Associates Only) | Number of nights | $0.00 |
| | **Total Personal Funds** | | $1,786.50 |
| | **Less  Amount not Reimbursable** | | |
| | **Refund Due** | | $1,786.50 |
| | **Total Travel Expenses** | | $1,786.50 |
| | **Less:  Per Diem Allowance** | | $0.00 |
| Record the distribution of 'Net Chargeable Travel' to client(s) below | **Net Chargeable Travel** | | $1,786.50 |

| Client Name | Client Number | City | Date(s) | Amount |
|---|---|---|---|---|
| OFC | 010537.0001 | Anchorage, AK | 04/03/07 | $1,786.50 |
| | | | | |
| | | | | |

101044

**Marion Walker**

From:      DeltaElectronicTicketReceipt@delta.com
Sent:      Tuesday, March 27, 2007 3:00 PM
To:        Marion Walker
Subject:   MARION F BIRMINGHAM 13 JUNO7


▲**Delta**
delta.com



(Scan the barcode at a Delta Self Service kiosk to access your reservation.)

## Your Receipt and Itinerary

MARION F WALKER
424 GLENWOOD RD
BIRMINGHAM AL 35216-1514

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries

Speed through the airport. Check-in online
for your flight                              › Check-in

## Flight Information

| | | | City | | |
|---|---|---|---|---|---|
| | | | AR ATLANTA | | |
| | | | AR ATL BIRM | | |
| | | | LV AM BIRM | | |
| | | | | | |

Check your flight information online at delta.com or call the Delta Flightline at 800-325-1999.

Baggage and check-in requirements vary by airport. Please review Delta's Check-in Requirements for details. Please check in with the operating carrier.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel

Key to Terms
\# - Arrival date different than departure date
\*\* - Check in required
\*\* - Multi meals
\*SS - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - you available for outer sea
L - Lunch
PV - Prepaid
M - Meal
R - Refreshments   Complimentary
S - Snack
T - Non meal

## Passenger Information

## Billing Details

## Receipt Information

17 86.55

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel
When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any segment without notice to Delta will result in cancellation of your remaining reservation.

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation

TICKET #:
Non Transferable

3/27/2007

DFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

April 05, 2004
1031789
000012/67861758

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | 21.30 |
| OUTGOING TELECOPIER CHARGE. | 7.50 |
| POSTAGE CHARGE. | 6.02 |
| PHOTO REPRODUCTION CHARGE. | 28.40 |
| TOTAL FOR EXPENSES | $    63.22 |

******************* PREVIOUS STATEMENTS OUTSTANDING *******************

| BILL NO. 67856020 | March 05, 2004 | 5,744.08 |
|---|---|---|
| | TOTAL FOR OUTSTANDING | $   5,744.08 |
| | TOTAL AMOUNT DUE | $   9,127.30 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

May 06, 2004
1031789
000012/67868445

******************* SUMMARIZED EXPENSE BILL *******************

| DESCRIPTION | AMOUNT |
| --- | --- |
| LONG DISTANCE CHARGE. | 5.35 |
| OUTGOING TELECOPIER CHARGE. | 6.00 |
| POSTAGE CHARGE. | 1.20 |
| CERTIFIED COPIES. | 154.50 |
| PHOTO REPRODUCTION CHARGE. | 166.40 |
| SHIPPING EXPENSE. | 51.96 |
| TOTAL FOR EXPENSES | $   385.41 |

Rightrax

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 14, 2004
1031789
000012/67876567

****************** SUMMARIZED EXPENSE BILL ******************

DESCRIPTION

LONG DISTANCE CHARGE.

AMOUNT

14.48

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 14, 2004
1031789
000012/67876567

| | |
|---|---|
| OUTGOING TELECOPIER CHARGE. | 30.00 |
| POSTAGE CHARGE. | 9.58 |
| PHOTO REPRODUCTION CHARGE. | 140.60 |
| TOTAL FOR EXPENSES | $ 194.66 |



OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

July 12, 2004
1031789
000012/67881993

******************* SUMMARIZED EXPENSE BILL ******************

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | 3.27 |
| OUTGOING TELECOPIER CHARGE. | 10.50 |
| POSTAGE CHARGE. | 6.17 |
| PHOTO REPRODUCTION CHARGE. | 56.20 |
| SHIPPING EXPENSE. | 53.59 |
| TOTAL FOR EXPENSES | $ 129.73 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

September 03, 2004
1031789
000012/67894150

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | 2.08 |
| OUTGOING TELECOPIER CHARGE. | 9.00 |
| POSTAGE CHARGE. | 4.69 |
| PHOTO REPRODUCTION CHARGE. | 26.80 |
| COMPUTER RESEARCH. | 602.18 |
| TOTAL FOR EXPENSES | $ 644.75 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

October 07, 2004
1031789
000012/67901216

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| OUTGOING TELECOPIER CHARGE. | 23.95 |
| POSTAGE CHARGE. | 2.77 |
| PHOTO REPRODUCTION CHARGE. | 16.00 |
| TOTAL FOR EXPENSES | $ 42.72 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

