# EXHIBIT B

Case 3:04-cv-00011-JWS   Document 200   Filed 07/13/2007   Page 1 of 4

Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Phone: (205) 244-5916
Fax: (205) 244-5901

Attorney for Plaintiff OFC Capital, a wholly-owned subsidiary of Mid-Country Financial Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **OFC CAPITAL, a wholly-owned subsidiary of Mid-Country Financial Corporation,**  **Plaintiff,**  v.  **AT PUBLISHING, INC.,**  **Defendant** | Case No. 3:04-cv-0011-JWS |

### AFFIDAVIT OF LEE R. BENTON

BEFORE ME, the undersigned authority, personally came and appeared Lee R. Benton and, after being duly sworn, did depose and voluntarily state as follows:

1. My name is Lee R. Benton and I am a Partner in Benton & Centeno, LLP located at 2019 Third Avenue North, Birmingham, Alabama. I have practiced commercial and civil litigation in Birmingham, Alabama, for 30 years in state and federal court. I have handled hundreds of matters and have tried more than 50 cases to a verdict.

2. I know Marion Walker from law school and also by reputation in the legal community in Birmingham, Alabama, where she enjoys an excellent reputation as a litigator in a wide range of civil matters. I have read the affidavit Ms. Walker wrote to accompany the Petition for attorney fees in the above case and have spoken to Ms. Walker about the facts surrounding the case, and reviewed all the time records and related matters involved herein.

3. I am familiar with the rates charged in legal matters of this type, as I have handled somewhat similar matters. In the Birmingham legal market, an attorney with the years of experience Ms. Walker has can reasonably charge and receive between $275 and $400 per hour for legal services related to litigation. In light of the work performed on this case, the type of case involved, and my knowledge of Ms. Walker and the Birmingham market, the rates she charged to represent OFC Capital in this

matter were certainly reasonable. Likewise, the rates charged for associates and paralegals by Ms. Walker are reasonable for the Birmingham market.

4. I have read the above and foregoing and it is true and correct.

_____
Lee R. Benton

Sworn to and subscribed before me this the 12th day of July, 2007.

_____
Notary Public
My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 5, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS