# EXHIBIT C

Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Phone: (205) 244-5916
Fax:          (205) 244-5901

Attorney for Plaintiff OFC Capital, a division of Mid-Country Bank

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **OFC CAPITAL, a subsidiary of MID-COUNTRY BANK** | ) ) ) | |
|     **Plaintiff,** | ) ) | |
| **v.** | ) ) | **USDC No. 3:04-cv-0011 (JWS)** |
| **A.T. PUBLISHING, INC.** | ) ) ) | |
|     **Defendant.** | ) ) | |

---

## AFFIDAVIT OF RANDALL J. WEDDLE

STATE OF ALASKA        )
                       ) ss:
THIRD JUDICIAL DISTRICT   )

      I, Randall J. Weddle being duly sworn upon oath, depose and state:

      1.    I am a shareholder and President of Holmes Weddle & Barcott, P.C. I

am co-counsel for the plaintiff in this case.

## EXHIBIT C

2.　　This affidavit is prepared pursuant to local rule 54.3 in support of a motion for an award of attorney fees.

3.　　The amount of attorney fees billed to my client by my firm with respect to defense of this matter is $71,796.74.

4.　　The total number of hours worked and the billing rate of each attorney and paralegal who worked on the case is as follows:

| Attorney / Para | Hours Billed | Rate |
|---|---|---|
| Randall J. Weddle, Esq. | 245.7 | $225.00 |
| Timothy A. McKeever, Esq. | 1.0 | $225.00 |
| Jeffrey D. Holloway, Esq. | 1.5 | $160.00 |
| Krista Schwarting, Esq. | .1 | $160.00 |
| Erin K. Egan, Esq. | .6 | $160.00 |
| Selena Hopkins-Kendall, Esq. | 1.8 | $160.00 |
| Joyce A. Ekstrand (Paralegal) | 214.8 | $100.00 – 12/1/03<br>$105.00 – 1/1/06<br>$115.00 – 6/1/07 |
| Tina M. Hardwick (Paralegal) | .2 | $100.00 |

5.　　Additional fees have been incurred to prepare this affidavit and bill of costs documentation, including redaction of invoices, summarization of fees and costs, research re applicability of local rules, orders and submissions by the parties, and reimbursement under the lease finance agreement, as follows:

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

| | | |
|---|---|---|
| Randall J. Weddle | 8.9 | hours @ $225.00 per hour |
| Joyce Ekstrand | 18 | hours @ $105.00 per hour |

These amounts are reasonable and necessary for the preparation of the attorney fee Petition and will be submitted to and paid by Alfa Financial d/b/a OFC Capital.

6.    The total in the amount of fees claimed for the hours expended is $75,689.24, which is inclusive of those hours that have not been billed to the client but will be billed and paid.

7.    Authority for the award of fees is a contractual provision in the lease finance agreement which was the subject of this litigation.

8.    Attached to this affidavit are copies of actual invoices sent to the client, redacted to remove materials that are subject to the attorney-client privilege and the work product privilege.

9.    The amount of costs due to be reimbursed to Alfa Financial d/b/a OFC Capital, in addition to the amount submitted with the Bill of Costs, is $1,161.75.[1] These costs are reimbursable per contractual agreement under the lease finance agreement. The costs are broken down as follows:

| | |
|---|---|
| Long Distance Telephone Charges | $435.58 |
| Telecopy Charges | 28.00 |
| Federal Express/DHL | 221.69 |
| Messenger Service | 706.22 |

---

[1]  In addition to the above costs, the amount of $3,793.00 has been submitted to the court with the Bill of Costs which plaintiff expects will be reimbursed per local federal rules.

| | |
|---|---|
| Legal Research/Westlaw | 244.59 |
| Copies of CDs of Trial testimony | 130.00 |

10.    Attached to this affidavit are copies of actual statements/proofs of payment and/or excel spreadsheets which are true and correct itemizations from the accounting records kept in the ordinary course of business of Holmes Weddle & Barcott PC. and which itemize the inhouse costs above.

13.    The above fees and costs were necessarily incurred and are reasonable.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Randall J. Weddle_

SUBSCRIBED AND SWORN to before me this _14th_ day of July 2007.



_Notary Public in and for the State of Alaska_
My Commission expires: _9-25-09_

X:\4103\18823\pld\AffRJW.070907.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666