HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

July 5, 2007

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                          Invoice # 56523
For Services Rendered Through June 30, 2007

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 15.4 | $ 225.00 | $ 3,465.00 |
| Joyce A. Ekstrand | 113.0 | $ 115.00 | $ 12,995.00 |

| | | |
|---|---|---|
| Current Fees | | 16,460.00 |
| Current Costs | | 420.35 |
| Total Current Due This Invoice | $ | 16,880.35 |
| Previous Balance | $ | 4,217.53 |
| Total Amount Due | $ | 21,097.88 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


July 5, 2007
Invoice # 56523


Ford & Harrison, LLP                                           Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 06-01-07 | Analysis of current pleadings filed by the parties for issues | JAE | 0.6 |
| 06-01-07 | Analyze discovery requests/responses re damages of plaintiff | JAE | 0.6 |
| 06-04-07 | Review and respond to co-counsel request re file analysis | JAE | 0.2 |
| 06-05-07 | Analysis of recently filed pleadings of parties in preparation for trial | JAE | 1.0 |
| 06-05-07 | Review and analysis of jury voir dire questioning of the parties, jury panel analysis and memorandum re same | JAE | 1.6 |
| 06-05-07 | Review Voir Dire examination filed by Ms. Walker | RJW | 0.3 |
| 06-05-07 | Review court order re evidence | RJW | 0.2 |
| 06-05-07 | Review jury instructions | RJW | 0.5 |
| 06-05-07 | Review trial briefs | RJW | 0.5 |
| 06-06-07 | Review/analyze recently filed pleadings to identify outstanding issues | JAE | 0.4 |
| 06-07-07 | Discussions re travel arrangements and office organization for trial with office manager, co-counsel and Randy Weddle | JAE | 1.8 |
| 06-07-07 | Research re agency/cure allegations of ATP | JAE | 0.4 |
| 06-07-07 | Review documentation and sign up for webinare re Trial Director Software | JAE | 0.8 |
| 06-07-07 | Exchange emails with Ms. Walker and Ms. Galin re trial logistics issues | RJW | 0.2 |
| 06-07-07 | Analysis of motion to reconsider re issues at pre trial conference | RJW | 0.4 |
| 06-08-07 | Analysis of recently filed pleadings for outstanding issues | JAE | 0.5 |
| 06-08-07 | Begin preparation of trial notebook for Mr. Weddle's use at trial | JAE | 0.5 |
| 06-11-07 | Complete preparation of trial notebook for Mr. Weddle | JAE | 1.5 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


July 5, 2007
Invoice # 56523


Ford & Harrison, LLP                                                    Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 06-11-07 | Prepare all-incompassing cross-reference exhibit list | JAE | 1.3 |
| 06-11-07 | Cross check updated exhibit lists with order and pleadings of parties to incorporation into lists | JAE | 1.0 |
| 06-11-07 | Pull withdrawn exhibits and tab overruled exhibits from both parties' submissions | JAE | 0.7 |
| 06-11-07 | Determine trial details such as times, witness fee amounts and etc. | JAE | 0.5 |
| 06-12-07 | Analysis of pleadings filed by AT Publishing re outstanding issues | JAE | 0.4 |
| 06-12-07 | Upload Software for exhibit list; prepare notice re DEPS system; inquire of co-counsel re photographs that plaintiff was supposed to have served | JAE | 1.3 |
| 06-12-07 | Finalize and file notice re DEPS system | JAE | 0.4 |
| 06-12-07 | Download and analyze latest pleadings of parties | JAE | 0.3 |
| 06-12-07 | Updated Randy Weddle's trial notebook for pretrial conference | JAE | 0.5 |
| 06-12-07 | Analyze TrialDirector software documentation for use at trial | JAE | 2.5 |
| 06-12-07 | Conference with paralegal re trial exhibits and strategy | RJW | 0.3 |
| 06-13-07 | Prepare list of contact numbers and addresses for trial | JAE | 0.5 |
| 06-13-07 | Attend Webinare for TrialDirector | JAE | 1.0 |
| 06-13-07 | Update Trial Notebook for Pretrial Conference | JAE | 0.5 |
| 06-13-07 | Analysis of recent court order and discussion with Mr. Weddle re implications thereof | JAE | 0.4 |
| 06-13-07 | Analysis of exhibit lists/witness lists for trial preparation | JAE | 1.8 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


July 5, 2007
Invoice # 56523


Ford & Harrison, LLP                                              Page 4

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 06-13-07 | Research re additional contact information for witness Lee Whitten | JAE | 0.3 |
| 06-13-07 | Obtain and arrange for numbering of plaintiff trial exhibit stickers | JAE | 0.4 |
| 06-13-07 | Analysis and compilacion of filings for Ms. Walker's review upon arrival | JAE | 0.3 |
| 06-13-07 | Review Reply brief re motion to reconsider reply | RJW | 0.4 |
| 06-13-07 | Review pleadings to prepare for pre-trial conference | RJW | 1.0 |
| 06-13-07 | Review new court order | RJW | 0.4 |
| 06-13-07 | Telephone conference with attorney for AT Publishing re trial logistics issues | RJW | 0.6 |
| 06-14-07 | Preparation for pretrial conference | JAE | 1.0 |
| 06-14-07 | Attend pretrial conference | JAE | 2.0 |
| 06-14-07 | Discussion with co-counsel re trial preparation | JAE | 2.0 |
| 06-14-07 | Analysis of deposition designations to prepare clips for testimony | JAE | 2.3 |
| 06-14-07 | Remark original trial exhibits with Plaintiff stickers and assist in trial preparation | JAE | 7.0 |
| 06-14-07 | Meeting with Ms. Walker re litigation strategy | RJW | 0.8 |
| 06-14-07 | Attend pre-trial conference | RJW | 2.0 |
| 06-15-07 | Analyze Exhibits for service to opposing counsel | JAE | 0.4 |
| 06-15-07 | Conform ATP's exhibit list and cross checking/analyze ATP's newly marked exhibits | JAE | 3.0 |
| 06-15-07 | Work with court clerk re software and demonstrative technology | JAE | 2.0 |
| 06-15-07 | Discuss trial strategy with co-counsel and clients | JAE | 1.0 |
| 06-15-07 | Discuss trial strategy and | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


July 5, 2007
Invoice # 56523


Ford & Harrison, LLP                                    Page 5

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| | exhibit/deposition testimony needs with Marion Walker | JAE | 2.5 |
| 06-15-07 | Analyze file for exhibits to attach to Proffer | JAE | 0.4 |
| 06-15-07 | Practice utilizing Trial Director software | JAE | 0.6 |
| 06-15-07 | Analysis of video deposition excerpts for accuracy | JAE | 2.5 |
| 06-15-07 | Prepare for jury selection | RJW | 2.5 |
| 06-15-07 | Email to Ms. Walker re jury selection | RJW | 0.2 |
| 06-16-07 | Analyze and indicate on deposition transcripts references to exhibits, create a cross reference list of exhibits for use at trial and list in order of presentation | JAE | 1.5 |
| 06-16-07 | Prepare exhibits for specific witnesses for trial | JAE | 2.9 |
| 06-18-07 | Continue preparation of exhibits for witness' testimony; prepare request forms for CD's of testimony from clerk; analyze deposition transcripts in conjunction with exhibits and video clips; discuss exhibit logistics for trial | JAE | 8.0 |
| 06-18-07 | Attend Trial | RJW | 4.0 |
| 06-18-07 | Telephone conference with Mr. Whitton re his testimony | RJW | 0.1 |
| 06-19-07 | Trial preparation; trial attendance; exhibit/deposition analysis for next trial day | JAE | 13.0 |
| 06-19-07 | Telephone conference with Ms. Walker re trial strategy | RJW | 0.2 |
| 06-19-07 | Research re evidence issues | RJW | 0.4 |
| 06-20-07 | Continued preparation of Tyler deposition exerpts; trial attendance | JAE | 9.0 |
| 06-20-07 | Telephone conference with Ms. Waler re trial strategy | RJW | 0.4 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


