HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

October 26, 2005

OFC Capital, a Div. of Alfa Financial Corp.
Attn: Lorraine Kirby
576 Colonial Park Drive
Roswell, GA 30075

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                    Invoice # 47173
For Services Rendered Through September 30, 2005

| Timekeeper | Hours | Rate/Hour | Amount |
|------------|-------|-----------|--------|
| Randall J. Weddle | 23.6 | $ 225.00 | $ 5,310.00 |
| Joyce A. Ekstrand | 1.9 | $ 100.00 | $ 190.00 |

|  |  |
|--|--|
| Current Fees | 5,500.00 |
| Current Costs | 89.03 |
| Total Current Due This Invoice | $ 5,589.03 |
| Previous Balance | $ 8,322.69 |
| Payments Received | <8,322.69> |
| Total Amount Due | $ 5,589.03 |

PAID
NOV 0 8 2005

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

October 26, 2005
Invoice # 47173

OFC Capital, a Div. of Alfa Financial Corp.                    Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 09-02-05 | Exchange e-mails with plaintiff's attorney re deposition and discovery | RJW | 0.2 |
| 09-02-05 | E-mail to Ms. Walker re deposition planning | RJW | 0.1 |
| 09-02-05 | E-mail to Mr. Mills re deposition planning issues and document production | RJW | 0.2 |
| 09-06-05 | Review documents in preparation for depositions of AT Publishing witnesses | RJW | 0.9 |
| 09-06-05 | Exchange e-mails with Ms. Walker re litigation strategy | RJW | 0.1 |
| 09-07-05 | Review new documents from Mr. Seaward | RJW | 0.2 |
| 09-07-05 | Review documents produced by A.T.P. to prepare for deposition of their employees | RJW | 1.0 |
| 09-07-05 | Memorandum to Ms. Walker re deposition strategy | RJW | 0.2 |
| 09-07-05 | Review documents obtained from Marion Walker for additional defenses and discovery | JAE | 0.3 |
| 09-08-05 | Prepare e-mail to plaintiff's attorney re discovery issues | RJW | 0.2 |
| 09-12-05 | Review and select exhibits for depos | RJW | 1.0 |
| 09-12-05 | Prepare notes for depos | RJW | 2.0 |
| 09-12-05 | Prepare email to Ms. Walker re discovery plan | RJW | 0.2 |
| 09-12-05 | Prepare email to plaintiff's attorney re discovery issues | RJW | 0.2 |
| 09-12-05 | Exchange emails with Mr. Hahn re deposition preparation | RJW | 0.1 |
| 09-13-05 | Review file to prepare for pre-deposition meeting with Ms. Walker | RJW | 0.4 |
| 09-13-05 | Telephone conference with Ms. Walker re deposition strategy | RJW | 0.4 |
| 09-13-05 | Telephone conference with Mr. Hahn re deposition strategy | RJW | 0.2 |
| 09-13-05 | Review file to prepare for depositions | RJW | 0.8 |
| 09-14-05 | Analysis of documents in preparation for | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


October 26, 2005
Invoice # 47173


OFC Capital, a Div. of Alfa Financial Corp.                      Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
|  | depos of AT Publishing Directors and review notes re same | RJW | 0.8 |
| 09-14-05 | Attend depo of Frank Martone | RJW | 3.0 |
| 09-14-05 | Telephone conference with Mr. Hahn re results of depo and depo strategy | RJW | 0.3 |
| 09-14-05 | Prepare for depo of Andrew Martone | RJW | 0.5 |
| 09-14-05 | Review evidence re when rejection occurred | RJW | 0.2 |
| 09-14-05 | Attend depo of Andrew Martone | RJW | 1.7 |
| 09-14-05 | Letter to Ms. Walker re depo results | RJW | 0.3 |
| 09-14-05 | Review discovery demand letter and prepare email to Ms. Walker re same | RJW | 0.2 |
| 09-14-05 | Review and select documents to assist Mr. Weddle in taking depositions of parties | JAE | 0.3 |
| 09-14-05 | Review file for correspondence from Mike Mills to OFC rejecting equipment for Mr. Weddle's use in depositions | JAE | 0.3 |
| 09-14-05 | Locate whereabouts of witness Lee Whitten | JAE | 0.2 |
| 09-15-05 | Attend depos of Bill and Greg Martone | RJW | 2.8 |
| 09-15-05 | Telephone conference with Mr. Hahn re depo results and strategy | RJW | 0.3 |
| 09-15-05 | Attend depos of Paul Martone and Marie McConkey | RJW | 3.0 |
| 09-15-05 | Letter to Ms. Walker re depo results | RJW | 0.5 |
| 09-15-05 | Discussion with Mr. Weddle re depositions and status of discovery | JAE | 0.2 |
| 09-16-05 | Review revised letter to Ms. Walker re depo results | RJW | 0.2 |
| 09-16-05 | Telephone conference with Ms. Walker re depo results | RJW | 0.2 |
| 09-19-05 | Review deposition notes for additional defenses and discovery | JAE | 0.6 |
| 09-21-05 | Telephone conference with Mr. Hahn re discovery response and litigation strategy | RJW | 0.2 |
| 09-21-05 | Review letter from Mr. Grisham and attached | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


October 26, 2005
Invoice # 47173


OFC Capital, a Div. of Alfa Financial Corp.                    Page 4

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
|  | e-mail | RJW | 0.2 |
| 09-21-05 | Letter to Ms. Walker re e-mail and litigation strategy | RJW | 0.2 |
| 09-27-05 | Review supplemental disclosures | RJW | 0.3 |
| 09-27-05 | Prepare e-mail to Ms. Walker re supplemental disclosures | RJW | 0.1 |
| 09-29-05 | Telephone conference with Mr. Hahn re discovery issues | RJW | 0.1 |
| 09-30-05 | Telephone conference with Mr. Grisham re discovery issues | RJW | 0.1 |

```
                                     ------------
                   Total Fees    $    5,500.00
```

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
|  | Copying charge Anchorage office | 64.60 |
|  | Long distance telephone charges Anchorage office | 20.65 |
|  | Postage Anchorage office | 3.78 |

```
                                     ------------
              Total Disbursements  $      89.03
```

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

September 7, 2005

OFC Capital, a Div. of Alfa Financial Corp.
Attn: Lorraine Kirby
576 Colonial Park Drive
Roswell, GA 30075

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                          Invoice # 46398
For Services Rendered Through August 31, 2005

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 18.8 | $ 225.00 | $ 4,230.00 |
| Joyce A. Ekstrand | 1.9 | $ 100.00 | $ 190.00 |

| | | |
|---|---|---|
| Current Fees | | 4,420.00 |
| Current Costs | | 216.47 |
| Current Interest Charges | | 62.28 |
| Total Current Due This Invoice | $ | 4,698.75 |
| Previous Balance | $ | 7,057.33 |
| Payments Received | | <3,433.39> |
| Total Amount Due | $ | 8,322.69 |

