OFC LONG DISTANCE CHARGES

| Date | Number | Description | User | Amount |
|---|---|---|---|---|
| 12/24/2003 | 35901 | Long distance telephone charges Anchorage office | STELE1 | 0.29 |
| 12/29/2003 | 35901 | Long distance telephone charges Anchorage office | STELE1 | 3.50 |
| 12/29/2003 | 35901 | Long distance telephone charges Anchorage office | STELE1 | 7.00 |
| 12/29/2003 | 35901 | Long distance telephone charges Anchorage office | STELE1 | 3.85 |
| 12/30/2003 | 35901 | Long distance telephone charges Anchorage office | STELE1 | 5.25 |
| 12/30/2003 | 35901 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 1/6/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 1/6/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 1/8/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 1/8/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 1/8/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 1/8/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 1/12/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 1/12/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 1/12/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 5.60 |
| 1/12/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 1/12/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 3.85 |
| 1/16/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 1/23/2004 | 36403 | Long distance telephone charges Anchorage office | STELE1 | 1.40 |
| 2/23/2004 | 36883 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 3/19/2004 | 37440 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 4/9/2004 | 38011 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 4/27/2004 | 38011 | Long distance telephone charges Anchorage office | STELE1 | 1.75 |
| 5/11/2004 | 38525 | Long distance telephone charges Anchorage office | STELE1 | 1.05 |
| 5/21/2004 | 38525 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 6/2/2004 | 39061 | Long distance telephone charges Anchorage office | STELE1 | 1.05 |
| 6/4/2004 | 39061 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 6/11/2004 | 39061 | Long distance telephone charges Anchorage office | STELE1 | 1.05 |
| 6/11/2004 | 39061 | Long distance telephone charges Anchorage office | STELE1 | 1.05 |
| 6/15/2004 | 39061 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 7/6/2004 | 39660 | Long distance telephone charges Anchorage office | STELE1 | 1.40 |
| 7/20/2004 | 39660 | Long distance telephone charges Anchorage office | STELE1 | 3.50 |
| 7/20/2004 | 39660 | Long distance telephone charges Anchorage office | STELE1 | 3.85 |
| 7/20/2004 | 39660 | Long distance telephone charges Anchorage office | STELE1 | 3.15 |
| 7/23/2004 | 39660 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 7/27/2004 | 39660 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/16/2004 | 40168 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/16/2004 | 40168 | Long distance telephone charges Anchorage office | STELE1 | 5.95 |
| 9/1/2004 | 40731 | Long distance telephone charges Anchorage office | STELE1 | 3.15 |
| 9/3/2004 | 40731 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 9/21/2004 | 40731 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 10/7/2004 | 41261 | Long distance telephone charges Anchorage office | STELE1 | 1.05 |
| 10/25/2004 | 41261 | Long distance telephone charges Anchorage office | STELE1 | 6.30 |
| 10/26/2004 | 41261 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 10/27/2004 | 41261 | Long distance telephone charges Anchorage office | STELE1 | 22.39 |
| 10/27/2004 | 41261 | Long distance telephone charges Anchorage office | STELE1 | 8.05 |
| 10/27/2004 | 41261 | Long distance telephone charges Anchorage office | STELE1 | 4.90 |
| 10/27/2004 | 41261 | Long distance telephone charges Anchorage office | STELE1 | 3.85 |
| 10/27/2004 | 41261 | Long distance telephone charges Anchorage office | STELE1 | 1.40 |
| 10/27/2004 | 41261 | Long distance telephone charges Anchorage office | STELE1 | 1.05 |
| 11/1/2004 | 41652 | Long distance telephone charges Anchorage office | STELE1 | 4.90 |
| 11/12/2004 | 41652 | Long distance telephone charges Anchorage office | STELE1 | 4.20 |
| 11/29/2004 | 42807 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 11/29/2004 | 42807 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 11/29/2004 | 42807 | Long distance telephone charges Anchorage office | STELE1 | 2.10 |
| 12/6/2004 | 42807 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 12/21/2004 | 42807 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 1/27/2005 | 42807 | Long distance telephone charges Anchorage office | STELE1 | 1.40 |

