OFC MESSENGER CHARGES

| Date | Number | Description | Code | Amount |
|---|---|---|---|---|
| 12/30/2003 | 36403 | Messenger service | SMSGR1 | 10.00 |
| 1/7/2004 | 36403 | Messenger service | SMSGR1 | 5.00 |
| 1/12/2004 | 36403 | Messenger service | SMSGR1 | 10.00 |
| 3/11/2004 | 37440 | Messenger service | SMSGR1 | 4.00 |
| 3/11/2004 | 37440 | Messenger service | SMSGR1 | 4.00 |
| 6/4/2004 | 39061 | Messenger service | SMSGR1 | 8.00 |
| 1/7/2004 | 36403 | Messenger time critical service | STCC1 | 12.50 |
| 1/7/2004 | 36403 | Messenger time critical service | STCC1 | 15.00 |
| 1/9/2004 | 36403 | Messenger time critical service | STCC1 | 7.50 |
| 1/13/2004 | 36403 | Messenger time critical service | STCC1 | 12.50 |
| 1/15/2004 | 36883 | Messenger time critical service | STCC1 | 12.50 |
| 1/30/2004 | 36883 | Messenger time critical service | STCC1 | 12.50 |
| 2/17/2004 | 37440 | Messenger time critical service | STCC1 | 11.50 |
| 2/26/2004 | 37440 | Messenger time critical service | STCC1 | 7.50 |
| 3/31/2004 | 38011 | Messenger time critical service | STCC1 | 11.50 |
| 4/1/2004 | 38011 | Messenger time critical service | STCC1 | 24.00 |
| 4/1/2004 | 38011 | Messenger time critical service | STCC1 | 24.00 |
| 4/9/2004 | 38011 | Messenger time critical service | STCC1 | 11.50 |
| 4/16/2004 | 38011 | Messenger time critical service | STCC1 | 22.50 |
| 4/28/2004 | 38011 | Messenger time critical service | STCC1 | 7.50 |
| 5/11/2004 | 38525 | Messenger time critical service | STCC1 | 15.00 |
| 5/27/2004 | 38525 | Messenger time critical service | STCC1 | 7.50 |
| 5/27/2004 | 39061 | Messenger time critical service | STCC1 | 24.00 |
| 5/28/2004 | 39061 | Messenger time critical service | STCC1 | 11.50 |
| 6/14/2004 | 39061 | Messenger time critical service | STCC1 | 11.50 |
| 8/5/2004 | 40168 | Messenger time critical service | STCC1 | 15.00 |
| 8/5/2004 | 40168 | Messenger time critical service | STCC1 | 24.00 |
| 8/19/2004 | 40168 | Messenger time critical service | STCC1 | 44.00 |
| 10/14/2004 | 41261 | Messenger time critical service | STCC1 | 15.00 |
| 10/15/2004 | 41652 | Messenger time critical service | STCC1 | 20.00 |
| 11/29/2004 | 42807 | Messenger time critical service | STCC1 | 27.50 |
| 11/29/2004 | 42807 | Messenger time critical service | STCC1 | 15.00 |
| 3/1/2005 | 45034 | Messenger time critical service | STCC1 | 40.00 |
| 3/1/2005 | 45034 | Messenger time critical service | STCC1 | 11.50 |
| 8/31/2005 | 46398 | Anchorage Messenger Svc #119031 to USDC 8/15/05 | HCOUR1 | 3.24 |
| 2/1/2006 | 50760 | Anchorage Messenger Svc #144078 to Dorsey Whitney 1/23/06 | HMSGR1 | 3.37 |
| 4/30/2007 | 55638 | Anchorage Messenger Svc to M. Stehle 4/27/07 #215256 | HMSGR1 | 4.51 |
| 4/30/2007 | 55638 | Anchorage Messenger Svc to USDC; #215002 4/26/07 | HMSGR1 | 14.13 |
| 8/31/2005 | 46398 | Anchorage Messenger Svc; #117477 to USDC 3/8/05 | HCOUR1 | 3.23 |
| 10/11/2005 | 47532 | Anchorage Messenger Svc; #129774 filing in USDC | HMSGR1 | 3.46 |
| 4/30/2007 | 55638 | Anchorage Messenger Svc; #212054 4/6/07 to USDC | HMSGR1 | 4.39 |
| 5/31/2005 | 45034 | Anchorage Messenger Svc; 106992; USDC 5/27/05 | HCOUR1 | 3.21 |
| 5/31/2005 | 45034 | Anchorage Messenger Svc; 107187 to Dorsey Whitney | HCOUR1 | 39.14 |
| 6/29/2007 | 56523 | Anchorage Messenger Svc; USDC 6/11/07 #223345 | HMSGR1 | 22.04 |
| 6/29/2007 | 56523 | Anchorage Messenger Svc; USDC 6/13/07 #221913 | HMSGR1 | 14.50 |
| 6/29/2007 | 56523 | Anchorage Messenger Svc; USDC 6/19/07 #222678 | HMSGR1 | 4.63 |
| 6/29/2007 | 56523 | Anchorage Messenger Svc; USDC 6/20/07 #223016 | HMSGR1 | 22.04 |
| 6/29/2007 | 56523 | Anchorage Messenger Svc; USDC 6/22/07 #223350 | HMSGR1 | 27.29 |
| 6/29/2007 | 56523 | Anchorage Messenger Svc; USDC 6/26/07 #223771 | HMSGR1 | 22.04 |
| | | | TOTAL | 706.22 |

