Date: Saturday, Oct 1 2005
Time: 03:03:05 PM

Account by Client by User by Day

Account Group: Holmes Westlaw Combined
Thursday, September 01, 2005 - Friday, September 30, 2005

| | Database Time | Transactions | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|

**3909-19864**
HOPKINS-KENDALL, SELENA (5463878)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/20/2005 | 0:58:29 | | 0:58:29 | $388.50 | $333.01 | $55.49 | $0.00 | $55.49 |
| Totals for Included | 0:58:29 | | 0:58:29 | $388.50 | $333.01 | $55.49 | $0.00 | $55.49 |
| Totals for Day 09/20/2005 | 0:58:29 | | 0:58:29 | $388.50 | $333.01 | $55.49 | $0.00 | $55.49 |
| 09/29/2005 | 0:03:39 | | 0:03:39 | $23.21 | $19.89 | $3.32 | $0.00 | $3.32 |
| Totals for Included | 0:03:39 | | 0:03:39 | $23.21 | $19.89 | $3.32 | $0.00 | $3.32 |
| Totals for Day 09/29/2005 | 0:03:39 | | 0:03:39 | $23.21 | $19.89 | $3.32 | $0.00 | $3.32 |
| Totals for User HOPKINS-KENDALL, SELENA (5463878) | 1:02:08 | | 1:02:08 | $411.71 | $352.90 | $58.81 | $0.00 | $58.81 |
| Totals for Client 3909-19864 | 1:02:08 | | 1:02:08 | $411.71 | $352.90 | $58.81 | $0.00 | $58.81 |

**391-1513**
MCKEEVER, TIMOTHY A (305296)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/20/2005 | 0:33:47 | 1 | 0:33:47 | $225.07 | $192.92 | $32.15 | $0.00 | $32.15 |
| Totals for Included | 0:33:47 | 1 | 0:33:47 | $225.07 | $192.92 | $32.15 | $0.00 | $32.15 |
| Totals for Day 09/20/2005 | 0:33:47 | 1 | 0:33:47 | $225.07 | $192.92 | $32.15 | $0.00 | $32.15 |
| 09/22/2005 | 0:26:36 | 1 | 0:26:36 | $169.07 | $144.92 | $24.15 | $0.00 | $24.15 |
| Totals for Included | 0:26:36 | 1 | 0:26:36 | $169.07 | $144.92 | $24.15 | $0.00 | $24.15 |
| Totals for Day 09/22/2005 | 0:26:36 | 1 | 0:26:36 | $169.07 | $144.92 | $24.15 | $0.00 | $24.15 |
| Totals for User MCKEEVER, TIMOTHY A (305296) | 1:00:23 | 1 | 1:00:23 | $394.14 | $337.84 | $56.30 | $0.00 | $56.30 |
| Totals for Client 391-1513 | 1:00:23 | 1 | 1:00:23 | $394.14 | $337.84 | $56.30 | $0.00 | $56.30 |

**4100-18783**
HARDWICK, TINA M (4672982)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/02/2005 | 0:02:08 | | 0:02:08 | $22.28 | $19.10 | $3.18 | $0.00 | $3.18 |
| Totals for Included | 0:02:08 | | 0:02:08 | $22.28 | $19.10 | $3.18 | $0.00 | $3.18 |
| Totals for Day 09/02/2005 | 0:02:08 | | 0:02:08 | $22.28 | $19.10 | $3.18 | $0.00 | $3.18 |
| 09/15/2005 | 0:58:21 | 5 | 0:58:21 | $699.59 | $599.67 | $99.92 | $0.00 | $99.92 |
| Totals for Included | 0:58:21 | 5 | 0:58:21 | $699.59 | $599.67 | $99.92 | $0.00 | $99.92 |
| Totals for Day 09/15/2005 | 0:58:21 | 5 | 0:58:21 | $699.59 | $599.67 | $99.92 | $0.00 | $99.92 |
| 09/22/2005 | 0:14:58 | | 0:14:58 | $95.13 | $81.54 | $13.59 | $0.00 | $13.59 |
| Totals for Included | 0:14:58 | | 0:14:58 | $95.13 | $81.54 | $13.59 | $0.00 | $13.59 |
| Totals for Day 09/22/2005 | 0:14:58 | | 0:14:58 | $95.13 | $81.54 | $13.59 | $0.00 | $13.59 |
| Totals for User HARDWICK, TINA M (4672982) | 1:15:27 | 5 | 1:15:27 | $817.00 | $700.31 | $116.69 | $0.00 | $116.69 |
| Totals for Client 4100-18783 | 1:15:27 | 5 | 1:15:27 | $817.00 | $700.31 | $116.69 | $0.00 | $116.69 |

