

# REQUEST FOR CHECK

Date Requested:  __6/18/2007__                     Date Needed:  __6/18/07__

                                                  Time Needed:  __11:00 am__

Please mail check to address below.  ☐

                        OR ☒ PLEASE RETURN CHECK TO:  __Marcia Hill__

                                                  ☐ SEA or ☒ ANC

Case Name:  __A.T. Publishing v. A.B. Dick & OFC__

Case File No.:  __4103-18823__

Requested by: __Marcia Hill__          Approved By:  _____

Amount:  __$26.00__

Payee:  __US District Court__

Address:  __222 West 7th Avenue, Room 229__

              __Anchorage AK 9501__

Phone:  __677-6100__

For:  __Copies of CDs__

---

**HOLMES WEDDLE & BARCOTT**                                    42374

| | | | |
|---|---|---|---|
| 1271 | U.S. District Court for the District of AK | 6/18/2007 | $26.00 |

| G/L Acct. | Matter I.D. | Cost Code | Inv No. | Inv Date | Amount |
|---|---|---|---|---|---|
| 2800-0000 | 4103-018823 | copya | 6/18/07 | 06-18-2007 | 26.00 |

## REQUEST FOR CHECK

Date Requested: __6/18/2007__

Date Needed: __6/18/07__

Time Needed: __11:00 am__

Please mail check to address below: ☐

OR ☒ PLEASE RETURN CHECK TO: __Marcia Hill__

☐ SEA or ☒ ANC

Case Name: __A.T. Publishing v. A.B. Dick & OFC__

Case File No.: __4103-18823__

Requested by __Marcia Hill__

Approved By: _____

Amount: __$26.00__

Payee: __US District Court__

Address: __222 West 7th Avenue, Room 229__

__Anchorage AK 9501__

Phone: __677-6100__

For: __Copies of CDs__

---

**HOLMES WEDDLE & BARCOTT**

42375

| 1271 | U.S. District Court for the District of AK | | 6/18/2007 | $26.00 |
|---|---|---|---|---|

| G/L Acct. 2800-0000 | Matter I.D. 4103-018823 | Cost Code Inv.No. copya    6/18/07 | Inv.Date 06-18-2007 | Amount 26.00 |
|---|---|---|---|---|

## REQUEST FOR CHECK

Date Requested: ___6/18/2007___          Date Needed: ___6/18/07___
                                          Time Needed: ___11:00 am___

Please mail check to address below: ☐

OR ☒ PLEASE RETURN CHECK TO: _Marcia Hill_

☐ SEA or ☒ ANC

Case Name: ___A.T. Publishing v. A.B. Dick & OFC___

Case File No.: ___4103-18823___

Requested by: **Marcia Hill**          Approved By: _____

Amount: ___$26.00___

Payee: ___US District Court___

Address: ___222 West 7th Avenue, Room 229___

___Anchorage AK 9501___

Phone: ___677-6100___

For: ___Copies of CDs___

---

**HOLMES WEDDLE & BARCOTT**                                        42376

| 1271 | U.S. District Court for the District of AK | | 6/18/2007 | | $26.00 |
|------|-------------------------------------------|--|-----------|--|--------|

| G/L Acct. | Matter I.D. | Cost Code | Inv.No. | Inv.Date | Amount |
|-----------|-------------|-----------|---------|----------|--------|
| 2800-0000 | 4103-018823 | copya | 6/18/07 | 06-18-2007 | 26.00 |

## REQUEST FOR CHECK

Date Requested:    **6/18/2007**                   Date Needed:    6/18/07

                                                   Time Needed:    11:00 am

Please mail check to address below: ☐

                    OR ☒ **PLEASE RETURN CHECK TO**:  Marcia Hill

                                                   ☐ SEA or  ☒ ANC

Case Name:          A.T. Publishing v. A.B. Dick & OFC

Case File No.:      4103-18823

Requested by: **Marcia Hill**           Approved By:

Amount:    $26.00

Payee:      US District Court

Address:    222 West 7th Avenue, Room 229

            Anchorage AK 9501

Phone:      677-6100

For:    Copies of CDs

            (ATTACH BACKUP i.e. copy of invoice, letter, expense memo)

**HOLMES WEDDLE & BARCOTT**                                      4 2 3 7 7

| 1271 | U.S. District Court for the District of AK | 6/18/2007 | $26.00 |
| --- | --- | --- | --- |

| G/L Acct. | Matter I.D. | Cost Code | Inv.No. | Inv Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 2800-0000 | 4103-018823 | copya | 6/18/07 | 06-18-2007 | 26.00 |