# EXHIBIT D

Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone: (205) 244-5916
Fax:        (205) 244-5901

Attorney for Plaintiff OFC Capital, a division of Mid-Country Bank

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **OFC CAPITAL, a division of** **MID-COUNTRY BANK** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **USDC No. 3:04-cv-0011 (JWS)** |
| **A.T. PUBLISHING, INC.** | ) ) | |
| **Defendant.** | ) ) | |

---

## AFFIDAVIT OF PATRICK B. GILMORE

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss: |
| THIRD JUDICIAL DISTRICT | ) |

I, Patrick B. Gilmore, being duly sworn upon oath, depose and state:

1.    I am a shareholder in the law firm of Atkinson, Conway & Gagnon,

Inc.  I have a litigation practice with substantial experience in various types commercial

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

**EXHIBIT D**

litigation. I have received a "AV" peer review rating from Martindale-Hubble and I have been listed among the Best Lawyers in America.

2.      I am familiar with the above-captioned case because I represented AB Dick in this litigation. Even after the case was stayed with respect to AB Dick, I was on the service list and had occasion to review many of the pleadings.

3.      I have reviewed an Affidavit prepared by Randall J. Weddle and the summary of work performed by his law firm in defense of the plaintiff. I am also familiar with Mr. Weddle's work as an attorney, having litigated against him in a major class action and in commercial litigation in Federal Court which ultimately went to trial.

4.      As a commercial litigator I am generally familiar with commercial litigation rates for attorneys and paralegals in the Anchorage community. In my opinion, the rates charged by Holmes Weddle & Barcott, P.C., are quite reasonable in light of the type of litigation involved in this case. In fact, Mr. Weddle's rate in this litigation was the same as the rate I was charging AB Dick. My rate has now increased by $25.00 an hour to $250.00 per hour.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Patrick B. Gilmore

SUBSCRIBED AND SWORN to before me this 11th day of July 2007.

Notary Public in and for the
State of Alaska
My Commission expires: 3-13-09

X:\4103\18823\pld\AffidavitofGimore.020607.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666