Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone: (205) 244-5916
Fax:         (205) 244-5901

Attorney for Plaintiff OFC Capital

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) USDC No. 3:04-cv-0011 (JWS) |
| A.T. PUBLISHING, INC. | ) ) ) ) |
| Defendant. | ) |

NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court has set a hearing on Plaintiff's Bill of Costs for July 24, 2007 at 9:00 a.m. (Alaska) before the Clerk of the Court to be held at U.S. District Court, 222 W. 7th Avenue, #4, Anchorage, AK 99513.  Marion F. Walker, counsel for Plaintiff, with approval of the Court will appear telephonically.

                                       s/ Marion F. Walker
                                       Marion F. Walker
                                       Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 16th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael T. Stehle
> Law Office of Michael Stehle, PC
> 737 West 5th Ave., Suite 206
> Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Not Applicable.

                                        s/ Marion F. Walker
                                        Of Counsel