Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>       Plaintiff,<br><br>vs.<br><br>AT PUBLISHING, INC.,<br><br>       Defendant. | Case No. 3:04-cv-00011-JWS |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 & 4, defendant AT Publishing, Inc. hereby gives notice of its appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered on June 27, 2007.  Defendant AT Publishing, Inc. gives further notice that there is a pending Motion for Attorney's Fees & Costs, and pending consideration of a Cost Bill, that may also be subjects of this appeal depending on their disposition.

DATED this 25th day of July, 2007, at Anchorage, Alaska.

s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054

REPRESENTATION STATEMENT
Case No. 3:04-cv-00011-JWS
Page 1 of 2

**Certificate of Service**

I hereby certify that on July 25, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,        bfontaine@hwb-law.com,        jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

REPRESENTATION STATEMENT
Case No. 3:04-cv-00011-JWS
Page 2 of 2