Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone: (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>       Plaintiff,<br><br>vs.<br><br>AT PUBLISHING, INC.,<br><br>       Defendant. | Case No. 3:04-cv-00011-JWS |

### REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, defendant AT Publishing, Inc. submits the following representation statement listing the parties to the appeal and their counsel:

1. Appellant: AT Publishing, Inc.

    Represented by:    Michael T. Stehle
                       Jeffrey J. Jarvi
                       Law Office of Michael Stehle, P.C.
                       737 W. Fifth Ave., Suite 206
                       Anchorage, Alaska 99501
                       Telephone: (907) 677-7877
                       Facsimile: (907) 677-7894

2. Appellee: OFC Capital, a division of ALFA Financial Corporation

Represented by:  Randall J. Weddle
Holmes, Weddle & Barcott, P.C.
701 W. 8th Ave., Suite 700
Anchorage, Alaska 99501
Telephone: (907) 274-0666
Facsimile: (907) 277-4657

Marion F. Walker
Ford & Harrison LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: (205) 244-5916
Facsimile: (205) 244-5901

DATED this 25th day of July, 2007, at Anchorage, Alaska.

s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on July 25, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,     bfontaine@hwb-law.com,     jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

REPRESENTATION STATEMENT
Case No. 3:04-cv-00011-JWS
Page 2 of 2