Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone: (205) 244-5916
Fax:            (205) 244-5901

Attorney for Plaintiff OFC Capital, a division of Mid-Country Bank

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **OFC CAPITAL, a division of** ) <br> **MID-COUNTRY BANK** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **A.T. PUBLISHING, INC.** ) <br> ) <br> ) <br> **Defendant.** ) | USDC No. 3:04-cv-0011 (JWS) |

_____

### UNOPPOSED MOTION FOR EXTENSION OF TIME
_____

NOW COMES OFC Capital, by and through its attorneys, and moves the court for an extension of time within which to file a reply to AT Publishing's Opposition to Plaintiff's Motion for Attorney's Fees and Costs.

Plaintiff timely filed its motion for attorneys fees and costs on July 13, 2007. Defendant filed its opposition on July 27, 2007.  Plaintiff's reply would be due within

five days pursuant to Local Rule 7.1(e).  Plaintiff moves the court for an extension of time to file its reply until August 8, 2007.

This requested extension of time is not intended to cause any delay nor cause any party to suffer prejudice and is necessary because Plaintiff's lead council in engaged in last minute depositions attendant to a trial set for August 20, 2007 before the Honorable Bruce Williams in the Madison County Circuit Court, State of Alabama.  This extension is requested so that Plaintiff's counsel may have time to adequately respond to the issues raised in Defendant's Opposition and will be restricted to rebuttal of factual and legal arguments raised in said opposition, pursuant to FRCP 7.1(b).

Defendant's counsel has telephonically agreed to not oppose this motion for extension of time.

Dated this 1st day of August 2007.

s/ Marion F. Walker
Marion F. Walker
Attorney for Plaintiff OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

By: s/ Randall J. Weddle
Randall J. Weddle
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
Rweddle@anc.hwb-law.com
Alaska Bar No. 7206034

LOCAL COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

UNOPPOSED MOTION FOR EXTENSION OF TIME
Case No. 3:04-cv-0011-JWS
Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the 1st day of August 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael T. Stehle
>Law Office of Michael Stehle, PC
>737 West 5th Ave., Suite 206
>Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Not Applicable.

>s/ Randall J. Weddle
>Randall J. Weddle

X:\4103\18823\pld\MtnforExtention073107DOC.DOC