Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone: (205) 244-5916
Fax:         (205) 244-5901

Attorney for Plaintiff OFC Capital, a division of Mid-Country Bank

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **OFC CAPITAL, a division of** ) <br> **MID-COUNTRY BANK** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **A.T. PUBLISHING, INC.** ) <br> ) <br> ) <br> **Defendant.** ) | **USDC No. 3:04-cv-0011 (JWS)** |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME**

The Court having reviewed the Unopposed Motion for Extension of Time;

**IT IS HEREBY ORDERED** that OFC Capital shall have until August 8, 2007, to file its reply to AT Publishing's Opposition to Plaintiff's Motion for Attorney's Fees and Costs.

DATED:_____, 2007.

_____
Honorable John W. Sedwick
United States District Judge

**Certificate of Service**

I hereby certify that on August 1, 2007, a true and correct copy of this Proposed Order was served electronically on:

Michael T. Stehle, Esq.
Law Office of Michael Stehle, P.C.
737 W. 5th Avenue, Suite 206
Anchorage, AK  99501
(Counsel for AT Publishing)

By: s/ Randall J. Weddle
        Randall J. Weddle
X:\4103\18823\pld\OrderExtTime.080107.doc