IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **OFC CAPITAL, a division of MID-COUNTRY BANK** ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | USDC No. 3:04-cv-0011 (JWS) |
| **A.T. PUBLISHING, INC.** ) ) ) | |
| Defendant. ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME**

The Court having reviewed the Unopposed Motion for Extension of Time;

**IT IS HEREBY ORDERED** that OFC Capital shall have until August 8, 2007, to file its reply to AT Publishing's Opposition to Plaintiff's Motion for Attorney's Fees and Costs.

DATED: August 3, 2007

/s/ Honorable John W. Sedwick
United States District Judge