UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  OFC CAPITAL v AT PUBLISHING, INC
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: 3:04-cv-00011-JWS
Date Complaint Filed: 01/07/2004
Date Appealed Judgment *entered*: 06/27/2007
Date NOA *filed*: 07/25/2007
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending
        Court Reporter(s) Name and Phone Number: Linda Christensen 907-677-6104 &
Suzannette Lucero 907-677-6111
        Magistrate Judge's Order?  If so, please attach.

*handwritten: 07-35644*

RECEIVED
AUG 1 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**FEE INFORMATION:**
Date Docket Fee paid:  07/25/2007        Date Docket Fee billed: __
Date FP granted: __                      Date FP denied: __
Is FP pending?  No                       Was FP Limited/Revoked?
US Government Appeal?   No               Companion Cases?  Please list: __
        Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
**Appellate Counsel:**                   **Appellee Counsel:**
MICHAEL T. STEHLE                        MARION F. WALKER
737 W. Fifth Ave., STE 206               2100 Third Ave North, STE 400
Anchorage, AK 99501                      Birmingham, AL 35203
FAX 907-677-7894                         FAX: 205-244-5901

                                         RANDALL J. WEDDLE
                                         701 W. Eighth Ave, STE 700
                                         Anchorage, AK 99501
                                         FAX: 907-277-4657
X  retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __             Address: __
Custody: __                 Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:  Carla Applebee 907-677-6138