# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __07-35644__    U.S. District Court # __3:04-cv-00011-JWS__

Short Case Title __OFC Capital v. AT Publishing, Inc.__

Date Notice of Appeal Filed by Clerk of District Court __July 25, 2007__

**RECEIVED**
**AUG 2 2 2007**
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| 6/18/07 | Suzanette Lucero | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| 6/26/07 | Suzannette Lucero | CLOSING ARGUMENTS |
| 6/26/07 | Suzannette Lucero | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 6/18-22/07, 6/26/07 | Suzannette Lucero | OTHER All testimony, argument on jury instructions, jury questions & verdict |

**(Attach Additional Page for Designations if Necessary)**

( x )As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( )I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( )As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __8/21/07__    Estimated Date for Completion __9/24/07__

Signature of Attorney _____    Phone Number __(907) 677-7877__

Address __Law Office of Michael Stehle, P.C.__

__737 W. 5th Ave., Ste. 206 Anchorage, AK 99501__

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.        (
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____.

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____    Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____    Court Reporter's Signature _____

(Trscrpt.des 11/96)