Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Phone: (205) 244-5916
Fax: (205) 244-5901

Attorney for Plaintiff OFC Capital

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| **OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **USDC No. 3:04-cv-0011 (JWS)** |
| **A.T. PUBLISHING, INC.** | ) | |
| **Defendant.** | ) | |

---

## PLAINTIFF'S AMENDED MOTION FOR ATTORNEY FEES & COSTS

---

Now Comes Plaintiff, OFC Capital, Inc. ("OFC"), an moves the Court to amend the motion for award of attorneys' fees and expenses, pursuant to the Master Lease, Paragraphs 14(f) and 16, FRCP 54(d)(1) & (2), FRC, R. 54.3(a) and the Joint Statement of Issues by the parties in this matter by adding $ 6,056.69 to the costs claimed therein and shows the following in support thereof:

1. The Motion for Award of Attorney Fees and Costs was filed on July 13, 2007 (doc 198) and the Bill of Costs was filed for the Clerk's consideration on July 13, 2007 (doc 196).

2. Because ATP insisted upon pressing OFC on claims arising from actions by A.B. Dick employees, OFC was required to spend substantial sums of money to take the depositions of A.B. Dick employees on the West Coast.

3. The Clerk denied the expenses of travel for these depositions of A.B. Dick employees which were necessary because the Court did not have jurisdiction to subpoena the witnesses to court.

4. The Clerk denied the expenses related to the video deposition transcripts which were reasonable and necessary to fairly and effectively present the testimony of the A.B. Dick employees.

5. OFC erroneously claimed the cost of travel associated with taking the depositions on the Bill of Costs which was disallowed by the Clerk (see Exhibit A - attached). Hence, OFC amends its Motion by adding the sum of $ 2,609.44 for travel costs associated with these depositions and $3,447.25. for the cost of the video transcripts.

6. True and correct copies of the bills are attached hereto and herewith amended to the Motion for fees and costs.

7. The total in costs sought by OFC's Motion is, with this amendment, $ 18,886.90.

8. Marion Walker traveled to Alaska and conducted the trial for OFC, with the assistance of Joyce Ekstrand, a paralegal with Holmes, Weddle & Barcott, P.C., of

Anchorage. Two OFC officers and witnesses also spent the full time of the trial in Anchorage. On June 27, 2007, after a trial of six (6) days before a jury, a verdict on ATP's obligations under the leases was entered in favor of OFC and against ATP in the amount of $418,237.91. Post judgment interest is accumulating at the rate of 4.95% per annum.

9. Marion Walker and Randy Weddle are experienced trial attorneys and have billed and been paid by OFC for their work monthly. Both Ms. Walker and Mr. Weddle have prepared and attach to this Motion affidavits reflecting their trial experience and confirming that the fees and costs expended in this case were both reasonable and necessary. These affidavits are supported by the bills and receipts for expenditures for which reimbursement for OFC is requested.

10. Under the Master Lease at Paragraphs 14(f) and 16, ATP agreed to pay OFC the reasonable attorney fees and costs associated with any efforts to protect the equipment under the leases, defend actions arising from the leases, or to collect payments and amounts due under the leases. Local Rule 54(d)(1) & (2) in this District provides the means of requesting the fees and costs and the parties in the Joint Statement of Issues submitted before trial agreed this Rule would be controlling for purposes of the award of attorney fees and costs.

WHEREFORE, in light of the aforesaid, OFC and its counsel request that the Court accept this amendment to the Motion and award and enter a judgment in favor of OFC, in the amount of $372,031.34 for attorneys' fees and $ 18,886.90 for costs as established in the Motion, as Amended.

s/ Marion F. Walker
Marion F. Walker
Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 17th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Stehle
Law Office of Michael Stehle, PC
737 West 5th Ave., Suite 206
Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable.

s/ Marion F. Walker
Of Counsel

EXHIBIT A

**Full docket text for document 213:**
Costs Taxed: A cost bill hearing was held on July 24, 2007 at 9:00 a.m. Michael Stehle appeared for the defendant and Marion Walker appeared, by telephone, for the plaintiff. Objections were heard; the clerk determined that the cost bill was timely filed as an extension for filing had been granted. Costs taxed as follows: Fees of the clerk in the amount of $500.00 taxed. Counsel did provide copies of receipts and checks that totaled $500.00. Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case; Depositions of Glen Ashcraft and Ben Taylor taxed in the amount of $1,215.05, Burt Green taxed in the amount of $869.85, F. Martone taxed in the amount of $592.65, A. Martone taxed in the amount of $297.70. Total costs taxed for deposition $2,975.25. Counsel for defendant disputes that the video depositions were stipulated to; video depositions not taxable by the clerk. Condensed/concordance and copies of depositions not taxable by the clerk. Fees and disbursement for printing in the amount of $1,842.05 taxed. Travel costs for counsel and postage charges not taxable by the clerk. Total costs taxed for the plaintiff and against the defendant in the amount of $5,317.30. Counsel's attention is directed to FRCP 54(d)(1) review of costs. (CPB, COURT STAFF) Additional attachment, Judgment with costs added on 8/2/2007 (CPB, COURT STAFF).

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

OFC CAPITAL, a division of
ALFA FINANCIAL CORPORATION,
Plaintiff,

v.

Case Number 3:04-cv-00011-JWS

AT PUBLISHING, INC.,
Defendant.

**JUDGMENT IN A CIVIL CASE**

_X_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiff OFC CAPITAL, recover of defendant AT PUBLISHING, INC., the sum of $418,237.91, together with prejudgment interest in the amount of $______________, attorney's fees in the amount of $________________ and plaintiff's cost of action in the amount of $ 5,317.30 for a total judgment of $ ______________ with post judgment interest thereon at the rate of 4.95 % as provided by law.

APPROVED:

/s/ JOHN W. SEDWICK
United States District Judge

Date: June 27, 2007

***NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

Ida Romack
Ida Romack, Clerk of Court

[304cv11JWS-judgment.wpd]{JMT2.WPT*Rev.3/03}

M

# FORD & HARRISON LLP

## TRAVEL REIMBURSEMENT FORM

| | | | |
|---|---|---|---|
| | ***Employee Name*** | Marion F. Walker MFW - 3/5/06 | |
| Trip number should be your initials followed by any numbers/letters that are meaningful to you. | ***Trip Number*** | 030506-MFW | |
| Airline and Car Rental Ticket number must be at least 10 digits. Attach all receipts/tickets. | ***Expenses Paid by Firm*** | ***Ticket/Receipt Number*** | ***Amount*** |
| | Airline | | |
| | Airline | | |
| | Car Rental | | |
| | Hotel | | |
| | Meals | | |
| | Parking | | |
| | Other | | |
| | ***Total Expenses Paid by Firm*** | | $0.00 |
| Enter all personal funds used during the trip (cash and credit cards). Attach all receipts. | ***Personal Funds Used*** | | ***Amount*** |
| | Airline | | |
| | Car Rental | | |
| | Hotel | | $469.26 |
| | Meals | | |
| | Parking | | |
| | Other | | |
| Personal automobile mileage allowances follows IRS published guidelines and are periodically changed. | Personal Automobile (.445 per mile) | Number of miles | $0.00 |
| Per Diem allowances are for associates only. Enter the number of nights spent. | Per Diem Allowance @ $20 per night (Associates Only) | Number of nights | $0.00 |
| | ***Total Personal Funds*** | | $469.26 |
| | ***Less Amount not Reimbursable*** | | |
| | ***Refund Due*** | | $469.26 |
| | ***Total Travel Expenses*** | | $469.26 |
| | ***Less: Per Diem Allowance*** | | $0.00 |
| Record the distribution of 'Net Chargeable Travel' to client(s) below | ***Net Chargeable Travel*** | | $469.26 |

ENTERED IN COMPUTER
VENDOR # 9085
SESSION # 13435
DATE 3/27/06
A/P REP. MRK

RECEIVED
MAR 2 4 2006
ATLANTA

| ***Client Name*** | ***Client Number*** | ***City*** | ***Date(s)*** | ***Amount*** |
|---|---|---|---|---|
| OFC | 010537-0001 | Aplharetta, Ga. | 03/05/06 | $469.26 |
| | | | | |
| | | | | |

9 0 0 0 8 6 1 8 2

EMBASSY SUITES HOTELS

5955 N. Point Parkway • Alpharetta, GA 30022
Phone: (678) 566-8800 • Fax: (678) 566-8801
For reservations across the nation
www.embassysuites.com or 1-800-EMBASSY

Name & Address

WALKER, MARION
2100 3RD AVE N

BIRMINGHAM, AL 35203
US

Suite 307/KNGN
Arrival Date 03/05/06 8:25PM
Departure Date 03/07/06

Adult/Child 1/0
Suite Rate $189.00

RATE PLAN LV2
HH#
AL:
BONUS AL: CAR:

Confirmation: 84386315

03/07/06 PAGE 1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/05/06 | 730221 | *ROOM SERVICE | $17.88 |
| 03/05/06 | 730287 | GUEST ROOM | $189.00 |
| 03/05/06 | 730287 | GA SALES/USE TAX | $13.23 |
| 03/05/06 | 730287 | LOCAL OCC RM TAX | $11.34 |
| 03/06/06 | 730518 | *ROOM SERVICE | $24.24 |
| 03/06/06 | 730609 | GUEST ROOM | $189.00 |
| 03/06/06 | 730609 | GA SALES/USE TAX | $13.23 |
| 03/06/06 | 730609 | LOCAL OCC RM TAX | $11.34 |
| | | WILL BE SETTLED TO AX *1005 | $469.26 |
| | | EFFECTIVE BALANCE OF | $0.00 |

THANK YOU

## EXPRESS CHECK-OUT

Good Morning! We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your suite and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the suite.

