**FILED**

SEP 19 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OFC CAPITAL, a division of ALFA Financial Corporation, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> AT PUBLISHING, INC., <br><br> Defendant - Appellant. | No. 07-35644 <br><br> D.C. No. CV-04-00011-JWS <br> District of Alaska, <br> Anchorage <br><br> ORDER |

**RECEIVED**

SEP 21 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The time scheduling order previously set by the court is amended as follows: appellant's designation of transcript of record is due on October 5, 2007; appellee's designation of transcript of record is due October 12, 2007; appellant shall order transcript by October 23, 2007; court reporter shall file transcript in District Court by November 23, 2007; certificate of record shall be filed by November 30, 2007; appellant shall file an opening brief on or before January 14, 2008; appellee shall file an answering brief on or before February 13, 2008; appellant may file an optional reply brief on or before February 27, 2008.

FOR THE COURT

Signature Redacted

Ann Julius
Circuit Mediator