Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone:   (907) 274-0666
Fax:      (907) 277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:   (205) 244-5916
Fax:      (205) 244-5901

*Attorney for Plaintiff OFC Capital, a subsidiary of Mid-Country Bank, formerly a division of ALFA Financial Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**A.T. PUBLISHING, INC.**<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   USDC No. 3:04-cv-0011 (JWS)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT AND REQUEST FOR ISSUANCE
### OF WRIT OF EXECUTION

I, Marion F. Walker, hereby state on oath:

1.     Judgment for $423,555.21 was entered on June 27, 2007 (principal of $418,237.91 plus costs of $5,317.30), in the docket of the above-entitled court and action, in favor of judgment creditor OFC Capital, a subsidiary of Mid-Country Bank, formerly a

division of ALFA Financial Corporation and against judgment debtor A.T. Publishing, Inc.

    2.    I am the attorney for said judgment creditor OFC Capital and request issuance of a Writ of Execution on the judgment.

    3.    The judgment debtor was represented by counsel.

    4.    The judgment entered was not a default judgment.

    5.    ACCRUED since the entry of judgment are the following sums: $7,754.40 accrued interest, computed at 4.95% from June 27, 2007 through November 8, 2007 (see attached spreadsheet) and $128.00 accrued costs (Recording fees at $32.00 for each record district (four)).

    6.    As no payments have been made, no credit is applied and therefore the balance owed is $431,437.61 ACTUALLY DUE on this date. Of this total, $423,555.21 is the amount of the original judgment as entered still remaining due and bearing interest at 4.95% in the amount of $57.44 per day from this date.

    7.    Filed herewith are Service Instructions for Writ of Execution which is directed to North Country Process, Inc., who we request this court provide the issued Writ of Execution for service.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Marion F. Walker

SUBSCRIBED AND SWORN before me this 8th day of November, 2007.

_____
Notary Public for the State of Alabama
My Commission Expires: 8/5/09

## CERTIFICATE OF SERVICE

I hereby certify that, on the 8th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael T. Stehle
> Law Office of Michael Stehle, PC
> 737 West 5th Ave., Suite 206
> Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Not Applicable.

> s/ Marion F. Walker
> Of Counsel

OFC v. AT Publishing
USDC 3:04-cv-0011(JWS)
INTEREST CALCULATION

Principal $423,555.21

| From | To | No. Days | Interest Rate | Daily Rate | Daily Interest | Total Interest |
|---|---|---|---|---|---|---|
| 27-Jun-07 | 08-Nov-07 | 135 | 4.95% | 0.01356% | $57.44 | $7,754.40 |

## SUMMARY

| | |
|---|---|
| Total principal currently due | $423,555.21 |
| Total interest currently due | $ 7,754.40 |
| **Total amount currently due (principal plus interest)** | **$431,309.61** |

Per diem interest after   November 8, 2007   $  57.44



| | Anchorage: Office: 274-2023 / Fax: 274-2823 |
| --- | --- |
| | P.O. Box 101126, Anchorage, AK 99510 |
| | Fairbanks: Cell: 460-4210 / Fax: 479-7847 |
| | P.O. Box 81412, Fairbanks, AK 99708 |
| | Kenai: 283-3366 / Fax: 262-2262 |
| | P.O. Box 1016, Kenai, AK 99611 |
| | Ketchikan: Pager: 228-2500 / Fax: 247-2170 |
| | P.O. Box 5603, Ketchikan, AK 99901 |
| | Wasilla: Pager: 352-7177 / Cell: 355-4916 / Fax: 373-2014 |
| NCPI@alaska.net | P.O. Box 872140, Wasilla, AK 99687 |

| Firm Name: | Address: |
| --- | --- |
| FORD & HARRISON LLP | 2100 3rd Avenue North, Suite 400 |
| | Birmingham, AL 35203 |

| Phone: | Contact Person: | Your File Number: |
| --- | --- | --- |
| (205) 244-5905 | Mandy Wilkins | 4103-18823 |

| | List All Documents to Serve: |
| --- | --- |
| OFC Capital | Levy |
| vs. | |
| AT Publishing | |

Case Number: 3:04-cv-11 (JWS)

Person to Serve/Title (One Form Per Person):

| Business/Corporation Name: | SSN: | DOB: | Description: |
| --- | --- | --- | --- |
| A.T. Publishing | EIN 92-004026? | | |

| Home Address: | Home Phone: |
| --- | --- |

| Work Address/Job Description: | Work Phone: |
| --- | --- |
| 1720 Abbott Road, Anchorage, AK | 349-7506 |

Directions to Process Server or Additional Information
Must Be Served By: ASAP

Are Updates Desired? Yes
How Often?

Bank Sweeps- Immediate for earnings, wages, salary, benefit payments, other income, cash on hand, cash in banks, contract proceeds, commissions, or other monies.

Court: Please mail executed Writ to North Country at PO Box 101126, Anchorage, AK 99510 or call for pick up at 274-2023, Attention: Lori

Server: _____
Date: _____
Time: _____

Date service given to NCPI or filed at court _____