Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone:   (907) 274-0666
Fax:      (907) 277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:   (205) 244-5916
Fax:      (205) 244-5901

*Attorney for Plaintiff OFC Capital, a subsidiary of Mid-Country Bank, formerly a division of ALFA Financial Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,** )<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| v. ) | **USDC No. 3:04-cv-0011 (JWS)** |
| ) | |
| **A.T. PUBLISHING, INC.** )<br>) | |
| **Defendant.** ) | |

## WRIT OF EXECUTION

On June 27, 2007, a judgment was entered in the docket of the above-entitled court and action, in favor of OFC Capital, a subsidiary of Mid-Country Bank, formerly a division of ALFA Financial Corporation, as judgment creditor, and against A.T. Publishing, Inc., as judgment debtor, for:

        $418,237.91        principal,

        $_____        attorney fees,

|            | interest, and                |
| ---------- | ---------------------------- |
| _____ | costs, for a total amount of |
| $423,555.21 | JUDGMENT AS ENTERED |

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

| $ 7,754.40 | accrued interest, and |
| $   128.00 | accrued costs, for a total of |
| $ 7,882.40 | ACCRUED INTEREST AND COSTS |

CREDIT must be given for payments and partial satisfactions in the amount of $0.00 which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $431,437.61 ACTUALLY DUE on November 8, 2007, the date of the request for issuance of this writ, of which $423,555.21 is due on the judgment as entered, and bears interest at 4.95% per annum in the amount of $57.44 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property for the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of their real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED this _____ day of _____, 2007.

By:_____
Deputy Clerk

(SEAL)



NCPI@alaska.net

Anchorage: Office: 274-2023 / Fax: 274-2823
P.O. Box 101126, Anchorage, AK 99510

Fairbanks: Cell: 460-4210 / Fax: 479-7847
P.O. Box 81412, Fairbanks, AK 99708

Kenai: 283-3366 / Fax: 262-2262
P.O. Box 1016, Kenai, AK 99611

Ketchikan: Pager: 228-2500 / Fax: 247-2170
P.O. Box 5603, Ketchikan, AK 99901

Wasilla: Pager: 352-7177 / Cell: 355-4916 / Fax: 373-2014
P.O. Box 872140, Wasilla, AK 99687

| Firm Name: FORD & HARRISON LLP | Address: 2100 3rd Avenue North, Suite 400 Birmingham, AL 35203 | |
|---|---|---|
| Phone: (205) 244-5905 | Contact Person: Mandy Wilkins | Your File Number: 4103-18823 |

| OFC Capital vs. AT Publishing | List All Documents to Serve: Levy |
|---|---|

Case Number: 3:04-cv-11 (JWS)

Person to Serve/Title (One Form Per Person):

| Business/Corporation Name: A.T. Publishing | SSN: EIN 92-004026? | DOB: | Description: |
|---|---|---|---|
| Home Address: | | | Home Phone: |
| Work Address/Job Description: 1720 Abbott Road, Anchorage, AK | | | Work Phone: 349-7506 |

Directions to Process Server or Additional Information
Must Be Served By: ASAP

Are Updates Desired? Yes
How Often?

Bank Sweeps- Immediate for earnings, wages, salary, benefit payments, other income, cash on hand, cash in banks, contract proceeds, commissions, or other monies.

Court: Please mail executed Writ to North Country at PO Box 101126, Anchorage, AK 99510 or call for pick up at 274-2023, Attention: Lori

Server: _____
Date: _____
Time: _____

Date service given to NCPI or filed at court _____