Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone:   (907) 274-0666
Fax:       (907) 277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:   (205) 244-5916
Fax:       (205) 244-5901

*Attorney for Plaintiff OFC Capital, a subsidiary of Mid-Country Bank, formerly a division of ALFA Financial Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**A.T. PUBLISHING, INC.**<br><br>**Defendant.** | USDC No. 3:04-cv-0011 (JWS) |

## CREDITOR'S AFFIDAVIT

STATE OF ALASKA           )
                                              ) ss:
THIRD JUDICIAL DISTRICT   )

On behalf of OFC Capital, a subsidiary of Mid-Country Bank, formerly a division of ALFA Financial Corporation, I, Marion F. Walker, of Ford & Harrison LLP, upon oath or affirmation and under penalty of perjury, state as follows:

1. I am an attorney licensed to practice law in the States of Alabama and Georgia, with a *pro hac vice* license in the federal district court of Alaska, and an attorney employed by Ford & Harrison LLP, attorneys for plaintiff OFC Capital, in the above-captioned matter. I make this affidavit based upon my personal knowledge of this case.

2. On June 27, 2007, a judgment was issued by this Court in the total amount of $418,237.91. Said judgment was redistributed, with costs in the amount of $5,317.30, thus making the total judgment $423,555.21.

3. Since this judgment, no payment has been received. The total accrued interest at 4.95% is $7,754.40 through November 8, 2007, and the total accrued costs are $128.00 (four fees in the amount of $32.00 each for recording the judgment in four Recording Districts), leaving a net balance of $431,437.61.

4. I will attempt to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.020:

<u>Description of Property</u>

> Money, other income, cash in banks, contract proceeds, commissions or other monies or valuables maintained in bank accounts in banks and credit unions in Anchorage or other branch offices throughout the State of Alaska.

5. I believe the above listed property is not exempt because corporations are not entitled to exemptions.

FURTHER AFFIANT SAYETH NAUGHT.

*/s/ Marion F. Walker*
Marion F. Walker

SUBSCRIBED AND SWORN before me this _8th_ day of November, 2007.

_Amanda Willis_
Notary Public for the State of Alabama
My Commission Expires: _8/6/09_

## CERTIFICATE OF SERVICE

I hereby certify that, on the 8th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael T. Stehle
    Law Office of Michael Stehle, PC
    737 West 5th Ave., Suite 206
    Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Not Applicable.

    s/ Marion F. Walker
    Of Counsel