Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:      (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ) <br> ALFA FINANCIAL CORPORATION, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br> AT PUBLISHING, INC., ) <br>  ) <br> Defendant. ) <br> _____) | Case No. A04-0011 CV (JWS) |

### MOTION AND MEMORANDUM TO STAY EXECUTION PENDING APPEAL, TO ACCEPT CASH IN LIEU OF SUPERSEDEAS BOND, AND TO HEAR THIS MATTER ON AN EXPEDITED BASIS

Defendant moves the court pursuant to Federal Civil Rule 62(d) for a stay of execution pending appeal and for the court to accept a cash deposit in lieu of a supersedeas bond.  Defendant is prepared to deposit $444,521.19 with the court registry account to secure the judgment pending appeal.  That amount is calculated to cover the principle judgment of $418,237.91 plus court awarded costs of $5,317.30 plus post judgment interest at 4.95% for twelve months.

Defendant respectfully requests the court to hear this matter on an expedited basis. Defendant's counsel returned this past weekend from a two week out of the country trip to

find that the court had issued a writ of execution. The Court has not yet ruled on a pending and fully briefed motion for attorney's fees and, therefore, the judgment is not complete. Defendant had received no prior notice that the plaintiff would seek to execute on the not yet complete judgment. Indeed, the parties have been talking with a Ninth Circuit mediator but both mediation as well as further pursuit of the appeal have been delayed pending a ruling by this court on the pending motion for attorney's fees. Defendant was operating under the apparently mistaken understanding that no action would be taken pending a ruling by this court on the pending motion. Defendant is prepared to deposit sufficient cash with the court registry account to secure the judgment pending mediation and/or appeal. Accordingly, defendant respectfully requests the court issue an order staying execution, and that it do so on an expedited basis to prevent plaintiff from disrupting defendant's business transactions by attempting to execute on its writ.

DATED this 19th day of November, 2007, at Anchorage, Alaska.

s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on November 19, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,        bfontaine@hwb-law.com,        jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle