Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:      (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AT PUBLISHING, INC.,<br><br>　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0011 CV (JWS)<br>)<br>) |

**ORDER ON DEFENDANT'S MOTION AND MEMORANDUM TO STAY EXECUTION PENDING APPEAL, TO ACCEPT CASH IN LIEU OF SUPERSEDEAS BOND, AND TO HEAR THIS MATTER ON AN EXPEDITED BASIS**

　　　Defendant's motion to stay execution of judgment in the above matter is granted.

The clerk of court is directed to accept a cash deposit from defendant in the amount of

$444,521.19 to secure the judgment pending appeal.


　　　DATED this ___day of November, 2007, at Anchorage, Alaska.



　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable John Sedwick
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**Certificate of Service**

I hereby certify that on November 19, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,     bfontaine@hwb-law.com,     jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

ORDER ON MOTION TO STAY
Case No. A01-0011 CV (JWS)
Page 2 of 2