**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

OFC CAPITAL    v.    AT PUBLISHING, INC.

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                     CASE NO.  3:04-cv-00011-JWS

Robin Carter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: November 21, 2007

    The plaintiff in this action is seeking to recover a total of $372,031.34 in attorney'S fees and $18,886.90 in costs.[1]  The defendant claims that Georgia law governs the award of attorney's fees, and that under Georgia law, OFC cannot recovery attorney's fees at all, because it failed to prove the attorney's fees component of its damages claim at trial.  Furthermore, the defendant claims that, if attorney's fees are allowed at all, under Georgia law, the fees are limited to 10% of the amount of the judgment.[2]

    The plaintiff claims that Georgia law does not apply, in part relying on *Cascade Crossing II, LLC v. Radioshack Corp*., 446 F.Supp.2d 1348, 1349-50 (N.D. Ga. 2006).[3]  Since the time the plaintiff filed its reply memorandum, however, that case was appealed and certified to the Georgia Supreme Court, which has addressed the issue of the applicability of Georgia law to attorneys' fees in situations involving leases.  *See Radioshack, Corp. v. Cascade Crossing II, LLC*, ___ S.E.2d ___ 2007 WL 3129954 (Ga. Oct. 29, 2007), appearing to reach a different result than did the United States District Court.

    Both parties will please submit a memorandum addressing the impact of this case on the issue of the attorney's fees appropriate in this case, no more than five pages in length, within 20 days of the date of this minute order.

    IT IS SO ORDERED.

---

[1] *See* Docket Nos. 198, 220.

[2] *See* Docket No. 210.

[3] *See* Docket No. 215 at 3.

[ofc atty fees case.wpd]{IA.WPD*Rev.12/96}