Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone:   (907)274-0666
Fax:     (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone:   (205) 244-5916
Fax:     (205) 244-5901

Attorney for Plaintiff OFC Capital, a wholly-owned subsidiary of Mid-Country Financial Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A.T. PUBLISHING, INC. )<br>)<br>Defendant. ) | Case No. 3:04-cv-0011-JWS |

## EXPEDITED MOTION TO LIFT STAY OF JUDGMENT PENDING PAYMENT TO PLAINIFFF

   **NOW COMES** OFC Capital, by and through its attorneys, and moves the Court to, on an expedited basis, alter or amend its Order (doc 231) dated November 27, 2007 or otherwise lift the informal and temporary stay

imposed upon OFC Capital therein and as grounds therefore, says as follows:

1.  OFC Capital obtained a judgment that entered in this case on June 27, 2007 in the amount of $ 418,237.91. Defendant appealed asserting as its principal issue that this court erred in concluding that under Georgia law (the applicable law in the case) defendant did not have a right of revocation under a finance lease.

2.  Defendant did not seek to stay execution of the judgment while on appeal with a motion pursuant to Rule 62, FRCP and on November 8, 2007, plaintiff applied for a writ of execution. The writ was issued on November 16, 2007.

3.  On November 19, 2007 defendant filed an expedited motion to stay (doc 224) asking the court to stay the matter with the posting of cash in the amount of the judgment, plus interest for one year, or $ 444,521.19.

4.  The court, in ruling on defendant's motion, allowed defendant to pay plaintiff directly the sum it offered to pay into court, in order to avoid a disruption to defendant's business. Defendant was allowed until December 10, 2007 to pay the sum in full to plaintiff. Plaintiff was restrained in executing on the writ until after December 10, 2007.

5.  Rather than pay the cash sum it was prepared to pay into court to stay this matter, defendant has taken the time granted by the court in which to pay OFC, and filed a motion for stay with the Ninth Circuit Court of Appeals, pursuant to Rule 8, FRAP, on November 29, 2007. A copy of the motion is attached as Exhibit 1 hereto.

6.  Plaintiff contends it is suffering substantial hardship, prejudice and unfairness in being restrained from exercising its right to execute on the judgment, while defendant seeks another stay from the appellate court. Plaintiff submits this was not the spirit, nor intent of the court's Order, but with the defendant's filing, is a reality all the same.

WHEREFORE, PREMISES CONSIDERED, plaintiff moves the court to alter or amend its Order (doc 231) dated November 27, 2007 or otherwise lift the temporary stay on execution and allow execution to be

exercised *instanter*. Plaintiff prays for any other, further and additional relief it may be entitled to in the premises.

s/ Marion F. Walker<br>
Marion F. Walker<br>
Attorney for Defendant OFC Capital

OF COUNSEL:
FORD & HARRISON LLP

Randall J. Weddle<br>
Alaska Bar No. 7206034<br>
Attorney for OFC Capital

OF COUNSEL:
HOLMES, WEDDLE & BARCOTT, P.C.

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 30th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael T. Stehle
> Law Office of Michael Stehle, PC
> 737 West 5th Ave., Suite 206
> Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Not Applicable.

> s/ Marion F. Walker
> Of Counsel