MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*OFC Capital v. AT Publishing*

THE HONORABLE JOHN W. SEDWICK            3:04-cv-00011 JWS

| PROCEEDINGS: | **ORDER FROM CHAMBERS** | December 5, 2007 |
|---|---|---|

Plaintiff's motion at docket 232 to lift stay of execution on judgment imposed by the order at docket 231 is **DENIED**. That order afforded defendant until December 10, 2007, in which to pay $444,521.19 to plaintiff. It is not yet December 10, 2007. If defendant does not pay plaintiff on or before December 10, 2007, then there will be no stay in effect, and plaintiff can execute on the judgment.