Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:      (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AT PUBLISHING, INC.,<br><br>　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-00011 CV (JWS) |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO ACCEPT CASH DEPOSIT IN LIEU OF SUPERSEDEAS BOND

Defendant AT Publishing hereby gives notice that it is withdrawing that part of its motion filed at docket 224 requesting that the Court accept a cash deposit in lieu of a supersedeas bond for a stay of execution pending appeal.

Pursuant to Federal Rule of Civil Procedure 62(d), defendant is filing this same day an expedited motion for approval of a supersedeas bond for a stay of execution pending appeal.  "[A] party taking an appeal from the District Court is entitled to a stay of a money judgment as a matter of right if he posts a bond in accordance with Fed.R.Civ.P. 62(d) . . . ." *American Mfrs. Mut. Ins. Co. v. American Broadcasting-Paramount Theatres,*

*Inc.,* 81 S.Ct. 1, 3 (1966); *see generally* 11 Charles Alan Wright et al., *Federal Practice and Procedure* § 2905, at 520 (2nd ed. 1995) ("The stay issues as a matter of right in cases within Rule 62(d), and is effective when the supersedeas is approved by the court.").

DATED this 7th day of December, 2007, at Anchorage, Alaska.

s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on December 7, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,    bfontaine@hwb-law.com,    jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION
TO ACCEPT CASH DEPOSIT IN LIEU OF SUPERSEDEAS BOND
Case No. A04-00011 CV (JWS)
Page 2 of 2