Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone: (907) 677-7877
Fax:    (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AT PUBLISHING, INC.,<br><br>　　　　Defendant. | Case No. A04-00011 CV (JWS) |

**EXPEDITED MOTION FOR APPROVAL OF SUPERSEDEAS BOND FOR STAY OF EXECUTION PENDING APPEAL PURSUANT TO FED.R.CIV.P. 62(d)**

　　　　Pursuant to Federal Rule of Civil Procedure 62(d), defendant AT Publishing hereby moves this Court on an expedited basis for approval of a supersedeas bond for a stay of execution pending appeal.  "[A] party taking an appeal from the District Court is entitled to a stay of a money judgment as a matter of right if he posts a bond in accordance with Fed.R.Civ.P. 62(d) . . . ."  *American Mfrs. Mut. Ins. Co. v. American Broadcasting-Paramount Theatres, Inc.,* 81 S.Ct. 1, 3 (1966).  As the leading commentators on the federal civil rules and procedure explain, "The stay issues as a matter of right in cases within Rule 62(d), and is effective when the supersedeas is approved by the court."  11

Charles Alan Wright et al., *Federal Practice and Procedure* § 2905, at 520 (2nd ed. 1995).

This same day, defendant has given notice that it is withdrawing that part of its motion at docket 224 requesting that the Court accept a cash deposit in lieu of a supersedeas bond for a stay of execution pending appeal. In order to secure its right to a stay of execution pending appeal under Civil Rule 62(d), defendant stands ready to post a supersedeas bond.

The only issue that needs to be resolved is the proper amount of the supersedeas bond. Defendant submits that a supersedeas bond in the amount of $444,521.19 is appropriate, which amount represents the principal judgment of $418,237.91, court awarded costs of $5,317.30, and twelve months of post-judgment interest at 4.95% for the expected pendency of the appeal.

Defendant accordingly requests that the Court enter an order approving a supersedeas bond in this amount and staying execution of the judgment pending appeal.

DATED this 7th day of December, 2007, at Anchorage, Alaska.

s/ Michael T. Stehle<br>
Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on December 7, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,     bfontaine@hwb-law.com,     jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

EXPEDITED MOTION FOR APPROVAL OF SUPERSEDEAS BOND
Case No. A04-00011 CV (JWS)
Page 3 of 3