Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone: (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>AT PUBLISHING, INC.,<br><br>  Defendant. | Case No. A04-00011 CV (JWS) |

**DEFENDANT'S NOTICE REGARDING SUBMISSION OF PROPOSED ORDER TO EXPEDITED MOTION AT DOCKET 235**

  Defendant AT Publishing hereby gives notice that it is submitting the attached proposed order as part of the Expedited Motion for Approval of Supersedeas Bond for Stay of Execution Pending Appeal filed at docket 235.

  DATED this 7th day of December, 2007, at Anchorage, Alaska.

                s/ Michael T. Stehle
                Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on December 7, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,      bfontaine@hwb-law.com,      jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle