THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, ) ) ) Plaintiff, ) ) vs. ) ) AT PUBLISHING, INC., ) ) Defendant. ) _____ ) | Case No. A04-00011 CV (JWS) |

### ORDER GRANTING EXPEDITED MOTION FOR APPROVAL OF SUPERSEDEAS BOND FOR STAY OF EXECUTION PENDING APPEAL

This Court having reviewed Defendant's Expedited Motion for Approval of Supersedeas Bond for Stay of Execution Pending Appeal filed on December 7, 2007, and any opposition to same, hereby orders that

1. The motion is GRANTED.

2. A supersedeas bond in the amount of $444,521.19 is hereby approved.

3. Pursuant to Federal Rule of Civil Procedure 62(d), plaintiff is hereby stayed from executing upon the judgment entered in this action during the pendency of the appeal to the Ninth Circuit Court of Appeals.

DATED this \_\_\_ day of December, 2007, at Anchorage, Alaska.

_____
The Honorable John Sedwick
United States District Court Judge

**Certificate of Service**

I hereby certify that on December 7, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,        bfontaine@hwb-law.com,        jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle