**FILED**

UNITED STATES COURT OF APPEALS

DEC 06 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OFC CAPITAL, a division of ALFA Financial Corporation,<br><br>   Plaintiff - Appellee,<br><br>   v.<br><br>AT PUBLISHING, INC.,<br><br>   Defendant - Appellant. | No. 07-35644<br><br>D.C. No. CV-04-00011-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
DEC 10 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: GOODWIN and REINHARDT, Circuit Judges.

Appellant's emergency motion for a stay of execution pending appeal under Fed. R. App. P. 8(a)(2) is denied. The district court did not abuse its discretion in denying the stay of execution and ordering appellant to satisfy the judgment plus tax costs and post-judgment interest by December 10, 2007.

Appellee's request, as stated in the opposition to the motion, to amend the district court's payment amount to $433,139.16 is granted.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 06 2007

Signature Redacted
Deputy Clerk

S:\MOATT\Panelord\12-07\lc\07-35644.wpd