MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  OFC CAPITAL      v.      AT PUBLISHING, INC.

THE HONORABLE JOHN W. SEDWICK        CASE NO.   3:04-cv-00011-JWS

Deputy Clerk

Robin M. Carter


APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

Following a 6 day jury trial and a verdict for plaintiff, judgment was entered awarding plaintiff $418,237.91 on June 26, 2007. (Doc. 195)  Defendant filed a notice of appeal on July 25, 2007. (Doc. 207)  Defendant did not make application for approval of a supersedeas bond, so on November 8, 2007, plaintiff applied for a writ of execution which the Clerk issued on November 16, 2007.  This precipitated an effort by defendant to vacate the writ.  In support of that effort, defendant proposed depositing cash in the amount of $444,521.19 with the Clerk. (Doc. 224)  This was opposed by plaintiff which pointed to the hardships experienced by defendant's failure to pay the judgment. The upshot of the motion practice was that the court stayed the writ of execution, but ordered that the cash offered by defendant be paid directly to the plaintiff rather than the Clerk. (Doc. 231).  Payment was to have been made by Monday, December 10, 2007, about two weeks after the order issued. Instead of complying with the order to avoid execution of the writ, on Friday, December 7, 2007, defendant filed a motion seeking expedited consideration and approval of a supersedeas bond (doc. 235).  The motion asking for expedited approval of a bond did **not** include a copy of a bond for the court to consider.  It has also come to this court's attention that defendant filed an emergency motion in the Court of Appeals asking for a stay of execution which was denied by the Court of Appeals (doc. 237).

Defendant has been extremely dilatory with respect to seeking a supersedeas bond.  Even now, there is no bond before the court to be considered.  Furthermore, after defendant suggested a cash payment to avoid execution this court approved the amount

[FORMS*IA*]

suggested by plaintiff and provided ample time within which to make the payment (albeit to plaintiff rather than the Clerk), but at the eleventh hour defendant elected not to use the cash payment mechanism. Under these circumstances, which show remarkably dilatory behavior, the motion at docket 235 is **DENIED.**

|  |  |
|---|---|
| DATE: December 11, 2007 | ENTERED AT JUDGE'S DIRECTION<br>INITIALS: rmc<br>Deputy Clerk |

[FORMS*IA*]