Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907)274-0666
Fax: (907)277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama  35203
Phone: (205) 244-5916
Fax:              (205) 244-5901

*Attorney for Plaintiff OFC Capital, a subsidiary of Mid-Country Bank, formerly a division of ALFA Financial Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, <br><br>   Plaintiff, <br><br> v. <br><br> A.T. PUBLISHING, INC. <br><br>   Defendant. | <br><br><br><br><br><br> USDC No. 3:04-cv-0011 (JWS) <br><br> **SECOND AMENDED WRIT OF EXECUTION** |

On June 27, 2007, a judgment was entered in the docket of the above-entitled court and action, in favor of OFC Capital, a subsidiary of Mid-Country Bank, formerly a division of ALFA Financial Corporation, as judgment creditor, and against A.T. Publishing, Inc., as judgment debtor, for:

$418,237.91          principal,

_____          attorney fees,

|  |  |
|---|---|
|  | interest, and |
| $5,317.30 | costs, for a total amount of |
| $423,555.21 | JUDGMENT AS ENTERED |

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

|  |  |
|---|---|
| $9,583.95 | accrued interest, and |
| $128.00 | accrued costs, for a total of |
| $7,480.45 | ACCRUED INTEREST AND COSTS |

CREDIT must be given for payments and partial satisfactions in the amount of $0.00 which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $433,139.16 ACTUALLY DUE ON December 10, 2007, the date of the request for issuance of this writ, of which $423,555.21 is due on the judgment as entered, and bears interest at 4.95 % per annum in the amount of $57.44 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found,

then you are further commanded to make the amount of said judgment, interest, and increased costs out of their real property.

        HEREIN FAIL NOT, and have you then and there this writ.

        DATED this ___ day of _____ 2007.

                By:_____
                        Deputy Clerk

(SEAL)

# CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael T. Stehle
> Law Office of Michael Stehle, PC
> 737 West 5th Ave., Suite 206
> Anchorage, Alaska 99501

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Not Applicable.

s/ Randall J. Weddle
Randall J. Weddle

X:\4103\18823\pld\2ndAmendedWrit.DOC