

**Anchorage:** Office: 274-2023 / Fax: 274-2823
P.O. Box 101126, Anchorage, AK 99510

**Fairbanks:** Cell: 460-4210 / Fax: 479-7847
P.O. Box 81412, Fairbanks, AK 99708

**Kenai:** 283-3366 / Fax: 262-2262
P.O. Box 1016, Kenai, AK 99611

**Ketchikan:** Pager: 228-2500 / Fax: 247-2170
P.O. Box 5603, Ketchikan, AK 99901

**Wasilla:** Pager: 352-7177 / Cell: 355-4916 / Fax: 373-2014
P.O. Box 872140, Wasilla, AK 99687

NCPI @alaska.net

| Firm Name: | Address: |
|---|---|
| **Holmes, Weddle & Barcott PC** | 701 West 8th Avenue, #700, Anchorage, AK 995( |

| Phone: | Contact Person: | Your File Number: |
|---|---|---|
| 907-274-0666 | Joyce Ekstrand | 4103-18823 |

| | List All Documents to Serve: |
|---|---|
| OFC Capital<br><br>vs.<br><br>AT Publishing | ~~Levy~~  Second Amended Writ of Execution, to replace Amended Writ of Execution |

Case Number: 3:04-cv-11 (JWS)

Person to Serve/Title (One Form Per Person):

| Business/Corporation Name: | SSN: | DOB: | Description: |
|---|---|---|---|
| A.T. Publishing | EIN 92-004026 | | |

| Home Address: | | Home Phone: |
|---|---|---|

| Work Address/Job Description: | Work Phone: |
|---|---|
| 1720 Abbott Road, Anchorage, AK | 349-7506 |

Directions to Process Server or Additional Information
Must Be Served By: ASAP

Are Updates Desired? Yes
How Often?

Bank Sweeps- Immediate for earnings, wages, salary, benefit payments, other income, cash on hand, cash in banks, contract proceeds, commissions, or other monies.

Court:  Please mail executed Writ to North Country at PO Box 101126, Anchorage, AK 99510 or call for pick up at 274-2023, Attention:  Lori

Server: _____

Date: _____

Time: _____

Date service given to NCPI or filed at court_____