Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>AT PUBLISHING, INC.,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. A04-00011 CV (JWS) |

## NOTICE OF CONDITIONAL SATISFACTION OF JUDGMENT

Pursuant to the orders of the District Court and Ninth Circuit Court of Appeals regarding stay of execution pending appeal, Defendant hereby gives notice that it has conditionally satisfied the judgment entered on June 27, 2007 with payment on this date by check number 20902 in the amount of $433,139.16.  This conditional satisfaction of judgment is subject to the pending appeal to the Ninth Circuit Court of Appeals in *OFC Capital v. AT Publishing, Inc.,* Case No. 07-35644.

In the event that the Ninth Circuit Court of Appeals reverses or otherwise vacates the above referenced judgment, Defendant has advised Plaintiff that it expects repayment of these funds, plus all applicable add-ons, within twenty (20) days of the date of the

distribution of the Ninth Circuit's decision in Case No. 07-35644. Defendant has further advised Plaintiff that, if it fails to make such timely repayment, Plaintiff is making itself liable for all rights and remedies available to Defendant under state and/or federal law.

DATED this 14th day of December, 2007, at Anchorage, Alaska.

s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on December 14, 2007
a true and correct copy of the foregoing was
electronically mailed to the following:

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,   bfontaine@hwb-law.com,   jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle