UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

OFC CAPITAL, a division of
ALFA FINANCIAL CORPORATION,
    Plaintiff,

v.

Case Number 3:04-cv-00011-JWS

AT PUBLISHING, INC.,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

__X__ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Plaintiff OFC CAPITAL, recover of defendant AT PUBLISHING, INC., the sum of $418,237.91, together with prejudgment interest in the amount of $_____, attorney's fees in the amount of $_____ and plaintiff's taxable cost of action in the amount of $ 5,317.30 for a total judgment of $ _____ with post judgment interest thereon at the rate of 4.95 % as provided by law. Attorneys' fees awarded pursuant to contract of $372,031.34 and non-taxable costs awarded pursuant to contract APPROVED: of $18,886.90.*

/s/ JOHN W. SEDWICK
United States District Judge

Date: June 27, 2007

NOTE: *Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack
Ida Romack, Clerk of Court

*re-distributed 3/20/08 w/attys' fees and non-taxable costs added

[304cv11JWS-judgment.wpd]{JMT2.WPT*Rev.3/03}