Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone: (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>AT PUBLISHING, INC.,<br><br>          Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A04-00011 CV (JWS)<br>)<br>)<br>) |

**MOTION FOR APPROVAL OF SUPERSEDEAS BOND FOR STAY OF EXECUTION PENDING APPEAL PURSUANT TO FED.R.CIV.P. 62(d)**

      Pursuant to Federal Rule of Civil Procedure 62(d), defendant AT Publishing hereby moves this Court for approval of a supersedeas bond for a stay of execution pending appeal of this Court's order awarding full reasonable attorneys' fees and non-taxable costs to OFC Capital. "[A] party taking an appeal from the District Court is entitled to a stay of a money judgment as a matter of right if he posts a bond in accordance with Fed.R.Civ.P. 62(d) . . . ." *American Mfrs. Mut. Ins. Co. v. American Broadcasting-Paramount Theatres, Inc.,* 81 S.Ct. 1, 3 (1966). As the leading commentators on the federal civil rules of procedure explain, "The stay issues as a matter of right in cases within

Rule 62(d), and is effective when the supersedeas is approved by the court." 11 Charles Alan Wright et al., *Federal Practice and Procedure* § 2905, at 520 (2nd ed. 1995).

Pursuant to this Court's previous orders AT Publishing has satisfied the principal judgment, clerk awarded costs and post judgment interest by delivering $433,139.16 to OFC Capital on December 14, 2007. (Docket 242) This Court subsequently issued its order at Docket 243 awarding OFC Capital attorneys' fees of $372,031.34 and additional non-taxable costs of $18,886.90. The Court had previously issued an order (Docket 229) giving AT Publishing 15 days to move for a stay of execution on that part of the judgment comprised of attorneys' fees and non-taxable costs. The instant motion is filed pursuant to that order.

In order to secure its right to a stay of execution pending appeal under Civil Rule 62(d), defendant posts the supersedeas bond attached hereto as Exhibit A in the amount of $410,268.69. The amount of the bond is calculated to secure the judgment for attorneys' fees in the amount of $372,031.34, non-taxable costs in the amount of $18,886.90, plus post judgment interest at the rate of 4.95% on both such sums for a period of twelve months.

Defendant accordingly requests that the Court enter an order approving the supersedeas bond and staying execution of the judgment pending appeal.

DATED this 3rd day of January, 2008, at Anchorage, Alaska.

s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on January 3, 2008
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,         bfontaine@hwb-law.com,         jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle