

Home Office:
*Contract Surety*
1213 Valley Street
P.O. Box 9271
Seattle, WA 98109-0271
(206) 628-7200
(800) 765-CBIC Toll Free
(206) 682-1558 FAX
(800) 950-1558 Toll Free FAX
www.*go*CBIC.com

United States District Court
District Of Alaska

Case Number 3 : 04-cv-00011-JWS
Appeal Bond
Bond Number: LC5544

OFC CAPITAL, A DIVISION OF
ALFA FINANCIAL CORPORATION

    Plaintiffs,

Vs

AT PUBLISHING, INC.,

    Defendant(s).

Know all men by these presents;

That we the above named defendant(s) jointly as Principal and Contractors Bonding and Insurance Company, a corporation organized under the laws of the State of Washington and authorized to transact the business of surety in the State of Alaska, as Surety, are held and firmly bound unto the Plaintiff in the sum of $410,268.69 (Four hundred ten thousand two hundred sixty eight dollars and sixty nine cents), for the payment of which we bind ourselves, our heirs, executors, administrators and successors, jointly and severally, firmly by these presents.

The condition of the above obligation is such, that.

Whereas, said Plaintiff seeks to recover a total of $372,031.34 (Three hundred seventy two thousand thirty one dollars and thirty four cents) in attorney's fees and $18,886.90 (Eighteen thousand eight hundred and eighty six dollars and ninety cents) in costs.

Now, therefore, the condition of this obligation is such, that, if the Principal(s) shall pay or cause to be paid to the Plaintiff, all costs, interest, and damages that may be awarded against them on the appeal of attorneys fees and costs, and shall satisfy in full the order as the court may judge and award, then this obligation shall be void, otherwise to remain in full force and effect.

Dated this January 2, 2008

Contractors Bonding and Insurance Company

By: _____
Christopher S. Pobieglo, Attorney-in-Fact

Premium: $ 3,702.00

EXHIBIT A
PAGE 1 OF 2

Contractors Bonding and Insurance Company