Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AT PUBLISHING, INC., | ) ) | Case No. A04-00011 CV (JWS) |
| Defendant. | ) ) | |
| _____ | ) | |

## NOTICE OF FILING PROPOSED ORDER

Defendant AT Publishing hereby gives notice that it is submitting the attached

proposed order as part of its Motion for Approval of Supersedeas Bond for Stay of

Execution Pending Appeal filed at docket 244.

DATED this 4th day of January, 2008, at Anchorage, Alaska.


s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054


**Certificate of Service**

I hereby certify that on January 4, 2008

NOTICE OF FILING PROPOSED ORDER
Case No. A04-00011 CV (JWS)
Page 1 of 2

a true and correct copy of the foregoing was
electronically mailed to the following:

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,          bfontaine@hwb-law.com,          jekstrand@hwb-law.com,
kwarne@hwb-law.com.


s/ Michael T. Stehle
Michael T. Stehle