THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>AT PUBLISHING, INC.,<br><br>    Defendant.<br>_____ | Case No. A04-00011 CV (JWS) |

### ORDER GRANTING EXPEDITED MOTION FOR APPROVAL OF SUPERSEDEAS BOND FOR STAY OF EXECUTION PENDING APPEAL

This Court having reviewed Defendant's Motion for Approval of Supersedeas Bond for Stay of Execution Pending Appeal filed on January 3, 2008, and any opposition to same, hereby orders that

    1.  The motion is GRANTED.

    2.  The supersedeas bond attached to defendant's motion is hereby approved and Defendant may post the original with the Clerk of Court.

    3.  Pursuant to Federal Rule of Civil Procedure 62(d), plaintiff is hereby stayed from executing upon the judgment entered in this action during the pendency of the appeal to the Ninth Circuit Court of Appeals.

    DATED this ___ day of January 2008, at Anchorage, Alaska.

_____
The Honorable John Sedwick

United States District Court Judge

**Certificate of Service**

I hereby certify that on January 4, 2008
a true and correct copy of the foregoing was
electronically mailed to the following:

Patrick Gilmore
acgef@acglaw.com, pbg@acglaw.com, dap@acglaw.com.

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,   bfontaine@hwb-law.com,   jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle