

RECEIVED
JAN 0 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

OFC CAPITAL

    Plaintiff(s),
vs.
AT PUBLISHING
    Defendant(s).

**FULL RETURN OF SERVICE**

Case Number: 3:04--CV-11 (JWS)

I certify that on 12/11/2007, I served the following documents:

NOTICE OF LEVY AND WRIT OF EXECUTION AGAINST AT PUBLISHING

on the following banks and credit unions:

|  | Amount | Check Date | Date CK Recv'd |
|---|---|---|---|
| Alaska USA Federal Credit Union | $0.00 | | |
| Credit Union One | $0.00 | | |
| Denali Alaskan Federal Credit Union | $0.00 | | |
| First National Bank Alaska | $0.00 | | |
| Key Bank | $0.00 | | |
| Matanuska Valley Federal Credit Union | $0.00 | | |
| Northern Skies Federal Credit Union | $0.00 | | |
| Northrim Bank | $0.00 | | |
| True North Federal Credit Union | $0.00 | | |
| Wells Fargo Bank | $0.00 | | |

**Amount Received On Execution: $0.00**

DOUGLAS CALLISON
Civilian Process Server

SUBSCRIBED AND SWORN to before me this December 21, 2007

Client: HOLMES WEDDLE & BARCOTT, PC
Client: JOYCE
File Number: 4103-18823

Notary Public in and for the State of Alaska
My Commission     3/5/2009
Service Fee:     $130.00

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

TOTAL:     $130.00

Return No.: 66846

Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657

Marion F. Walker
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Phone: (205) 244-5916
Fax: (205) 244-5901

*Attorney for Plaintiff OFC Capital, a subsidiary of Mid-Country Bank, formerly a division of ALFA Financial Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,**  **Plaintiff,**  v.  **A.T. PUBLISHING, INC.**  **Defendant.** | USDC No. 3:04-cv-0011 (JWS) |

**AMENDED WRIT OF EXECUTION**

On June 27, 2007, a judgment was entered in the docket of the above-entitled court and action, in favor of OFC Capital, a subsidiary of Mid-Country Bank, formerly a division of ALFA Financial Corporation, as judgment creditor, and against A.T. Publishing, Inc., as judgment debtor, for:

    $418,237.91  principal,

    $_____  attorney fees,

|  |  |
|---|---|
| _____ | interest, and |
| $ 5,317.30 | costs, for a total amount of |
| $423,555.21 | JUDGMENT AS ENTERED |

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

|  |  |
|---|---|
| $ 7,754.40 | accrued interest, and |
| $ 128.00 | accrued costs, for a total of |
| $ 7,882.40 | ACCRUED INTEREST AND COSTS |

CREDIT must be given for payments and partial satisfactions in the amount of $0.00 which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $431,437.61 ACTUALLY DUE on November 8, 2007, the date of the request for issuance of this writ, of which $423,555.21 is due on the judgment as entered, and bears interest at 4.95% per annum in the amount of $57.44 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property for the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of their real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED this __16__ day of __November__, 2007.

Signature Redacted<br>
Deputy Clerk

(SEAL)
Birmingham:18875.1