RECEIVED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # 07-35644       U.S. District Court # 3:04-cv-00011-JWS

Short Case Title  OFC Capital v. AT Publishing, Inc.

Date Notice of Appeal Filed by Clerk of District Court   July 25, 2007

**Section A** - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
| 6/18/07 | Suzanette Lucero | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
| 6/26/07 | Suzannette Lucero | CLOSING ARGUMENTS |
| 6/26/07 | Suzannette Lucero | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
| 6/18-22/07, 6/26/07 | Suzannette Lucero | OTHER All testimony, argument on jury instructions, jury questions & verdict, and directed verdict motions |

(Attach Additional Page for Designations if Necessary)

( X ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

(   ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(   ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(   ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered ~~6/21/07~~ 12/27/07       Estimated Date for Completion  1/28/08 ~~9/24/07~~

Signature of Attorney  _[signature]_       Phone Number  (907) 677-7877

Address   Law Office of Michael Stehle, P.C.
          737 W. 5th Ave. Ste. 206 Anchorage, AK 99501

**Section B** - To Be Completed by Court Reporter

I, _____, have received this designation.        (
    (Signature of Court Reporter)

(   ) Arrangements for payment were made on _____

(   ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

**Section C** - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des 11/96)