Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>AT PUBLISHING, INC.,<br><br>    Defendant. | Case No. 3:04-cv-00011-JWS |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 & 4, defendant AT Publishing, Inc. hereby gives notice of its appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered by the District Court on December 20, 2007 awarding attorney's fees and costs to plaintiff OFC Capital.  This appeal is related to Case No. 07-35644 that is currently pending before the Ninth Circuit Court of Appeals.

DATED this 18th day of January, 2008, at Anchorage, Alaska.

                                              s/ Michael T. Stehle
                                              Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on January 18, 2008
a true and correct copy of the foregoing was
electronically mailed to the following:

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,     bfontaine@hwb-law.com,     jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle