Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone: (907) 677-7877
Fax:    (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>AT PUBLISHING, INC.,<br><br>    Defendant.<br>_____ | Case No. 3:04-cv-00011-JWS |

### REPRESENTATION STATEMENT

      Pursuant to Ninth Circuit Rule 3-2, defendant AT Publishing, Inc. submits the following representation statement listing the parties to the appeal and their counsel:

    1.    Appellant: AT Publishing, Inc.

        Represented by:    Michael T. Stehle
                              Jeffrey J. Jarvi
                              Law Office of Michael Stehle, P.C.
                              737 W. Fifth Ave., Suite 206
                              Anchorage, Alaska 99501
                              Telephone: (907) 677-7877
                              Facsimile: (907) 677-7894

    2.    Appellee: OFC Capital, a division of ALFA Financial Corporation

        Represented by:    Marion F. Walker
                                Ford & Harrison LLP
                                2100 Third Avenue North, Suite 400
                                Birmingham, Alabama 35203
                                Telephone: (205) 244-5900
                                Facsimile: (205) 244-5901

                                Jennifer A. Olson
                                Ford & Harrison LLP
                                350 South Grand Avenue, Suite 2300
                                Los Angeles, California 90071
                                Telephone: (213) 237-2400
                                Facsimile: (213) 237-2401

DATED this 18th day of January, 2008, at Anchorage, Alaska.

                                                  s/ Michael T. Stehle
                                                  Michael T. Stehle, ABA No. 9106054

**Certificate of Service**

I hereby certify that on January 18, 2008
a true and correct copy of the foregoing was
electronically mailed to the following:

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,        bfontaine@hwb-law.com,        jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle