```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

       # 00132135 - NL
        January 18, 2008


  Code    Case #    Qty     Amount

  086900-F 04-11            105.00 CK
  510000-C 04-11            150.00 CK
  086400-R 04-11            200.00 CK


  TOTAL→              455.00


  FROM: A.T PUBLISHING & PRINTING
        APPEAL FILING FEE
        3:04-CV-0011-JWS
```