Michael T. Stehle
LAW OFFICE OF MICHAEL STEHLE, P.C.
737 W. Fifth Ave., Suite 206
Anchorage, Alaska 99501
Phone:  (907) 677-7877
Fax:     (907) 677-7894
Attorneys for Defendant AT Publishing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AT PUBLISHING, INC.,<br><br>　　　　Defendant. | Case No. 3:04-cv-00011-JWS |

**NOTICE REGARDING NON-DESIGNATION OF TRANSCRIPT**

　　　Defendant AT Publishing, Inc. hereby gives notice that it is not designating any transcript for its appeal filed on January 18, 2008 of the attorney's fees and cost ruling in the Order at Docket 243 because there is no transcript relating to these issues.  AT Publishing further gives notice that this appeal of the attorney's fees and costs ruling in the Order at Docket 243 is related to Case No. 07-35644 that is currently pending before the Ninth Circuit Court of Appeals.

　　　DATED this 28th day of January, 2008, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　s/ Michael T. Stehle
　　　　　　　　　　　　　　　　　　　　　　　Michael T. Stehle, ABA No. 9106054

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

**Certificate of Service**

I hereby certify that on January 28, 2008
a true and correct copy of the foregoing was
electronically mailed to the following:

Marion Walker
mfwalker@fordharrison.com, mwilkens@fordharrison.com, dbivins@fordharrison.com.

Randy Weddle
rweddle@hwb-law.com,     bfontaine@hwb-law.com,     jekstrand@hwb-law.com,
kwarne@hwb-law.com.

s/ Michael T. Stehle
Michael T. Stehle

NOTICE REGARDING NON-DESIGNATION OF TRANSCRIPT
Case No. 3:04-cv-00011-JWS
Page 2 of 2

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com