UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
JAN 2 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

08-35074

**CASE INFORMATION:**
Short Case Title: <u>OFC Capital v AT Publishing, Inc.</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>JOHN W. SEDWICK- 3:04-cv-0011-JWS</u>
Date Complaint Filed: <u>1/07/04</u>
Date Appealed Order *entered*: <u>12/20/07</u>
Date NOA *filed*: <u>1/18/08</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: <u>Linda Christiansen- 907-677-6254; Samantha Lark- 907-677-6118</u>
Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  <u>1/18/08</u>     Date Docket Fee billed: _
Date FP granted: _                        Date FP denied: _
Is FP pending? _no                        Was FP Limited/Revoked?
US Government Appeal?  _no                Companion Cases? Please list: _
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                        Appellee Counsel:

**Michael T. Stehle**                     **Randall J. Weddle**
Law Office of Michael Stehle              Holmes Weddle & Barcott, PC
737 West 5th Avenue, Suite 206            701 W. 8th Avenue, Suite 700
Anchorage, AK 99513                       Anchorage, AK 99501 **Marion F. Walker**

                                          Ford & Harrison, LLP
                                          2100 Third Avenue North, Suite 400
                                          Birmingham, AL 35203

<u>X</u> retained    __CJA   __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _                    Address: _
Custody: _                        Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: <u>$455.00</u>       9th Circuit Docket Number: _

Name and phone number of person completing this form: <u>Nancy Lealaisalanoa - 907-677-6122.</u>