THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OFC CAPITAL, a division of ALFA FINANCIAL CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>AT PUBLISHING, INC.,<br><br>          Defendant. | Case No. A04-00011 CV (JWS)<br><br>ORDER GRANTNG EXPEDITED MOTION FOR APPROVAL OF SUPERSEDEAS BOND FOR STAY OF EXECUTION PENDING APPEAL |

This Court having reviewed Defendant's Motion for Approval of Supersedeas Bond for Stay of Execution Pending Appeal filed on January 3, 2008, and any opposition to same, hereby **ORDERS** that:

    1. The motion is **GRANTED**.

    2. The supersedeas bond attached to defendant's motion is hereby approved and Defendant may post the original with the Clerk of Court.

    3. Pursuant to Federal Rule of Civil Procedure 62(d), plaintiff is hereby stayed from executing upon the judgment entered in this action during the pendency of the appeal to the Ninth Circuit Court of Appeals.

    DATED this 24th day of March at Anchorage, Alaska.

    /s/ Honorable John W. Sedwick
    United States District Court Judge