November 15, 2004
1031789
000012/67910190

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | 4.90 |
| TOTAL FOR EXPENSES | $    4.90 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

December 07, 2004
1031789
000012/67915579

*******************  SUMMARIZED EXPENSE BILL *******************

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | .70 |
| OUTGOING TELECOPIER CHARGE. | 18.00 |
| PHOTO REPRODUCTION CHARGE. | 10.00 |
| TOTAL FOR EXPENSES | $    28.70 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

January 07, 2005
1031789
000012/67923225

******************* SUMMARIZED EXPENSE BILL *******************

| DESCRIPTION | AMOUNT |
|---|---|
| POSTAGE CHARGE. | 1.57 |
| PHOTO REPRODUCTION CHARGE. | 6.40 |
| TOTAL FOR EXPENSES | $ 26.77 |



INVOICE

DONELSON, BEARMAN, CALDWELL & BERKOWITZ
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
BIRMINGHAM, ALABAMA 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

TAX NO.
62-1047356

BIRMINGHAM, ALABAMA

JACKSON, MISSISSIPPI

WASHINGTON, D.C.

ATLANTA, GEORGIA

NEW ORLEANS, LOUISIANA

BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

January 07, 2005
1031789
000012/67923225

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | 2.80 |
| OUTGOING TELECOPIER CHARGE. | 16.00 |



OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

February 08, 2005
1031789
000012/67930440

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| POSTAGE CHARGE. | 7.03 |
| PHOTO REPRODUCTION CHARGE. | 29.20 |
| FEDERAL EXPRESS SHIPMENTS. | 23.17 |
| TOTAL FOR EXPENSES | $ 68.15 |

******************* SUMMARIZED EXPENSE BILL *********************

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | 13.65 |
| POSTAGE CHARGE. | 2.58 |
| PHOTO REPRODUCTION CHARGE. | 9.40 |
| TOTAL FOR EXPENSES | $  25.63 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

April 14, 2005
1031789
000012/67946409

******************* SUMMARIZED EXPENSE BILL *******************

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | 23.10 |
| TOTAL FOR EXPENSES | $   23.10 |

INVOICE

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
A PROFESSIONAL CORPORATION

SOUTHTRUST TOWER
SUITE 1600
420 NORTH TWENTIETH STREET
**BIRMINGHAM, ALABAMA** 35203

(205) 328-0480

FACSIMILE
(205) 322-8007

TAX NO.
62-1047356

TENNESSEE
MEMPHIS
NASHVILLE
CHATTANOOGA
KNOXVILLE
JOHNSON CITY

BIRMINGHAM, ALABAMA
JACKSON, MISSISSIPPI
WASHINGTON, D.C.
ATLANTA, GEORGIA
NEW ORLEANS, LOUISIANA
BDBC INTERNATIONAL, LLC
BEIJING, CHINA
representative office

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

May 04, 2005
1031789
000012/67951154

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SUMMARIZED EXPENSE BILL \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| DESCRIPTION | AMOUNT |
|---|---|
| LONG DISTANCE CHARGE. | 1.75 |
| TOTAL FOR EXPENSES | $ 1.75 |

OFC CAPITAL CORPORATION
A.T. PUBLISHING INCORPORATED

June 06, 2005
1031789
000012/67958869

| DESCRIPTION | AMOUNT |
|---|---|
| Long Distance Charge. | .70 |
| Outgoing Telecopier Charge. | 22.00 |
| Postage Charge. | .74 |
| TOTAL FOR EXPENSES | $ **23.44** |

Ofc Capital Corporation
A.T. Publishing Incorporated

July 11, 2005
1031789
000012/67966230

******************** SUMMARIZED EXPENSE BILL ********************

| DESCRIPTION | AMOUNT |
|---|---|
| Long Distance Charge. | 38.15 |
| Postage Charge. | 2.72 |
| Photo Reproduction Charge. | 15.00 |

Capital Corporation
.T. Publishing Incorporated

August 16, 2005
Bill No. 6750720
Page 2 of 3

## SUMMARIZED EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Long Distance Charge | 13.30 |
| Postage Charge | 0.37 |
| Photo Reproduction Charge | 2.40 |
| Travel/Expense | 129.61 |
| TOTAL CURRENT EXPENSES | 145.68 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

**Ofc Capital Corporation**
**A.T. Publishing Incorporated**
**Client/Matter:  1031789.000012**

## SUMMARIZED EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Long Distance Charge | |
| Postage Charge | 18.20 |
| Photo Reproduction Charge | 4.39 |
| Computer Research | 51.60 |
| Shipping Expense | 89.51 |
| | 81.18 |

## SUMMARIZED EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Long Distance Charge | 47.25 |
| Outgoing Telecopier Charge | 8.00 |
| Postage Charge | 0.74 |
| Photo Reproduction Charge | 4.00 |
| Computer Research | 46.61 |
| TOTAL CURRENT EXPENSES | 106.60 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**