July 5, 2007
Invoice # 56523


Ford & Harrison, LLP                                        Page 6

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 06-21-07 | Prepare exhibits for upcoming witnesses; attend trial; arrange for CD's of trial testimony; confer with client and co-counsel re testimony; assist in preparation of next day's testimony | JAE | 9.0 |
| 06-22-07 | Analysis of defendant's objections to exhibits; trial attendance; assist in witness organization/presentation | JAE | 10.0 |
| 06-25-07 | Analysis of Deposition designation/counter designations/objections and order re Tad Graham deposition excerpts | JAE | 1.0 |
| 06-25-07 | Review pretrial conference notes re rulings on Graham excerpts | JAE | 0.4 |
| 06-25-07 | Cross check previously conformed copy of Graham's deposition transcript for accuracy | JAE | 0.3 |
| 06-25-07 | Begin redaction process to facilitate use of Graham deposition as an exhibit, as opposed to a transcript to be read into evidence by a reader at trial | JAE | 0.4 |
| 06-25-07 | Analysis of exhibit lists for admitted/non-admitted | JAE | 0.3 |
| 06-25-07 | Prepare memorandum re admitted/non-admitted exhibits | JAE | 1.4 |
| 06-25-07 | Analyze OFC document production to assist in preparation for closing arguments | JAE | 0.4 |
| 06-25-07 | Call from/to court clerk re CD request | JAE | 0.2 |
| 06-26-07 | Organize exhibits for closing arguments; attend closing arguments; assist in compiling exhibits for jury | JAE | 2.5 |
| 06-26-07 | Respond to court's request for jury instructions | JAE | 0.3 |
| 06-27-07 | Research re attorney fees motion, costs allowed and judgment entry | JAE | 0.3 |
| 06-27-07 | Analysis of recently filed court documents | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


July 5, 2007
Invoice # 56523


Ford & Harrison, LLP                                         Page 7

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| | for potential deadlines/compliance | JAE | 0.3 |
| 06-28-07 | Research re AT Publishing's assets, | | |
| | corporation, family partnership | JAE | 0.9 |
| 06-29-07 | Complete analysis re ATP Corporate structure | JAE | 0.2 |

------------

Total Fees          $  16,460.00


| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 06-18-07 | Paid for Copies; Copies of CD's.; U.S. District Court for the District of AK | 26.00 |
| 06-18-07 | Paid for Copies; Copies of CD's.; U.S. District Court for the District of AK | 26.00 |
| 06-18-07 | Paid for Copies; Copies of CD's.; U.S. District Court for the District of AK | 26.00 |
| 06-18-07 | Paid for Copies; Copies of CD's.; U.S. District Court for the District of AK | 26.00 |
| 06-18-07 | Paid for Copies; Copies of CD's.; U.S. District Court for the District of AK | 26.00 |
| 06-29-07 | Messenger time critical service; P/U from US District Court on 6/13/07 #221913.; Anchorage Messenger Service, LLC | 14.50 |
| 06-29-07 | Messenger service; To US District Court on 6/19/07 #222678.; Anchorage Messenger Service, LLC | 4.63 |
| 06-29-07 | Messenger time critical service; To US District Court on 6/20/07 #223016.; Anchorage Messenger Service, LLC | 22.04 |
| 06-29-07 | Messenger time critical service; To US District Court on 6/22/07 #223345.; Anchorage Messenger Service, LLC | 22.04 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


July 5, 2007
Invoice # 56523


Ford & Harrison, LLP                                    Page 8

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW


| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 06-29-07 | Messenger time critical service; To US District Court on 6/22/07 #223350.; Anchorage Messenger Service, LLC | 27.29 |
| 06-29-07 | Messenger time critical service; To US District Court on 6/26/07 #223771.; Anchorage Messenger Service, LLC | 22.04 |
| | Copying charge Anchorage office | 167.60 |
| | Long distance telephone charges Anchorage office | 9.80 |
| | Postage Anchorage office | 0.41 |

Total Disbursements    $    420.35

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

June 18, 2007

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                          Invoice # 56364
For Services Rendered Through May 31, 2007

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 6.8 | $ 225.00 | $  1,530.00 |
| Selena Hopkins-Kendall | 0.5 | $ 160.00 | $    80.00 |
| Joyce A. Ekstrand | 21.9 | $ 105.00 | $  2,299.50 |

| | | |
|---|---|---|
| Current Fees | | 3,909.50 |
| Current Costs | | 308.03 |
| Total Current Due This Invoice | $ | 4,217.53 |
| Previous Balance | $ | 7,039.71 |
| Payments Received | | <7,039.71> |
| Total Amount Due | $ | 4,217.53 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


June 18, 2007
Invoice # 56364


Ford & Harrison, LLP                                         Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 05-01-07 | Review and revise potential jury questions | RJW | 0.5 |
| 05-01-07 | Exchange E mails with Ms. Walker re discovery | RJW | 0.2 |
| 05-01-07 | Review motion re objection to "cure" evidence | RJW | 0.2 |
| 05-01-07 | E mail to Ms. Walker re litigation strategy and motion re "cure" evidence | RJW | 0.5 |
| 05-01-07 | Respond to co-counsel's requests re exhibit list, exhibits | JAE | 0.3 |
| 05-01-07 | Conference with co-counsel re upcoming deadlines | JAE | 0.1 |
| 05-01-07 | Calls to opposing counsel re upcoming deadlines | JAE | 0.3 |
| 05-01-07 | Prepare joint motion and proposed order re exhibit deadlines | JAE | 0.3 |
| 05-01-07 | Analyze plaintiff's exhibit list and cross check it with the document prepared from exhibit meeting | JAE | 0.8 |
| 05-01-07 | Prepare order re extension of time | JAE | 0.3 |
| 05-02-07 | Analysis of discovery responses by AT Publishing to support objections to plaintiff's exhibits | JAE | 0.5 |
| 05-02-07 | Analysis of parties' witness lists in preparation for trial | JAE | 0.6 |
| 05-02-07 | Analysis of statements and pleadings to ensure compliance with pretrial deadlines | JAE | 0.7 |
| 05-03-07 | Contact opposing counsel re scheduling review/photograph of plaintiff's trial exhibits 1-4 | JAE | 0.2 |
| 05-03-07 | Analyze Plaintiff's response re supplemental statement of issues | JAE | 0.2 |
| 05-04-07 | Review pleadings re discovery and evidence issues | RJW | 0.2 |
| 05-04-07 | Analyze pleadings recently filed, along with | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