PAID
SEP 2 0 2005

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


September 7, 2005
Invoice # 46398


OFC Capital, a Div. of Alfa Financial Corp.                    Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 07-08-05 | Review draft discovery requests | RJW | 0.2 |
| 07-08-05 | Telephone conference with Mr. Hahn re discovery requests | RJW | 0.2 |
| 07-26-05 | Review motion to amend | RJW | 0.1 |
| 07-26-05 | Review amended complaint | RJW | 0.2 |
| 07-26-05 | Prepare e-mail to Ms. Walker re amended complaint | RJW | 0.1 |
| 08-03-05 | Exchange e-mails with Mr. Hahn re litigation strategy and filing reply brief | RJW | 0.2 |
| 08-03-05 | Review and analysis of reply brief | RJW | 0.2 |
| 08-04-05 | Letter to Mr. Mills re discovery planning | RJW | 0.1 |
| 08-04-05 | Telephone conference with Mr. Hahn re litigation strategy | RJW | 0.2 |
| 08-04-05 | Telephone conference with Mr. Mills re discovery planning | RJW | 0.2 |
| 08-10-05 | Telephone conference with Ms. Walker re litigation strategy | RJW | 0.2 |
| 08-11-05 | Exchange e-mails with Ms. Walker re interview of witness | RJW | 0.1 |
| 08-12-05 | Review prior notes to prepare for interview of Ben Taylor | RJW | 0.4 |
| 08-12-05 | Telephone conference with Mr. Taylor re his recollection of events | RJW | 0.4 |
| 08-12-05 | Attend interview of Mr. Taylor | RJW | 1.2 |
| 08-12-05 | Telephone conference with Mr. Ashcroft re facts of case | RJW | 0.3 |
| 08-12-05 | Message to AB Dick re records of Mr. Ashcroft | RJW | 0.1 |
| 08-12-05 | Review Martone affidavits to prepare for interview of Mr. Aschcroft | RJW | 0.4 |
| 08-12-05 | Review AT Publishing's reply brief re motion to amend | RJW | 0.4 |
| 08-12-05 | Prepare e-mail to Ms. Walker re oral argument | RJW | 0.1 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


September 7, 2005
Invoice # 46398


OFC Capital, a Div. of Alfa Financial Corp.                    Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 08-15-05 | Telephone conference with Mr. Ashcroft re facts of case | RJW | 0.5 |
| 08-15-05 | Telephone conference with Ms. Walker re additional interviews | RJW | 0.1 |
| 08-15-05 | Messages to witnesses re interview schedules | RJW | 0.2 |
| 08-15-05 | Telephone conference with Ms. Walker re oral argument | RJW | 0.2 |
| 08-15-05 | Review local rules and draft oral argument | RJW | 0.1 |
| 08-15-05 | Review interview notes to prepare for additional interviews | RJW | 0.4 |
| 08-15-05 | Review letter from Ms. Walker summarizing Taylor interview | RJW | 0.1 |
| 08-15-05 | Review pleadings and disclosures to prepare for depositions | RJW | 0.5 |
| 08-16-05 | Prepare e-mail to Ms. Walker re position of witness Garrett | RJW | 0.1 |
| 08-16-05 | Exchange e-mails with Ms. Walker about Taylor files and installation issues | RJW | 0.1 |
| 08-16-05 | Telephone conference with witness Seaward re status of case and interview schedule | RJW | 0.3 |
| 08-16-05 | Messages to Ms. Walker re Seaward interview | RJW | 0.1 |
| 08-16-05 | Telephone conference with Ms. Reeves re Ashcroft file production | RJW | 0.3 |
| 08-16-05 | Exchange messages with Mr. James re his interview | RJW | 0.1 |
| 08-16-05 | Telephone conference with Ms. Walker re status of case, interviews, evidence and litigation strategy | RJW | 0.2 |
| 08-16-05 | Review notes of prior interviews and prepare outline for interviews of James and Seaward | RJW | 0.6 |
| 08-16-05 | Prepare e-mail to Mr. Mills re deposition planning | RJW | 0.2 |
| 08-16-05 | Pull documents to assist Mr. Weddle in preparation for depositions | JAE | 0.3 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


September 7, 2005
Invoice # 46398


OFC Capital, a Div. of Alfa Financial Corp.                    Page 4

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 08-17-05 | Review plaintiff's initial disclosures for possible deposition exhibits | RJW | 1.0 |
| 08-17-05 | Review plaintiff's responses to discovery in preparation for depositions of plaintiff's witnesses | RJW | 0.5 |
| 08-17-05 | Telephone conferences with Ms. Walker re interview with Mr. James | RJW | 0.1 |
| 08-17-05 | Telephone conference with Mr. James re his interview | RJW | 0.2 |
| 08-17-05 | Telephone conference with Mr. Seaward re facts of case  and telephone conference with Ms. Walker re litigation strategy | RJW | 1.5 |
| 08-17-05 | Telephone conference with Mr. Ashcroft re location of Bert Green | RJW | 0.2 |
| 08-17-05 | Telephone conference with Mr. Taylor re location of Bert Green | RJW | 0.2 |
| 08-17-05 | Pull additional documents to assist Mr. Weddle in preparing for depositions | JAE | 0.4 |
| 08-18-05 | Telephone conference with Ms. Walker re work product issues | RJW | 0.2 |
| 08-18-05 | Review Rule 26 re work product issues | RJW | 0.1 |
| 08-18-05 | Draft summary of Seaward interview | RJW | 1.0 |
| 08-18-05 | Review discovery responses in preparation for depositions | RJW | 0.3 |
| 08-19-05 | Assist Mr. Weddle in obtaining documents in preparation for depositions | JAE | 1.2 |
| 08-22-05 | Review plaintiff's disclosures and discovery responses to prepare for witness interviews | RJW | 0.8 |
| 08-23-05 | Review and select documents to prepare for depositions of AT Publishing personnel | RJW | 0.6 |
| 08-23-05 | Exchange e-mails with Mr. Mills re discovery | RJW | 0.1 |
| 08-25-05 | Prepare letter to Mr. Mills re witness location and discovery | RJW | 0.2 |
| 08-25-05 | Review file re issues for depositions | RJW | 1.0 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

September 7, 2005
Invoice # 46398

OFC Capital, a Div. of Alfa Financial Corp.                    Page 5

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 08-25-05 | Begin preparation of notes for depositions | RJW | 1.0 |
| 08-30-05 | Exchange e-mails with Mr. Mills re discovery | RJW | 0.1 |
| 08-30-05 | Telephone conference with Mr. Hahn re litigation strategy and interview results | RJW | 0.3 |

Total Fees        $    4,420.00

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 07-05-05 | Paid for Copies; copies; A-1 Duplicating Service, LLC | 44.46 |
| 07-22-05 | Courier services; DHL to Baker Donalsen Et Al in Birmingham, AL on 7/1/05; DHL Express, Inc | 38.51 |
| 08-31-05 | Courier services; #117477-To: US District Court-8/3/2005; Anchorage Messenger Service, LLC | 3.23 |
| 08-31-05 | Courier services; #119031-To: US District Ct-8/15/05; Anchorage Messenger Service, LLC | 3.24 |
| | Copying charge Anchorage office | 20.80 |
| | Telecopy Anchorage office | 7.00 |
| | Long distance telephone charges Anchorage office | 97.29 |
| | Postage Anchorage office | 1.94 |

Total Disbursements        $      216.47

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

July 5, 2005

OFC Capital, a Div. of Alfa Financial Corp.
Attn:  Lorraine Kirby
576 Colonial Park Drive
Roswell, GA 30075

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                          Invoice # 45430
For Services Rendered Through June 30, 2005

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 8.8 | $  225.00 | $   1,980.00 |
| Joyce A. Ekstrand | 1.2 | $  100.00 | $     120.00 |

| | | |
|---|---|---|
| Current Fees | | 2,100.00 |
| Current Costs | | 10.55 |
| Current Interest Charges | | 31.14 |
| Total Current Due This Invoice | $ | 2,141.69 |
| Previous Balance | $ | 7,896.48 |
| Payments Received | | <2,980.84> |
| Total Amount Due | $ | 7,057.33 |