OFC LONG DISTANCE CHARGES

| Date | Ref | Description | Code | Amount |
|---|---|---|---|---|
| 2/1/2005 | 43527 | Long distance telephone charges Anchorage office | STELE1 | 5.95 |
| 2/26/2005 | 43527 | Long distance telephone charges Anchorage office | STELE1 | 2.40 |
| 2/28/2005 | 43527 | Long distance telephone charges Anchorage office | STELE1 | 2.10 |
| 5/27/2005 | 45034 | Long distance telephone charges Anchorage office | STELE1 | 6.30 |
| 6/15/2005 | 45430 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 7/8/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 4.55 |
| 8/12/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 15.05 |
| 8/12/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 1.05 |
| 8/12/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/12/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 8/12/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/12/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 2.80 |
| 8/12/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 3.15 |
| 8/15/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/15/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 13.30 |
| 8/15/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 10.85 |
| 8/15/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/15/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/15/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 1.75 |
| 8/17/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/17/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/17/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 8/17/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/17/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/17/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/17/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 28.69 |
| 8/17/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 8/30/2005 | 46398 | Long distance telephone charges Anchorage office | STELE1 | 2.45 |
| 9/6/2005 | 47173 | Long distance telephone charges Anchorage office | STELE1 | 8.40 |
| 9/13/2005 | 47173 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 9/14/2005 | 47173 | Long distance telephone charges Anchorage office | STELE1 | 12.95 |
| 9/15/2005 | 47173 | Long distance telephone charges Anchorage office | STELE1 | 6.30 |
| 9/16/2005 | 47173 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 10/11/2005 | 47532 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 10/11/2005 | 47532 | Long distance telephone charges Anchorage office | STELE1 | 1.75 |
| 10/18/2005 | 47532 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 12/2/2005 | 48463 | Long distance telephone charges Anchorage office | STELE1 | 5.25 |
| 1/4/2006 | 48976 | Long distance telephone charges Anchorage office | STELE1 | 11.55 |
| 4/12/2006 | 50760 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 4/12/2006 | 50760 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 4/13/2006 | 50760 | Long distance telephone charges Anchorage office | STELE1 | 2.10 |
| 4/13/2006 | 50760 | Long distance telephone charges Anchorage office | STELE1 | 1.40 |
| 7/21/2006 | 51855 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 4/25/2007 | 56364 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 4/25/2007 | 56364 | Long distance telephone charges Anchorage office | STELE1 | 2.10 |
| 4/26/2007 | 56364 | Long distance telephone charges Anchorage office | STELE1 | 104.62 |
| 4/30/2007 | 56364 | Long distance telephone charges Anchorage office | STELE1 | 19.59 |
| 4/30/2007 | 56364 | Long distance telephone charges Anchorage office | STELE1 | 0.70 |
| 5/1/2007 | 56364 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |
| 5/1/2007 | 56364 | Long distance telephone charges Anchorage office | STELE1 | 3.85 |
| 5/1/2007 | 56364 | Long distance telephone charges Anchorage office | STELE1 | 1.40 |
| 6/7/2007 | 56523 | Long distance telephone charges Anchorage office | STELE1 | 1.75 |
| 6/15/2007 | 56523 | Long distance telephone charges Anchorage office | STELE1 | 8.40 |
| 6/20/2007 | 56523 | Long distance telephone charges Anchorage office | STELE1 | 1.05 |
| | 56523 | Long distance telephone charges Anchorage office | STELE1 | 0.35 |

Total Billed    435.58

OFC TELECOPY CHARGES

| Date | Number | Description | Code | Amount |
|---|---|---|---|---|
| 12/30/2003 | 35901 | Telecopy Anchorage office | SFAX1 | 1.00 |
| 1/23/2004 | 36883 | Telecopy Anchorage office | SFAX1 | 3.50 |
| 5/28/2004 | 38525 | Telecopy Anchorage office | SFAX1 | 1.50 |
| 5/28/2004 | 38525 | Telecopy Anchorage office | SFAX1 | 0.00 |
| 7/20/2004 | 39660 | Telecopy Anchorage office | SFAX1 | 1.50 |
| 7/20/2004 | 39660 | Telecopy Anchorage office | SFAX1 | 1.50 |
| 9/2/2004 | 40731 | Telecopy Anchorage office | SFAX1 | 1.00 |
| 1/27/2005 | 42807 | Telecopy Anchorage office | SFAX1 | 7.00 |
| 8/3/2005 | 46398 | Telecopy Anchorage office | SFAX1 | 3.50 |
| 8/3/2005 | 46398 | Telecopy Anchorage office | SFAX1 | 3.50 |
| 5/1/2007 | 56364 | Telecopy Anchorage office | SFAX1 | 4.00 |
| | | | Total Billed | 28.00 |