OFC RESEARCH CHARGES

Page 1

| Date | Number | Description | Code | Amount |
|---|---|---|---|---|
| 10/12/2005 | 47532 | Paid West Group for computer research; 9/28/05 SHK | HCR1 | 123.56 |
| 12/13/2004 | 42807 | Paid West Group re research; 11/8/04 CAB | HCR1 | 114.91 |
| 8/3/2004 | 40168 | Paid West Group re research; 6/22/04 KMS | HCR1 | 6.09 |
| | | | Total Billed | 244.56 |
| | | | | 244.56 |



**THOMSON WEST**

ACCT# 1  03476

HOLMES WEDDLE & BARCOTT
701 W 8TH AVE STE 700
ANCHORAGE AK  99501-3468

| INVOICE # 807827532 | WEST INFORMATION CHARGES INVOICE<br>NOV 01, 2004 - NOV 30, 2004 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE | TAX | TOTAL CHARGE |
| WEST INFORMATION CHARGES | | 1,573.05 | 0.00 | 1,573.05 |

Client #
Approved By
Vender # 1010
Expense Account # 1410-0000 $1226.63
6280-1000 $346.42

Westlaw

**IMPORTANT NEWS**
Thank you for your business.
To shop online or for more information on West and The Thomson Corporation, visit west.thomson.com.
West, a Thomson business, serving the bench and bar since 1872.

FOR BILLING INFORMATION CALL         MG                    1000203476                    P
1-800-328-4880

Date: Friday, Dec 3 2004
Time: 04:31:53 AM

Account Group: Holmes Westlaw Combined
Monday, November 01, 2004 - Tuesday, November 30, 2004