**4103-18827**
HOPKINS-KENDALL, SELENA (5463878)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/28/2005 | 1:24:27 | | 1:24:27 | $865.08 | $741.52 | $123.56 | $0.00 | $123.56 |
| Totals for Included | 1:24:27 | | 1:24:27 | $865.08 | $741.52 | $123.56 | $0.00 | $123.56 |
| Totals for Day 09/28/2005 | 1:24:27 | | 1:24:27 | $865.08 | $741.52 | $123.56 | $0.00 | $123.56 |
| Totals for User HOPKINS-KENDALL, SELENA (5463878) | 1:24:27 | | 1:24:27 | $865.08 | $741.52 | $123.56 | $0.00 | $123.56 |
| Totals for Client 4103-18827 | 1:24:27 | | 1:24:27 | $865.08 | $741.52 | $123.56 | $0.00 | $123.56 |

**411-16473**
HOPKINS-KENDALL, SELENA (5463878)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/13/2005 | 2:01:34 | 3 | 2:01:34 | $1,004.43 | $860.97 | $143.46 | $0.00 | $143.46 |
| Totals for Excluded | | 3 | | $28.95 | $0.00 | $0.00 | $0.00 | $28.95 |
| Totals for Day 09/13/2005 | 2:01:34 | 3 | 2:01:34 | $1,033.38 | $860.97 | $143.46 | $0.00 | $172.41 |
| 09/14/2005 | 1:06:33 | | 1:06:33 | $731.50 | $627.02 | $104.48 | $0.00 | $104.48 |
| Totals for Included | 1:06:33 | | 1:06:33 | $731.50 | $627.02 | $104.48 | $0.00 | $104.48 |
| Totals for Day 09/14/2005 | 1:06:33 | | 1:06:33 | $731.50 | $627.02 | $104.48 | $0.00 | $104.48 |
| Totals for User HOPKINS-KENDALL, SELENA (5463878) | 3:08:07 | 3 | 3:08:07 | $1,764.88 | $1,487.98 | $247.95 | $0.00 | $276.90 |
| Totals for Client 411-16473 | 3:08:07 | 3 | 3:08:07 | $1,764.88 | $1,487.98 | $247.95 | $0.00 | $276.90 |

**4120-19138**
EGAN, ERIN K (5197150)

**HOLMES WEDDLE & BARCOTT**  36330

1070   West Group Payment Center        10/31/2005        $3,426.40

Acct. 1000203476          15
    Anchorage

| | | | | |
|---|---|---|---|---|
| West Group Payment Center | | | 10/31/2005 | $3,426.40 |

| Inv.Date | Inv.No. | Invoice Description | | Amount Paid |
|---|---|---|---|---|
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 13.77 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 96.52 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 288.50 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 8.46 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 14.23 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 79.65 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 70.76 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 55.49 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 3.32 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 32.15 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 24.15 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 3.18 |
| 10-01-2005 | 9/30/05 | Acct # 1000203476 | | 99.92 |
| | | 36330 | | $3,426.40 |