*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| AUTHORIZATION 131588 | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | 0.00 |

# FORD & HARRISON LLP

M

## TRAVEL REIMBURSEMENT FORM

| | | | |
|---|---|---|---|
| | ***Employee Name*** | ~~Amanda G. Wilkins~~ Marion F. Walker | |
| Trip number should be your initials followed by any numbers/letters that are meaningful to you. | ***Trip Number*** | 021706-MFW MFW-2/23/06 | |
| Airline and Car Rental Ticket number must be at least 10 digits. Attach all receipts/tickets. | ***Expenses Paid by Firm*** | ***Ticket/Receipt Number*** | ***Amount*** |
| | Airline | | |
| | Airline | | |
| | Car Rental | | |
| | Hotel | | |
| | Meals | | |
| | Parking | | |
| | Other | ENTERED IN COMPUTER | |
| | ***Total Expenses Paid by Firm*** | VENDOR # 9085 | $0.00 |
| Enter all personal funds used during the trip (cash and credit cards). Attach all receipts. | ***Personal Funds Used*** | SESSION # 13312 | ***Amount*** |
| | Airline | DATE 3/13/06 | $464.70 |
| | Car Rental | A/P REP MRK | |
| | Hotel | | $1,361.97 |
| | Meals | | $35.27 |
| | Parking | | |
| | Other | | $278.24 |
| Personal automobile mileage allowances follows IRS published guidelines and are periodically changed. | Personal Automobile (.445 per mile) | Number of miles | $0.00 |
| Per Diem allowances are for associates only. Enter the number of nights spent. | Per Diem Allowance @ $20 per night (Associates Only) | Number of nights | $0.00 |
| | ***Total Personal Funds*** | RECEIVED | $2,140.18 |
| | ***Less Amount not Reimbursable*** | | |
| | ***Refund Due*** | MAR 09 2006 | $2,140.18 |
| | ***Total Travel Expenses*** | ATLANTA | $2,140.18 |
| | ***Less: Per Diem Allowance*** | | $0.00 |
| Record the distribution of 'Net Chargeable Travel' to client(s) below | ***Net Chargeable Travel*** | | $2,140.18 |

| ***Client Name*** | ***Client Number*** | ***City*** | ***Date(s)*** | ***Amount*** |
|---|---|---|---|---|
| OFC | 010537-0001 | Portland, Oakland, Los Angeles | 02/16-02/23/06 | $2,140.18 |
| | | | | |
| | | | | |

9 0 0 0 6 7 6 8 2




EMERYVILLE
5555 SHELLMOUND ST.
EMERYVILLE CA 94608
510-652-8777

GUEST FOLIO

Thank you for selecting Courtyard by Marriott. We trust that your experience with us has included warm and gracious service, and the type of accommodations expected.

We look forward to serving you again on future trips. For additional reservations, call our toll-free reservation number, (800) 321 2211.

EMERYVILLE Courtyard Staff

GUEST NAME MARION/MS WALKER
2100 3RD AVE. NORTH
SUITE 400
BIRMINGHAM AL 35203
PERSONAL

ROOM 934 REGD
ROOM TYPE KSTE
NO. OF GUESTS 1
RATE 214.00
CLERK DPG

ARRIVE 16Feb06 TIME 03:01p DEPART 17Feb06 TIME 08:57a FOLIO JP-99414

| DATE | REFERENCE NUMBER | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 16Feb06 | FD1024 | Restaurant Room Ch | 36.07 | |
| 16Feb06 | RB934 | ROOM CHARGE | 214.00 | |
| 16Feb06 | T3934 | CITY TAX | 25.68 | |
| 16Feb06 | TW934 | Calif/Local Touris | .13 | |
| 17Feb06 | FD0648 | Restaurant Room Ch | 11.82 | |
| 17Feb06 | AX08:57AM | American Express | | 287.70- |

*********************
* THIS CARD WAS *
* ELECTRONICALLY *
* SWIPED ON 16Feb06 *
*********************

*************************************
* CARD #: AXXXXXXXXXXX1005 *
* Amount: 287.70 Auth: 186907 *
* ** Signature on File ** *
*************************************

** BALANCE ** .00

287.70
- 14.39
273.31

GUEST SIGNATURE________________

COURTYARD RESERVATIONS (800) 321 2211

www.ashospitality.com 6-2784 rev. 6/03



Avalon
Hotel&Spa

Page: 1 02/20/06 8:12am

Arrival 02/18/06 11 : 31 am
Departure 8 : 12 am
Guests 1
Room 424
Confirmation 40590
Rate 139.00

Walker, Marion
Ford Harrison LLP
424 Glenwood Road
Birmingham Ala 35216
USA

| Date | Description | Gst | Charge | Credit | Reference |
|---|---|---|---|---|---|
| 02/18/06 | Advance Deposit | 1 | | -156.38 | |
| 02/18/06 | Restaurant | 1 | 21.60 | | @ 47514 |
| 02/18/06 | Spa | 1 | 187.00 | | 5513-0000 |
| 02/18/06 | Restaurant | 1 | 30.68 | | @ 47565 |
| 02/18/06 | Room | 1 | 139.00 | | |
| 02/18/06 | Room Tax | 1 | 17.38 | | |
| 02/19/06 | Restaurant | 1 | 15.60 | | @ 47635 |
| 02/19/06 | Restaurant | 1 | 40.12 | | @ 47732 |
| 02/20/06 | Room | 1 | 139.00 | | 02/19/06 |
| 02/20/06 | Room Tax | 1 | 17.38 | | |
| 02/20/06 | Restaurant | 1 | 12.00 | | @ 47755 |
| 02/20/06 | American Express XXXXXXXXXXX1005 | 1 | | -463.38 | 566713 |

Thank You B A L A N C E 0.00

Rm 278.00 RTx 34.76 Tel Inc 187.00 F&B 120.00 Payment -619.76

Thank You for staying at the Avalon Hotel & Spa
We hope to see you in the near future.

+187.00

$432.76

0455 SW Hamilton Court, Portland, Oregon 97239 Telephone: 503.802.5800 Reservations: 888.556.4402 Fax: 503.802.5820



# PARK PLAZA HOTEL

Oakland International Airport

Room: 409 A

WALKER MARION

2100 3RD AVE N
BIRMINGHAM AL
35203

Payment: AX Source: WI- -TJ

1A,0K,0B Guest
$RA 119.00
Feb17'06
Feb18'06
066MQV
RA

| DATE | REFERENCE | COMMENT | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| Feb17'06 | PLAZA G 409 | CHK#2046 | 18.75 | | 18.75 |
| Feb17'06 | ROOM 409 | | 119.00 | | 137.75 |
| Feb17'06 | TAX 409 | | 13.09 | | 150.84 |
| Feb18'06 | PLAZA G 409 | CHK#2003 | 3.72 | | 154.56 |
| Feb18'06 | AMEX 409 | | | 154.56 CR | 0.00 |
| | [MARION F WALKER/XXXXXXXXXXX1005/XXXX/566916] | | | | |

BALANCE DUE AT CHECKOUT.......................................................$ 0.00

===========

X *Marion F. Walker*
Guest Signature
Regardless of billing instructions, the guest acknowledges all charges as a personal indebtedness.