June 18, 2007
Invoice # 56364


Ford & Harrison, LLP                                              Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| | court ordered extension of time | JAE | 0.7 |
| 05-04-07 | Telephone conference with Ms. Carter re Judge Sedwick jury selection procedures | SHK | 0.1 |
| 05-07-07 | Prepare OFC exhibit list for use at trial (description bolded, citations underneath with withdrawn exhibits deleted ) | JAE | 0.6 |
| 05-07-07 | Analyze plaintiff's objections to exhibits | JAE | 0.6 |
| 05-07-07 | Exhibit organization for trial | JAE | 0.5 |
| 05-07-07 | Telephone conference with Ms. Carter re Judge Sedwick jury trial calendar re jury selection practices | SHK | 0.1 |
| 05-08-07 | Prepare memorandum re trial preparation items to address | JAE | 0.3 |
| 05-10-07 | Additional work on voir dire questions | RJW | 2.2 |
| 05-10-07 | Meeting with in-court clerk and IT Federal Court personnel re Deps system | JAE | 2.5 |
| 05-11-07 | Telephone conference with Ms. Carter at Judge Sedwick's office re jury selection | SHK | 0.1 |
| 05-14-07 | Revise jury questions | RJW | 0.5 |
| 05-14-07 | Letter to Ms. Walker re jury questions | RJW | 0.1 |
| 05-14-07 | Exchange E mails with Ms. Walker re trial issues | RJW | 0.2 |
| 05-14-07 | Calls to/from USDC re lack of service of pleadings to my email address | JAE | 0.3 |
| 05-14-07 | Analyze plaintiff's reply to OFC's objections to Plaintiff's Exhibits | JAE | 0.4 |
| 05-14-07 | Cross check OFC exhibit list with OFC exhibits | JAE | 0.4 |
| 05-14-07 | Review correspondence from Mike Stehle | JAE | 0.1 |
| 05-14-07 | Advise co-counsel re status of exhibits and exhibit viewing | JAE | 0.1 |
| 05-14-07 | Analyze plaintiff's recent pleadings in response to question posed by co-counsel re refiling | JAE | 0.5 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


June 18, 2007
Invoice # 56364


Ford & Harrison, LLP                                              Page 4

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 05-14-07 | Assist with defense strategy | SHK | 0.2 |
| 05-15-07 | Analyze notice of deposition for requests for "waste" | JAE | 0.3 |
| 05-15-07 | Analyze OFC exhibit cross reference to prepare response to plaintiff's asserts re mis-numbering | JAE | 0.5 |
| 05-15-07 | Contacts to plaintiff's counsel re review of their trial exhibits | JAE | 0.2 |
| 05-15-07 | Analyze file for dates of Ray Seward training | JAE | 0.2 |
| 05-15-07 | Analyze discovery requests/responses and plaintiff's exhibit list in preparation for exhibit review | JAE | 0.6 |
| 05-15-07 | Analyze boxes of "waste" and plaintiff's trial exhibits 1-8 | JAE | 1.5 |
| 05-15-07 | Prepare short status report re exhibit review | JAE | 0.2 |
| 05-16-07 | Prepare detailed memorandum re "waste" review | JAE | 0.5 |
| 05-16-07 | Download software and photographs from digital camera, identifying each | JAE | 0.8 |
| 05-17-07 | Review OFC pleading re objection to exhibits | RJW | 0.2 |
| 05-17-07 | Analysis of OFC's Response re trial exhibits | JAE | 0.2 |
| 05-17-07 | Prepare motion subfiles in preparation for trial | JAE | 0.8 |
| 05-21-07 | Analyze response of plaintiff re exhibits | JAE | 0.2 |
| 05-22-07 | Analysis of OFC motion to realign the parties | JAE | 0.2 |
| 05-24-07 | Analyze local rules re jury instructions | JAE | 0.2 |
| 05-24-07 | Call to schedule additional training systems with USDC | JAE | 0.2 |
| 05-24-07 | Prepare memorandum to co-counsel re jury instruction rule and scheduling of EPS training | JAE | 0.1 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


June 18, 2007
Invoice # 56364


Ford & Harrison, LLP                                          Page 5

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 05-29-07 | Exchange e-mail messages with Ms. Walker re voir dire questions | RJW | 0.1 |
| 05-29-07 | Analysis of briefs re various issues | RJW | 0.4 |
| 05-29-07 | Review e-mail from Ms. Walker re court orders | RJW | 0.2 |
| 05-29-07 | Letter to Ms. Walker re court order and settlement strategy | RJW | 0.4 |
| 05-29-07 | Analysis of order re exhibits | RJW | 0.2 |
| 05-29-07 | Arrange for suitable computer/conference room facilities/travel arrangements  for trial | JAE | 0.3 |
| 05-29-07 | Download court docket and analyze recently filed pleadings | JAE | 1.2 |
| 05-31-07 | File analysis for motion/witness subfiles and re mediation issue | JAE | 2.4 |
| 05-31-07 | Prepare letter to Ms. Walker re status of case, litigation and settlement strategy | RJW | 0.5 |
| 05-31-07 | Review complaint by AT Publishing re possible damage award | RJW | 0.2 |

                                                    ------------
                              Total Fees    $    3,909.50


| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 05-08-07 | Messenger service; Fed Ex package to First & Harison LLP on 4/16/07 #837008319419.; Federal Express Corporation | 26.84 |
| 05-10-07 | Messenger service; DHL package to Ford Harrison LLP on 4/6/07 #62278723846.; DHL Express, Inc | 38.57 |
| 05-25-07 | Messenger service; DHL package to Ford Harrison on 4/27/07 #6227872405.; DHL Express, Inc | 60.60 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


June 18, 2007
Invoice # 56364


Ford & Harrison, LLP                                                Page 6

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW


| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 05-25-07 | Messenger service; DHL package to Ford Harrison on 4/30/07 #62278726042.; DHL Express, Inc | 42.74 |
| | Telecopy Anchorage office | 4.00 |
| | Long distance telephone charges Anchorage office | 134.36 |
| | Postage Anchorage office | 0.92 |

Total Disbursements          $     308.03

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

May 7, 2007

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                        Invoice # 55638
For Services Rendered Through April 30, 2007

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 13.5 | $ 225.00 | $ 3,037.50 |
| Selena Hopkins-Kendall | 1.3 | $ 160.00 | $ 208.00 |
| Joyce A. Ekstrand | 34.1 | $ 105.00 | $ 3,580.50 |

| | | |
|---|---|---|
| Current Fees | | 6,826.00 |
| Current Costs | | 213.71 |
| Total Current Due This Invoice | $ | 7,039.71 |
| Previous Balance | $ | 1,192.04 |
| Payments Received | | <1,192.04> |
| Total Amount Due | $ | 7,039.71 |