PAID
AUG 0 9 2005

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


July 5, 2005
Invoice # 45430


OFC Capital, a Div. of Alfa Financial Corp.                    Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 06-01-05 | Review order and prepare e-mail to Ms. Walker re order | RJW | 0.1 |
| 06-06-05 | Track discovery requests/responses for additional defenses | JAE | 0.2 |
| 06-10-05 | Exchange e-mails with Ms. Walker re status of conference | RJW | 0.2 |
| 06-13-05 | Review draft responses to plaintiff's discovery requests | RJW | 0.2 |
| 06-15-05 | Review issue pleading to prepare for conference call concerning status conference | RJW | 0.2 |
| 06-15-05 | Review interview notes to prepare for conference call concerning status conference | RJW | 0.4 |
| 06-15-05 | Review witness list to prepare for conference call concerning status conference | RJW | 0.4 |
| 06-15-05 | Prepare e-mail to Ms. Walker re discovery planning, deposition schedule and issues to be addressed at status conference | RJW | 0.5 |
| 06-15-05 | Prepare list of proposed depositions and interviews | RJW | 0.7 |
| 06-15-05 | Telephone conference with Mr. Hahn re meeting schedule | RJW | 0.1 |
| 06-15-05 | Attend conference call re discovery, litigation strategy, budget planning, settlement and re status conference with judge | RJW | 1.7 |
| 06-15-05 | Analysis of pleadings to prepare for status conference and depositions | RJW | 0.7 |
| 06-15-05 | Analysis of judge's order for status conference and depositions | RJW | 0.7 |
| 06-15-05 | Letter to Ms. Walker re court order and deposition strategy | RJW | 0.3 |
| 06-15-05 | Pull documents to assist Mr. Weddle with conference with Mr. Walker | JAE | 0.5 |
| 06-16-05 | Attend status conference | RJW | 0.9 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

July 5, 2005
Invoice # 45430

OFC Capital, a Div. of Alfa Financial Corp.                    Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 06-16-05 | Analysis of summary judgment briefs and exhibits re issues to be addressed in discovery | RJW | 1.0 |
| 06-16-05 | Prepare e-mail to Ms. Walker re ABD depositions | RJW | 0.2 |
| 06-16-05 | Review status of discovery | JAE | 0.2 |
| 06-21-05 | Prepare e-mail to Mr. Hahn re discovery issues and planning | RJW | 0.2 |
| 06-24-05 | Review e-mail from Ms. Walker re her investigation and discovery plans | RJW | 0.2 |
| 06-24-05 | E-mail to Ms. Walker re discovery plans | RJW | 0.1 |
| 06-29-05 | Review file in response to request for documents from Mr. Hahn | JAE | 0.2 |
| 06-29-05 | Prepare memorandum to Mr. Weddle re review of production by plaintiff | JAE | 0.1 |

------------
                                    Total Fees    $   2,100.00

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| | Copying charge Anchorage office | 10.20 |
| | Long distance telephone charges Anchorage office | 0.35 |

------------
                          Total Disbursements    $     10.55

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

June 8, 2005

OFC Capital, a Div. of Alfa Financial Corp.
Attn:  Lorraine Kirby
576 Colonial Park Drive
Roswell, GA 30075

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                          Invoice # 45034
For Services Rendered Through May 31, 2005

| Timekeeper | Hours | Rate/Hour | Amount |
|------------|-------|-----------|--------|
| Randall J. Weddle | 4.5 | $  225.00 | $   1,012.50 |
| Joyce A. Ekstrand | 0.2 | $  100.00 | $      20.00 |

| | |
|---|---|
| Current Fees | 1,032.50 |
| Current Costs | 116.09 |
| Current Interest Charges | 143.11 |
| Total Current Due This Invoice | $   1,291.70 |
| Previous Balance | $   6,604.78 |
| Total Amount Due | $   7,896.48 |

PAID
AUG 0 1 2005

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


June 8, 2005
Invoice # 45034


OFC Capital, a Div. of Alfa Financial Corp.                    Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 03-18-05 | Review e-mail from Ms. Walker re statute of limitations | RJW | 0.1 |
| 03-28-05 | Review case status and upcoming deadlines | JAE | 0.2 |
| 03-29-05 | Telephone conference with Mr. Hahn re litigation strategy and deposition planning | RJW | 0.3 |
| 04-22-05 | Telephone conference with Mr. Hahn re litigation strategy | RJW | 0.2 |
| 05-13-05 | Review letter from Mr. Mills re settlement | RJW | 0.1 |
| 05-13-05 | Review offer of judgment | RJW | 0.1 |
| 05-13-05 | Review State and Federal Rules re offers of judgment | RJW | 0.1 |
| 05-13-05 | Letter to Ms. Walker re settlement offer | RJW | 0.2 |
| 05-16-05 | Review offer of judgment rules and fax to Mr. Hahn | RJW | 0.1 |
| 05-16-05 | Research re Rule 68 issue | RJW | 0.2 |
| 05-16-05 | Telephone conference with Mr. Hahn re status of case and settlement strategy | RJW | 0.1 |
| 05-23-05 | Review discovery requests and e-mail to Mr. Hahn re same | RJW | 0.1 |
| 05-24-05 | Exchange e-mails with Mr. Hahn re settlement | RJW | 0.2 |
| 05-25-05 | Telephone conference with Mr. Mills re settlement value and mediation | RJW | 0.5 |
| 05-25-05 | Research re advisability of using Judge Holland as mediator | RJW | 0.4 |
| 05-25-05 | Letter to Ms. Walker re settlement strategy | RJW | 0.3 |
| 05-26-05 | Prepare e-mail to Mr. Mills re deadlines | RJW | 0.1 |
| 05-26-05 | Prepare e-mail to Ms. Walker re deadlines | RJW | 0.1 |
| 05-26-05 | Review letter from Ms. Walker | RJW | 0.1 |
| 05-27-05 | Attend conference call with Ms. Walker and Mr. Hahn re status of case and litigation strategy | RJW | 0.4 |
| 05-27-05 | Telephone conference with Mr. Mills re status conference issue | RJW | 0.2 |
| 05-27-05 | Telephone conference with Mr. Gilmore re | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


June 8, 2005
Invoice # 45034


OFC Capital, a Div. of Alfa Financial Corp.                    Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| | status conference issue | RJW | 0.1 |
| 05-27-05 | Telephone conference with Ms. Ricter re status conference schedule | RJW | 0.1 |
| 05-27-05 | Telephone conference with Mr. Mills re status conference schedule | RJW | 0.1 |
| 05-31-05 | Telephone conference with Mr. Mills re deadlines | RJW | 0.1 |
| 05-31-05 | Draft stipulation re deadlines | RJW | 0.1 |
| 05-31-05 | Telephone conference with Mr. Hahn re stipulation terms | RJW | 0.1 |

```
                                         ------------
                    Total Fees      $      1,032.50
```

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 03-01-05 | Messenger time critical service | 40.00 |
| 03-01-05 | Messenger time critical service | 11.50 |
| 05-31-05 | Courier services; 106992 - To US District Court - 5/27/05; Anchorage Messenger Service, LLC | 3.21 |
| 05-31-05 | Courier services; 107187 - To Dorsey & Whitney LLP; Anchorage Messenger Service, LLC | 39.14 |
| | Copying charge Anchorage office | 14.00 |
| | Long distance telephone charges Anchorage office | 6.30 |
| | Postage Anchorage office | 1.94 |

```
                                         ------------
               Total Disbursements   $       116.09
```

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

March 14, 2005

OFC Capital
Attn:  Marion F. Walker
c/o Baker, Donelson, Bearman et al.
420 20th Street North
1600 South Trust Tower
Birmingham , Alabama 35203-5202

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                                    Invoice # 43527


Attn:  Marion Walker
For Services Rendered Through February 28, 2005

| Timekeeper | Hours | Rate/Hour | | Amount |
|---|---|---|---|---|
| Randall J. Weddle | 4.3 | $ 225.00 | $ | 967.50 |
| Timothy A. McKeever | 0.3 | $ 225.00 | $ | 67.50 |
| Joyce A. Ekstrand | 0.9 | $ 100.00 | $ | 90.00 |
| Erin K. Egan | 0.6 | $ 160.00 | $ | 96.00 |


Current Fees                                               1,221.00
Current Costs                                                  10.45
Current Interest Charges                                       41.36

Total Current Due This Invoice              $             1,272.81

Previous Balance                            $            65,331.97
Total Amount Due                            $            66,604.78