OFC EXPEDITED MAILING COSTS

Page 1

| Date | Number | Description | Code | Amount |
|---|---|---|---|---|
| 6/29/2004 | 39061 | DHL Express - 6/16/04 - tkt# 7895515876 | HCOUR1 | 14.43 |
| 7/22/2005 | 46398 | DHL to Baker Donalsen 7/1/05 | HCOUR1 | 38.51 |
| 5/25/2007 | 56364 | DHL to Ford Harrison 4/30/07 #62278726042 | HMSGR1 | 42.74 |
| 5/25/2007 | 56364 | DHL to Ford Harrison LLP 4/27/07 #6227872405 | HMSGR1 | 60.60 |
| 5/10/2007 | 56364 | DHL to Ford Harrison LLP 4/6/07 #62278723846 | HMSGR1 | 38.57 |
| 5/8/2007 | 56364 | Paid to Fed-Ex; Ford & Harrison LLP on 4/16/07 #837008319419 | HMSGR1 | 26.84 |
| | | | Total Billed | 221.69 |
| | | | | 221.69 |

| 1031 | DHL Express, Inc | 8/10/2005 | $1,328.96 |

| Inv. Date | Inv.# | Description | Debit Amount |
|---|---|---|---|
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 23.72 |
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 78.83 |
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 52.40 |
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 48.00 |
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 53.50 |
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 44.70 |
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 43.60 |
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 13.11 |
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 13.11 |
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 13.11 |
| 07-02-2010 | 0020148484 | Acct. # 902910249 | 91.22 |
| 07-09-2010 | 0020223191 | Acct. # 902910249 | 38.51 ✻ |
| 07-09-2010 | 0020223191 | Acct. # 902910249 | 64.51 |
| 07-09-2010 | 0020223191 | Acct. # 902910249 | 51.30 |
| 07-09-2010 | 0020223191 | Acct. # 902910249 | 21.33 |
| 07-09-2010 | 0020223191 | Acct. # 902910249 | 12.99 |
| 07-09-2010 | 0020223191 | Acct. # 902910249 | 83.10 |
| 07-16-2010 | 0020299382 | Acct. # 902910249 | 81.13 |
| 07-16-2010 | 0020299382 | Acct. # 902910249 | 66.95 |
| 07-16-2010 | 0020299382 | Acct. # 902910249 | 56.03 |
| 07-16-2010 | 0020299382 | Acct. # 902910249 | 45.12 |
| 07-16-2010 | 0020299382 | Acct. # 902910249 | 56.03 |
| 07-16-2010 | 0020299382 | Acct. # 902910249 | 68.04 |
| 07-16-2010 | 0020299382 | Acct. # 902910249 | 24.14 |
| 07-16-2010 | 0020299382 | Acct. # 902910249 | 46.21 |
| 07-16-2010 | 0020299382 | Acct. # 902910249 | 49.49 |
| 07-16-2010 | 0020299382 | Acct. # 902910249 | 88.78 |

**HOLMES WEDDLE & BARCOTT**  35783

| 1031 | DHL Express, Inc | 8/10/2005 | $1,328.96 |

15

# DHL INVOICE



RECEIVED
JUL 2 1 2005

HWB - Anc.