Account by Client by User by Day

| | Database Time | Connect Time | Transactions Docs/Lines | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| 11/22/2004 | | | | | | | | |
| Totals for Included | 0:06:24 | 0:06:24 | | $39.07 | $30.22 | $8.85 | $0.00 | $8.85 |
| Totals for Day 11/22/2004 | 0:06:24 | 0:06:24 | | $39.07 | $30.22 | $8.85 | $0.00 | $8.85 |
| Totals for User WITTY,RACHEL (4776329) | 0:06:24 | 0:06:24 | | $39.07 | $30.22 | $8.85 | $0.00 | $8.85 |
| Totals for Client 3679-15833 | 0:06:24 | 0:06:24 | | $39.07 | $30.22 | $8.85 | $0.00 | $8.85 |
| 3890-18328 HOLLOWAY,JEFFREY (44435597) | | | | | | | | |
| 11/23/2004 | | | | | | | | |
| Totals for Included | 0:07:30 | 0:07:30 | 243 | $52.89 | $40.91 | $11.98 | $0.00 | $11.98 |
| Totals for Day 11/23/2004 | 0:07:30 | 0:07:30 | 243 | $52.89 | $40.91 | $11.98 | $0.00 | $11.98 |
| Totals for User HOLLOWAY,JEFFREY (44435597) | 0:07:30 | 0:07:30 | 243 | $52.89 | $40.91 | $11.98 | $0.00 | $11.98 |
| Totals for Client 3890-18328 | 0:07:30 | 0:07:30 | 243 | $52.89 | $40.91 | $11.98 | $0.00 | $11.98 |
| 00-18783 HARDWICK,TINA M (4672982) | | | | | | | | |
| 11/05/2004 | | | | | | | | |
| Totals for Included | 0:05:10 | 0:05:10 | 3 | $64.67 | $50.02 | $14.65 | $0.00 | $14.65 |
| Totals for Excluded | 0:01:11 | 0:01:11 | 1 | $17.63 | $0.00 | $17.63 | $0.00 | $17.63 |
| Totals for Day 11/05/2004 | 0:06:21 | 0:06:21 | 4 | $82.30 | $50.02 | $32.28 | $0.00 | $32.28 |
| 4103-18823 BELTZER,CHRISTOPHER (5102201) | | | | | | | | |
| 11/17/2004 | | | | | | | | |
| Totals for Included | 0:02:40 | 0:02:40 | | $16.29 | $12.60 | $3.69 | $0.00 | $3.69 |
| Totals for Day 11/17/2004 | 0:02:40 | 0:02:40 | | $16.29 | $12.60 | $3.69 | $0.00 | $3.69 |
| Totals for User HARDWICK,TINA M (4672982) | 0:09:01 | 0:09:01 | 4 | $98.59 | $62.61 | $35.98 | $0.00 | $35.98 |
| Totals for Client 4100-18783 | 0:09:01 | 0:09:01 | 4 | $98.59 | $62.61 | $35.98 | $0.00 | $35.98 |
| 4103-18823 BELTZER,CHRISTOPHER (5102201) | | | | | | | | |
| 11/08/2004 | | | | | | | | |
| Totals for Included | 1:07:48 | 1:07:48 | 1,972 | $507.12 | $392.21 | $114.91 | $0.00 | $114.91 |
| Totals for Day 11/08/2004 | 1:07:48 | 1:07:48 | 1,972 | $507.12 | $392.21 | $114.91 | $0.00 | $114.91 |
| Totals for User BELTZER,CHRISTOPHER (5102201) | 1:07:48 | 1:07:48 | 1,972 | $507.12 | $392.21 | $114.91 | $0.00 | $114.91 |
| Totals for Client 4103-18823 | 1:07:48 | 1:07:48 | 1,972 | $507.12 | $392.21 | $114.91 | $0.00 | $114.91 |
| 411-18847 WITTY,RACHEL (4776329) | | | | | | | | |
| 11/29/2004 | | | | | | | | |
| Totals for Included | 0:07:36 | 0:07:36 | 1,903 | $102.15 | $79.00 | $23.15 | $0.00 | $23.15 |
| Totals for Day 11/29/2004 | 0:07:36 | 0:07:36 | 1,903 | $102.15 | $79.00 | $23.15 | $0.00 | $23.15 |
| Totals for User WITTY,RACHEL (4776329) | 0:07:36 | 0:07:36 | 1,903 | $102.15 | $79.00 | $23.15 | $0.00 | $23.15 |
| Totals for Client 411-18847 | 0:07:36 | 0:07:36 | 1,903 | $102.15 | $79.00 | $23.15 | $0.00 | $23.15 |
| 4165-17608 MCKEEVER,TIMOTHY A (3052296) | | | | | | | | |
| 11/23/2004 | | | | | | | | |
| Totals for Included | 0:18:25 | 0:18:25 | | $112.41 | $86.94 | $25.47 | $0.00 | $25.47 |
| Totals for Day 11/23/2004 | 0:18:25 | 0:18:25 | | $112.41 | $86.94 | $25.47 | $0.00 | $25.47 |
| Totals for User MCKEEVER,TIMOTHY A (3052296) | 0:18:25 | 0:18:25 | | $112.41 | $86.94 | $25.47 | $0.00 | $25.47 |
| Totals for Client 4165-17608 | 0:18:25 | 0:18:25 | | $112.41 | $86.94 | $25.47 | $0.00 | $25.47 |
| 4369-19258 PAGE,BRENDA (4776330) | | | | | | | | |
| 11/11/2004 | | | | | | | | |
| Totals for Included | 0:55:37 | 0:55:37 | 7,276 | $692.97 | $535.94 | $157.03 | $0.00 | $157.03 |
| Totals for Day 11/11/2004 | 0:55:37 | 0:55:37 | 7,276 | $692.97 | $535.94 | $157.03 | $0.00 | $157.03 |
| 11/12/2004 | | | | | | | | |
| Totals for Included | 0:26:02 | 0:26:02 | 4,192 | $336.13 | $259.96 | $76.17 | $0.00 | $76.17 |
| Totals for Day 11/12/2004 | 0:26:02 | 0:26:02 | 4,192 | $336.13 | $259.96 | $76.17 | $0.00 | $76.17 |
| Totals for User PAGE,BRENDA (4776330) | 1:21:39 | 1:21:39 | 11,468 | $1,029.10 | $795.90 | $233.20 | $0.00 | $233.20 |