36330

**Three Thousand Four Hundred Twenty-Six and 40/100 Dollars--------------------------**

| | | | |
|---|---|---|---|
| | | 10/31/2005 | $3,426.40 |

West Group Payment Center
West Group  Westlaw
P.O. Box 6292
Carol Stream, IL 60197-6292

| 1070 | West Group Payment Center | | | 10/31/2005 | $3,426.40 |
|---|---|---|---|---|---|

| G/L Acct. | Matter I.D. | Cost Code | Inv.No. | Inv.Date | Amount |
|---|---|---|---|---|---|
| 2800-0000 | 3909-019548 | cra | 9/30/05 | 10-01-2005 | 8.46 |
| 2800-0000 | 3909-019548 | cra | 9/30/05 | 10-01-2005 | 14.23 |
| 2800-0000 | 3909-019548 | cra | 9/30/05 | 10-01-2005 | 79.65 |
| 2800-0000 | 3909-019548 | cra | 9/30/05 | 10-01-2005 | 70.76 |
| 2800-0000 | 3909-019864 | cra | 9/30/05 | 10-01-2005 | 55.49 |
| 2800-0000 | 3909-019864 | cra | 9/30/05 | 10-01-2005 | 3.32 |
| 2800-0000 | 391-001513 | cra | 9/30/05 | 10-01-2005 | 32.15 |
| 2800-0000 | 391-001513 | cra | 9/30/05 | 10-01-2005 | 24.15 |
| 2800-0000 | 4100-018783 | cra | 9/30/05 | 10-01-2005 | 3.18 |
| 2800-0000 | 4100-018783 | cra | 9/30/05 | 10-01-2005 | 99.92 |
| 2800-0000 | 4100-018783 | cra | 9/30/05 | 10-01-2005 | 13.59 |
| 2800-0000 | 4103-018823 | cra | 9/30/05 | 10-01-2005 | 123.56 ✱ |
| 2800-0000 | 411-016473 | cra | 9/30/05 | 10-01-2005 | 172.41 |
| 2800-0000 | 411-016473 | cra | 9/30/05 | 10-01-2005 | 104.48 |
| 2800-0000 | 4120-019183 | cra | 9/30/05 | 10-01-2005 | 5.87 |
| 2800-0000 | 4120-019183 | cra | 9/30/05 | 10-01-2005 | 56.22 |

OFC CD CHARGES

Page 1

| Date | Number | Description | Code | Amount |
|---|---|---|---|---|
| 6/18/2007 | 56523 | USDC - copies of CDs | HCOPY1 | 26.00 |
| 6/18/2007 | 56523 | USDC - copies of CDs | HCOPY1 | 26.00 |
| 6/18/2007 | 56523 | USDC - copies of CDs | HCOPY1 | 26.00 |
| 6/18/2007 | 56523 | USDC - copies of CDs | HCOPY1 | 26.00 |
| 6/18/2007 | 56523 | USDC - copies of CDs | HCOPY1 | 26.00 |
| | | | Total Billed | 130.00 |

# REQUEST FOR CHECK

Date Requested: **6/18/2007**          Date Needed: **6/18/07**
                                      Time Needed: **11:00 am**

Please mail check to address below: ☐

OR ☒ PLEASE RETURN CHECK TO: **Marcia Hill**

☐ SEA or ☒ ANC

Case Name: **A.T. Publishing v. A.B. Dick & OFC**
Case File No.: **4103-18823**

Requested by: **Marcia Hill**          Approved By: _(signature)_

Amount: **$26.00**

Payee: **US District Court**

Address: **222 West 7th Avenue, Room 229**
         **Anchorage AK 9501**

Phone: **677-6100**

For: **Copies of CDs**
(ATTACH BACKUP, i.e., copy of invoice, letter, expense memo)

---

**HOLMES WEDDLE & BARCOTT**                                                    42373

| 1271 | U.S. District Court for the District of AK | | 6/18/2007 | $26.00 |

| G/L Acct. | Matter I.D. | Cost Code | Inv.No. | Inv.Date | Amount |
|---|---|---|---|---|---|
| 2800-0000 | 4103-018823 | copya | 6/18/07 | 06-18-2007 | 26.00 |