150 Hegenberger Road • Oakland, CA 94621 • (510) 635-5300 • Fax (510) 635-8192

International Cab Co.
800-681-4419
$40.00

24 Hour Service • Radio Dispatched

(510) 444-6161
(510) 686-9999

Special Services
OAK, SFO, SAN JOSE

From Omni Hotel
To LAX
Driver
Cab No.
Date 2/22/06 Amount $45.00

Fri 2-17-06 $27.00 to Oakland Airport

Emery Bay Luxor

24 Hour Taxi Service

office for days

(510) 774-9200
(510) 776-2657

- Local and Airport Service
- Direct Door to Door
- Business Account

Date: Amount: Cab #:

JAKE'S COFFEE HOUSE WORLD LINKS
CA1 SERVICES
ONTARIO AIRPORT

4004 MIGUEL R.

6864 FEB16'06 12:31PM

| | |
|---|---|
| 1 Bottle Water | 2.30 |
| Subtotal | 2.30 |
| Total Tax | 0.18 |
| Total Paid...... | 2.48 |
| CASH | 3.03 |
| Change Owed..... | 0.55 |

Your order number is: 6864

Ontario Airport

East Bay Luxor
Business Class Sedan Services

To: Oakland Airport
eastbayluxor@yahoo.com

Call Mo
(510) 385-8485

- Airport TOWNCAR Services
- Business Account Is Accepted
- We Are Always On Time

Date 2-17-06 Amount $ 50.00 Service# J

BROADWAY CAB $36.00
Portland, OR
(503) 227-1234 1-800-248-TAXI

DATE 2/20 20 06
RECEIVED FROM Portland to Airport
TAXICAB FARE $ 36.00
DRIVER CAB NO.

*** T4 - EL PASEO ***
CA1 SERVICES
ONTARIO AIRPORT

12001 CYNTHIA S.

3394 FEB16'06 11:27AM

| | |
|---|---|
| 1 Smoked Ham | 6.95 |
| 1 Soda Large | 2.11 |
| Subtotal | 9.06 |
| Total Tax | 0.70 |
| Total Paid...... | 9.76 |
| CASH | 20.00 |
| Change Owed..... | 10.24 |

Your order number is: 3394

Lunch 12-16-06
Ontario Airport

BROADWAY CAB
Portland, OR
(503) 227-1234 1-800-248-TAXI

DATE 2/18 2006
RECEIVED FROM Portland Airport to Avalon Hotel
TAXICAB FARE $38.00
DRIVER CAB NO.

Tips $50.00 MFW

# OMNI HOTELS®

OMNI LOS ANGELES HOTEL
251 SOUTH OLIVE STREET
LOS ANGELES CA 90012
**Tele-** 213-617-3300 **Fax-** 213-617-3399

WALKER, MARION F (MR)
ORBITZ
424 GLENWOOD ROAD
BIRMINGHAM, AL 35216

**Room Number:** 1405
**Daily Rate:** 0
**Room Type:** DDN
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 02/20/06 | 02/22/06 | | ORBCOR | NETNOP | 16900321667 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 02/21/06 | 1405 | GRAND CAFE | 1405/2458/09:10/GRAND CAFE | $16.70 |
| 02/21/06 | 1405 | REFRESHMENT CENTER | 1405/62608/12:33/REFRESHMENT CENTER | $5.85 |

Meals

**TOTAL DUE:** $22.55



**Omni Hotels** is proud to be ranked **"Highest in Guest Satisfaction Among Upscale Hotel Chains"** in the J.D. Power and Associates 2005 North America Hotel Guest Satisfaction Study℠.
*Study based on 37,471 responses from guests who stayed in a hotel between December 2004 and May 2005. Fourteen updscale hotel chains were ranked in the study. www.jdpower.com*

ASH 3-6563

# OMNI HOTELS®

OMNI LOS ANGELES HOTEL
251 SOUTH OLIVE STREET
LOS ANGELES CA 90012
**Tele-** 213-617-3300 **Fax-** 213-617-3399

**Room Number:** 1405
**Daily Rate:** 0
**Room Type:** DDN
**No. of Guests:** 1 / 0

WALKER, MARION F (MR)
ORBITZ
424 GLENWOOD ROAD
BIRMINGHAM, AL 35216

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 02/20/06 | 02/22/06 | | ORBCOR | NETNOP | 16900321667 |

| DATE | ROOM NO | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 02/21/06 | 1405 | GRAND CAFE | 1405/2458/09:10/GRAND CAFE | $16.70 |
| 02/21/06 | 1405 | REFRESHMENT CENTER | 1405/62608/12:33/REFRESHMENT CENTER | $5.85 |
| 02/22/06 | 1405 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($22.55) |

**CREDIT DUE:** ($0.00)



**Omni Hotels** is proud to be ranked **"Highest in Guest Satisfaction Among Upscale Hotel Chains"** in the J.D. Power and Associates 2005 North America Hotel Guest Satisfaction Study℠.
*Study based on 37,471 responses from guests who stayed in a hotel between December 2004 and May 2005. Fourteen updscale hotel chains were ranked in the study. www.jdpower.com*

ASH 3-6563



**Capital One** | what's in your wallet?

My Recent Activity | My Statement | Pay My Bill | Customer Service




MARION WALKER
Account #: XXXX-XXXX-XXXX-1919

Feb 25, 2006 View

**MILES ONE VISA SIGNATURE Summary**

JAN 26 - FEB 25, 2006

| | |
|---|---|
| Previous Balance | $9,389.64 |
| Payments, Credits and Adjustments | $3,471.50 |
| Transactions, including Monthly Bills | $4,411.17 |
| Finance Charges | $99.52 |
| New Balance | $10,428.83 |
| Minimum Amount Due | $312.00 |
| Payment Due Date | Mar 25, 2006 |
| Total Revolving Credit Line | $14,000 |
| Total Available Revolving Credit | $3,571.17 |
| Credit Line for Cash | $2,800 |
| Available Credit for Cash | $2,800.00 |

*Your available credit may have been reduced by recent authorizations that have not yet posted to your credit card (e.g. for car rentals).

Download to Money

Spreadsheets (.CSV)
Other financial management software(.QIF)
Get help downloading your statement

Pers.

See below for information on **Finance Charge** and **Annual Percentage Rate** imposed this period.

When you receive a statement or other correspondence in the mail, please continue to review it, as it may contain important messages or information about your account.

Important Account Messages and Disclosures

Capital One

Auto Loans
New, Used

Savings
High Yield
Money M

Home Lo
Home Eq

**Rewards Summary**

To view your mileage balance or redeem points, please contact the Capital One Rewards Center at 1-877-497-8316.

**Payments, Credits, and Adjustments**

| | | | |
|---|---|---|---|
| 1 | 26 JAN | PAYMENT RECEIVED - THANK YOU | $3,276.66- |
| 2 | 26 JAN | VSI*WINTERSILKS CREDIT | 29.95- |
| 3 | 06 FEB | MSN HOTMAIL PLUS CREDIT | 19.95- |
| 4 | 08 FEB | DELL CATALOG SALES L.P CREDIT | 99.00- |
| 5 | 13 FEB | PLO*PLOW AND HEARTH CREDIT | 15.99- |
| 6 | 15 FEB | VSI*WINTERSILKS CREDIT | 29.95- |







**Transactions**

| | | | |
|---|---|---|---|
| 7 | 24 JAN | AVALON HOTEL & SPA PORTLAND OR | $156.38 |
| 8 | 25 JAN | MY FLORIDA COUNTY COM 877-3268689 FL | 22.50 |
| 9 | 26 JAN | WESTERN #07 MOUNTAIN BROO AL | 23.35 |
| 10 | 26 JAN | RITE AID STORE 7379 VESTAVIA HILL AL | 56.11 |
| 11 | 27 JAN | JOHNS CITY DINER BIRMINGHAM AL | 14.88 |
| 12 | 27 JAN | GALLERY 2306 LLC BIRMINGHAM AL | 474.94 |
| 13 | 27 JAN | CHEVRON 00044666 BIRMINGHAM AL | 37.10 |
| 14 | 29 JAN | BARNES & NOBLE #2858 BIRMINGHAM AL | 26.11 |
| 15 | 30 JAN | DELTA AIR 0062317750 ATLANTA GA | 155.60 |
| 16 | 31 JAN | TERRACE CAFE BIRMINGHAM AL | 23.98 |
| 17 | 31 JAN | BIRMINGHAM MUSEUM OF A BIRMINGHAM AL | 47.97 |
| 18 | 31 JAN | SOUTHWESTAIR5262703537 DALLAS TX | 97.80 |
| 19 | 31 JAN | SOUTHWESTAIR5262703538 DALLAS TX | 145.30 |
| 20 | 31 JAN | SOUTHWESTAIR5262703540 DALLAS TX | 221.60 |
| 21 | 01 FEB | EXTRA SPACE STORAGE 07 VESTAVIA | 45.99 |