PAID
JUN 1 3 2007

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


May 7, 2007
Invoice # 55638


Ford & Harrison, LLP                                      Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 02-12-07 | Analyze file re issues for trial | JAE | 0.3 |
| 02-13-07 | Telephone conference with Ms. Walker re status of case and trial strategy | RJW | 0.4 |
| 02-13-07 | Conference with paralegal re trial assignments | RJW | 0.2 |
| 02-13-07 | Research re federal rules re final witness lists | JAE | 1.0 |
| 02-20-07 | Analysis of Court's decision and order re summary judgment | RJW | 0.5 |
| 02-20-07 | Letter to Ms. Walker re Court's outline of needed proof at trial and trial strategy | RJW | 0.3 |
| 02-21-07 | Review and revise letter to Ms. Walker re trial preparation issues | RJW | 0.1 |
| 03-08-07 | Telephone conference with Mr. Walker re status of case and litigation strategy | RJW | 0.4 |
| 03-23-07 | Telephone conference with Ms. Carter re Chief Judge Sedwick's jury selection process | SHK | 0.3 |
| 04-02-07 | Begin work on jury questions and analysis of juror types to be considered | RJW | 1.0 |
| 04-02-07 | Begin work on developing jury profile | RJW | 1.2 |
| 04-02-07 | E mails to Ms. Walker re developing jury profile | RJW | 0.3 |
| 04-03-07 | Additional analysis of jury selection issues | RJW | 0.2 |
| 04-05-07 | Analyze file re depositions taken to prepare for trial | JAE | 1.2 |
| 04-05-07 | Analyze pretrial orders and local rules to ensure compliance for pretrial deadlines | JAE | 1.3 |
| 04-06-07 | Office conferences with Ms. Ekstrand re use of original deposition transcript | RJW | 0.1 |
| 04-06-07 | Email to Ms. Walker re use of original deposition transcript | RJW | 0.1 |
| 04-06-07 | Research re sealed deposition transcripts | JAE | 0.4 |
| 04-06-07 | Discussions with court clerks re jury trial procedures with Judge Sedwick | JAE | 0.4 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


May 7, 2007
Invoice # 55638


Ford & Harrison, LLP                                              Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 04-06-07 | Prepare letter to Marion Walker re depositions | JAE | 0.1 |
| 04-09-07 | Telephone conference with Ms. Walker re litigation strategy | RJW | 0.5 |
| 04-09-07 | Analyze depositions to ensure possession of exhibits to each | JAE | 0.3 |
| 04-10-07 | Analyze federal district court jury instruction requirements | SHK | 1.0 |
| 04-11-07 | Analyze supplementation of OFC and correspondence from counsel re trial preparation | JAE | 0.3 |
| 04-13-07 | Begin drafting voir dire | RJW | 1.2 |
| 04-17-07 | Telephone conference with Ms. Walker re exhibit meeting | RJW | 0.3 |
| 04-17-07 | Attend conference call with Mr. Stehle and Ms. Walker re exhibit list issues | RJW | 0.4 |
| 04-17-07 | Discussion with opposing counsel re stipulation | JAE | 0.2 |
| 04-17-07 | Review pretrial order and local rules | JAE | 0.2 |
| 04-17-07 | Modify stipulation for filing | JAE | 0.2 |
| 04-17-07 | Analysis of deposition transcripts provided by co-counsel | JAE | 1.0 |
| 04-18-07 | Analysis of documents produced to replicate deposition exhibits for attorney review | JAE | 1.5 |
| 04-20-07 | Review and analysis of stipulated facts | RJW | 0.2 |
| 04-20-07 | Review and analysis of statement of issues | RJW | 0.2 |
| 04-20-07 | Analysis of Joint Statement of Facts | JAE | 0.2 |
| 04-23-07 | Brief review of recent pleadings filed by parties in preparation for trial | JAE | 0.4 |
| 04-24-07 | Telephone conference with Mr. Stehle re exhibit meeting | RJW | 0.1 |
| 04-24-07 | Exchange E mails with Ms. Walker re exhibit meeting | RJW | 0.1 |
| 04-24-07 | Further analysis of pleadings and upcoming | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

May 7, 2007
Invoice # 55638

Ford & Harrison, LLP                                          Page 4

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| | deadlines to ensure compliance | JAE | 0.5 |
| 04-25-07 | Review exhibits and exhibit lists to prepare for exhibit meeting | RJW | 0.5 |
| 04-25-07 | Analyze exhibits and exhibit list provided by co-counsel | JAE | 1.4 |
| 04-25-07 | Discussions with co-counsel re exhibits | JAE | 0.3 |
| 04-25-07 | Mark exhibits and update service copy of same | JAE | 3.0 |
| 04-25-07 | Exhibit meeting with counsel | JAE | 5.0 |
| 04-25-07 | Attend meeting with plaintiff's attorney and Ms. Walker re exhibit review, selection and objections (2:30 pm to 7:30 pm ) | RJW | 5.0 |
| 04-26-07 | Amend OFC Exhibit list per attorney meeting/examination | JAE | 1.0 |
| 04-26-07 | Call to clerk re ADM and ID markings | JAE | 0.2 |
| 04-26-07 | Provide instructions re preparation of judge's copy of exhibits | JAE | 0.2 |
| 04-26-07 | Prepare list of plaintiff's exhibits | JAE | 2.0 |
| 04-26-07 | Conference call with counsel re exhibits | JAE | 1.0 |
| 04-26-07 | Alter exhibit lists and exhibits per counsel conference | JAE | 3.0 |
| 04-27-07 | Calls to/from Court Clerk re exhibit filing | JAE | 0.3 |
| 04-27-07 | Prepare in-house cross reference document of OFC exhibit list | JAE | 1.2 |
| 04-27-07 | Finalize Exhibit List for Court filing | JAE | 2.0 |
| 04-27-07 | Prepare exhibits for Judge, opposing counsel and co-counsel | JAE | 1.5 |
| 04-27-07 | Call to/from Pat Gilmore re his need for copies of exhibits | JAE | 0.3 |
| 04-27-07 | Prepare affidavit of service of trial exhibits | JAE | 0.2 |
| 04-27-07 | Receive call from opposing counsel re deposition exhibits | JAE | 0.1 |
| 04-27-07 | Lodge exhibits with clerk | JAE | 1.0 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

May 7, 2007
Invoice # 55638

Ford & Harrison, LLP                                                Page 5

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 04-27-07 | Cross check exhibits A and B with copies to ensure accuracy | JAE | 0.3 |
| 04-27-07 | Call from plaintiff's counsel re exhibits | JAE | 0.2 |
| 04-27-07 | Analyze plaintiff's supplement to statement of issues | JAE | 0.1 |
| 04-27-07 | Brief review of plaintiff's exhibit list and exhibits | JAE | 0.3 |
| 04-27-07 | Telephone conference with attorney for AB Dick re status of case and service issues | RJW | 0.2 |

Total Fees        $    6,826.00

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 04-30-07 | Paid for Copies; Copies made on 4/27/07 invoice #226358.; Alaska Legal Copy | 190.29 |
| 04-30-07 | Messenger service; P/U from US District Court on 4/6/07 #212054.; Anchorage Messenger Service, LLC | 4.39 |
| 04-30-07 | Messenger time critical service; P/U from US District Court on 4/26/07 #215002.; Anchorage Messenger Service, LLC | 14.13 |
| 04-30-07 | Messenger service; To Michael Stehle on 4/27/07 #215256.; Anchorage Messenger Service, LLC | 4.51 |
|  | Postage Anchorage office | 0.39 |

Total Disbursements        $      213.71

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

February 6, 2007

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                           Invoice # 54217
For Services Rendered Through January 31, 2007

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 0.9 | $ 225.00 | $    202.50 |
| Joyce A. Ekstrand | 1.8 | $ 105.00 | $    189.00 |

| | | |
|---|---|---|
| Current Fees | | 391.50 |
| Current Costs | | 3.39 |
| Current Interest Charges | | 9.46 |
| Total Current Due This Invoice | $ | 404.35 |
| Previous Balance | $ | 787.69 |
| Total Amount Due | $ | 1,192.04 |