JUN 1 6 2005

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

March 14, 2005
Invoice # 43527

OFC Capital                                                    Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 02-01-05 | Telephone conference with Mr. Hahn re results of investigation and litigation strategy | RJW | 0.4 |
| 02-01-05 | Review letter from Ms. Walker re settlement | RJW | 0.1 |
| 02-07-05 | Research re federal subpoena | EKE | 0.3 |
| 02-07-05 | Draft memorandum to Mr. Weddle re federal subpoena | EKE | 0.3 |
| 02-14-05 | Telephone conference with Mr. Hahn re status of case and settlement strategy | RJW | 0.4 |
| 02-16-05 | Review and revise proposed stipulation | RJW | 0.1 |
| 02-16-05 | Letter to Mr. Hahn re proposed discovery | RJW | 0.2 |
| 02-17-05 | Telephone conference with Mr. Hahn re litigation strategy and stipulation terms | RJW | 0.3 |
| 02-24-05 | Discussion with Susan Winton re historical court filings to assist in responding to questions from client | JAE | 0.2 |
| 02-25-05 | Review file re deadlines and witness list | RJW | 0.2 |
| 02-25-05 | Telephone conference with Mr. Mills re deadlines and discovery | RJW | 0.5 |
| 02-25-05 | Draft final witness list | JAE | 0.3 |
| 02-25-05 | Discuss court imposed deadlines with Mr. Weddle | JAE | 0.1 |
| 02-26-05 | Telephone conference with Mr. Hahn re scheduling discovery and deadlines | RJW | 0.2 |
| 02-28-05 | Telephone conference with Mr. Weddle re litigation strategy | TAM | 0.3 |
| 02-28-05 | Analysis of discovery issues and possible stipulation re A.B. Dick | RJW | 0.2 |
| 02-28-05 | Draft discovery deadline issue | RJW | 0.2 |
| 02-28-05 | Telephone conference with Mr. Hahn re litigation strategy | RJW | 0.3 |
| 02-28-05 | Research re bankruptcy and stay issues | RJW | 0.5 |
| 02-28-05 | Telephone conference with Mr. Gilmore re extension and stay issues | RJW | 0.2 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


March 14, 2005
Invoice # 43527


OFC Capital                                                          Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 02-28-05 | Telephone conference with Mr .Mills re discovery and stay issues | RJW | 0.3 |
| 02-28-05 | Letter to Mr. Hahn re discovery and stay issues | RJW | 0.2 |
| 02-28-05 | Review upcoming deadlines and discovery matters. | JAE | 0.3 |

```
                                            ------------
                         Total Fees      $    1,221.00
```

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| | Long distance telephone charges Anchorage office | 10.45 |

```
                                            ------------
                 Total Disbursements     $      10.45
```

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

February 9, 2005

OFC Capital
Attn:  Marion F. Walker
c/o Baker, Donelson, Bearman et al.
420 20th Street North
1600 South Trust Tower
Birmingham , Alabama 35203-5202

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                                Invoice # 42807


Attn:  Marion Walker
For Services Rendered Through January 31, 2005

| Timekeeper | Hours | Rate/Hour | Amount |
|------------|-------|-----------|--------|
| Randall J. Weddle | 1.3 | $  225.00 | $    292.50 |

| | |
|---|---|
| Current Fees | 292.50 |
| Current Costs | 180.01 |
| Current Interest Charges | 36.71 |
| Total Current Due This Invoice | $    509.22 |
| Previous Balance | $  4,822.75 |
| Total Amount Due | $  5,3Ⓧ0.97 |

JUN 1 6 2005  PAID

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


February 9, 2005
Invoice # 42807


OFC Capital                                                          Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 12-06-04 | Review e-mail from Ms. Walker and respond re litigation strategy issue | RJW | 0.1 |
| 12-06-04 | Message to Mr. Gleason re status of proposed stay order | RJW | 0.1 |
| 12-06-04 | Exchange e-mails with Ms. Walker re same | RJW | 0.1 |
| 12-21-04 | Review and respond to e-mail from Mr. Hahn and message to Mr. Gleasson re form of order | RJW | 0.1 |
| 12-21-04 | Review settlement demand | RJW | 0.2 |
| 12-21-04 | Review case by A.T. Publishing in settlement demand | RJW | 0.2 |
| 01-27-05 | Telephone conferences with Mr. Hahn re litigation and settlement strategy | RJW | 0.5 |

                                          ------------
                        Total Fees     $     292.50


| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 11-29-04 | Messenger time critical service | 27.50 |
| 11-29-04 | Messenger time critical service | 15.00 |
| 12-13-04 | Computer research; 11/08/04 CB; West Group Payment Center | 114.91 |
| | Copying charge Anchorage office | 10.00 |
| | Telecopy Anchorage office | 7.00 |
| | Long distance telephone charges Anchorage office | 5.60 |

                                          ------------
                  Total Disbursements   $     180.01

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

December 7, 2004

OFC Capital
Attn: Marion F. Walker
c/o Baker, Donelson, Bearman et al.
420 20th Street North
1600 South Trust Tower
Birmingham , Alabama 35203-5202

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                         Invoice # 41652

Attn: Marion Walker
For Services Rendered Through November 30, 2004

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 7.2 | $ 225.00 | $ 1,620.00 |
| Joyce A. Ekstrand | 0.5 | $ 100.00 | $ 50.00 |

| | |
|---|---|
| Current Fees | 1,670.00 |
| Current Costs | 29.10 |
| Total Current Due This Invoice | $ 1,699.10 |
| Previous Balance | $ 3,123.65 |
| Total Amount Due | $ 4,822.75 |

9/19/05 Lmsg for Claudene Aguillon of OFC
1-678·722-2860

PAID
OCT 2 6 2005

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


December 7, 2004
Invoice # 41652


OFC Capital                                                                 Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 11-01-04 | Telephone conference with Mr. Hohn re results of interviews, litigation strategy and stay issues | RJW | 0.4 |
| 11-01-04 | Telephone conference with Mr. Gilmore re same | RJW | 0.3 |
| 11-03-04 | Review memorandum from Ms. Hahn re witness interviews | RJW | 0.2 |
| 11-03-04 | Review notes re witness interviews and modify Mr. Hahns memorandum | RJW | 0.3 |
| 11-03-04 | Telephone conference with Mr. Hahn re modification of memorandum and litigation strategy | RJW | 0.5 |
| 11-04-04 | Telephone conference with Mr. Mills re status of case and approach to discovery | RJW | 0.4 |
| 11-04-04 | Telephone conference with Mr. Gilmore re same | RJW | 0.2 |
| 11-04-04 | Letter to Mr. Hahn re same | RJW | 0.2 |
| 11-08-04 | Review e-mail from Ms. Walker and respond re punitive damages issue | RJW | 0.1 |
| 11-08-04 | Office conference with re needed research concerning punitive damages award in contract setting | RJW | 0.2 |
| 11-10-04 | Exchange e-mail with Mr. Hahn re litigation strategy | RJW | 0.1 |
| 11-10-04 | Telephone conference with Mr. Gilmore re lifting stay | RJW | 0.2 |
| 11-11-04 | Telephone conference with Mr. Gilmore re stay and need for conference call | RJW | 0.2 |
| 11-11-04 | Telephone conference with Mr. Hahn re stay and meed for conference call | RJW | 0.2 |
| 11-12-04 | Attend conference call with Mr. Gleason re approach to prepare for conference call | RJW | 0.2 |
| 11-12-04 | Prepare for conference call | RJW | 0.2 |
| 11-12-04 | Attend conference call with Mr. Gleason re | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