D 011100700 050713 R 000005277

PAGE 1

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | TOTAL AMOUNT DUE | PAYMENT TERMS |
|---|---|---|---|---|
| 07/09/05 | 902910249 | 0020223191 | 271.74 | DUE UPON RECEIPT |

CUSTOMER: HOLMES WEDDLE & BARCOTT,
701 W 8TH AVE # 700, ANCHORAGE AK 99501-3408

| SENDER ADDRESS REFERENCE NUMBER | RECEIVER ADDRESS ZONE | WAYBILL SHIP DATE PCS/WT | SERVICE | BASE / DISCOUNT | CHARGES | TOTAL |
|---|---|---|---|---|---|---|
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 | HOLMES WEDDLE & BARCOTT WELLS FARGO CENTER 999 3RD AVE STE 2600 SEATTLE WA 98104 ZONE  0 | 30275359041 07/01/05 1/        1 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 28.37 -16.82 | 11.55 1.56 | 13.11 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 | HOLMES WEDDLE & BARCOTT WELLS FARGO CENTER 999 3RD AVE STE 2600 SEATTLE WA 98104 ZONE  0 | 30275358945 07/05/05 1/        8 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 49.99 -20.65 | 29.34 3.67 | 33.01 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 | HOLMES WEDDLE & BARCOTT WELLS FARGO CENTER 999 3RD AVE STE 2600 SEATTLE WA 98104 ZONE  0 | 30275358842 07/07/05 1/        1 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 28.37 -16.82 | 11.55 1.44 | 12.99 |
| SUBTOTAL DESTINATION SERVICE CENTER BFI | | | | | | 59.11 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501-3408 4104-18823 | BAKER DONALSEN ET AL 420-20TH ST. N BIRMINGHAM AL 35201 ZONE  0 | 34612205445 07/01/05 1/        6 REWGH   6 ORGWT   3 | DOC/NON-DUT. PKG DISCOUNT ADDR CORRECTION FUEL SURCHARGE | 44.93 -19.81 | 25.12 10.00 3.39 | 38.51 |
| SUBTOTAL DESTINATION SERVICE CENTER BHM | | | | | | 38.51 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 9100 | CAROLEE CROCKER 980 11TH CT SW NORTH BEND WA 98045 ZONE  0 | 34612204944 07/06/05 1/        1 | DOC/NON-DUT. PKG DISCOUNT RES DELIVERY FEE DEST AREA CHARGE FUEL SURCHARGE | 28.37 -16.82 | 11.55 2.00 2.00 1.44 | 16.99 |
| SUBTOTAL DESTINATION SERVICE CENTER BLV | | | | | | 16.99 |

REMIT TO:  DHL EXPRESS (USA) INC, P.O. BOX 4723, HOUSTON TX 77210-4723

FEDERAL ID  94-338042



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-006-10743 | Apr 27, 2007 | 1163-1618-8 | 5 of 5 |

**FedEx Express Shipment Detail By Payor Type (Original)**

Picked up: Apr 16, 2007   Cust. Ref: 4103-18029 AT PUBLIC   Ref. #2:
Payor: Shipper   Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing (AK Metro to U.S) Zone 13
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | | | |
|---|---|---|---|---|
| USAB | | **Sender** | **Recipient** | |
| Tracking ID | 837008319419 | J EKSTRAND | M WILKINS | |
| Service Type | FedEx Priority Overnight | HOLMES WEDDLE & BARCOTT | FIRST & HARRISON LLP | |
| Package Type | FedEx Envelope | 701 W 8TH AVE STE 700 | 2100 3RD AVE N 400 CONCORD CTR | |
| Zone | 13 | ANCHORAGE AK 99501-3468 US | BIRMINGHAM AL 35203 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Apr 17, 2007 09:03 | Transportation Charge | | 20.40 |
| Svc Area | A1 | Courier Pickup Charge | | 4.00 |
| Signed by | .HAYES | Fuel Surcharge | | 2.44 |
| FedEx Use | 010622341/0001408/_ | Total Charge | USD | $26.84 |

|  |  |  |
|---|---|---|
| **Shipper Subtotal** | USD | $51.44 |
| **Total FedEx Express** | USD | $51.44 |

# FedEx USA Airbill

FedEx Tracking Number: 8310 0831 9419

**1 From**
Date: 4/16/07
Sender's Name: Joyce Ekstrand
Sender's FedEx Account Number: 1163-1618-8
Company: HOLMES WEDDLE & BARCOTT
Phone: (907) 274-0666
Address: 701 W 8TH AVE STE 700
City: ANCHORAGE    State: AK    ZIP: 99501