3



HOLMES WEDDLE & BARCOTT                                                     33936

1070        West Group Payment Center              2/2/05              $2,834.70

15

| 1070 | West Group Payment Center | 2/2/05 | $2,834.70 |

| Inv. Date | Inv.# | Description | Debit Amount |
|---|---|---|---|
| 12-01-20 | 807827532 | Acct. # 1000203476 | 24.37 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 25.00 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 45.66 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 22.09 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 45.96 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 3.58 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 9.22 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 14.73 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 26.94 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 23.25 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 25.03 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 3.51 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 33.12 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 10.43 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 8.64 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 6.70 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 10.80 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 8.85 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 11.98 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 32.28 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 3.69 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 114.91 ✶ |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 23.15 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 25.47 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 157.03 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 76.17 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 76.29 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 85.88 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 3.22 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 11.36 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 116.60 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 0.71 |
| 12-01-20 | 807827532 | Acct. # 1000203476 | 22.00 |

**THOMSON WEST**

ACCT# 1000203476

HOLMES WEDDLE & BARCOTT PC
701 W 8TH AVE STE 700
ANCHORAGE AK 99501-3468

Col 10/12/05
Approved By ___
Vendor # 1070
Expense Account # 1410

RECEIVED
OCT 17 2005
HWB - Anc.

| INVOICE # 809872238 | WEST INFORMATION CHARGES INVOICE SEP 01, 2005 - SEP 30, 2005 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE | TAX | TOTAL CHARGE |
| WEST INFORMATION CHARGES | | 3,426.40 | 0.00 | 3,426.40 |

**IMPORTANT NEWS**
Thank you for your business.
To shop online or for more information on West and The Thomson Corporation, visit west.thomson.com.
West, a Thomson business, serving the bench and bar since 1872.

FOR BILLING INFORMATION CALL
1-800-328-4880

MG                    1000203476                    P