Marketing - lunch Doris Sewell Perro

OFC to Oakland
to Portland
to Los Angeles

| | | | |
|---|---|---|---|
| | | HILL AL | |
| 22 | 03 FEB | BONDS ONLINE GROUP 206-2369001 WA | 295.00 |
| 23 | 04 FEB | CHEVRON 00040840 HOMEWOOD AL | 28.30 |
| 24 | 05 FEB | PUBLIX #842 SA1 VESTAVIA HILL AL | 49.36 |
| 25 | 06 FEB | DELL CATALOG SALES L.P 800-624-9897 TX | 99.00 |
| 26 | 07 FEB | SURINS THAI BOWL & SUS BIRMINGHAM AL | 21.26 |
| 27 | 08 FEB | FIRST LIGHT INC BIRMINGHAM AL | 1,425.00 |
| 28 | 08 FEB | DR *WWW.ELEMENT5.INFO INTERNET MN | 29.95 |
| 29 | 08 FEB | RITE AID STORE 7379 VESTAVIA HILL AL | 90.58 |
| 30 | 09 FEB | ORB*DEQVCU 08006564546 IL | 501.34 |
| 31 | 15 FEB | LA QUINTA YAMAGCH SALN LA QUINTA CA | 261.12 |
| 32 | 19 FEB | AVALON HOTEL AND SPA PORTLAND OR | 55.70 |

OFC - Omni Hotel Los Angeles

**Monthly Bills and Related Expenses**

| | | | |
|---|---|---|---|
| 33 | 07 FEB | TWX*AOL SERVICE 0206 800-827-6364 NY | 4.95 |

**Finance Charges**

| | Balance rate applied to | Periodic rate | Corresponding APR | **FINANCE CHARGES** |
|---|---|---|---|---|
| PURCHASES | $9,083.74 | .03534%D | 12.90% | $99.52 |
| CASH | $.00 | .05425% | 19.80% | $.00 |

**ANNUAL PERCENTAGE RATE** applied to this period: **12.90%**

For New York residents only: New York residents may contact the New York State Banking Department (1-800-518-8866) for a comparative list of credit card rates, fees, and grace periods.

Capital One does not provide, endorse, nor guarantee and is not liable for third party products, services, educational tools, or other information available through this site. Read additional important disclosures.

Contact Us | Privacy | Security | Terms and Conditions

Capital One Bank, Capital One, F.S.B., members FDIC. ©2006 Capital One Services, Inc.
Capital One is a federally registered service mark. All rights reserved.

#3,359.34 personal (int. incl.)
1,146.40 bus.
#4,505.74
adj. #4,310.90
tot. moved off by $100.27

OFC Hotel 1341.97

1,146.40 business
#3,085.63 personal

**Marion Walker**

**From:** DeltaElectronicTicketReceipt@delta.com
**Sent:** Tuesday, January 24, 2006 3:13 PM
**To:** MFWALKER@FORDHARRISON.COM
**Subject:** MARION F BIRMINGHAM 11FEB06






## Your Receipt and Itinerary

(Scan this barcode at a Delta Self-Service Kiosk to acc reservation.)

MARIONF WALKER
424 GLENWOOD RD
BIRMINGHAM AL 35216-1514

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMile

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.c Take control and make changes to your itineraries at delta.com/itineraries.

Enjoy the fastest way to the gate. For domestic travel, use delta.com's Online Check-in from 24 hours to 30 minute departure.

## Flight Information

DELTA CONFIRMATION #: C3JBIS
TICKET #: 00621724519345-35

| Day | Date | Flight | Status | Bkng Class | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|
| Sat | 11FEB | DELTA 1204 | OK | T | LV BIRMINGHAM<br>AR ATLANTA | 608A<br>800A | | 13A<br>COACH |
| Sat | 11FEB | DELTA 351 | OK | T | LV ATLANTA<br>AR ONTARIO | 915A<br>1122A | M | 32A<br>COACH |
| Wed | 22FEB | DELTA 1806 | OK | T | LV LOS ANGELES<br>AR ATLANTA | 1000A<br>508P | M | 23F<br>COACH |
| Wed | 22FEB | DELTA 1598 | OK | T | LV ATLANTA<br>AR BIRMINGHAM | 610P<br>601P | | 21E<br>COACH |

*Was this reimbursed by previously FAC paid in December?*

Check your flight information online at delta.com or call the Delta Flightline at 800-325-1999.

Baggage check-in requirements vary by airport. Please review Delta's Check-In Requirements for details. Please check in with the operating carrier.

Key to Terms
# - Arrival date different thar date
** - Check in required
*** - Multi meals
*S$ - Multiple seats

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purch
L - Lunch
LV - Departs
M - Movie
R - Refreshments - Complim
S - Snack
T - Cold meal

## Passenger Information

MARION F WALKER
Skymiles Number: *******782

## Billing Details

## Receipt Information

Fare Details: BHM DL X/ATL DL ONT123.25T7NBV/-LAX DL X/ATL DL BHM97.21TA21BV9 9 USD220.46END ZP BHMATLLAXATL XT US 16.53 ZP 13.20 AY 10.00 XF 16.50 BHM3ATL 4.5LAX4.5ATL4.5

| | | |
|---|---|---|
| Fare: | 220.46 USD | Form of Payment |
| Tax: | 56.23 XT | |
| Tax: | | |
| Tax: | | |
| Total: | 276.69 USD | Org Tkt 00623154436026 |
| | | Org FOP VI************1919 |

PENALTY APPLIES

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel. using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or cred apply and are displayed in the sections below.

This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise y airline or travel agent that you are traveling on a special fare.

## Delta Travel Voucher

Psgr: MARION F WALKER
Not Transferable

Delta Travel Voucher Number: 00605420785863
This document expires 24JAN07

Refer to the Delta Travel voucher number for future travel-related services.

Orginal Ticket Number: 00623154436026
New Ticket Number: 00621724519345-35
PNR Code: C3JBIS

Date of Issue: 24JAN06
Place of Issue: DFWRES
Issuing Agent ID: DL/KN

FARE: 33.10 USD
TOTAL: 33.10 USD

NON REFUNDABLE/NON ENDORSABLE/VALID ON DELTA ONLY

## Service Charge/Fees

Psgr: MARION F WALKER
Not Transferable

Service Charge/Fee Number: 00621724519345

Retain this receipt for your records. The amount shown below is the total of any nonrefundable service charges or in conjunction with issuance, exchange or refund of the following tickets/documents, including any direct ticket cha included in the fare you were quoted.

Original Ticket Number: 00623154436026 11NOV05
New Ticket Number: 00621724519345-35
PNR Code: C3JBIS

Date of Issue: 24JAN06
Place of Issue: DFWRES
Issuing Agent ID: DL/KN

ASC/FEES: 50.00 USD
TOTAL: 50.00 USD

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.



TICKET #: 00621724519345-35
Issue Date: 01/24/06 Expiration: 11/11/06
Place of Ticket Issue: DFWRES
Issuing Agent Id: DL/KN
Ticket Issue date: 24JAN06
Not Transferable

Special offers for Delta flyers.

Need a room? Save up to 50% off regular rates using delta.com hotels.

Mix and match Dining bonuses to earn thousands of miles - join for free.




Delta

SkyMiles Dining and Hotels

## Conditions of Carriage

Air transportation on Delta, the Delta Connection carriers, and Song® is subject to Delta's conditions of carriage. T include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- Claim restrictions, including time periods within which you must file a claim or bring an action against us
- Our right to change terms of the contract

- Check-in requirements and other rules establishing when we may refuse carriage
- Our rights and limits of our liability for delay or failure to perform service, including schedule changes, subst alternative air carriers or aircraft, and rerouting
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage o delta.com, or by requesting a copy from Delta.

---

You have received this e-mail because you elected to receive your Electronic Ticket receipt sent to you via e-mail. If you would like to take advantage o e-mail programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

COPYRIGHT INFORMATION This e-mail message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. - Delta Blvd. P 20706 · Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only e-mail. Please do not respond to this message.






Help

AIR | CAR | HOTEL | CRUISE | VACATION PACKAGES | TRAVEL SUMMARY    Go to Travel Center

PLAN TRIP ▶ SELECT FLIGHT ▶ PRICE ▶ PURCHASE ▶ BOOKED

Check In 24 HOURS IN ADVANCE — Beginning 24 hours prior to your scheduled departure, you may check in online for your flight and print a boarding pass at **southwest.com**. Boarding passes are also available at a Southwest Airlines Skycap Podium, Ticket Counter, or RAPID CHECK-IN Kiosk.

## Southwest Airlines Confirmation Number(s)

| Passenger Type | Confirmation Number | Passenger | Account Number |
|---|---|---|---|
| Adult | BRKGCX | Marion Walker | 00000209722041 |




Use the information you have already entered to create MySouthwest - your own personal travel web site! Store your travel preferences and purchase information and save time on future bookings. Set up MySouthwest now!




Receive Exclusive Offers directly to your desktop. Subscribe to Click 'n Save® E-mail Updates. SOUTHWEST AIRLINES RAPID REWARDS Enroll in our frequent flyer program, **Rapid Rewards**.