PAID
FEB 2 1 2007

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


February 6, 2007
Invoice # 54217


Ford & Harrison, LLP                                        Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 12-13-06 | Analyze pretrial order of court for upcoming deadlines and comliance | JAE | 0.3 |
| 12-22-06 | Exchange emails with Ms. Walker and message to A.T. Publising, Inc. attorney re trial dates | RJW | 0.1 |
| 12-27-06 | Attempt to Contacts Attorney for A.T. Publishing re trial date (left message) | RJW | 0.1 |
| 12-28-06 | Multiple attempts to contract Mr. Stehle | RJW | 0.1 |
| 12-28-06 | Letter to Ms. Walker re attempts to contact Mr. Stehle and trial start | RJW | 0.1 |
| 12-28-06 | Message to Mr. Stehle re trial date | RJW | 0.1 |
| 12-28-06 | Telephone conference with Mr. Stehle re trial date | RJW | 0.2 |
| 01-03-07 | Message from Ms. Stahle and message to Ms. Walker re motion to change trail date | RJW | 0.1 |
| 01-03-07 | Draft motion to change trial date | RJW | 0.1 |
| 01-03-07 | Call to Judge Sedwick's chambers re availability for June trial | JAE | 0.2 |
| 01-16-07 | Analyze file re previous pretrial deadlines; recalculate pretrial deadlines for June trial; memorandum to file re same | JAE | 0.6 |
| 01-19-07 | Discussion with deputy clerk re updated pretrial deadlines; recalculate same | JAE | 0.5 |
| 01-24-07 | Follow up on updated pretrial deadlines to ensure proper calendaring | JAE | 0.2 |

```
                                           ------------
                      Total Fees      $       391.50
```

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
|  | Copying charge Anchorage office | 3.00 |
|  | Postage Anchorage office | 0.39 |

```
                                           ------------
                Total Disbursements    $         3.39
```

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

December 20, 2006

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                          Invoice # 53592
For Services Rendered Through November 30, 2006

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 1.0 | $ 225.00 | $    225.00 |
| Joyce A. Ekstrand | 0.2 | $ 105.00 | $     21.00 |

| | | |
|---|---|---|
| Current Fees | | 246.00 |
| Current Costs | | 1.00 |
| Total Current Due This Invoice | $ | 247.00 |
| Previous Balance | $ | 2,976.28 |
| Payments Received | | <2,435.59> |
| Total Amount Due | $ | 787.69 |

PAID

FEB 2 1 2007

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


December 20, 2006
Invoice # 53592


Ford & Harrison, LLP                                              Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 10-04-06 | Analyze file for document referenced by court for compliance purposes | JAE | 0.2 |
| 10-04-06 | Review court order | RJW | 0.1 |
| 10-04-06 | Review docket 78 | RJW | 0.1 |
| 10-04-06 | E-mail to Ms. Walker and message to Mr. Steele re status | RJW | 0.1 |
| 10-05-06 | Telephone conference with attorney for ATP re facts of case and settlement issues | RJW | 0.4 |
| 10-05-06 | Letter to Ms. Walker re settlement issues and strategy | RJW | 0.2 |
| 10-17-06 | Review status report of ATP | RJW | 0.1 |

                                      Total Fees     $      246.00


| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
|  | Copying charge Anchorage office | 1.00 |

                                Total Disbursements  $       1.00

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

October 13, 2006

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                    Invoice # 52527
For Services Rendered Through September 30, 2006

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 2.3 | $ 225.00 | $ 517.50 |
| Joyce A. Ekstrand | 0.2 | $ 105.00 | $ 21.00 |

| | | |
|---|---|---|
| Current Fees | | 538.50 |
| Current Costs | | 2.19 |
| Total Current Due This Invoice | $ | 540.69 |
| Previous Balance | $ | 2,435.59 |
| Total Amount Due | $ | 2,976.28 |

PAID
FEB 2 1 2007

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


October 13, 2006
Invoice # 52527


Ford & Harrison, LLP                                          Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 09-01-06 | Analyze file for order referenced by Judge in minute order | JAE | 0.2 |
| 09-01-06 | Exchange emails with Ms. Walker re court order | RJW | 0.1 |
| 09-06-06 | Prepare e-mail to Ms. Walker re report to court | RJW | 0.1 |
| 09-11-06 | Message to Ms. Walker and Mr. Stehle re report to court and telephone conference with Ms. Walker re same | RJW | 0.1 |
| 09-11-06 | Telephone conference with Ms. Walker re status of case and litigation strategy | RJW | 0.5 |
| 09-11-06 | Telephone conference with Mr. Stehle re settlement issues | RJW | 0.8 |
| 09-11-06 | Letter to Ms. Walker re status of case, litigation and settlement strategy | RJW | 0.5 |
| 09-12-06 | Review e-mail from Ms. Walker and respond re court report | RJW | 0.1 |
| 09-12-06 | Review and revise letter to Ms. Walker re settlement | RJW | 0.1 |

                                   Total Fees    $      538.50


| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
|  | Copying charge Anchorage office | 1.80 |
|  | Postage Anchorage office | 0.39 |

                           Total Disbursements    $       2.19

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

September 6, 2006

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                          Invoice # 51855
For Services Rendered Through August 31, 2006

| Timekeeper | Hours | Rate/Hour | Amount |
|------------|-------|-----------|--------|
| Randall J. Weddle | 1.1 | $ 225.00 | $    247.50 |

| | |
|---|---|
| Current Fees | 247.50 |
| Current Costs | 28.96 |
| Current Interest Charges | 18.26 |
| Total Current Due This Invoice | $    294.72 |
| Previous Balance | $  2,140.87 |
| Total Amount Due | $  2,435.59 |



PAID
OCT 1 8 2006

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


September 6, 2006
Invoice # 51855


Ford & Harrison, LLP                                                    Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 06-08-06 | Review letter from Mr. Mills re mediation | RJW | 0.1 |
| 06-08-06 | Letter to Ms. Walker re mediator selection | RJW | 0.2 |
| 07-21-06 | Review emails from Mr. Walker re mediation | RJW | 0.1 |
| 07-25-06 | E-mail Ms. Walker re mediator selection | RJW | 0.2 |
| 07-25-06 | Telephone conference with Mr. Mills re mediation selection | RJW | 0.2 |
| 07-26-06 | Exchange emails with Mr. Grisham and Ms. Walker re mediation | RJW | 0.2 |
| 07-28-06 | Telephone conference with new attorney re their position concerning mediation | RJW | 0.1 |

Total Fees        $     247.50


| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 06-23-06 | Paid for Copies; Copies made at Anchorage Bar Association.; Anchorage Bar Association | 0.34 |
| 07-25-06 | Computer research; PACER Quarterly invoice; searches on 4/6/06.; Pacer Service Center | 0.72 |
| | Copying charge Anchorage office | 27.20 |
| | Long distance telephone charges Anchorage office | 0.70 |

Total Disbursements     $     28.96

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

June 19, 2006

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                                    Invoice # 50760
For Services Rendered Through April 30, 2006

| Timekeeper | Hours | Rate/Hour | Amount |
|------------|-------|-----------|--------|
| Randall J. Weddle | 4.0 | $ 225.00 | $ 900.00 |
| Joyce A. Ekstrand | 2.8 | $ 105.00 | $ 294.00 |

| | | |
|---|---|---|
| Current Fees | | 1,194.00 |
| Current Costs | | 27.51 |
| Current Interest Charges | | 53.86 |
| Total Current Due This Invoice | $ | 1,275.37 |
| Previous Balance | $ | 865.50 |
| Total Amount Due | $ | 2,140.87 |