December 7, 2004
Invoice # 41652


OFC Capital                                                              Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| | approach to prosecuting claim and re status of bankruptcy proceeding | RJW | 0.6 |
| 11-12-04 | Telephone conference with Mr. Miller re bankruptcy issues and litigation planning | RJW | 0.5 |
| 11-12-04 | Telephone conference with Mr. Hahn re bankruptcy issues and settlement approach | RJW | 0.3 |
| 11-18-04 | Review and analysis of budget | RJW | 0.2 |
| 11-18-04 | Prepare e-mail to Ms. Walker re budget calculations | RJW | 0.5 |
| 11-24-04 | Review status of discovery and dealines | JAE | 0.3 |
| 11-29-04 | Review stipulation to deadlines | RJW | 0.1 |
| 11-29-04 | Review list of potential witness | RJW | 0.1 |
| 11-29-04 | Telephone conference with Mr. Hahn re status of case and deadlines | RJW | 0.2 |
| 11-29-04 | Telephone conference with Mr. mills re status of case, deadlines and settlement | RJW | 0.5 |
| 11-29-04 | Telephone conference with Ms. Walker re status of case, deadlines and settlement | RJW | 0.2 |
| 11-29-04 | Telephone conference with Mr. Gilmore re terms of stipulation | RJW | 0.1 |
| 11-29-04 | Review status of discovery | JAE | 0.2 |

                                            ------------
                        Total Fees     $    1,670.00


| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 10-15-04 | Messenger time critical service | 20.00 |
| | Long distance telephone charges Anchorage office | 9.10 |

                                            ------------
                    Total Disbursements    $       29.10

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

November 12, 2004

OFC Capital
Attn:  Marion F. Walker
c/o Baker, Donelson, Bearman et al.
420 20th Street North
1600 South Trust Tower
Birmingham , Alabama 35203-5202

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                                    Invoice # 41261


Attn:  Marion Walker
For Services Rendered Through October 31, 2004

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Randall J. Weddle | 6.9 | $  225.00 | $   1,552.50 |
| Joyce A. Ekstrand | 1.8 | $  100.00 | $     180.00 |

| | | |
|---|---|---|
| Current Fees | | 1,732.50 |
| Current Costs | | 127.04 |
| Current Interest Charges | | 65.30 |
| Total Current Due This Invoice | $ | 1,924.84 |
| Previous Balance | $ | 13,386.23 |
| Payments Received | | <12,187.42> |
| Total Amount Due | $ | 3,123.65 |

PAID
OCT 2 6 2005

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


November 12, 2004
Invoice # 41261


OFC Capital                                                            Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 10-05-04 | Review e-mails from Mr. Herden and respond re interviews | RJW | 0.1 |
| 10-05-04 | Prepare e-mail to Ms. Walker re investigation, discovery and stay issues | RJW | 0.2 |
| 10-07-04 | Exchange e-mails with Ms. Walker re witness interviews | RJW | 0.1 |
| 10-07-04 | Telephone conference with Mr. Hahn re witness interview dates | RJW | 0.1 |
| 10-07-04 | Telephone conference with Mr. Gilmore re witness interview dates | RJW | 0.2 |
| 10-08-04 | Prepare e-mail to Ms. Walker re status of case and litigation strategy | RJW | 0.2 |
| 10-08-04 | Prepare e-mail to Mr. Mills re status of case and deadlines | RJW | 0.2 |
| 10-08-04 | Review status of discovery and upcoming deadlines | JAE | 0.5 |
| 10-11-04 | Telephone conference with Ms. Walker and Mr. Hahn re status of case and litigation strategy | RJW | 0.5 |
| 10-11-04 | Prepare e-mail to Mr. Gilmore re status of case | RJW | 0.1 |
| 10-11-04 | Prepare e-mail to Mr. Mills re status of case | RJW | 0.1 |
| 10-11-04 | Telephone conference with Mr. Mills re settlement and deadlines | RJW | 0.5 |
| 10-11-04 | Telephone conference with Mr. Gilmore re interview schedule and deadlines | RJW | 0.3 |
| 10-11-04 | Telephone conference with Mr. Mills and Ms. Walker re settlement approach and stipulation | RJW | 0.3 |
| 10-18-04 | Cross check Baker, Donelson, et al.'s pleadings index with our files to insure copies of all documents have been transmitted | JAE | 0.8 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

November 12, 2004
Invoice # 41261

OFC Capital                                                      Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 10-25-04 | Review file and prepare motes to file re issues to address in witness interviews | RJW | 1.0 |
| 10-25-04 | Telephone conference with Mr. Hahn re approach to interviews | RJW | 0.4 |
| 10-25-04 | Telephone conference with Mr. Gilmore re interview plans | RJW | 0.2 |
| 10-27-04 | Attend telephone interviews with A. T. Publishing employees | RJW | 1.2 |
| 10-27-04 | Draft revised witness list | RJW | 0.2 |
| 10-28-04 | Review status of discovery and potential defenses | JAE | 0.5 |
| 10-29-04 | Prepare for interview of Mr. Taylor | RJW | 0.5 |
| 10-29-04 | Attend conference call with Mr. Taylor | RJW | 0.5 |

Total Fees         $   1,732.50

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 10-14-04 | Messenger time critical service | 15.00 |
|  | Copying charge Anchorage office | 57.60 |
|  | Long distance telephone charges Anchorage office | 49.69 |
|  | Postage Anchorage office | 4.75 |

Total Disbursements      $    127.04

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

October 12, 2004

OFC Capital
Attn:  Marion F. Walker
c/o Baker, Donelson, Bearman et al.
420 20th Street North
1600 South Trust Tower
Birmingham , Alabama 35203-5202

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                              Invoice # 40731

Attn:  Marion Walker
For Services Rendered Through September 30, 2004

| Timekeeper | Hours | Rate/Hour | | Amount |
|---|---|---|---|---|
| Randall J. Weddle | 7.3 | $ 225.00 | $ | 1,642.50 |
| Timothy A. McKeever | 0.2 | $ 200.00 | $ | 40.00 |
| Joyce A. Ekstrand | 0.4 | $ 100.00 | $ | 40.00 |

| | | |
|---|---|---|
| Current Fees | | 1,722.50 |
| Current Costs | | 16.94 |
| Current Interest Charges | | 31.14 |
| Total Current Due This Invoice | $ | 1,770.58 |
| Previous Balance | $ | 12,187.41 |
| Payments Received | | <571.76> |
| Total Amount Due | $ | 13,386.23 |

*overpaymt on #39669*
*PAID RA #20457 (571.77)*
*JUN 1 6 2005   11/10/04*
*Bal. 1,198.81*

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


October 12, 2004
Invoice # 40731


OFC Capital                                                              Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 09-01-04 | Exchange e-mails with Ms. Walker re summary judgment decision and needed discovery | RJW | 0.1 |
| 09-01-04 | Additional analysis of court decision re needed discovery | RJW | 0.5 |
| 09-01-04 | Review summary judgment briefs re needed discovery to prepare for discovery planning | RJW | 0.8 |
| 09-02-04 | Letter to Mr. Gilmore re joint defense agreement | RJW | 0.2 |
| 09-02-04 | Telephone conference with Mr. Gilmore re interviews of A.B. Dick personnel and joint defense agreement | RJW | 0.3 |
| 09-02-04 | Attend telephone conference with Mr. Walker | RJW | 0.6 |
| 09-03-04 | Review e-mail from Mr. Mills and respond to same re sale of equipment | RJW | 0.1 |
| 09-03-04 | Telephone calls to Mr. Huhn and Ms. Walker re sale of equipment | RJW | 0.1 |
| 09-03-04 | Telephone conference with Mr. Mills re sale equipment | RJW | 0.1 |
| 09-03-04 | Review plaintiff's initial disclosures and discovery responses | RJW | 0.5 |
| 09-03-04 | Letter to Ms. Walker re discovery needed and information lacking from prior discovery | RJW | 0.5 |
| 09-03-04 | Analyze Order and implications for additional issues | JAE | 0.2 |
| 09-03-04 | Review discovery provided by AT Publishing | JAE | 0.2 |
| 09-07-04 | Review voice mail messages from Mr. Hahn and Ms. Walker re sale of equipment | RJW | 0.1 |
| 09-07-04 | Conference with Mr. McKeever re bankruptcy issues | RJW | 0.2 |
| 09-07-04 | Prepare e-mail to Ms. Walker re bankruptcy issues | RJW | 0.1 |
| 09-07-04 | Telephone conference with Ms. Walker re sale of equipment | RJW | 0.2 |
| 09-07-04 | Prepare e-mail to Ms. Walker re sale of | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