**2 Your Internal Billing Reference:** 4103-18023 At.Publ

**3 To**
Recipient's Name: Mandy Wilkins
Phone: (205) 244-5916
Company: Ford & Harrison, LLP
Address: 2100 3rd Avenue North
Address: Suite 400 Concord Center
City: Birmingham    State: AL    ZIP: 35203

**4a Express Package Service**
[X] FedEx Priority Overnight

**5 Packaging**
FedEx Envelope

**7 Payment** Bill to: Sender

0231378642

447

Sender's Copy

**HOLMES WEDDLE & BARCOTT**  42310

| 1033 | Federal Express Corporation | | 6/14/2007 | $51.44 |

| G/L Acct. | Matter I.D. | Cost Code | Inv. No. | Inv. Date | Amount |
|---|---|---|---|---|---|
| 2800-0000 | 313-021540 | msgra | 2-006-10743 | 04-27-2007 | 24.60 |
| 2800-0000 | 4103-018823 | msgra | 2-006-10743 | 04-27-2007 | 26.84 ✴ |

# DHL INVOICE



D 0111100700 070502 R 000004775                                                    PAGE   RECEIVED
                                                                                          MAY 07 2007
                                                                                          HWB - Anc.

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | TOTAL AMOUNT DUE | PAYMENT TERMS |
|---|---|---|---|---|
| 04/28/07 | 902910249 | 0028325917 | 146.77 | DUE UPON RECEIPT |

CUSTOMER: HOLMES WEDDLE & BARCOTT,
701 W 8TH AVE # 700, ANCHORAGE AK 99501-3408

| SENDER ADDRESS REFERENCE NUMBER | RECEIVER ADDRESS ZONE | WAYBILL SHIP DATE PCS/WT | SERVICE | BASE / DISCOUNT | CHARGES | TOTAL |
|---|---|---|---|---|---|---|
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 | HOLMES WEDDLE & BARCOTT WELLS FARGO CENTER 999 3RD AVE STE 2600 SEATTLE WA 98104 ZONE 13 | 66687579943 04/06/07 1/  2 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 32.50 -6.83 | 25.67  3.08 | 28.75 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 | HOLMES WEDDLE & BARCOTT WELLS FARGO CENTER 999 3RD AVE STE 2600 SEATTLE WA 98104 ZONE 13 | 66687576045 04/20/07 1/  1 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 29.80 -6.26 | 23.54  2.82 | 26.36 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 | HOLMES WEDDLE & BARCOTT WELLS FARGO CENTER 999 3RD AVE STE 2600 SEATTLE WA 98104 ZONE 13 | 66687578742 04/24/07 1/  4 REWGH  4 ORGWT  1 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 40.10 -8.42 | 31.68  3.80 | 35.48 |
| SUBTOTAL DESTINATION SERVICE CENTER BFI | | | | | | 90.59 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501  4103-18823 | UNKNOWN  Ford Harrisn LLP SEE DELIVERY INFO BELOW RECEIVER COMPANY UNKNOWN BIRMINGHAM AL 35217 ZONE 13 | 62278723846 04/06/07 1/  5 REWGH  5 ORGWT  2 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 43.60 -9.16 | 34.44  4.13 | 38.57 |
| SUBTOTAL DESTINATION SERVICE CENTER BHM | | | | | | 38.57 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501  4493-20774 | THELEN REID & PRIEST LLP 101 SECOND ST STE 1800 SAN FRANCISCO CA 94105 ZONE 13 | 62278726543 04/19/07 1/  1 | EXPRESS DOCUMENT DISCOUNT FUEL SURCHARGE | 19.90 -4.18 | 15.72  1.89 | 17.61 |
| SUBTOTAL DESTINATION SERVICE CENTER EMB | | Client # Approved By | | | | 17.61 |
| SUBTOTAL ORIGIN SERVICE CENTER ANC | | Vendor # 1081 Expense Account # 62701000 = $90.59 B201 5/10/07 | | | | 146.77 |