## Air Itinerary

| Trip | Date | Day | Stops | Routing | Flight | Routing Details |
|---|---|---|---|---|---|---|
| Depart | Feb 20 | Mon | 1 | PDX-LAX | 2206 | Depart Portland (PDX) at 6:20 PM<br>Arrive in Los Angeles (LAX) at 9:40 PM |

## Pricing

| Passenger Type | Trip | Routing | Type of Fare | Base Fare | U.S. Taxes | PFC | Security Fee1 | Passenger(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Adult | Depart | PDX-LAX | Refundable Fare | $193.49 | $21.11 | $4.50 | $2.50 | 1 | $221.60 |
| | | | Total | **$193.49** | **$21.11** | **$4.50** | **$2.50** | | **$221.60** |

1 Security Fee is the government-imposed September 11th Security Fee.

## Billing Information

**Company Name:** Ford & Harrison LLP
**Credit Card Holder Name:** Marion Walker
**Billing Address:** 2100 3rd Ave. N., Suite 400
Birmingham, AL 35203

**Confirmation Number: BRKGCX**
**Passenger Type:** Adult
**Passenger Name(s):** Marion Walker
**Form of Payment:** Visa: XXXXXXXXXXXX1919

U.S. Security



| Total Air | Base Fare | Taxes | PFC | Fee1 | Passenger(s) | Total |
|---|---|---|---|---|---|---|
| PDX - LAX | $193.49 | $21.11 | $4.50 | $2.50 | 1 | $221.60 |

1 Security Fee is the government-imposed September 11th Security Fee.

**For questions or changes concerning your flight reservation, call Southwest Airlines at 1-800-IFLYSWA (1-800-435-9792).**

**Air purchase complete...**

Go To Next Step - Reserve Car >>

Book Another Flight Return to southwest.com Home

**Thank you for using southwest.com to purchase your Ticketless Travel**

**SOUTHWEST AIRLINES®**
**southwest.com**

**For internal use only:**

Confirmation Number: BRKGCX

1 PASSENGER(S) PDX-LAX YL $221.60

VALID ON SOUTHWEST AIRLINES ONLY

**Snack Service**

If your total flight itinerary includes a series of flights that each are less than two hours in duration, you will be served peanuts/pretzels on each flight segment. If your flight itinerary includes any nonstop flight longer than two hours, you will be served a packaged snack on that flight segment. Southwest Airlines does not serve sandwiches or meals; however, you may bring something to eat on board.



Apply for the new Southwest Airlines Rapid Rewards Visa Signature card and receive a roundtrip Award even faster. Receive four bonus credits after your first purchase. Plus, receive Double Reward Dollars on all Southwest Airlines purchases.

## CHECKIN REQUIREMENTS AND REFUND INFORMATION

- Southwest Airlines Ticketless Travel is nontransferable. Government-issued photo identification is required at time of checkin.
- **Customer Checkin Requirement:**
  Flights Operated by Southwest Airlines - Customers who do not claim their reservations at the departure gate desk at least ten (10) minutes before scheduled departure time for flights operated by Southwest Airlines will have their reserved space cancelled and will not be eligible for denied boarding compensation.
- **Refunds** - Any change to this itinerary may result in a fare increase. To make application for a refund of any unused air fare, please write Southwest Airlines Refunds Department - 6RF, P.O. Box 36611, Dallas, TX 75235-1611. Refund requests must include a copy of this document and/or your confirmation number, date of travel and flight number, and all credit card billing information including the amount and purchase reference numbers.

## CONDITIONS OF CONTRACT

**Southwest Airlines Co. - Notice of Incorporated Terms** - This notice is part of the Conditions of Contract. Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are herein incorporated by




**Pam Bolton**

---

**From:** Orbitz Traveler Care [travelercare@orbitz.com]
**Sent:** Thursday, February 09, 2006 3:43 PM
**To:** Marion F. Walker
**Subject:** Hotel Reservation Confirmation

ORBITZ AND GO!®
"Highest Customer Satisfaction For Independent Travel Web Sites – Hotels"
See why



## Your Hotel Confirmation

Hello Marion,

Thanks for booking on Orbitz. This e-mail confirms your hotel reservation .

Please review the cancellation policy and other details of this reservation in the "My Trips" section on the Orbitz site. If you have any questions, you can e-mail us.

Access your account and trip details online with this temporary password: *wFDUCWpysKQf*

**See sign-in instructions below.**

### Hotel Information

**Trip Name:** Los Angeles 2/20/06
**Confirmation code:** DEQVCU
**Guest name:** Marion Walker
**Hotel name:** Omni Los Angeles Hotel at California Plaza
**Address:**
251 South Olive Street
Los Angeles, CA 90012
**Phone number:** 213-617-3300
**Check-in date:** Mon, Feb 20, 2006
**Check-out date:** Wed, Feb 22, 2006
**Total number of guests:** 1
**Total number of rooms:** 1 room
Deluxe room request 1 king or 2 double beds
**Rate description:** OrbitzSaver - Buy Now and Save!
**Average rate per night:** $214.00
**Amount charged to your credit card:** $501.34
**Cancellation:**
Cancellations or changes more than 1 day prior to 12:01 am Central Time on the day of arrival are subject to a $25 charge. Cancellations or changes within 1 day prior to 12:01 am Central Time on the day of arrival are subject to a charge equal to room and tax for the first night.

February 9, 2006

This purchase is subject to our **Privacy Policy** and our **Terms and Conditions**.

### Billing Information

**Credit card holder's name:** Marion F. Walker
**Credit card type:** Visa
**Credit card number:** xxxx-xxxx-xxxx-1919

**Address:**
424 Glenwood Road

Birmingham, AL 35216
United States

**E-Mail:**
pbolton@fordharrison.com

### Orbitz extras

Check out **News & Guides** for the latest travel news, tips, flying forecasts and helpful resources for planning your trip.

Here are some tips to help you get the most out of Orbitz:

- To change your e-mail address, or any other personal information, go

Cancellations or changes after 12:01 am Central Time on the day of arrival are subject to a 100% charge. We are sorry but refunds are not available for early check-out. The hotel is not authorized to make an exception to this policy.

## Sign-in instructions

We have created a temporary password that will allow you to access your account and trip information.

There are two ways to access your account with that password:

1. Click on the following link, and you will be automatically logged in with the temporary password: **https://www.orbitz.com/Secure/...**
2. Go to the sign-in page: **https://www.orbitz.com/App/RequiredLogin** Enter your member ID (e-mail address), and cut and paste the following temporary password into the password field: *wFDUCWpysKQf*

After logging in, you will be prompted to create a new password. Once you've changed your password you can:

- access your booked trips
- print and e-mail your itineraries
- view and change your seats (if available)
- change or cancel your reservations
- set up Care Alerts to receive updates on flight delays and cancellations by mobile phone.

Again, thank you for choosing Orbitz.

Enjoy your trip!

**Orbitz Customer Care**

P.S. Need an answer? Check out our **Customer Service** section.

to "My Account."
-As a member, you have access to Orbitz exclusive e-mail offers and fares sales alerts from *your home city*. **Sign up now**.
-Your personal information will not be shared with anyone else for marketing purposes. **See our privacy policy**.


















## My Trips

My Account
My Trips
Los Angeles 2/20/06
Past trips
Canceled trips
Ticket terms and conditions




### Los Angeles 2/20/06

Travel Watch: news & resources

**Trip tools**
Print itinerary
E-mail itinerary
City guides

Your purchase is complete. Click here to claim $10 cash back on this travel reservation. Click for details now!
From Great Fun, an Orbitz partner
Click for details

### Hotel reservation

**Hotel reservation**
Cancel hotel resen
Change hotel reser

**Confirmation number:**
DEQVCU
**Reservation made for:**
Marion Walker

**Total guests:** 1
**Total rooms:** 1
**Total cost:** $501.34
View full cost details
View billing information

**Mon, Feb 20, 2006** — **Check-in**
**Wed, Feb 22, 2006** — **Check-out**

**Omni Los Angeles Hotel at California Plaza**
**Address**
251 South Olive Street
Los Angeles, CA 90012
**Phone:** 213-617-3300
**Fax:** 213-617-3399
**Check in/out:** 4:00PM / 12:00PM

**Room description**
OrbitzSaver - Buy Now and Sav
Deluxe room request 1 king or 2

**Special requests**
non-smoking, late check in, afte
time

These requests cannot be gu
Orbitz recommends that you
hotel directly to ensure your
be accommodated.

**Hotel Cost Summary (1 guest - 1 room - 2 nights)**

| Room rate | | Mon | Tue |
|---|---|---|---|
| Feb 20-Feb 21 | | $199 | $229 |
| Total room cost | $428.00 | | |







Welcome

Quick Search | Vacation Packages | Hotels | Cars Rail | Cruises | Flights | My Trips | My Account | Deals | News & Guides

## Thanks for booking on Orbitz.

### Your hotel reservation has been confirmed.

### Los Angeles 2/20/06

View full trip details

My Account

**My Trips**

**Los Angeles 2/20/06**
Past trips
Canceled trips
Ticket terms and conditions

**Trip tools**
Print itinerary
E-mail trip itinerary
City guides
Add my interests

Your purchase is complete. Click here to claim $10 cash back on this travel reservation. Click for details now!
From Great Fun, an Orbitz partner
Click for details

PLANNING A TI
Take along the Ame Express® Traveler Card. It's safer the but has all the con of a Card.