PAID
OCT 1 8 2006

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

June 19, 2006
Invoice # 50760

Ford & Harrison, LLP                                    Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 02-08-06 | Telephone conference with Ms. Walker are status of case, litigation strategy and settlement strategy | RJW | 0.4 |
| 02-22-06 | Telephone conference with Mr. Mills re his thoughts concerning mediation | RJW | 0.4 |
| 02-22-06 | E-mail to Ms. Walker re thoughts concerning mediation | RJW | 0.2 |
| 02-23-06 | Review discovery letter from Mr. Grisham and telephone conference with him re post trial deadlines | RJW | 0.2 |
| 02-28-06 | Telephone conference with Ms. Walker re deposition results and litigation strategy | RJW | 0.7 |
| 03-13-06 | Review letter from Ms. Walker to Mr. Grisham re settlement and discovery issues | RJW | 0.1 |
| 03-20-06 | Telephone conference with Mr. Mills re settlement issues | RJW | 0.4 |
| 03-20-06 | Telephone conference with Ms. Walker re ATP and settlement issues | RJW | 0.4 |
| 03-20-06 | Telephone conference with Mr. Grisham re position of OFC | RJW | 0.1 |
| 03-27-06 | Review letter from Ms. Walker to Mr. Grisham re discovery | RJW | 0.1 |
| 04-04-06 | Exchange emails with Ms. Walker re trial dates | RJW | 0.1 |
| 04-04-06 | Telephone conference with Mr. Grisham re trial dates and possible stipulation | RJW | 0.2 |
| 04-05-06 | Telephone conference with Mr. Grisham re trial dates and possible stipulation | RJW | 0.2 |
| 04-06-06 | Obtain and analyze Court dockets for jury demand | JAE | 0.3 |
| 04-06-06 | Call to Judge Sedwick's case manager re Judge's availability for jury trial this fall | JAE | 0.1 |
| 04-07-06 | Prepare letter to co-counsel re plaintiff's | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

June 19, 2006
Invoice # 50760

Ford & Harrison, LLP                                          Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| | demand for jury trial | JAE | 0.1 |
| 04-07-06 | Analyze file re previous service of jury demand | JAE | 0.3 |
| 04-07-06 | Prepare emails to Ms. Walker re jury issues and conference with paralegal re needed investigation re same | RJW | 0.2 |
| 04-12-06 | Draft request for pretrial scheduling conference | RJW | 0.2 |
| 04-13-06 | Telephone conference with Ms. Walker re answer to complain | RJW | 0.1 |
| 04-13-06 | Detailed review of file re chronology of events re jury demand | JAE | 2.0 |

------------
Total Fees     $   1,194.00

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 02-01-06 | Messenger service; To Dorsey & Whitney on 1/23/06 #144078.; Anchorage Messenger Service, LLC | 3.37 |
| | Copying charge Anchorage office | 19.20 |
| | Long distance telephone charges Anchorage office | 4.55 |
| | Postage Anchorage office | 0.39 |

------------
Total Disbursements     $     27.51

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

June 9, 2006

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                          Invoice # 50569
For Services Rendered Through May 31, 2006

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 3.8 | $ 225.00 | $ 855.00 |
| Joyce A. Ekstrand | 0.1 | $ 105.00 | $ 10.50 |

| | | |
|---|---|---|
| Current Fees | | 865.50 |
| Total Current Due This Invoice | $ | 865.50 |
| Previous Balance | $ | 2,013.37 |
| Total Amount Due | $ | 2,878.87 |

PAID
OCT 18 2006

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


June 9, 2006
Invoice # 50569


Ford & Harrison, LLP                                          Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 05-02-06 | Review e-mail from Mr. Grisham re settlement | RJW | 0.1 |
| 05-02-06 | Prepare e-mail to Ms. Walker re settlement | RJW | 0.2 |
| 05-03-06 | Analyze order from chambers re trial | JAE | 0.1 |
| 05-05-06 | Exchange emails wih Ms. Walker re trial and mediation | RJW | 0.1 |
| 05-05-06 | Telephone conference with Mr. Mills re mediator selection and location | RJW | 0.5 |
| 05-05-06 | Telephone conference with Mr. Barcott re Seattle mediator selection | RJW | 0.2 |
| 05-05-06 | E-mail to Ms. Walker re mediation plan | RJW | 0.1 |
| 05-08-06 | Research re Seattle mediators | RJW | 0.9 |
| 05-08-06 | Telephone conference with Mr. Mills re mediator selection | RJW | 0.3 |
| 05-10-06 | Telephone conference with Mr. Mills re settlement and mediator selection | RJW | 0.4 |
| 05-10-06 | Letter to Ms. Walker re settlement and mediator selection | RJW | 0.3 |
| 05-10-06 | Exchange e-mails with Ms. Walter re settlement and mediator | RJW | 0.2 |
| 05-16-06 | Exchange emails with Ms. Walker re settlement issues | RJW | 0.2 |
| 05-18-06 | Prepare e-mail to Ms. Walker re status of case and mediation | RJW | 0.1 |
| 05-18-06 | Telephone conference with Mr. Mills re status of case and mediation | RJW | 0.2 |

Total Fees        $     865.50

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

February 21, 2006

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                          Invoice # 48976
For Services Rendered Through January 31, 2006

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 6.4 | $ 225.00 | $ 1,440.00 |
| Joyce A. Ekstrand | 5.6 | $ 105.00 | $ 588.00 |

| | | |
|---|---|---|
| Current Fees | | 2,028.00 |
| Current Costs | | 58.88 |
| Current Interest Charges | | 14.35 |
| Total Current Due This Invoice | $ | 2,101.23 |
| Previous Balance | $ | 4,208.16 |
| Total Amount Due | $ | 6,309.39 |

w/o interest

PAID
APR 2 5 2006

DATE 4.25-06
CHECK # 23045
AMOUNT PAID 2,086.88
BALANCE DUE 14.35

W/O

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


February 21, 2006
Invoice # 48976


Ford & Harrison, LLP                                              Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 01-03-06 | Continued file review for potential document production | JAE | 0.8 |
| 01-03-06 | Separate proposed production by category | JAE | 0.9 |
| 01-03-06 | Prepare memorandum re proposed production | JAE | 0.2 |
| 01-04-06 | Review documents and discovery requests re production | RJW | 1.0 |
| 01-04-06 | Letter to Ms. Walker re discovery requests and production | RJW | 0.3 |
| 01-04-06 | Memorandum to paralegal re discovery requests and production | RJW | 0.2 |
| 01-04-06 | Telephone conference with Ms. Walker re discovery responses and litigation strategy | RJW | 0.8 |
| 01-04-06 | Telephone conference with Ms. Walker re location of Mr. Green | RJW | 0.1 |
| 01-04-06 | Review witness file to assist in preparing responses to discovery | JAE | 0.5 |
| 01-05-06 | Continued preparation of final witness list | JAE | 0.5 |
| 01-09-06 | E-mail to Ms. Walker re discovery responses | RJW | 0.1 |
| 01-10-06 | Exchange e-mails with Ms. Walker re discovery deadlines and need for extension | RJW | 0.1 |
| 01-10-06 | Telephone conference with paralegal re deadlines and need for extension | RJW | 0.1 |
| 01-10-06 | Exchange e-mails with Ms. Walker and paralegal re additional extension | RJW | 0.1 |
| 01-10-06 | Call to opposing counsel regarding court ordered production | JAE | 0.1 |
| 01-10-06 | Review discovery status | JAE | 0.3 |
| 01-10-06 | Continued preparation of final witness list | JAE | 1.6 |
| 01-12-06 | Telephone conference with paralegal re information needed to prepare witness list | RJW | 0.2 |
| 01-12-06 | Review consent protective order | RJW | 0.2 |
| 01-12-06 | Telephone conference with Mr. Grisham re protective order | RJW | 0.1 |
| 01-13-06 | Review pretrial order for upcoming deadlines | JAE | 0.2 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