October 12, 2004
Invoice # 40731


OFC Capital                                                    Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| | equipment | RJW | 0.1 |
| 09-07-04 | Review and revise letter to Ms. Walker re discovery issues | RJW | 0.3 |
| 09-07-04 | Work on bankruptcy issues with Mr. Weddle. | TAM | 0.2 |
| 09-08-04 | Exchange e-mails with Ms. Walker and telephone conference with Ms. Walker re response to AT Publishing re sale of equipment | RJW | 0.1 |
| 09-08-04 | Review letter from Ms. Walker to Ms. Leas re discovery planning | RJW | 0.1 |
| 09-13-04 | Review discovery responses re need for additional responses | RJW | 0.2 |
| 09-13-04 | Letter to Mr. Mills re need for additional responses | RJW | 0.2 |
| 09-13-04 | Telephone conference with Mr. Mills re status of case, sale of equipment and settlement | RJW | 0.4 |
| 09-13-04 | Telephone conference with Mr. Gilmore re interviews with AB Dick personnel | RJW | 0.1 |
| 09-13-04 | Additional telephone conference with Mr. Mills re equipment pick up and settlement | RJW | 0.2 |
| 09-13-04 | Letter to Ms. Walker re equipment pick up and settlement issues raised by Mr. Mills | RJW | 0.2 |
| 09-14-04 | Review and forward e-mail from Mr. Mills re pick up of equipment | RJW | 0.1 |
| 09-14-04 | Telephone conference with Mr. Hahn re status of agreement to pick up equipment and re discovery issues | RJW | 0.2 |
| 09-14-04 | Review letter from Mr. Mills re settlement and letter to Ms. Walker re same | RJW | 0.1 |
| 09-21-04 | Telephone conference with Mr. Herden re stay and witness interviews | RJW | 0.4 |
| 09-21-04 | Telephone conference with Ms. Walker re stay and witness interviews | RJW | 0.2 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


October 12, 2004
Invoice # 40731


OFC Capital                                                    Page 4

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

Date        Description of Services                    Atty   Hours

                                                       ------------
                                    Total Fees    $    1,722.50


Date        Disbursement Description                      Amount

            Copying charge Anchorage office                11.00
            Telecopy Anchorage office                       1.00
            Long distance telephone charges Anchorage office  4.20
            Postage Anchorage office                        0.74
                                                       -------------
                        Total Disbursements       $      16.94

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

September 9, 2004

OFC Capital
Attn:  Marion F. Walker
c/o Baker, Donelson, Bearman et al.
420 20th Street North
1600 South Trust Tower
Birmingham , Alabama 35203-5202

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823- RJW                                    Invoice # 40168


Attn:  Marion Walker
For Services Rendered Through August 31, 2004

| Timekeeper | Hours | Rate/Hour | Amount |
|------------|-------|-----------|--------|
| Randall J. Weddle | 17.1 | $  225.00 | $  3,847.50 |
| Timothy A. McKeever | 0.5 | $  225.00 | $  112.50 |
| Joyce A. Ekstrand | 0.4 | $  100.00 | $  40.00 |

Current Fees                                                4,000.00
Current Costs                                                 118.56

Total Current Due This Invoice                      $    4,118.56

Previous Balance                                    $    8,068.85
Total Amount Due                                    $   12,187.41

PAID
NOV 0 1 2004

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


September 9, 2004
Invoice # 40168


OFC Capital                                               Page 2

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 08-02-04 | Review and analysis of proposed changes to status report and message to Ms. Walker re same | RJW | 0.1 |
| 08-02-04 | Telephone conference with Ms. Walker re proposed change in report | RJW | 0.2 |
| 08-03-04 | Analysis of discovery responses | RJW | 0.3 |
| 08-03-04 | Analysis of documents produced by AT Publishing | RJW | 0.7 |
| 08-03-04 | Telephone conference with Mr. Mills re status of report issues | RJW | 0.4 |
| 08-03-04 | Conference with Mr. McKeever re terms of status report and bankruptcy issues | RJW | 0.5 |
| 08-03-04 | Draft e-mail to Ms. Walker re status report and terms and bankruptcy issues | RJW | 0.2 |
| 08-03-04 | Review pleadings to revise report | RJW | 0.4 |
| 08-03-04 | Prepare revised report | RJW | 0.2 |
| 08-03-04 | Telephone conference with plaintiff's attorney re revised report | RJW | 0.1 |
| 08-03-04 | Telephone conference with Mr. Gilmore re report and position of A.B. Dick Company | RJW | 0.2 |
| 08-03-04 | Review and revise draft report | RJW | 0.2 |
| 08-03-04 | Telephone conference with Mr. Weddle re impact of A.B. Dick bankruptcy on claims of OFC and AT Publishing | TAM | 0.5 |
| 08-04-04 | Review e-mail from Ms. Walker re joint status report | RJW | 0.1 |
| 08-04-04 | Review and revise status report | RJW | 0.2 |
| 08-04-04 | Review report revised Mr. Mills and finalize report | RJW | 0.1 |
| 08-06-04 | Analyze recently received discovery responses | JAE | 0.4 |
| 08-10-04 | Exchange e-mails with Ms. Walker re oral argument | RJW | 0.1 |
| 08-12-04 | Review letter from Mr. Mills and e-mail to | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


September 9, 2004
Invoice # 40168


OFC Capital                                          Page 3

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| | Ms. Walker re sale of press | RJW | 0.1 |
| 08-14-04 | Review and analysis of all briefs to prepare for oral argument | RJW | 5.0 |
| 08-14-04 | Prepare e-mail to Mr. Hahn re issues for oral argument | RJW | 0.5 |
| 08-14-04 | Draft notes of issues for oral argument | RJW | 0.7 |
| 08-14-04 | Prepare draft outline for oral argument | RJW | 0.3 |
| 08-16-04 | Review Rule 56 Standards in preparation for oral argument | RJW | 0.3 |
| 08-16-04 | Review UCC re acceptance and rejection in preparation for oral argument | RJW | 0.2 |
| 08-16-04 | Telephone conference with Mr. Hahn re oral argument strategy and needed research | RJW | 0.4 |
| 08-16-04 | Additional review of UCC provisions re oral argument | RJW | 0.5 |
| 08-19-04 | Review cases re right of inspection and rejection | RJW | 0.5 |
| 08-19-04 | Telephone conference with Mr. Hahn re oral argument strategy | RJW | 0.2 |
| 08-19-04 | Review briefs and prepare notes for oral argument | RJW | 1.5 |
| 08-20-04 | Additional preparation for oral argument | RJW | 1.0 |
| 08-20-04 | Attend oral argument | RJW | 1.0 |
| 08-20-04 | Telephone conference with Mr. Hahn re results of oral argument | RJW | 0.4 |
| 08-31-04 | Review and analysis of court's decision | RJW | 0.5 |

                                          ------------
                  Total Fees      $    4,000.00


| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 08-03-04 | Computer research; 06/22/04 KMS; West Group Payment Center | 6.09 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

September 9, 2004
Invoice # 40168

OFC Capital                                                    Page 4

Re: A.T. Publishing, Inc. v. OFC Capital
I.D. 4103-018823 - RJW

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 08-05-04 | Messenger time critical service | 15.00 |
| 08-05-04 | Messenger time critical service | 24.00 |
| 08-19-04 | Messenger time critical service | 44.00 |
| | Copying charge Anchorage office | 22.80 |
| | Long distance telephone charges Anchorage office | 6.30 |
| | Postage Anchorage office | 0.37 |
| | | ------------ |
| | Total Disbursements        $ | 118.56 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