REMIT TO:  DHL EXPRESS (USA), INC., FILE 30688, SAN FRANCISCO CA 94160                          FEDERAL ID  94-3380425

**DHL Waybill — Sender's Copy**

- Sender Account Number: 902910249
- Preprint Format No.: 139245073
- Waybill Number: 62278723846
- Origin: ANC

**1. FROM:**
- Company: HOLMES WEDDLE & BARCOTT
- Street Address: 701 W 8TH AVE # 700
- City: ANCHORAGE
- State: AK
- ZIP: 99501
- Sent by: Karen P. Warner  (4103-12823)
- Phone: 907-274-0666

**2. TO:**
- Company: Ford Harrison LLP
- Street Address: 2100 3rd Avenue North, Suite 400, Concord Center
- City: Birmingham
- State: AL
- ZIP: 35203
- Attention: Marion F. Walker, Senior Counsel
- Phone: (205) 244-5916

**3. Payment:** Sender will be billed unless marked otherwise

**4. Service Type:** Next Day 10:30 / 12:00 / 3:00; 2nd Day 5:00

**5. # of Pkgs:** 1
**6. Weight (LBS):** 1
**7. Packaging:** Express Pack (checked)

**Special Instructions:** Saturday Delivery (checked)

**Description:** 4/6/07 ltr. + Depos (6)

**Sender's Signature:** Karen P. Warner
**Date:** 4/6/07

DHL Worldwide Express, Inc.
1200 South Pine Island Road
Plantation, FL 33324
1 800 Call-DHL

SENDER'S COPY

**HOLMES WEDDLE & BARCOTT**  4225

| 1031 | DHL Express, Inc | | | 6/5/2007 | $413.35 |
|---|---|---|---|---|---|
| G/L Acct. | Matter I.D. | Cost Code | Inv. No. | Inv. Date | Amount |
| 2800-0000 | 4103-018823 | msgra | 0028325917 | 04-28-2007 | 38.57 |
| 2800-0000 | 4493-020774 | msgra | 0028325917 | 04-28-2007 | 17.61 |
| 6270-1000 | | | 0028325917 | 04-28-2007 | 90.59 |
| 2800-0000 | 4103-018823 | msgra | 0028428304 | 05-05-2007 | 60.60 |
| 2800-0000 | 4103-018823 | msgra | 0028428304 | 05-05-2007 | 42.74 |
| 2800-0000 | 1588-021125 | msgra | 0028428304 | 05-05-2007 | 32.11 |
| 6270-1000 | | | 0028428304 | 05-05-2007 | 131.13 |

# DHL INVOICE



D 0111100700 070509 R 000004363

PAGE 1

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | TOTAL AMOUNT DUE | PAYMENT TERMS |
|---|---|---|---|---|
| 05/05/07 | 902910249 | 0028428304 | 266.58 | DUE UPON RECEIPT |