### Hotel reservation

We'll e-mail you details about your hotel reservation and important customer service information

**Omni Los Angeles Hotel at California Plaza**

**Confirmation number:**
DEQVCU

**Total room cost:**
$501.34
excludes incidental charges.

**Mon, Feb 20, 2006** to
**Wed, Feb 22, 2006**
Los Angeles, CA

View full trip details

**Hotel reservation**
Cancel hotel reserv
Change hotel reser

Fromme
www.frommer
You've book the room, n plan your t

### Save on flights and car rentals for Los Angeles

#### Flights

**From:** Birmingham, United Kingdom (BHX)
**To:** Los Angeles, CA
**Leave:** Mon, Feb 20, 2006 **Return:** Wed, Feb 22, 2006

**Travelers** (up to 9)

1 Adult (18-64) | 0 Child (2-11) | 0 Infant in lap (under 2 yrs)
0 Senior (65+) | 0 Youth (12-17) | 0 Infant in seat (under 2 yrs)






DEAL DETECTOR
Now it's even easier to get the fare you want.
SET YOUR PRICE
WE'LL FIND A MATCH & ALERT YOU.
CLICK HERE TO LEARN MORE
ORBITZ AND GO!™

| Taxes & fees | $73.34 |
|---|---|
| **Total cost** | **$501.34** |
| **Excludes incidental charges** | |

**Cancellation:** Cancellations or changes more than 1 day prior to 12:01 am Central Time on arrival are subject to a $25 charge. Cancellations or changes within 1 day pri Central Time on the day of arrival are subject to a charge equal to room and t night. Cancellations or changes after 12:01 am Central Time on the day of ar to a 100% charge. We are sorry but refunds are not available for early check- not authorized to make an exception to this policy.

**Deposit:** $501.34 deposit required by 02/09/2006 Prepayment by credit card required

**pre-pay:** Prepayment by credit card required.

Rates quoted in currencies other than the hotel's base currency are subject to international exchange. F change throughout stay. Rate may reflect average nightly rate. Extra charges may apply for children. In charges, such as room service, are not included in the rate.

## Billing Information

| | |
|---|---|
| **Card holder's Name:** | Marion F. Walker |
| **Card type:** | Visa |
| **Card number:** | xxxx-xxxx-xxxx-1919 |

**Your purchase is complete. Click here to claim $10 cash back on this travel reservation.** Click for details now!
From Great Fun, an Orbitz partner
Click for details

My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights
Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises Add Orbitz
RSS feeds RSS

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724




#1 BEST IN BUSINESS TRAVEL 2005 2004 2003 Business Traveler Magazine




Getting Started Hotels Cars Activities

Sign In/Sign Out My Trips My Profile Cu

My Itineraries

Trip itinerary

Trip maps

QUESTIONS?

- Use the itinerary assistance e-mail form.
- Call us for itinerary assistance at 1-800-596-7708. For international calls, contact 001-702-939-2525.

# Ontario, CA (Change name)

**My Trip**

| Car: Hertz -- Ontario | Reserved |
|---|---|

Print version Delete itinerary Maps

E-mail itinerary

## Car: Ontario

back to top

**Reservation has been sent to Hertz.** Remember to cancel this car reservation if your plans change.

WWTE partnered with delta.com itinerary number: **1499070282**
WWTE partnered with delta.com booking ID: OEBMIH
Hertz confirmation number: D17610801D0

**Main contact:** Marion F. Walker
E-mail: mfwalker@fordharrison.com
Home phone: (205) 244-5916

## Traveler and cost summary

| Driver | | | Rental rate |
|---|---|---|---|
| Driver: **Marion Walker** | Midsize Car: $219.99/Week, Unlimited mileage, Extra hour: $22.00, Extra day: $44.00 | Base price | $219.99 |
| | | Estimated taxes and fees | $27.05 |
| | | Car rental total* | **$247.04** |

* Includes estimated taxes and fees. Car charges are billed at time of rental.

**Weekly rates** often reflect a savings over daily rates; returning a weekly rental early may not result in a proportionate refund. Additional days beyond the weekly rate plan periods may be charged at the **extra day** rate (shown below).

## Car rental summary

### Sat Feb-11-2006

**Hertz Midsize Car:** Air conditioning, automatic transmission, unlimited mileage.

Hertz

**Pick up:**
Sat Feb-11-2006 12:00 PM

**Drop off:**
Thu Feb-16-2006 1:00 PM

**Location:** counter and car in terminal, Ontario, CA (ONT)
**Hours of operation:** 2/11/2006: 12:00 am - 1:30 am, 2/16/2006: 12:00 am - 1:30 am

**Check with car rental company directly regarding off hours pick-up/drop-off.**

## Car vendor rules & regulations

h e e c b ge c e

**Pam Bolton**

**From:** Marion Walker
**Sent:** Friday, January 27, 2006 10:59 AM
**To:** Pam Bolton
**Subject:** FW: Delta.com Hotels travel confirmation - Ontario, CA - Feb 11, 2006 - (Itin# 1499070282)

I went ahead and made the rental reservation because I realized I would have to provide passwords etc. Please put this confirmat ion with the stuff.

-----Original Message-----
**From:** delta@travel.wwte1.com [mailto:delta@travel.wwte1.com]
**Sent:** Friday, January 27, 2006 9:52 AM
**To:** mfwalker@fordharrison.com
**Subject:** Delta.com Hotels travel confirmation - Ontario, CA - Feb 11, 2006 - (Itin# 1499070282)

## Travel Confirmation

Thank you for booking your trip with WWTE partnered with delta.com. View this itinerary online for the most up-to-date information.

**Need a hotel or a car in Ontario? Here are some options we've found for you.**

- AmeriSuites Ontario Mills **$172.00** per night
- Ramada Limited Ontario Airport **$57.80** per night
- Best Western InnSuites **$103.20** per night
- Car Rental - Economy Midsize Full Size

Search for more hotels
Search for more cars

## Car: Ontario

**Reservation has been sent to Hertz.** Remember to cancel this car reservation if your plans change.

WWTE partnered with delta.com itinerary number: **1499070282**
WWTE partnered with delta.com booking ID: OEBMIH
Hertz confirmation number: D17610801D0

**Main contact:** Marion F. Walker
E-mail: mfwalker@fordharrison.com
Home phone: (205) 244-5916

### Traveler and cost summary

| | | | Rental rate |
|---|---|---|---|
| Driver: **Marion Walker** | Midsize Car: $219.99/Week, Unlimited mileage, Extra hour: $22.00, Extra day: $44.00 | Base price | $219.99 |
| | | Estimated taxes and fees | $27.05 |
| | | Car rental total* | **$247.04** |

* Includes estimated taxes and fees. Car charges are billed at time of rental.

**Weekly rates** often reflect a savings over daily rates; returning a weekly rental early may not result in a proportionate refund. Additional days beyond the weekly rate plan periods may be charged at the **extra day** rate (shown below).

### Car rental summary

Sat Feb-11-2006

**Hertz Midsize Car:** Air conditioning, automatic transmission, unlimited mileage.

**Pick up:**
Sat Feb-11-2006 12:00 PM

**Drop off:**
Thu Feb-16-2006 1:00 PM

**Location:** counter and car in terminal, Ontario, CA (ONT)
**Hours of operation:** 2/11/2006: 12:00 am - 1:30 am, 2/16/2006: 12:00 am - 1:30 am

**Check with car rental company directly regarding off hours pick-up/drop-off.**

## Car vendor rules & regulations

- Renter must have a valid driver's license. Age restrictions may apply if you are younger than 25 or older than 65.
- The minimum rental period is 5 days; the maximum rental period is 28 days.
- No refunds will be given for early drop-off.
- Certain conditional charges may apply to your rental. These charges are not included in the total price shown above.
- Charges for optional services are not included. These services can be purchased at time of rental.
- Any changes or cancellation must be made at least 72 hours before your scheduled pick-up time to avoid penalties.
- A valid credit card in the driver's name must be presented at pickup to guarantee against any additional charges. Some rental car agencies also accept debit cards.

Please see the detailed rental information page for this car rental.

## What else can we help you with?

### Save on hotels in Ontario



- AmeriSuites Ontario Mills
From **$172.00** per night
- Ramada Limited Ontario Airport
From **$57.80** per night
- Best Western InnSuites
From **$103.20** per night

Search for more hotels

### Save on another car in Ontario



At the airport:
- Economy
- Midsize
- Full Size

Search for more cars

---

## Customer Support

**Itinerary number: 1499070282**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours: For immediate assistance call WWTE partnered with delta.com at 1-800-596-7708. For international calls, contact 001-702-939-2525 and have the itinerary number ready.