February 21, 2006
Invoice # 48976


Ford & Harrison, LLP                                                    Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 01-13-06 | Communications to/from co-counsel re witness list | JAE | 0.2 |
| 01-13-06 | Review and revise witness list | RJW | 0.5 |
| 01-13-06 | Prepare e-mail to Ms. Walker re litigation strategy and division of work | RJW | 0.5 |
| 01-17-06 | Telephone conference with Ms. Walker re litigation strategy and discovery plans | RJW | 0.4 |
| 01-17-06 | Telephone conference with Mr. Mills re discovery and production order | RJW | 0.2 |
| 01-17-06 | Letter to Ms. Walker re approach to interview of Mr. Seyer | RJW | 0.1 |
| 01-17-06 | Exchange e-mails with Ms. Walker re witness lists | RJW | 0.1 |
| 01-18-06 | Telephone conference with Mike Grisham re so can protective order | RJW | 0.1 |
| 01-20-06 | Telephone conference with clerk of court re protective order | RJW | 0.1 |
| 01-20-06 | Telephone conference with Ms. Walker re witness list and protective order | RJW | 0.2 |
| 01-20-06 | Telephone conference with Mr. Grisham re witness list and protective order | RJW | 0.1 |
| 01-20-06 | Prepare stipulation and revise order | RJW | 0.2 |
| 01-23-06 | Review AT Publishing witness lists | RJW | 0.1 |
| 01-23-06 | Review stipulation and proposed order | RJW | 0.1 |
| 01-30-06 | Review and analysis of OFC discovery responses served 01/24/06 | RJW | 0.4 |
| 01-30-06 | Create binders of documents for Mr. Weddle's use | JAE | 0.3 |

```
                                              ------------
                      Total Fees      $    2,028.00
```

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

February 21, 2006
Invoice # 48976

Ford & Harrison, LLP                                        Page 4

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| | Copying charge Anchorage office | 56.40 |
| | Long distance telephone charges Anchorage office | 0.70 |
| | Postage Anchorage office | 1.78 |
| | | ------------ |
| | Total Disbursements    $ | 58.88 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

January 18, 2006

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital          Invoice # 48463
I.D. 4103-018823- RJW
For Services Rendered Through December 31, 2005

| Timekeeper | Hours | Rate/Hour | | Amount |
|---|---|---|---|---|
| Randall J. Weddle | 1.2 | $ 225.00 | $ | 270.00 |
| Joyce A. Ekstrand | 2.2 | $ 100.00 | $ | 220.00 |

| | | |
|---|---|---|
| Current Fees | | 490.00 |
| Current Costs | | 21.55 |
| Total Current Due This Invoice | $ | 511.55 |
| Previous Balance | $ | 2,009.46 |
| Total Amount Due | $ | 2,521.01 |

PAID
APR 2 5 2006

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


January 18, 2006
Invoice # 48463


Ford & Harrison, LLP                                          Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 12-02-05 | Telephone conference with Ms. Walker re status of case, needed discovery and litigation strategy | RJW | 0.5 |
| 12-15-05 | Review court's order re discovery responses | RJW | 0.1 |
| 12-15-05 | Review discovery responses re needed responses in light of court's order | RJW | 0.1 |
| 12-15-05 | Prepare e-mail to Ms. Walker re response to order and re discovery planning | RJW | 0.2 |
| 12-15-05 | Review file and pull documents to assist Mr. Weddle in response to order re motion to compel | JAE | 0.2 |
| 12-22-05 | Review new discovery requests from ATP | RJW | 0.2 |
| 12-22-05 | Letter to Ms. Walker re new discovery requests | RJW | 0.1 |
| 12-30-05 | Commence reviewing files to pull documents in response to discovery requests re attorney communications | JAE | 2.0 |

```
                                          ------------
                        Total Fees    $       490.00
```

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| | Copying charge Anchorage office | 9.40 |
| | Long distance telephone charges Anchorage office | 11.55 |
| | Postage Anchorage office | 0.60 |

```
                                          ------------
                  Total Disbursements   $       21.55
```

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

December 9, 2005

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                     Invoice # 47804
For Services Rendered Through November 30, 2005

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 2.4 | $ 225.00 | $   540.00 |
| Joyce A. Ekstrand | 5.5 | $ 100.00 | $   550.00 |

| | | |
|---|---|---|
| Current Fees | | 1,090.00 |
| Current Costs | | <751.70> |
| Total Current Due This Invoice | $ | 338.30 |
| Previous Balance | $ | 3,358.31 |
| Payments Received | | <1,687.15> |
| Total Amount Due | $ | 2,009.46 |

PAID
APR 2 5 2006

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


December 9, 2005
Invoice # 47804


Ford & Harrison, LLP                                              Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 11-02-05 | Telephone conference with Ms. Walker re litigation strategy | RJW | 0.4 |
| 11-02-05 | Review file re witness lists | RJW | 0.2 |
| 11-02-05 | Conference with paralegal re amended witness list | RJW | 0.1 |
| 11-02-05 | Gather documents for Marion Walker's review | JAE | 0.2 |
| 11-02-05 | Detailed review of file materials to draft amended witness list | JAE | 2.5 |
| 11-02-05 | Discussions with Mr. Weddle re preliminary witness list | JAE | 0.3 |
| 11-02-05 | Revise witness list | JAE | 0.8 |
| 11-02-05 | Review file to prepare timeline for Mr. Weddle's use in interviewing witnesses | JAE | 0.8 |
| 11-09-05 | Review motion tre pro hoc vice admission to confirm attorneys involved | JAE | 0.2 |
| 11-11-05 | Complete timeline for Mr. Weddle's use in talking to witnesses | JAE | 0.7 |
| 11-15-05 | Review reply brief re motion to compel | RJW | 0.5 |
| 11-28-05 | Review file and letter to Ms. Walker re response to plaintiff's reply brief | RJW | 0.2 |
| 11-28-05 | Review Ms. Walker's opposition to motion to compel and compare to reply brief of AT Publishing | RJW | 0.8 |
| 11-28-05 | Letter to Ms. Walker re discovery strategy | RJW | 0.2 |

```
                                    ------------
               Total Fees      $    1,090.00
```

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 11-08-05 | Refund or credit; OFC Capital- Refund- Over pymt on inv# 47173 | <762.70> |
| | Copying charge Anchorage office | 11.00 |

```
                                    ------------
             Total Disbursements  $   <751.70>
```

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

November 18, 2005

Ford & Harrison, LLP
Attn: Marion F. Walker
2100 3rd Avenue North, Ste. 400
Birmingham, AL 35203

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                          Invoice # 47532
For Services Rendered Through October 31, 2005

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 9.7 | $ 225.00 | $  2,182.50 |
| Joyce A. Ekstrand | 8.5 | $ 100.00 | $  .850.00 |

| | |
|---|---|
| Current Fees | 3,032.50 |
| Current Costs | 294.67 |
| Current Interest Charges | 31.14 |
| Total Current Due This Invoice | $  3,358.31 |
| Previous Balance | $  5,589.03 |
| Payments Received | <5,589.03> |
| Total Amount Due | $  3,358.31 |

DATE 11/29/05
CHECK # 22574
AMOUNT PAID 1687.15
BALANCE DUE 1671.16

LM w/ Claudine

1/23/04 Spoke to Claudine- Pymt should have been
sent to midnight Sun. I cut a ck. to midnight Sun.
Also faxed All A/R to Claudine.