February 6, 2004

A.B. Dick Company and OFC Capital
c/o Baker, Donelson, Bearman et al
420 North 20th Street
1600 South Trust  Tower
Birmingham , Alabama 35203-5202

Re: A.T. Publishing, Inc. v. A.B. Dick Company and OFC Capit
I.D. 4103-018823- RJW                          Invoice # 36403


Attn:  Barry S. Marks
For Services Rendered Through January 31, 2004

| Timekeeper | Hours | Rate/Hour | Amount |
|------------|-------|-----------|--------|
| Randall J. Weddle | 16.3 | $ 225.00 | $ 3,667.50 |
| Jeffrey D. Holloway | 1.3 | $ 160.00 | $ 208.00 |
| Joyce A. Ekstrand | 0.8 | $ 100.00 | $ 80.00 |

| | |
|---|---|
| Current Fees | 3,955.50 |
| Current Costs | 382.73 |
| Total Current Due This Invoice | $ 4,338.23 |
| Previous Balance | $ 2,592.24 |
| Total Amount Due | $ 6,930.47 |

*OFC: pd.v# 19269*
*4/6/04 ⟨2169.12⟩*
*A.B. Dick Bal $ PAID*
*Due*
*JUL 0 7 2004*

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


February 6, 2004
Invoice # 36403


A.B. Dick Company and OFC Capital                              Page 2

Re: A.T. Publishing, Inc. v. A.B. Dick Company and OFC Capit
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 01-06-04 | Review file re status of case and message to Ms. Walker re same; telephone conference with Ms. Walker re litigation strategy and authority to file removal papers; finalize removal papers | RJW | 0.5 |
| 01-07-04 | Telephone conference with plaintiff's attorney re related action | RJW | 0.1 |
| 01-07-04 | Review complaint in Georgia suite | RJW | 0.1 |
| 01-07-04 | Conference with Mr. Watts re jurisdiction and venue issues | RJW | 0.2 |
| 01-07-04 | Review e-mail from Ms. Walker and respond re answer and removal | RJW | 0.1 |
| 01-07-04 | Telephone conference with plaintiff's attorney re suit in Georgia, removal and settlement | RJW | 0.3 |
| 01-07-04 | Prepare e-mail to Mr. Herden re settlement timing | RJW | 0.1 |
| 01-07-04 | Prepare e-mail to Ms. Walker re telephone call from plaintiff's attorney | RJW | 0.2 |
| 01-07-04 | Review local Rule re related cases | RJW | 0.1 |
| 01-07-04 | Prepare Notice of Related Action | RJW | 0.2 |
| 01-08-04 | Review lease re remedies issues | RJW | 0.5 |
| 01-08-04 | Prepare e-mail to Ms. Walker re lease language | RJW | 0.2 |
| 01-08-04 | Telephone conference with Mr. Hahn re terms of lease, jurisdiction and litigation strategy | RJW | 0.3 |
| 01-08-04 | Prepare e-mail to Ms. Walker re legal analysis and lease requirements | RJW | 0.3 |
| 01-12-04 | Telephone conference with Mr. Hahn re status of case, answer, jurisdiction and venue issues | RJW | 0.2 |
| 01-12-04 | Telephone conference with Ms. Walker re status of case and litigation strategy | RJW | 0.3 |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


February 6, 2004
Invoice # 36403


A.B. Dick Company and OFC Capital                                    Page 3

Re: A.T. Publishing, Inc. v. A.B. Dick Company and OFC Capit
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| 01-12-04 | Telephone conference with Mr. Herden re ▬▬ decision | RJW | 0.1 |
| 01-12-04 | Additional telephone conference with Ms. Walker re summary judgment strategy | RJW | 0.2 |
| 01-12-04 | Review court order re State Court documents | RJW | 0.1 |
| 01-12-04 | Review file re State Court documents | RJW | 0.1 |
| 01-12-04 | Draft notice of filing State Court documents | RJW | 0.3 |
| 01-12-04 | Compile list of pleadings file with federal court in preparation for review of state court's file | JAE | 0.2 |
| 01-13-04 | Research at courthouse re contents of State Court Clerk's file | JAE | 0.6 |
| 01-13-04 | Review e-mail from Ms. Walker and prepare response re service | RJW | 0.1 |
| 01-13-04 | Review letter from Ms. Nault re settlement and jurisdiction | RJW | 0.1 |
| 01-13-04 | Telephone conference with Ms. Nault re extension, settlement and jurisdiction | RJW | 0.3 |
| 01-13-04 | E-mail to Ms. Walker re extension, settlement and jurisdiction | RJW | 0.1 |
| 01-13-04 | Review waiver of service from Ms. Walker | RJW | 0.1 |
| 01-13-04 | Prepare e-mail to Ms. Walker re discussion with Ms. Nault about settlement and service | RJW | 0.1 |
| 01-13-04 | Review additional documents from State Court | RJW | 0.1 |
| 01-13-04 | Review and revise notice of filing State Court documents | RJW | 0.2 |
| 01-14-04 | E-mail to and from Ms. Walker re service issues | RJW | 0.2 |
| 01-14-04 | Review and revise notice of filing State Court documents | RJW | 0.1 |
| 01-14-04 | Review e-mail from and to Ms. Walker re payment of medical bills | RJW | 0.1 |
| 01-15-04 | Telephone call to Mr. Herden re ▬▬ status | RJW | 0.1 |
| 01-15-04 | Telephone conference with plaintiff's | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


February 6, 2004
Invoice # 36403


A.B. Dick Company and OFC Capital                              Page 4

Re: A.T. Publishing, Inc. v. A.B. Dick Company and OFC Capit
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| | attorney re ▮▮▮▮ and service issues | RJW | 0.2 |
| 01-15-04 | Prepare e-mail to Ms. Walker re service and cure issues | RJW | 0.1 |
| 01-15-04 | Review file re service and ▮▮▮▮ issues | RJW | 0.2 |
| 01-16-04 | Telephone conference with Mr. Herden re cure issues | RJW | 0.2 |
| 01-16-04 | Prepare e-mail to Ms. Walker re ▮▮▮▮ issues and settlement regarding lease payments | RJW | 0.2 |
| 01-16-04 | Telephone conference with Ms. Nault re cure issue | RJW | 0.1 |
| 01-16-04 | Telephone conference with Mr. Hahn re briefing strategy | RJW | 0.3 |
| 01-16-04 | Conference with Mr. Holloway re briefing strategy | RJW | 0.2 |
| 01-23-04 | Communications with Mr. Hahn re local district rules and motion practice | JDH | 0.7 |
| 01-26-04 | Attend conference call with client representatives in Birmingham and ▮▮▮▮ re status of case, litigation strategy and settlement issues | RJW | 1.0 |
| 01-26-04 | Telephone conference with Ms. Nault re status of case and settlement issues | RJW | 1.0 |
| 01-26-04 | Telephone conference with Mr. Hahn re status of case and litigation strategy | RJW | 0.5 |
| 01-26-04 | Conference with Mr. Holloway re status of case and litigation strategy | RJW | 0.3 |
| 01-26-04 | Review complaint re answer preparation | RJW | 0.2 |
| 01-26-04 | Prepare e-mail to Ms. Walker re answer | RJW | 0.1 |
| 01-26-04 | E-mail to Mr. ▮▮▮▮ re answer | RJW | 0.1 |
| 01-26-04 | Communications with Mr. Hahn re applicability of Alaska Rule 82 and motion for summary judgment | JDH | 0.3 |
| 01-28-04 | Review e-mail from Mr. Hahn re strategy | RJW | 0.1 |
| 01-28-04 | Review e-mail from Mr. ▮▮▮▮ re answer and | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