CUSTOMER: HOLMES WEDDLE & BARCOTT,
701 W 8TH AVE # 700, ANCHORAGE AK 99501-3408

| SENDER ADDRESS REFERENCE NUMBER | RECEIVER ADDRESS ZONE | WAYBILL SHIP DATE PCS/WT | SERVICE | BASE / DISCOUNT | CHARGES | TOTAL |
|---|---|---|---|---|---|---|
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 | HOLMES WEDDLE & BARCOTT WELLS FARGO CENTER 999 3RD AVE STE 2600 SEATTLE WA 98104 ZONE 13 | 66687578646 04/26/07 1/ 11 REWGH 11 ORGWT 12 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 62.40 -13.10 | 49.30 5.92 | 55.22 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 | HOLMES WEDDLE & BARCOTT WELLS FARGO CENTER 999 3RD AVE STE 2600 SEATTLE WA 98104 ZONE 13 | 66687578543 04/27/07 1/ 1 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 29.80 -6.26 | 23.54 2.82 | 26.36 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 | HOLMES WEDDLE & BARCOTT WELLS FARGO CENTER 999 3RD AVE STE 2600 SEATTLE WA 98104 ZONE 13 | 66687576141 05/01/07 1/ 1 | EXPRESS DOCUMENT DISCOUNT FUEL SURCHARGE | 19.90 -4.18 | 15.72 1.89 | 17.61 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 | HOLMES WEDDLE & BARCOTT WELLS FARGO CENTER 999 3RD AVE STE 2600 SEATTLE WA 98104 ZONE 13 | 66687576244 05/03/07 1/ 3 REWGH 3 ORGWT 1 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 36.10 -7.58 | 28.52 3.42 | 31.94 |
| SUBTOTAL DESTINATION SERVICE CENTER BFI | | | | | | 131.13 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 4103-18823 | FORD HARRISON STE 400 CONCORD CENTER 2100 3RD AVENUE N BIRMINGHAM AL 35203 ZONE 13 | 62278724045 04/27/07 1/ 13 REWGH 13 ORGWT 2 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 68.50 -14.39 | 54.11 6.49 | 60.60 |
| HOLMES WEDDLE & BARCOTT 701 W 8TH AVE # 700 ANCHORAGE AK 99501 4103-18823 | FORD HARRISON 2100 3RD AVENUE N STE 400 BIRMINGHAM AL 35203 ZONE 13 | 62278726042 04/30/07 1/ 6 REWGH 6 ORGWT | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 48.30 -10.14 | 38.16 4.58 | 42.74 |
| SUBTOTAL DESTINATION SERVICE CENTER BHM | | | | | | 103.34 |

Approved By _____
Vendor # 1031
Expense Account # 62701000 - $131.13

RECEIVED
MAY 14 2007
HWB - Anc.

REMIT TO: DHL EXPRESS (USA), INC., FILE 30688, SAN FRANCISCO CA 94160

FEDERAL ID 94-3380425

| | |
|---|---|
| **1** Sender Account Number: 902910249 | Preprint Format No.: 139245073 |
| FROM (Company): HOLMES WEDDLE & BARCOTT | |
| Street Address: 701 W 8TH AVE # 700 | |
| City: ANCHORAGE | State: AK   ZIP CODE: 99501 |
| Sent by (Name/Dept): 4103-18823 Joyce Ekstrand | Phone: 907-274-0666 |
| **2** TO (Company): Ford Harrison LLP | |
| Street Address: 2100 3rd Avenue North Suite 400 Concord Center | |
| City: Birmingham | State: AL   ZIP CODE: 35203 |
| Attention (Name/Dept): Marion F. Walker | Phone: (205) 244-5916 |
| Description: Trial Exhibits 4103-18823 | |
| Sender's Signature: Robert T. Wayne  Date: 4/27/07 | DHL Signature  Date: 4/27/07 |

**3** Payment: Sender will be billed unless marked otherwise
Origin: ANC
Waybill Number: 62278724045

**4** Service Type: Next Day 10:30 ☐ / 12:00 ☐ / 3:00 ☐ / 2nd Day 5:00 ☐

**5** # of Pkgs: 1   **6** Weight (LBS): 2   **7** Packaging: Express Pack ☒

Special Instructions: ☐ Saturday Delivery  ☐ Hold at DHL  ☐ Lab Pack Service

Shipment Valuation: $ .00

DHL Worldwide Express, Inc.
1200 South Pine Island Road
Plantation, FL 33324
1.800.Call-DHL

SENDER'S COPY

**HOLMES WEDDLE & BARCOTT**  42253

| 1031 | DHL Express, Inc | | | 6/5/2007 | $413.35 |
|---|---|---|---|---|---|
| G/L Acct. | Matter I.D. | Cost Code | Inv. No. | Inv. Date | Amount |
| 2800-0000 | 4103-018823 | msgra | 0028325917 | 04-28-2007 | 38.57 |
| 2800-0000 | 4493-020774 | msgra | 0028325917 | 04-28-2007 | 17.61 |
| 6270-1000 | | | 0028325917 | 04-28-2007 | 90.59 |
| 2800-0000 | ✶4103-018823 | msgra | 0028428304 | 05-05-2007 | 60.60 |
| 2800-0000 | ✶4103-018823 | msgra | 0028428304 | 05-05-2007 | 42.74 |
| 2800-0000 | 1588-021125 | msgra | 0028428304 | 05-05-2007 | 32.11 |
| 6270-1000 | | | 0028428304 | 05-05-2007 | 131.13 |