Thank you for choosing WWTE partnered with delta.com

http://travel.wwte1.com/pubspec/scripts/eap.asp?goto=jump&eapid=11383-30001&jurl=

Delta
http://www.delta.com/home/index.jsp







AIR | CAR | HOTEL | CRUISE | VACATION PACKAGES | TRAVEL SUMMARY    Go to Travel Center

PLAN TRIP ▶ SELECT FLIGHT ▶ PRICE ▶ PURCHASE ▶ BOOKED




Beginning 24 hours prior to your scheduled departure, you may check in online for your flight and print a boarding pass at **southwest.com**. Boarding passes are also available at a Southwest Airlines Skycap Podium, Ticket Counter, or RAPID CHECK-IN Kiosk.

### Southwest Airlines Confirmation Number(s)

| Passenger Type | Confirmation Number | Passenger | Account Number |
|---|---|---|---|
| Adult | **BDAGCF** | Marion Walker | 00000209722041 |

**MySouthwest @SOUTHWEST.COM** Use the information you have already entered to create MySouthwest - your own personal travel web site! Store your travel preferences and purchase information and save time on future bookings. Set up MySouthwest now!




Receive Exclusive Offers directly to your desktop.




Subscribe to Click 'n Save® E-mail Updates.

SOUTHWEST AIRLINES RAPID REWARDS Enroll in our frequent flyer program, **Rapid Rewards**.

### Air Itinerary

| Trip | Date | Day | Stops | Routing | Flight | Routing Details |
|---|---|---|---|---|---|---|
| Depart | Feb 16 | Thu | N/S | ONT-OAK | 2513 | Depart Ontario (ONT) at 1:00 PM<br>Arrive in Oakland (OAK) at 2:10 PM |

### Pricing

| Passenger Type | Trip | Routing | Type of Fare | Base Fare | U.S. Taxes | PFC | Security Fee1 | Passenger(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Adult | Depart | ONT-OAK | Advance Purchase Fare | $82.79 | $9.51 | $3.00 | $2.50 | 1 | $97.80 |
| | | | **Total** | **$82.79** | **$9.51** | **$3.00** | **$2.50** | | **$97.80** |

1 Security Fee is the government-imposed September 11th Security Fee.

### Billing Information

**Company Name:** Ford & Harrison, LLP
**Credit Card Holder Name:** Marion Walker
**Billing Address:** 2100 3rd Ave. N., Suite 400
Birmingham, AL 35203

**Confirmation Number:** BDAGCF
**Passenger Type:** Adult
**Passenger Name(s):** Marion Walker
**Form of Payment:** Visa: XXXXXXXXXXXX1919

$97.80

**U.S.** **Security**

| Total Air | Base Fare | Taxes | PFC | Fee1 | Passenger(s) | Total |
|---|---|---|---|---|---|---|
| ONT - OAK | $82.79 | $9.51 | $3.00 | $2.50 | 1 | $97.80 |

1 Security Fee is the government-imposed September 11th Security Fee.

**For questions or changes concerning your flight reservation, call Southwest Airlines at 1-800-IFLYSWA (1-800-435-9792).**

## Air purchase complete...

Go To Next Step - Reserve Car >>

Book Another Flight

Return to southwest.com Home

## Thank you for using southwest.com to purchase your Ticketless Travel

**For internal use only:**

SOUTHWEST AIRLINES®
southwest.com

Confirmation Number: BDAGCF

| 1 PASSENGER(S) | ONT-OAK | Q14NR | $97.80 |
|---|---|---|---|

VALID ON SOUTHWEST AIRLINES ONLY

### Snack Service

If your total flight itinerary includes a series of flights that each are less than two hours in duration, you will be served peanuts/pretzels on each flight segment. If your flight itinerary includes any nonstop flight longer than two hours, you will be served a packaged snack on that flight segment. Southwest Airlines does not serve sandwiches or meals; however, you may bring something to eat on board.



Apply for the new Southwest Airlines Rapid Rewards Visa Signature card and receive a roundtrip Award even faster. Receive four bonus credits after your first purchase. Plus, receive Double Reward Dollars on all Southwest Airlines purchases.

## CHECKIN REQUIREMENTS AND REFUND INFORMATION

- Southwest Airlines Ticketless Travel is nontransferable. Government-issued photo identification is required at time of checkin.
- **Customer Checkin Requirement:**
  Flights Operated by Southwest Airlines - Customers who do not claim their reservations at the departure gate desk at least ten (10) minutes before scheduled departure time for flights operated by Southwest Airlines will have their reserved space cancelled and will not be eligible for denied boarding compensation.
- **Refunds** - Any change to this itinerary may result in a fare increase. To make application for a refund of any unused air fare, please write Southwest Airlines Refunds Department - 6RF, P.O. Box 36611, Dallas, TX 75235-1611. Refund requests must include a copy of this document and/or your confirmation number, date of travel and flight number, and all credit card billing information including the amount and purchase reference numbers.

## CONDITIONS OF CONTRACT

**Southwest Airlines Co. - Notice of Incorporated Terms** - This notice is part of the Conditions of Contract. Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are herein incorporated by

**Pam Bolton**

**From:** 'Courtyard By Marriott Reservations' [reservations@courtyard.com]
**Sent:** Tuesday, January 31, 2006 4:09 PM
**To:** PBOLTON@FORDHARRISON.COM
**Subject:** Courtyard Oakland Emeryville Reservation Confirmation #80076153






**Courtyard Oakland Emeryville >>**

**Confirmation number: 80076153**




5555 Shellmound Street
Emeryville, California 94608
USA
Phone: 1-510-652-8777
Fax: 1-510-652-8799

Maps & Transportation >>
Driving Directions >>
Restaurants & Lounges >>
Area Information >>

**Dear MARION WALKER,**
We are pleased to confirm your reservation with Courtyard by Marriott. Below is a summary of your booking and room information. Enjoy your stay at Courtyard, where you can work or relax in comfort. Courtyard makes life on the road better.

**Your Reservation**

**Confirmation #: 80076153**

**Check-in:**
Thu, Feb 16, 2006 [3:00pm]

**Check-out:**
Fri, Feb 17, 2006 [12:00pm]

Questions about this reservation?
Contact us >>

You can modify or cancel this reservation online or call us at 1-800-321-2211 in the US and Canada. Elsewhere, call our worldwide reservation telephone numbers.

**Guarantee method:**
Credit card guarantee
Visa

**Marriott Rewards number:**
None

Not a member? Earn points for each stay. Join today >>

**Cancellation policy:**
Cancellation permitted
- before 1800 day of arrival
CANCELLATION FEE
1 nights rm & tax cxl fee - TOTAL 239.68 USD
- as first night payment

**Your Room**

**Number of rooms:** 1
**Room type:** One King Bed w/pullout Sofabed

**Guests in room:** 1
**Guest 1:** MARION WALKER

**You have requested:**
Non-Smoking Room, Guaranteed

Special request fees may apply.

**Rate Information**

**Modify or Cancel Online >>**
Or call 1-800-321-2211 in the US and Canada. View worldwide reservation telephone numbers >>.

**Marriott Rewards**
Not a member? Earn points for each stay. Join today >>
Join Marriott Rewards. Earn mega bonus points >>

**High-Speed Internet Access**

We offer high-speed Internet. Check out your connectivity options >>

**Travel Options**
Find a flight >>
Rent a car >>
Book a hotel >>

**Offers**
Special deals on auto rentals from Hertz >>

Rest easy. You have received the best possible rate on your Marriott room. Guaranteed. Learn more >>

Find & Reserve | Specials & Packages | Destinations | Events & Meetings | Marriott Rewards

Find & Reserve
Hotel Search Options
Hotel Directory
New Hotels
Look Up Reservations
Telephone Reservations
Marriott's Look No Further Guarantee

## Confirmation – Step 6 of 6

**Courtyard Oakland Emeryville**
5555 Shellmound Street
Emeryville, CA 94608
1 510 652-8777
More hotel information >>

**Thank you for your reservation.**
Your reservation is guaranteed to your Visa card.
An email with this information has been sent to pbolton@fordharrison.com. We look forward to greeting you.