PAID
APR 25 2006

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

November 18, 2005
Invoice # 47532

Ford & Harrison, LLP                                                    Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 10-03-05 | Review correspondence concerning production activities | JAE | 0.2 |
| 10-04-05 | Discussion with Mr. Weddle regarding new summary judgment motion | JAE | 0.1 |
| 10-04-05 | Review documents to be attached to new motion for summary judgment | JAE | 0.1 |
| 10-10-05 | Pull documents to assist Mr. Weddle in responding to discovery requests | JAE | 0.2 |
| 10-11-05 | Review discovery requests re needed responses | RJW | 0.2 |
| 10-11-05 | Telephone conference with Mr. Hahn re substitution and location of Ms. Walker | RJW | 0.1 |
| 10-11-05 | Telephone call to Ms. Walker re discovery responses | RJW | 0.1 |
| 10-13-05 | Telephone conference with Ms. Walker re status of case and litigation strategy | RJW | 0.5 |
| 10-13-05 | Telephone conference with Mr. Hahn re document production issues | RJW | 0.2 |
| 10-13-05 | Telephone conference with Mr. Grisham re extension of time for document production | RJW | 0.1 |
| 10-13-05 | Conference with paralegal re document production | RJW | 0.1 |
| 10-13-05 | Pull documents to assist Mr. Weddle in responding to discovery requests | JAE | 1.0 |
| 10-14-05 | Draft response to request for production | RJW | 0.3 |
| 10-14-05 | Review e-mail from Ms. Walker re substitution of counsel | RJW | 0.1 |
| 10-14-05 | Review Federal Rules re substitution of counsel | RJW | 0.1 |
| 10-14-05 | Review and revise substitution pleading | RJW | 0.2 |
| 10-14-05 | Draft substitution papers | RJW | 0.2 |
| 10-14-05 | Prepare e-mail to Mr. Hahn re substitution papers | RJW | 0.1 |
| 10-14-05 | Review production by Hahn | JAE | 1.5 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


November 18, 2005
Invoice # 47532


Ford & Harrison, LLP                                        Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 10-14-05 | Cross check copy of client's file with documents previously produced through initial disclosures | JAE | 0.3 |
| 10-14-05 | Analyze supplemental production from plaintiff and cross check with previous production | JAE | 1.0 |
| 10-14-05 | Analyze production from AB Dick | JAE | 0.6 |
| 10-14-05 | Mark for Mr. Weddle's reference new documents produced | JAE | 0.5 |
| 10-17-05 | Review documents numbered 1 -175 recently received from Mr. Hahn | RJW | 0.3 |
| 10-17-05 | Draft discovery response | RJW | 0.2 |
| 10-17-05 | Letter to Mr. Hahn re document production issue | RJW | 0.1 |
| 10-17-05 | Letter to Ms. Walker re document production issue | RJW | 0.1 |
| 10-17-05 | Review and revise motion to withdraw | RJW | 0.1 |
| 10-17-05 | Finalize analysis of plaintiff's production | JAE | 0.8 |
| 10-18-05 | Review A.B. Dick/OFC agreement | RJW | 0.1 |
| 10-18-05 | Memorandum to Ms. Walker re A.B. Dick/OFC agreement and production of same | RJW | 0.1 |
| 10-18-05 | Review and revise new discovery request to AT Publishing | RJW | 0.1 |
| 10-18-05 | Analysis of Mr. Grisham's letter re discovery responses | RJW | 0.2 |
| 10-18-05 | Analysis of prior discovery responses in light of objections by AT Publishing | RJW | 0.5 |
| 10-18-05 | Prepare draft response letter | RJW | 0.2 |
| 10-18-05 | Telephone conference with Ms. Walker re draft response letter and re litigation strategy | RJW | 0.3 |
| 10-18-05 | Draft Requests for Admissions to plaintiff | JAE | 0.4 |
| 10-18-05 | Review status of plaintiff's amended complaint | JAE | 0.4 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

November 18, 2005
Invoice # 47532

Ford & Harrison, LLP                                           Page 4

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 10-20-05 | Analysis of court order re motion to amend | RJW | 0.4 |
| 10-20-05 | Letter to Ms. Walker re court order re motion amend | RJW | 0.1 |
| 10-21-05 | Review depositions of parties for additional discovery and defenses | JAE | 0.5 |
| 10-21-05 | Review court order re motion to amend | RJW | 0.2 |
| 10-21-05 | Prepare e-mail correspondence to Ms. Walker re motion to amend order and litigation strategy | RJW | 0.2 |
| 10-21-05 | Analysis prepare for Frank Martone deposition | RJW | 1.0 |
| 10-21-05 | Prepare e-mail to Ms. Walker re Frank Martone deposition and litigation strategy | RJW | 0.2 |
| 10-21-05 | Review Greg Martone deposition | RJW | 0.8 |
| 10-24-05 | Review status of discovery | JAE | 0.3 |
| 10-24-05 | Review Order from Chambers re motion to amend complaint | JAE | 0.2 |
| 10-24-05 | Analysis of depositions re summary judgment motion and litigation strategy | RJW | 0.7 |
| 10-24-05 | Letter to Ms. Walker re summary judgment motion and litigation strategy | RJW | 0.3 |
| 10-26-05 | Letter to Ms. Walker re needed research and litigation strategy | RJW | 0.2 |
| 10-26-05 | Conference with Ms. Walker re status of case and litigation strategy | RJW | 0.3 |
| 10-26-05 | Letter to Ms. Walker re cure offers and litigation strategy | RJW | 0.1 |
| 10-30-05 | Analysis of motion to compel | RJW | 0.5 |
| 10-30-05 | E-mail to Ms. Walker re responses to motion to compel | RJW | 0.1 |
| 10-31-05 | Review motion to compel for possible defenses | JAE | 0.4 |

                                    ------------
                   Total Fees    $   3,032.50

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


November 18, 2005
Invoice # 47532


Ford & Harrison, LLP                                          Page 5

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW


| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 10-11-05 | Messenger service; File in District Court on 10/21/05 #129774.; Anchorage Messenger Service, LLC | 3.46 |
| 10-12-05 | Computer research; 9/28/05 SHK; West Group Payment Center | 123.56 |
| | Copying charge Anchorage office | 147.60 |
| | Long distance telephone charges Anchorage office | 7.35 |
| | Postage Anchorage office | 12.70 |

                               Total Disbursements    $    294.67