February 6, 2004
Invoice # 36403


A.B. Dick Company and OFC Capital                           Page 5

Re: A.T. Publishing, Inc. v. A.B. Dick Company and OFC Capit
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|------------------------|------|-------|
| | compare same to complaint | RJW | 0.4 |
| 01-28-04 | Draft answer to complaint | RJW | 0.6 |
| 01-28-04 | Letter to Mr. ▮▮▮▮ re answer | RJW | 0.1 |
| 01-28-04 | Review cure letter from Mr. Herden to Ms. Nault | RJW | 0.1 |
| 01-28-04 | Telephone conference with Mr. ▮▮▮▮ re additions and corrections to answer | RJW | 0.3 |
| 01-28-04 | Prepare e-mail to Mr. Hahn re answer | RJW | 0.1 |
| 01-28-04 | Telephone conference with Mr. Hahn re preparation of answer and affirmative defenses | RJW | 0.3 |
| 01-29-04 | Review and revise DFC answer | RJW | 0.5 |
| 01-29-04 | Review draft answer and counterclaim | JDH | 0.3 |
| 01-30-04 | Analysis of complaint re appropriate affirmative defenses | RJW | 0.5 |
| 01-30-04 | Telephone conference with Mr. ▮▮▮▮ re | RJW | 0.2 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | 0.2 |
| | ▮▮▮▮▮ of OFC | RJW | 0.5 |
| 01-30-04 | Prepare e-mails to Ms. Walker re affirmative defenses of OFC | RJW | 0.1 |
| 01-30-04 | Telephone conferences with Ms. Walker re affirmative defenses | RJW | 0.2 |
| 01-30-04 | Memorandum to file re OFC affirmative defense issue | RJW | 0.1 |
| 01-30-04 | Analysis of OFC proposed responses to complaint allegations re possible changes to proposed answer by OFC | RJW | 0.6 |
| 01-30-04 | Telephone call to Ms. Walker re possible changes to proposed answer by OFC | RJW | 0.1 |
| 01-30-04 | Finalize OFC answer and exhibits | RJW | 0.3 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | 0.2 |

- - - - - - - - - - - -

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


February 6, 2004
Invoice # 36403


A.B. Dick Company and OFC Capital                              Page 6

Re: A.T. Publishing, Inc. v. A.B. Dick Company and OFC Capit
I.D. 4103-018823 - RJW

Date      Description of Services                      Atty   Hours

                                  Total Fees      $    3,955.50


Date      Disbursement Description                    Amount

12-30-03  Messenger service                            10.00
01-07-04  Filing fee; Removal of case from Superior to
          US District; United States District Court   150.00
01-07-04  Messenger time critical service             12.50
01-07-04  Messenger time critical service             15.00
01-07-04  Messenger service                            5.00
01-09-04  Messenger time critical service             7.50
01-12-04  Messenger service                           10.00
01-13-04  Messenger time critical service             12.50
          Copying charge Anchorage office            137.60
          Long distance telephone charges Anchorage office   14.70
          Postage Anchorage office                     7.93
                                                     ------------
                          Total Disbursements     $   382.73

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION
701 West 8th Avenue, Suite 700
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 274-0666
FAX (907) 277-4657
Tax I.D. No. 92-0079042

January 12, 2004

A.B. Dick Company and OFC Capital
c/o Baker, Donelson, Bearman et al
420 North 20th Street
1600 South Trust Tower
Birmingham , Alabama 35203-5202

Re: A.T. Publishing, Inc. v. A.B. Dick Company and OFC Capit
I.D. 4103-018823- RJW                                    Invoice # 35901


Attn: Barry S. Marks
For Services Rendered Through December 31, 2003

| Timekeeper | Hours | Rate/Hour | | Amount |
|---|---|---|---|---|
| Randall J. Weddle | 11.2 | $ 225.00 | $ | 2,520.00 |
| Joyce A. Ekstrand | 0.3 | $ 100.00 | $ | 30.00 |
| Tina M. Hardwick | 0.2 | $ 100.00 | $ | 20.00 |

| | | |
|---|---|---|
| Current Fees | | 2,570.00 |
| Current Costs | | 22.24 |
| Total Current Due This Invoice | $ | 2,592.24 |
| Total Amount Due | $ | 2,592.24 |

*pd.√#18937 ⟨1,296.12⟩*
*2/17/04*
*Bal $ 1,296.12*

PAID

FEB 2 4 2004

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


January 12, 2004
Invoice # 35901


A.B. Dick Company and OFC Capital                                    Page 2

Re: A.T. Publishing, Inc. v. A.B. Dick Company and OFC Capit
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|------|-------------------------|------|-------|
| 12-22-03 | Telephone conference with Mr. Marks re facts of case and litigation strategy; telephone conference with plaintiff's attorney re status of case and settlement negotiations; review lease re jurisdiction issues; prepare e-mail to Mr. Marks re litigation strategy and authority | RJW | 1.1 |
| 12-23-03 | Telephone conference with Mr. Marks re assignment; review complaint and correspondence re nature of claims; conference with Mr. Marks and Mr. Herder re litigation strategy; research re removal issues; draft removal papers; prepare e-mail to Mr. Marks re information needed for removal; review e-mails from Mr. Marks and Mr. Herder re information needed fro removal; review and revise removal pleadings; review letter from plaintiff's attorney re jurisdiction issue; review statutes re jurisdiction issues; review letter from plaintiff's attorney re service; prepare e-mail to Mr. Marks re jurisdiction service | RJW | 3.1 |
| 12-24-03 | Exchange voicemail with Ms. Walker re service; telephone conference with Ms. Walker re jurisdiction issue; review UCC re lease and jurisdiction issues; prepare e-mail to Mr. Marks re UCC issue | RJW | 1.0 |
| 12-27-03 | Review e-mails and complaint re jurisdiction and issues in preparation for telephone conference with meeting with Ms. Walker | RJW | 0.5 |
| 12-29-03 | Initial review of file materials from client | JAE | 0.3 |
| 12-29-03 | Review e-mails, complaint, Rule 4 and lease in preparation to discuss service on client, | | |

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


January 12, 2004
Invoice # 35901


A.B. Dick Company and OFC Capital                                    Page 3

Re: A.T. Publishing, Inc. v. A.B. Dick Company and OFC Capit
I.D. 4103-018823 - RJW

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| | jurisdiction and venue; review letters from plaintiff's attorney re service and venue; telephone conference with Mr. Herken re litigation strategy and removal; telephone conference with Ms. Walker re jurisdiction, venue and litigation strategy; review and revise removal papers; review UCC provisions re remedies and litigation strategy; telephone conference with Ms. Walker re remedies and litigation strategy; telephone conference with Ms. Walker and Mr. Herken re removal and litigation strategy | RJW | 3.2 |
| 12-30-03 | Legal research re service of process on foreign corporation through State of Alaska's commissioner; route results to Mr. Weddle and discuss briefly with him | TMHA | 0.2 |
| 12-30-03 | Review complaint in preparation for telephone conference with meeting with Mr. Herden; attend telephone conference meeting with Mr. Herden re litigation strategy and potential conflict issue; telephone conference with Ms. Brownlee re status of case, service and answer dealing; telephone conference with Ms. Walker re service and litigation strategy; telephone conference with Ms. Brownlee re service and extension; letter to Ms. Nault re extension; review statutes re service issues; prepare memorandum to Ms. Walker re jurisdiction and service issues | RJW | 2.0 |
| 12-31-03 | Review fax from plaintiff's attorney re service; prepare e-mail to Ms. Walker re service | RJW | 0.3 |

                                                        ------------

HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION


January 12, 2004
Invoice # 35901


A.B. Dick Company and OFC Capital                              Page 4

Re: A.T. Publishing, Inc. v. A.B. Dick Company and OFC Capit
I.D. 4103-018823 - RJW

Date        Description of Services                    Atty  Hours

                                Total Fees      $   2,570.00


Date        Disbursement Description                      Amount

            Copying charge Anchorage office                 1.00
            Telecopy Anchorage office                       1.00
            Long distance telephone charges Anchorage office   20.24
                                                      ------------
                            Total Disbursements   $      22.24