**Guest name:** **MARION WALKER**
**Confirmation number:** **80076153**
**Check-in date:** February 16, 2006 (Thursday)
**Check-out date:** February 17, 2006 (Friday)
**Number of rooms:** 1
**Guests per room:** 1

### Room Description

**Suite With 1 King Bed**
One King Bed w/pullout Sofabed spacious living area, full size desk, easy access to free high speed internet

### Room Preferences

**Room 1**
Non-Smoking Room has been guaranteed.

### Room Rate

| Charges | Cost per night per room (USD) |
| --- | --- |
| February 16, 2006 (Thursday) - February 17, 2006 (Friday) (1 night(s)) | 214.00 |

Regular Rate, King Suite, 1 king bed, pullout sofa, separate living area, free parking and high speed Internet

**Reservation Utilities**

Print this reservation >>

E-mail to a friend >>

Send to Microsoft Outlook >>

Map & nearby airports >>

Driving directions >>

Business attractions >>

For faster reservations, create an account and save your information >>

**How to review, change or cancel**
You may review, change or cancel your reservation online:

Look up reservations >>

*new!*

**Find a Flight on Marriott.com**
Book your flight with people you know — Marriott! >>

**Find Your Favorite Car Rental Company on Marriott.com**
Find more rental car choices with Marriott! >>

**Special Deal for Marriott Customers**

Great offers on your auto rentals >>

Hertz®

Marriott Rewards Visa®




Help

AIR | CAR | HOTEL | CRUISE | VACATION PACKAGES | TRAVEL SUMMARY Go to Travel Center

PLAN TRIP ▶ SELECT FLIGHT ▶ PRICE ▶ PURCHASE ▶ BOOKED

Check In 24 Hours IN ADVANCE — Beginning 24 hours prior to your scheduled departure, you may check in online for your flight and print a boarding pass at southwest.com. Boarding passes are also available at a Southwest Airlines Skycap Podium, Ticket Counter, or RAPID CHECK-IN Kiosk.

## Southwest Airlines Confirmation Number(s)

| Passenger Type | Confirmation Number | Passenger | Account Number |
|---|---|---|---|
| Adult | **BMNG5A** | Marion Walker | 00000209722041 |

MySouthwest @SOUTHWEST.COM — Use the information you have already entered to create MySouthwest - your own personal travel web site! Store your travel preferences and purchase information and save time on future bookings. Set up MySouthwest now!




Receive Exclusive Offers directly to your desktop.




Subscribe to Click 'n Save® E-mail Updates.

SOUTHWEST AIRLINES RAPID REWARDS — Enroll in our frequent flyer program, Rapid Rewards.

## Air Itinerary

| Trip | Date | Day | Stops | Routing | Flight | Routing Details |
|---|---|---|---|---|---|---|
| Depart | Feb 17 | Fri | N/S | OAK-PDX | 823 | Depart Oakland (OAK) at 4:20 PM<br>Arrive in Portland (PDX) at 5:55 PM |

## Pricing

| Passenger Type | Trip | Routing | Type of Fare | Base Fare | U.S. Taxes | PFC | Security Fee1 | Passenger(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Adult | Depart | OAK-PDX | Refundable Fare | $125.58 | $12.72 | $4.50 | $2.50 | 1 | $145.30 |
| | | | Total | $125.58 | $12.72 | $4.50 | $2.50 | | $145.30 |

1 Security Fee is the government-imposed September 11th Security Fee.

## Billing Information

**Company Name:** Ford & Harrison LLP
**Credit Card Holder Name:** Marion Walker
**Billing Address:** 2100 3rd Ave. N., Suite 400
Birmingham, AL 35203

**Confirmation Number:** BMNG5A
**Passenger Type:** Adult
**Passenger Name(s):** Marion Walker
**Form of Payment:** Visa: XXXXXXXXXXXX1919




U.S. Security

**Pam Bolton**

**From:** Marion Walker
**Sent:** Tuesday, January 24, 2006 6:53 PM
**To:** Pam Bolton
**Subject:** FW: Confirmation

The process begins.

-----Original Message-----
**From:** reservations@avalonhotelandspa.com [mailto:reservations@avalonhotelandspa.com]
**Sent:** Tuesday, January 24, 2006 5:47 PM
**To:** reservations@avalonhotelandspa.com; mfwalker@fordharrison.com
**Subject:** Confirmation

# Avalon Hotel And Spa

503-802-5800

**0455 S W Hamilton Court**
**Portland, OR 97239**

January 24,2006

Thank you for choosing Avalon Hotel & Spa.

We are pleased to confirm the following arrangements:

| | | | |
|---|---|---|---|
| Confirm # | : 40590 | Arrival | : Friday, February 17,2006 |
| Guest | : Marion Walker | Departure | : Monday, February 20,2006 |
| Address | : 424 Glenwood Road | # Of Nights | : 3 |
| | : | Guests | : 1 |
| City/St/Zip | : Birmingham Ala 35216 | Rooms | : 1 |
| Country | : USA | Room Type | : Riverside King |
| | : | Rate Type | : Internet |
| Your reservation is guaranteed. | | Total rate | : $ 417 |

| Daily Rates: | 02/17 | 02/18 | 02/19 |
|---|---|---|---|
| | $139 | $139 | $139 |

A deposit of 156.38 has been received. (Visa)
Balance of 312.76 due upon check-out, plus any other

charges incurred during your stay. Balance includes an occupancy tax of 12.50%.

# Invoice

BENCHMARK VIDEO
111 Gilbert Street, #1
San Francisco, CA 94103

TEL: 415-255-9985
FAX: 415-255-9758

To

Marion F. Walker, Esq.
Ford& Harrison LLP
2100Third Avenue North, #400
Birmingham, AL 35203

Depo of: Ray Seaward v. I
Matter of: AT Publishing, Inc. v. AB Dick Co, et al
Depo Date: 02/17/06
Invoice Date: 02/28/06
Invoice No. 1012
Terms Net 30 Days...Thank you!
Tax I.D. #43-2023561 (Bradford J. Lipetz)

| Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|
| VIDEO PRODUCTION: | | | |
| 11:00am - (12/12:45) - 5:30pm | 5.25 | $95.00 | $498.75 |
| DVD MPEG-1 ENCODING (DUPLICATION) | 4.5 | $20.00 | $90.00 |
| DIGITAL ORIGINALS | 3 | $15.00 | $45.00 |
| PARKING | 3 | $15.00 | $45.00 |
| | | Subtotal | $678.75 |
| | | Delivery | $5.00 |
| | | TOTAL | $683.75 |

CLARK REPORTING
CORRESPONDENCE & CHECKS ONLY TO:
CLARK REPORTING
3527 MT. DIABLO BLVD. #233
LAFAYETTE, CA 94549
510.486.0700




FORD & HARRISON
Attn: MARION WALKER
2100 THIRD AVE NORTH
STE. 400
BIRMIINHAM, AL 35203

Inv. date 03/08/2006
Inv. No. 2002096
Client 3145
Job No.

Re: AT PUBLISHING V AB DICK SEAWARD, RAY
Assignment Date: February 17, 2006

| | |
|---|---|
| Handling/Delivery/Ship | 45.00 |
| FULL DAY PER DIEM-DEPO | 150.00 |
| Oath/Reporter's Cert. | 16.00 |
| VIDEO DEPOSITION | 1,064.00 |
| | ========== |
| Total Amount $ | 1,275.00 |
| Interest At A Rate Of 0.18% After 30 Days $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 1,275.00 |

MINIMUM OF 60 PGS. PER JOB.

Please Make Checks Payable To:
CLARK REPORTING
Federal Tax Id#: 94-3238205

CUSTOMER COPY

**FREEDOM REPORTING, INC.**
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

Marion F Walker
Ford & Harrison, LLP
2100 Third Avenue North
Concord Center - Suite 400
Birmingham, AL 35203

March 16, 2006

**Invoice#** OSV08491

**Balance:** $558.50

**Re:** AT Publishing, Inc vs A B Dick Company
LOS ANGELES, CA
*on* 02/21/06 *by* Barkley Court Reporters

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Appearance, setup & 1st two hours | 350.00 |
| Additional Hours: 2 | 150.00 |
| DVD(s): 2 @ N/C | |
| Tape Archive: 2 | 50.00 |
| Postage | 8.50 |

Video services for deposition of:
Burton Green

**Please Remit ---> Total Due: $558.50**

*WE APPRECIATE YOU!*

**FREEDOM REPORTING, INC.**

*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

Marion F Walker
Ford & Harrison, LLP
2100 Third Avenue North
Concord Center - Suite 400
Birmingham, AL 35203

March 21, 2006

**Invoice#** OSV08738

**Balance:** $930.00

**Re:** AT Publishing, Inc vs Alfa Financial, et al
PORTLAND, OR A04-0011-CV-JWS
*on* 02/20/06 *by* Naegeli Reporting Corporation

***Invoicing Information***

| Charge Description | Amount |
|---|---|
| Videographer's Hours: 7.5 | 825.00 |
| DVD(s): 3 | 30.00 |
| Tape Archive: 3 | 75.00 |

Video services for depositions of:
Ben Taylor 2 DVDs
Glen Ashcraft 1 DVD

**Please Remit ---> Total Due: $930.00**

*WE APPRECIATE YOU!*